IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| MAKUEEYAPEE D. WHITFORD, | CV 22-70-H-SEH |
|---|---|
| Plaintiff, | |
| vs. | **RULE 4 WAIVER OF SUMMONS OF SERVICE** |
| JIM SALMONSEN, | |
| Defendant. | |

TO: The U.S. District Court for the District of Montana

The Defendant acknowledges receipt of your request to waive service of summons in this case. Defendant also received a copy of the Amended Complaint (Doc. 6). I am authorized by the following Defendant to agree to save the cost of service of a summons and an additional copy of the Amended Complaint in this action by not requiring that the following be served with judicial process in the case provided by Fed. R. Civ. P. 4: _____.

The above-named Defendant understands that he will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but waive any objections to the absence of a summons or of service. Defendant also understands that he must file and serve an answer or a motion under Rule 12 within 60 days from the date when the Request for Waiver of Service of Summons was

sent and if he fails to do so default judgment will be entered against him.

Date: _____


_____
(Signature of the attorney
or unrepresented party)


_____
(Printed name)


_____
(Address)


_____
(E-mail address)


_____
(Telephone number)