IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MAKUEEYAPEE D. WHITFORD,<br><br>Plaintiff,<br><br>vs.<br><br>JIM SALMONSEN and C. JOHNSON,<br><br>Defendants. | CV 22-70-H-SEH<br><br>ORDER |

On November 10, 2022, Plaintiff Makueeyapee Whitford (Whitford) moved to (1) amend the complaint to add Brian Gootkin as a defendant[1] and (2) withdraw the First Amendment claim and move forward only on the Religious Land Use and Institutionalized Persons Act claim.[2] Defendants oppose the motion to amend.[3]

"The court should freely give leave [to amend] when justice so requires."[4] Amendment now will not prejudice Defendants. The Motion to Amend is granted.

**ORDERED:**

1. Whitford's motion to amend[5] is **GRANTED**.

2. The amended complaint shall be filed on or before **January 6, 2023**.

---

[1] Doc. 16.
[2] Doc. 15.
[3] Doc. 19.
[4] Fed. R. Civ. P. 15(a)(2).
[5] Doc. 16.

3. Whitford's motion to withdraw a claim[6] is **DENIED** as moot.

4. Whitford must immediately advise the Court and opposing counsel of any change of address and its effective date.

DATED this 14th day of December, 2022.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[6] Doc. 15.