## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒    MWP ☐    CONTRACT FACILITY: ☐

## DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

*(Information and staff signatures on this form must be legible)*

### MAJOR ☒        MINOR ☐

Inmate Name: __WHiTFord__, __Makueeyupee__   Last name   First Name   ID # __3015941__

Date: __12-8-21__   Time: __0700__   Place of Incident: __HSU-1__

Room/Cell: __UD-5__   Housing Unit: __HSU-L__   Job Assignment: __L.P. 801__

Infraction Number(s) & Name(s)   __4102- Possession of a weapon__

Staff Witness: 1. _____   Other Inmates involved 1. _____

2. _____   2. _____

Description of Violation: (who, what, why, where, when and how): __ON The above date and Time I UM A. Graham Concluded an Investigation and Found That on 11-15-21 Inmate whitford was In Possession of a Home made weapon (Shank) That was found By Staff.__

REPORTING STAFF MEMBER: __UM A. Graham__ (Print Name)   __UM A. G.__ (Sign Name)

Supervisor Review: _____ (Print Name)   _____ (Sign Name)

Inmate Status:   ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Approval for placement in PHC:   ☐ Medical: _____   ☐ Mental Health: _____

Reason: __Possession of a Weapon__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

__Collish__ (Shift Supervisor's Signature)   __12-8-21__ (Date)   _____ (Warden or Designee Signature)   / / (Date)

### NOTICE OF HEARING/PREHEARING ACTION

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: __12/11/21__   Time __9AM__ hrs.   Place: __PHU__
2. I understand the charge(s)?   ☐ Yes   ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?   ☐ Yes   ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf?   ☐ Yes   ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

_____ (Staff Signature)   _____ (Date & Time)   _____ (Inmate's Signature / ID#)

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐    CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒          MINOR ☐

Inmate Name: __WHitFord__ , __Makueeyupee__     ID # __3015941__
                  Last name                First Name

Date: __12-8-21__  Time: __0700__  Place of Incident: __HSU-1__

Room/Cell: __UD-5__  Housing Unit: __HSU-1__     Job Assignment: __L.P. 801__

Infraction Number(s) & Name(s)

__4102 - Possession of a weapon__

Staff Witness: 1._____          Other Inmates involved 1._____
              2._____                                    2._____

Description of Violation: (who, what, why, where, when and how): __On the above date__
__and Time I UM A. Graham Concluded an Investign.__
__and Found That on 11-8-21 Inmate WHitFord was In__
__Possession of a Home made weapon (Shank) That was__
__Found By Staff.__

REPORTING STAFF MEMBER: __UM A. Graham__          __UM A. G.__
                              (Print Name)                  (Sign Name)

Supervisor Review: _____          _____
                        (Print Name)                (Sign Name)

Inmate Status:  ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical:_____   ☐ Mental Health:_____

Reason: __Possession of a Weapon__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____          __12-8-21__          _____          __/  /__
(Shift Supervisor's Signature)        (Date)          (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
   1. Hearing Date:__12-11-21__   Time:__am__ hrs.   Place:__RHU__
   2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
   3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
   4. Present evidence and witnesses on my behalf. ☒Yes ☐No If inmate has witnesses, have him/her complete a Witness Request form
   5. Other pertinent notations:_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____          __12/8/21 @ 1145__          _____
(Staff Signature)              (Date & Time)              (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

**OFFENDER/STAFF REQUEST (OSR) FORM**

DEC 09 2021

TO: _LAW LIBRARY_                                    DATE: _12-8-21_
    (Name and title of staff person)

NAME: _Mr. Whitford_, MID#: _3015941_ FACILITY: _MSP_ UNIT: _RHU_

CELL/ROOM: # _L-C-5_

**SUBJECT:** (Briefly state your question and or concern and the solution you are requesting.  Your failure to be specific may result in no action being taken.  If necessary you may be interviewed in order to successfully respond to this request)

_Can you please send me the Disciplinary Self-Help Litigation Manu AND The Regular Self-Help Litgatio Manual._

_TWCJ_

**STAFF RESPONSE:** (for staff use only)

_Attached books_
_D.SHLM_
_P.S.H.LM_

☐ Addressed Verbally        ☐ Unanswered –violation of policy

DEC 08 2021

_W Zuber_                          /
(Staff Member Signature)              (Job Title)                    (Date)

MSP 3.3.5, Inmate/Staff Communications Methods        Attachment A        Effective:  February 26, 2015

# OFFENDER/STAFF REQUEST (OSR) FORM

TO: _L A W    L I B R A R Y_
(Name and title of staff)

DATE: _12-8-21_

NAME: _Mr Whitford, M_    FACILITY: _MSP_  UNIT: _RHU_

CELL/ROOM: # _L-C-5_

**SUBJECT:** (Briefly state your question and or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary you may be interviewed in order to successfully respond to this request)

_Can you please send me the DOC Policy and the MSP Procedures on Disciplinary Investigations and Disciplinary Infractions._

_TWC_

**STAFF RESPONSE:** (for staff use only)

_Per policy please send copy card or be on the indigent list_

☐ Addressed Verbally          ☐ Unanswered –violation of policy

_SS_  /  _Librarian_                _12/9/21_
(Staff Member Signature)   (Job Title)              (Date)

MSP 3.3.5, Inmate/Staff Communications Methods          Attachment A          Effective: February 26, 2015

# HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR __12-11-21__ IS/ARE BEING CONTINUED UNTIL __12-14-21__

FOR THE FOLLOWING REASONS: _Further Investigation/_
_Offender wants a continuance_

Inmate Signature _X_____/DATED _12-9-21_

Disciplinary _Carrie Walsen_ DATED _12-09-21_

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____ IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS: _____

_____

Inmate Signature _____ DATED _____

Disciplinary _____ DATED _____

Records (White)                    Inmate (Goldenrod)

**TO:** Director of Education                              **DATE:** 12-9-21
(Name and title of staff pers)

**NAME:** MR. Whitford, M II          41 **FACILITY:** MSP    **UNIT:** RHU
**CELL/ROOM:** # L-C-5

**SUBJECT:** (Briefly state your question and or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary you may be interviewed in order to successfully respond to this request)

I sent an OSR to the Law Library requesting certain policies. Disciplinary Investigation, Disciplinary Policy & procedure, etc.

The librarian came in and delivered books to me but said that I needed a copy card to get copies of policy & procedure.

I am on the Detention Block which doesn't allow tablets or any other way to get policy or procedure. Request to Unit staff and apparently the library fall on deaf ears

This is the third time that I've had to address this issue. Each time I win. Then each time I return to Detention this happen again. I need access to Policy & Procedure and Case Law which is a right.

**STAFF RESPONSE:** (for staff use only)

LL responded

Copy Card / Indigent List !!

☐ Addressed Verbally          ☐ Unanswered –violation of policy

SS                /        Library                          12/13/21
(Staff Member Signature)        (Job Title)                    (Date)

MSP 3.3.5, Inmate/Staff Communications Methods        Attachment A        Effective: February 26, 2015

TO: 1ST Shift Sgt.
(Name and title of staff person)
DATE: 12-10-21

NAME: MR. Whitford, M  ID#: 3015941  FACILITY: MSP  UNIT: RHU
CELL/ROOM # L-C-S

SUBJECT: (Briefly state your question and or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary you may be interviewed in order to successfully respond to this request)

I'm trying to get a hold of DOC Policy 3 Procedure 1 concerning Investigations, Disciplinary Procedure, and Classification?
It is in order to prepare for my Discipline Hearing and/or Classification if the Ad seg me.

STAFF RESPONSE: (for staff use only)

You will need to kite the library for this. They will print it out and send it to you in the mail.

Respectfully

☐ Addressed Verbally        ☐ Unanswered –violation of policy

Sgt. _____     Sergeant        12/15/21
(Staff Member Signature)          (Job Title)        (Date)

MSP 3.3.5, Inmate/Staff Communications Methods        Attachment A        Effective: February 26, 2015

**OFFENDER/STAFF REQUEST (OSR) FORM**

TO: _Law Library_
(Name and title of staff person)

DATE: _12-12-21_

NAME: _MR. Whitford, Mak_ ID#: _3059__  FACILITY: _MSP_  UNIT: _RHU_

CELL/ROOM: # _L-C-5_

SUBJECT: (Briefly state your question and or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary you may be interviewed in order to successfully respond to this request)

Can you send me:

1.) Case Law - Sira v Morton, 380 F3d 57, 78 (2nd Cir ; McCollum v. Miller, 695 F2d at 1048.

2.) Policy 3 Procedure on Disciplinary Hearing Process and Disciplinary Investigations and Classifications for Ad-Seg.

3.) HB 763 (House Bill)

You cannot charge people in Detention Blocks for copies of Legal Materials and Policy 3 Procedure. Talk to Wendy Zuber 3 Educational Director 3 DOC Legal.

**STAFF RESPONSE:** (for staff use only)

— **Per MSP Policy 5.3.2
Before Copies will be
made, you must either have a**

— **Per MSP Policy 5.3.2
Before Copies will be**

☐ Addressed Verbally          ☐ Unanswered –violation of policy

_SS_          /          _Librarian_                    _12/13/21_
(Staff Member Signature)          (Job Title)                    (Date)

941

and the solution yc

Give to OGfile
Hearing
12-14-21

Returned 16-Dec
Back to with photos

DISCIPLINARY HEARING STATEMENT BY
MAKUEEYAPEE N. WHITFORD
#3015941

MAJOR INFRACTION: 4102 - POSSESSION OF
A WEAPON

DATE & TIME OF INCIDENT: Approx. 11-15-2021 @ 1915

DATE & TIME OF INFRACTION REPORT & NOTICE:
12-8-2021 @ 0700 hrs

REPORTING STAFF: Unit Manager, Graham


STATEMENT

1. Notice: The notice provided inadequate facts in order to allow me to provide a full defense, identify relevant evidence, and to even prepare a defense.

Specifically, there was not enough "general information" concerning the confidential information in the Notice. In fact there was no general information or summary of the confidential information in the Notice.

Because of this, the Notice did not present enough factual information to connect me to the infraction charged. Without enough information to charge me for the alleged conduct in the NOTICE the infraction must fail. (Please see 9 page OSR sent to disciplinary on 12-11-21 regarding the

notice.)(The question posed was "how exsactly was I personally in possession of this weapon, as opposed to this weapon being tied to my window for some unspecified amount of time?") (Facts included)

2. <u>Documentary and Physical Evidence.</u> I requested copies of all backreports and incident reports and pictures, video, etc. I was given one incident report and that was of C/o Teruel when he searched the conex area and found the weapon. I also requested any and all documentation that would otherwise be available under Public Disclosure laws.

Specifically, I requested information pertaining to searches of the conex area and the last time it was searched and how often it was searched because C/o Teruel said it was a "routine" search and also to determine if the area had been searched since I had been in that cell since I had only been there a short time.

I needed these documents to prepare a defense.

As for physical evidence, I'm requesting to see the weapon that I am alleged to have possessed.

Also asked for Policy & Procedure, HB 763 & Other Law

3. <u>Assistance With Defense.</u> I requested assistance due to the complexity of

3 of 4

this case in regards to the confidential information.

4 Standards of Proof I asked to see policy & procedure and HB763 due to the new standard of proof which I believe is, or might be, the same as the preponderance of evidence standard of proof. Or better. I needed that to figure it out. So far I haven't recieved it. I also wrote to ask.

5. Confidential Information. I ask that the security concerns be disclosed and specified. Also, that the reliability of the information be double checked. And that any information that doesn't identify or otherwise put the institution or people in jeopardy be disclosed.

6 Legal Materials and Policy & Procedure for preperation I requested legal materials, law, policy & procedures, and an assistant in order to prepare a defense and was denied them. Also requested video & photo's.

7 Freedom of Religion. There is a six-month clear conduct stipulation that is imposed each and everytime I recieve a major infraction which

basically punishes me for practicing
my religion, and/or makes my
religion and the ability to practice
it a sanction. This violates my
right to freedom of religion.
And in turn makes this infraction
illegal or at least the sanctions.

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

## D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N

MAJOR ☑   MINOR ☐

Inmate's Name: Whitford, WaKueeyane   ID # 3015944   Date: 12/14/2021

Infraction Number(s) & Name(s) 4102 Possession of Weapon

☑ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____ By: _____

Reason: _____

Plea: ☐ Guilty   ☑ Not Guilty   ☐ Other: _____

Inmate's Statement: I don't have any of the Evidence, I didn't get any Information that I Requested. Who Knows How long that thing was out there. I was only in that Cell for a short period of time.

Evidence Provided: _____

Findings: ☑ Guilty of # 4102   ☐ Not Guilty of # _____

Evidence Relied On: Infraction Report / Photos / Incident - Confidential Reports

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports: 1  2  3  4  ⑤ ] Grid Level to Use: 3
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): 30 Days Detention Credit for 7 Days
End 01/06/2022

Reason(s) for findings: Offender was in Possession of a Sharpened Instrument / Weapon

ADMINISTRATIVE REVIEW / DATE _____     DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☑ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _____

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)









RECEIVED BY 11

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒  MWP ☐  CONTRACT FACILITY:_____

COPY

DISCIPLINARY

**Disciplinary Appeal**
(major infractions only)

Inmate's Name: Whitford, MuKueegapee    ID # 3013941
Date: 12/14/81    Infraction(s): 4109 - Possession of Weapon
Disciplinary Hearing Decision: Guilty 30 Days Det Cle 7 Days 06/06/3002

**Instructions:** Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision. From what I seen in the pictures and know from being in the cell, that shank was round/cylindrical whereas those markings on the floor (the one that weren't old) were from a flat object. No reliable confid. info.

2. Required disciplinary procedures were not followed. Due Process. 24 hr notice. Photos, requested documentation, general summary of confidential infor connecting me to the weapon, etc. Due Process. Access to Policy & Procedures, Law and Legal materials.

3. The sanction(s) is excessive. Most people are getting 15 days or so for this type of infraction and I haven't had a single write up for a long long time. Approx. 9 months +/-.

_____    12/15/21    See OSR' and Hearing
Inmate Signature    Date    Record

**WARDEN OR DESIGNEES RESPONSE**

**Warden or designee:**
Is there sufficient evidence and documentation to support the finding?    YES ☒  NO ☐
Is there substantial compliance with applicable disciplinary procedures?    YES ☒  NO ☐
Is the sanction(s) imposed proportionate to the rule violation(s)?    YES ☒  NO ☐

**Decision:**
☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.
☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.
☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:
  ☐ reduced sanction or level to:
  ☐ suspended sanction(s) for:

Written justification for the action taken above: Evidence support finding

COPY

_____    1/13/22
Warden or Designee Signature    Date

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)
Revised: December 2014

**OFFENDER/STAFF REQUEST (OSR) FORM**

*From*

TO: Disciplinary Johnson                                    DATE: 12-14-21

(Name and title of staff person)

*TO*

NAME: Mr. Whitford M   ID#: 3015941   FACILITY: MSP   UNIT: RHU

CELL/ROOM: # L-C-5

**SUBJECT:** (Briefly state your question and or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary you may be interviewed in order to successfully respond to this request)

Can you please double check my credit for time served. I've been in pre-hearing and cdc for 11 days now, not 7. And you only gave me credit for 7 of those 11 days. I was on Investigation for 5 days before they wrote me up. Can I get credit for time served for the whole time I've been in here, please? And Thank you.

Also, can I get copies of those photos please? And thank you.

**STAFF RESPONSE:** (for staff use only)

You are Correct I will Change your OUT DATE to 01/01/2022

☐ Addressed Verbally                    ☐ Unanswered –violation of policy

W. C. Cohen _____    DHO _____    12/22/21

(Staff Member Signature)                    (Job Title)                    (Date)

**CLASSIFICATION SUMMARY**

Name: __Whitford, Makueeyapee__    MSP/DOC#: __3015941__    Facility/Unit: __HSU1__

Type of Classification: __Special__  Classification Date: __12/15/2021__  Next Review Date: __5/30/2022__
Current Custody: __CLOSE__    Current Assignment: __Labor Pool-801__
Final Custody: __ADSEG__    Final Assignment: __99999 - Unassigned__

Parole Eligibility Date: __6/8/2038__    Discharge Date: __2/28/2074__

Detainer/Warrant/Notification: ☐ Yes  ☒ No    State/County: _____
Separation Needs: ☒ Active  ☒ Inactive  ☐ Initiate  ☒ Remove

Atypical: ☒ Yes  ☐ No    __Assaultive/Single Cell/STG__
                          Explain if other

STG Review: ☐ Yes  ☒ No

Override: ☐ Yes  ☒ No  ☐ Continue    Override Factor: __CHOOSE ITEM__

Confidential Information: ☐ Yes, in: _____    ☒ No

PREA: ☒ Yes, Date: __7/19/2016__  ☐ No    Emergency Contact Valid: ☒ Yes  ☐ No

MORRA    RT    Date: __11/21/2019__    MORRA Risk Level: Very High

TREATMENT STATUS

| | Type of Referral | Screened/Waiting | Active | Incomp. | Complete |
|---|---|---|---|---|---|
| SOP I Tx | Choose Item | ☐ | ☐ | ☐ | ☐ |
| SOP II Tx | Choose Item | ☐ | ☐ | ☐ | ☐ |
| CD Tx: ITU / ASAM 3.5 | Assessment Need | ☒ | ☐ | ☐ | ☐ |
| MENTAL HEALTH | Choose Item | ☐ | ☐ | ☐ | ☐ |
| ANGER MANAGEMENT | Choose Item | ☒ | ☐ | ☐ | ☐ |
| EDUC. / GED / HiSET | Choose Item | ☐ | ☐ | ☐ | ☐ |
| COMMUNITY PLACE | Choose Item | ☐ | ☐ | ☐ | ☐ |
| PARENTING | Choose Item | ☐ | ☐ | ☐ | ☐ |
| COG. / BEHAVIORIAL | Assessment Need | ☒ | ☐ | ☐ | ☐ |
| OTHER: | Choose Item | ☐ | ☐ | ☐ | ☐ |

    #342 CD ITU : #143 CCP Skills group:  #75 AM

RECEIVED

Classification & Placement Office

Admin Review / Special Committee Signature Date:

Appeal: ☒ Yes  ☐ No
Classification Officer: __Sgt. Machler__    Unit Manager: __UM A. Graham__
Inmate Signature: _____    Date: __12 - 16 - 2021__

WHITE – MAIN FILE    CANARY – COUNSELOR    PINK – INMATE
BLUE FORMS (ATYPICAL/SEPARATION) FOR MAIN FILE & COUNSELOR FILE ONLY

**CLASSIFICATION INSTRUMENT**
-Page 1-

Name: **Whitford, Makueeyapee**          MSP/DOC #: **3015941**     Unit: **HSU1**

**1.     Severity of Institutional Misconduct (rate the last 3 years)**

☒     Category 1 Report(s)     12/8/21-4102: 2/21/21-4111: 2/10/21-4111: 2/9/21-4108: 2/6/21-4111
10/20/20-4111: 10/17/21-4111:10/8/20-4108: 10/1/20-4111(X2) (/17/20-
4111: 9/9/20-4111:2/11/20-4111: 1/21-20-4111(X2) 5/6/19-
4111:4/25/19-4111: 3/10/2019-4111: 1/8/19-4111          6

☐     Category 2 Report(s)     2/1/21-4235; 9/29/20-4235:7/27/20-4235: 1/21/20-4235 (X2): 4/23/19-
4235 2/17/19-4235          3

☐     3+ Category 3 Reports          1

☐     No Violations within last 3 years          0

**2.     Most serious current Conviction, Detainer or Warrant**

☒     Highest Severity          Deliberate Homicide          6

☐     High Severity          Assault with Bodily Fluid          5

☐     Moderate Severity          1

☐     Low Severity          0

**3.     Escape History (rate last 3 years)**

☐     Escape or attempted escape from a secure facility (WRC classified secure)          6

☐     Escape/walk away from PRC, TSCTC          4

☐     Walk away from work release or monitoring program          2

☒     No violations within last 3 years          0

**4.     Severity of Felony Convictions within the Last 7 Years (do not include current conviction)**

☐     1+ Highest Severity or 3+ High Severity          4

☐     1-2 High Severity          3

☐     0 Highest/High severity with 1+ Moderate Severity          1

☒     0 Highest/High/Moderate Severity with only Low Severity          0

**5.     Number of Category I or II Rule Violations, Predatory/Assaultive Behavior (rate last 3 years)**

☒     3+ Category I or II Reports     12/8/21-4102: 2/21/21-4111: 2/10/21-4111: 2/9/21-4108: 2/6/21-
4111 10/20/20-4111: 10/17/21-4111:10/8/20-4108: 10/1/20-
4111(X2) (/17/20-4111: 9/9/20-4111:2/11/20-4111: 1/21/20-4108:
1/21-20-4111(X2) 5/6/19-4111:4/25/19-4111: 3/10/2019-4111:
1/8/19-4111:2/1/21-4235; 9/29/20-4235:7/27/20-4235: 1/21/20-
4235 (X2): 4/23/19-4235 2/17/19-4235          4

☐     1-2 Category I or II Reports          2

☐

☐     0, No Category I or II Reports          0

| **Custody Score based on items 1-5:   7-9 Medium Restricted  /  10-14 Close  /  15+ Maximum** | **16** |
|---|---|

| | | Score 1-5 |
|---|---|---|

**6.  Number of Disciplinary Reports** (rate last 6 months)

| | | |
|---|---|---|
| ☐ | 3+ Reports or <u>Return from Community Placement for disciplinary reasons</u> | 4 |
| ☒ | 1-2 Reports    <u>12/8/21-4102</u> | 2 |
| ☐ | No Major/Severe Reports | 0 |

**7.  Performance in Recommended Treatment/Education Programs**

| | | |
|---|---|---|
| ☐ | Non-Compliant | 4 |
| ☒ | Waiting for treatment / currently enrolled | 0 |
| ☐ | All recommended programs completed | -1 |

**8.  Institutional Adjustment / Work Performance** (rate last 6 months)

| | | |
|---|---|---|
| ☐ | Poor ratings from both Work and Housing Unit Team | 2 |
| ☐ | 1 Poor rating from either Work or Housing Unit Team | 1 |
| ☒ | Positive ratings from both Work and Housing Unit Team | 0 |
| ☐ | Positive ratings from both Work and Housing Unit Team for 3 years | -1 |

## CLASSIFICATION INSTRUMENT
### -Page 2-

Name: __Whitford, Makueeyapee__     MSP/DOC #: __3015941__     Unit: __HSU1__

**9.    Sentence Remaining (total of all consecutive sentences)**

Time Remaining: | 52 years 2 months |

☐ Sentenced prior to April 12, 1995          ☒ Sentenced after April 12, 1995
☐ Designated Dangerous Offender (multiply x 2)

|  |  | *Score* |  |  | *Score* |
|---|---|---|---|---|---|
| ☐ | 30+ years/life sentence | 2 | ☒ | 30+ year sentence/life sentence | 5 |
| ☐ | 11-29 years | 1 | ☐ | 11-29 year sentence/total of consecutive | 1 |
| ☐ | 1-10 years | 0 | ☐ | 1-10 year sentence/total of consecutive | 0 |

| TOTAL SCORE Items 6-9: | | 7 |
|---|---|---|

| Total Points Item 1-5: | 16 | | Total Points: | 23 |
|---|---|---|---|---|
| Custody Based on Item 1-5: | Adseg | | Custody Based on Total Points: | Adseg |
| Preliminary Custody Level: | CLOSE | | Recommended Custody Level: | ADSEG |

| CUSTODY SCORE BASED ON ITEMS 1-5 | Medium Restricted 7-9 | Close 10-14 | Maximum/Ad Seg/Ad Seg Restricted 15+ |
|---|---|---|---|

**TOTAL POINTS SCALE - If inmate scores less than 7 points on Risk Items 1-5, use Total points to designate custody**

| Minimum/Unrestricted 0-3 | Minimum/Restricted 4-8 |
|---|---|
| Medium/Unrestricted 9-11 | Medium/Restricted 12-16 |
| Close 17-22 | Maximum/Ad Seg/Ad Seg Restricted/Death Penalty 23+ points |

**Override Factors:**

| Special Management | ☐ | Psychiatric / Suicide Risk | ☐ |
|---|---|---|---|
| Medical | ☐ | Escape Threat | ☐ |
| Detainer | ☐ | Investigation Pending | ☐ |
| Exemplary Institutional Adjustment | ☐ | Adjustment Problem / Violence Threat | ☐ |
| Court Ordered | ☐ | Inmate Need | ☐ |
| Institutional Need | ☐ | | |

**Final Custody Level:** __ADSEG__

Comment from CM or Designee:

This is a special reclass for Ad-Seg custody, Inmate Whitford was found guilty  12/8/21-4102 Possession of a weapon (shank). Inmate Whitford has been found guilty of 16 staff assaults, 7 threatening staff, 2 conspiring / attempting to assault staff and 1 possession of a weapon in the last 3 years. Inmate Whitford scores 16 points on items 1-5 Ad-Seg custody. Inmate Whitford has been found guilty of 1 major rule infraction this review period. Inamte Whitford is treatment compliant, has active separation needs, has no detainers or warrants and is A-typical Designated. Inmate Whitford has a current Morra and Prea assessment. Inmate Whitford is not parole eligible until June 2038. HSU-1 UMT recommends inmate Whitford be placed as scores Ad Seg custody.

Comment from UM or Designee:

WHITE – MAIN FILE     CANARY – COUNSELOR     PINK – INMATE
BLUE FORMS (ATYPICAL/SEPARATION) FOR MAIN FILE & COUNSELOR FILE ONLY

I agree with the comments above Inmate Whitford has been found guilty of 16 staff assults and 7 threatening staff infractions in the last 3 years, On 12/8/21- inmate Whitford was found guilty of possession of a weapon. Inmate Whitford has continued to show he can not be housed in a general population setting with out a serious risk of violence to staff. Recommend inmate Whitford be placed Ad Seg custody as scores.

## OFFENDER/STAFF REQUEST (OSR) FORM

TO: DISCIPLINARY                                             DATE: 12-16-21
(Name and title of staff person)

NAME: Mr. Whitford, M   ID#: 3015941   FACILITY: MSP   UNIT: RHU
CELL/ROOM: # L-C-5

SUBJECT: (Briefly state your question and or concern and the solution you are requesting.  Your failure to be specific may result in no action being taken.  If necessary you may be interviewed in order to successfully respond to this request)

So....I've been in the Detention Block on investigation, Pre-hearing confinement, and now Detention for 15 days today. 30 days will be on January 2nd, 2022. Yet, I was only given 7 days for credit for time served and given a 30 day sanction that puts me at January 6th, 2022. Four days over the 30 day limit. So, exactly how is that going to work? I thought you guys can only put people on the detention block for 30 days? I asked for four days that I didn't get to be credited to me. If that is done it wouldn't interfer with the 30 day limit that I'm suppose to be in here?

Also, I need all of the OSR's that I sent for my records. Thank You.

**STAFF RESPONSE:** (for staff use only)

Out Date has been changed to 0/0/...

☐ Addressed Verbally                    ☐ Unanswered –violation of policy

_____          /          DHO                    12/22/2021
(Staff Member Signature)                        (Job Title)                    (Date)

MSP 3.3.5, Inmate/Staff Communications Methods       Attachment A       Effective: February 26, 2015