IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MAKUEEYAPEE D. WHITFORD,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN GOOTKIN, Director of the Department of Corrections, and JIM SALMONSEN, Montana State Prison Warden,[1]<br><br>Defendants. | CV 22-70-H-SEH<br><br><br>ORDER |

On October 31, 2023, Defendant Jim Salmonsen (Salmonsen) moved to dismiss Plaintiff Makueeyapee D. Whitford's (Whitford) August 8, 2022, complaint.[2] On November 10, 2023, Whitford moved to file an amended complaint.[3] On December 14, 2023, the Court granted the motion.[4] An amended complaint was filed on January 9, 2023.[5]

---

[1] On January 9, 2023, Whitford filed an amended complaint naming Brian Gootkin and Jim Salmonsen as defendants. The case caption has been amended to reflect this change. *See* Fed. R. Civ. P. 17.
[2] Doc. 12.
[3] Doc. 16.
[4] Doc. 20.
[5] Doc. 21.

**ORDERED:**

1.  Salmonsen's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)[6]

is **DENIED AS MOOT.**

DATED this 30th day of January, 2023.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge

---

[6] Doc. 12.