IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MAKUEEYAPEE D. WHITFORD, | CV 22-70-H-BMM-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| JIM SALMONSEN and BRIAN GOOTKIN, | |
| Defendants. | |

Defendants have moved, unopposed, to vacate the scheduling order. (Doc. 44.) The Court concludes that good cause exists to amend the schedule.

Accordingly, it is hereby ordered:

1. Defendants' motion is GRANTED. The parties will file any pretrial motions on or before September 22, 2023. Briefing will proceed according to L.R. 7.1(d)(1). The Court will then set a schedule for trial preparation if the case does not resolve on motions, as the parties expect.

2. At all times, Plaintiff must keep the Court and Defendants notified of any change of address.

DATED this 31st day of August, 2023.

John Johnston
United States Magistrate Judge