**DEPARTMENT OF CORRECTIONS**
**MONTANA STATE PRISON**
Records Department
LEGAL DATA FORM

| | |
|---|---|
| NAME: WHITFORD, MAKUEEYAPEE | DOC #: 3015941 |
| REC'D: 4-29-2015 | DOB: [redacted]   SOC.SEC.NO.: [redacted] |

| | |
|---|---|
| DATE: 4-29-2015   MSP: ☒   DOC: ☐<br>COUNTY: LAKE   CAUSE NO: DC-13-45<br>CRIME: DELIBERATE HOMICIDE/<br><br>TERM: 60 YRS/<br><br>SENTENCE REVIEW DATE: | DATE: 3-10-2020   MSP: ☒   DOC: ☐<br>COUNTY: Powell   CAUSE NO: DC-19-44<br>CRIME: Assault with Bodily Fluid 2CTS/<br><br>TERM: 1yr EA CT CC, CS/<br><br>SENTENCE REVIEW DATE: |
| DATE:   MSP: ☐   DOC: ☐<br>COUNTY:   CAUSE NO:<br>CRIME:<br><br>TERM:<br><br>SENTENCE REVIEW DATE: | DATE:   MSP: ☐   DOC: ☐<br>COUNTY:   CAUSE NO:<br>CRIME:<br><br>TERM:<br><br>SENTENCE REVIEW DATE: |
| DATE:   MSP: ☐   DOC: ☐<br>COUNTY:   CAUSE NO:<br>CRIME:<br><br>TERM:<br><br>SENTENCE REVIEW DATE: | DATE:   MSP: ☐   DOC: ☐<br>COUNTY:   CAUSE NO:<br>CRIME:<br><br>TERM:<br><br>SENTENCE REVIEW DATE: |

PAROLE ELIG. DATE: 3-1-2038   DETAINERS:

DISCHARGE DATE:   NOTIFICATIONS:

LEGAL DATA SHEET – 28 MAR 07

STATE 02483

EXHIBIT C