STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒      MINOR ☐

Inmate Name: ___Whiteford___ ___Makueeyapee___  ID # 3015941
                    Last name                    First name

Date: 9·17·23   Time: 12:32   Place of Incident: HSU-1

Room/Cell: U02   Housing Unit: HSU-1   Job Assignment: Rol - Labor Pool

Infraction Number(s) & Name(s) 4228 Failure to obey written policy/operational procedure

Staff Witness: 1. _____   Other Inmates involved 1. _____
              2. _____                        2. _____

Description of Violation: (who, what, why, where, when and how): on the date and time listed above Inmate Whiteford, Makueeyapee #3015941 returned from chow with a different Black. He was warned about this action on 9·15·23 at 17:20 and placed in the warning log. Said action goes against unit rules/policy. See attached unit rule.

E. O. R

REPORTING STAFF MEMBER: Duke. C
                         (Print Name)                    (Sign Name)

Supervisor Review: _____
                   (Print Name)                    (Sign Name)

Inmate Status:         ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical: _____   ☐ Mental Health: _____

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) By placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____          9/17/23          _____          /   /
(Shift Supervisor's Signature)   (Date)     (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: ___/___/___   Time: ___hrs.   Place: _____
2. I understand the charge(s)?   ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

_____          _____          _____
(Staff Signature)           (Date & Time)         (Inmate's Signature / ID#)

Attachment B                 MSP 3.4.1, Institutional Discipline           Effective January 1, 2020

EXHIBIT D

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY:_____

### Agreement / Waiver / Refusal Form

### Major/Minor Inmate Disciplinary Infractions

**Agreement** ☒            **Waiver to Attend Hearing** ☐            **Refusal to Attend Hearing** ☐

Inmate Name: _Whitford Makueeyapee_            ID #: _3015941_

Date: _9 /13 /23_     Time: _1020_            Housing Unit: _H501_

Infraction Number(s) and Description: _4227- Failure to follow disciplinary_

_____

☒**Agreement**:  It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes**: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤   **Grid Level to Use**: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation).  Find grid level to use by adding current & prior guilty decisions).*
Sanctions: _$21 fine_
_____
_____

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above.  By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: _[signature]_            Date: ___/___/___

☐ **Waiver to Attend Disciplinary Hearing**:  Inmate waives right to hearing and appeal.

Inmate Signature:_____            Date:___/___/___

☐ **Refusal to Attend Disciplinary Hearing**:

*I told Inmate _____ that it was time for his/her hearing.  (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided.  (S)he still refused/declined stating:_____*
_____

Inmate Signature: _[scribbled]_            Date:___/___/___

**Officer/Witness Signature**_____            Date:___/___

**Disciplinary Hearing Officer/Unit Disciplinary Team** _Carrie Walstra_   Date: _9/13/23_

**Administrative Review Signature:** _[signature] Lott Mcneil_   Date: _9 /1/23_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY

SEP 11 2023

DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR** ☑     **MINOR** ☐

Inmate Name: ~~Whiteford~~ Whitford   Makueeyapee   ID # 301594 1

Last name   First Name

Date: 9·8·23   Time: 8:18 pm   Place of Incident: HSU-1 - UD

Room/Cell: UD-2   Housing Unit: HSU-1   Job Assignment: 801 - Labor Pool

Infraction Number(s) & Name(s): H228 - Failure to follow written institutional policy
H227 - Failure to abide by the conditions of a disciplinary disposition

Staff Witness: 1. _____   Other Inmates involved 1. _____

2. _____   2. _____

Description of Violation: (who, what, why, where, when and how): On the date and time listed above I
Sgt Duke was picking up tablets on the upper blocks. When entering UD, I found Inmate
whiteford, m sitting at the table playing cards. Let it be known said Inmate is on cell
restriction until 9/16/23 - Furthermore, he was given a copy of the cell restriction rules,
which he signed on 8·31·23

E.O.R

REPORTING STAFF MEMBER: Duke. C

(Print Name)   (Sign Name)

Supervisor Review: _____   _____

(Print Name)   (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☑ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical: _____   ☐ Mental Health: _____

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

LT C____   9/8/23   /   /

(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: ___/___   Time: ___ hrs.   Place: _____
2. I understand the charge(s)?   ☒Yes   ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☒Yes   ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.   ☐Yes ☒No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: Agreement

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

Carrie Walstad   09-13-23   X

(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

@ 1020

EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒  MWP ☐  CONTRACT FACILITY:_____

**Agreement / Waiver / Refusal Form**

**Major/Minor Inmate Disciplinary Infractions**

Agreement ☒          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☐

Inmate Name: _Whitford Makueeyaper_          ID #: _3015941_

Date: _9 / 5 /23_    Time: _1045_          Housing Unit: _HSU 1_

Infraction Number(s) and Description: _4227· Failure to abide by disciplinary disposition/4213· Refusing orders_

---

☒ **Agreement:  It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.**

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1    2    3    4    ⑤]  **Grid Level to Use:** _5_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*
Sanctions: _$21 fine_

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above.  By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: _[signature]_          Date: _9 / 5 / 23_

---

☐ **Waiver to Attend Disciplinary Hearing:  Inmate waives right to hearing and appeal.**

Inmate Signature:_____          Date:____ / ____ / ____

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing.  (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided.  (S)he still refused/declined stating:_____*

Inmate Signature:_____          Date:____ / ____ / ____

---

Officer/Witness Signature:_____          Date:____ / ____ / ____

Disciplinary Hearing Officer/Unit Disciplinary Team _Carrie Walters_          Date: _9/5/23_

Administrative Review Signature: _Scott McNee_          Date: _9 6 23_

Copies to: Records (White)        Parole Board-Majors only (Yellow)        Housing Unit (Pink)        Inmate (Goldenrod)

Attachment G          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY
SEP 03 2023
DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR ☑      MINOR ☐**

Inmate Name: __Whitford, Makueeyapee__          ID # __3015941__
              Last name        First Name

Date: __9·1·23__   Time: __1845__   Place of Incident: __MSP__

Room/Cell: __UD2__   Housing Unit: __HSU1__   Job Assignment: __501 Labor Pool__

Infraction Number(s) & Name(s) __4227 failure to abide by the conditions of a disciplinary disposition. 4213 Refusing to obey a verbal "Direct" order/ command from any staff member__

Staff Witness: 1. __C/o Justice__                    Other Inmates involved 1. _____
              2. _____                                    2. _____

Description of Violation: **(who, what, why, where, when and how):** __On the above date and time upon returning to the block after pill pass I/m Whitford, Makueeyapee A/o number 3015941 (currently on cell restriction until 9-16-25) got on the phone instead of locking back down, breaking rule number four of cell restriction. EOR__

_____

_____

_____

_____

_____

_____

_____

_____

_____

REPORTING STAFF MEMBER: __C/o Justice__                  __C/o [signature]__
                         (Print Name)                      (Sign Name)

Supervisor Review: _____           _____
                        (Print Name)                      (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☑ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical: _____   ☐ Mental Health: _____

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

__L+C [signature]__                  __9/2/23__              _____         /  /
(Shift Supervisor's Signature)         (Date)         (Warden or Designee Signature)   (Date)

---

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __/__/__   Time: ____ hrs.   Place: _____
2. I understand the charge(s)? ☑ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☑ Yes  ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☑ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: __Agreement__

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

__Carrie Walden__          __9·5·23__              __[signature]__
(Staff Signature)         (Date & Time)            (Inmate's Signature / Date)
                          @ 1045

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

**EXHIBIT D**



# Montana Department of Corrections

## Statement of Incident

| | | | | |
|---|---|---|---|---|
| **Title:** Whitford cell restriction | | | **Statement #:** | 93485 |
| **Incident Date:** 09/01/2023 | **Incident Time:** | 09:45 PM | **Statement Date:** 09/02/2023 | |
| **Jurisdiction:** Montana State Prison | | | **Submission Category:** Submitted | |
| **Created by:** Justice, Eric - 09/02/2023 | | **Updated by:** Justice, Eric (CIE425) - 09/02/2023 | | |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/High Side/High Side Unit 1/D/UPPER/2/HUS1 UD day room

### Summary of Incident

After the 1800 count cleared at approximately 1830 I C/O Justice Opened I/M Whitford, Makueeyapees A/O # 3015941 (currently on cell restriction until 9-16-23) cell and asked him if he would like to shower. He said yes and I told him to get it done and let me know when he was finished. He then went to his cell to get stuff to shower. After that I opened all dayrooms and started pill pass. At approximately 1840 I/M Whitford told me he was out of the shower, and I asked him to send the next I/M on cell restriction to the door. Once we got to Upper D for pills, I noticed I/M Whitfords door still open, and I found him in line for pills. Shortly after returning to the block from pill pass I/M Whitford, was witnessed getting on the phone instead of locking down, breaking rule four of cell restriction. I C/O Justice reminded I/M Whitford of the rules to which he replied, "I am on my fifteen" referring to rule number two. Then I said "Your funny, you know the rules. lock down". I/M Whitford ignored me and continued his phone call until approximately 1850. The phone records show CSN 312050035 having a four-minute phone conversation, and I/M Whitford can be seen on camera leaving the 10 house and getting on the phone, time stamped 1852.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Justice, Eric | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Justice, Eric

**Reporting Staff:** Justice, Eric

**Signature:** *[signature]*                    **Title:** Correctional Officer 1

**Date:** 9-2-23

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** *Reviewed*

**Supervisor Name:** *B. Cunningham*          **Title:** *Lt*

**Signature:** *[signature]*                    **Date:** *9/2/23*

### Routing List (Place an X next to those this report will be distributed to):

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D

## CELL RESTRICTION RULES

**Whitford, Makueeyapee #3015941** has been placed on cell restriction after a disciplinary hearing. The following is a list of the rules for cell restriction. Failure to follow these rules while on restriction will result in another disciplinary report.

Start date: **09/01/2023 @ 0600** End date: **09/16/2023 @ 0600**   Total days: **15**

THE RULES OF CELL RESTRICTION ARE AS FOLLOWS:

1. You are allowed to go to **work, school assignment, scheduled medical appointment, treatment appointments, visits, religious activities, and meals.**

2. You are allowed to shower once per day and when you return from work. You must return immediately to your cell. You have **15 minutes** to complete the shower.

3. You can leave your cell only to use the shower as approved and when called by the control officer or staff member. No inmate other than your cellmate can be at your cell, even to visit with your cellmate. Pick up forms such as OSR & medical kites during mass movement.

4. Use of the phone is **not** allowed, unless an emergency exists per MSP policy 5.4.3. "Inmate access to telephones".

5. Use of the electronic tablets is prohibited even if another inmate has checked one out.

6. If you are observed outside your cell for any reason, a disciplinary infraction report for #4227: Failure to abide by the conditions of a disciplinary disposition or #4228: Failure to follow written institutional policy, will be issued. ANY SUBSEQUENT VIOLATIONS WILL RESULT DISCIPLINARY INFRACTION REPORT FOR #4213: Refusing to obey a verbal "DIRECT" order/command from any staff member. This may also include placement in PHC.

7. Cell restriction starts and ends at **0600 hrs.**

| | | |
|---|---|---|
| Inmate Signature | 8.31.23 | Duke - C |
| | Date | Staff Member |
| | | Print Name: |

**File copy**

----------------------------------------------------------------

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR ☑**          **MINOR ☐**

Inmate Name: _Whitford_ _____ _Makueeyapee_ ID # _3015941_
          Last name                       First Name

Date: _8/21/23_   Time: _1715_   Place of Incident: _HSU1 UD_
Room/Cell: _UD2_   Housing Unit: _HSU1_   Job Assignment: _801 - Labor Pool_
Infraction Number(s) & Name(s) _4219 - Smoking_
_____ _4234 - Being in an unauthorized area_

Staff Witness: 1. _____   Other Inmates involved 1. _____
              2. _____                            2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date & appro's._
_time I, Sgt. Arneson, reviewed video of UD block in HSU1. I/m Whitford, M_
_# 3015941 can be seen exiting the cell where smoking paraphernalia_
_was found. EOR_

REPORTING STAFF MEMBER: _Kyle Arneson_ _____
                                  (Print Name)                         (Sign Name)

Supervisor Review: _____   _____
                            (Print Name)                         (Sign Name)

Inmate Status:      ☐ Pre-Hearing Confinement   ☑ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical:_____   ☐ Mental Health:_____

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____   _8/21/23_   _____   _/ /_
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _/_ _/_   Time: _____ hrs.   Place: _____
2. I understand the charge(s)?   ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?   ☐ Yes ☐ No (if yes, inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.   ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

_____   _____   _____
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒         MINOR ☐

RECEIVED BY

MAR 1 3 2023

DISCIPLINARY

Inmate Name: _Whitford_                    _Makueeyapee_        ID # 3015941
            Last name                    First Name

Date: 3/10/23   Time: 0010   Place of Incident: SAU
Room/Cell: LG1   Housing Unit: SAU   Job Assignment: 99999-unassigned
Infraction Number(s) & Name(s) 4213 - Refusing to immediately obey a verbal "direct" order/command from any staff member

Staff Witness: 1. CO Delamater          Other Inmates involved 1. _____
              2. _____                              2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and approximate time I Sgt. Shine gave inmate Whitford, M a direct order at his cell door to turn around and cuff up. I/m Whitford said it was suspicious we wanted to search his cell and he would not let us. EOR

REPORTING STAFF MEMBER: _Sgt. Shine_                    _Sgt. Shine_
                        (Print Name)                    (Sign Name)

Supervisor Review: _____                    _____
                   (Print Name)                       (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Approval for placement in PHC : ☐Medical:_____   ☐ Mental Health:_____

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_CB. Bethecar_          _3/10/23_          _____          / /
(Shift Supervisor's Signature)   (Date)        (Warden or Designee Signature)      (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 03/21/23   Time:____hrs.   Place: SAU
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☒Yes ☐No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: Sgt Larkins

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_Carrie Wolsted_          03-15-23   ☒ _____
(Staff Signature)         (Date & Time)      (Inmate's Signature / ID #)
                          @ 0950

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

SAV
V6-3

0920

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: _Whitford, MaKuaqyapee_  ID # _301594_ Date: _03/21/2023_

Infraction Number(s) & Name(s) _4213 Refuse to Obey Orders_

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____ By: _____

Reason: _____

Plea: ☒ Guilty   ☐ Not Guilty   ☐ Other: _____

Inmate's Statement:
_I'm Guilty but I want to get it dropped to Minor_

Evidence Provided: _____

Findings: ☒ Guilty of # _4213_          ☐ Not Guilty of # _____

Evidence Relied On:
_Infraction Report / E mails_

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4  ⑤ ] Grid Level to Use: _3_

_3-4213_

(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s): _11 Days Detention Suspended Sentence for 90 Days_

Reason(s) for findings:
_Offender Refused to Obey Direct Orders from staff_

_____   7/22/2023          _____
ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _Unable to Sign_        _SJ.B_       _Ruben W Cass_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                    MSP 3.4.1, Institutional Discipline                    Effective January 1, 2020

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

| | |
|---|---|
| **Title:** Inmate Whitford, M Cell Search | **Statement #:** 86049 |

**Incident Date:** 03/10/2023    **Incident Time:** 08:10 PM    **Statement Date:** 03/10/2023

**Jurisdiction:** Montana State Prison    **Submission Category:** Submitted

**Created by:** Shine, Michael - 03/10/2023    **Updated by:** Shine, Michael (CIE528) - 03/10/2023

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/High Side/Secure Adjustment Unit/G/LOWER/1

### Summary of Incident

On the above date and approximate time I Sergeant Shine and C/o Delamater approached Inmate Whitford, M Ao: 3015941 cell door and told him to come to the food hatch, turn around, and cuff up. Inmate Whitford asked "why"  and was told "we are conducting cell searches so turn around and cuff up." Inmate Whitford shook his head and stated "he was not gonna cuff up and let us search his cell because we did not have enough reason to do so. I Sgt. Shine then told the inmate that I am giving him a direct order to turn around and cuff up so that we could come in and search his cell. I/m Whitford still refused to cuff up and was told he would written up for this. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Shine, Michael | Sergeant |
| Offender | Whitford, Makueeyapee - 3015941 | Inmate refusing to comply with direct order |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Shine, Michael

**Reporting Staff:** Shine, Michael    **Title:** Correctional Sergeant

**Signature:** *Sgt Shine*    **Date:** 3/10/ 23

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** *Whitford will be searched tomorrow, if he refuses he will be locked up PHCDD*

**Supervisor Name:** *B. Baltezar*    **Title:** *Lt*

**Signature:** *[signature]*    **Date:** 3-10-23

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| | | _____ MCE |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

**Page 1 of 2**

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections
## Statement of Incident

| | |
|---|---|
| **Title:** cell searching | **Statement #:** 86051 |

| | | | |
|---|---|---|---|
| **Incident Date:** 03/10/2023 | **Incident Time:** | 08:10 PM | **Statement Date:** 03/10/2023 |

**Jurisdiction:** Montana State Prison          **Submission Category:** Draft

**Created by:** Delamater, Tyler - 03/10/2023          **Updated by:** Delamater, Tyler (CID965) - 03/10/2023

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/High Side/Secure Adjustment Unit/G/LOWER/1/SAU, LG1

## Summary of Incident

On the above date and time I (C.O delamater) and sergeant shine where going to cell search lower G1. When we got to the door, Sgt shine told Inmate Whitford#3015941 that we were going to search his cell and for him to cuff up. With that Whitford asked for a reason. Shine said there is no reason were doing random cell searches. Inmate Withford refused to cuff up and sergeant Shine tried to convince to do as instructed. He still refused and Sergeant Shine gave him a direct order to turn around and cuff up. Inmate withford still refused. Shine told him its going to be a wright up and we left the block.

EOR.

## Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Shine, Michael | sergeant giving a direct order. |
| Offender | Whitford, Makueeyapee - 3015941 | inmate refusing a direct order |

## Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff

**Reporting Staff:**     Delamater, Tyler          **Title:**

**Signature:** _Delamater_          **Date:** 3/10/03

## Notes

No Notes are associated with this Incident Statement

## NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____          **Title:** _____

**Signature:** _____          **Date:** _____

## Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |

Note: This statement of Incident may be the only statement of the described Incident, or it may be one of several. All statements of this Incident will be collected and combined into a single Incident report.

Page 1 of 2



EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒ MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒   MINOR ☐

RECEIVED BY

OCT 0 4 2022

DISCIPLINARY

Inmate Name: _Whitford_ _____ _Makueeyapee_ ID # _3015941_

Last name                          First Name

Date: _10/3/2022_ Time: _2330_ Place of Incident: _RHU_

Room/Cell: _LD6_ Housing Unit: _RHU_ Job Assignment: _99999 - Unassigned_

Infraction Number(s) & Name(s) _4228 - Failure to Obey a written policy / Operational Procedure_
_4211 - Stealing_

Staff Witness: 1. _____   Other Inmates involved 1. _____

2. _____                    2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date and_
_time while monitoring phone calls. It was determined that inmate Whitford_
_#3015941 had violated MSP Procedure 3.3.7 by using another inmates account_
_information to place phone calls. CSN 307183505, 307167785 CSN 307167743,_
_CSN 307167307, CSN 307166655, CSN 307151295, CSN 307150873, CSN 307150823_
_were verified that the above inmate had violated 4211-Stealing by utilizing_
_another inmates account balance to place calls. EOR_

REPORTING STAFF MEMBER: _SSgt Cumming_ _SSgt C_

(Print Name)                          (Sign Name)

Supervisor Review: _____

(Print Name)                          (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement ☒ Release to Previous Status ☐ Other

Approval for placement in PHC : ☐ Medical: _____ ☐ Mental Health: _____

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_LT. J. Litchard_ _10-3-22_ _/ /_

(Shift Supervisor's Signature)      (Date)                    (Warden or Designee Signature)      (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: _/ /_ Time: ___ hrs. Place: _____
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☒ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☒ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_Carrie Walter_ _10-06-22_ _____

(Staff Signature)      (Date & Time)                    (Inmate's Signature / ID#)

_@ 0955_

Attachment B                    MSP 3.4.1, Institutional Discipline                    Effective January 1, 2020

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**Agreement / Waiver / Refusal Form**

**Major/Minor Inmate Disciplinary Infractions**

Agreement ☑   Waiver to Attend Hearing ☐   Refusal to Attend Hearing ☐

Inmate Name: Whitford  Makueejapee   ID #: 3015947

Date: 10 /06 /22   Time: 0955   Housing Unit: R14 h

Infraction Number(s) and Description: 4228(3.37) Policy Violation 43N-
Stealing

---

☑ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1    2    3    4   ⑤   Grid Level to Use: 3
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
**Sanctions:** $21 Fine, 2 weeks phone rest SS for 90 days

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: _____   Date: 10 / 6 / 22

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature:_____   Date:____ / ____ / ____

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:_____*

Inmate Signature:_____   Date:____ / ____ / ____

---

Officer/Witness Signature:_____   Date: ____ / ____ / ____

Disciplinary Hearing Officer/Unit Disciplinary Team Carrie Walters   Date: 10/06/22

Administrative Review Signature: _____   Date: 1/12/22

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment G   MSP 3.4.1, Institutional Discipline   Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY
JUL 2 0 2022
DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*

MAJOR ☒      MINOR ☐

Inmate Name: _Whitford_          _Makuacyapec_          ID # 3015941
           Last name                          First Name

Date: 7-19-2022 Time: 0950 Place of Incident: RHU
Room/Cell: D-7   Housing Unit: RHU   Job Assignment: 9999 unassigned
Infraction Number(s) & Name(s) 4233 unauthorized communication

Staff Witness: 1. _____
        2. _____      Other Inmates involved 1. Walker J. 3006664
                                            2. _____

Description of Violation: (who, what, why, where, when and how): As part of an investigation that dates back to the beginning of June 2022 inmate Whitford has made several phone calls on another inmates phone account. Please see attached list and dates with CSN numbers for these unauthorized calls. Whitford also had an unauthorized call on 5-17-2022 as well.

E.O.R.

REPORTING STAFF MEMBER: Ron McDonald          R MC
                                      (Print Name)                          (Sign Name)

Supervisor Review: _____
                             (Print Name)                          (Sign Name)

Inmate Status:      ☐ Pre-Hearing Confinement      ☐ Release to Previous Status  ☐ Other

Approval for placement in PHC :      ☐ Medical: _____      ☐ Mental Health: _____

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

LT M.V                          7-19-22
(Shift Supervisor's Signature)          (Date)          (Warden or Designee Signature)          (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __/__/__   Time: ____hrs.   Place: _RHU_
2. I understand the charge(s)?  ☐ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☐ Yes  ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf?  ☐ Yes  ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____ _Agreement_

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____          7/19/22 6985
(Staff Signature)          (Date & Time)          (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑  MWP ☐   CONTRACT FACILITY:_____

### Agreement / Waiver / Refusal Form

### Major/Minor Inmate Disciplinary Infractions

**Agreement** ☑           **Waiver to Attend Hearing** ☐           **Refusal to Attend Hearing** ☐

Inmate Name: _Whifford, Makveeyapee_                    ID #: _301594)_

Date: _7/21/22_      Time: _0925_          Housing Unit: _RHU_

Infraction Number(s) and Description: _4233 Unauthorized Communication_

---

☑ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤]   Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanctions: _Restitution TBD_

_I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal._

Inmate Signature: _[signature]_                    Date: _7/21/22_

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature:_____                    Date:___/___/___

---

☐ **Refusal to Attend Disciplinary Hearing:**

_I told Inmate_____ _that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:_____

Inmate Signature:_____                    Date:___/___/___

---

Officer/Witness Signature:_____          Date:___/___/___

Disciplinary Hearing Officer/Unit Disciplinary Team_ JC Goly_          Date: _7/21/22_

Administrative Review Signature: _mcder_          Date: _7/25/22_

Copies to: Records (White)        Parole Board-Majors only (Yellow)        Housing Unit (Pink)        Inmate (Goldenrod)

Attachment G                    MSP 3.4.1, Institutional Discipline                    Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

*RECEIVED BY*
*JUL 05 2022*
*DISCIPLINARY*

## DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

Inmate Name: _Whitford_ _Makueyape_ ID # _3015941_
                        Last name                    First Name

Date: _7/5/2022_  Time: _0037_  Place of Incident: _Deer Lodge Medical Center_
Room/Cell: _DMC2_  Housing Unit: _RHU_   Job Assignment: _____
Infraction Number(s) & Name(s) _411-assaulting staff_

Staff Witness: 1. _Towns, David_          Other Inmates involved 1. _____
                    2. _____                                  2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date and approximate time, I, CO Puccinelli was assaulted by I/M Whitford, M# 3015941, I was attempting to keep I/M Whitford spit hood on when he kneed me in the ribs and attempted to push me into the wall. EOR_

REPORTING STAFF MEMBER: _Puccinelli_           _Puccinelli_
                                              (Print Name)                    (Sign Name)

Supervisor Review: _____      _____
                              (Print Name)                          (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☒ Other

Approval for placement in PHC :   ☐ Medical:_____   ☐ Mental Health:_____

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_[signature]_                    _7/05/22_                    _____              /  /
(Shift Supervisor's Signature)              (Date)              (Warden or Designee Signature)        (Date)

### NOTICE OF HEARING/PREHEARING ACTION
I have received a copy of this notice and have the opportunity any right to attend and present evidence at a hearing. _RHU_
1. Hearing Date: _07/08/22_ Time: _1157_ hrs.   Place: _Any_ _____   _RHU_
2. I understand the charge(s)?   ☒ Yes   ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?   ☒ Yes   ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf:   ☐ Yes   ☒ No   If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_[signature]_                    _07/05/2022_                    _Unable to Sign (SUMP)_
(Staff Signature)                  (Date & Time)                    (Inmate's Signature / ID#)

Attachment B                MSP 3.4.1, Institutional Discipline            Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☑        MINOR ☐

Inmate's Name: _Whitford, MaKueeyapee_   ID # _3015941_ Date: _07/07/2022_

Infraction Number(s) & Name(s) _4111 Assaulting Staff_

☐ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___   By: _____

Reason: _____

Plea: ☐ Guilty    ☐ Not Guilty    ☑ Other: _Waived Right to Hearing_

Inmate's Statement: _____

Evidence Provided: _____

Findings: ☑ Guilty of # _4111_           ☐ Not Guilty of #

Evidence Relied On:

_Infraction Report / Incident Report_

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4   ⑤ Grid Level to Use: _3_

*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _$50.00 Fine_

Reason(s) for findings:

_Offender assaulted staff / already serving 30 Days Detention_

_Amner_ _7/3/2_  _____

ADMINISTRATIVE REVIEW / DATE            DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☑ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _Waived Hearing_

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)

Attachment C              MSP-3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

 

# Montana Department of Corrections

## Statement of Incident

| | | | |
|---|---|---|---|
| **Title:** Whitford, Makueeypee | | **Statement #:** | 76367 |
| **Incident Date:** 07/05/2022 | **Incident Time:** 12:40 AM | **Statement Date:** 07/05/2022 | |
| **Jurisdiction:** Montana State Prison | | **Submission Category:** Submitted | |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Deerlodge medical center

### Summary of Incident

On above date and time, I SSgt. Thornton received a call from officer Puccinelli at DLMC. He reported to me that I/M Whitford, Makueeypee AO# 3015941 was being uncooperative and that he had a use of force on the inmate to get him to comply. I stated that if the inmate is not being compliant then they needed to let the medical staff know, so that they could return him to MSP. Inmate Whitford was placed back in RHU safe cell for his previous self-harm. I requested to nurse Strey to assess him during pill pass. Use of force packet and incident reports completed.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Derieux, Gabriel | |
| Staff | Downs, David | |
| Staff | Strey, Heather | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Thornton, Warren

**Reporting Staff:** Thornton, Warren          **Title:** Correctional Sergeant

**Signature:** _[signature]_          **Date:** 7/5/2022

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

**Supervisor Name:** _M Mathou_          **Title:** _LT_

**Signature:** _LT. Uibu...th_          **Date:** _7. 05. 2022_

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |

Note: This statement of Incident may be the only statement of the described Incident, or It may be one of several. All statements of this Incident will be collected and combined Into a single Incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Whitford, M. #3015941             **Statement #:**    76363

**Incident Date:** 07/05/2022    **Incident Time:**    12:35 AM      **Statement Date:** 07/05/2022

**Jurisdiction:** Montana State Prison            **Submission Category:** Submitted

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/The incident occurred at the emergency room at Deer Lodge Medical Center.

### Summary of Incident

On the above approximate date and time, inmate Whitford, Makueeyapee #3015941 was trying to take his spit hood off. Correctional officer Puccinelli told inmate Whitford to keep the spit hood on. Inmate Whitford resisted and kept trying to take the spit hood off. Officer Puccinelli grabbed the restraints on inmate Whitford's wrists to prevent inmate Whitford from taking off the spit hood. Inmate Whitford kneed Officer Puccinelli in the ribs. Officer Pucinelli doubled his fist and hit inmate Whitford in the chest. I Officer Downs told inmate Whitford to stop. Inmate Whitford told me to tell officer Pucinelli to stop. The situation then deescalated.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Downs, David | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Downs, David

**Reporting Staff:**    Downs, David            **Title:** Correctional Officer 1

**Signature:** _David R Downs_        **Date:** _7-5-22_

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

**Supervisor Name:** _Thornton_        **Title:** _SSgt._

**Signature:** _SSgt. Thornton_        **Date:** _7/5/2022_

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 1 of 1

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** use of force at DLMC | **Statement #:** 76365

**Incident Date:** 07/05/2022 | **Incident Time:** 12:37 AM | **Statement Date:** 07/05/2022

**Jurisdiction:** Montana State Prison | **Submission Category:** Submitted

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Deer Lodge Medical Center

### Summary of Incident

On the above date and approximate time I/M Whitford, M # 3015941 was attempting to rip his spit hood off while we were at Deer Lodge Medical Center. I, CO Puccinelli grabbed the spit hood to stop I/M Whitford from ripping it apart and repositioned it on his face so it was covering his mouth and removed his hands from the spit hood and held them at his belly. I/M Whitford became agitated and started bucking around on the bed. I attempted to hold I/M Whitford stationary on the bed, and while I was doing that I/M Whitford brought his knees up and struck me in the ribs. in response I instinctively swung at his head, glancing off the back of I/M Whitfords head hitting the bed railing. I/M Whitford stood up and attempted to push me into the hospital wall, I forcefully returned him to the bed and subdued I/M Whitford and called command post alerting them that I had gone hands on and to mark the time that it had happened on my phone. I/M whitford had seemed to calm down by then so I backed off as to not upset him again. Then he ripped the spit hood completely off and told me "fuck you bitch". I did not respond to the verbal insult. EOR.

### Involved Persons

| Category | Person | Narrative |
|----------|--------|-----------|
| Staff | Downs, David | |
| Staff | Derieux, Gabriel | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff

**Reporting Staff:** Derieux, Gabriel | **Title:** Correctional Officer 1

**Signature:** *Puccinelli* | **Date:** 7/5/2022

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

**Supervisor Name:** *Thornton* | **Title:** SS, t.

**Signature:** *SSgt Thin* | **Date:** 7/5/2022

Routing List (Place an X next to those this report will be distributed to):

_____ Helena Office | _____ Security Major | _____ Medical

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY
JUL 05 2022
DISCIPLINARY

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*

MAJOR ☑   MINOR ☐

Inmate Name: Whitford                    M                    ID # 3015941
          Last name                   First Name

Date: 7-4-22   Time: 19:42   Place of Incident: LB7
Room/Cell: LB7   Housing Unit: RHU   Job Assignment: N/A
Infraction Number(s) & Name(s) 4210- Destroying, altering or damaging facility property or the property of another person, including flooding.

Staff Witness: 1. _____   Other Inmates involved 1. _____
              2. _____                          2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and time I, C/O Bosch went to B-block on RHU and saw water coming from inmate Whitfords #3015941 Cell 30 I grabbed the water key and shut his water off and left the block

REPORTING STAFF MEMBER: Anthony Bosch          _____
                        (Print Name)                (Sign Name)

Supervisor Review: Kyle Avreson          _____
                   (Print Name)              (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Approval for placement in PHC: ☐ Medical: _____   ☐ Mental Health: _____

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____   7'4'22   _____   / /
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 7/15/22   Time: _____ hrs.   Place: _____
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐ Yes ☐ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary/operational procedure.

_____   7/5/22   Unable to Sign (SMP)
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑  MWP ☐  CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☑          MINOR ☐

Inmate's Name: _Whitford, MaKueeyapee_   ID # _30159_ Date: _07/07/2022_

Infraction Number(s) & Name(s) _4210  Destroy Facility Property_

☐ **I DO UNDERSTAND THE VIOLATION**      ☐ **I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN**

Continuance granted to Date: ___ / ___ / _____ By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☑ Other: _Waived Right to a Hearing_

Inmate's Statement: _____

_____

_____

_____

_____

**Evidence Provided:** _____

_____

**Findings:** ☑ Guilty of # _4210_          ☐ Not Guilty of # _____

**Evidence Relied On:** _Infraction Report_

_20-4210_

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4   ⑤ ] Grid Level to Use: _3_

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _$30.00 Fine_

_____

_____

**Reason(s) for findings:** _Offender Flooded his Cell_

_____

_T. mcnee_ _7/11/22_               _____

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ **I DO WISH TO APPEAL** (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☑ **I DO NOT WISH TO APPEAL**
Inmate's Signature / ID#: _Waived Hearing_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                    MSP 3.4.1, Institutional Discipline                    Effective January 1, 2020

EXHIBIT D
EXHIBIT D

pg. 1 of 2

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY
JUN 30 2022
DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*

MAJOR ☑   MINOR ☐

Inmate Name: __Whitford   Makueeyapee__   ID # __301594__
            Last name            First Name

Date: __June 29'22__ Time: __1305 hrs__ Place of Incident: __RHU, LB-7__
Room/Cell: __LB-7__ Housing Unit: __RHU__ Job Assignment: __unassigned 99999__
Infraction Number(s) & Name(s) __4212 Willfully blocking a locking device to include a__
__window.__
__4213 Refusing to immediately obey a direct order.__

Staff Witness: 1. __C/O Shine__              Other Inmates involved 1. __None__
              2. __C/O Bowers__                                  2. _____

Description of Violation: (who, what, why, where, when and how): __While conducting the__
__1330 hr. count, C/O Bowers attempted get to get I/m Whitford__
__to remove his bed mattress from the cell door and window by__
__giving him verbal direct orders to do so. Whitford would__
__not comply nor speak with the staff so they could properly__
__count him. Shortly there after, I was notified and__
__went to Whitfords cell. I spoke to Whitford many times,__
__encouraging him to at least speak with me so I knew__
__he was alright, he refused to acknowledge my presence,__
__and my orders to speak and/or to remove the mattress__
__that he had blocking his cell door window and food slot.__
__Officer Shine was had accompanied me onto the block__
__and remained throughout my attempts to solicit a__
__response and/or appropriate action to remove the__
__mattress. EO.e__

REPORTING STAFF MEMBER: __Pasha, Larry Sgt.__   __Sgt. Larry Pasha__
                         (Print Name)              (Sign Name)

Supervisor Review: _____
                      (Print Name)              (Sign Name)

Inmate Status:   ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical: _____   ☐ Mental Health: _____

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____          __6'29'22__          _____          / /
(Shift Supervisor's Signature)   (Date)       (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __7 / 5 / 22__   Time: __Any__ hrs.   Place: __RHU__
2. I understand the charge(s)?   ☐ Yes   ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?   ☐ Yes   ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.   ☐ Yes   ☐ No   If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____          __6-29-22__          __REFUSED__
(Staff Signature)        (Date & Time)         (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D



b 2 of 2

### STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☑  MWP ☐   CONTRACT FACILITY:_____
### DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING
*(Information and staff signatures on this form must be legible)*
**MAJOR** ☑   **MINOR** ☐

Inmate Name: _Whitford_ _____ _Makueeyapee_ _____ ID # _301594(_
         Last name *Approx*          First Name

Date: _June 29'22_  Time: _1305 hrs_ Place of Incident: _RHu, LB-7_
Room/Cell: _LB-7_  Housing Unit: _____  Job Assignment: _____
Infraction Number(s) & Name(s) _4216 Interfering with the taking of a count._

Staff Witness: 1. _C/o Shine_ _____  Other Inmates involved 1. _None_
            2. _C/o Bowers_ _____                   2. _____

Description of Violation: (who, what, why, where, when and how): _— Nothing follows — EOR._

REPORTING STAFF MEMBER: _Pasha, Larry Sgt._ ___ _Sgt. Larry Pasha_
                                      (Print Name)                            (Sign Name)

Supervisor Review: _____
                                      (Print Name)                            (Sign Name)

Inmate Status:           ☐ Pre-Hearing Confinement     ☐ Release to Previous Status     ☐ Other

Approval for placement in PHC :     ☐Medical:_____     ☐ Mental Health:_____

       Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

                                               /  /                                          /  /
(Shift Supervisor's Signature)             (Date)        (Warden or Designee Signature)          (Date)

### NOTICE OF HEARING/PREHEARING ACTION
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __/__/__  Time:_____ hrs.  Place:_____
2. I understand the charge(s)?  ☐Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☐Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.  ☐Yes ☐No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

_____  _____  _____
      (Staff Signature)                    (Date & Time)             (Inmate's Signature / ID#)

Attachment B           MSP 3.4.1, Institutional Discipline           Effective January 1, 2020

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

### Agreement / Waiver / Refusal Form

### Major/Minor Inmate Disciplinary Infractions

**Agreement** ☒          **Waiver to Attend Hearing** ☐          **Refusal to Attend Hearing** ☐

Inmate Name: _Whitford Makueeyapee_          ID #: _8015941_

Date: _6 / 1 /22_   Time: _0900_          Housing Unit: _RHU_

Infraction Number(s) and Description: _4212· Tampering w/ locking device_
_4213· Refusing_

---

☒ **Agreement**: It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ **Grid Level to Use:** _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanctions: _$21 Fine / Already serving 30 days_

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: _____          Date: _6 / 1 /22_

---

☐ **Waiver to Attend Disciplinary Hearing**: Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date:___ / ___ / ___

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing.  (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided.  (S)he still refused/declined stating:_____*

Inmate Signature:_____          Date:___ / ___ / ___

---

Officer/Witness Signature:_____          Date:_ / ___ / ___

Disciplinary Hearing Officer/Unit Disciplinary Team _Carrie Walster_          Date: _7/ 1 /22_

Administrative Review Signature: _J McNew_          Date: _7/6/22_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

RECEIVED BY

JUN 17 2022

DISCIPLINARY

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR** ☒        **MINOR** ☐

Inmate Name: _Whitford_____   _Makueeyapee_____ ID # _301594/_

Last name        First Name

Date: _6/16/22_   Time: _0815_   Place of Incident: _LB-7   RHu_

Room/Cell: _LB-7_   Housing Unit: _RHu_   Job Assignment: _99999 - unassigned_

Infraction Number(s) & Name(s) _4111 - assault_

_4210 - Flooding_

Staff Witness: 1. _____        Other Inmates involved 1. _____

2. _____                                           2. _____

Description of Violation: **(who, what, why, where, when and how)**: _On the above date and_
_approximate Time I Correctional officer Roger Gillery was informed by the_
_Priorly Cage that LB-7 which housed only inmate Whitford #301594/ was Flooding._
_I then grabbed the water Key from the cage and Proceeded to go turn his_
_water off, as I Past his door inmate Whitford Threw a Brown Liquid through_
_the Top of his door. I attempted to dodge the Liquid But I got it on my back._
_This Liquid was Brown and Smelled of Feces._

REPORTING STAFF MEMBER: _Roger Gillery_        _[signature]_

(Print Name)                                                       (Sign Name)

Supervisor Review: _____

(Print Name)                                    (Sign Name)

Inmate Status:        ☒ Pre-Hearing Confinement        ☐ Release to Previous Status   ☐ Other

Approval for placement in PHC :        ☒ Medical: _Joesph_        ☒ Mental Health: _TumKe_

Reason: _Assault_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_[signature]_                _6/16/22_        _____        / /

(Shift Supervisor's Signature)   (Date)              (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date _6/19/22_   Time: _ANY_ hrs.   Place: _RHu_
2. I understand the charge(s)?   ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☐ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations

**I understand, and if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

_[signature]_                _6/16/22  1100_   Unable to sign   assaultive

(Staff Signature)              (Date & Time)              (Inmate's Signature / ID#)

Attachment B                MSP 3.4.1, Institutional Discipline                Effective January 1, 2020

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**Agreement / Waiver / Refusal Form**

**Major/Minor Inmate Disciplinary Infractions**

**Agreement** ☒          **Waiver to Attend Hearing** ☐          **Refusal to Attend Hearing** ☐

Inmate Name: __Whitford Makueeyapee__          ID #: __3015941__

Date: _6/17/22_     Time: _1000_          Housing Unit: _RHU_

Infraction Number(s) and Description: _4111-Assault on staff + 4210 Flooding_
_____

---

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1    2    3    4   ⑤]  **Grid Level to Use:** _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level by adding current & prior guilty decisions).*
**Sanctions:** _$50 fine_
_____
_____

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above.  By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.* _C/O K. Reısad_

Inmate Signature: _I/m could not sign_          Date: ___/___/___

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date:___/___/___

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing.  (S)he refused/declined to attend.
(S)he was advised that the hearing would proceed on the basis of evidence provided.  (S)he still refused/declined stating:_____*
_____

Inmate Signature:_____          Date:___/___/___

---

**Officer/Witness Signature:**___P. Riel___          Date:_/___/___

**Disciplinary Hearing Officer/Unit Disciplinary Team** _Carrie Walsto_   Date:_11/17/22_

**Administrative Review Signature:**_____   Date:_6/17/22_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment G          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

 

 **Montana Department of Corrections**

### Statement of Incident

**Title:** Whitford, Makueeyapee 3015941 | **Statement #:** 75559

**Incident Date:** 06/16/2022 **Incident Time:** 10:30 AM | **Statement Date:** 06/16/2022

**Jurisdiction:** Montana State Prison | **Submission Category:** Submitted

**Incident Scene**

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/RHU

**Summary of Incident**

On the above date and approximate time, I Lt. Snowden, was conducting a walkthrough of RHU. While conducting the walkthrough, I noticed a lot of water on B-Block and the smell of feces. Several inmates on the block were upset due to the flood, and inmate Whitford stopped me at LB 7 and told me that he had "mixed shit" with the water and he's going to throw it on as many staff as he can. I then contacted Command Post and told Capt. Thompson that he is continuing to threaten to assault staff. Inmate Whitford was moved to the safety management cell by CSRT without further incident.EOR

**Involved Persons**

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Snowden, Thomas | |

**Source and Documentation**

**Anonymous Informant:** No

**Information Source:** Staff - Snowden, Thomas

**Reporting Staff:** Snowden, Thomas | **Title:** Correctional Lieutenant

**Signature:** *Thomas Snowden* | **Date:** 6-16-2022

**Notes**

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _____

**Supervisor Name:** SSGT Sharbe | **Title:** Staff Sergeant

**Signature:** _____ | **Date:** 6-16-27

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

  

## Montana Department of Corrections

### Statement of Incident

**Title:** Whitford assault with a bodily fluid

**Incident Date:** 06/16/2022 **Incident Time:** 09:00 AM

**Jurisdiction:** Montana State Prison

**Statement #:** 75551

**Statement Date:** 06/16/2022

**Submission Category:** Submitted

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/B/LOWER/7

### Summary of Incident

On the above date and approximate time I, Sgt Coughlin while escorting outside yard back into the building, was called to the main cage and was informed that B-Block was flooding. I then went and looked onto the block and seen water running out of LB-7 cell which is the cell that I/M Whitford, M. #3015941 resides. I then instructed C/O Guillory to retrieve the water key from the main cage and turn off LB-7 water. He retrieved the key and we went onto the block. He walked down the stairs and once he got close to I/M Whitford cell I seen I/M Whitford reach up to the top of his door and a brown substance came out of his cell striking C/O Guillory in the back. I then instructed C/O Hawley to retrieve the shield while I called the command post to inform them of the incident. We then went back onto B-Block with the shield. I handed the shield to C/O Guillory. He held the shield up to the door on the top as I opened the plumbing chase and shut off I/M Whitford's water. Once the water was shut off we exited the block without any further incident.

### Involved Persons

| Category | Person | Narrative |
|----------|--------|-----------|
| Staff | Guillory, Roger | Officer that was struck with what appeared to be feces. |
| Staff | Hawley, Alex | Officer that retrieved the shield. |
| Offender | Whitford, Makueeyapee - 3015941 | Inmate that assaulted staff with a bodily fluid. |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Coughlin, Brett

**Reporting Staff:** Coughlin, Brett

**Signature:**

**Title:** Correctional Sergeant

**Date:** 4/16/22

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

**Supervisor Name:** SRGT Sharke

**Signature:**

**Title:** Staff Sergeant

**Date:** 6-16-22

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| | | _____ Maintenance |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

  

# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** whitford assault | **Statement #:** 75555 |
| **Incident Date:** 06/16/2022   **Incident Time:** 08:15 AM | **Statement Date:** 06/16/2022 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Submitted |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/B/LOWER/7

### Summary of Incident

On the above date and approximate time I, Correctional Officer Roger Guillory was informed by the primary cage officer that an inmate on B-block in RHU was flooding. I grabbed the key from the cage and then proceeded onto B-block to see a large amount of water coming from LB-7. This house contained only Inmate Whitford #3015941. As I passed his cell door Inmate Whitford threw a brown liquid out of the top of the door. In my attempt to dodge the liquid I got it on my back. This brown liquid smelled of feces. I then went into the shower on the lower block next to cell LB-8. I asked Sergeant Coughlin to grab the shield as so I can deflect the liquid Inmate Whitford was attempting to throw out of his cell. While waiting for the shield Inmate Whitford continued to throw liquid out of the top of his cell. Once Sergeant Coughlin came back with the shield I placed it on the top of the door covering where Inmate Whitford was throwing liquid out. Sergeant Coughlin then turned the water to Inmate Whitfords cell off and we then proceeded off the block. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Guillory, Roger | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Guillory, Roger

**Reporting Staff:** Guillory, Roger

**Title:** Correctional Officer 1

**Signature:** _[signature]_      **Date:** 6/16/22

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _____

**Supervisor Name:** SSG7 Sharpe      **Title:** Staff Sergeant

**Signature:** _[signature]_      **Date:** 6-16-22

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

RECEIVED BY

JUN 1 4 2022

DISCIPLINARY

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR ☑        MINOR ☐**

Inmate Name: __Whitford_____ __Makuccyapee__ ID # __3015941__
　　　　　　　　　Last name　　　　　　　　　First Name

Date: _6-13-2022_ Time: _1920_ Place of Incident: _RHU B-Block_
Room/Cell: _LB7_ Housing Unit: _RHU_ Job Assignment: _99999- Unassigned_
Infraction Number(s) & Name(s) _4235 - Threatening any other person to include staff_

_____ _4208 - Insolence : Words, actions, or other behaviors that was_
Staff Witness: 1. ___alarm_____    Other Inmates involved 1. _____
　　　　　　　　2. _____    　　　　　　　　　　　2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date and_
_approximate time I, Sgt. Arneson, was on B-Block observing the sweepers_
_clean the block. Inmate Whitford, m# 3015941 started talking to me_
_he stated staff need to be respectful to him because if we are not he will_
_be "gunning for us". He stated that he had made a "shit bomb" for C/o Guillory_
_that he used out at yard. He also stated that he was gunning for Sgt. Conghlin_
_and UM Strutzel, Carla, because she did not let him go to SAU. He_
_was not specific on any plans that he will act on but I did get the_
_impression that he was serious about everything that he stated. This caused_
_enough alarm that I reported it to CP and was instructed to do this_
_write up. EOR_

REPORTING STAFF MEMBER: _Kyle Arneson_　　　　_Kyle A___
　　　　　　　　　　　　　　　(Print Name)　　　　　　(Sign Name)

Supervisor Review: _____    _____
　　　　　　　　　　　　　(Print Name)　　　　　　　　　　(Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☑ Release to Previous Status   ☐ Other

Approval for placement in PHC : ☐Medical:_____ ☐ Mental Health:_____

　　　Reason: _Already on PHCDD_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_CTB-Bolterar_____    _6-13-22_    _____    _/ /_
(Shift Supervisor's Signature)　　　(Date)　　　　(Warden or Designee Signature)　　　(Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date:__/__/__　Time:_____hrs.　Place:_RHU_
2. I understand the charge(s)? ☑Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☑Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐Yes ☐No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____ _Agreement_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_Carrol Walston___    _6-16-22_ _yes_    _____
(Staff Signature)　　　(Date & Time)　　　　(Inmate's Signature / ID#)
　　　　　　　_@ 0845_

Attachment B　　　　MSP 3.4.1, Institutional Discipline　　　　Effective January 1, 2020

EXHIBIT D
EXHIBIT D

**STATE O... ...TANA DEPARTMENT OF COR...  TIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

### Agreement / Waiver / Refusal Form

### Major/Minor Inmate Disciplinary Infractions

Agreement ☒          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☐

Inmate Name: _Whitford Makueyapee_          ID #: _3015741_

Date: _6/16/22_          Time: _0845_          Housing Unit: _RHU_

Infraction Number(s) and Description: _4235 - Threatening   4208 - Insolence_
_____

---

☒ **Agreement**: It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤] Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions):*
Sanctions: _$25 Fine / Already serving 30 days_
_____
_____

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: _[signature]_          Date: _8/16/22_

---

☐ **Waiver to Attend Disciplinary Hearing**: Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date:____/____/____

---

☐ **Refusal to Attend Disciplinary Hearing**:

*I told Inmate _____ that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:_____*
_____
_____

Inmate Signature:_____          Date:____/____/____

---

Officer/Witness Signature:_____          Date:____/____/____

Disciplinary Hearing Officer/Unit Disciplinary Team _Carrie Walston_          Date: _6/16/22_

Administrative Review Signature: _[signature]_          Date: _6/17/22_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment G          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

 

**Montana Department of Corrections**

## Statement of Incident

| | |
|---|---|
| **Title:** Whitford, Makueeyapee #3015941 | **Statement #:** 75411 |
| **Incident Date:** 06/13/2022    **Incident Time:** 07:20 PM | **Statement Date:** 06/13/2022 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Draft |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/B/LOWER/7/Inmates cell at time of incident.

### Summary of Incident

On the above date and approximate time I, SGT. Arneson, was on B Block observing the swampers clean the block. Inmate Whitford, M #3015941 started talking to me. He stated that staff need to be respectful to him because if we are not he had be gunning for us. He stated that he had made a "Shit Bomb" for C/O Guillory that he used out at yard. He also stated that he was gunning for SGT. Coughlin and unit manager in SAU because she did not let him go to SAU on level 3. He was not specific on any plans that he will act on but I did get the impression that he was serious about everything that he stated.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Arneson, Kyle | Acting SGT. in RHU |
| Offender | Whitford, Makueeyapee - 3015941 | Inmate making statements |
| Staff | Guillory, Roger | Inmate stated he was "gunning for him" |
| Staff | Coughlin, Brett | Inmate stated he was "gunning for him" |
| Staff | Strutzel, Carla | Inmate stated he was "gunning for Her" |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Arneson, Kyle

**Reporting Staff:** Arneson, Kyle                **Title:** Correctional Sergeant

**Signature:** _[signature]_                **Date:** 6/13/2022

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:**

**Supervisor Name:** _[signature]_                **Title:** _[handwritten]_

**Signature:** _[signature]_                **Date:** 6-13-22

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

**Page 1 of 2**

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY
JUN 1 3 2022
DISCIPLINARY

MSP ☑ MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

(information and staff signatures on this form must be legible)

**MAJOR ☑         MINOR ☐**

Inmate Name: __Whitford__                          __Makuceyapee__   ID # __3015941__
                     Last name                          First name

Date: __6-12-2022__  Time: __1517__   Place of Incident: __RHU Detention Yard__

Room/Cell: __LB7__   Housing Unit: __RHU__   Job Assignment: __99999 - Unassigned__

Infraction Number(s) & Name(s) __4104 - Assaulting another inmate to include causing__
__Body fluids (urine, feces, spit, semen, Blood, etc) to come in contact with another inmate.__

Staff Witness: 1._____    Other Inmates involved 1._____

           2._____                              2._____

Description of Violation: (who, what, why, where, when and how): __On the above date and__
__approximate time I/m Whitford, M# 3015941 threw fecal matter__
__on inmates in the yard. I was called to the detention yard officer__
__Cat walk and was told that I/m ████████ had feces__
__thrown on him. I took the inmate from the yard and started taking all__
__inmates back to their cells. During the course of this I was informed__
__by inmates ████████ and ████████ that they__
__also were struck by the fecal matter thrown by inmate whitford. I was__
__informed by CP that the inmate that threw the fecal matter was inmate__
__whitford, M# 3015941. FOR__

REPORTING STAFF MEMBER: __Kyle Arneson__            _____
                                        (Print Name)                    (Sign Name)

Supervisor Review: _____            _____
                              (Print Name)                      (Sign Name)

Inmate Status:        ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical:_____   ☐ Mental Health:_____

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____        __6/12/22__        _____        / /
(Shift Supervisor's Signature)      (Date)              (Warden or Designee Signature)      (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: __6 / 15 / 22__   Time: __Any__ hrs.   Place: __RHU__
2. I understand the charge(s)?  ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☒ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf: ☒ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: __Inmate whitford requests an agreement__

I'd like to see what the agreement is before I refuse

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____        __6-12-22/1957__        _____
(Staff Signature)              (Date & Time)              (Inmate's Signature / I.D.)

Attachment B            MSP 3.4.1, Institutional Discipline            Effective January 1, 2020

EXHIBIT D
EXHIBIT D

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒ MWP ☐   CONTRACT FACILITY:_____

### Agreement / Waiver / Refusal Form

### Major/Minor Inmate Disciplinary Infractions

Agreement ☐          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☒

Inmate Name: _Whitford, Makueeyapee_          ID #: _3015941_

Date: _6/15/22_     Time: _1100_          Housing Unit: _RHU_

Infraction Number(s) and Description: _41104 Assaulting another Inmate_

---

☐ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1    2    3    4    5]   **Grid Level to Use:**____
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*
**Sanctions:**_____

_____

_____

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above.  By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature:_____          Date:____/____/____

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date:____/____/____

---

☒ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _Whitford, Makueeyapee_ that it was time for his/her hearing.  (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided.  (S)he still refused/declined stating:_____*
_I want an agreement_____

Inmate Signature: _Refused_ _Sgt._          Date:____/____/____

Officer/Witness Signature: _N Bowhite_          Date: _/____/____

Disciplinary Hearing Officer/Unit Disciplinary Team _____          Date: _6/15/22_

Administrative Review Signature: _____          Date: _6/16/22_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment G          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒    MWP ☐    CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒        MINOR ☐

Inmate's Name: _Whitford, Makveeyapee_    ID # _3015941_    Date: _06/15/2022_

Infraction Number(s) & Name(s)  _4104 assaulting another inmate_

☐ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___    By: _____

Reason: _____

Plea: ☐ Guilty    ☐ Not Guilty    ☒ Other: _Refused to attend Hearing_

Inmate's Statement: _____

_____

Evidence Provided: _____

Findings: ☒ Guilty of # _4104_        ☐ Not Guilty of # _____

Evidence Relied On:

_Infraction Report / Video_

_13-4111_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1    2    3    4    5] Grid Level to Use: _3_

*(Circle number of prior guilty decisions within the timeframe[not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _30 Days Detention Suspend ~~Said~~ Sentence for 90 Days_

Reason(s) for findings:

_Offender assaulted another inmate with bodily fluids._

_____    _6/16/22_        _____

ADMINISTRATIVE REVIEW / DATE            DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _Refused    Sgt._____

Copies to: Records (White)        Parole Board-Majors only (Yellow)        Housing Unit (Pink)        Inmate (Goldenrod)

Attachment C            MSP 3.4.1, Institutional Discipline            Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY

JUN 1 0 2022

DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

Inmate Name: __Whitford__ _____ __Makweeyapee__ _____ ID # __3015941__
                    Last Name                          First Name

Date: __6/9/22__  Time: __0800__  Place of Incident: __RHU__

Room/Cell: __LD-7__  Housing Unit: __RHU__  Job Assignment: __99999 - un assigned__

Infraction Number(s) & Name(s) __4111 assault with Bodily Fluids__
__9235 Threatening__ _____

Staff Witness: 1. _____     Other Inmates involved 1. _____
               2. _____                            2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and
approximate Time I correctional officer Roger Guillory was searching houses in D-block
in RHU. I went to cell LD-7 which housed only inmate whitford #-3015941. I asked
inmate whitford To cuff up so I can search his cell, inmate whitford stated he
would not cuff up I then asked him again to cuff up, inmate whitford again Refused
and became agitated, inmate whitford then covered the window. we Left The
Food hatch open as we could still see inmate whitford Through the Food slot.
inmate whitford then Placed his mattress over the window and Food slot. Moments
Later inmate whitford started throwing Liquids out of his Food slot which some of
the Liquid struck me. The Liquid was Brown in color and had Reminents of Toilet Paper
on it. I showed where it Landed on me too the Camera. I then Shut the Food slot,
moments later inmate whitford Began yelling at me stating that he will "shck me"
and "stick me in the kidneys" inmate whitford also grabbed a Picture of a Shank
and stated "This will be in you. I will stick you when I get the chance"

REPORTING STAFF MEMBER: __Roger Guillory__ _____
                                    (Print Name)                          (Sign Name)

Supervisor Review: __Sgt. Coughlin__ _____
                        (Print Name)                          (Sign Name)

Inmate Status:        ☒ Pre-Hearing Confinement    ☐ Release to Previous Status    ☐ Other

Approval for placement in PHC :   ☐ Medical: _____    ☐ Mental Health: _____

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

__Lt Snowden__ _____  __6/9/2022__ _____  __/   /__
(Shift Supervisor's Signature)      (Date)        (Warden or Designee Signature)        (Date)

---

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __6 / 12 / 2022__  Time: __Any__ hrs.  Place: __RHU__
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☒ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

__X_____   __6-9-22 1040__   _____ __3015941__
(Staff Signature)            (Date & Time)        (Inmate's Signature / ID #)

Attachment B                MSP 3.4.1, Institutional Discipline        Effective January 1, 2020

**EXHIBIT D**
**EXHIBIT D**

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

Agreement / Waiver / Refusal Form

Major/Minor Inmate Disciplinary Infractions

Agreement ☒          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☐

Inmate Name: __Whitford Makueeyapee__          ID #: __3015941__

Date: __6/10/22__     Time: __10.50__          Housing Unit: __RHU__

Infraction Number(s) and Description: __4111- Assault of staff + 4235-Threatening__

---

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤]  Grid Level to Use: __3__
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*
Sanctions: __30 days det, Credit 1 day, End 7-9-22__

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above.  By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*
Inmate Signature: X _____          Date: __2/10/22__

---

☐ **Waiver to Attend Disciplinary Hearing:**  Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date:___/___/___

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing.  (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided.  (S)he still refused/declined stating:_____*

Inmate Signature:_____          Date:___/___/___

---

Officer/Witness Signature:_____          Date:___/___/___

Disciplinary Hearing Officer/Unit Disciplinary Team __Carrie Walston__          Date: __6/10/22__

Administrative Review Signature: _____          Date: __6/14/22__

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment G          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | | | |
|---|---|---|---|
| **Title:** Whitford,m #3015941 | | | **Statement #:** 75179 |
| **Incident Date:** 06/09/2022 | **Incident Time:** 08:31 AM | | **Statement Date:** 06/09/2022 |
| **Jurisdiction:** Montana State Prison | | | **Submission Category:** Draft |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/D/LOWER/7

### Summary of Incident

on the above date and time I co/durkin was on d-block in rhu performing cell searches. I was on the uppers searching when i heard an animated conversation on the lowers. when i went to the lower tier inmate whitford in ld-7was yelling about not coming out to be searched. he refused to be cuffed up and continued to yell profanity laced statements at the staff present. he also refused many orders to cuff up to be searched. The inmate was blocking his window and threatening co/Guillory directly and during this incident when we were closing his food slot  Whitford threw some water out of the food slot laced with wet toilet paper and fecal matter hitting myself, the sgt and co/guillory.  throughout this incident the inmate made direct threats to co/guillory. he stated "i am going to stab you right in the fucking heart" at one point he showed a picture of a shank he had that he said was one he had made before and stated " how are you going to like it when i Stab you in your heart". while waiting for a team to respond the inmate complied to being restrained and was moved to a detention block where his clothes were cut off him and he was given new scrubs and clothing.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff

**Reporting Staff:** Durkin, Ryan          **Title:** Correctional Officer 1

**Signature:** _Co/ Rh_          **Date:** 6-9-22

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:**

**Supervisor Name:** _Sgt. Coughlin_          **Title:** _Sergeant_

**Signature:** _Sgt._          **Date:** _6/9/22_

### Routing List (Place an X next to those this report will be distributed to):

| | | | | | |
|---|---|---|---|---|---|
| _____ | Helena Office | _____ | Security Major | _____ | Medical |
| _____ | MSP Duty Officer | _____ | Unit Manager | _____ | Maintenance |
| _____ | Warden or Designee | _____ | Command Post | _____ | Investigator's Office |

Note: This statement of Incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D





# Montana Department of Corrections

### Statement of Incident

---

**Title:** Whitford,m #3015941                    **Statement #:**      75179

**Incident Date:**    06/09/2022      **Incident Time:**     08:31 AM       **Statement Date:** 06/09/2022

**Jurisdiction:** Montana State Prison                    **Submission Category:** Draft

---

| | | |
|---|---|---|
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

---

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D




**MONTANA DEPARTMENT OF CORRECTIONS**

## Montana Department of Corrections
### Statement of Incident

| | |
|---|---|
| **Title:** Whitford, Makueeyapee_3015941 | **Statement #:** 75177 |
| **Incident Date:** 06/09/2022   **Incident Time:** 08:25 AM | **Statement Date:** 06/09/2022 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Submitted |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/D/LOWER/7/LD-7

### Summary of Incident

On above date and time, after running yard on D-block in RHU, myself, Sgt. Coughlin, C/O Guillory and C/O Durkin went onto D-block to do some cell searches and when I went to LD-7 where the above inmate lives, he asked why I wanted him to cuff up, I told him he was going to be searched and he said "Fuck that, you fuckers aren't coming in here!" He refused several orders to cuff up. I then went and called Command Post and informed them of the situation. They stated that they would send a team up. While waiting, I/M Whitford threw fecal water on C/O Guillory hitting him in the hand at approximately 0826. As we were waiting I/M Whitford made several direct threats to C/O Guillory stating "he was going to stab him in the fucking heart". I/M Whitford was then asked by Sgt. Coughlin if he wanted to cuff up and he complied after he paced in his cell for a little while. We then cuffed up Whitford and escorted him to LB-7 with taser drawn on him the entire time without further incident without any further incident. Once in LB-7 we cut the scrubs that he was wearing off and was given new clothes. Sgt. Coughlin asked Whitford if he was good and he stated "for now". We then closed his food slot and exited the block.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Coughlin, Brett | On duty sergeant. |
| Staff | Durkin, Ryan | Officer on duty. |
| Staff | Guillory, Roger | Officer that was struck by fecal water and was threatened. |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - McDonald, Ron

**Reporting Staff:** Mcdonald, Ron                                    **Title:** Correctional Unit Manager

**Signature:** _MC_                                    **Date:** 6-9-22

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____   **Title:** _____

**Signature:** _____   **Date:** _____

### Routing List (Place an X next to those this report will be distributed to):

| _____ Helena Office | _____ Security Major | _____ Medical |
|---|---|---|

Note: This statement of Incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** Whitford, Makueeyapee_3015941 | **Statement #:** 75177 |
| **Incident Date:** 06/09/2022   **Incident Time:** 08:25 AM | **Statement Date:** 06/09/2022 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Submitted |

| _____ | MSP Duty Officer | _____ | Unit Manager | _____ | Maintenance |
|---|---|---|---|---|---|
| _____ | Warden or Designee | _____ | Command Post | _____ | Investigator's Office |
| _____ | Deputy Warden | _____ | Inmate Records File | _____ | MCE |
| _____ | Associate Warden | _____ | Inmate Unit File | _____ | Safety Committee |
| _____ | Other | | | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 2 of 2

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

| | | | | |
|---|---|---|---|---|
| **Title:** Whitford assault with fluid | | | **Statement #:** | 75181 |
| **Incident Date:** 06/09/2022 | **Incident Time:** | 08:20 AM | **Statement Date:** 06/09/2022 | |
| **Jurisdiction:** Montana State Prison | | | **Submission Category:** Submitted | |

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/D/LOWER/7

## Summary of Incident

On the above date and approximate time I, Sgt. Coughlin while on D-Block searching cells overheard I/M Whitford, M. 3015941 tell C/O Guillory that he would not cuff up for a cell search. I then went to LD-7 to see what was going on. I heard C/O Guillory give him another direct order to cuff up in order to search his cell. Whitford stated "Fuck you I am not coming out". I then gave I/M Whitford another direct order to come to the food slot to cuff up. He said "Fuck off". I then informed U/M McDonald of the incident as he was just entering the block. He also gave I/M Whitford a direct order to come to the food slot to cuff up and he stated "No" as he covered his window. U/M McDonald the exited the block to inform the command post of the incident. I then opened I/M Whitford's food slot to see what he was doing. I then instructed C/O Bosch, who was outside of the block and in the lobby on the satellite side of RHU to retrieve the water key in order to shut off I/M Whitford's water. We then waited for the water key. Within that time frame I/M Whitford used his cup to throw what looked to be fecal water and threatened C/O Guillory that he was going to "stick" him. C/O Durkin then kicked his food slot shut and C/O Guillory keyed the food slot shut. I then observed I/M Whitford bring a picture to the window and told C/O Guillory that he was going to "cut his heart out". C/O Guillory showed myself and U/M McDonald his rubber gloves which appeared to have fecal water and toilet paper. C/O Guillory was then instructed to show the camera on D-Block of his gloves. After I/M Whitford paced around his cell for multiple minutes I then asked him if he wanted to cuff up. He complied. Once he was cuffed up he was escorted to LB-7 with the taser drawn. Once in LB-7 I/M Whitford was instructed to lay on his bed as we were going to cut off his clothes. He was instructed to not move until his clothes were cut off. Once his clothes were cut off he was instructed to stay on his bed and not to move until his cell door was shut and he was given an order to come to the food slot. We then exited LB-7, called for the door to be closed and he was uncuffed without any further incident.

## Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Guillory, Roger | Officer that was in contact with fecal water. |
| Staff | Durkin, Ryan | Officer that was in contacted with fecal water |
| Staff | Mcdonald, Ron | Unit manager on shift. |
| Offender | Whitford, Makueeyapee - 3015941 | Inmate that was throwing fecal water and threatening. |

## Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Coughlin, Brett

**Reporting Staff:** Coughlin, Brett

**Signature:** _____

**Title:** Correctional Sergeant

**Date:** 6/9/22

## Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Whitford assault with fluid                                    **Statement #:**    75181

**Incident Date:**   06/09/2022      **Incident Time:**   08:20 AM       **Statement Date:** 06/09/2022

**Jurisdiction:** Montana State Prison                                   **Submission Category:** Submitted

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____   **Title:** _____

**Signature:** _____   **Date:** _____

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

**Page 2 of 2**

EXHIBIT D
EXHIBIT D

## CLASSIFICATION SUMMARY

Name:  **Whitford, Makueeyapee**          MSP/DOC#  **3015941**          Facility/Unit:  **LHU2**

Type of
Classification:  **Reclass**          Classification Date:  9/7/2021          Next Review Date:  **3/31/2022**

Current Custody:  **ADSEG**          Current Assignment:  Unassigned 99999

Final Custody:  **CLOSE**          Final Assignment:  Labor Pool 801

Parole Date:  6/8/2038          Discharge Date:  2/28/2074

Detainer/Warrant/Notification:  ☐ Yes  ☒ No          State/County:

Separation Needs:  ☒ Active  ☒ Inactive  ☐ Initiate  ☐ Remove

Atypical:  ☒ Yes  ☐ No          Assaultive/Single Cell/STG
_Explain if other_

STG Review:  ☐ Yes  ☒ No

Override:  ☒ Yes  ☐ No          ☐ Continue          Override Factor:  SPECIAL MANAGEMENT

Confidential Information:  ☐ Yes, in: _____          ☒ No

PREA:  ☒ Yes,  Date 7-19-2016  ☐ No          Emergency Contact valid:  ☒ Yes  ☐ No
MORRA          COMPLETE   DATE   11/21/2019          MORRA RISK LEVEL   HIGH

### TREATMENT STATUS

|  | TYPE OF REFERRAL | Screened/Waiting | Active | Incomp. | Complete |
|---|---|---|---|---|---|
| SOP I TX |  | ☐ | ☐ |  | ☐ |
| SOP II TX |  | ☐ | ☐ |  | ☐ |
| CD TX: ITU | Assessment Need | ☒ | ☐ |  | ☐ |
| MENTAL HEALTH |  | ☐ | ☐ |  | ☐ |
| ANGER MANAGEMENT | Assessment Need | ☒ | ☐ |  | ☐ |
| EDUC. / GED / HiSET |  | ☐ | ☐ |  | ☐ |
| TSCTC/PRC |  | ☐ | ☐ |  | ☐ |
| PARENTING |  | ☐ | ☐ |  | ☐ |
| CP&R: |  | ☐ | ☐ |  | ☐ |
| OTHER CCP Skills | Assessment Need | ☒ |  |  | ☐ |

RECEIVED
SEP 18 2021
Classification & Placement Office

_(signature)_  9/15/2021
Admin Review / Special Committee Signature / Date

Appeal:  ☐ Yes  ☒ No
Classification Officer:  CM Parish          Unit Manager:  UM Strutzel
Inmate Signature:  _(signature)_          Date:  9-9-2021

## CLASSIFICATION INSTRUMENT

WHITE-MAIN FILE          CANARY-COUNSELOR          PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

- Page 1 -

**Name:** Whitford, Makueeyapee     **MSP/DOC Number:** 3015941     **Unit:** LHU2

1. **Severity of Institutional Misconduct (rate last 3 years)**

   Category I Reports  11/27/18-4104; 11/28/18-4235; 1/8/19-4111; 2/17/19-4235; 3/10/19-4111; 4/23/19-4235; 4/25/19-4111; 4/28/19-4207; 4/29/19-4229; 5/6/19-4111; 1/21/20-4235; 1/21/20-4111; 1/21/20-4218; 2/11/20-4111; 7/27/20-4235; 9/9/20-4111; 9/17/20-4111; 9/29/20-4235; 10/1/20-4111; 10/17/20-4111; 2/1/21-4235; 2/6/21-4111; 2/10/21-4111; 2/21/21-4111

   | | | |
   |---|---|---|
   | ☒ | | 6 |
   | ☐ | Category II Reports | 3 |
   | ☐ | 3+ Category III Reports | 1 |
   | ☐ | No violations within last 3 years | 0 |

2. **Most serious current conviction, Detainer or Warrant**

   | | | |
   |---|---|---|
   | ☒ | Highest Severity   Deliberate Homicide | 6 |
   | ☐ | High Severity | 5 |
   | ☐ | Moderate Severity | 1 |
   | ☐ | Low Severity | 0 |

3. **Escape History (rate last 3 years)**

   | | | |
   |---|---|---|
   | ☐ | Escape or attempted escape from a secure facility (WRC classified secure) | 6 |
   | ☐ | Escape/walk away from PRC, TSCTC | 4 |
   | ☐ | Walk away from work release or monitoring program | 2 |
   | ☒ | No violations within last 3 years | 0 |

4. **Severity of Felony Convictions within the last 7 years (do not include current conviction)**

   | | | |
   |---|---|---|
   | ☐ | 1+ Highest Severity or 3+ High Severity | 4 |
   | ☐ | 1-2 High Severity | 3 |
   | ☐ | 0 Highest/High severity with 1+ Moderate Severity | 1 |
   | ☒ | 0 Highest/High/Moderate Severity with only Low Severity | 0 |

5. **Number of Category I or II Rule Violations, Predatory/Assaultive Behavior (rate last 3 years)**

   3+ Category I or II Reports  11/27/18-4104; 11/28/18-4235; 1/8/19-4111; 2/17/19-4235; 3/10/19-4111; 4/23/19-4235; 4/25/19-4111; 4/28/19-4207; 4/29/19-4229; 5/6/19-4111; 1/21/20-4111; 1/21/20-4218; 2/11/20-4111; 7/27/20-4235; 9/9/20-4111; 9/17/20-4111; 9/29/20-4235; 10/1/20-4111; 10/17/20-4111; 2/1/21-4235; 2/6/21-4111; 2/10/21-4111; 2/21/21-4111

   | | | |
   |---|---|---|
   | ☒ | | 4 |
   | ☐ | 1-2 Category I or II Reports | 2 |
   | ☐ | 0, No Category I or II Reports | 0 |

| | Score 1-5 |
|---|---|
| Custody Score based on items 1-5:  7-9 Medium Restricted / 10-14 Close / 15+ Maximum | 15 |

6. **Number of Disciplinary Reports (rate last 6 months)**

   | | | |
   |---|---|---|
   | ☐ | 3+ Reports or Return from Community Placement for disciplinary reasons | 4 |
   | ☐ | 1-2 Reports | 2 |
   | ☒ | No Major/Severe Reports | 0 |

7. **Performance in Recommended Treatment/Education Programs**

   | | | |
   |---|---|---|
   | ☐ | Non-Compliant | 4 |
   | ☒ | Waiting for treatment / currently enrolled   CD-ITU, CCP Skills, AM | 0 |

WHITE-MAIN FILE                    CANARY-COUNSELOR                    PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

☐ All recommended programs completed _____ -1

8. **Institutional Adjustment / Work Performance** (rate last 6 months)
☐ Poor ratings from both Work and Housing Unit Team _____ 2
☐ 1 Poor rating from either Work or Housing Unit Team _____ 1
☒ Positive ratings from both Work and Housing Unit Team _____ 0
☐ Positive ratings from both Work and Housing Unit Team for 3 years _____ -1

## CLASSIFICATION INSTRUMENT

### -Page 2-

Name: **Whitford, Makueeyapee**      MSP/DOC# **3015941**      Unit: **LHU2**

9. **Sentence Remaining** (total of all consecutive sentences)

Time Remaining: **53 yrs**

☐ Sentenced prior to April 12, 1995      ☒ Sentenced after April 12, 1995
☐ Designated Dangerous Offender (multiply x 2)

| | *Score* | | | *Score* |
|---|---|---|---|---|
| ☐ 30+ years/life sentence | 2 | ☒ 30+ year sentence/life sentence | | 5 |
| ☐ 11-29 years | 1 | ☐ 11-29 year sentence/total of consecutive | | 1 |
| ☐ 1-10 years | 0 | ☐ 1-10 year sentence/total of consecutive | | 0 |

| TOTAL SCORE Item 6-9: | | **5** |
|---|---|---|

| Total Points Item 1-5: | **16** | Total Points: | **21** |
|---|---|---|---|

| Custody Based on Item 1-5: | **MAX** | Custody Based on Total Points: | **CLOSE** |
|---|---|---|---|

| Preliminary Custody Level: | **MAX** | Recommended Custody Level: | **CLOSE** |
|---|---|---|---|

| CUSTODY SCORE BASED ON ITEMS 1-5 | Medium Restricted 7-9 | Close 10-14 | Maximum/Ad Seg/Ad Seg Restricted 15+ |
|---|---|---|---|

| TOTAL POINTS SCALE - If inmate scores less than 7 points on Risk Items 1-5, use Total points to designate custody | |
|---|---|
| Minimum/Unrestricted 0-3 | Minimum/Restricted 4-8 |
| Medium/Unrestricted 9-11 | Medium/Restricted 12-16 |
| Close 17-22 | Maximum/Ad Seg/Ad Seg Restricted/Death Penalty 23+ points |

**Override Factors:**

| | | | |
|---|---|---|---|
| Special Management | ☒ | Psychiatric / Suicide Risk | ☐ |
| Medical | ☐ | Escape Threat | ☐ |
| Detainer | ☐ | Investigation Pending | ☐ |
| Exemplary Institutional Adjustment | ☐ | Adjustment Problem / Violence Threat | ☐ |
| Court Ordered | ☐ | Inmate Need  Click here to enter text. | ☐ |
| Institutional Need  ☐  Click here to enter text. | | | |

**Final Custody Level:** **CLOSE**

Comment from CM or Designee: _____

WHITE-MAIN FILE            CANARY-COUNSELOR            PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

This is a special reclass for inmate Whitford. Whitford is has no detainers, warrants or notifications. Whitford is Atypical STG, Assaultive and Single Cell status will be initiated at this reclass at the recommendation of the MDT. Whitford has extremely assaultive history and the Atypical statuses are warranted. Whitford is compliant with treatment waiting for AM, CCP Skills and CD-ITU. Whitford has a valid PREA and MORRA. Whitford scores 16 points on items 1-5 and 5 points on items 6-9 due to length of sentence. Whitford has been compliant with New Freedom programming while in Ad Seg. Whitford has maintained clear conduct since 2/21/2021. Whitford has been respectful and polite with staff since being placed in SAU. Whitford was approved to progress to general population by SAU UMT and MDT. Whitford objectively scores Max custody, but is recommended to be housed at Close Custody on an override.

Comment from UM or Designee:

Inmate Whitford has successfully completed the locked housing step down program and has been recommended general population placement by SAU UMT and MDT. Whitford will need an override from Max Custody to Close Custody. Whitford is Atypical Assaultive, Single Cell, and STG. I support Close Custody placement on override to place Whitford in general population.

WHITE-MAIN FILE          CANARY-COUNSELOR          PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

RECEIVED BY
FEB 2 5 2022
DISCIPLINARY

STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☒  MWP ☐  CONTRACT FACILITY: _MSP_
**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*
MAJOR ☒  MINOR ☐

Inmate Name: _Whitford_          _Makueeyapee_   ID # _3015941_
　　　　　　　Last name　　　　　　First Name

Date: _2/24/22_  Time: _1013_  Place of Incident: _RHU_
Room/Cell: _UE5_  Housing Unit: _RHU_  Job Assignment: _9999_
Infraction Number(s) & Name(s) _4212 Willfully tampering with a locking Device._

Staff Witness: 1. _____    Other Inmates involved 1. _____
　　　　　　　2. _____    　　　　　　　　　　2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date and time I m Whitford, M Received a tablet without Nexis on it. The CO's passing tablets had already moved onto the next block. Whitford got my attention by hollering I, &Byrne informed him he would have to wait. Two officers entered E block and also told him he had to wait for the other officers. I m Whitford then began kicking his door. He was told to stop by officers on the block he then kicked the door hard enough to cause the force open alarm to go off._

REPORTING STAFF MEMBER: _&Byrne_                    _&& _____
　　　　　　　　　　　　　(Print Name)                         (Sign Name)

Supervisor Review: _____    _____
　　　　　　　　　　(Print Name)                    (Sign Name)

Inmate Status:  ☐ Pre-Hearing Confinement  ☒ Release to Previous Status  ☐ Other

Approval for placement in PHC :  ☐Medical: _____  ☐ Mental Health: _____

Reason: _Already in locked housing_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives for placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_SSGT Shashey_                _2/24/22_            _____   / /
(Shift Supervisor's Signature)        (Date)            (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this charge and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _2-28-_  Time: ____hrs  Place: _RHU_
2. I understand the charge(s)?  ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate)
3. I waive my right to a hearing?  ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐Yes ☒No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**
_Carrie Walston_            _02-25-22_  X _____
(Staff Signature)            (Date & Time)        (Inmate's Signature / ID#)
　　　　　　　　　　　　　_20945_

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

**STATE MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**Agreement / Waiver / Refusal Form**

**Major/Minor Inmate Disciplinary Infractions**

Agreement ☒          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☐

Inmate Name: __Whitford Maukeuyappe__          ID #: __3015941__

Date: __3 / 2 / 22__   Time: _____          Housing Unit: __RHU__

Infraction Number(s) and Description: __4212 Tampering w/ locking__

---

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤   **Grid Level to Use:** 3
(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).
**Sanctions:** 11 __day detention__ SS for 90 days

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: _____          Date: ___/___/___

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature: _____          Date: ___/___/___

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating: _____*

Inmate Signature: _____          Date: ___/___/___

---

**Officer/Witness Signature:** _____          **Date:** ___/___/___

**Disciplinary Hearing Officer/Unit Disciplinary Team** __Carri W__          **Date:** ___/___/___

**Administrative Review Signature:** __D. Godfrey__          **Date:** __3/3/22__

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment G          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

## DOC ADMISSION / DISCHARGE REPORT

**PLEASE PRINT FULL NAME:**

1/1/22

| WHITFORD | MAKUEEYAPEE | | ID | 3015941 | DATE: |
|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME | | | TIME: |

| FROM UNIT AND ASSIGNMENT: | TO UNIT AND ASSIGNMENT: | CODE: |
|---|---|---|
| ☒ MSP: | ☒ MSP: | ☐ DOC |
| ☒ Unit  **RHU DETENTION** | ☒ Unit  RHU | ☒ MSP |
| Assignment | Assignment  Un99999 | ☐ MWP |
| ☐ MWP: | ☐ MWP: | |
| ☐ Pod ___ Cell ___ Bed | ☐ Pod ___ Cell ___ Bed | ☒ RPC |
| ☐ Regional Prison: | ☐ Regional Prison: | ☐ CD** |
| ☐ Pod | ☐ Pod | ☐ DD** |
| ☐ MASC | ☐ MASC | |
| ☐ Hospital | ☐ Hospital | ☐ HOLD |
| ☐ Cond. Release | ☐ Conditional Release | |
| ☐ OLTC | ☐ OLTC | **CUSTODY:** |
| ☐ MSH-WS | ☐ MSH-WS | ☐ MIN 2 |
| ☐ Pre-Release | ☐ Pre-Release ☐ Inmate Worker | ☐ MIN 1 |
| | | ☐ MED 2 |
| ☐ ISP | ☐ ISP | ☐ MED 1 |
| ☐ Probation | ☐ Probation | ☒ CLOSE |
| ☐ Treatment Programs | ☐ Treatment Programs | ☑ ADSEG |
| ☐ Transfer | ☐ Transfer | |
| ☐ Escape ☐ Apprehended State: | ☐ Escape ☐ Apprehended State: | |
| ☐ Parole Violator | ☐ Release | |
| ☐ Probation Violator | | |
| ☐ START Center | ☐ START Center | |
| ☐ In Transit | ☐ In Transit | |
| ☐ New Inmate | | |
| ☐ 10-Day Furlough | ☐ 10-Day Furlough | |
| | ☐ | |
| ☐ Other | Other | |

**\*\*Notify the Infirmary and Mental Health when PHC , DD or CD**

**Health Services clearance**   ☐ Yes ☐ No (If No, attach *Special Needs Treatment Plan*)

**COMMENTS:**

30 DAYS DETENTION CREDIT FOR 7 DAYS [END (

1/1/22

**STAFF MEMBER'S NAME /**
**SIGNATURE:**           DHO D.C. JOHNSON      /   12/14/2021

It is mandatory that all ADR's are turned into the Placement/Movement Office when a move is made. All ADR's are filled out by the **sending unit with the exception of a jail hold & Infirmary, which will be filled out by the receiving unit.** Information must be complete with housing unit and job assignment number and including title.

cc:    RECORDS – WHITE          MINI FILE – CANARY                    REV. 1/12

EXHIBIT D
EXHIBIT D

## CLASSIFICATION SUMMARY

Name:  **Whitford, Makueeyapee**            MSP/DOC#:  **3015941**            Facility/Unit:  **HSU1**

Type of Classification:  **Special**   Classification Date:  12/15/2021   Next Review Date:  5/30/2022

Current Custody:  **CLOSE**                    Current Assignment:   Labor Pool-801

Final Custody:  **ADSEG**                      Final Assignment:      99999 - Unassigned

Parole Eligibility Date:  6/8/2038                    Discharge Date:   2/28/2074

Detainer/Warrant/Notification:  ☐ Yes  ☒ No   State/County:

Separation Needs:  ☒ Active  ☒ Inactive  ☐ Initiate  ☒ Remove

Atypical:  ☒ Yes  ☐ No   Assaultive/Single Cell/STG
Explain if other

STG Review:  ☐ Yes  ☒ No

Override:  ☐ Yes  ☒ No  ☐ Continue   Override Factor:   CHOOSE ITEM

Confidential Information:  ☐ Yes, in:                                           ☒ No

PREA:  ☒ Yes, Date:  7/19/2016          ☐ No   Emergency Contact Valid:  ☒ Yes  ☐ No

MORRA    RT          Date:  11/21/2019        MORRA Risk Level:   Very High

### TREATMENT STATUS

|  | Type of Referral | Screened/Waiting | Active | Incomp. | Complete |
|---|---|---|---|---|---|
| SOP I Tx | Choose Item | ☐ | ☐ | ☐ | ☐ |
| SOP II Tx | Choose Item | ☐ | ☐ | ☐ | ☐ |
| CD Tx: ITU / ASAM 3.5 | Assesssment Need | ☒ | ☐ | ☐ | ☐ |
| MENTAL HEALTH | Choose Item | ☐ | ☐ | ☐ | ☐ |
| ANGER MANAGEMENT | Choose Item | ☒ | ☐ | ☐ | ☐ |
| EDUC. / GED / HiSET | Choose Item | ☐ | ☐ | ☐ | ☐ |
| COMMUNITY PLACE | Choose Item | ☐ | ☐ | ☐ | ☐ |
| PARENTING | Choose Item | ☐ | ☐ | ☐ | ☐ |
| COG. / BEHAVIORIAL | Assesssment Need | ☒ | ☐ | ☐ | ☐ |
| OTHER: | Choose Item | ☐ | ☐ | ☐ | ☐ |

#342 CD ITU : #143 CCP Skills group:  #75 AM

*RECEIVED*

Admin Review / Special Committee Signature Date:

*JAN 0 0 2022*
*Classification & Placement*
*Office*

Appeal:  ☒ Yes  ☐ No

Classification Officer:   Sgt. Machler          Unit Manager:  UM A. Graham

Inmate Signature:                          Date:   12 - 16 - 2021

WHITE – MAIN FILE   CANARY – COUNSELOR   PINK – INMATE
BLUE FORMS (ATYPICAL/SEPARATION) FOR MAIN FILE & COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

## CLASSIFICATION INSTRUMENT
### -Page 1-

Name: **Whitford, Makueeyapee**          MSP/DOC #: 3015941          Unit: HSU1

**1. Severity of Institutional Misconduct (rate the last 3 years)**

| | | | |
|---|---|---|---|
| ☒ | | 12/8/21-4102: 2/21/21-4111: 2/10/21-4111: 2/9/21-4108: 2/6/21-4111 10/20/20-4111: 10/17/21-4111:10/8/20-4108: 10/1/20-4111(X2) (/17/20-4111: 9/9/20-4111:2/11/20-4111: 1/21/20-4108: 1/21-20-4111(X2) 5/6/19-4111:4/25/19-4111: 3/10/2019-4111: 1/8/19-4111 | |
| | Category 1 Report(s) | | 6 |
| ☐ | Category 2 Report(s) | 2/1/21-4235; 9/29/20-4235:7/27/20-4235: 1/21/20-4235 (X2): 4/23/19-4235 2/17/19-4235 | 3 |
| ☐ | 3+ Category 3 Reports | | 1 |
| ☐ | No Violations within last 3 years | | 0 |

**2. Most serious current Conviction, Detainer or Warrant**

| | | | |
|---|---|---|---|
| ☒ | Highest Severity | Deliberate Homicide | 6 |
| ☐ | High Severity | Assault with Bodily Fluid | 5 |
| ☐ | Moderate Severity | | 1 |
| ☐ | Low Severity | | 0 |

**3. Escape History (rate last 3 years)**

| | | |
|---|---|---|
| ☐ | Escape or attempted escape from a secure facility (WRC classified secure) | 6 |
| ☐ | Escape/walk away from PRC, TSCTC | 4 |
| ☐ | Walk away from work release or monitoring program | 2 |
| ☒ | No violations within last 3 years | 0 |

**4. Severity of Felony Convictions within the Last 7 Years (do not include current conviction)**

| | | |
|---|---|---|
| ☐ | 1+ Highest Severity or 3+ High Severity | 4 |
| ☐ | 1-2 High Severity | 3 |
| ☐ | 0 Highest/High severity with 1+ Moderate Severity | 1 |
| ☒ | 0 Highest/High/Moderate Severity with only Low Severity | 0 |

**5. Number of Category I or II Rule Violations, Predatory/Assaultive Behavior (rate last 3 years)**

| | | | |
|---|---|---|---|
| ☒ | | 12/8/21-4102: 2/21/21-4111: 2/10/21-4111: 2/9/21-4108: 2/6/21-4111 10/20/20-4111: 10/17/21-4111:10/8/20-4108: 10/1/20-4111(X2) (/17/20-4111: 9/9/20-4111:2/11/20-4111: 1/21/20-4108: 1/21-20-4111(X2) 5/6/19-4111:4/25/19-4111: 3/10/2019-4111: 1/8/19-4111:2/1/21-4235; 9/29/20-4235:7/27/20-4235: 1/21/20-4235 (X2): 4/23/19-4235 2/17/19-4235 | |
| | 3+ Category I or II Reports | | 4 |
| ☐ | 1-2 Category I or II Reports | | 2 |

☐

| | | |
|---|---|---|
| | 0, No Category I or II Reports | 0 |

| **Custody Score based on Items 1-5:  7-9 Medium Restricted  /  10-14 Close  /  15+ Maximum** | **16** |
|---|---|

WHITE – MAIN FILE    CANARY – COUNSELOR    PINK – INMATE
BLUE FORMS (ATYPICAL/SEPARATION) FOR MAIN FILE & COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D



|     |                                                                          | Score 1-5 |
|-----|--------------------------------------------------------------------------|-----------|
| **6.** | **Number of Disciplinary Reports** (rate last 6 months)                |           |
| ☐   | 3+ Reports or Return from Community Placement for disciplinary reasons   | 4         |
| ☒   | 1-2 Reports      12/8/21-4102                                            | 2         |
| ☐   | No Major/Severe Reports                                                  | 0         |

|     |                                                                          |           |
|-----|--------------------------------------------------------------------------|-----------|
| **7.** | **Performance in Recommended Treatment/Education Programs**            |           |
| ☐   | Non-Compliant                                                           | 4         |
| ☒   | Waiting for treatment / currently enrolled                              | 0         |
| ☐   | All recommended programs completed                                      | -1        |

|     |                                                                          |           |
|-----|--------------------------------------------------------------------------|-----------|
| **8.** | **Institutional Adjustment / Work Performance** (rate last 6 months)  |           |
| ☐   | Poor ratings from both Work and Housing Unit Team                        | 2         |
| ☐   | 1 Poor rating from either Work or Housing Unit Team                      | 1         |
| ☒   | Positive ratings from both Work and Housing Unit Team                    | 0         |
| ☐   | Positive ratings from both Work and Housing Unit Team for 3 years        | -1        |

WHITE – MAIN FILE   CANARY – COUNSELOR   PINK – INMATE
BLUE FORMS (ATYPICAL/SEPARATION) FOR MAIN FILE & COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

## CLASSIFICATION INSTRUMENT
### -Page 2-

Name: **Whitford, Makueeyapee**  MSP/DOC #: **3015941**  Unit: **HSU1**

**9. Sentence Remaining (total of all consecutive sentences)**

Time Remaining: | 52 years 2 months |

☐ Sentenced prior to April 12, 1995    ☒ Sentenced after April 12, 1995
☐ Designated Dangerous Offender (multiply x 2)

| | Score | | | Score |
|---|---|---|---|---|
| ☐ 30+ years/life sentence | 2 | ☒ 30+ year sentence/life sentence | | 5 |
| ☐ 11-29 years | 1 | ☐ 11-29 year sentence/total of consecutive | | 1 |
| ☐ 1-10 years | 0 | ☐ 1-10 year sentence/total of consecutive | | 0 |

**TOTAL SCORE Items 6-9:**                                                                                  **7**

Total Points Item 1-5: **16**                         Total Points: **23**

Custody Based on Item 1-5: **Adseg**        Custody Based on Total Points: **Adseg**

Preliminary Custody Level: **CLOSE**        Recommended Custody Level: **ADSEG**

| CUSTODY SCORE BASED ON ITEMS 1-5 | Medium Restricted 7-9 | Close 10-14 | Maximum/Ad Seg/Ad Seg Restricted 15+ |
|---|---|---|---|

**TOTAL POINTS SCALE** - If Inmate scores less than 7 points on Risk Items 1-5, use Total points to designate custody

| | |
|---|---|
| Minimum/Unrestricted 0-3 | Minimum/Restricted 4-8 |
| Medium/Unrestricted 9-11 | Medium/Restricted 12-16 |
| Close 17-22 | Maximum/Ad Seg/Ad Seg Restricted/Death Penalty 23+ points |

**Override Factors:**

| Special Management | ☐ | Psychiatric / Suicide Risk | ☐ |
|---|---|---|---|
| Medical | ☐ | Escape Threat | ☐ |
| Detainer | ☐ | Investigation Pending | ☐ |
| Exemplary Institutional Adjustment | ☐ | Adjustment Problem / Violence Threat | ☐ |
| Court Ordered | | Inmate Need | ☐ |
| Institutional Need | ☐ | | |

**Final Custody Level:**  **ADSEG**

Comment from CM or Designee:

This is a special reclass for Ad-Seg custody, Inmate Whitford was found guilty 12/8/21-4102 Possession of a weapon (shank). Inmate Whitford has been found guilty of 16 staff assaults, 7 threatening staff, 2 conspiring / attempting to assault staff and 1 possession of a weapon in the last 3 years. Inmate Whitford scores 16 points on items 1-5 Ad-Seg custody. Inmate Whitford has been found guilty of 1 major rule infraction this review period. Inamte Whitford is treatment compliant, has active separation needs, has no detainers or warrants and is A-typical Designated. Inmate Whitford has a current Morra and Prea assessment. Inmate Whitford is not parole eligible until June 2038. HSU-1 UMT recommends inmate Whitford be placed as scores Ad Seg custody.

Comment from UM or Designee:

WHITE – MAIN FILE   CANARY – COUNSELOR   PINK – INMATE
BLUE FORMS (ATYPICAL/SEPARATION) FOR MAIN FILE & COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

I agree with the comments above Inmate Whitford has been found guilty of 16 staff assults and 7 threatening staff infractions in the last 3 years, On 12/8/21- inmate Whitford was found guilty of possession of a weapon. Inmate Whitford has continued to show he can not be housed in a general population setting with out a serious risk of violence to staff. Recommend inmate Whitford be placed Ad Seg custody as scores.

WHITE – MAIN FILE    CANARY – COUNSELOR    PINK – INMATE
BLUE FORMS (ATYPICAL/SEPARATION) FOR MAIN FILE & COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒          MINOR ☐

RECEIVED BY
DEC 08 2021
DISCIPLINARY

Inmate Name: __WHiTFord__ , __Maknee yupee__   ID # __30|594|__
                 Last name              First Name

Date: __12-8-21__   Time: __0700__   Place of Incident: __HSu-1__
Room/Cell: __UD-5__   Housing Unit: __HSU-L__   Job Assignment: __L.P. 801__
Infraction Number(s) & Name(s)

__4102 - Possession of a weapon__

Staff Witness: 1. _____   Other Inmates involved 1. _____
             2. _____                            2. _____

Description of Violation: (who, what, why, where, when and how): __ON The cBove date__
__and Time, I UM A Graham Concluded an INVESTigation__
__and Found That on 11-5-21 Inmate whitford was IN__
__Possession of a Home made weapon (shank) That was__
__Found By STaff.__

_____
_____
_____
_____
_____
_____

REPORTING STAFF MEMBER: __UM A Graham__      __UM A. H__
                              (Print Name)              (Sign Name)

Supervisor Review: _____   _____
                          (Print Name)                (Sign Name)

Inmate Status:   ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical: _____   ☐ Mental Health: _____

Reason: __Possession of a weapon__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____   __12-8-21__   _____   __12/9/25__
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date _____   Time _____ hrs   Place: _____
2. I understand the charge(s)?   ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf ☒ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____   __12/8/21 @ 1145__   _____
(Staff Signature)        (Date & Time)        (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

ADR
0920

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒   MINOR ☐

Inmate's Name: Whitford, MaKueeyapee   ID # 3015894   Date: 12/14/2021

Infraction Number(s) & Name(s)   4102 Possession of Weapon

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: I didn't have any of the Evidence, I didn't get any information that I requested. Who kows how long that thing was put there, I was only in that cell for a short period of time.

Evidence Provided: _____

Findings: ☒ Guilty of # 4102   ☐ Not Guilty of #

Evidence Relied On: Infraction Report / Photos / Incident - Confidential Reports

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤   Grid Level to Use: 3

(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s): 30 Days Detention Credit for 7 Days

End 01/06/2022

Reason(s) for findings: Offender was in Possession of a Sharpened Instrument / Weapon

ADMINISTRATIVE REVIEW / DATE   12/15/21     DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _____

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**     RECEIVED BY //

MSP ☒ MWP ☐   CONTRACT FACILITY:_____     JAN ___ ___

**Disciplinary Appeal**     DISCIPLINARY
(major infractions only)

Inmate's Name: Whitford, MaKueeya pee   ID # 3013941
Date: 12/14/21   Infraction(s): 4100 - Possession of Weapon
Disciplinary Hearing Decision: Guilty  30 Days Dst  Cre 4 Days 01/06/2022

**Instructions**: Document why one, two or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision. From what I seen in
the pictures and know from being in the cell, that shank
was round/cylindrical whereas those Markings on the floor
(the one that weren't old) were from a flat object. No reliable confidential.

2. Required disciplinary procedures were not followed. Due Process. 24 hr notice. Photos,
requested documentation, general summary of confidential infor
connecting me to the weapon, etc. Due Process. Access to Policy 3
Procedures, Law, and legal materials.

3. The sanction(s) is excessive. Most people are getting 15 days or so
for this type of infraction and I haven't had a single
write up for a long long time. Approx 9 months +/-.

See OSR and Hearing Record

~~signature~~ _Inmate Signature_          12/15/21
                                          _Date_

**WARDEN OR DESIGNEES RESPONSE**

**Warden or designee:**

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒ | NO ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:
    ☐ reduced sanction or level to:
    ☐ suspended sanction(s) for:

**Written justification for the action taken above:** Evidence support finding

~~signature~~ _Warden of Designee Signature_          1/13/22
                                                      _Date_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     OMIS Inmate (Goldenrod)
Revised: December 2014                                                                        Copy Sent

EXHIBIT D
EXHIBIT D



EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY
FEB 22 2021
DISCIPLINARY
**S015941**

## DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING
*(Information and staff signatures on this form must be legible)*
MAJOR ☒          MINOR ☐

Inmate Name: **Whitford**                    **Makueeyapee**                ID # **S015941**
            Last name                        First Name

Date: **2/21/2021**   Time: **0830**   Place of Incident: **RHU**
Room/Cell: **LA4**   Housing Unit: **RHU**   Job Assignment: **99999 - unassigned**
Infraction Number(s) & Name(s)  **4111 - Assaulting any other person**
   **4213 - Refusing to immediately obey a verbal "direct"**
   **order/command from any staff member**

Staff Witness: 1. _____     Other Inmates involved 1. _____
             2. _____                            2. _____

Description of Violation: (who, what, why, where, when and how): **On the above date**
**time I sgt Orrino was conducting yard in RHU when I/m**
**Whitford was getting pat searched and became very combative & resistive.**
**I/M Whitford refused several direct orders to stop & let the officer**
**pat search after multiple direct orders I/M Whitford had to be escorted to**
**the ground. Leg restraints were placed on Whitford and then he was**
**escorted to LA4 where he was placed on his bed. He agreed to stay**
**there while we left the cell. Once the door started to close, I/M Whitford**
**came towards the door and kicked his leg out striking me in the stomache**
**while also spitting at me. The door was shut and cuffs were retrieved.**
**EOR**

Reporting Staff Member: **sgt Robert Orrino**          (Sign Name) **sgt Robert Orrino**
                      (Print Name)                    (Sign Name)

Supervisor Review: _____          _____
                (Print Name)                (Sign Name)

Approval for placement in PHC : ☒ Medical by: _____   ☒ Mental Health by: _____
Reason: _____

I have reviewed this report for legibility, completeness, corrections of change, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited and considered alternatives to placement in restrictive housing and have determined that separation from the general inmate population is necessary due to the above-mentioned reason.

_____          **2/21/21**          _____          **2/22/2021**
(Shift Supervisor Signature)   (Date)      (Warden & Designee Signature)   (Date)

### NOTICE OF HEARING/PREHEARING ACTION
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: **2/24/21**   Time: **Any** hrs.   Place: **RHU/LnT**
2. I understand the charge(s)?  ☐Yes  ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐Yes ☐No  If inmate has witnesses or needs witness statements have the inmate provide the name:
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.
**K. Rose**          **02/21/21 @ 2105**          **Refused to sign**
(Staff Signature)          (Date & Time)          (Inmate's Signature / ID#)
                                        **PB#15915**
                                        **Bran Comp**

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

**EXHIBIT D**
**EXHIBIT D**

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

Agreement / Waiver / Refusal Form

Major/Minor Inmate Disciplinary Infractions

Agreement ☒          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☐

Inmate Name: Whitford, Makueeyapee          ID #: 3015941

Date: 2/24/21   Time: 1010          Housing Unit: RHU

Infraction Number(s) and Description: 4111-Assault; 4213-Ref.Orders

---

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   (5) + **Grid Level to Use:** 3
*(Circle number of prior guilty decisions within the time frame [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanctions: $40.00 fine

*# Already serving max detention*

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: unable to sign          Date: 2/24/21

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date:___/___/___

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:_____*

Inmate Signature:_____          Date:___/___/___

---

Officer/Witness Signature: X_____          Date:___/___/___

Disciplinary Hearing Officer/Unit Disciplinary Team: P. Klanecky          Date: 2/24/21

Administrative Review Signature:_____          Date: 2/26/2021

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment G          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

## MONTANA DEPARTMENT OF CORRECTIONS USE OF FORCE INFORMATION SHEET

### OFFENDER INFORMATION

Offender Name: Whitford, Makueeyapee   ID#: 3015941   Unit: RHU   Custody: Ad Seg
Race Code: ☒ American Indian   ☐ Asian   ☐ Black   ☐ White   ☐ Hispanic   ☐ Other (specify):

### INCIDENT INFORMATION

Date of Incident: RHU   Time of Incident: 0820   Place of Incident: RHU outside control cage

Name & Title of On-Scene Supervisor: Sgt Orrino

Type of Force Used   ☒ Immediate   ☐ Planned

Photographed? ☐ Yes ☒ No   Videotaped? ☒ Yes ☐ No   Processed as Evidence? ☒ Yes ☐ No

Administrator Notified? ☒ Yes ☐ No   Name: AW Godfrey   Date: 2-21-2021   Time: 0830 hrs

Was OC or Taser use medically cleared? ☐ Yes ☒ No   By? _____   Date: / /   Time: _____ hrs

Was a medical staff person on-scene?   Yes ☒ No   Name: _____   Time: _____ hrs

Was a post incident medical evaluation of offender completed? ☒ Yes ☐ No   By? RN Patty Jamieson

Reporting Shift Supervisor: SSG W. Adams

| Level of Force Applied | | Reason for Force |
|---|---|---|
| Active Counter Measure: | Deadly: | ☒ Self defense/defense of another |
| ☒ Physical Force/Self Defense | ☐ Firearm | ☒ Maintenance of security |
| ☐ Restraint Device | ☐ Other (specify): | ☐ Prevention of a crime |
| ☐ OC | | ☐ Prevention of self harm activity |
| ☐ Chemical Agent | | ☐ Prevention of escape |
| ☐ Baton | | ☐ Prevention of property destruction |
| ☐ Distraction Device | | ☐ Refusal of an order |
| ☐ Kinetic Device | | |
| ☐ Conductive Energy Device (taser) | | |
| ☐ SIMS | | |

| Names & Titles of All Staff Involved | Did they file a report? | Is their report attached? |
|---|---|---|
| Sgt Orrino | ☒ Yes ☐ No | ☒ Yes ☐ No |
| C/o Paull David | ☒ Yes ☐ No | ☒ Yes ☐ No |
| C/o Huerta | ☒ Yes ☐ No | ☒ Yes ☐ No |
| C/o Buckles | ☒ Yes ☐ No | ☒ Yes ☐ No |
| C/o Forrest | ☒ Yes ☐ No | ☒ Yes ☐ No |
| C/o Clark, Grant | ☒ Yes ☐ No | ☒ Yes ☐ No |
| | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | ☐ Yes ☐ No | ☐ Yes ☐ No |

| Name(s) and ID#(s) of Other Offenders Involved | Did they file a statement? | Is their statement attached? |
|---|---|---|
| | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | ☐ Yes ☐ No | ☐ Yes ☐ No |

| Name(s) of Victim(s) Involved | Did they file a statement? | Is their statement attached? |
|---|---|---|
| | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | ☐ Yes ☐ No | ☐ Yes ☐ No |

MSP 3.1.8, Use of Force and Restraints   Attachment B   Effective: May 13, 2009

EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**

**Statement of Incident**

| | |
|---|---|
| **Title:** Whitford #3015941 Use Of Force | **Statement #:** 53755 |
| **Incident Date:** 02/21/2021    **Incident Time:** 08:20 AM | **Statement Date:** 02/21/2021 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Submitted |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/A/LOWER/4/From RHU Yard to his cell

### Summary of Incident

On the above date and time, I Sgt Orrino was walking I/M Whitford #3015941 back to his cell from the RHU Yard with C/O Buckles when I/M Whitford was given a direct order to stop so he could be patted down. At that time, I/M Whitford refused and pulled forward refusing the pat down. Again I/M Whitford was given a direct order to stop so he could be patted down refused and still pulled forward. Whitford was given one more direct order to stop resisting. At that time is when I/M Whitford was placed on the ground for refusing direct orders and pulling away from me and C/O Buckles. Once on the ground I/M Whitford began threating me and telling me he is going to kill me! Leg irons were placed on the I/M at this time. Once the I/M was restrained we stood up and I over/Under his arms to bring him back to the cell that he is living in. Once we got into the cell I/M Whitford was told to stay on the bed while we retrieved the leg irons. Once retrieved we stoop up and backed out of the cell. I/M Whitford did stay on the bed until the door started to close and once it started to close, he got up and kicked me making, contact with my stomach and spit at me before the door closed. He then tried pulling away when C/O Paull was taking the cuffs off and broke the cuff key, but cuffs were taken off and retrieved. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Clark, Grant | |
| Staff | Huerta, Chloie | |
| Staff | Paull, David | |
| Staff | Forrest, William | |
| Staff | Buckles, Ryan | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Orrino, Robert

**Reporting Staff:** Orrino, Robert                         **Title:** Correctional Sergeant

**Signature:** _[signature]_                              **Date:** 2-21-20

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** Reviewed/Distributed

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All s
this incident will be collected and combined into a single incident report.



EXHIBIT D
EXHIBIT D



# ntana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** Whitford #3015941 Use Of Force | **Statement #:** 53755 |
| **Incident Date:** 02/21/2021   **Incident Time:** 08:20 AM | **Statement Date:** 02/21/2021 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Submitted |

**Supervisor Name:** W Larson          **Title:** SSC

**Signature:** SSC          **Date:** 2-21-2021

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 2 of 2

EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**

## MONTANA DEPARTMENT OF CORRECTIONS

### Statement of Incident

| | |
|---|---|
| **Title:** Whitford Use of Force | **Statement #:** 53767 |
| **Incident Date:** 02/21/2021    **Incident Time:** 08:20 AM | **Statement Date:** 02/21/2021 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Draft |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/A/LOWER/4/Outside of Main Control Cage

### Summary of Incident

On the above date and time I C/O Huerta was running the yard control gate when C/O Buckles and Sergeant Orrino pulled inmate Whitford, M #3015941 back in from yard since he requested to go back into his cell. At this time when out of the yard gate C/O Buckles initiated a routine pat search Whitford then became aggressive, turned his head and upper torso facing Sergeant Orrino on his left and stated "I fucking just got pat searched." C/O Buckles then gave him a clear verbal instruction to face forward and keep walking. As they were escorting Whitford out I secured the main gate and I could hear C/O Buckles again state keep walking to Whitford. When I turned back around facing the main control cage to help escort Whitford back I saw Whitford turn once again and at this time Sergeant Orrino utilized physical force and his body weights momentum to bring Whitford to the ground and onto his stomach. When he was on the ground I saw that C/O Forrest had control of one of his legs as he was trying to get the leg restraints from the main cage officer. I handed the yard keys I had in my hand to C/O Clark and maintained control of his legs. I had my knees on his left leg while my hands were securing his right leg. During this time C/O Forrest was able to retrieve leg restraints and place them on inmate Whitford. Once everything was secure Sergeant Orrino and C/O Buckles helped Whitford to his feet and we escorted him back to his cell. He also made assaultive threats towards Sergeant Orrino during the escort. Once we arrived to his cell he was placed on the bed face down on his stomach while we retrieved the leg restraints I maintained control of his calves while C/O Forrest held his feet and C/O Paull removed the restraints. Once the leg restraints were removed Whitford was then instructed to remain on his bed while we exited the cell and it was secured. While the door was closing at approximately halfway I could see Whitford attempt to kick through the door with no result. At the last second before the door shut he also spit but I could not see if it struck anyone. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Forrest, William | |
| Staff | Orrino, Robert | |
| Staff | Buckles, Ryan | |
| Staff | Paull, David | |
| Staff | Clark, Grant | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Huerta, Chloie

**Reporting Staff:** Huerta, Chloie          **Title:** Correctional Officer 1

**Signature:** Chloie Huerta          **Date:** 2-21-21

### Notes

---

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.



EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**

## Statement of Incident

| | |
|---|---|
| **Title:** Whitford Use of Force | **Statement #:** 53767 |
| **Incident Date:** 02/21/2021   **Incident Time:** 08:20 AM | **Statement Date:** 02/21/2021 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Draft |

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

Supervisor Review and Remarks:  *Reviewed / Distributed*

Supervisor Name:  *W Larson*                                Title:  *SSG*

Signature:  *SSG a. J. _____*                     Date:  *2-21-2021*

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 2 of 2



EXHIBIT D
EXHIBIT D

 

**Montana Department of Corrections**

**Statement of Incident**

| | |
|---|---|
| **Title:** use of force | **Statement #:** 53761 |

**Incident Date:** 02/21/2021    **Incident Time:** 08:20 AM    **Statement Date:** 02/21/2021

**Jurisdiction:** Montana State Prison    **Submission Category:** Draft

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/common area on the main cage side of RHU

## Summary of Incident

On the above date and approximate time I C/O Forrest was coming off of A-Block and SGT Orrino had escorted inmate Whitford to the ground. I then Secured inmate Whitfords right leg and Huerta secured inmate Whitfords left leg. Paull was trying to get the belly and le restraints from the cage and Huerta had both of inmate Whitfords legs do to him struggling. and i got up and told the cage officer to slide the leg restraints under the door of the cage. Once I got the leg restraints I put them on inmate Whitfords ankles so he could not kick. We then escorted inmate Whitford to his cell and put him on his bed. Huerta and I held inmate Whitfords feet while Paull took the leg restraints off. We then backed out of the cell and inmate Whitford then spit at SGT Orrino while the door was closing and then kicked at SGT Orrino. I did not see if either the spit or the kick hit SGT Orrino. EOR

## Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Huerta, Chloie | |
| Staff | Paull, David | |
| Staff | Orrino, Robert | |

## Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff

**Reporting Staff:** Forrest, William    **Title:** Correctional Officer 1

**Signature:** *William ᴴᵉᵒᵐʳᵗ, gᵐ*    **Date:** 2/21/21

## Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** *Reviewed / Distributed*

**Supervisor Name:** W Larson    **Title:** SSG

**Signature:** *SSG 2 Lon*    **Date:** 2-21-2021

## Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** use of force

**Statement #:** 53761

**Incident Date:** 02/21/2021 **Incident Time:** 08:20 AM

**Statement Date:** 02/21/2021

**Jurisdiction:** Montana State Prison

**Submission Category:** Draft

_____ Deputy Warden

_____ Inmate Records File

_____ MCE

_____ Associate Warden

_____ Inmate Unit File

_____ Safety Committee

_____ Other

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

**Page 2 of 2**

EXHIBIT D
EXHIBIT D





**Montana Department of Corrections**

MONTANA DEPARTMENT OF
**CORRECTIONS**

**Statement of Incident**

| | |
|---|---|
| **Title:** Resistive Inmate Resulting in Use of Force | **Statement #:** 53749 |
| **Incident Date:** 02/21/2021    **Incident Time:** 08:20 AM | **Statement Date:** 02/21/2021 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Submitted |

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/A/LOWER/4/Next to the Main Control Cage.

## Summary of Incident

On the above date and approximate time, I, Officer R. Buckles was escorting inmate Whitford, (AO#3015941), who was cuffed behind his back, in Restrictive Housing Unit (RHU) from the yard back to the housing block when he became agitated during a routine pat search I was conducting. I placed my hands on Whitford's shirt collar when he suddenly turned his head and upper-torso to the left, facing Sergeant Orrino. He said," I just fucking got pat searched coming out here." While I finished conducting my pat search, I gave clear verbal commands to "face forward". We took a few steps toward the Main Control Cage, with Sergeant Orrino on his left and me on his right. Whitford, ignoring my previous verbal orders, turned his body a second time and said something I could not decipher. I gave another verbal order to "keep walking" when Whitford turned around for a third time. Sergeant Orrino, utilizing physical force and the momentum from his body weight, brought Whitford to the ground onto his stomach in front of the Main Control Cage. Being on Whitford's right side, I utilized a c-clamp hold with my right hand around the back of his neck to maintain control of his head, as he was resisting by thrashing his body and moving his head. I maintained control of his right arm with my left hand, while other staff went to retrieve the leg irons. Once the leg irons were placed on him, we helped Whitford to his feet and escorted him back to his cell. He was making assaultive statements during the escort to Sergeant Orrino. Once we arrived inside Whitford's cell we placed him on his bed faced-down, in order to retrieve the leg irons. I maintained control of Whitford's right arm, while Sergeant Orrino maintained control of his left. After retrieving the leg irons we gave Whitford verbal instructions to remain on his bed while we retreated outside his cell and secured the door. While the door was halfway closed Whitford got off his bed and tried to kick through the open door with negative results. He also spit through the opening just before it shut. I did not see if it struck anyone. As Officer Paull retrieved the handcuffs through the food slot, Whitford pulled away and, as a result, broke Paull's handcuff key. This concludes my involvement in this incident. End of report.

## Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Orrino, Robert | Sergeant on duty |
| Offender | Whitford, Makueeyapee - 3015941 | Suspect |
| Staff | Paull, David | Officer on duty |

## Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff

| **Reporting Staff:**    Buckles, Ryan | **Title:** Correctional Officer 1 |
|---|---|
| **Signature:** | **Date:** 2-21-2021 |

## Notes

No Notes are associated with this Incident Statement

## NOTE: Supervisors must review all reports for accuracy before signing off

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Resistive Inmate Resulting in Use of Force      **Statement #:**    53749

**Incident Date:** 02/21/2021    **Incident Time:** 08:20 AM     **Statement Date:** 02/21/2021

**Jurisdiction:** Montana State Prison      **Submission Category:** Submitted

---

**Supervisor Review and Remarks:** _Reviewed / Distributed_

**Supervisor Name:** _W Larson_      **Title:** _SSG_

**Signature:** _SSG_       **Date:** _2-21-2021_

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D

 

# Montana Department of Corrections

## Statement of Incident

**Title:** I/M Whitford Use of Force      **Statement #:** 53757

**Incident Date:** 02/21/2021    **Incident Time:** 08:15 AM     **Statement Date:** 02/21/2021

**Jurisdiction:** Montana State Prison      **Submission Category:** Submitted

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Montana State Prison, RHU, by the Cage

### Summary of Incident

On the above date and approximate time, I/M Whitford, AO# 3015941 asked to come back in from yard after just going out. Officer Buckles went to conduct a pat search, Whitford refused and then got a direct order from Sergeant Orrino to let Officer Buckles do a pat search. Officer Buckles went to conduct the pat search and Whitford started to turn on him. Sergeant Orrino gave Whitford a direct order to let Officer Buckles do a pat search again. Whitford stood for a pat search then started to turn on Officer Buckles again. Sergeant Orrino then took Whitford to the ground. Sergeant Orrino, Officer Buckles, Huerta, and Paul held him there while restraints were received from the cage to restrain Whitford. Whitford was then restrained and taken to his cell by the Sergeant and other officers, while I stood with the yard and secured it.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Orrino, Robert | |
| Staff | Forrest, William | |
| Staff | Paull, David | |
| Staff | Huerta, Chloie | |
| Staff | Buckles, Ryan | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Clark, Grant

**Reporting Staff:** Clark, Grant      **Title:** Correctional Officer 1

**Signature:** _Grant Clark_      **Date:** 2 / 21 / 21

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _Reviewed / Distributed_

**Supervisor Name:** _W Larsen_      **Title:** SSG

**Signature:** SSG _____      **Date:** 2-21-2021

### Routing List (Place an X next to those this report will be distributed to):

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

 

## Montana Department of Corrections

### Statement of Incident

**Title:** I/M Whitford Use of Force          **Statement #:** 53757

**Incident Date:** 02/21/2021    **Incident Time:** 08:15 AM      **Statement Date:** 02/21/2021

**Jurisdiction:** Montana State Prison          **Submission Category:** Submitted

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 2 of 2

EXHIBIT D
EXHIBIT D




**Montana Department of Corrections**

**MONTANA DEPARTMENT OF CORRECTIONS**

**Statement of Incident**

| | |
|---|---|
| **Title:** Whitford use of force | **Statement #:** 53753 |
| **Incident Date:** 02/21/2021     **Incident Time:** 09:15 AM | **Statement Date:** 02/21/2021 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Submitted |

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Running yard in on primary side of RHU in front of control.

## Summary of Incident

ON the above date and approximate time while running yard out on the Primary side of RHU inmate Whitford,M #3015941 was being escorted back to his cell Whitford became combative and tried pulling away from the officers escorting him. Inmate Whitford was escorted to the ground. I officer Paull requested hard leg and belly restraints from the primary control. After receiving the restraints and applying them to inmate Whitfords legs the officers then escorted whitford back to his cell and gave him the direct order to lay belly down on his bunk, the hard leg restraints were then removed from inmate whitford and the officers began leaving his cell one at a time. Whitford spat and kicked and sgt Orrino when the door was closing. Whitfords cell door shut I gave him a direct order to uncuff and Whitford did so and tried pulling cuffs through food port while uncuffing causing the cuff key to break off in cuffs EOR.

## Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Huerta, Chloie | |
| Staff | Buckles, Ryan | |
| Staff | Forrest, William | |
| Staff | Orrino, Robert | |
| Staff | Clark, Grant | |
| Staff | Paull, David | |

## Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff

**Reporting Staff:** Paull, David

**Title:** Correctional Officer 1

**Signature:** _____   **Date:** 2/21/21

## Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _Reviewed / Distributed_

**Supervisor Name:** W. Larson   **Title:** SSG

**Signature:** SSG _____   **Date:** 2.21.2021

**Routing List (Place an X next to those this report will be distributed to):**

Note: This statement of Incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

 

**Montana Department of Corrections**

### Statement of Incident

**Title:** Refusal for Medical Whitford

**Statement #:**   53745

**Incident Date:**   02/21/2021        **Incident Time:**   08:40 AM        **Statement Date:** 02/21/2021

**Jurisdiction:** Montana State Prison        **Submission Category:** Submitted

#### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/A/LOWER/4/LA4 of RHU

#### Summary of Incident

On the above date and time I CSRT Moe was called to RHU to ask Inmate Whitford 3015941 if he wanted to see medical after the immediate use of force by RHU staff. Whitford was asked multiple times and refused all times. All Whitford wanted was a bubble sheet and his glasses.

#### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Moe, Nicholas | |
| Offender | Whitford, Makueeyapee - 3015941 | |

#### Source and Documentation

**Anonymous Informant:  No**

**Information Source:  Staff - Moe, Nicholas**

**Reporting Staff:**        Moe, Nicholas                              **Title:** Correctional Officer 1

**Signature:** _Nicholas Moe_                              **Date:** _2.21.21_

#### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _Reviewed / Distributed_

**Supervisor Name:** _W Larson_                              **Title:** _SSC_

**Signature:** _SSC_                              **Date:** _2.21.2021_

#### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 1 of 1

EXHIBIT D
EXHIBIT D




**MONTANA DEPARTMENT OF CORRECTIONS**

## Montana Department of Corrections

### Statement of Incident

| | |
|---|---|
| **Title:** Use of Force | **Statement #:**     53747 |

| | | | |
|---|---|---|---|
| **Incident Date:**   02/21/2021 | **Incident Time:**   08:45 AM | | **Statement Date:** 02/21/2021 |
| **Jurisdiction:** Montana State Prison | | | **Submission Category:** Draft |

**Incident Scene**

**Incident Occurred at Facility?** Yes

**Location:**  Montana State Prison/Maximum Security/Restrictive Housing/A/LOWER/4

**Summary of Incident**

On the above date and approximate time, offender Whitford was seen cell side at RHU following a reported use of force. Three IPS officers and this nurse went to the cell door and offered medical care multiple times and the offender refused all offers. Whitford was sitting in bed, alert with clear speech. No injuries could be seen from the door. A refusal of care was sent to the offender. END OF REPORT.

**Involved Persons**

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |

**Source and Documentation**

**Anonymous Informant:**  No

**Information Source:**  Offender - Whitford, Makueeyapee 3015941

**Reporting Staff:**     Jamieson, Alishia                                   **Title:** Registered Nurse 2

**Signature:** _Alishia Jamieson RN_          **Date:** _2/21/2021_

**Notes**

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:**  _Reviewed / Distributed_

**Supervisor Name:** _W Larson_                              **Title:** _SSG_

**Signature:** _SSG a Lar_                        **Date:** _2.21.2021_

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D

STATE MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

*(Information and staff signatures on this form must be legible)*

**MAJOR ☒          MINOR ☐**

Inmate Name: __Whitford__ __M__          ID # _3015941_
              Last name              First Name

Date: _2-10-21_   Time: _1405_   Place of Incident: _801 P_
Room/Cell: _LA8_   Housing Unit: _RHU_   Job Assignment: _RHU LA8_
Infraction Number(s) & Name(s)   _4111 - Assaulting Staff with unknown fluids_

Staff Witness: 1. _____        Other Inmates involved 1. _____
              2. _____                            2. _____

Description of Violation: (who, what, why, where, when and how):

_On the above date and time, I C/o Liberty went to turn off Inmate Whitford's water because he had flooded the A-Block dayroom. I was talking to let him know that I was on the bbd. I went to the water closet to turn the water off to stop the flooding, and I got splashed by an unknown fluid that he was throwing out his door._

_EOR_

Reporting Staff Member __Liberty__
                      (Print Name)

Supervisor Review: __Sgt. Pomeroy__          __Sgt. Pomeroy__
                   (Print Name)                (Sign Name)

Approval for placement in PHC :  ☐ Medical by: _____  ☐ Mental Health by: _____

Reason: _____

I have reviewed this report for legibility, completeness, corrections of change, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited and considered alternatives to placement in restrictive housing and have determined that separation from the general inmate population is necessary due to the above-mentioned reason.

_____   _2/10/2021_   _____   _/   /_
(Shift Supervisor Signature)   (Date)   (Warden or Designee Signature)   (Date)

### NOTICE OF HEARING/PREHEARING ACTION

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _2-16-21_   Time: _____ hrs.   Place: _____
2. I understand the charge(s)?  ☒ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☒ Yes  ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf:  ☐ Yes ☒ No  If inmate has witnesses or needs witness statements have the inmate provide the name:
5. Other pertinent notations: _Agreement_

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_Caron Walker_          _2-12-21_          _____
(Staff Signature)          (Date & Time)          (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020
                      _000933_

EXHIBIT D
EXHIBIT D

**RECEIVED BY**
FEB 11 2021
**DISCIPLINARY**

STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☒   MWP ☐   CONTRACT FACILITY: _____
**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*
MAJOR ☒         MINOR ☐

Inmate Name: _Whitford_ _____ _M_ _____ ID # 30591
Last name                         First Name

Date: 2/10/21   Time: 1400   Place of Incident: RHU LA8
Room/Cell: LA8   Housing Unit: RHU   Job Assignment: 801 cP
Infraction Number(s) & Name(s): 4111 - Assult on staff with unknown fluids
4210 - flooding

Staff Witness: 1. _N/A_   Other Inmates involved 1. _N/A_
2. _____   2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and
time I C/O Goody was pulling an I/M out to talk to U/M of
RHU with another C/O. As we got into the sally port I saw I/M
whit ford # 3015941 flooding. The water was running out in between the wall
and the dam blocking the water, I asked the c/c and I/M to stop so I could
go fix the dam. As I started moving the dam I/M whitford threw an
unknown liquid out of the crack between the door and the wall. The
liquid hit me on the face and shoulder. I fixed the dam and returned
to the I/M and C/O and exited the block.

EOR

Reporting Staff Member _George Goody_     _Geo Goody_
(Print Name)                              (Sign Name)
Supervisor Review: _Sgt. Pomeroy_         _Sgt. Pomeroy_
(Print Name)                              (Sign Name)

Approval for placement in PHC : ☐ Medical by: _____ ☐ Mental Health by: _____
Reason: _____

I have reviewed this report for legibility, completeness, corrections of change, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited and considered alternatives to placement in restrictive housing and have determined that separation from the general inmate population is necessary due to the above-mentioned reason.

_____ 2/10/2021 _____ _____
(Shift Supervisor Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 2 / 16 / 21   Time: ___ hrs.   Place: _____
2. I understand the charge(s)?   ☐Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐Yes ☐No  If inmate has witnesses or needs witness statements have the inmate provide the name:
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____ _____ _____
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B         MSP 3.4.1, Institutional Discipline         Effective January 1, 2020

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

### Agreement / Waiver / Refusal Form

### Major/Minor Inmate Disciplinary Infractions

**Agreement** ☒        **Waiver to Attend Hearing** ☐        **Refusal to Attend Hearing** ☐

Inmate Name: __Whitford Makueeyapee__          ID #: __3015941__

Date: __2 / 12 / 21__     Time: __0930__          Housing Unit: __RHU__

Infraction Number(s) and Description: __4111 - assaulting staff__
_____
_____

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤   **Grid Level to Use:** 3
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanctions: __$40 fine__
_____
_____

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: _X_____          Date: __2 / 12 / 2021__

☐ **Waiver to Attend Disciplinary Hearing:**  Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date:_____/_____/_____

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:_____*
_____

Inmate Signature:_____          Date:_____/_____/_____

Officer/Witness Signature:_____          **Date:**_____/_____/_____

Disciplinary Hearing Officer/Unit Disciplinary Team __Carrie Walstev__   Date: __12/12/21__

Administrative Review Signature:_____   Date: __12/18/2021__

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment G                    MSP 3.4.1, Institutional Discipline                    Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒      MINOR ☐

Inmate Name: __Whitford_____ __Makueeyapee__ ID# 3015941
                 Last name                    First Name

Date: 2/9/21   Time: 1135   Place of Incident: RHU A-block

Room/Cell: LAB   Housing Unit: RHU   Job Assignment: 99999 Unassigned

Infraction Number(s) & Name(s) 4210-Destruction of state property / 4220-Impeding staff

Staff Witness: 1. _____   Other Inmates involved 1. _____
              2. _____                          2. _____

Description of Violation: (who, what, why, where, when and how): On the above, I/m Whitford tore up his state mattress and flooded the block. Staff was taken away from other Unit Jobs. No Further Incidents Occurred.

End of Report

REPORTING STAFF MEMBER: Sgt. Paul Thompson _____   _____
                          (Print Name)                  (Sign Name)

Supervisor Review: _____   _____
                    (Print Name)        (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement  ☒ Release to Previous Status   ☐ Other

Reason: Currently on phc status

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

SSG _____   2/9/2021 _____   / /
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: / /   Time: _____ hrs.   Place: _____
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☒Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐Yes ☐No (if yes, list witnesses, have him/her complete a Witness Request form)
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____   2/10/1122   X _____
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

### Agreement / Waiver / Refusal Form

### Major/Minor Inmate Disciplinary Infractions

**Agreement** ☒          **Waiver to Attend Hearing** ☐          **Refusal to Attend Hearing** ☐

Inmate Name: **Whitford, Makueeyapee**          ID #: **3015941**

Date: **2/10/21**   Time: **1122**          Housing Unit: **RHU**

Infraction Number(s) and Description: **4210 – Dest. of Property; 4220 – Impeding**

---

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   (5)   Grid Level to Use: **3**
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*
Sanctions: **Restitution: $133.00**
_____
_____

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above.  By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: **See infraction report**          Date: **2/10/01**

---

☐ **Waiver to Attend Disciplinary Hearing:**  Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date:____ / ____ / ____

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate_____ that it was time for his/her hearing.  (S)he refused/declined to attend.
(S)he was advised that the hearing would proceed on the basis of evidence provided.  (S)he still refused/declined stating:_____*
_____

Inmate Signature:_____          Date:____ / ____ / ____

---

Officer/Witness Signature:_____          Date:____ / ____ / ____

Disciplinary Hearing Officer/Unit Disciplinary Team: **C. Klanecky**          Date: **2/10/21**

Administrative Review Signature:_____          Date: **2/11/2021**

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

E

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

Inmate Name: __Whitford_____ __M_____ ID# __3015941__
　　　　　　　　Last name　　　　　　　　　First name

Date: __2/9/21__ Time: __1135__ Place of Incident: __RHU A-block__
Room/Cell: __LA8__ Housing Unit: __RHU__ Job Assignment: __99999 Unassigned__
Infraction Number(s) & Name(s): __4111 - Attempted Assault of a staff member__
_____
_____
_____

Staff Witness: 1. _____ Other Inmates involved 1. _____
　　　　　　　2. _____　　　　　　　　　　　2. _____

Description of Violation: (who, what, why, where, when and how): On the above Date and Time
After flooding his cell, I/m Whitford attempted to throw water over the top
of the door. It is unknown wheather or not the water was clear.
_____
　　　　　　　　　　　　End of Report.
_____
_____
_____
_____
_____
_____

REPORTING STAFF MEMBER: __Sgt. Paul Thompson__　　　　　__[signature]__
　　　　　　　　　　　　　　　(Print Name)　　　　　　　　　　(Sign Name)

Supervisor Review: _____　　　__[signature]__
　　　　　　　　　　　　　(Print Name)　　　　　　　　　　(Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement　　☑ Release to Previous Status　　☐ Other
Reason: __Currently on phc status__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

__SSb [signature]__　　　　　　　　__2/9/2021__　　　　　　　　　　　/　/
(Shift Supervisor's Signature)　　　　　(Date)　　　(Warden or Designee Signature)　　(Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __/__/__ Time: ____hrs. Place:_____
2. I understand the charge(s)? ☑Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☑Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐Yes ☐No  If inmate has witnesses, have inmate complete Inmate Witness Request form
5. Other pertinent notations:

Agreement Return to Investigation

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

__[signature]__　　　　　　__2/0/1121__　　　　　__[signature]__
(Staff Signature)　　　　　　(Date & Time)　　　　　(Inmate's Signature/ID#)

Attachment B　　　　　　MSP 3.4.1, Institutional Discipline　　　　　Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE ~~OF~~ MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

### Agreement / Waiver / Refusal Form

### Major/Minor Inmate Disciplinary Infractions

Agreement ☒              Waiver to Attend Hearing ☐              Refusal to Attend Hearing ☐

Inmate Name: **Whitford, Makueeyapee**          ID #: **3015941**

Date: **2 / 10 / 21**   Time: **1121**          Housing Unit: **RHU**

Infraction Number(s) and Description: **4108 (411u) - Attempted Assault on Staff**

---

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤] **Grid Level to Use: 3**
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. [Find grid level to use by adding current & prior guilty decisions].*
Sanctions: **Refer to Investigations**

**✗ Already serving 30 days detention**

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: **See infraction report**          Date: **2 / 10 / 21**

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date:___/___/___

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:_____*

Inmate Signature:_____          Date:___/___/___

---

Officer/Witness Signature:_____          Date:___/___/___
Disciplinary Hearing Officer/Unit Disciplinary Team **C. Klanecky**   Date: **2/10/21**
Administrative Review Signature: _____   Date: **2/11/2021**

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY
FEB 08 2021
DISCIPLINARY

## DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING
*(Information and staff signatures on this form must be legible)*

MAJOR ☒   MINOR ☐

Inmate Name: **Whitford**          **Makweeyapee**          ID # **3015941**
　　　　　　　　Last name　　　　　　　　First Name

Date: **2/6/21**   Time: **1530**   Place of Incident: **SAU C-Block**
Room/Cell: **LC2**   Housing Unit: **SAU**   Job Assignment: **99999-Unassigned**
Infraction Number(s) & Name(s)  **4111 - Assaulting any other person**
　　　　　　　　　　　　　　　　**4210 - Destroying, altering, damaging facility property**

Staff Witness: 1. **C/o Chambers**　　　　Other Inmates involved 1. _____
　　　　　　　　2. **C/o Farmer**　　　　　　　　　　　　　　　2. _____

Description of Violation: (who, what, why, where, when and how): **On the above date and**
**approximate time while uncuffing inmate Whitford at lower C2. Inmate**
**Whitford pulled the handcuffs into his cell after his left hand was unrestrained.**
**When Inmate Whitford pulled the cuffs into his cell he also pulled my hand**
**into the cell causing injury to my left wrist and breaking the handcuff**
**key on my issued set of keys. EOR**

Reporting Staff Member **Sgt Cunningham**　　　　　**Sgt C___**
　　　　　　　　　　(Print Name)　　　　　　　　　　　(Sign Name)

Supervisor Review: _____　　　　　_____
　　　　　　　　　(Print Name)　　　　　　　　　　(Sign Name)

Approval for placement in PHC :  ☐ Medical by: _____  ☐ Mental Health by: _____
Reason:  **Already PHC- Status**

I have reviewed this report for legibility, completeness, corrections of change, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited and considered alternatives to placement in restrictive housing and have determined that separation from the general inmate population is necessary due to the above-mentioned reason.

**A. Christenson**　　　　**2/6/2021**　　　**Warden /T___**　　　**2/8/2021**
(Shift Supervisor Signature)　　(Date)　　(Warden or Designee Signature)　　(Date)

### NOTICE OF HEARING/PREHEARING ACTION
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: **2-9-21**   Time: **Any** hrs.   Place: **SAU**
2. I understand the charge(s)?  ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☒Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.  ☐Yes ☐No  If inmate has witnesses complete Witness Statement, have the inmate sign the name.
5. Other pertinent notations: _____

I understand, if found guilty, it will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

**Agreement 30 days out**
**20100**　　　　**out of days**

(Staff Signature)　　　(Date & Time)　　　(Inmate's Signature / ID#)

Attachment B　　　　MSP 3.4.1, Institutional Discipline　　　Effective January 1, 2020

EXHIBIT D
EXHIBIT D

## STATE OF MO[ ]NA DEPARTMENT OF CO[ ]ECTIONS

MSP ☒  MWP ☐  CONTRACT FACILITY:_____

### Agreement / Waiver / Refusal Form

### Major/Minor Inmate Disciplinary Infractions

Agreement ☒          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☐

Inmate Name: _Whitford, Makueeyapee_          ID #: _3015941_

Date: _2/8/21_    Time: _1102_          Housing Unit: _SAU_

Infraction Number(s) and Description: _4111 - Assault ; 4210 - Dest of Property_

---

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4   ⑤ +  Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanctions: _20 days detention, cre 2 days_
           _ENDS 2-24-2021_

---

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: _See infraction report_          Date: _2/8/21_

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date:____/____/____

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:_____*

Inmate Signature:_____          Date:____/____/____

---

Officer/Witness Signature: _c/o Andy S[ ]_          Date: ____/____/____

Disciplinary Hearing Officer/Unit Disciplinary Team _C. Klanecky_          Date: _2/8/21_

Administrative Review Signature: _____          Date: _2/10/2021_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment G          MSP 3.4.1, Institutional Discipline          Effective February 23, 2015

EXHIBIT D
EXHIBIT D

  



# Montana Department of Corrections

## Statement of Incident

| | | |
|---|---|---|
| **Title:** Inmate Whitford | | **Statement #:** 53101 |
| **Incident Date:** 02/06/2021 | **Incident Time:** 03:30 PM | **Statement Date:** 02/06/2021 |
| **Jurisdiction:** Montana State Prison | | **Submission Category:** Draft |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/High Side/Secure Adjustment Unit/C/LOWER/2/Lower C2 & lower C1

### Summary of Incident

On the above date and approximate time while conducting showers on C-Block. I Sgt Cunningham Assisted in escorting Inmate Whitford #3015941 to the shower without incident. After inmate Whitford was secured in the shower he began to escalate in asking why they weren't allowed to go to yard today. I informed Inmate Whitford that yard was cancelled due to staffing and he would not accept the reasoning. After allowed shower time was given I Sgt Cunningham returned to the block to assist with escorting inmate Whitford back to his cell. As I approached the block I was informed by CO Chambers that inmate Whitford was refusing to cuff up from the shower. I approached inmate Whitford while he was in the lower C block shower and he proceeded to refuse to cuff up. Inmate Whitford was given a direct order to cuff up where he did comply. As I Sgt Cunningham unlocked the shower gate Inmate Whitford continued making threats towards CO Chambers. I Sgt Cunningham escorted inmate Whitford to lower C2. After the cell door closed inmate Whitford placed his hands out the food hatch to have his cuffs removed. When I freed his left hand from the restraints inmate Whitford pulled his right hand with the attached restraints into his cell. When the restraints were pulled into the cell my left hand was pulled into the food hatch raking my wrist against the metal door breaking the skin. This action of pulling in the restraints also broke the cuff key on the N-34 ring. I immediately closed the food hatch and informed command post of the situation. CSRT was dispatched to deescalate the situation. While waiting for CSRT Inmate Whitford had used the #3 handcuffs to help break out the inner window to his outer cell window and flooded before CSRT was able to move inmate Whitford. Inmate Whitford was moved from Lower C2 to Lower C1. The water was turned off but Inmate Whitford was able to flood again while in lower C1 due to the toilet being turned all the way up instead of off. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | Inmate causing disturbance |
| Staff | Chambers, Kelly | CO Conducting showers |
| Staff | Farmer, Taylor | CO Conducting showers |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Cunningham, Brian

| **Reporting Staff:** Cunningham, Brian | **Title:** Correctional Officer Sgt |
|---|---|
| **Signature:** _B.S.C_ | **Date:** 2/6/21 |

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _Reviewed / Distributed_

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D

 



## Montana Department of Corrections

### Statement of Incident

| | | |
|---|---|---|
| **Title:** I/M Whitford Assault | | **Statement #:** 53099 |
| **Incident Date:** 02/06/2021 | **Incident Time:** 03:38 PM | **Statement Date:** 02/06/2021 |
| **Jurisdiction:** Montana State Prison | | **Submission Category:** Submitted |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/High Side/Secure Adjustment Unit/C/LOWER/2/inside cell

### Summary of Incident

On the above date and approximate time I c/o Farmer and c/o Chambers were doing showers on C-block. We took inmate Whitford,M #3015941 out of his cell to shower with no incident. When inmate whitford finished showering c/o chambers went to go cuff him and he started yelling and refused to cuff up. Sgt. Cunningham then tried to cuff him up and he complied but was still yelling. We got him into his cell and Sgt. Cunningham went to go uncuff him and Whitford pulled the cuffs away and scraped Cunningham's left arm. The Sgt. then went and called Command post. While he called Command Post inmate Whitford then started hitting the cuffs off the windows in his cell. He then shattered the inner pane to his cell. Whitford then started to flood his cell. C/O Chambers got the water key and used the water to flush whitford's water when he started to throw water out the side of his door at Chambers yelling "Im gonna get you one of these days." The Ips team then showed up and got Whitford to move to a new cell and got the cuffs back. Whitford then started flooding his new cell and I was able to get his water turned off without any further incident. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Farmer, Taylor | |
| Staff | Chambers, Kelly | |
| Staff | Cunningham, Brian | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Farmer, Taylor

**Reporting Staff:** Farmer, Taylor                **Title:** Correctional Officer 1

**Signature:** *Taylor Farmer*                **Date:** 2-6-2021

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** *Lt Chr. Reviewed / Distributed*

**Supervisor Name:** *Lt. Christensen*                **Title:** *Lieutenant*

**Signature:** *Lt. Christensen*                **Date:** *2/6/21*

### Routing List (Place an X next to those this report will be distributed to):

| _____ Helena Office | _____ Security Major | _____ Medical |
|---|---|---|

**Note:** This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

 



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** I/M Whitford Assault | **Statement #:** 53099 |
| **Incident Date:** 02/06/2021  **Incident Time:** 03:38 PM | **Statement Date:** 02/06/2021 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Submitted |

| | | |
|---|---|---|
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | ___X___ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D

 



**Montana Department of Corrections**

**Statement of Incident**

---

**Title:** I/M Whitford Assault                                                    **Statement #:**    53083

**Incident Date:**  02/06/2021      **Incident Time:**   03:30 PM        **Statement Date:** 02/06/2021

**Jurisdiction:** Montana State Prison                                    **Submission Category:** Submitted

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:**  Montana State Prison/High Side/Secure Adjustment Unit/C/LOWER/2

### Summary of Incident

On the above date and approximate time, I C/O Chambers was giving showers on C Block in the SAU. We had moved I/M Whitford A/O# 3015941 to the shower without incident. After he was done with his shower I went to handcuff him, at which time he refused to allow me to handcuff him. I called Sgt. Cunningham onto the block and he directed I/M Whitford to cuff up and return to his cell. I/M Whitford complied with the directive, but continued to yell insults and threats at Sgt. Cunningham as he was being escorted to the cell. After I/M Whitford was secured in his cell Sgt.Cunningham attempted to uncuff him, at which time I/M Whitford pulled away from Sgt.Cunningham causing the door to cut the top of his left wrist. Sgt. Cunningham then quickly shut the food hatch and left the block to call command post. During the time that Sgt. Cunningham was off of C Block I/M Whitford began flooding his cell, at which time I retrieved the water key and shut off his water. While I was attempting to turn off his water I/M Whitford began throwing toilet water out of his cell door at me yelling "I'm gonna get his motherfucker". I/M Whitford then began hitting and kicking his door while yelling "open lower C2" in an attempt to get the control cage to open the door. The CSRT arrived to the unit and moved I/M Whitford to the next adjacent cell. After CSRT left the unit I/M Whitford began flooding his new cell, at which time C/O Farmer retrieved the water key again and turned his water off. E.O.R.

### Involved Persons

| Category | Person | Narrative |
|----------|--------|-----------|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Chambers, Kelly | |
| Staff | Farmer, Taylor | |
| Staff | Cunningham, Brian | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Chambers, Kelly

**Reporting Staff:**    Chambers, Kelly                          **Title:** Correctional Officer 1

**Signature:**                                                      **Date:** 2/6/2021

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** *Reviewed/Distributed,*

**Supervisor Name:** *Cl. Christensen*          **Title:** *Lieutenant*

---

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

**Page 1 of 2**

EXHIBIT D
EXHIBIT D

 



## Montana Department of Corrections

### Statement of Incident

| | | |
|---|---|---|
| **Title:** I/M Whitford Assault | | **Statement #:** 53083 |
| **Incident Date:** 02/06/2021 | **Incident Time:** 03:30 PM | **Statement Date:** 02/06/2021 |
| **Jurisdiction:** Montana State Prison | | **Submission Category:** Submitted |

Signature: _C.t. Christensen_    Date: _2/6/21_

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note:** This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 2 of 2

EXHIBIT D
EXHIBIT D



STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☒  MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*
MAJOR ☒          MINOR ☐

Inmate Name: __Whitford__  __MAKUEEYAPEE__  ID # 301594
 Last name                     First Name

Date: 2.1.2021   Time: 1515   Place of Incident: SAU F-Block
Room/Cell: LF-1   Housing Unit: SAU   Job Assignment: 999  Unassigned
Infraction Number(s) & Name(s) 4208: Insolence: words that harass an employee.
4320: Intentionally obstructing, hindering, or impeding staff
4235: Threatening any staff

Staff Witness: 1. _____     Other Inmates involved 1. _____
              2. _____                          2. _____

Description of Violation: **(who, what, why, where, and when how):** On the above date and approximate
time, I C/O Teruel was observing floor officers attempt to conduct laundry
and Razor pass on F-Block in SAU. During this time, Inmate Whitford, M#
301594, began to interfere with Staff. He began by screaming at them, claiming
they are "scared little bitches", "pussies", "piece of shit pigs" and many other
disrespectful terms. He also stated that they were lucky he was behind
a locked door or he would "fuck their bitch asses up." The inmate
than proceeded to threaten the floor officers with assaults, floods
and any other behavior that would get the inmate sent back to RHU.
Due to the threatening and insolence it caused Staff to fall behind in their
other duties which is a violation of Major rule 4320. (Impeding staff)
The Inmate refused orders to follow the rules and be unobtrusive and
continued to yell threats and insolent remarks at floor Staff until they
finished their duties and exited the block at approximately 1530 hours.
End of Report.

REPORTING STAFF MEMBER: __David Teruel__    _____
                          (Print Name)            (Sign Name)

Supervisor Review:     _____        _____
                        (Print Name)        (Sign Name)

Inmate Status:   ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical: _____   ☐ Mental Health: _____

Reason: Placed PHC in current cell

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____          2/1/21          _____          /  /
(Shift Supervisor's Signature)   (Date)      (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 2 / 4 / 21   Time: 8 am hrs.   Place: SAU
2. I understand the charge(s)   ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)  for 4208+4235
4. Present evidence and witnesses on my behalf. ☒ Yes ☐ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _Agreement 11 days det, Credit 2 days cncl 2-12-21_

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate
disciplinary operational procedure.

_____          02/1/21 2110          _____
(Staff Signature)        (Date & Time)       (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

### Agreement / Waiver / Refusal Form

#### Major/Minor Inmate Disciplinary Infractions

Agreement ☒                Waiver to Attend Hearing ☐                Refusal to Attend Hearing ☐

Inmate Name: __Whitford Makueeyapee__                ID #: __3015941__

Date: __2/3/21__    Time: __1205__                Housing Unit: __SAU__

Infraction Number(s) and Description: __4208-Insolence   4235-Threatening Staff__

---

☒**Agreement**:  It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes**: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤] **Grid Level to Use:** __3__
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*
Sanctions: __11 days det, Credit 2 days, End 2-12-21__
_____

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above.  By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: __Did Agreement on Inf Report__                Date: ____/____/____

---

☐ **Waiver to Attend Disciplinary Hearing**:  Inmate waives right to hearing and appeal.

Inmate Signature:_____                Date:____/____/____

---

☐ **Refusal to Attend Disciplinary Hearing**:

*I told Inmate _____ that it was time for his/her hearing.  (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided.  (S)he still refused/declined stating:_____*
_____
_____

Inmate Signature:_____                Date:____/____/____

---

Officer/Witness Signature:_____          Date:___/___/___

Disciplinary Hearing Officer/Unit Disciplinary Team __Carri Walsti__          Date:___/___/___

Administrative Review Signature:_____          Date: __2/4/2021__

Copies to: Records (White)          Parole Board-Majors only (Yellow)          Housing Unit (Pink)          Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D



*KHU*

C

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒    MWP ☐    CONTRACT FACILITY: _____

## DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING
*(Information and staff signatures on this form must be legible)*

MAJOR ☒          MINOR ☐

Inmate Name: __Whitford_____ , __M_____    ID # __3015941__

Last name              First Name

Date: __10-22-20__  Time: __1900__  Place of Incident: __RHU  LA1__

Room/Cell: __LA1__  Housing Unit: __RHU__  Job Assignment: __UNASSIGNED  99999__

Infraction Number(s) & Name(s) __4210 - Destruction of State Property__

Staff Witness: 1. _____          Other Inmates involved 1. _____
2. _____                                          2. _____

Description of Violation: (who, what, why, where, when and how): __On the above date__
__and time, Whitford smashed a food tray, then fully plugged__
__the toilet with plastic, paper & other items. His actions__
__damaged the plumbing, rendering LA1 UNUSABLE. Whitford was then__
__moved to another cell, where he threatened to flood again.__

REPORTING STAFF MEMBER: __Sam Jovanovic__

(Print Name)                          (Sign Name)

Supervisor Review: _____

(Print Name)                          (Sign Name)

Inmate Status:          ☐ Pre-Hearing Confinement    ☒ Release to Previous Status    ☐ Other

Approval for placement in PHC :    ☐ Medical: _____    ☐ Mental Health: _____

Reason: __Inmate currently PHC Status__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

__LT Deehs__          __10/22/20__          _____          / /

(Shift Supervisor's Signature)          (Date)          (Warden or Designee Signature)          (Date)

### NOTICE OF HEARING/PREHEARING ACTION
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __11/2/20__  Time: __ANY__ hrs.  Place: __LAU__
2. I understand the charge(s)?  ☒Yes  ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☐Yes  ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf?  ☐Yes  ☒No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____          __10-23-20 0150__          __I/m unable to sign__

(Staff Signature)          (Date & Time)          (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D



STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

# DISCIPLINARY HEARING DECISION

MAJOR ☒                    MINOR ☐

Inmate's Name: _Whitford Makueeyapee_   ID # _301594_   Date: _10-27-2020_
Infraction Number(s) & Name(s) _4210 Destroying state property_
☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION   ADDITIONAL ACTION TAKEN
Continuance granted to Date: ___ / ___ / _____ By:
Reason:

Plea: ☒ Guilty   ☐ Not Guilty   ☐ Other: _____
Inmate's Statement: _____

Evidence Provided: _Infraction Report_

Findings: ☒ Guilty of # _4210_   ☐ Not Guilty of # _____
Evidence Relied On: _Infraction Report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤  Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanction(s): _$25 Fine_

Reason(s) for findings: _Offender destroyed state property_

_[signature]_   _10/29/2020_      _Cassi Walster_
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _Unable to sign / G. Klanecky_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐  CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: Whitford, Makueeyapee  ID # 3018941  Date: 10·22·2020

Infraction Number(s) & Name(s)  4210 - Dest. of Property; 4212 - tampering

☒ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN ✓

Continuance granted to Date: ___ / ___ / ___  By: _____

Reason: _____

Plea: ☐ Guilty    ☐ Not Guilty    ☒ Other: I haven't had an
Inmate's Statement: opportunity to prepare
a defense

Evidence Provided: infraction report, SMP, photos

Findings: ☒ Guilty of # 4210 / 4212    ☐ Not Guilty of #

Evidence Relied On: infraction report, SMP, photos

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4  ⑤ + Grid Level to Use: 3

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): Restitution for damages: TBD $229.95

Reason(s) for findings: Continuation denied.
Safety matters. Offender destroyed a

_____ 10/23/2020   C. Klanecky   10·20·2020
ADMINISTRATIVE REVIEW / DATE              DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today. ☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: X unable to sign

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C              MSP 3.4.1, Institutional Discipline              Effective January 1, 2020

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☑ MWP ☐ CONTRACT FACILITY:_____

RECEIVED

OCT 27 20__

DISCIPLINARY

### Disciplinary Appeal
(major infractions only)

Inmate's Name: __Whitford, Makueeyape__ DOC# __3015941__

Date: __10-22-2020__ Infraction(s): __4210-Dest. of Property; 4212-tamp.__

Disciplinary Hearing Decision: __Restitution TBD__

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.

_____

_____

2. Required disciplinary procedures were not followed. __I was blantantly denied__
__an opprotunity to prepare a defense. I was__
__on 150' and strip cell with restriction__

3. The sanction(s) is excessive.

_____

_____

_____

_____   __10/22-2020__
Inmate Signature                    Date

#### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒ | NO ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

☐ reduced sanction or level to:

☐ suspended sanction(s) for:

Written justification for the action taken above: __Evidence supports the DHO's decision__

_____

_____   __11/4/2020__
Warden or Designee Signature        Date

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

omis

Attachment H          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

**Security Management Plan (SMP)**

| Inmate Name: | AO# | DATE | TIME |
|---|---|---|---|
| Whitford, Makueeyapee | 3015941 | 10/21/2020 | 8:30am |

| ☑ Security Initiated | ☐ Mental Health Initiated | Plans extended past 72 hours must be reviewed by Multi-Disciplinary Team (MDT) |
|---|---|---|

| (All SMP's must be authorized by  Command Post, Shift Commander, or AW of Security prior to implementation) |
|---|

| Authorized By: (a name must be entered) | LT Postma | Time | 8:30 |
|---|---|---|---|

### Part 1

☐ The following inmate/inmate record has been screened by Mental Health Professional for Restricitve Housing Unit assignment and currently meets the criteria for being "at-risk" for deterioration, self-harm, and/or danger to others.

**Complete Part 2 & 3**

☑ The following inmate has been assessed due to being placed in a Safe Cell

**Complete Part 3**

### Part 2

☑ This inmate MAY be placed or REMAIN in the Restrictive Housing Unit (See PART 3 Special Management)

☐ It is recommended that this inmate SHOULD NOT be placed in Restrictive Housing, as it may be detrimental to the inmate's mental and/or physical health.

### Part 3 - SPECIAL MANAGEMENT

#### I. PURPOSE

☐ Mental Health Observation        ☑ Continued/Changed Precautions/Interventions
☐ New Precautions/Interventions        ☑ 24 HOUR
☐ Release from Precautions / Interventions        ☐ 48 HOUR
☐ 72 HOUR

#### II. PRECAUTIONS / INTERVENTIONS (Check all that apply)

| A. Precautions | B. Interventions | |
|---|---|---|
| ☐ Not Applicable | ☐ Not Applicable | ☑ Recreation Restriction |
| ☐ 15-Minute Watch | ☐ Cell with Restrictiions | ☑ Other  SMC1 |
| ☐ Constant Watch (1:1)  Safe Cell Placement   ☐ Electronic Monitoring | ☐ Hard Cell | |
| ☑ Other:  Must give up styro tray after each meal | ☐ Safety Diet: | |

#### III. Items/Privileges to Remain (check all that apply)

☐ All current items and privileges without limitations        ☑ Only these items and privileges as checked below

| A. Bedding | | B. Clothing | |
|---|---|---|---|
| ☐ Mattress | ☑ Safety Blanket | ☐ Boxers/Underwear | ☐ Scrubs |
| ☐ Blanket | ☑ Safety Mattress | ☐ T-Shirt | ☑ Safety Smock |
| ☐ Sheet | ☐ Pillowcase | ☐ Socks | ☐ Other |
| ☐ Pillow | ☐ Other | ☐ Shoes | |

| C. Toiletries | | D. Other | | |
|---|---|---|---|---|
| ☐ Toothpaste | ☐ Toilet Paper | ☐ Writing Paper | ☐ Shower | ☐ Observed |
| ☐ Toothbrush | ☐ Towel | ☐ Reading Material | ☐ Other | |
| ☐ Deodorant | ☐ ALL | ☐ Safety Pen | | |
| ☐ Wash Cloth | ☐ Other | | | |

#### IV. OTHER SPECIAL MANAGEMENT INSTRUCTIONS:

…mate Whitford's SMP is being restarted.  At 8:30am, it was found that he had destroyed his safety mattress as well as …ked the cameras, hindering staff's ability to safely monitor him.  Whitford continues to plug the plumbing and has also …n in SMC1. Whitford must surrender styrofoam tray and cup after each use.

| UM Jovanovich | 10/21/2020 | | LT Postma | 10/21/20 |
|---|---|---|---|---|
| RGEANT/UNIT MANAGER | | DATE | Authorized By: | DATE |
| | | | AW Security, Shift Commander or Command Post must sign. | |

| H PROFESSIONAL (QMHP) | | DATE |
|---|---|---|

| Command Post | AW Security | Chief of Security | Chief of Housing |
|---|---|---|---|

**EXHIBIT D**
**EXHIBIT D**



File Name:               COR MSP Video 3
Camera Name:             MSP LHU-1 Solitary Cell 1 Cam 2
Date/Time of Capture:    10/21/2020 2:56:08 AM
Date/Time of Print:      10/21/2020 8:19:59 AM

Network Video Recorder



EXHIBIT D
EXHIBIT D



File Name:                  COR MSP Video 3
Camera Name:                MSP LHU-1 Solitary Cell 1 Cam 2
Date/Time of Capture:       10/21/2020 3:26:25 AM
Date/Time of Print:         10/21/2020 8:23:02 AM

Network Video Recorder



EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐  CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

RECEIVED BY E
OCT 22 2020
DISCIPLINARY

Inmate Name: _Whitford_____, _M_____   ID # _3015941_

Last name                          First Name

Date: _10-21-2020_  Time: _0815_  Place of Incident: _RHU SMCI_

Room/Cell: _SMCI_  Housing Unit: _RHU_  Job Assignment: _UNASSIGNED  99999_

Infraction Number(s) & Name(s) _4210 - Destruction of State Property_
_4212 - Tampering with a Security Device_

Staff Witness: 1. _____        Other Inmates involved 1. _____
2. _____                                2. _____

Description of Violation: (who, what, why, where, when and how): _ON the above date and_
_time after video review, found that at 0256 INMATE whitford_
_had completely destroyed the safety mattress IN SMCI._

_IN ADDITION to the destruction of State property whitford also_
_Blocked the camera view at 0256 hindering Staffs ability to_
_Safely monitor him. The cameras are still blocked as of 0815 hrs._

REPORTING STAFF MEMBER: _Sam Jovanovar_ (Print Name)     _____ (Sign Name)

Supervisor Review: _____ (Print Name)     _____ (Sign Name)

Inmate Status:  ☐ Pre-Hearing Confinement  ☒ Release to Previous Status  ☐ Other

Approval for placement in PHC :  ☐Medical: _____  ☐ Mental Health: _____

Reason: _already    OP_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____ (Shift Supervisor's Signature)   _10 21 20_ (Date)   _____ (Warden or Designee Signature)   _/  /_ (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _10 23 20_  Time: _0800_ hrs.  Place: _RHU_
2. I understand the charge(s)?  ☒Yes  ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☐Yes  ☒No (if yes, inmate must sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf?  ☐Yes  ☒No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_Crawley_ (Staff Signature)   _10/21/20_ (Date & Time)   _unable to sign  Crawley_ (Inmate's Signature / ID#)

Attachment B                    MSP 3.4.1, Institutional Discipline                    Effective January 1, 2020

EXHIBIT D
EXHIBIT D



STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐  CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒     MINOR ☐

Inmate Name: _Whitford_  _M_  ID # _3015941_
          Last name                      First Name

Date: _10/30/20_  Time: _1900_  Place of Incident: _RHU_
Room/Cell: _VA8_  Housing Unit: _RHU_  Job Assignment: _801 LP_
Infraction Number(s) & Name(s) _4111 - Assaulting Staff_
                                  _4108 - Conspiring to commit any criminal acts_

Staff Witness: 1. _U/M Sam Jovanovich_  Other Inmates involved 1. _____
           2. _____                            2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date and time, I C/O Goody along with U/M Jovanovich and 2 other staff were attempting to assist I/M Whitford AO# 3015941 with flushing his toilet as he is on a water restriction. We grabbed the shield and a shower curtain to protect from any water being splashed on us. One of the staff held the shower curtain up to the right-side edge of his door to stop any fluid from coming out the crack in his door. U/M Jovanovich held the shield up to the front of his door to watch his actions and give him instructions. After they secured the door, I opened the plumbing chase to turn on the water to his toilet to allow him to flush. Whitford had pre plugged his toilet so that it would overflow when he flushed. I turned off his water and as I did U/M Jovanovich told us to back away as he was grabbing a cup from behind his desk to scoop feces water out of his toilet to throw it on us. As we backed away, he relayed "fuck you punks you wanna fucking play?" U/M Jovanovich stated it appeared to be a bag of feces._

~~FOR~~

REPORTING STAFF MEMBER: _George Goody_  _Geo Goody_
                               (Print Name)                     (Sign Name)
Supervisor Review: _Brian Buckler_  _B. Be..._
                          (Print Name)                     (Sign Name)

Inmate Status:  ☒ Pre-Hearing Confinement  ☐ Release to Previous Status  ☐ Other

Approval for placement in PHC :  ☐ Medical:_____  ☐ Mental Health:_____

    Reason:

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____  _10 30 2020_  _____
(Shift Supervisor's Signature)       (Date)            (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date:___/___/___  Time:_____hrs.  Place:_____
2. I understand the charge(s)?  ☒ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☐ Yes  ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf?  ☐ Yes  ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_As Bu... _____  _____  _SMC 1_
(Staff Signature)                   (Date & Time)           (Inmate's Signature / ID#)

Attachment B             MSP 3.4.1, Institutional Discipline             Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒        MINOR ☐

Inmate's Name: **Whitford, Makueeyapee**  ID # **3015941**  Date: **10·22·2020**

Infraction Number(s) & Name(s)  **4111 - Assault ; 4108 - Conspiring**

☒ I DO UNDERSTAND THE VIOLATION      ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty      ☐ Not Guilty      ☒ Other: **I haven't had a chance**
Inmate's Statement: **to prepare a defense**

Evidence Provided: **infraction report, incident report, SMP**

Findings:   ☒ Guilty of # **4111**         ☒ Not Guilty of # **4108**
Evidence Relied On: **infraction report, incident report, SMP**

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤+   Grid Level to Use: **3**
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): **$50.00 fine**

**Refer to Interstate Compact Coordinator.**

Reason(s) for findings: **Request for continuation denied. Offender threw an unknown liquid on a staff member.**

ADMINISTRATIVE REVIEW / DATE  **10/23/2020**         DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM  **C. Klanecke 10·22·2020**

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: **Unable to Sign**

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)

Attachment C               MSP 3.4.1, Institutional Discipline               Effective January 1, 2020

EXHIBIT D
EXHIBIT D

| Security Management Plan (SMP) | | | |
|---|---|---|---|

| **Inmate Name:** | | AO# | DATE | TIME |
|---|---|---|---|---|
| Whitford, M | | 3015941 | 10/20/2020 | 1915hrs |

| ☑ Security Initiated | ☐ Mental Health Initiated | **Plans extended past 72 hours must be reviewed by Multi-Disciplinary Team (MDT)** |
|---|---|---|

| (All SMP's must be authorized by Command Post, Shift Commander, or AW of Security prior to implementation) | | |
|---|---|---|

| **Authorized By: (a name must be entered)** | LT. Franks | **Time** | 1930hrs |
|---|---|---|---|

### Part 1

☐ The following inmate/inmate record has been screened by Mental Heatlh Professional for Restricitve Housing Unit assignment and currently meets the criteria for being "at-risk" for deterioration, self-harm, and/or danger to others.

**Complete Part 2 & 3**

☑ The following inmate has been assessed due to being placed in a Safe Cell

**Complete Part 3**

### Part 2

☑ This inmate MAY be placed or REMAIN in the Restrictive Housing Unit (See PART 3 Special Management)

☐ It is recommended that this inmate SHOULD NOT be placed in Restrictive Housing, as it may be detrimental to the inmate's mental and/or physical health.

### Part 3 - SPECIAL MANAGEMENT

**I. PURPOSE**          ☐ Continued/Changed Precautions/Interventions

| ☐ Mental Health Observation | ☑ 24 HOUR |
|---|---|
| ☑ New Precautions/Interventions | ☐ 48 HOUR |
| ☐ Release from Precautions / Interventions | ☐ 72 HOUR |

**II. PRECAUTIONS / INTERVENTIONS** (Check all that apply)

| **A. Precautions** | **B. Interventions** | |
|---|---|---|
| ☐ Not Applicable | ☐ Not Applicable | ☐ Recreation Restriction |
| ☐ 15-Minute Watch | ☐ Cell with Restrictiions | ☐ Other |
| ☐ Constant Watch (1:1)  Safe Cell Placement   ☑ Electronic Monitoring | ☐ Hard Cell     Styrofoam tray ½ paper spoon | |
| ☑ Other: | ☑ Safety Diet: | |

**III. Items/Privileges to Remain (check all that apply)**

☐ All current items and privileges without limitations      ☐ Only these items and privileges as checked below

| **A. Bedding** | | **B. Clothing** | |
|---|---|---|---|
| ☐ Mattress | ☑ Safety Blanket | ☐ Boxers/Underwear | ☐ Scrubs |
| ☐ Blanket | ☑ Safety Mattress | ☐ T-Shirt | ☑ Safety Smock |
| ☐ Sheet | ☐ Pillowcase | ☐ Socks | ☐ Other |
| ☐ Pillow | ☐ Other | ☐ Shoes | |

| **C. Toiletries** | | **D. Other** | | |
|---|---|---|---|---|
| ☐ Toothpaste | ☐ Toilet Paper | ☐ Writing Paper | ☐ Shower | ☐ Observed |
| ☐ Toothbrush | ☐ Towel | ☐ Reading Material | ☐ Other | |
| ☐ Deodorant | ☐ ALL | ☐ Safety Pen | | |
| ☐ Wash Cloth | ☐ Other | | | |

**IV. OTHER SPECIAL MANAGEMENT INSTRUCTIONS:**

Whitford is being placed in SMC1 due to continued threats and attempts to assault staff with bodily fluids.

| UM Jovanovich | 10/20/2020 | | LT. Franks | 10/20/2020 |
|---|---|---|---|---|
| SERGEANT/UNIT MANAGER | | DATE | Authorized By: | DATE |
| | | | AW Security, Shift Commander or Command Post must sign. | |

| MENTAL HEALTH PROFESSIONAL (QMHP) | | DATE |
|---|---|---|

| CC: Unit Manager | Command Post | AW Security | Chief of Security | Chief of Housing |
|---|---|---|---|---|

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Whitford Continued Assaultive Behavior        **Statement #:**   49071

**Incident Date:** 10/20/2020    **Incident Time:**   07:00 PM       **Statement Date:** 10/20/2020

**Jurisdiction:** Montana State Prison          **Submission Category:** Draft

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/MSP, RHU, UA8

## Summary of Incident

Over the past 4 days, Whitford has assaulted staff with fluids and attempted to do so on two other occasions, and flooded A-Block twice. Since the assault on staff on 10/17/2020, Whitford has continually threatened to "shitbomb" any staff member he could. An enhanced liquid barrier was put in place to hinder his attacks toward staff.

Whitford, being on a water restriction is offered water to drink each hour in addion to allowing him to flush his toilet. At 1815hrs, I offered Whitford water, which he was compliant and was given water. I asked Whitford if he wanted to flush his toilet as I observed feces in the toilet. Whitford said "fuck you". I attempted to get him to flush the toilet but he refused at this time. He then became aggressive toward me and started helling "Fuck you, you fucking punk!" "You want to play games?!" I then exited the area and warned staff that Whitford was escalating once again.

At 1900hrs, Sgt. Buckler stated Whitord was adamant about flushing his toilet. Sgt. Buckler, Officers Goody and Anderson and I planned on allowing Whitford the oppertunity to flush the toilet and offer water. In doing so, I had Sgt. Buckler get the camera, I used the shild, and Anderson held a large shower curtain over the side of the cell, while Officer Goody attempted to turn on his water. I could see that Whitford had put paper and other items in the toilet that were not previously in the toilet when I offered him the ability to flush.

As Goody flushed the toilet, Whiford feverishly hit the flush button in hopes of getting the toilet to flood. The toilet imeediatly plugged and Goody shut off the water. Whitford then looked at me through the window and ran to the back of the cell to retrive somthing from behind the desk that was dark in color, which I believed to be a spork packet with feces in it. He then rushed toward the door. I gave all staff the direction to quickly move away from his cell before he could assault us with it, which we were able to do. Whitford then began to splash liquid under the bottom of his door.

We backed away from his cell and he began to call all staff "Fucking punks" and stated "You wanna fucking play?!" We then warned the Officer who was on the block along with the bio swampers to stay away from UA8, where he was housed due to his assaultive behavior.
I then contacted LT Franks and indicated that Whitford will assault staff if he is not removed and placed in SMC2. LT Franks stated he would get a team together to extract Whitford to be placed in SMC2. I then drafted the SMP and sent it to LT Franks for approval, which was granted. See SMP for details. This incident was recorded due to his extremely assaultive behavior toward staff.

## Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | Assaultive Inmate |
| Staff | Buckler, Brian | recorded incident |
| Staff | Goody, George | turned on/off water |
| Staff | Jovanovich, Sam | Writer of report, also held shield and observed Whitford |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** Whitford Continued Assaultive Behavior | **Statement #:** 49071 |
| **Incident Date:** 10/20/2020   **Incident Time:** 07:00 PM | **Statement Date:** 10/20/2020 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Draft |

| Category | Person | Narrative |
|---|---|---|
| | | though cell door. |

## Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff

**Reporting Staff:** Jovanovich, Sam          **Title:** Correctional Officer SupMgr

**Signature:** _____          **Date:** 10-20-2020

## Notes

No Notes are associated with this Incident Statement

## NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____          **Title:** _____

**Signature:** _____          **Date:** _____

## Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

---

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR** ☒        **MINOR** ☐

Inmate Name: Whitford, Makueeyapee          ID # 301594 1

Last name                        First Name

Date: 10-17-20   Time: 1800   Place of Incident: RHU A-Block

Room/Cell: LA-1   Housing Unit: RHU   Job Assignment: 9999- Unassigned

Infraction Number(s) & Name(s) 411- Assaulting staff to include causing body fluids to come in contact with another 4210- Flooding

Staff Witness: 1. ___N/A___   Other Inmates involved 1. ___N/A___
2. ___N/A___                              2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and approx. time I, Sgt. McKinnon, was about to enter A-Block for count, when I notticed LA-1 (I/m Whitford, Makueeyapee #301594 1) was flooding. I immediately told my 2 floor officers to go get the Unit Manager and Case manager while my officers were doing that I grabbed the water key and went on A-Block to the plumbing chase for LA-1. When I got to the plumbing chase I opened the door and began to shut the water off to LA-1, I/m Whitford at this point began to throw liquid out of the top of his door onto me. I got liquid on the top of my head and down the right side of my body. When I released realized what I/m Whitford was doing I moved to a safe distance but he already hit me with the liquid several times. At this point I left the block. EOR

REPORTING STAFF MEMBER: Bryeson McKinnon            Bryeson McKinnon
(Print Name)                                  (Sign Name)

Supervisor Review: Sam Jovanovich
(Print Name)                                  (Sign Name)

Inmate Status:          ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical:_____   ☐ Mental Health:_____

Reason: Safety / Security

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing; and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

CAPTAIN
ZUBER OCT 17 2020

(Shift Supervisor's Signature)        (Date)        (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing. RHU

1. Hearing Date: 10/20/20   Time: ANY hrs.   Place: _____
2. I understand the charge(s)?   ☒ Yes   ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes   ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐ Yes   ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

(Staff Signature)        10-16-2020   Refused   (Inmate's Signature / ID#)
(Date & Time)

C/o Crowley

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒ MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY

OCT 27 2020

DISCIPLINARY

### Disciplinary Appeal
(major infractions only)

Inmate's Name: **Whitford, Makueeyapee**   **3015941**

Date: **10 22 20**  Infraction(s): **4111-Assault**

Disciplinary Hearing Decision: **$50.00 fine; Refer to Interstate**

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.

_____

_____

2. Required disciplinary procedures were not followed. **I was blatantly denied an opportunity to prepare a defense. Just got off of ISO and restrictions. Strip cell**

3. The sanction(s) is excessive.

_____

_____

_____

_____   10/22/2020
Inmate Signature                         Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒ | NO ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

   ☐ reduced sanction or level to:

   ☐ suspended sanction(s) for:

**Written justification for the action taken above:** **Evidence supports the DHO's decision**

_____   11/4/2020
Warden or Designee Signature           Date

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY  HEARING  DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: Whitford, Makueeyapee  ID # 3015941  Date: 10·22·2020

Infraction Number(s) & Name(s)  4111·Assault ; 4210-Flooding

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____  By: _____

Reason: _____

Plea: ☐ Guilty    ☐ Not Guilty    ☒ Other: I haven't had a chance
Inmate's Statement:       to prepare a defense

Evidence Provided: infraction report

Findings:   ☒ Guilty of # 4111 / 4210   ☐ Not Guilty of # _____
Evidence Relied On: infraction report

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ Grid Level to Use: 3
(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).
Sanction(s): $20.00 fine

Reason(s) for findings: Request for continuation
denied. Offender threw an unknown Liquid on
Staff and flooded.

_____  10/22/2020        C. Klanecky  10·22·2020
ADMINISTRATIVE REVIEW / DATE        DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file
an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to
support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are
not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: X unable to sign

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒ MWP ☐   CONTRACT FACILITY:_____

RECEIVED BY

OCT 27 2020

DISCIPLINARY

### Disciplinary Appeal
(major infractions only)

Inmate's Name: Whitford, Makueeyape ☐ # 3015941

Date: 10/22/2020 Infraction(s): 4111- Assault ; 4210- Flooding

Disciplinary Hearing Decision: $50.00 fine

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.

_____

_____

2. Required disciplinary procedures were not followed.   I was blantantly denied
an opprotunity to prepare a defense- Just got off
of- ISO and restrictions.

_____

3. The sanction(s) is excessive.

_____

_____

_____

Inmate Signature _____   10/22 2020
                                      Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☒ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☒ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☒ | ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

  ☐ reduced sanction or level to:

  ☐ suspended sanction(s) for:

**Written justification for the action taken above:** Evidence supports the DHO's decision

_____   11/14/2020
Warden or Designee Signature          Date

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)

omis

Attachment H          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

INMATE: _Whitford,_ AO#: _3015941_ LOCATION: _RHU_
_Makueeyapee_

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _10·20·20_ IS/ARE BEING CONTINUED UNTIL _10·22·2020_

FOR THE FOLLOWING REASONS: _safety & security_

_____

Inmate Signature _Verbally Advised_ DATED _10·20·20_
_by Sgt. Sharkey_

Disciplinary _D. Klanecky_ DATED _10·20·20_

***********************************

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____ IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS: _____

_____

Inmate Signature _____ DATED _____

Disciplinary _____ DATED _____

Revised: Oct 2012          Records (White)          Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR ☒          MINOR ☐**

Inmate Name: __WHITFORD,_____ __MAKUEEYAPEE_____ ID # 3015941

Last name                                        First Name

Date: 10/16/2020   Time: 1530   Place of Incident: RHU A-BLOCK

Room/Cell: LA-1   Housing Unit: RHU   Job Assignment: 99999 - UNASSIGNED

Infraction Number(s) & Name(s) 4210 - DESTROYING FACILITY PROPERTY.

Staff Witness: 1. _____   Other Inmates involved 1. _____
2. _____                                   2. _____

Description of Violation: (who, what, why, where, when and how): ON 10/16/2020 AT 1530 I, SERGEANT ROBERT BRIGGS, WAS ON A-BLOCK IN RHU CONDUCTING SHOWERS. AT THIS TIME I OBSERVED INMATE WHITFORD, MAKUEEYAPEE AO# 3015941 APPEAR TO EXPRESS SINCERE DISDAIN FOR CASE MANAGER JOEL SCHEETT. I APPROACHED WHITFORD IN THE SHOWER AREA TO ASK HIM WHAT HIS PROBLEM WITH CM SCHEETT WAS. WHITFORD STATED HE WOULDN'T LEAVE THE SHOWER UNTIL CM SCHEETT LEFT THE BLOCK. I SPOKE TO WHITFORD FOR ABOUT A MINUTE AND THEN WALKED AWAY. AS I BELIEVED THERE WOULDN'T BE ANY MORE PROBLEMS. WHITFORD THEN RIPPED DOWN THE SHOWER CURTAIN, RIPPED IT UP, AND SAID HE WAS SERIOUS ABOUT NOT LEAVING THE SHOWER UNTIL CM SCHEETT LEFT THE BLOCK. I THEN BRIEFLY EXPLAINED TO CM SCHEETT WHAT WHITFORD HAD SAID AND CM SCHEETT LEFT THE BLOCK. WE THEN ESCORTED WHITFORD TO HIS ASSIGNED CELL WITHOUT FURTHER INCIDENT. EOR

REPORTING STAFF MEMBER: SGT. ROBERT BRIGGS _____

(Print Name)                                        (Sign Name)

Supervisor Review: _____   _____

(Print Name)                                        (Sign Name)

Inmate Status:       ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical: _____   ☐ Mental Health: _____

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____ CAPT _____   __ / __

(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this report and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: ____   Time: ____   Place: ____
2. I understand the charge(s)?   ☒ Yes   ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?   ☐ Yes   ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf?   ☐ Yes   ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

Sgt J. Sharkey _____   10-20-20 10:30AM   Unable to sign for safety

(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)   and security Sgt J. Sharkey

Attachment B               MSP 3.4.1, Institutional Discipline         Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒ MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒                MINOR ☐

Inmate's Name: Whitford, Makueeyapee ID # 3015941 Date: 10·22·2020

Infraction Number(s) & Name(s)   4210 - Dest. of Property

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION  ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___ By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other:  I haven't had an
Inmate's Statement:                        opportunity to prepare a
defense + a different
hearing officer.

Evidence Provided:  infraction report

Findings: ☒ Guilty of # 4810   ☐ Not Guilty of # _____
Evidence Relied On: infraction report

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4  ⑤ Grid Level to Use: 53
(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s):  Restitution for curtain : TBD

Reason(s) for findings: Request for continuation
denied. Offender destroyed a shower curtain.

_____ 10/23/2020          C. Klanecky 10·22·2020
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER/ UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: unable to sign

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

### Disciplinary Appeal
(major infractions only)

RECEIVED BY

OCT 27 2020

DISCIPLINARY

Inmate's Name: __Whitford, Makueeyapee__   __3015941__
Date: __10 22 20 20__ Infraction(s): __4210 - Dest. Of Property__
Disciplinary Hearing Decision: __Restitution for curtain : TBD__

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.
_____
_____

2. Required disciplinary procedures were not followed. __I was blantantly denied__
__an opprotunity to prepare a defense. I was__
__on LSD, on strip cell, with restrictions__

3. The sanction(s) is excessive.
_____
_____

_____   __10/22/2020__
Inmate Signature                          Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☒ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☒ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☒ | ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:
   ☐ reduced sanction or level to: _____
   ☐ suspended sanction(s) for: _____

**Written justification for the action taken above:** __Evidence supports the DHO's decisn.__
_____
_____

_____   __11/4/2020__
Warden or Designee Signature              Date

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)

OMS

Attachment H          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D



STATE \ MONTANA DEPARTMENT OF CO ____CTIONS

MSP ☐   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☐        MINOR ☐

Inmate Name: _Whitford_____ _Makueeyapee_____ ID # _3015941_
    Last name                         First name

Date: _10/9/2020_  Time: _1155_  Place of Incident: _RHU A-block day room_

Room/Cell: _L4-2_  Housing Unit: _RHU_  Job Assignment:_____

Infraction Number(s) & Name(s) _4108: Planning, attempting, encouraging, facilitating, or_
_conspiring with others to commit any criminal act._
_(411): Attempting to spit at an officer._
_4210: Flooding_

Staff Witness: 1._____    Other Inmates involved 1._____
      2._____             2._____

Description of Violation: (who, what, why, where, when and how): _On the above date and approximate_
_time, I C/O Forrest was helping push water on A-block da to inmate Whitford flooding_
_the block with water from the shower. I was pushing water when inmate Whitford tried_
_throwing water at us. He was then asked by SGT Sharkey to uncuff up multiple_
_times and he refused. We went back to pushing water when inmate Whitford_
_attempted to spit on me. At that point we backed away and gave him more space._
_SGT Sharkey then had me leave the block. EOR_

REPORTING STAFF MEMBER: _Forrest_____     _Forrest_____
                    (Print Name)              (Sign Name)

Supervisor Review: _____     _____
                 (Print Name)              (Sign Name)

Inmate Status:  ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☑ Other

Reason: _Currently on SNP status._

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   _10/9/2020_   _____   _/ /_
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _10/-13/2020_  Time:_____ hrs.  Place:_____
2. I understand the charge(s)? ☐Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐Yes ☐No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal. _10.9.20_

_T. May_____   _Oct 18/9_   _Refusal S. Harlan_
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

| | **Security Management Plan (SMP)** | | | |
|---|---|---|---|---|
| **Inmate Name:** | | **AO#** | **DATE** | **TIME** |
| Whitford, Makueeyapee | | 3015941 | 10/9/2020 | 12:00 P.M. |

| ✓ Security Initiated | ☐ Mental Health Initiated | Plans extended past 72 hours must be reviewed by Multi-Disciplinary Team (MDT) |
|---|---|---|

**(All SMP's must be authorized by  Command Post, Shift Commander, or AW of Security prior to implementation)**

| **Authorized By: (a name must be entered)** | LT Mcnabb | **Time** | 12:00 P.M. |
|---|---|---|---|

**Part 1**

☑ The following inmate/inmate record has been screened by Mental Heatlh Professional for Restricitve Housing Unit assignment and currently meets the criteria for being "at-risk" for deterioration, self-harm, and/or danger to others.

Complete Part 2 & 3

☑ The following inmate has been assessed due to being placed in a Safe Cell

Complete Part 3

**Part 2**

☑ This inmate MAY be placed or REMAIN in the Restrictive Housing Unit (See PART 3 Special Management)

☐ It is recommended that this inmate SHOULD NOT be placed in Restrictive Housing, as it may be detrimental to the inmate's mental and/or physical health.

**Part 3 - SPECIAL MANAGEMENT**

**I. PURPOSE**                           ☑ Continued/Changed Precautions/Interventions

☐ Mental Health Observation              ☑ 24 HOUR
☐ New Precautions/Interventions          ☐ 48 HOUR
☐ Release from Precautions / Interventions    ☐ 72 HOUR

**II. PRECAUTIONS / INTERVENTIONS** *(Check all that apply)*

| **A. Precautions** | **B. Interventions** |
|---|---|
| ☐ Not Applicable | ☐ Not Applicable      ☑ Recreation Restriction |
| ☐ 15-Minute Watch | ☐ Cell with Restrictiions    ☐ Other |
| ☐ Constant Watch (1:1)  ☐ Safe Cell Placement  ☐ Electronic Monitoring | ☑ Hard Cell |
| ☐ Other:  Spit hood required. | ☐ Safety Diet: |

**III. Items/Privileges to Remain (check all that apply)**

☐ All current items and privileges without limitations    ☑ Only these items and privileges as checked below

| **A. Bedding** | **B. Clothing** |
|---|---|
| ☐ Mattress      ☑ Safety Blanket | ☐ Boxers/Underwear    ☐ Scrubs |
| ☐ Blanket       ☑ Safety Mattress | ☐ T-Shirt             ☑ Safety Smock |
| ☐ Sheet         ☐ Pillowcase | ☐ Socks               ☐ Other |
| ☐ Pillow        ☐ Other | ☐ Shoes |

| **C. Toiletries** | **D. Other** |
|---|---|
| ☐ Toothpaste    ☐ Toilet Paper | ☐ Writing Paper     ☐ Shower    ☐ Observed |
| ☐ Toothbrush    ☐ Towel | ☐ Reading Material  ☐ Other |
| ☐ Deodorant     ☐ ALL | ☐ Safety Pen |
| ☐ Wash Cloth    ☐ Other | |

**IV. OTHER SPECIAL MANAGEMENT INSTRUCTIONS:**

Inmate Whitford flooded the shower on A-Block. During this he threw water and spit at staff. Per LT Mcnabb Inmate Whitford will be restarted on his SMP for another 24HRS ending at 10/10/20 12:00 P.M. Inmate Whitford will keep all the same precautions and interventions.

| SGT J.Sharkey | 10/9/20 | | LT Mcnabb | 10/9/20 |
|---|---|---|---|---|
| SERGEANT/UNIT MANAGER | DATE | | Authorized By: | DATE |
| | | | AW Security, Shift Commander or Command Post must sign. | |

MH Steyh     16-9-2020
MENTAL HEALTH PROFESSIONAL (QMHP)     DATE

| CC: Unit Manager | Command Post | AW Security | Chief of Security | Chief of Housing |
|---|---|---|---|---|

EXHIBIT D
EXHIBIT D

**WITHHOLDING REPORT**
**MONTANA STATE PRISON**

| | | |
|---|---|---|
| Whenever an inmate in Administrative Segregation and/or Detention is deprived of any usually authorized item or activity, this report must be filled out. No item or activity should be withheld longer than is necessary to ensure the inmate's safety and the well-being of the staff and other inmates. | | |
| Inmates Name: Whitford, Makueeyapee | AO #3015941 | Date:10/9/20 |

Item or Activity Withheld: Inmate Whitford will be restricted to his cell for a 24-hour period with only a safety gown, safety blanket and safety mattress. Inmate Whitford will also only receive clam shells at mealtimes.

Reason for Action: Inmate Whitford flooded the shower on A-Block. During this he threw water and spit at staff. Per LT Mcnabb Inmate Whitford will be restarted on his SMP for another 24HRS ending at 10/10/20 12:00 P.M. Inmate Whitford will keep all the same precautions and interventions.

Date/Time to Begin: 10/9/20 12:00 P.M.

Date/Time Ended: 10/10/20 12:00 P.M.

Unit Manager/Sgt. Signature: Sgt J.Sharkey

AW – Security

NOTE: IF THERE IS A RESTRICTION OF FOOD SERVICES (ie: Food Loaf substitute), the following signature are required

| Warden's Signature | Date: |
|---|---|

EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**

**Statement of Incident**

| | |
|---|---|
| **Title:** Inmate Whitford | **Statement #:** 48669 |
| **Incident Date:** 10/09/2020    **Incident Time:** 12:00 PM | **Statement Date:** 10/09/2020 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Submitted |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/A/LOWER/2/A Block Shower

### Summary of Incident

On the above date and approximate time Inmate Whitford 3015941 was pulled out of his cell so his toilet could be fixed and he could shower. Once in the shower Inmate Whitford flooded the shower. Inmate Whitford then ripped down the shower curtain and started ripping it apart. As C/O Forest, C/O Paul, and myself (SGT J.Sharkey) were pushing water into the drain when Inmate Whitford began throwing water at us. Once that did not work Inmate Whitford resorted to spitting at C/O Forest. The water was turned off from the basement. At that point Inmate Whitford cuffed up and was placed in cell LA5 without further incident.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Paull, David | Officer involved |
| Staff | Forrest, William | Officer involved |
| Staff | Sharkey, John | Supervisor involved |
| Offender | Whitford, Makueeyapee - 3015941 | Inmate Involved |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Sharkey, John

**Reporting Staff:** Sharkey, John          **Title:** Correctional Officer

**Signature:** _[signature]_          **Date:** 10-9-20

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** Reviewed and distributed, mental health notified

**Supervisor Name:** LT McNabb          **Title:** Lieutenant

**Signature:** _[signature]_          **Date:** 10·9·2020

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**

## Statement of Incident

| | | | | |
|---|---|---|---|---|
| **Title:** Inmate Whitford | | | **Statement #:** | 48669 |

**Incident Date:** 10/09/2020     **Incident Time:** 12:00 PM     **Statement Date:** 10/09/2020

**Jurisdiction:** Montana State Prison     **Submission Category:** Submitted

_____ Deputy Warden     _____ Inmate Records File     _____ MCE

_____ Associate Warden     _____ Inmate Unit File     _____ Safety Committee

_____ Other

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**

**Statement of Incident**

| | | | |
|---|---|---|---|
| **Title:** Inmate Whitford | | **Statement #:** | 48671 |
| **Incident Date:** 10/09/2020 | **Incident Time:** 12:00 PM | **Statement Date:** | 10/09/2020 |
| **Jurisdiction:** Montana State Prison | | **Submission Category:** Submitted | |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/A/LOWER/2/A-Block Showers

### Summary of Incident

On the above date and approximate time SGT Sharkey, C/O Forest and myself (C/O Paull) escorted Inmate Whitford to the shower. Once Inmate Whitford was in the shower he began flood the shower. Inmate Whitford then ripped off the shower curtain and started ripping it apart. At this point we began cleaning up the water. SGT sharkey asked Inmate Whitford to cuff up multiple times and Inmate Whitford refused. Inmate Whitford began to throw water at us. Once that didn't work. Inmate Whitford then began spitting towards C/O Forest. Once the water was turned off. Inmate Whitford cuffed up and went to cell LA5. EOR.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Paull, David | Officer involved |
| Staff | Forrest, William | Officer involved |
| Staff | Sharkey, John | Sergeant involved |
| Offender | Whitford, Makueeyapee - 3015941 | Inmate Involved |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Paull, David

**Reporting Staff:** Paull, David     **Title:** Correctional Officer 1

**Signature:** *[signature]*     **Date:** 10-09-2020

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** *Reviewed and distributed*

**Supervisor Name:** LT McNabb     **Title:** Lieutenant

**Signature:** *[signature]*     **Date:** 10-9-2020

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

STA̶̶ OF MONTANA DEPARTMENT OF CORR̶̶ ONS

MSP ☑ MWP ☐ CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☑          MINOR ☐

Inmate's Name: Whitford, Makueeyapee          ID # 3015941   Date: 10/15/2020

Infraction Number(s) & Name(s)   4108 Attempting to commit a criminal act; 4111 Attempting to

☐ I DO UNDERSTAND THE VIOLATION          ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___   By: spit on staff; 4210 Flooding

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☐ Other: _____

Inmate's Statement: I DID NOT get a copy of this. I cannot prepare

A Defense.

_____

- Infraction was read to Whitford.

_____

Evidence Provided: Infraction Report

                        Attempting

                        Conspiracy to commit assault (411)

Findings: ☑ Guilty of # 4108  4210          ☐ Not Guilty of # _____

Evidence Relied On: Infraction Report

_____

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1    2    3    4    5 ] Grid Level to Use: ___

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): $20 fine   4108  4210 (Aggravated)

30 days DET ss for 90 days

_____

Reason(s) for findings:          Attempted to spit on staff & flooding

_____

_____ 10/15/2020          _____
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today. ☑ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _unable to sign due to cuffs_ BRC

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

RECEIVED BY
OCT 21 2020
DISCIPLINARY

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

## Disciplinary Appeal
(major infractions only)

Inmate's Name: Whitford Maraceapee   ID # 3015941
Date: 10/15/2020  Infraction(s): 4108 (411?) Attempting to Assault
Disciplinary Hearing Decision: Guilty $20 fine 20 days loss for 90 days

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.
_____
_____

2. Required disciplinary procedures were not followed. The opprotunity to prepare
a defense was blantantly denied.
_____

3. The sanction(s) is excessive.
_____
_____
_____

_____                    10/16/2020
Inmate Signature                                 Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☐ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☐ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☐ | ☐ |

**Decision:**

☑ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:
☐ reduced sanction or level to:_____
☐ suspended sanction(s) for:_____

**Written justification for the action taken above:** The DHO's decision is correct
_____
_____

_____                    10/22/2020
Warden or Designee Signature                     Date

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment H                    MSP 331, Institutional Discipline                    Effective January 1, 2020

EXHIBIT D
EXHIBIT D

10/9/20

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒      MINOR ☐

Inmate Name: __Whitford_____ __Makueeyapee__ ID # __3015941__
             Last name               First Name

Date: __10-8-20__ Time: __12:15__ Place of Incident: __RHU  LA1__
Room/Cell: __LA1__ Housing Unit: __RHU__ Job Assignment: __UN 9999__
Infraction Number(s) & Name(s) __4210: Destroying facility property__

Staff Witness: 1. _____  Other Inmates involved 1. _____
           2. _____                 2. _____

Description of Violation: (**who, what, why, where, when and how**): On the above date and approximate time I (Sgt J. Sharkey) was called to the main cage (officer Huerta). She told me there was loud banging coming from A-Block. When I went onto A-Block and went to Inmate, Whitfords 3015941 cell (Lower-A-1) Inmate Whitford had a motherboard from lunch chow and he was smashing it into pieces off the floor. Inmate Whitford was then placed in mechanical wrist restraints and moved from LA1 to LA2 without further incident. EOR.

REPORTING STAFF MEMBER: __Sgt J. Sharkey__ _____
                           (Print Name)                (Sign Name)

Supervisor Review: _____  _____
                          (Print Name)               (Sign Name)

Inmate Status:        ☐ Pre-Hearing Confinement  ☑ Release to Previous Status  ☐ Other

Approval for placement in PHC :    ☐Medical:_____  ☐ Mental Health:_____

    Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____ __10·8·2020__ _____ __/  /__
(Shift Supervisor's Signature)     (Date)     (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __10__ / __19__ / __2020__ Time: __Any__ hrs.  Place: __RHU__
2. I understand the charge(s)?  ☐ Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐Yes ☐No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____ __10·8·20__ __Refused__ _____
(Staff Signature)         (Date & Time)      (Inmate's Signature / ID#)

Attachment B        MSP 3.4.1, Institutional Discipline        Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☐                    MINOR ☐

Inmate's Name: Whitford, Makueeyapee    ID # 3015941  Date: 10/15/2020

Infraction Number(s) & Name(s)  4210 Destroying Property

☐ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___  By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☐ Other: Refused to plea

Inmate's Statement: I cannot Respond to this. You are stepping on my Rights. I have no opportunity to present a defense.

You are stepping out of your qualified Immunity.

Evidence Provided: Infraction Report

Findings: ☑ Guilty of # 4210              ☐ Not Guilty of # _____

Evidence Relied On: Infraction Report

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4   5 ] Grid Level to Use: ___

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): $10 fine

Reason(s) for findings:  Jeopardizes safety & security of the facility.

_____  10/15/2020      O. Conell by Billie Reil

ADMINISTRATIVE REVIEW / DATE         DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today. ☑ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: Unable to sign due to cuff Brere

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C             MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

**STATE Of MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☐   MWP ☐   CONTRACT FACILITY:_____

RECEIVED BY
OCT 21 2020
DISCIPLINARY

## Disciplinary Appeal
(major infractions only)

Inmate's Name: Whitford WAKAeeyapee ID# 301594l

Date: 10/5/2020 Infraction(s): A410 Distroying Property

Disciplinary Hearing Decision: guilty fine #100.00

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.
_____
_____

2. Required disciplinary procedures were not followed. The opprotunity to prepare a defense was blantantly denied.
_____

3. The sanction(s) is excessive.
_____
_____

_____   10/16/2020
Inmate Signature              Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☒ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☒ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☒ | ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

☐ reduced sanction or level to:

☐ suspended sanction(s) for:

**Written justification for the action taken above:** Evidence supports the DHO's decison.

_____   10/22/2020
Warden or Designee Signature   Date

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

OMIS

Attachment H          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

(3) 10/8/20
RHU
LA2

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☐   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*

MAJOR ☑   MINOR ☐

Inmate Name: __Whitford__                     __M__         ID # 301594 1
　　　　　　Last name                         First Name

Date: 10|8|20   Time: 1030   Place of Incident: RHU
Room/Cell: LA 8   Housing Unit: RHU   Job Assignment: N/A
Infraction Number(s) & Name(s) 4210: Destroying facility property.

Staff Witness: 1. _____      Other Inmates involved 1. _____
　　　　　　 2. _____                    2. _____

Description of Violation: **(who, what, why, where, when and how):** On the above date and time, I, Officer Jenkins was on A-block when the blisterpack nurse came to give inmate Whitford, M #301594 his blisterpack. Once the nurse gave him the clippoard inmate Whitford took the clippoard and started to break it. Inmate Whitford Then use the metal part off the clippoard and tried to disassemble the Light, the sink and the cell window. Inmate Whitford was ordered to stop but he did not comply. EOR

REPORTING STAFF MEMBER: D. Jenkins _____
　　　　　　　　　　　　　　(Print Name)　　　　　　　　(Sign Name)

Supervisor Review: _____   _____
　　　　　　　　　(Print Name)　　　　　　　　(Sign Name)

Inmate Status: ☑ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical: _____   ☐ Mental Health: _____

　　　Reason: Threat to Security

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

Callahan _____      /   /   _____      /   /
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 10 / 14 / 20   Time: any hrs.   Place: RHU
2. I understand the charge(s)?   ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☒ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary/operational procedure.**
_____      10-8-2020   125HRS   Unable to Sign Sgt J. Shaike
(Staff Signature)      (Date & Time)      (Inmate's Signature / ID#)

Attachment B      MSP 3.4.1, Institutional Discipline      Effective January 1, 2020

EXHIBIT D
EXHIBIT D

ST_ OF MONTANA DEPARTMENT OF CORR_ IONS

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

# DISCIPLINARY HEARING DECISION

MAJOR ☑                    MINOR ☐

Inmate's Name: _Whatford, Makueeyapee_   ID # _3015941_   Date: _10/14/2020_

Infraction Number(s) & Name(s) _4210 Destroying Facility Property_

☐ **I DO UNDERSTAND THE VIOLATION**     ☐ **I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN**

Continuance granted to Date: ___/___/___   By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☑ Other: _Refused to Attend_

Inmate's Statement: _N/A_

_____

Evidence Provided: _Infraction Report_

_____

Findings: ☑ Guilty of # _4210_          ☐ Not Guilty of # ____

Evidence Relied On: _Infraction Report_

_____

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4   5 ] Grid Level to Use: __

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _$40⁰⁰ fine ; Refer to UMT_

_____

Reason(s) for findings: _Already serving maximum allowed Det. Breaking/Destruction of property jeopardizes the safety/security of the facility._

_[signature]_   _10/15/2020_          _[signature]_

ADMINISTRATIVE REVIEW / DATE              DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

---

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _Refused to Attend Hearing_

---

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D



STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒ MWP ☐ CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒ MINOR ☐

Inmate Name: __Whitford__ __Matureyapee__ ID # ~~3010491~~ 3015941
             Last name                    First Name

Date: __10-8-20__ Time: __0850__ Place of Incident: __RHU__
Room/Cell: __L46__ Housing Unit: __RHU__ Job Assignment: __UN 99999__
Infraction Number(s) & Name(s) __4210: Destroying facility property__

Staff Witness: 1. _____ Other Inmates involved 1. _____
          2. _____                               2. _____

Description of Violation: (**who, what, why, where, when and how**): On the above date
and approximate time I (Sgt J. Sharkey) asked Inmate
Whitford 3015941 if he wanted to go to his hearing.
Inmate Whitford replied for what. I told him I
did not know. Inmate Whitford then just kept repleing
whats it for. We then walked away and he threw
a tray at the wall. Inmate Whitford then ignored
us and went back to sleep. A little while later
Inmate Whitford was asked if he would cuff
up and he said he would after he used the
restroom. As soon as his water was turned on he began flooding.
Inmate Whitfords water was turned off. Inmate Whitford
was then stripped out placed in mechanical wrist restraints
and moved from L46 to LA8. EOR.

REPORTING STAFF MEMBER: __John Sharkey__ _____
                                    (Print Name)                       (Sign Name)

Supervisor Review: _____ _____
                                   (Print Name)                       (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement ☐ Release to Previous Status ☐ Other

Approval for placement in PHC : ☐ Medical: _____ ☐ Mental Health: _____

      Reason: __Flooding__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

__Callahan__ __10·8·20__ _____  /   /
(Shift Supervisor's Signature)           (Date)                  (Warden or Designee Signature)      (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __10__ / __14__ / __20__ Time: __0700__ Place: __RHU__
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☒ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.
                                                1135HRS
__Chris Sully__ __10-8-2020__ __Unable to sign__ __Sgt J. Sharkey__
(Staff Signature)                  (Date & Time)                         (Inmate's Signature / ID#)

Attachment B            MSP 3.4.1, Institutional Discipline            Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

# DISCIPLINARY HEARING DECISION

MAJOR ☑   /   MINOR ☐

Inmate's Name: __Whatford, Makueeyapee__   ID # __3015941__   Date: __10/14/2020__

Infraction Number(s) & Name(s) __4210 Destroying Property__

☐ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___   By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☑ Other: __Refused to Arrend__

Inmate's Statement: __N/A__

_____

Evidence Provided: __Infraction Report__

Findings: ☑ Guilty of # __4210__      ☐ Not Guilty of # _____

Evidence Relied On: __Infraction Report__

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5] Grid Level to Use: __

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): __30°° fine ; Refer to UM__

Reason(s) for findings: __Already serving maximum allotted__

__DET. Flooding jeopardizes health & safety of staff & inmates__

_____

ADMINISTRATIVE REVIEW / DATE   __10/15/2020__      DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: __Refused to Arrend Hearing__

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C              MSP 3.4.1, Institutional Discipline              Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

*(Information and staff signatures on this form must be legible)*

**MAJOR** ☒          **MINOR** ☐

Inmate Name: _Whitford_ _____ _Makueeyapee_ _____ ID # _3015941_
           Last name                    First Name

Date: _10/8/20_  Time: _0203_  Place of Incident: _RHU UAS_
Room/Cell: _UAS_  Housing Unit: _RHU_  Job Assignment:_____
Infraction Number(s) & Name(s) _4220-obstructing staff_
_4210-destruction of state Property_

Staff Witness: 1. _____   Other Inmates involved 1. _____
          2. _____                      2. _____

Description of Violation: (who, what, why, where, when and how) _On the above date &_
_time I'm whitford, M #3015941 flooded for not_
_getting extra bedding. EOR_

REPORTING STAFF MEMBER: _Bigelow, Tyler_ _____
                          (Print Name)                    (Sign Name)

Supervisor Review: _____   _____
                       (Print Name)               (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement ☐ Release to Previous Status ☐ Other

Approval for placement in PHC : ☒Medical: _RN Virts_  ☒Mental Health: _MH Davis_

Reason: _Flooding_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____ _10/8/2020_  _____ _10/08/20_
(Shift Supervisor's Signature)     (Date)       (Warden or Designee Signature)     (Date)

### NOTICE OF HEARING/PREHEARING ACTION

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _10 14 10020_ hrs.  Time: _AM Y_ hrs.  Place: _RHU_
2. I understand the charge(s)?  ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____ _10-8-2020_  _____
(Staff Signature)     (Date & Time)       (Inmate's Signature / ID#)

Attachment B         MSP 3.4.1, Institutional Discipline         Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STA▢ F MONTANA DEPARTMENT OF CORRE▢ONS
MSP ☑   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☑               MINOR ☐

Inmate's Name: _Whitford Makueeyapee_   ID # _3015941_ Date: _10/14/2020_
Infraction Number(s) & Name(s)   _4220 Obstructing Staff   4210 Destruction of Property_
☐ I DO UNDERSTAND THE VIOLATION      ☐ I DO NOT UNDERSTAND THE VIOLATION -- ADDITIONAL ACTION TAKEN
Continuance granted to Date: ___ / ___ / _____ By:
Reason: _____

Plea: ☐ Guilty    ☐ Not Guilty    ☑ Other: _Refused to Attend_
Inmate's Statement: _____

Evidence Provided: _Infraction Report, Incident Report_

Findings:  ☑ Guilty of # _4220 ; 4210_          ☐ Not Guilty of # _____
Evidence Relied On: _Infraction Report; Incident Report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5] Grid Level to Use: __
  *(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*
Sanction(s): _4220 & 4210 (Aggravated) $20 fine, Refer to UMT_

Reason(s) for findings: _Already serving maximum allotted_
_Det. Flooding jeopardizes health & safety of Staff & Inmates_

_____ _10/15/2020_ _____
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file
an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to
support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are
not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _Refused to Attend Hearing_

Copies to: Records (White)   ▪ Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment C           MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**MONTANA DEPARTMENT OF CORRECTIONS**

| | |
|---|---|
| **Title:** Flood RHU | **Statement #:** 48609 |
| **Incident Date:** 10/08/2020 **Incident Time:** 02:03 AM | **Statement Date:** 10/08/2020 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Draft |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/A/UPPER/5

### Summary of Incident

On the above date and time I, C/O Beasley was relieving the officer out of the RHU Primary cage. C/O Elmose was conducting a walkthrough on A Block. When he noticed I/M Whitford, Makueeyapee #3015941 had flooded his cell UA5. Command Post was notified and when the flood was cleaned up, I/M Whitford was moved to LA6 with out further incident.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Malcomb, Thomas | |
| Staff | Elmose, Thomas | |
| Staff | Bigelow, Tyler | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Beasley, Daniel

| | |
|---|---|
| **Reporting Staff:** Beasley, Daniel | **Title:** Correctional Officer 1 |
| **Signature:** | **Date:** 10·8·2020 |

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** *Reviewed/Distributed*

| | |
|---|---|
| **Supervisor Name:** | **Title:** Lieutenant |
| **Signature:** Lt. Christensen | **Date:** 10/8/20 |

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _✓_ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** flood RHU | **Statement #:** 48615 |
| **Incident Date:** 10/08/2020 **Incident Time:** 02:03 AM | **Statement Date:** 10/08/2020 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Draft |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/A/UPPER/5

### Summary of Incident

On the above time I Correctional Officer Elmose was doing a walk through A block I noticed that Inmate Whitford # 3015941 was flooding went to get the water key to turn off his water one of the valves were broken command post was called . Inmate whitford # 3015941 was moved to Lower A 6 with no further indecent. End of report

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Malcomb, Thomas | |
| Staff | Beasley, Daniel | |
| Staff | Bigelow, Tyler | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Elmose, Thomas

**Reporting Staff:** Elmose, Thomas **Title:** Correctional Officer 1

**Signature:** *Thomas Elmose* **Date:** 10-8 2020

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** *Reviewed / Distributed*

**Supervisor Name:** *Dan Christenson* **Title:** *Lieutenant*

**Signature:** *Lt. Christenson* **Date:** *10/8/20*

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

LA-4

INMATE: _Whitford, Markueeyaro_ AO#: _3015941_   LOCATION: _RHU_

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _10/14/2020 & 10/19/2020_ IS/ARE BEING CONTINUED UNTIL _Rescheduled 10/14/2020_

FOR THE FOLLOWING REASONS: _PHc o/o STATUS INMATES ARE TO have_
_hearings with 72 hrs. Due to STAFF shortage the hearings for_
_both will be conducted on 10/14/2020_

Inmate Signature _Unable to sign/SMP_     DATED _10/9/20_

Disciplinary _[signature] Correll_     DATED _10/9/2020_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____ IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS:_____
_____
_____

Inmate Signature _____DATED _____

Disciplinary _____DATED _____

Records (White)          Inmate (Goldenrod)

Attachment I          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

*Refuse to Answer*

STA   F MONTANA DEPARTMENT OF CORRECTIONS
MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒                          MINOR ☐

Inmate's Name: *Whiteford, Makueeyapee*   ID # *3015941*   Date: *10/6/2020*

Infraction Number(s) & Name(s)   *4210 Flooding*

☐ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN
Continuance granted to Date: *10 / 6 / 2020* By: *Write up explained to him Blaneciey*
Reason:

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: *See Statement*
Inmate's Statement: *I have been Refused an adequate Defense. I want witnesses, books, Recordings of the hearing. You are biased and violate my Rights.*

Evidence Provided: *Infraction Report, Still Footage*

Findings: ☒ Guilty of # *4210 Flooding*   ☐ Not Guilty of #_____
Evidence Relied On: *Infraction Report; Still Footage*

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5 | Grid Level to Use: __
(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).
Sanction(s): *$10 fine*

Reason(s) for findings: *Actions jeopardize health and safety of officers and other inmates.*

_____   *10/7/2020*                    _____
ADMINISTRATIVE REVIEW / DATE                DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL.
Inmate's Signature / ID#: *Unable to sign. Cuffed in back due to previous assaultive behavior.*

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment C                    MSP 3.4.1, Institutional Discipline                    Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

Rec.
10/8/20
amis ✓

MSP ☑  MWP ☐   CONTRACT FACILITY: _____

## Disciplinary Appeal
(major infractions only)

Inmate's Name: __Whitford, Makueeumpee__  ID # __3015941__
Date: __10 / 6 / 2020__ Infraction(s): __4210 Flooding__
Disciplinary Hearing Decision: __Guilty $10⁰⁰ fine__

**Instructions:** Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.

_____

2. Required disciplinary procedures were not followed. I was not given an opportunity to prepare a defense by marshalling the facts and the law in relation to the facts and was not able to address the facts at the hearing do to this.

3. ~~The sanction(s) is excessive.~~ The reasoning of the finding was not articulated, stating that actions jeapardize health & safety of staff and inmates does not explain the reasoning for not allowing me to prepare a defense. Finding requi~~re~~

_Inmate Signature_          __10/7/2020__
                              _Date_

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒ | NO ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.
☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.
☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:
   ☐ reduced sanction or level to:
   ☐ suspended sanction(s) for:

Written justification for the action taken above: The Evidence supports the DHO's decision.

_Warden or Designee Signature_          __10/14/2020__
                                          _Date_

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY
ADMINISTRATIVE
OCT 08 2020
DISCIPLINARY
A8 (DATE)

## DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

*(Information and staff signatures on this form must be legible)*

MAJOR ☒      MINOR ☐

Inmate Name: _WHITFORD_   _MAKUEEYAPEE_   ID # _3015941_
                              Last name                    First Name

Date: _10-1-20_   Time: _12:35_   Place of Incident: _RHU_

Room/Cell: _L45_   Housing Unit: _RHU_   Job Assignment: _____

Infraction Number(s) & Name(s) _4035 4111 ASSAULTING ANY OTHER PERSON (STAFF)_
_4210 INCLUDING FLOODING_

Staff Witness: 1. _C/O CLARK_   Other Inmates involved 1. _____
               2. _SGT. BACKLER_                      2. _____

Description of Violation: (who, what, why, where, when and how): _ON THE ABOVE DATE AND_
_TIME WHILE COLLECTING FOOD TRAYS INMATE WHITFORD_
_STARTED TO FLOOD CELL L45, I OPENED THE PLUMING CHASE_
_TO TURN OFF THE WATER, AS INMATE WHITFORD THEN SPLASHED_
_AN UNKNOW LIQUID OUT OF THE SIDE OF HIS DOOR, THAT LIQUID_
_STRUCK ME ON THE RIGHT SHOULDER AND NECK._

REPORTING STAFF MEMBER: _WYATT JENSEN_   _Wyatt Jensen_
                          (Print Name)          (Sign Name)

Supervisor Review: _____   _____
                        (Print Name)          (Sign Name)

Inmate Status:   ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☒ Medical: _marty_   ☒ Mental Health: _Miranda Hardy_

Reason: _ASSUALT_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_Callahan_   _10/01/20_   _____   _____
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

### NOTICE OF HEARING/PREHEARING ACTION

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _10_ / _5_ / _20_   Time: _any_ hrs.   Place: _RH_
2. I understand the charge(s)?  ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5: Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_Sgt J. Sharke / M Med_   _10-1-20 1415_   _Sgt J. Sharke_
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

_Unable to sign   due_

Attachment B                    MSP 3.4.1, Institutional Discipline              Effective January 1, 2020

EXHIBIT D
EXHIBIT D

*Refused to Answer*

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒                    MINOR ☐

Inmate's Name: **Whitford, Makueeyapee**   ID # **3015941**   Date: **10/6/2020**

Infraction Number(s) & Name(s): **4111 Assault   4210 Flooding**

☐ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

*Violation was explained to him*

Continuance granted to Date: **10 / 6 / 2020** By: **Klaneeky**

Reason: _____

Plea: ☐ Guilty        ☐ Not Guilty        ☒ Other: **See Statement**

Inmate's Statement: **Wants hearing recorded, wants books to provide for Defense. Refuses to plea or cite a statement until books are provided. Hearings officer is biased, violation of rights**

Evidence Provided: **Infraction Report, Still Camera Footage, Incident Report**

Findings: ☒ Guilty of # **4111 Assault, 4210** *Flooding*   ☐ Not Guilty of #

Evidence Relied On: **Infraction Report, Camera Footage, Incident Report (4111 & 4210 Aggravated)**

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5 ] Grid Level to Use: ___
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): **$50⁰⁰ fine, maximum allowable detention has already been sanctioned. Refer to Investigators office.**

Reason(s) for findings: **Serious Risk to Safety & Security of staff.**

_____   **10/7/2020**          _____
ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: **Unable to sign; cuffed behind back Due to previous Assaultive Actions.**

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                    MSP 3.4.1, Institutional Discipline                    Effective January 1, 2020

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections
### Statement of Incident

| | |
|---|---|
| **Title:** Inmate Whitford Assault on Staff | **Statement #:** 48357 |
| **Incident Date:** 10/01/2020   **Incident Time:** 12:35 PM | **Statement Date:** 10/01/2020 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Submitted |

### Incident Scene
**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/A/LOWER/5

### Summary of Incident

On the above date and time while collecting food trays on A Block, Inmate Whitford AO# 3015941 began to flood his cell, LA5. Officer Clark and myself went to shut off the water, Officer Clark held the shield to try and deflect any liquid Inmate Whitford might try to splash out of the side of his door. While I was shutting off the water Inmate Whitford splashed an unknown liquid out of the side of his door that was not completely deflected by the shield, this unknown liquid stuck me in the upper right neck and shoulder area.
Immediately after shutting off the water I striped the wet clothing and cleaned my neck.
End of report.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | Inmate Flooding and splashing unknown liquids out of his cell. |
| Staff | Jensen, Wyatt | Myself, the officer shutting off the water. |
| Staff | Clark, Grant | Officer holding Shield. |
| Staff | Buckler, Brian | Sgt on the block. |

### Source and Documentation
**Anonymous Informant:** No

**Information Source:** Staff - Jensen, Wyatt

**Reporting Staff:** Jensen, Wyatt        **Title:** Correctional Officer 1

**Signature:** _Wyatt Jensen_        **Date:** 10-1-20

### Notes
No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _Reviewed - Distributed_

**Supervisor Name:** _Callahan_        **Title:** SSG-1

**Signature:** _(W) Call_        **Date:** 10-01-2020

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |

Note: This statement of Incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** Whitford #3015941 Flooding | **Statement #:** 48355 |
| **Incident Date:** 10/01/2020   **Incident Time:** 12:35 PM | **Statement Date:** 10/01/2020 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Submitted |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/RHU A Block lower 5

### Summary of Incident

At the above date and time, I, Corrections Officer Grant Clark witnessed inmate Whitford AO 3015941 flooding when we were going to pick up trays. I then told the Sergeant, and went to get the water key to shut off the water, while the Sergeant went to get the shield. I then held the shield up against the crack of Whitford's door to block the unknown liquids that he was throwing at us while Corrections Officer Jensen used the key to shut off the water. Both Officer Jensen and I were hit with the unknown liquid through the crack in the door.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Clark, Grant | Officer Involved |
| Staff | Jensen, Wyatt | Officer Involved |
| Staff | Buckler, Brian | Supervisor Involved |
| Offender | Whitford, Makueeyapee - 3015941 | Offender Involved |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Clark, Grant

**Reporting Staff:** Clark, Grant     **Title:** Correctional Officer 1

**Signature:** *Grant Clark*     **Date:** 10 / 1 / 20

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off.**

**Supervisor Review and Remarks:** *Reviewed - Distributed*

**Supervisor Name:** *Callahan*     **Title:** SSGT

**Signature:** *W. M*     **Date:** 10-1-2020

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** I/M Whitford M AO3015941 | **Statement #:** 48349 |
| **Incident Date:** 10/01/2020    **Incident Time:** 12:35 PM | **Statement Date:** 10/01/2020 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Draft |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/RHU A block

### Summary of Incident

On the above date and time I/M Whitford began flooding on A block. While monitoring C/O's Clark and Jensen try to turn the water off for LA5, I (C/S Buckler) witnessed both C/O's Clark and Jensen get hit with an unknown liquid that I/M Whitford was throwing out the side of his door.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Buckler, Brian | |
| Staff | Jensen, Wyatt | |
| Staff | Clark, Grant | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** Yes

**Information Source:** Staff - Anonymous Informant. See Supervising Authority for Identity

**Reporting Staff:** Buckler, Brian       **Title:** Correctional Officer Sgt

**Signature:** C/S Brian Bo.       **Date:** 9-DB-10

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** Reviewed -Distributed

**Supervisor Name:** Callahan       **Title:** SSG+

**Signature:** Jul 1       **Date:** 10-01-2020

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

Rec
10/8/20

Omisv

MSP ☑ MWP ☐   CONTRACT FACILITY: _____

## Disciplinary Appeal
(major infractions only)

Inmate's Name: Whitford, Makueeyapee   ID # 3015941

Date: 10/6/2020 Infraction(s): 4111 Assault 4216 Flooding

Disciplinary Hearing Decision: $50°° fine

**Instructions:** Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision. There was no evidence of assault, but I did not get to go into my defense because I was not allowed to marshall the facts or to marshall the law in relation to the facts.

2. Required disciplinary procedures were not followed. I was not provided an opportunity to prepare a defense and my disciplinary hearing was not recorded. The reasoning behind the finding

3. The sanction(s) is excessive. was not articulated. Stating that assault is a serious risk, does not explain the reasoning of the finding. All major infractions represent serious issues.

_____ Inmate Signature   10/7/2020 Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☑ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☑ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☑ | NO ☐ |

**Decision:**

☑ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

☐ reduced sanction or level to:

☐ suspended sanction(s) for:

Written justification for the action taken above: Evidence supports the DHO's decision

_____ Warden or Designee Signature   10/14/2020 Date

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

**Title:** Whitford threats                                                    **Statement #:** 48255

**Incident Date:** 09/29/2020     **Incident Time:** 10:00 AM        **Statement Date:** 09/29/2020

**Jurisdiction:** Montana State Prison                              **Submission Category:** Submitted

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/A/LOWER/1/Outside of cell

### Summary of Incident

On the above date and time, I (DHO Klanecky) went to the cell of Inmate Whitford, Makueeyapee #3015941 (RHU - LA 1) to inform him I was continuing his scheduled hearing until tomorrow (9-30-2020) to arrange for additional security. Inmate Whitford asked me about his request to review video/photo evidence of the incident. I told him that I was denying his request based on a legitimate penological interest and I informed him that that would be also stated on his hearing form. He then asked me to review video footage. He added that if I reviewed footage, I would see him throwing water near the water control, in an attempt to stop them from shutting off his water. He also stated that staff walked into the water by going to the water control and it wasn't his intention to assault staff with any fluids. I told him I would review all the evidence submitted thus far and determine if reviewing the video was necessary. I then told him we would discuss the incident further at his hearing the following day. I then went to the next cell to speak with another inmate and Inmate Whitford stated, "be sure to get additional security here for the hearing tomorrow".

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Klanecky, Christine

**Reporting Staff:** Klanecky, Christine                          **Title:** Hearings Officer

**Signature:** *C. Klanecky*                                      **Date:** 9.29.2020

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:**

**Supervisor Name:** _____        **Title:** _____

**Signature:** _____        **Date:** _____

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |

Note: This statement of Incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**

**Statement of Incident**

| | |
|---|---|
| **Title:** Whitford threats | **Statement #:** 48255 |
| **Incident Date:** 09/29/2020   **Incident Time:** 10:00 AM | **Statement Date:** 09/29/2020 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Submitted |

_____ Warden or Designee          _____ Command Post          _____ Investigator's Office

_____ Deputy Warden              _____ Inmate Records File     _____ MCE

_____ Associate Warden           _____ Inmate Unit File        _____ Safety Committee

_____ Other

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

**Page 2 of 2**

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

### MAJOR ☒                    MINOR ☐

Inmate's Name: _Whitford Makueeyapee_   ID # _3015941_   Date: _09-16-2020_

Infraction Number(s) & Name(s) _4220-Impeding    4208-Insolence_

☒ I DO UNDERSTAND THE VIOLATION      ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___   By: _____

Reason: _____

Plea: ☒ Guilty      ☐ Not Guilty        ☐ Other: _____

Inmate's Statement: _____

_____

_____

_____

_____

Evidence Provided: _Infraction Report_

Findings: ☒ Guilty of # _4220 + 4208_      ☐ Not Guilty of #

Evidence Relied On: _Infraction Report_

_____

_____

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ Grid Level to Use: _3_

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _Refer to UMT_

_____

Reason(s) for findings: _Offender hindered staff_

_and was insolent._

_____

ADMINISTRATIVE REVIEW / DATE          9/17/2020          _Carrie Walster_

DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☒ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _____

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                    MSP 3.4.1, Institutional Discipline              Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☑   MINOR ☐

Inmate Name: **Whitford**   _____   **M**   ID # **301541**
Last name   First Name

Date: **9-13-20**   Time: **1500**   Place of Incident: **RHU**
Room/Cell: **LA8**   Housing Unit: **RHU**   Job Assignment: _____
Infraction Number(s) & Name(s) **4270 - (Intentionally Hindering Staff)**
**4208 - (Insolence)**

Staff Witness: 1. _____   Other Inmates involved 1. _____
2. _____   2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and time I asked inmate Whitford if he would like a Shower and underwear. He responded, " I want everything." I told him ok, and moved along. Whitford became agitated and began yelling " You're a lazy-punk bitch." His outburst continued for the duration of the block Showers, disrupting the daily duties of the officers.

REPORTING STAFF MEMBER: **Moosmann**   _____
(Print Name)   (Sign Name)

Supervisor Review: _____   _____
(Print Name)   (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: **Already PHC**

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   **9-13-2020**   _____   / /
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: / /   Time: ___hrs.   Place: **RHU**
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☒Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf: ☐Yes ☒No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

**Carrie Walston**   **9-16-2020**   _____
(Staff Signature)   (Date & Time)   (Inmate's Signature/ID#)
**0810**

Attachment B   MSP 3.4.1, Institutional Discipline   Effective January 17, 2017

**EXHIBIT D**
**EXHIBIT D**

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒   MINOR ☐

Inmate Name: _Whitford_   _Makuecyapee_   ID # _301594/_
    Last name        First Name

Date: _9-12-2020_   Time: _2045_   Place of Incident: _RHU - LA-block_
Room/Cell: _LA-8_   Housing Unit: _RHU_   Job Assignment: _99999- Unassigned_
Infraction Number(s) & Name(s) _4210 - Destroying, altering, or damaging_
_facility property, including flooding._

Staff Witness: 1. _____   Other Inmates involved 1. _____
        2. _N/A_            2. _N/A_

Description of Violation: (who, what, why, where, when and how): _on the above date_
_and time, while conducting the 1800 count. I_
_Sgt. M Donald noticed water flowing out of the_
_drain between LA-8 & LA-7. Command Post was_
_notified and the on cell plumber came in. when_
_the main line was cleared there were pieces_
_of a state issued bed and pillow in his cell_
_and out of the drain._
_____ End of Report. _____

REPORTING STAFF MEMBER: _Sgt M Donald_     _(signature)_
                (Print Name)              (Sign Name)

Supervisor Review: _____   _____
                (Print Name)              (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: _Not a mandatory PHC Placement_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_(signature)_              / /              _____   / /
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date:   / /   Time:_____hrs.   Place: _RHU_
2. I understand the charge(s)?  ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐Yes ☒No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_Cannis Walster_            _9-16-2020_ x _(signature)_
(Staff Signature)        (Date & Time)        (Inmate's Signature / ID#)

Attachment B        MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: __Whitford Makueeyapee__   ID # __3015941__   Date: __09-16-2020__

Infraction Number(s) & Name(s) __4210-Flooding__

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: _____ / _____ / _____ By: _____

Reason: _____

Plea: ☒ Guilty      ☐ Not Guilty      ☐ Other: _____

Inmate's Statement: _____

Evidence Provided: __Infraction Report__

Findings: ☒ Guilty of # __4210__          ☐ Not Guilty of # _____

Evidence Relied On: __Infraction Report__

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports: 1   2   3   4   ⑤] Grid Level to Use: __3__
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): __$10 Restitution for clean up__

Reason(s) for findings: __Offender flooded your cell.__

_____   9/17/2020          __Carrie Walster__

ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _____

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                MSP 3.4.1, Institutional Discipline              Effective January 1, 2020

EXHIBIT D
EXHIBIT D

*Copy #1*

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

RECEIVED BY ☒

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

SEP 1 0 2020

MAJOR ☒        MINOR ☐

DISCIPLINARY

Inmate Name: __Whitford__ / __Makueeyapee__   ID # __3015941__
Last name / First Name

Date: __9-9-20__   Time: __12:30__   Place of Incident: __RHU__
Room/Cell: __U81__   Housing Unit: __RHU__   Job Assignment: __801 Labor Pool__
Infraction Number(s) & Name(s) __4111: Assaulting any other person__
__4210: Destroying facility property__

Staff Witness: 1._____   Other Inmates involved 1._____
2._____                    2._____

Description of Violation: (who, what, why, where, when and how): On the above date and approximate time ST Rhineheart and myself (Sgt J. Sharkey) were conducting MDT with Inmate Whitford 3015941. During MDT Inmate Whitford became very agitated. ST Rhineheart and myself attempted to remove Inmate Whitford. Inmate Whitford stood up and threw his paper work across the desk. At that point we grabbed Inmate Whitford by the arm and began removing him from the room. Inmate Whitford resisted us through out this whole process. Inmate Whitford was pulling away and screaming. When we got Inmate Whitford in front of the sally port door he looked directly at me yelled and then threw his left elbow backwards at me. Continued on *another write up*

REPORTING STAFF MEMBER: __Sgt J. Sharkey__         _____
(Print Name)                              (Sign Name)

Supervisor Review: _____
(Print Name)                              (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☒ Other
Reason: __SMP__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

__Lt Dresden__        __9/9/2020__   __Crystal Thompson__        __9/10/20__
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __9/14/2020__   Time: __Any__ hrs.   Place: __RHU__
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐ Yes ☒ No. If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: __Verbal Told needs until Wedn 1/16 then__

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

__9-9-20  2008__        __Unable to Sign SMP__
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

__C/O S. McDonald__
__C/O J. Brown__

Attachment B                MSP 3.4.1, Institutional Discipline                Effective January 17, 2017

EXHIBIT D
EXHIBIT D

*Copy #2*

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR** ☒         **MINOR** ☐

Inmate Name: _Whitford_____ _Makueeyapee_____ ID # _3015941_
　　　　　　　Last name　　　　　　　　First Name

Date: _9-9-20_  Time: _12:30_  Place of Incident: _RHU_
Room/Cell: _UB1_  Housing Unit: _RHU_  Job Assignment: _501 Labor Pool_
Infraction Number(s) & Name(s) _4111: Assaulting any other person_
_4210: Destroying facility property_

Staff Witness: 1. _____     Other Inmates involved 1. _____
　　　　　　　2. _____　　　　　　　　　　　　　2. _____

Description of Violation: (who, what, why, where, when and how): _Because of Inmate_
_Whitfords aggressive behavior already. I had a firm_
_grip on his arm and was able to control his arm._
_As we were walking through the sally port. Inmate Whitford_
_kicked his right leg attempting to remove the soft_
_leg restraints. When we got to B-Block sally port_
_the food cart was in the sally port. We moved_
_Inmate Whitford to the side of the sally port so the_
_food cart could be removed. Inmate Whitford again_
_looked at me and yelled put me in my fucking_
_room and proceed to throw his left elbow back_
_into me again. I had a firm grip on his arm_
_and was able to control it.  Continued on next_
　　　　　　　　　　　　　　　　　_write up_

REPORTING STAFF MEMBER: _Sgt J. Sharkey_　　　　　_(Sign Name)_
　　　　　　　　　　　　　　(Print Name)

Supervisor Review: _____
　　　　　　　　　　(Print Name)　　　　　　　　　　(Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☒ Other
Reason: _SMP_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) _Lt Dresden_　　　　　_9/9/2020_
(Shift Supervisor's Signature)　　　(Date)　　　(Warden or Designee Signature)　　　/　/ (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _9  14  2020_  Time: _Any_ hrs.  Place: _RHU_
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐Yes ☒No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_9-9-20 2008_　　_Unable to Sign SMP_
(Staff Signature)　(Date & Time)　　(Inmate's Signature / ID#)

_4/0 G. McDonald_
_C/O S _____

Attachment B　　　　MSP 3.4.1, Institutional Discipline　　　　Effective January 17, 2017

**EXHIBIT D**
**EXHIBIT D**

*Copy #5*

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒   MINOR ☐

Inmate Name: _Whitford_ _____ _Makueeyaper_ _____ ID # _3015941_

Last name                     First Name

Date: _9-9-20_ Time: _12:30_ Place of Incident: _RHU_

Room/Cell: _UB1_ Housing Unit: _RHU_ Job Assignment: _801 Labor Pool_

Infraction Number(s) & Name(s) _4111: Assaulting any other Person_
_4210: Destroying facility property_

Staff Witness: 1. _____     Other Inmates involved 1. _____
2. _____                           2. _____

Description of Violation: (who, what, why, where, when and how): _We then escorted Inmate Whitford to his cell. Once in the cell I directed Inmate Whitford to kneel on his bed. As he went towards the bed he spun around and sat on the bed. Inmate Whitford then yelled get the fucking things off me. I told him they only come off if you follow my directions. At that point Inmate Whitford reached down and began attempting to take the soft leg restraints off. I then ordered all staff to exit the cell. Once all the staff and myself exited the cell I ordered the cage officer to close Upper B1. As soon as the door started closing Inmate Whitford got his soft leg restraints off. Continued on next write up_

REPORTING STAFF MEMBER: _Sgt J. Sharkey_ _____
(Print Name)                          (Sign Name)

Supervisor Review: _____     _____
(Print Name)                          (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☒ Other
Reason: _SMP_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_Lt Snowden_ _____ _9 19 2020_ _____ __/__/__
(Shift Supervisor's Signature)        (Date)          (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _9/14/2020_ Time: _Any_ hrs. Place: _RHU_
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____ _9-9-20  2008_ _Unable to Sign SMP_
(Staff Signature)        (Date & Time)          (Inmate's Signature / ID#)

_C/O S. McDonald_
_C/O B. ___

Attachment B                MSP 3.4.1, Institutional Discipline                Effective January 17, 2017

EXHIBIT D
EXHIBIT D

*Copy # 4*

### STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☒   MWP ☐   CONTRACT FACILITY:_____
### DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING
*(Information and staff signatures on this form must be legible)*
**MAJOR ☒      MINOR ☐**

Inmate Name: _Whitford_ _____ _Makueeyaper_ ID # _3015941_
Last name                          First Name

Date: _9-9-20_   Time: _12:30_   Place of Incident: _RHU_
Room/Cell: _UB1_   Housing Unit: _RHU_   Job Assignment: _801 Labor Pool_
Infraction Number(s) & Name(s) _4111 Assaulting any other person_
_420: Destroying facility property_

Staff Witness: 1. _____   Other Inmates involved 1. _____
2. _____                                    2. _____

Description of Violation: (who, what, why, where, when and how): _Inmate Whitford stood up looked at us seen the cell door was halfway closed. Inmate Whitford then began to slid the belly chains from around his waist down towards his feet. Once out from his feet he had a chain secured to his wrists with a lock on it. He began smashing the cell door window and the back window with this make shift weapon. Inmate Whitford broke out the back window of the cell. I then notified Command Post of the incident. IPS came up and moved Inmate Whitford to safe Cell 2 Medical Staff (Travis Johnson) then assessed Inmate Whitford. EOR._

REPORTING STAFF MEMBER: _____
(Print Name)                                          (Sign Name)
Supervisor Review: _____
(Print Name)                                          (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☒ Other
Reason: _SMP_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
_Lt Snowden_        _9/9/2020_                                         _/   /_
(Shift Supervisor's Signature)    (Date)        (Warden or Designee Signature)        (Date)

### NOTICE OF HEARING/PREHEARING ACTION
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _9 / 14/ 2020_ Time: _Any_ hrs.   Place: _RHU_
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐Yes ☒No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.
_9-9-20   2008_                  _Unable to Sign   SMP_
(Staff Signature)   (Date & Time)        (Inmate's Signature / ID#)

_C/o   P McDonald_
_C/o Bro__

Attachment B            MSP 3.4.1, Institutional Discipline            Effective January 17, 2017

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

**Title:** Whitford, Makueeyapee incident

**Statement #:** 47553

**Incident Date:** 09/09/2020    **Incident Time:** 12:05 PM    **Statement Date:** 09/09/2020

**Jurisdiction:** Montana State Prison    **Submission Category:** Draft

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/B/UPPER/1/RHU UB1 cell

### Summary of Incident

On the above date and Approx. time Sergeant Sharkey, and I, ST C Rhineheart, and was escorting Inmate Whitford, Makueeyapee 3015941 from MDT after his appearance was terminated. Whitford began yelling and screaming "its fucking bullshit," "Why do anything and the fucking programming, when it doesn't matter anyways." Whitford began pulling away while we were escorting him and attempted to hit the Sally port door with his fist while we were waiting for it to open. Officer Huerta came around the cage to see Whitford and immediately began to follow the escort. Whitford then kicked the second sally port door and proceeded to scream. While walking to the Block sally port, past the cage, Whitford kicked his leg hard in what appeared to be an attempt to break free from his soft restraints. Whitford began getting very agitated and yelling "just get me to my fucking cell already" toward myself and Sgt. Sharkey. Once we entered B Block the other two floor officers joined us to escort Whitford to his cell. Once in UB1 cell Whitford went immediately to his cell and sat on the bed. Sgt Sharkey instructed Whitford to kneel on the bed to which he stated, "fuck you." Sgt Sharkey then told Whitford to kneel on the bed and that we would not take off the restraints until he did and Whitford pulled away and yelled "Fuck you" again. Whitford them leaned down and began to remove his restraints himself and at that point all staff exited the cell and secured the door. Whitford tossed the soft restraints out of the food slot and then took a few steps back and stepped out of his bell chain. Whitford then began to swing the chain at the front and rear windows breaking the inner glass on the back window. Whitford continued to yell and scream at the staff and turned to swing at the rear window. When his back turned to us, I reached over and closed the food slot, Sgt. Sharkey keyed the food slot closed and we left the block to initiate response. I returned to the MDT meeting and informed them of the incident that had occurred. - End of report

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Sharkey, John | Sgt Escorting inmate |
| Staff | Huerta, Chloie | Officer providing presence during escort |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Rhineheart, Cynthia

**Reporting Staff:** Rhineheart, Cynthia      **Title:** Correctional Officer

**Signature:** _ST C Rhineheart_      **Date:** _9/9/2020_

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _Reviewed_

---

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** Whitford, Makueeyapee incident | **Statement #:** 47553 |
| **Incident Date:** 09/09/2020   **Incident Time:** 12:05 PM | **Statement Date:** 09/09/2020 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Draft |

**Supervisor Name:** Thomas Smunden     **Title:** Lieutenant

**Signature:** L ts Smunden     **Date:** 9-9-2020

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

---

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** Whitford 3015941 | **Statement #:** 47557 |
| **Incident Date:** 09/09/2020    **Incident Time:** 01:00 PM | **Statement Date:** 09/09/2020 |
| **Jurisdiction:** Montana State Prison | **Submission Category:** Submitted |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison

### Summary of Incident

Called to unit to assess inmate following an extraction. Noted that inmate was agitated and making threat, vital signs were stable except Sats were low due to the way he was being held. Finished assessment quickly so he could be placed in safe cell. noted inmate walking around not in distress

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff Johnson, Benjamin

**Reporting Staff:**    Johnson, Benjamin        **Title:** LPN

**Signature:**                                    **Date:** 9-9-20

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:**    *Reviewed*

**Supervisor Name:** *Thomas Snowden*        **Title:** *Lieutenant*

**Signature:** *R. Snowden*            **Date:** *9/9/2020*

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D

Copy #1

RECEIVED BY

SEP 1 0 2020

DISCIPLINARY

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

*(Information and staff signatures on this form must be legible)*

MAJOR ☒     MINOR ☐

Inmate Name: __Whitford__ __Makueeyapee__ ID # __3015941__
          Last name              First Name

Date: __9-9-20__   Time: __12:30__   Place of Incident: __RHU__
Room/Cell: __UR1__   Housing Unit: __RHU__   Job Assignment: __801 Labor Pool__
Infraction Number(s) & Name(s) __4111: Assaulting any other person__
__4210: Destroying facility property__

Staff Witness: 1. _____   Other Inmates involved 1. _____
          2. _____                       2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and approximate time ST Rhineheart and myself (Sgt J. Sharkey) were conducting MDT with Inmate Whitford 3015941. During MDT Inmate Whitford became very agitated. ST Rhineheart and myself attempted to remove Inmate Whitford. Inmate Whitford stood up and threw his paper work across the desk. At that point we grabbed Inmate Whitford by the arm and began removing him from the room. Inmate Whitford resisted us through out this whole process. Inmate Whitford was pulling away and screaming. When we got Inmate Whitford in front of the sally port door he looked directly at me yelled and then threw his left elbow backwards at me. Continued on another write up

REPORTING STAFF MEMBER: __Sgt J. Sharkey__ _____
                    (Print Name)               (Sign Name)

Supervisor Review: _____ _____
                    (Print Name)               (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   .   ☐ Release to Previous Status   ☒ Other
Reason: __SMP__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
__Lt. Drasden__ _____ __9/9/2020__ _____ __Crystal Thompson__ ____ __9/10/20__
(Shift Supervisor's Signature)          (Date)         (Warden or Designee Signature)       (Date)

### NOTICE OF HEARING/PREHEARING ACTION

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __9/14/2020__ Time: __Any__ hrs. Place: __RHU__
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: __Verbal Told needs until Wedn 6/10/when__

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____ __9-9-20   2008__ __Unable to Sign SMP__
(Staff Signature)           (Date & Time)         (Inmate's Signature / ID#)

96 D. McDonald
C/o J. Breen

EXHIBIT D
EXHIBIT D

*Copy # 2*

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

(Information and staff signatures on this form must be legible)

**MAJOR ☒**          **MINOR ☐**

Inmate Name: _Whitford_ _____ _Makuecyapee_ ___ ID # _3015941_
          Last name                     First Name

Date: _9-9-20_   Time: _12:30_   Place of Incident: _RHU_

Room/Cell: _UB1_   Housing Unit: _RHU_   Job Assignment: _Sol Labor Pool_

Infraction Number(s) & Name(s) _4111: Assaulting any other person_
_4210: Destroying facility property_

Staff Witness: 1. _____        Other Inmates involved 1. _____
              2. _____                                2. _____

Description of Violation: (who, what, why, where, when and how): _Because of Inmate_
_whitfords aggressive behavior already. I had a firm_
_grip on his arm and was able to control his arm._
_As we were walking through the sally port. Inmate whitford_
_kicked his right leg attempting to remove the soft_
_leg restraints. when we got to B-Block sally port_
_the food cart was in the sally port. We moved_
_Inmate whitford to the side of the sally port so the_
_food cart could be removed. Inmate whitford again_
_looked at me and yelled put me in my fucking_
_room and proceed to throw his left elbow back_
_into me again. I had a firm grip on his arm_
_and was able to control it. Continued on next_
                                            _writt up_

REPORTING STAFF MEMBER: _Sgt J. Sharkey_ _____ _[signature]_____
                        (Print Name)                    (Sign Name)

Supervisor Review: _____
                        (Print Name)                    (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☒ Other
Reason: _SMP_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) _Lt Dresden_            _9/9/2020_              _____                    / /
        (Shift Supervisor's Signature)      (Date)        (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _9  14 /2020_   Time: _Any_ hrs.   Place: _RHU_
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐Yes ☒No. If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.
          _9-9-20 2008_              _Unable to Sign SMP_
(Staff Signature)     (Date & Time)          (Inmate's Signature / ID#)

_4o. G. McDonald_
_C/O B_____

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

*Copy #3*

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP [X]  MWP [ ]   CONTRACT FACILITY:_____

### DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

*(Information and staff signatures on this form must be legible)*

**MAJOR** [7]       **MINOR** [ ]

Inmate Name: __whitford__     __Makueeyaper__     ID # __3015941__
              Last name          First name

Date: 9-9-20  Time: 12:30  Place of Incident: RHU
Room/Cell: UB1  Housing Unit: RHU  Job Assignment: 801 Labor Pool
Infraction Number(s) & Name(s) 4111: Assaulting any other person
4210: Destroying facility property

Staff Witness: 1. _____   Other Inmates involved 1. _____
              2. _____                         2. _____

Description of Violation: (who, what, why, where, when and how): We then escorted Inmate whitford to his cell. Once in the cell I directed Inmate whitford to kneel on his bed. As he went towards the bed he spun around and sat on the bed. Inmate whitford then yelled get the fucking things off me. I told him they only come off if you follow my directions. At that point Inmate whitford reached down and began attempting to take the soft leg restraints off. I then ordered all staff to exit the cell. Once all the staff and myself exited the cell I ordered the case officer to close Upper B 1. As soon as the door started closing Inmate whitford got his soft leg restraints off. Continued on next write up

REPORTING STAFF MEMBER: __Sgt J. Sharkey__          __(signature)__
                            (Print Name)                (Sign Name)

Supervisor Review: _____          _____
                      (Print Name)                (Sign Name)

Inmate Status: [ ] Pre-Hearing Confinement   [ ] Release to Previous Status  [X] Other
Reason: SMP

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
__Lt Snowden__          __9 19 2020__          _____  / /
(Shift Supervisor's Signature)     (Date)     (Warden or Designee Signature)     (Date)

### NOTICE OF HEARING/PREHEARING ACTION

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 9 / 14 /2020  Time: Anye hrs.  Place: RHU
2. I understand the charge(s)? [X] Yes [ ] No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? [ ] Yes [X] No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? [ ] Yes [X] No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.
_____  9-9-20  2008   Unable to Sign SMP
(Staff Signature)   (Date & Time)        (Inmate's Signature / ID#)

C/o G. McDonald
C/o J B (signature)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

*Copy # 4*

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

*(Information and staff signatures on this form must be legible)*

**MAJOR** ☒          **MINOR** ☐

Inmate Name: _Whitford_ _____ _Makueeyaper_ ID # _3015941_
　　　　　　　Last name　　　　　　　　First Name

Date: _9-9-20_   Time: _12:30_   Place of Incident: _RHU_
Room/Cell: _UB1_   Housing Unit: _RHU_   Job Assignment: _001 Labor Pool_
Infraction Number(s) & Name(s) _411: Assaulting any other person_
_420: Destroying facility property_

Staff Witness: 1. _____　　Other Inmates involved 1. _____
　　　　　　　2. _____　　　　　　　　　　　　　2. _____

Description of Violation: (who, what, why, where, when and how): _Inmate Whitford stood up looked at us seen the cell door was halfway closed. Inmate Whitford then began to slid the belly chains from around his waist down towards his feet. Once out from his feet he had a chain secured to his wrists with a lock on it. He began smashing the cell door window and the back window with this make shift weapon. Inmate Whitford broke out the back window of the cell. I then notified Command Post of the incident. IPS came up and moved Inmate Whitford to safe cell 2. Medical staff (Travis Johnson) then assessed Inmate Whitford. EOR._

REPORTING STAFF MEMBER:
　　　　　　　　　　　　　　(Print Name)　　　　　　　　　(Sign Name)
Supervisor Review:
　　　　　　　　　　　　　　(Print Name)　　　　　　　　　(Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement　　☐ Release to Previous Status　☑ Other
Reason: _SMP_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
_Lt Snowden_　　　　_9/9/2020_　　　　　　　　　　　　　　　/　/
(Shift Supervisor's Signature)　　(Date)　　　(Warden or Designee Signature)　　　(Date)

## NOTICE OF HEARING/PREHEARING ACTION

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _9/14/2020_ Time: _Am_ hrs.   Place: _RHU_
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐ Yes ☒ No   If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_9-9-20  2008_　　　　_Unable to sign  SMP_
(Staff Signature)　　(Date & Time)　　　(Inmate's Signature / ID#)

_C/O R McDonald_
_C/O Broon_

Attachment B　　　　MSP 3.4.1, Institutional Discipline　　　　Effective January 17, 2017

EXHIBIT D
EXHIBIT D

KHU/Max/ 49499 Unassigned                    DHU WANN

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY   HEARING   DECISION**

MAJOR ☒                    MINOR ☐

**Inmate's Name:** Whitford Makueeyapee   **ID #** 3015941   **Date:** 09-16-2020
**Infraction Number(s) & Name(s)** 4111-Assaulting Another person 4210-Destroying state
☒ **I DO UNDERSTAND THE VIOLATION**   ☐ **I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN** prop
**Continuance granted to Date:** ____ / ____ / ____   **By:** _____
**Reason:** _____

**Plea:** ☒ Guilty   ☐ Not Guilty   ☐ Other: _____
**Inmate's Statement:** No statement
_____
_____
_____
_____

**Evidence Provided:** Infraction Report / Video Cameras / Incident
Report

**Findings:** ☒ Guilty of # 4111 + 4210   ☐ Not Guilty of #
**Evidence Relied On:** Infraction Report / Video Cameras / Incident
Report

**For Sanction Purposes:**[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤   Grid Level to Use: 3
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
**Sanction(s):** 30 days detention, Credit for 7 days,
End 10-09-2020, Restitution $258.00

**Reason(s) for findings:** Offender assaulted staff
+ broke a window in the back of his cell when he
slipped his belly chains.

_____ 9/17/2020   Carrie Walston
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#:

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N

MAJOR ☒            MINOR ☐

Inmate's Name: Whitford Makuee yaper   ID # 3015941   Date: 09·16·2020

Infraction Number(s) & Name(s) 4111-Assaulting Another person 4210-Destroying state

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN prop

Continuance granted to Date: ___ / ___ / _____ By: _____

Reason: _____

Plea: ☒ Guilty      ☐ Not Guilty      ☐ Other: _____

Inmate's Statement: No statement

Evidence Provided: Infraction Report / Video Cameras / Incident Report

Findings:   ☒ Guilty of # 4111 + 4210         ☐ Not Guilty of #

Evidence Relied On: Infraction Report / Video Cameras / Incident Report

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤   Grid Level to Use: 3
(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).

Sanction(s): 30 days detention, credit for 7 days. End 10·09·2020, Restitution $258⁰⁰

Reason(s) for findings: Offender assaulted staff + broke a window in the back of his cell when he slipped his belly chains.

_____ 9/17/2020 Carre Walsh

ADMINISTRATIVE REVIEW / DATE      DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _____

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF ...ONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☑        MINOR ☐

Inmate's Name: _Whitford, Makueeyapee_   ID # _3015941_  Date: _8/10/2020_

Infraction Number(s) & Name(s)  _4235 Threatening  4213 Refusing An Order_

☐ I DO UNDERSTAND THE VIOLATION   ☑ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___  By: _Explained waite up to him CConell_

Reason: _____

Plea: ☐ Guilty    ☐ Not Guilty    ☑ Other: _I cannot enter a plea, Due process not followed._

Inmate's Statement: _I do not have the facts of the case. Procedures were not adheared to. This hearing was forced on me, I cannot plead guilty or not guilty. I have some of the tools I need but not enough for a defense. My offense has nothing to do with the facts, its about procedure. My rights have been violated_

Evidence Provided: _Infraction Report, Incident Report, Inmate Written Statement_

---

Findings: ☑ Guilty of # _4235, 4213_        ☐ Not Guilty of #

Evidence Relied On: _Infraction Report, Incident Report, Inmate Written Statement_

---

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4   5 ] Grid Level to Use: ___

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _I do not have the information available on the facts of the case. 16 days DET, credit for 15 days Release on 8/12/2020_

Reason(s) for findings: _Jeopordized safety & security_

---

_____  _8/14/2020_     _(signature) CConell_
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☑ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _(signature)_  _3015941_  _(8-11-2020)_

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)
Revised: December 2014

_Sent appeal form 8-12-2020  DUE 8-27-2020_

EXHIBIT D
EXHIBIT D

DUE 8·27·2020

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**Disciplinary Appeal**
(major infractions only)

Inmate's Name: Whitford, Makueeyapoe   3015941
Date: 8/11/20   Infraction(s): 4235 - threatening; 4213 · Ref. Orders
Disciplinary Hearing Decision: 16 days det, cre 15 days

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.

_____

2. Required disciplinary procedures were not followed. My whole defense was based on Pre-Hearing procedure. Please see attached documentation and document entitled "Disciplinary Appeal. This is not enough room here to say what I need to say.

3. The sanction(s) is excessive. Please send me copies of attachments.

_____

Inmate Signature   Date 8/16/2020

**WARDEN OR DESIGNEES RESPONSE**

**Warden or designee:**

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☒ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☒ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☒ | ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.
☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.
☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:
  ☐ reduced sanction or level to:
  ☐ suspended sanction(s) for:

Written justification for the action taken above: Your defense has nothing to do with the infractions you received. I will look into the issues you have brought up in your appeal.

_____
Warden or Designee Signature   Date 8/21/2020

BMMS

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)

Attachment H              MSP 3.4.1, Institutional Discipline              Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE MONTANA DEPARTMENT OF CORRECTIONS

MSP ☐ MWP ☐ CONTRACT FACILITY:_____

RECEIVED BY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

SEP 3 0 2020

*(Information and staff signatures on this form must be legible)*

MAJOR ☒ MINOR ☐

DISCIPLINARY

Inmate Name: **WHITFORD** _____ **MAKUEEYAPEE** _____ ID # **3015941**
　　　　　　　　　Last name　　　　　　　　　　First Name

Date: **9-29-20** Time: **0715** Place of Incident: **RHU**

Room/Cell: **LA1** Housing Unit: **RHU** Job Assignment: **59 NOT ASSIGNED**

Infraction Number(s) & Name(s) **4235 THREATENING ANY PERSON TO INCLUDE STAFF WITH BODILY HARM.**
**4208 INSOLENCE INCLUDING BUT NOT LIMITED TO DIRECT DISRESPECT**

Staff Witness: 1. _____ Other Inmates involved 1. _____
　　　　　　　2. _____ 　　　　　　　　　　2. _____

Description of Violation: (who, what, why, where, when and how): **WHEN TAKING INMATE WHITFORD M 3015941, TO YARD HE BEGAN TO BE VERY DISRESPECTFUL AND HOSTILE, HE THEN BEG TURNED TO ME AND VERBALY THREATENED ME'S TO PUNCH ME, I THEN PLACED I/M WHITFORD BACK INTO HIS CELL THE INMATE THEN THREATENED TO KICK ME IN THE STOMACH, I THEN HAD THE CASE OFFICER CLOSE THE CELL DOOR BEFORE I/M WHITFORD COULD ASSAULT ME. THE ABOVE INCIDENT HAPPENED ON THE ABOVE DATE AND APPROXIMATE TIME.**

REPORTING STAFF MEMBER: **WYATT C JENSEN** _____
　　　　　　　　　　　　　(Print Name)　　　　　　　　(Sign Name)

Supervisor Review: _____ _____
　　　　　　　　　　(Print Name)　　　　　　　　(Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement ☐ Release to Previous Status ☐ Other

Reason: **Security threat**

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____ **9 29 2020** _____ / /
(Shift Supervisor's Signature)　　　(Date)　　　　(Warden or Designee Signature)　　　(Date)

**NOTICE OF HEARING/PREHEARING ACTION**

**on or before**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: **10 2 2020** Time: **Any** hrs. Place: **RHU**
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf ☐Yes ☒No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____ **9/29/20 0858** _____ **3015941**
(Staff Signature)　　　(Date & Time)　　　(Inmate's Signature / ID#)

Attachment B　　　　　　MSP 3.4.1, Institutional Discipline　　　　　　Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STA    F MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY   HEARING   DECISION

MAJOR ☒                    MINOR ☐

Inmate's Name: _Whitford   Makueeyapee_   ID # _3015941_ Date: _10/6/2020_

Infraction Number(s) & Name(s) _4235 Threatening  4208 Insolence_

☐ I DO UNDERSTAND THE VIOLATION   ☒ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN
_WRITE UP WAS explained to him_

Continuance granted to Date: _10_ / _6_ / _20_ By: _____ Klanecky_____

Reason: _Additionaly  Security  Needed_____

Plea: ☐ Guilty    ☐ Not Guilty   ☒Other: _I cannot procede, rights are being_ _violated_

Inmate's Statement: _I want a recorder, I haven't had time to_
_prepare my defense, I need the right books to prepare. I want_
_witnesses. Upper 3, upper 6, Anderson   You are not unbiased,_
_I wont talk about these mother fucking assaults_
_You violate my rights, you are biased - The courts will handle_
_this, I will sue you in your official capacity, & individual capacity._

Evidence Provided: _Infraction Reports_                    _14th amendment_

_& 4208 Insolence_

Findings: ☒ Guilty of # _9235 Threatening_   ☐ Not Guilty of # _____

Evidence Relied On: _Infraction Report_____

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5 ] Grid Level to Use: __
_(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions)._

Sanction(s): _$21°° fine (4235 & 4208 Aggrated); Maximum Allowable_
_~~Devtion~~ Detention time has already been ~~soo~~ SANCTIONED._

Reason(s) for findings: _Threatening is serious Risk to_
_Safety & security._

_____ _10/7/2020_          _____
ADMINISTRATIVE REVIEW / DATE                DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _Cannot Sign, handcuffed behind back for security one_
_to previous assaultive actions_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                    MSP 3.4.1, Institutional Discipline                    Effective January 1, 2020

EXHIBIT D
EXHIBIT D

INMATE: _Whitford Makwuuyapee_ AO#: _3018941_   LOCATION: _RHU_

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _10·1·2020_   IS/ARE BEING CONTINUED UNTIL _10·5·20_

FOR THE FOLLOWING REASONS: _Further Investigation_

Inmate Signature _[signature]_   DATED _10-1-2020_

Disciplinary _Carrie Walster_   DATED _10·1·2020_

**************************************

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _10·5·2020_   IS/ARE BEING CONTINUED UNTIL _10·10·2020_

FOR THE FOLLOWING REASONS: _arrange for additional Security_

Inmate Signature _Verbally Advised_ DATED _10/5/20 @ 1145_

Disciplinary _C. Klarecky_ N Bowen DATED _10·5·2020_

Revised: Oct 2012          Records (White)                    Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

Rec.
10/8/20

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☑ MWP ☐   CONTRACT FACILITY:_____

ams

### Disciplinary Appeal
(major infractions only)

Inmate's Name: _Whitford, Makueeyapee_   ID # _3015941_
Date: _10/6/20_ Infraction(s): _4235 Threatening 4208 Insolence_
Disciplinary Hearing Decision: _Guilty $21⁰⁰ fine_
**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.

2. Required disciplinary procedures were not followed. _I was not given the opportunity to prepare a defense by marshalling the facts and the law in relation to those facts. I was not able to address the facts because of this._

3. The sanction(s) is excessive. _And the reasoning behind the decision of the DHO was not articulated as to why he found me guilty, stating that threatening is a serious risk is not an explanation as to the reasoning behind the finding._

_____   _10/7/2020_
Inmate Signature                    Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☒ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☒ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☒ | ☐ |

**Decision:**

☒ **Affirm.**  I uphold the decision of the DHO and the sanction(s) imposed.
☐ **Dismiss.**  I disagree with the actions of the DHO and dismiss the infraction.
☐ **Modify.**  I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:
   ☐ reduced sanction or level to:
   ☐ suspended sanction(s) for:

**Written justification for the action taken above:** _The DHO's decision is correct._

_____   _10/14/2020_
Warden or Designee Signature        Date

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

STATE   MONTANA DEPARTMENT OF CORRECTIONS   RECEIVED BY

MSP ☐   MWP ☐   CONTRACT FACILITY:_____   SEP 18 2020

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**   DISCIPLINARY

*(Information and staff signatures on this form must be legible)*

MAJOR ☑   MINOR ☐

Inmate Name: **Whittsord**   **m**   ID # **301 5941**
Last name                First Name

Date: **9·17·20**   Time: **1510**   Place of Incident: **RHU**
Room/Cell: **2a8**   Housing Unit: **RHU**   Job Assignment:_____
Infraction Number(s) & Name(s) **4111 assaulting officer with unknown liquid.**
**4210 Flooding.**

Staff Witness: 1. **Goody   C/O**   Other Inmates involved 1. _____
2. _____                                      2. _____

Description of Violation: (**who, what, why, where, when and how**): **On the above date & approximate time, I officer J. Johnson was informed by the control cage informed me a-Block was flooding. On reaching a-Block, officer Goody and I discoverd it to be 2a8 Inmate Whittsord was flooding, approaching the plumbing Chase to turn off the water. Inmate Whittsord was throughing an unidentified liquid out the side of his cell at me. C/o J. Johnson. The liquid struck me on the arm, head, chest and back. The liquid also struck officer Goody who heald up some Paper bags to the door to block the onslaught. We finally managed to turn off the water.**

REPORTING STAFF MEMBER: **Jared S. Johnson**   *Jared S Johnson*
(Print Name)   (Sign Name)

Supervisor Review: **BRIAN BUCKLER**   *Bu...*
(Print Name)   (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☑ Other
Reason: **Whittford already on 30 Days Detention.**

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   **9/17/2020**   _____   **9/8/20**
(Shift/Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: **9 / 21 / 20**   Time:_____ hrs.   Place:_____
2. I understand the charge(s)?   ☑ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☑ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☑ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

**C/s Buckler**   **9·17·20 1800**   **Unable to Sign Due to placemen...**
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B   MSP 3.4.1, Institutional Discipline   Effective January 17, 2017

EXHIBIT D
EXHIBIT D

RECEIVED BY
SEP 18 2020
DISCIPLINARY

STATE MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

Inmate Name: __Whitford_____   __M__   ID # _3015941_
Last name                        First Name

Date: _9-17-20_   Time: _1510_   Place of Incident: _RHU_

Room/Cell: _____   Housing Unit: _RHU_   Job Assignment: _____

Infraction Number(s) & Name(s) _4111 Assaulting office with unknown liquid_

Staff Witness: 1. _C/O Johnson_____   Other Inmates involved 1. _____
2. _____                      2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date and time C/O Johnson and myself (C/O Goody) where informed by the primary cage that inmate Whitford was flooding. We went on to A Block to see water on the ground coming from LAB. well trying to shut off his water I/m Whitford was throwing an unknown liquid through the crack in his door, the liquid hit hit myself in the face, head, torso, arm and legs. we were able to shut off the water well still being splashed with liquid, liquid looked clear and plumbing chase was open so all we could smell was sewage, we exited the block._

REPORTING STAFF MEMBER: _George Goody_ (Print Name)   _George Goody_ (Sign Name)

Supervisor Review: _____ (Print Name)   _____ (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☒ Other
Reason: _Whitford is already on 30 Days Detention_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
_____ (Shift Supervisor's Signature)   _9/18/2020_ (Date)   _CAPT McNeil_ (Warden or Designee Signature)   _9/18/20_ (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _9/21/20_   Time: _____ hrs.   Place: _____
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.
_95 B- C  Rb_ (Staff Signature)   _9-17-20 1608_ (Date & Time)   _Unable to sign Due to placement_ (Inmate's Signature / ID#)

_Combine w/ other infraction- Same incident - CK_

MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

**Title:** Whitford AO# 3015941 Flooding and Assulting staff with unknown liquid

**Statement #:** 47813

**Incident Date:** 09/17/2020 **Incident Time:** 03:20 PM

**Statement Date:** 09/17/2020

**Jurisdiction:** Montana State Prison

**Submission Category:** Draft

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/A/LOWER/8

### Summary of Incident

On the above date and time while conducting showers on C block of RHU, C/O Johnson and myself were informed by the primary cage that I/M Whitford AO# 3015941 was flooding. C/O Johnson and myself went to A block with the water key to shutoff the water. I placed flood barriers next to the drain and around doors while C/O Johnson went to shutoff the water. I/M Whitford started throwing toilet/ flood water out of the side of his cell door onto C/O Johnson and myself. The water hit both C/O Johnson and myself on the face head and body while trying to shutoff the water. I grabbed a paper bag and put it up to the crack in his door to help stop the water being thrown. We were able to shut the water off and exited the block.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Johnson, Jared | |
| Staff | Goody, George | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Goody, George

**Reporting Staff:** Goody, George

**Title:** Correctional Officer 1

**Signature:** _(signature)_

**Date:** 9/17/20

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:**

**Supervisor Name:** _(signature)_

**Title:** c/s

**Signature:** _(signature)_

**Date:** 9-18-20

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒       MINOR ☐

Inmate's Name: Whitford, Makueeyapee   ID # 3015941   Date: 9·21·2020

Infraction Number(s) & Name(s)   4111-Assault ; 4810-flooding ; 4111-Assault

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION — ADDITIONAL ACTION TAKEN

Continuance granted to Date: 9·23·2020 By: L. Klanecky

Reason: Offender request.

Plea: ☒ Guilty 4220 ☒ Not Guilty 4111, 4111 ☐ Other: _____

Inmate's Statement: the officers seen + knew before they walked into the water that it was being thrown. they walked directly into the water. this is why I asked for the video to be reviewed. there's 2 main elements to a crime. the act + intent. There was no intent.

Evidence Provided: infraction report, photo, incident report, Offender Statement

Findings: ☒ Guilty of # 4111, 4111, 4220 ☐ Not Guilty of #

Evidence Relied On: infraction report, photo, incident report, offender's statement

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   (5)   Grid Level to Use: 3

(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s): 20 days detention
START 10·10·2020
END 10·30·2020

Reason(s) for findings: Request to review/copy video and/or Photos denied based on legitimate penological interest. Offender threw water out of his cell door striking 2 officers. It is unknown what the liquid was.

ADMINISTRATIVE REVIEW / DATE   10·1·22

DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM   L. Klanecky 9·30·20

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today. ☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: X unable to sign - cuffed in the back.

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C            MSP 3.4.1, Institutional Discipline            Effective January 1, 2020

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** S.A.U Yard 7/27/2020 | **Statement #:** 45839

**Incident Date:** 07/27/2020 | **Incident Time:** 03:00 PM | **Statement Date:** 07/27/2020

**Jurisdiction:** Montana State Prison | **Submission Category:** Submitted

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Secure Adjustment Unit Yard

### Summary of Incident

On the above date and approx. time I, Sgt. McKinnon, was called to the S.A.U yard by C/O (Correctional Officer) Porter, K. When I arrived to the yard I/M (Inmate) Whitford, M. #3015941 was shirtless, and was yelling at the other inmates in the yard about something. C/O Porter informed me at this point that a few inmates had their shirts off so he told them to put their shirts back on. All the inmates did as C/O Porter asked except I/M Whitford. So I walked over to I/M Whitford's cage and asked him to put his shirt on and cuff up. I/M Whitford immediately stated to me "Hell no". At this point I/M Whitford started to yell at my staff and me, a lot of what he was yelling could not be understood but, he did state to me several times that I was a punk ass sgt. and that if he was on the streets he would beat my ass no questions asked. I then asked one of my officers to go get the camera and record what he was doing and saying. At this point I turned to the inmate that was closest to me besides I/M Whitford and told him to come over and cuff up. This inmate was Wilkins, B. #3021504. I/M Wilkins ignored my first request to cuff off, so I told I/M Wilkins that everyone was going back inside and that he need to cuff up. I/M Wilkins again ignored my request. At this point I told I/M Wilkins "Direct order come to the gate and cuff up", again I/M Wilkins ignored me. I then told my staff to take in every inmate that is willing to cuff up and put them back in there cells. I then notified command post about everything that was going on and they said that IPS was on there way to S.A.U. My staff brought every inmate back inside the unit except for I/M Wilkins and I/M Whitford. At this point I/M Wilkins asked me if he could be cuffed up and brought back inside, I told him if he would cuff up he could be brought back inside, he agreed, so I had one of my officers cuff him up and take him inside the unit without any further incident from him. About 2 mins after I/M Wilkins was escorted inside the IPS team arrived at S.A.U. Upon arriving IPS SSGT. Segovia asked I/M Whitford if he was going to cuff up, I/M Whitford just continued to yell and attempted to stick his arm out of the slot trying to grab SSGT. Segovia. So IPS began to get there all of their gear on. Throughout the entire time IPS was getting their gear on I/M Whitford continued to yell at all of the staff. Once IPS had all of their gear on they went to his cage and order that I/M Whitford get on the ground I/M Whitford complied with this order and got on the ground. As soon as I/M Whitford was on the ground IPS went inside the cage and cuffed him. At this point IPS took I/M Whitford to RHU. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Porter, Kaleb | Officer watching the S.A.U yard. |
| Offender | Whitford, Makueeyapee - 3015941 | I/M that refused to cuff up and started to threaten staff. |
| Staff | Segovia, Danel | SSGT. of IPS dealing with I/M Whitford. |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - McKinnon, Bryceson

**Reporting Staff:** McKinnon, Bryceson | **Title:** Correctional Officer Sgt

**Signature:** *Bryceson McKinnon* | **Date:** 7-27-2020

### Notes

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

**Title:** S.A.U Yard 7/27/2020                                      **Statement #:**   45839

**Incident Date:**   07/27/2020     **Incident Time:**   03:00 PM     **Statement Date:** 07/27/2020

**Jurisdiction:** Montana State Prison                               **Submission Category:** Submitted

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:**  *Both offenders issued major write up*

**Supervisor Name:** *SSgt C. Francom*        **Title:** *Staff Sergeant*

**Signature:** *[signature]*                 **Date:** *7/27/2020*

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of Incident may be the only statement of the described Incident, or it may be one of several. All statements of this Incident will be collected and combined into a single Incident report.

**Page 2 of 2**

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

**Title:** Whitford yard incident

**Incident Date:** 07/27/2020    **Incident Time:** 03:00 PM    **Statement #:** 45833

**Jurisdiction:** Montana State Prison    **Statement Date:** 07/27/2020

**Submission Category:** Submitted

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/SAU Yard

### Summary of Incident

On the above date and approximate time, I C/O Porter was standing yard in SAU. When yard started I/M Whitford; M #3015941 had his shirt off, I asked I/M Whitford to put it back on. On my next lap around the yard cage, I/M Whitford again had his shirt off. I again told I/M Whitford to put his shirt on and that if I had to ask him again that I would be bringing him back in from yard early. Once told he would be going inside, I/M Whitford refused to cuff up. Command Post was notified and they came to the SAU Yard along with IPS to take over the situation. EOR.

### Involved Persons

| Category | Person | Narrative |
|----------|--------|-----------|
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Porter, Kaleb

**Reporting Staff:** Porter, Kaleb    **Title:** Correctional Officer 1

**Signature:** _Kaleb Porter_    **Date:** _____

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _Whitford placed PHC-DD in RHU_

**Supervisor Name:** _SSGT C. Francom_    **Title:** _Staff Sergeant_

**Signature:** _C. Francom_    **Date:** _7/27/2020_

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 1 of 1

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

RECEIVED BY

JUL 2 8 2020

DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*

MAJOR ☒          MINOR ☐

Inmate Name: Whitford, MaKueeyapee                    ID # 3015441
                   Last name          First Name

Date: 7-27-2020   Time: 1500   Place of Incident: S.A.U Yard
Room/Cell: UE-7   Housing Unit: S.A.U   Job Assignment: 9999-Unassigned
Infraction Number(s) & Name(s) 4235-Threatening any other person to include Staff.
4213-Refusing to Immediately obey a verbal "direct" order/command from any staff member.

Staff Witness: 1. C/o Porter          Other Inmates involved 1. _____
              2. _____                         2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and approx. time I, Sgt. McKinnon, was called to the S.A.U Yard by C/o Porter. Upon arriving to the yard I/m (Inmate) Whitford, M. #3015441 was screaming at the top of his lungs about something. I/m Whitford was shirtless at this point, so I walked to his yard cage and asked him to put his shirt on and cuffed up. I/m Whitford Immediately said "Hell no". At this point I started to have my staff bring in the rest of the yard. While my staff was bringing yard in, I/m Whitford stated to me several times that I was a punk ass corrections Sgt. and that if he was on the streets he would beat my ass no questions asked. He also stated that I was lucky that he did not want a life sentence without parole or he would kill a staff member. EOR

REPORTING STAFF MEMBER: Bryceson McKinnon          Bryceson, McKi...
                          (Print Name)                  (Sign Name)

Supervisor Review: _____          _____
                      (Print Name)                  (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical:_____   ☐ Mental Health:_____

Reason: 4235 is a lock up offense.

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____  7/27/2020  _____  7/28/20
(Shift Supervisor's Signature)  (Date)   (Warden or Designee Signature)  (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 7 / 30 / 2020   Time: _____ hrs.   Place: RHU
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☒ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____  7.27.20  _____
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 1, 2020

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

RECEIVED BY

OCT 0 1 2020

DISCIPLINARY

Inmate Name: _Whitford_ _____ _MaKweeyaPee_ ID # _301594l_

Last name                          First Name

Date: _4-30-20_  Time: _1500_  Place of Incident: _RHU_

Room/Cell: _LA-1_  Housing Unit: _RHU_  Job Assignment: _____

Infraction Number(s) & Name(s) _4216 - Flooding_

Staff Witness: 1. _____                Other Inmates involved 1. _____
              2. _____                                    2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date_
_and time, I c/o Johnson went onto A-block to give out_
_Stream Prog supplies when I noticed water coming out of_
_Inm Whitfords (eg Whitford had plugged his toilet or flooded. He_
_was also throwing water out of his cell towards the Plumbing Chase_
_His water was shut off and the flood was cleaned up. E.o.R_

REPORTING STAFF MEMBER: _D. Johnson_         _[signature]_
                        (Print Name)          (Sign Name)

Supervisor Review: _Sgt. Pomeroy_            _Sgt. Pomeroy_
                   (Print Name)              (Sign Name)

Inmate Status:    ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐Medical: _____   ☐ Mental Health: _____

Reason: _Already PHC -_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_[signature]_                _9/30/2020_         _[signature]_              _10/1/20_
(Shift Supervisor's Signature)   (Date)      (Warden or Designee Signature)    (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _10/15/20_  Time: _Any_ hrs.  Place: _RHU_
2. I understand the charge(s)?  ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf  ☐Yes ☒No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_Sgt J. Sharbes_           _10-1-20  10:28_        _[signature]_
(Staff Signature)          (Date & Time)          (Inmate's Signature / ID#)

Attachment B              MSP 3.4.1, Institutional Discipline         Effective January 1, 2020

EXHIBIT D
EXHIBIT D

**Montana State Prison**

**Restrictive Housing and Secure Adjustment Housing Unit**

**Status Review**

**Name of Inmate:** Whitford, Makueeyapee          **AO #** 3015941

**Date of Status Review:** 4/2/2020          **Housing Unit:** Restictive Housing

**7-Day Review** ☐  **Date of last Review:** Click or tap to enter a date.   **30-Day Review** ☒  **Date of last Review: 3/5/2020**

**Inmate Present for Review:** Yes ☐          No ☐    If no provide explanation:

Click or tap here to enter text.

**Date of placement:** 11/23/2017

**Reason for placement:** Assault on Staff

**Current Level Placement:** Level 1

**Number of days spent at current level:** 861

**Date of last review:** 3/5/2020

**Behavioral Log:**

| Date | Rule Violation | Details |
|------|----------------|---------|
| 2/11/2020 | 4111 | Assault on Staff |
| 1/30/2020 | 4228 | Failure to comply with policy  (grievance restriction) |
| 1/29/2020 | 4210 | Destroy Facility Property |
| 1/21/2020 | 4111/4235/4108/4218 | Assault on Staff/Threatening/Facilitating Severe Offense/Making Intoxicants |

**Programming**

Anger/Aggression Assessment Completed:          Yes ☒          No ☐          Date 3/9/2020

Interactive Journaling Progression:  Good ☐    Fair ☐  Poor ☐ Completed ☐

Step-Down Programming:          Good ☐          Fair ☐          Poor ☐ Start ☒ Completed ☐

**Additional Considerations: (**document any relevant behavior regarding additional areas such as mental health or health service compliance ie. referrals, medication compliance/non-compliance)

Medical and Mental Health haven't reported any concerns to the unit staff at this time.  From his door sheet he has accepted Medical and Mental Health Check Ins cell side.

**Review (provide recommendation for next reporting period and document whether previous referral tasks/goal were met)**

He has maintained clear conduct since 2/11/2020.  He is currently refusing his meals as part of a hunger strike, but he is taking his showers, and recreation.  His behavior and his hygiene have been good.  He has participated in Programming, and currently it is put on hold.  It is recommended that he remain on Level 1 until the next review.

EXHIBIT D
EXHIBIT D

**Recommendation of Reviewer:**

☐     Progress to Level 2           ☐     Progression to General Population

☐     Progress to Level 3           ☐     Level 5 – Mental Health

☐     Progress to Level 4           ☒     Remain at current level Click or tap here to enter text.

☐     Regress to previous level (poor behavior, not participating in programming) Click or tap here to enter text.


Name or Reviewer:  Den M. Lemmon       Title:  Case Manager

Date: 4/1/2020         Signature: _____

EXHIBIT D
EXHIBIT D

**NOTIFICATION**

| | |
|---|---|
| Whitford, Makueeyapee | 3015941 |
| NAME | MSP/DOC# |

Within a 72 hour period excluding weekends and holidays, a classification review will be held addressing your present custody level and housing/job assignment.  You will be present and have an opportunity to present additional information on your own behalf.

**REASON FOR NOTICE:**
Special review for level placement.

DATE:   8/12/20                    TIME:   1400

RECEIVED                    _____
                           Inmate Signature

AUG 1 2 2020                    4/5  Burbelu
                           Staff Signatures

Classification & Placement
Office
DATE:   8/11                    TIME: _____

RESULTS:   Inv. compted d/

_____
STAFF SIGNATURES

White – File          Canary – Counselor          Pink - Inmate

EXHIBIT D
EXHIBIT D

**Montana State Prison**

**Restrictive Housing and Secure Adjustment Housing Unit**

**Status Review**

**Name of Inmate:** Whitford, Makueeyapee                **AO #** 3015941

**Date of Status Review:** 3/5/2020            **Housing Unit:** Restictive Housing

**7-Day Review** ☐  **Date of last Review:** Click or tap to enter a date.  **30-Day Review** ☒  **Date of last Review: 2/4/2020**

**Inmate Present for Review: Yes** ☐      **No** ☐    **If no provide explanation:**

Click or tap here to enter text.

**Date of placement:** 12/6/2017

**Reason for placement:** Assaulting another inmate / Threatening Staff / STG

**Current Level Placement:** Level 1

**Number of days spent at current level:** 14 days

**Date of last review:** 2/4/2020

**Behavioral Log:** While inmate Whitford was on level 3 he showed very poor behaviors resulting in the MDT on 2/4/2020 regressing Whitford back to level 1. Since his last 30-day review inmate Whitford has had two hearings while in RHU. On 2/6/2020 inmate Whitford was found guilty of refusing a direct order to comply with his grievance restrictions. On 2/13/2020 Whitford also was found guilty of assaulting staff with an unknown liquid substance. On 2/27/2020 Whitford and yard with held from him for participation in a coordinated activity that caused a disturbance at yard on 2/26/2020

| Date | Rule Violation | Details |
|------|----------------|---------|
| 2/13/2020 | 4111 | Assaulting staff |
| 2/6/2020 | 4228, 4213 | Failure to obey written policy, Refusing a verbal direct order |
|  |  |  |
|  |  | RECEIVED |

**Programming**

MAR 06 2020

Anger/Aggression Assessment Completed:      Yes ☐      No ☒        Date Classification & Placement Office

Interactive Journaling Progression:  Good ☐   Fair ☐  Poor ☐ Completed ☐

Step-Down Programming:          Good ☐      Fair ☐      Poor ☒ Start ☐ Completed ☐

**Additional Considerations: (**document any relevant behavior regarding additional areas such as mental health or health service compliance ie. referrals, medication compliance/non-compliance)

Inmate Whitford has been seen by mental health and medical staff on a regular basis

**Review (provide recommendation for next reporting period and document whether previous referral tasks/goal were met)**

EXHIBIT D
EXHIBIT D

Inmate Whitford was sent back to RHU for SAU on 2/20/2020 and placed on level 1. Since being in the unit Whitford has participated in out of cell time utilizing recreation time at yard. However, his yard was restricted on 2/27/2020. His behavior has shown that Whitford is not read to progress through the levels he is currently at level 1 and scheduled to move to level 2 on 6/16/2020. However, the UMT feel due to his continued behaviors and his unwillingness to maintain clear conduct the UMT recommends that Whitford be restarted on his current level.

**Recommendation of Reviewer:**

| | | | |
|---|---|---|---|
| ☐ | Progress to Level 2 | ☐ | Progression to General Population |
| ☐ | Progress to Level 3 | ☒ | Remain at current level restarting level 1. |

☐   Regress to previous level (poor behavior, not participating in programming) Click or tap here to enter text.

Name or Reviewer: ST: Peoples          Title: Security tech

Date: 3/6/2020                              Signature: _____

RECEIVED

MAR 06 2020

Classification & Placement
Office

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☒   MWP ☐   CONTRACT FACILITY: _____

RECEIVED
FEB 18 2020
DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*
**MAJOR ☒        MINOR ☐**

Inmate Name: __Whitford__ __M__            ID # __301594/__
             Last name          First Name

Date: __2-11-20__  Time: __1300__  Place of Incident: __LHU1__
Room/Cell: __LC 3__  Housing Unit: __LHU1__  Job Assignment: __99999__
Infraction Number(s) & Name(s) __411  Assault with an unknown substance__

Staff Witness: 1. __Bellusci__        Other Inmates involved 1. _____
               2. _____                            2. _____

Description of Violation: (who, what, why, where, when and how): __On the above date and approximate time while cleaning up a flood on Lower C Block Inmate Whitford #301594/ shit on unknown substance through the crack of his door and covered my arm.__

REPORTING STAFF MEMBER: __Walter Hill__          __Walter Hill__
                              (Print Name)              (Sign Name)
Supervisor Review: __Sgt. Francom__          _____
                       (Print Name)              (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: __Already  PHC__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
__SS2 B.Milk__        __2/11/2020__  __D. Godfrey__        __2/12/20__
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __2/14/2020__  Time: __Any__ hrs.  Place: __RHU__
2. I understand the charge(s)?  ☐ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☐ Yes  ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf?  ☐ Yes  ☐ No  If inmate has witnesses, have him/her complete a Witness Request Form
5. Other pertinent notations:

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.
_____        __2-11-2020 2072__  __Refuse to S-94__
(Staff Signature)                (Date & Time)        (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

*RECEIVED BY FEB 12 2020 DISCIPLINARY*

Inmate Name: _Whitford_ _____ - _____   ID # _301594′_

Last name                        First Name

Date: _02/11/2020_   Time: _1300_   Place of Incident: _C Block   RHU_

Room/Cell: _LC3_   Housing Unit: _RHU_   Job Assignment: _9999_

Infraction Number(s) & Name(s)   _4104    4111_

Staff Witness: 1. _Walter Hill_        Other Inmates involved 1. _Bobbie Sluha_

2. _Travis Yones_                          2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date and time while mopping up a flood caused by inmate Whitford. Inmate Whitford threw an unknown fluid out the crack of his door and covered my (Officer Bellosci) right side._

REPORTING STAFF MEMBER: _L.O. Bellosci_
(Print Name)

Supervisor Review: _Sgt. C. Francona_        _(Sign Name)_
(Print Name)                               _(Sign Name)_

Inmate Status:   ☐ Pre-Hearing Confinement        ☒ Release to Previous Status   ☐ Other

Reason: _Already PHC_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_SSgt B. Mill_         _2/11/2020_   _D. Godfrey_         _2/12/20_
(Shift Supervisor's Signature)        (Date)        (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: _2/14/2020_   Time: _Any_ hrs.   Place: _RHU_
2. I understand the charge(s)?   ☐ Yes   ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?   ☐ Yes   ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf   ☐ Yes   ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____        _2-11-2020_ _2557_   _Refuse to Sign_
(Staff Signature)        (Date & Time)        (Inmate's Signature / ID#)

Attachment B·              MSP 3.4.1, Institutional Discipline              Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

### DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: Whitford, Makueeuapeau   ID # 3015941   Date: 2·13·2020

Infraction Number(s) & Name(s) 4111 – Assault ; 4111 - Assault

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: I haven't had access to policy rules + procedures. I also haven't had access to laws.

Evidence Provided: infraction report

Findings: ☒ Guilty of # 4111 / 4111   ☐ Not Guilty of # _____

Evidence Relied On: infraction reports

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ Grid Level to Use: 3
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): 4111 – $50.00 fine

4111 - $50.00 fine

Reason(s) for findings: Offender assaulted 2 staff members with an unknown liquid.

_____ 2/14/2020   B. Klanecky 2·13·2020

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _____

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                MSP 3.4.1, Institutional Discipline                Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## Disciplinary Appeal
(major infractions only)

Inmate's Name: Whitford, Makueeyapee 3015941
Date: 2/13/2020   Infraction(s): 4111-Assault ; 4111-Assault
Disciplinary Hearing Decision: $50.00 fine, $50.00 fine
**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.
_____
_____

2. Required disciplinary procedures were not followed. You guys are violating my civil rights by not allowing me to prepare a defense through the use of Policy & Procedures and law library access and because I have a grievance on Crystal Kleinchey because she doesn't hear me out not impartia
3. The sanction(s) is excessive.
_____
_____

_____   2/14/2020
Inmate Signature                    Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒ | NO ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.
☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.
☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:
   ☐ reduced sanction or level to:
   ☐ suspended sanction(s) for:

**Written justification for the action taken above:** The DHO's decision is correct. While in DHC status access to Law Library is restricted. While on Tablet restriction you can send a Kite to the Library for any request you need.

_____   3/2/2020
Warden or Designee Signature                    Date

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR** ☒   **MINOR** ☐

Inmate Name: _____   ID # _____
Last name                        First Name

Date: 1-30-20   Time: _____   Place of Incident: _____
Room/Cell: _____ Housing Unit: _____ Job Assignment: _____
Infraction Number(s) & Name(s): _____

Staff Witness: 1. _____   Other Inmates involved 1. Casterline David
2. _____                   2. _____

Description of Violation: **(who, what, why, where, when and how):** _____
_____
_____
_____
_____
_____

REPORTING STAFF MEMBER: _____   _____
(Print Name)                         (Sign Name)

Supervisor Review: _____   _____
(Print Name)                         (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_Lt Snyder_   _1 /30 2020_   _____   __/__/__
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 02/06/19   Time: _____ hrs.   Place: RHU
2. I understand the charge(s)?   ☒ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes  ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☒ Yes  ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: Casterline, Royce

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_Carrie Walsted_   _02-04-2020_   _____
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

SAW2O400

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

### DISCIPLINARY HEARING DECISION

MAJOR ☒                MINOR ☐

Inmate's Name: __Whitford Makueeyapee__   ID # __3015941__   Date: __02·06·20__

Infraction Number(s) & Name(s): __(4228)- Failure to obey policy 3.3.3  4213· Refusing a direc__

☒ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN __ordi·__

Continuance granted to Date: ___ / ___ / _____ By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: __The 1st amendment states we have the right__
__of freedom of speech. Some people need help from people__
__like me. Rule + Access to Policy Violation on behalf__
__of state.__

Evidence Provided: __Infraction Report / Evidence (Policy's)__

Findings: ☒ Guilty of # __4228 + 4213__    ☐ Not Guilty of # ____

Evidence Relied On: __Infraction Report / Evidence (Policy's)__

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4   ⑤ Grid Level to Use: __3__
(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s): __Refer to UMT__

Reason(s) for findings: __Offender refused direct order__
__to comply with his grievance restriction.__

_____ __2/11/2020__   __Carrie Walsto__
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _____   __3015941__   __2-6-2020__

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

RECEIVED BY
FEB 1 0 2020
DISCIPLINARY

MSP ☒  MWP ☐  CONTRACT FACILITY: _____

### Disciplinary Appeal
(major infractions only)

Inmate's Name: Whitford Makuueyapee   ID # 3015941

Date: 02/06/20   Infraction(s): 4213-Refusing a direct order (4228) Failure to policy 3.3.3

Disciplinary Hearing Decision: Refer to UMT

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision. Policy says submit, I never submitted a grievance for anyone. I worded a wrote a police grievance for someone, policy is unconstitutional on its face and as applied. I can help people.

2. Required disciplinary procedures were not followed. I was not able to prepare a defense because I could not access the policy prior to my hearing in order to research this infraction.

3. The sanction(s) is excessive. I was helping a fellow prisoner. There is no alternative for people who are not Adks I know the law and how to apply it and word it, something others need help with. It is protected conduct

_____   2/6/2020
Inmate Signature              Date

**WARDEN OR DESIGNEES RESPONSE**

**Warden or designee:**

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒ | NO ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

☐ reduced sanction or level to:

☐ suspended sanction(s) for:

Written justification for the action taken above: The DHO's decision is correct. You are not allowed to assist other inmates unless you are an ADA aid for a particular inmate

_____   2/21/2020
Warden or Designee Signature      Date

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)
Revised: December 2014

OMS

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY
JAN 3 0 2020
DISCIPLINARY

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*
MAJOR ☒        MINOR ☐

Inmate Name: **Whitford**          **Makueeyapee**     ID # 3015941
             Last name              First Name

Date: 1-29-20   Time: 2230   Place of Incident: Montana State Prison
Room/Cell: 2C2   Housing Unit: RHU   Job Assignment: Unassigned
Infraction Number(s) & Name(s) 4218: Destroying State Property

Staff Witness: 1. C/o Just.                 Other Inmates involved 1. _____
              2. _____                                    2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and time
I/m Whitford an#3015941 was in his cell in Restricted Housing Unit on
C-Block in lower 2 House and was standing in his cell in an inch of
water and his matress and Pillow destroyed. I C/o Turner
along with C/o Just asked why his mattress and pillow was destroyed.
He said he did that on second shift because he had been standing in
water all day. C/o Just and I left the Block and I called Command
Post. EOR.

REPORTING STAFF MEMBER: C/o Turner
                        (Print Name)                    (Sign Name)

Supervisor Review: _____
                   (Print Name)                         (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: Already PHC

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
CT. _____    1-29-2020
(Shift Supervisor's Signature)   (Date)          (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 02/03/20   Time: _____ hrs.   Place: LHU
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☒Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf: ☐Yes ☒No. If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: Agreement Restitution

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.
Carrie Walsh          01-30-20    unable to sign
(Staff Signature)          (Date & Time)          (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D



**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

### Agreement / Waiver / Refusal Form

### Major/Minor Inmate Disciplinary Infractions

Agreement ☒               Waiver to Attend Hearing ☐               Refusal to Attend Hearing ☐

Inmate Name: Whitford Makuuyapee               ID #: 3015941

Date: 01/30/2020     Time: 1230               Housing Unit: RHU

Infraction Number(s) and Description: 4210-Destroying state property

---

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4  ⑤] **Grid Level to Use:** 3
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanctions: Restitution Mattress $118 + Pillow $21   Total $139

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: Offender did agreement on infraction   Date: 01 /30 /30

---

☐ **Waiver to Attend Disciplinary Hearing:**  Inmate waives right to hearing and appeal.

Inmate Signature:_____               Date:____ /____ /____

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:_____*

Inmate Signature:_____               Date:____ /____ /____

---

Officer/Witness Signature:_____               Date:____ /____ /____

Disciplinary Hearing Officer/Unit Disciplinary Team /Carrie Walster   Date: 01/30/30

Administrative Review Signature:_____               Date: 2/3/2020

Copies to:  Records (White)     Parole Board-Majors (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Revised: Oct 2012

EXHIBIT D
EXHIBIT D

 



## Montana Department of Corrections

### Statement of Incident

**Title:** shift change RHU

**Statement #:** 38165

**Incident Date:** 01/29/2020     **Incident Time:** 10:30 PM     **Statement Date:** 01/30/2020

**Jurisdiction:** Montana State Prison

### Incident Scene

Incident Occurred at Facility?  Yes

**Location:** Montana State Prison/Maximum Security/Restrictive Housing/LOWER/2/RHU C Block Lower 2

### Summary of Incident

On the above date and time I CO Samuel Just and CO Levi Turner started a security check in Restricted housing, on lower C block I found IM Makueeyapee, Whitford ao# 3015941 in lower C 2 standing in an inch of water from a earlier flood his mattress was also torn to pieces. Whitford stated that his cell had been in that condition since flooding sometime earlier on second shift. We contacted Command Post moved Whitford to LC3 and wrote him up for destruction of prison property.EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Turner, Levi | |

### Source and Documentation

Anonymous Informant:  No

Information Source:  Staff - Just, Samuel

Reporting Staff:  Just, Samuel                                   Title: Correctional Officer

**Signature:** Sam Just                     **Date:** 1 - 30 - 2020

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** Reviewed + Processed

**Supervisor Name:** M MAthew                 **Title:** LT

**Signature:** LT- UliCupd                 **Date:** 1-29-2020

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

RECEIVED BY
JAN 22 2020
DISCIPLINARY

Inmate Name: _Whitford, Makueeyapee_

Last name                    First Name

ID# 3015941

Date: 1/21/2020   Time: 0940   Place of Incident: SAU LA-84

Room/Cell: LA-4   Housing Unit: SAU   Job Assignment: Unassigned 99999

Infraction Number(s) & Name(s): 4108: Planning attempting encouraging or conspiring with others to commit any criminal act or 4100 series Infraction.
4235: Threatening any other person to include stealth

Staff Witness: 1. _____   Other Inmates involved 1. _____
2. _____                        2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and time I, SSG Segovia, meet the IPS Officers who were escorting Whitford from the grievance coordinator in cell LA-4. While waiting for the restraint chair Inmate Whitford was claiming he was going to get other "Lifers" to help him stab staff, take hostages, and rape female staff. While he was in the restraint chair and attempting to buck out I was resecuring the straps when inmate Whitford attempted to head butte me. He was escorted to the safety cell in RHU. EOR.

_____

_____

_____

_____

REPORTING STAFF MEMBER:   _____   D Segovia

(Print Name)                      (Sign Name)

Supervisor Review:   _____   _____

(Print Name)                      (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Reason: Threat to security

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   1/21/2020   _____ Zuber CPT   1/27/20

(Shift Supervisor's Signature)   (Date)          (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

on or before

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: 1/24/2020   Time: Any hrs.   Place: RHU
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

Jo Bibruha   1/22/2020 0550   Unable to Sign while in

(Staff Signature)   (Date & Time)   SAU # 2   (Inmate Signature / ID#)

_____

Attachment B        MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

### DISCIPLINARY   HEARING   DECISION

MAJOR ☑                    MINOR ☐

Inmate's Name: _Whitford, Makueeyapee_   ID # _3015941_ Date: _1/28/20_

Infraction Number(s) & Name(s)  _4108 Planning Attempting Encouraging 4235 Threatening_

☐ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: _1 / 27 / 20_  By:  _Sgt. Hart_

Reason: _Other hearings officer needed, SMP_

Plea: ☐ Guilty   ☐ Not Guilty   ☐ Other:_____

Inmate's Statement: _I never said I would rape female staff, I said other staff like "Fuck this", I "hate this shit," At no time did I threatening anyone. I was soft venting. I didn't say anything about stabbing or killing. If anything its insolence. Only after I was taken to ground did I threaten to stab and fuck their wives._

Evidence Provided: _Incident Report_

---

Findings:  ☑ Guilty of # _4108, 4235_     ☐ Not Guilty of # _____

Evidence Relied On: _Incident Report_

---

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5 ] **Grid Level to Use:** __
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _5 days DeT 4108, 4235 Aggragated_

---

Reason(s) for findings:                    _Jeopordizes safety & security_

---

_[signature]_          _2/3/2020_          _[signature]_
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☑ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _unable to sign - given appeal_

---

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

Pg - 2 of 4

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY

JAN 3 0 2020

DISCIPLINARY

### Disciplinary Appeal
(major infractions only)

Inmate's Name: **Whitford, M**                    ID # **3015941**

Date: **1 / 28 / 20**   Infraction(s): **4108 / 4235**

Disciplinary Hearing Decision: **5 days DET 4108; 4235 Aggravated**

**Instructions:** Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision. (continued from pg 1) Didn't even attempt to review the video and I requested it per Piggy v. Hanks (A court case) and asked to review it myself. This IPS officer was way out of line, and I will take a lie detector

2. Required disciplinary procedures were not followed. (continued from pg 1) continue to attempt to contact the Law Library via OSR and each time I am denied because they tell me it costs 20 something for copies, even when I do not request copies, even when all

3. The sanction(s) is excessive. (continued from pg 1) tunity to face this behavior head on and to stop corrupt practices in the MT Department of Corrections. I don't care who it is, nobody deserves to be assaulted. Not for non-compliance of the lips.

_____               1 / 28 / 2020
Inmate Signature                          Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☑ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☑ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☑ | ☐ |

**Decision:**

☑ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

    ☐ reduced sanction or level to:

    ☐ suspended sanction(s) for:

**Written justification for the action taken above:** The DHO's decision is correct. Evidence supports decision.

_____               2 / 5 / 2020
Warden or Designee Signature              Date

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)
Revised: December 2014

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒   MINOR ☐

*RECEIVED BY JAN 22 2020 DISCIPLINARY*

*E*

Inmate Name: Whittford          Makueeyapee          ID # 3015941
                 Last name              First Name

Date: 01.21.2020   Time: 0930   Place of Incident: SAU, MSP

Room/Cell: LF-2   Housing Unit: SAU   Job Assignment: _____

Infraction Number(s) & Name(s) 4235 - Threatening any other person to include staff, volunteers, visitors, vendor member of the public, etc. with bodily harm. verbal or written statements or engaging in physical conduct causing fear in another person

Staff Witness: 1. _____   Other Inmates involved 1. _____
              2. _____                        2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and time I, IPS 8 Reistad, was in SAU escorting Whittford, M AO# 3015941 to LA-4. Once in LA-4 Whittford was starting making threats. Whittford stated multiple times that he would love to stab us. Whittford stated that he would get enough inmates to take us hostage. Once the restraint chair showed up, we were applying the restraints on the chair to Whittford. During this process, Whittford tried to head butt me.

REPORTING STAFF MEMBER: D. Reistad FPS8          (Sign Name)
                         (Print Name)

Supervisor Review: _____          _____
                   (Print Name)              (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other
Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

SSG S. Mill          1/21/2020   Tuber CPT 1/21/20
(Shift Supervisor's Signature)   (Date)          (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 1/24/2020   Time: ANY hrs.   Place: SAU
2. I understand the charge(s)?   ☐ Yes   ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?   ☐ Yes   ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf?   ☐ Yes   ☐ No   If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____          1/21/2020   2030   Refused
(Staff Signature)          (Date & Time)          (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒                    MINOR ☐

Inmate's Name: _Whittford, Makueeyapee_   ID # _3015941_ Date: _1/28/20_

Infraction Number(s) & Name(s)   _4235 - Threatening_

☐ **I DO UNDERSTAND THE VIOLATION**   ☐ **I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN**

Continuance granted to Date: _1 / 27 / 20_ By: _____Hart_____

Reason: _New hearings officer / SMP_____

Plea: ☐ Guilty   ☐ Not Guilty   ☐ Other: _____

Inmate's Statement: _That was after I was assaulted. I was beat up, kneed on the ground. I was fighting back after being assaulted. I did do some of those things but I was being mistreated. The officers misconduct started it._

Evidence Provided: _Infraction Report_

Findings: ☒ Guilty of # _4235_        ☐ Not Guilty of # _____

Evidence Relied On: _Infraction Report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5 ] **Grid Level to Use:** __
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _5 days DET_

Reason(s) for findings: _Jeopardizes Safety & Security_

_____   _2/3/2020_        _____
ADMINISTRATIVE REVIEW / DATE                 DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _Unable to sign; given appeal_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C              MSP 3.4.1, Institutional Discipline              Effective January 17, 2017

EXHIBIT D
EXHIBIT D

Page 3 of 4

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

RECEIVED BY

MSP ☑  MWP ☐  CONTRACT FACILITY:_____

JAN 3 0 2020

DISCIPLINARY

**Disciplinary Appeal**
(major infractions only)

Inmate's Name: _Whitford, M_  ID # _3615941_
Date: _1_ / _28_ / _20_  Infraction(s): _4235 Threatening_
Disciplinary Hearing Decision: _5 days DET_

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision. (continued from page 2) test in order to prove this and I demand one ... these co's are covering for this staff conduct which is a felony under Montana code Annotated for mistreatment of prisoners. I want

2. Required disciplinary procedures were not followed. (continued from pg 2) I ask for is legal materials and I am trying to research ... Due process is a right, not a privilege ... I requested a lie detect and video evidence ... this evidence is exculpatory and

3. The sanction(s) is excessive. (continued from pg 2) The condoning and falsifying of these documents by numerous correctional officers is also a chill on my constitutional rights. Doesn't it seem wierd that all of these infractions happened after

_____  Inmate Signature    _1_/_29_/_2020_ Date

**WARDEN OR DESIGNEES RESPONSE**

Warden or designee:

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☑ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☑ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☑ | ☐ |

Decision:

☑ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:
   ☐ reduced sanction or level to:
   ☐ suspended sanction(s) for:

Written justification for the action taken above: _The DHO's decision is correct. Evidence supports decision_

_____  Warden or Designee Signature    _2_/_5_/_2020_ Date

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Witford Use of force      **Statement #:**   37821

**Incident Date:** 01/21/2020    **Incident Time:**   10:30 AM     **Statement Date:** 01/21/2020

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/On the side walk going to RHU

### Summary of Incident

On the above date and approximate time I IPS Josephson while transporting inmate Witford to RHU from the infirmary in the restraint chair passed by IPS Reistad inmate witford began to rock violently from left to right. IPS Riestad then stopped so the straps could be tightened around his waist. While tightening the straps Inmate Witford thrust his hip out to resist the straps being tightened around his hips. IPS then pushed his hips down to tighten the belts during which he attempted to headbutt Staff Sergeant Segovia also my hand came close to his hand he then took that opportunity to pinch my right hand. i was able to pull my hand away once he was secured. Inmate Witford was then transported to RHU where he was placed in the isolation cell to calm down. After given time to calm down IPS transferred inmate Witford from the restraint chair to the isolation cell during which inmate Witford tried to pull his arm away and was unsuccessful. IPS was able to placed him in the isolation cell with a restraint retainer, cut away his clothes and was able to remove the cuffs from him. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Reistad, Dakotah | |
| Staff | Segovia, Danel | |
| Staff | Burnett, Paul | |
| Staff | Chaney, Donald | |
| Staff | Neighbor, Nickolas | |
| Staff | Postma, Joshua | |
| Staff | Steyh, Michele | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Josephson, David

**Reporting Staff:** Josephson, David      **Title:** Correctional Officer

**Signature:**      **Date:** 1/21/20

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:**

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Witford Use of force                                        **Statement #:**     37821

**Incident Date:**  01/21/2020      **Incident Time:**   10:30 AM        **Statement Date:** 01/21/2020

**Jurisdiction:** Montana State Prison

**Supervisor Name:** _Ben Jamieson_                **Title:** _Lieutenant_

**Signature:** _____                 **Date:** _1-21-2020_

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

**Page 2 of 2**

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

| | |
|---|---|
| **Title:** Use of Force | **Statement #:** 37817 |
| **Incident Date:** 01/21/2020    **Incident Time:** 09:30 AM | **Statement Date:** 01/21/2020 |
| **Jurisdiction:** Montana State Prison | |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/High Side/Secure Adjustment Unit/LOWER/Day Room

### Summary of Incident

On the above date and time I IPS 7 Neighbor, and the first shift IPS team was asked to escort inmate Whitford in SAU to the SGT office. When we arrived to perform the escort we were told Whitford was kicking his door and acting aggressively. We then escorted inmate Whitford from his cell to the SGT. office to meet with Mark lochrie, it was during this time I/m Whitford began yelling at Lochrie. The meeting was end and we began escorting him back to his cell. During the escort he began pulling away from the team. He was placed on the ground to gain compliance. We then started to escorted him to a detention cell when he became more combative towards us. We then escorted him to cell LA4 and place him on his knees. Whitford made multiple threats while in the cell about killing us, and getting the natives to riot. The restraint chair was then brought up to cell LA4. He was then escorted from his knees to the chair. Inmate whitford then attempted to head butt IPS officer Reistad. Whitford was then controlled until he was fully restrained in the chair. During this time inmate Whitford grabbed the inner part of my left thigh. Once in the chair he was escorted to the Infirmary where he was assessed by medical staff and the decision was made for safety and security of the institution that he would be medicated. Inmate Widford was very upset about this decision and attempted to resist against nursing staff who were administering the medication. Once he was cleared by medical, he was escorted to RHU. On the way to RHU inmate Widford attempted to thrust out of the chair. At that time the 1st shift IPS team rechecked the restraints and while attempting to re secure the waist strap inmate widford tried to head butt staff Sergeant segovia. He was then escorted two the safety management cell in RHU. Inmate whitford was placed in the restraint chair in the cell to give the medication time to take effect once inmate Whitford appeared calm the IPS team took him out of the restraint chair. While removing his right hand out of the restraint chair he tried to pull it out of the team¿s control. The cuff was placed on inmate whitford's right hand a staff forced his right hand to his back he then complied. He was removed out of the restraint chair and placed face down on the mattress in front of the cell inmate whitfords clothing was removed with scissors and the team left the cell without any more incident. Inmate widford was then instructed to come to the slot to be unrestrained which he complied; and the restraints were removed without incident. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | inmate involved |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Lochrie, Mark

**Reporting Staff:**   Neighbor, Nickolas        **Title:** Correctional Officer

**Signature:** Nickolas Neighbor        **Date:** 1-21-19

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:**  Use of Force                                                                 **Statement #:**      37817

**Incident Date:**    01/21/2020          **Incident Time:**      09:30 AM          **Statement Date:** 01/21/2020

**Jurisdiction:**  Montana State Prison

---

**Supervisor Review and Remarks:**  *Reviewed*

---

**Supervisor Name:** _____        **Title:** _____

**Signature:** *559 B. Mille*                               **Date:** *1-21-2020*

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

**Page 2 of 2**

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

RECEIVED BY
JAN 22 2020
DISCIPLINARY

Inmate Name: __Whitford__                    __M Aku__         ID # __301594 1__
                Last name                      First Name

Date: __1/2/2020__  Time: __2050__  Place of Incident: __SAU   LE2__

Room/Cell: __LF2__  Housing Unit: __SAU__   Job Assignment: _____

Infraction Number(s) & Name(s) __4218- making, possessing or using intoxicants.__

Staff Witness: 1. _____     Other Inmates involved 1. _____
               2. _____                            2. _____

Description of Violation: (who, what, why, where, when and how): __On the above date and time while rolling up Inmate whitford's #301594l property I C/o Marjerison found a tubberware container of pruno underneath whitfords desk.__

REPORTING STAFF MEMBER: __Tristan Marjerison__        _____
                              (Print Name)                  (Sign Name)

Supervisor Review:        _____        __Sgt Parker__
                              (Print Name)                  (Sign Name)

Inmate Status:  ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Reason: __Already PHC in RHU__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____                __1/21/2020__        _____              / /
(Staff Supervisor Signature)        (Date)        (Warden or Designee Signature)      (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __1/23/2020__  Time: __0630 hrs.__  Place: __RHU__
2. I understand the charge(s)?  ☐ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate)
3. I waive my right to a hearing?  ☐ Yes  ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf?  ☐ Yes  ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal!

_____        __1.22.1100__        __Unable to sign due to__
(Staff Signature)       (Date & Time)        __Placement__ (Inmate Signature)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

### STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☑          MINOR ☐

Inmate's Name: _Whitford, Makueeyapee_   ID # _3015941_  Date: _1/28/20_

Infraction Number(s) & Name(s) _4218 Making/Possessing Intoxicants_

☑ I DO UNDERSTAND THE VIOLATION      ☐ I DO NOT UNDERSTAND THE VIOLATION -- ADDITIONAL ACTION TAKEN

Continuance granted to Date: _1_/_27_/_20_  By: _Hart_

Reason: _____

Plea: ☑ Guilty    ☑ Not Guilty    ☐ Other: _____

Inmate's Statement: _It was not tested, it was just juice._

_On the basis of "making" intoxicants I will plead guilty_

Evidence Provided: _Infraction Report_

Findings: ☑ Guilty of # _4218_       ☐ Not Guilty of # _____

Evidence Relied On: _Infraction Report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5] Grid Level to Use: __
(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).

Sanction(s): _Refer to UMT_

Reason(s) for findings:
_Possession of Pruno jeoporizes the safety/security of the facility._

_____  _2/3/2020_        _____
ADMINISTRATIVE REVIEW / DATE                 DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☑ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _Unable to sign_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C               MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

*RHU*

INMATE: *Whitford,* AO#: *3015941* LOCATION: *SHU*

*Makueeyapee*

## HEARING CONTINUATION NOTICE #1

*Not: Also, I was drugged when they were trying read my papers. was not cohur*

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR *1/23 + 1/24* IS/ARE BEING CONTINUED UNTIL *1/28/2020*

FOR THE FOLLOWING REASONS: *arrange for other hearings officer*

Inmate Signature _____ DATED *1-23-2020*

Disciplinary _____ DATED *1-23-2020*

*************************************

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____ IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS:_____

_____

_____

Inmate Signature _____ DATED _____

Disciplinary _____ DATED _____

Revised: Oct 2012          Records (White)          Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

INMATE: Whitford, M    AO#: _____   LOCATION: RHU

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR 1·27·2020 IS/ARE BEING CONTINUED UNTIL 1·29·2020

FOR THE FOLLOWING REASONS: provide inmate copies
of infraction reports.

Inmate Signature _____ DATED _____

Disciplinary C.Klanecke DATED 1·27·2020

************************************

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____ IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS: _____

_____

Inmate Signature _____ DATED _____

Disciplinary _____ DATED _____

Revised: Oct 2012          Records (White)          Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

E

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

RECEIVED BY
JAN 22 2020
DISCIPLINARY

MAJOR ☒        MINOR ☐

Inmate Name: Whitford                    Makueeyapee        ID # 301,594
            Last name              First name

Date: 1-21-20   Time: 0930   Place of Incident: SAU A-block Dayroom
Room/Cell: 1E-2   Housing Unit: SAU   Job Assignment: 80 LP

Infraction Number(s) & Name(s): 4111 Assaulting any person

Staff Witness: 1._____   Other Inmates involved 1._____
              2._____                      2._____

Description of Violation: (who, what, why, where, when and how): On the above date and
time I IPS7 was helping restraint I/m Whitford in the
restraint chair when he grabbed my inner left thigh and
pinched. EOR

REPORTING STAFF MEMBER:      Nick Neighbor          N. Neighbor
                            (Print Name)            (Sign Name)

Supervisor Review:          _____        _____
                            (Print Name)            (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other
Reason:_____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

Sgt B.M.R         1-21-2020   N.____ Zuzca CAPT. 1-21-20
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 1/24/2020   Time: Any hrs.   Place: SAU
2. I understand the charge(s)?  ☐ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

1/21/2020  2030    Refused
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

**D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N**

MAJOR ☑          MINOR ☐

Inmate's Name: _Whitford Makueeyapee_   ID # _361544_  Date: _1/28/20_

Infraction Number(s) & Name(s)   _4111 Assault_

☐ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: _1_ / _27_ / _20_   By: _Hart_

Reason: _Off Hearings Officer / SMP_

Plea: ☐ Guilty   ☑ Not Guilty   ☐ Other:_____

Inmate's Statement: _I don't have Access To The legal library and/or use of force policies and other policies I Also want the back Reports._
_I was Assaulted, I want to view the camera. I'm entitled under The law. I want video as evidence. I was Assaulted!_

Evidence Provided: _Infraction Report ; ~~Infraction~~ Incident Reports_

Findings: ☑ Guilty of # _4111_          ☐ Not Guilty of #_____

Evidence Relied On: _Infraction Report ; Incident Reports_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5 ] **Grid Level to Use:** __
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _10 days DET_

Reason(s) for findings: _Jeporoizes Safrey & Security of Officers._

_____  _2/3/2020_          _____
ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☑ **I DO WISH TO APPEAL** (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _Unable to sign -given appeal_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C              MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

Pge 1 of 4

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

JAN 3 0 2020

DISCIPLINARY

### Disciplinary Appeal
(major infractions only)

Inmate's Name: __Whorford, M__   ID # __3015941__

Date: __1 28 20__   Infraction(s): __411 Assault__

Disciplinary Hearing Decision: __10 day DET__

**Instructions:** Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision. There was absolutely none the IPS officer blantantly assaulted me on video camera, then tried to write me up. He cannot assault me, then write me up for defending myself. He was the cause. There was no video. The hearing officer,

2. Required disciplinary procedures were not followed. I was not given a chance to Pre-Pare a defense because Lexis Nexis and Doc/MSP Policy and Procedures were not accessible to me on DHC and I am preparing them for court since they always find me guilty. I have and

3. The sanction(s) is excessive. Of course this sanction is excessive, I should not be held liable for staff conduct that is predatory and assaultive. Everyone condones everyone behavior and then frame inmates... this is an oppro-

_____   __1 29 2020__
Inmate Signature   Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒ | NO ☐ |

**Decision:**

☑ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

  ☐ reduced sanction or level to:

  ☐ suspended sanction(s) for:

**Written justification for the action taken above:** The Hearing Officer decision is correct. Evidence Supports the decision

_____   __2 5 2020__
Warden or Designee Signature   Date

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Revised: December 2014

OMIS

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

**Title:** Witford Use of force                                                                 **Statement #:**   37821

**Incident Date:**  01/21/2020     **Incident Time:**    10:30 AM          **Statement Date:** 01/21/2020

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?**  Yes

**Location:**  Montana State Prison/Maximum Security/On the side walk going to RHU

### Summary of Incident

On the above date and approximate time I IPS Josephson while transporting inmate Witford to RHU from the infirmary in the restraint chair pushed by. IPS Riestad inmate witford began to rock violently from left to right. IPS Riestad then stopped so the straps could be tightened around his waist. While tightening the straps Inmate Witford thrust his hip out to resist the straps being tightened around his hips. IPS then pushed his hips down to tighten the belts during which he attempted to headbutt Staff Sergeant Segovia also my hand came close to his hand he then took that opportunity to pinch my right hand. i was able to pull my hand away once he was secured. Inmate Witford was then transported to RHU where he was placed in the isolation cell to calm down. After given time to calm down IPS transferred inmate Witford from the restraint chair to the isolation cell during which inmate Witford tried to pull his arm away and was unsuccessful. IPS was able to placed him in the isolation cell with a restraint retainer, cut away his clothes and was able to remove the cuffs from him. EOR

### Involved Persons

| Category | Person | Narrative |
|----------|--------|-----------|
| Staff | Reistad, Dakotah | |
| Staff | Segovia, Danel | |
| Staff | Burnett, Paul | |
| Staff | Chaney, Donald | |
| Staff | Neighbor, Nickolas | |
| Staff | Postma, Joshua | |
| Staff | Steyh, Michele | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:**  No

**Information Source:**  Staff - Josephson, David

**Reporting Staff:**     Josephson, David                                **Title:** Correctional Officer

**Signature:**                                                           **Date:** 1/21/20

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

Supervisor Review and Remarks:

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Witford Use of force

**Statement #:** 37821

**Incident Date:** 01/21/2020 **Incident Time:** 10:30 AM **Statement Date:** 01/21/2020

**Jurisdiction:** Montana State Prison

**Supervisor Name:** _Ben Jamieson_ **Title:** _Lieutenant_

**Signature:** _[signature]_ **Date:** _1-21-2020_

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | | |
|---|---|---|
| **Title:** Use of Force | | **Statement #:** 37817 |
| **Incident Date:** 01/21/2020 | **Incident Time:** 09:30 AM | **Statement Date:** 01/21/2020 |
| **Jurisdiction:** Montana State Prison | | |

### Incident Scene

Incident Occurred at Facility? Yes

**Location:** Montana State Prison/High Side/Secure Adjustment Unit/LOWER/Day Room

### Summary of Incident

On the above date and time I IPS 7 Neighbor, and the first shift IPS team was asked to escort inmate Whitford in SAU to the SGT office. When we arrived to perform the escort we were told Whitford was kicking his door and acting aggressively. We then escorted inmate Whitford from his cell to the SGT. office to meet with Mark lochrie, it was during this time I/m Whitford began yelling at Lochrie. The meeting was end and we began escorting him back to his cell. During the escort he began pulling away from the team. He was placed on the ground to gain compliance. We then started to escorted him to a detention cell when he became more combative towards us. We then escorted him to cell LA4 and place him on his knees. Whitford made multiple threats while in the cell about killing us, and getting the natives to riot. The restraint chair was then brought up to cell LA4. He was then escorted from his knees to the chair. Inmate whitford then attempted to head butt IPS officer Reistad. Whitford was then controlled until he was fully restrained in the chair. During this time inmate Whitford grabbed the inner part of my left thigh. Once in the chair he was escorted to the Infirmary where he was assessed by medical staff and the decision was made for safety and security of the institution that he would be medicated. Inmate Widford was very upset about this decision and attempted to resist against nursing staff who were administering the medication. Once he was cleared by medical, he was escorted to RHU. On the way to RHU inmate Widford attempted to thrust out of the chair. At that time the 1st shift IPS team rechecked the restraints and while attempting to re secure the waist strap inmate widford tried to head butt staff Sergeant segovia. He was then escorted two the safety management cell in RHU. Inmate whitford was placed in the restraint chair in the cell to give the medication time to take effect once inmate Whitford appeared calm the IPS team took him out of the restraint chair. While removing his right hand out of the restraint chair he tried to pull it out of the team¿s control. The cuff was placed on inmate whitford's right hand a staff forced his right hand to his back he then complied. He was removed out of the restraint chair and placed face down on the mattress in front of the cell inmate whitfords clothing was removed with scissors and the team left the cell without any more incident. Inmate widford was then instructed to come to the slot to be unrestrained which he complied, and the restraints were removed without incident. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | inmate involved |

### Source and Documentation

Anonymous Informant: No

Information Source: Staff - Lochrie, Mark

| | |
|---|---|
| **Reporting Staff:** Neighbor, Nickolas | **Title:** Correctional Officer |

Signature: Nickolas Neighor        Date: 1-21-19

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

---

Note: This statement of Incident may be the only statement of the described Incident, or it may be one of several. All statements of this Incident will be collected and combined into a single Incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Use of Force                                    **Statement #:**     37817

**Incident Date:**   01/21/2020      **Incident Time:**   09:30 AM      **Statement Date:** 01/21/2020

**Jurisdiction:** Montana State Prison

---

**Supervisor Review and Remarks:** *Reviewed*

---

**Supervisor Name:** _____          **Title:** _____

**Signature:** *559 B Miller*                          **Date:** *1-21-2020*

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 2 of 2

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒       MINOR ☐

Inmate Name: __Whitford   Makueeyapee__   ID # 301594|

     Last name                          First Name

Date: 1/21/2020   Time: 0940   Place of Incident: SAU LA-84

Room/Cell: LA-4   Housing Unit: SAU   Job Assignment: Unassigned 99999

Infraction Number(s) & Name(s): 4108: Planning attempting encouraging, or conspiring with others to commit any criminal act or 4100 series Infraction.

4235: Threatening any other person to include staff.

Staff Witness: 1. _____   Other Inmates involved 1. _____
           2. _____                              2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and time I, SSG Segovia, meet the IPS Officers who were escorting Whitford from the grievance coordinator in cell LA-4. While waiting for the restraint chair Inmate Whitford was claiming he was going to get other "Lifers to help him stab staff take hostages, and rape female staff. While he was in the restraint chair and attempting to buck out I was resecuring the straps when inmate Whitford attempted to head butte me. He was escorted to the safety cell in RHU. EOR

REPORTING STAFF MEMBER: _____   D Segovia

Supervisor Review:         (Print Name)              (Sign Name)

                  (Print Name)              (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Reason: Threat to security

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

SSG ___ Segovia ___   1/21/2020 _____   / /
(Shift Supervisor's Signature)       (Date)          (Warden or Designee Signature)     (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

   on or before

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: 1/24/2020   Time: Day hrs.   Place: RHU
2. I understand the charge(s)?   ☐ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☐ Yes  ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf?  ☐ Yes  ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____   _____   _____
(Staff Signature)          (Date & Time)         (Inmate's Signature / ID#)

Attachment B         MSP 3.4.1, Institutional Discipline         Effective January 17, 2017

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

| | | |
|---|---|---|
| **Title:** u.o.f. Whitford | | **Statement #:** 37805 |
| **Incident Date:** 01/21/2020 | **Incident Time:** 10:00 AM | **Statement Date:** 01/21/2020 |

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/trauma room- RHU walk- SMC in RHU

### Summary of Incident

On the above date and time I, IPS Chaney went and met with first shift IPS team along with I/M Whitford in a restraint chair to be evaluated by medical. In the trauma room I/M Whitford was highly agitated, cussing and threating towards the IPS team. After medical staff and mental health evaluated and administered shots to I/M Whitford we brought him to R.H.U. By half way up the walk we had to stop because I/M Whitford jerking and bucking in the chair. At one point I/M Whitford attempted to head butt SSG Segovia while restraining the waist area. I placed I/M Whitford in the SMC cell for the shots to take affect. Once we deemed it safe to get I/M Whitford out of the restraint chair. We pulled his right arm out and I/M Whitford went on the fight by pulling and grabbing with the right hand. Once we got control we placed I/M Whitford on to the mattress to start his S.M.P. without further incident.

END OF REPORT

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Burnett, Paul | |
| Staff | Reistad, Dakotah | |
| Staff | Neighbor, Nickolas | |
| Staff | Josephson, David | |
| Staff | Segovia, Danel | |
| Staff | Postma, Joshua | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Chaney, Donald

**Reporting Staff:** Chaney, Donald      **Title:** Correctional Officer

**Signature:** _(signature)_      **Date:** 1-21-2020

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** Reviewed/Distributed

**Supervisor Name:** W Larson      **Title:** SSG

Note: This statement of Incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D<br>EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** u.o.f. Whitford                                     **Statement #:**     37805

**Incident Date:**   01/21/2020      **Incident Time:**   10:00 AM          **Statement Date:** 01/21/2020

**Jurisdiction:** Montana State Prison

**Signature:** _____          **Date:** 1-21-2020

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

**Page 2 of 2**

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** I/M Whitford immediate use of force | **Statement #:** 37803 |
| **Incident Date:** 01/21/2020    **Incident Time:** 09:30 AM | **Statement Date:** 01/21/2020 |

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/High Side/Secure Adjustment Unit/E/day room area

### Summary of Incident

On the above date and time I IPS officer Burnett #13 along with IPS officers Reistad and Neighbor went to the SAU because the grievance specialist Lochrie needed to see I/M Whitford, M. AO#3015941, to give him grievance restrictions. When we arrived we were told by the unit Sargent that I/M Whitford was upset and kicking his door, I then called SSGT Segovia to notify him of the situation and get further instruction. We then went to talk to I/M Whitford and see if he wanted to come see the grievance specialist he didn't believe us and that if "this was a trick to take me to the hole you better be strong." We told him were just going to take him to the Sargents office and let him talk to grievance specialist, we were able to deescalate him to comply. We went in to restrain him, we then took him to the sargents office when I/M Whitford was told that he was going to be given a grievance restrictions. I/M Whitford got upset and began to swear at him that he wasn't going to sign the restriction form I told I/M Whitford that he "wasn't going to swear at staff like that" the grievance specialist said he was done. we then took I'M Whitford to his block and was swearing at me that i was a "punk ass bitch and he'll kick my ass" We got back on to his block and he jerked away from me we then had an unplanned use of force taking him to the ground. We then began to escort him and he continued to be combative so we then took him to the floor again and asked him if he was going to walk which he did. we got him to Detention cell L-A-4. At that time IPS officers SSGT Segovia and officer Chaney arrived and said there have the restraint chair coming, I/M Whitford continued to be belligerent and threaten to stab us, and to take us hostage, to riot, and to kill and rape female staff. When the restraint chair arrived we began to put him in the chair and he attempted to head butt Reistad and grabbed Neighbor's leg we got him under control and we then took him to the infirmary to be assessed by medical staff at this time IPS officer Josephson arrived he would not calm down so he was given a injected medication which he did not want. We then escorted him to RHU and placed into SMC #2 for a few minutes to let the medication take effect we later went to take him out of the restraint chair and once the arm restraint was taken off he attempted to get his hand free and tried to headbutt Segovia and grabbed Josephson we got him under control and he was then taken to the floor on his mattress and he was with the restraint retainer applied to his hand cuffs his clothes were removed and we backed out of the cell the door was closed and hand cuffs removed. End of report.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Reistad, Dakotah | |
| Staff | Neighbor, Nickolas | |
| Staff | Segovia, Danel | |
| Staff | Chaney, Donald | |
| Staff | Josephson, David | |
| Staff | Lochrie, Mark | |
| Staff | Postma, Joshua | |

### Source and Documentation

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** I/M Whitford immediate use of force      **Statement #:** 37803

**Incident Date:** 01/21/2020    **Incident Time:** 09:30 AM    **Statement Date:** 01/21/2020

**Jurisdiction:** Montana State Prison

**Anonymous Informant:** No

**Information Source:** Staff - Burnett, Paul

**Reporting Staff:** Burnett, Paul      **Title:** Correctional Officer

**Signature:** _IP3 ___ #13_      **Date:** 01/21/2020

**Notes**

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _Reviewed / Distributed_

**Supervisor Name:** _W Larson_      **Title:** _SSG_

**Signature:** _SSG ____      **Date:** _1-21-2020_

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | ___ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

**Page 2 of 2**

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Use of Force on Whittford                     **Statement #:**     37811

**Incident Date:**   01/21/2020    **Incident Time:**   09:30 AM        **Statement Date:** 01/21/2020

**Jurisdiction:** Montana State Prison

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/High Side/Secure Adjustment Unit/E/LOWER/2

## Summary of Incident

On the above date and time I, IPS 8 Reistad, was in SAU to take inmate Whittford from LE-2. We took Whittford out of his cell off of E-Block to the Sergeant's office. The grievance coordinator was talking to Whittford, and Whittford was getting extremely aggravated. He keep saying." Fuck this. Im not signing this fucking paper." Whittford was asked by IPS P Burnett to to watch his language. Whittford replied " Fuck that.", and was getting more and more agitated. IPS P Burnett and I escorted Whittford out of the Sergeant's office. While Whittford was being escorted back to his block he kept saying " Fuck that punk mother fucker." Once on to E-block before the stair well, Whittford tried to pull away. Whittford was escorted to the the ground. Whittford was resisting while I tried to apply a spit hood. More officers came onto the block to assist us help escort Whittford. As we were heading toward the sally port, Whittford began to resist. Whittford was escorted to the ground. After regaining control over Whittford, we escorted him to A-Block. Whittford was taken to LA-4, Whittford stated that he gets hard at the thought of stabbing us. Whittford also stated that once he was out on the yard that he would get five Native's to one of us and beat us pussies down. Whittford stated many times that he was going to take us hostage and he just needed to get enough people to do it. Whittford continued to make threats until the restraint chair arrived. We took inmate Whittford out of LA-4 to put him in the restraint chair. As we were applying the chair restraints, Whittford tried to head but me. After he was restrained to the chair, Whittford was escorted to the Infirmary. On the way to the Infirmary, Whittford was continually make threats that he was going to kill us. Once in the Infirmary, Whittford was yelling " Fuck these punk mother fuckers." He was assessed by medical and was starting to be escorted to RHU. On the walk to RHU, Whittford tried thrusting out of the chair. Some of the restraints started to become loose, so we adjusted them. At that time, Whittford tried to head butt IPS Segovia. Once in RHU, Whittford was placed in SMC-2 in the restraint chair. After waiting for Whittford to calm down, we went back to SMC-2 to get him out of the restraints. Once some of the chair restraints were removed, Whittford started to resist. Once we regained control of Whittford, we continued to remove the chair restraints and applied handcuffs. After that we placed Whittford into the SMC cell. His clothes were removed by scissors. After that Whittford's leg restraints were removed and we exited the cell. As the handcuffs were being removed, Whittford resisted. The least amount of force was used to get the handcuffs off of Whittford. EOR

## Involved Persons

| Category | Person | Narrative |
| --- | --- | --- |
| Staff | Burnett, Paul | |
| Staff | Neighbor, Nickolas | |
| Staff | Josephson, David | |
| Staff | Chaney, Donald | |
| Staff | Segovia, Danel | |
| Staff | Lochrie, Mark | |
| Offender | Whittford, Makueeyapee - 3015941 | |

## Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Reistad, Dakotah

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Use of Force on Whittford                              **Statement #:**   37811

**Incident Date:** 01/21/2020        **Incident Time:**   09:30 AM       **Statement Date:** 01/21/2020

**Jurisdiction:** Montana State Prison

**Reporting Staff:**    Reistad, Dakotah              **Title:** Correctional Officer

**Signature:** ~~Reistad~~ IPS8  **Date:**  01.21.2020

**Notes**

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** Reviewed / Distributed

**Supervisor Name:** W Larson                   **Title:**  SSG

**Signature:** SSG A Larson            **Date:** 1-21-2020

**Routing List (Place an X next to those this report will be distributed to):**

|  | Helena Office |  | Security Major |  | Medical |
|---|---|---|---|---|---|
|  | MSP Duty Officer |  | Unit Manager |  | Maintenance |
|  | Warden or Designee |  | Command Post |  | Investigator's Office |
|  | Deputy Warden |  | Inmate Records File |  | MCE |
|  | Associate Warden |  | Inmate Unit File |  | Safety Committee |
|  | Other |  |  |  |  |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

**Page 2 of 2**

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | | |
|---|---|---|
| **Title:** Use of Force Whittford | | **Statement #:** 37809 |
| **Incident Date:** 01/21/2020 | **Incident Time:** 09:40 AM | **Statement Date:** 01/21/2020 |
| **Jurisdiction:** Montana State Prison | | |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/High Side/Secure Adjustment Unit/A/LOWER/4/LA-4 to infirmary trauma room. Infirmary Trauma room to Safety cell in RHU

### Summary of Incident

On the above date and time I, SSG Segovia, received a call from IPS Officer Burnett stating that inmate Whitford was kicking his door and very aggressive. I told Officer Burnett to try and calm inmate Whitford down and explain to him that he wont go to see the grievance coordinator or to court with that type of behavior. I then left the armory to go to Secure Adjustment Unit. Once at the unit Staff had told me that inmate Whitford was good and that IPS had done 2 immediate uses of force. I then received a call from the command post stating that inmate Whitford is going into the restraint chair. I then meet IPS Officers Burnett, Reistad, and Neighbor in cell LA-4 and explained to them that inmate Whitford is going into the restraint chair. While waiting for the restraint chair inmate Whitford started getting very agitated and yelling that all staff is a bunch of bitches, he is going to stab all of us in the face, that he actually gets hard thinking about taking us hostage, and is going to rape female staff members. I told inmate Whitford that he doesn't want to do that and I wouldn't let that happen. He started to get even more agitated and threatening while stating he was going to get other "lifers" to help him. That it would be 5 natives against 1 staff member and he was going to kill them. At that time the restraint chair was brought to the unit and he was escorted to his feet to the restraint chair. While being placed in the restraint chair inmate Whitford attempted to head butt officer Reistad. Inmate Whitford was controlled until he was fully restrained in the chair. Once in the chair he was escorted to the infirmary where he was assessed by medical. Medical Staff made the decision for inmate Whitford safety and the security of the institution that he be medicated. Inmate Whitford was very upset about this decision and attempted to resist against nursing staff who was administering the medication. Once he was cleared by medical he was escorted to RHU. On the way to RHU inmate Whitford attempted to thrust out of the chair. At that time the team re-checked the restraints and while attempting to re-secure the waist strap inmate Whitford tried to head butt me. He was then escorted to the safety management cell in RHU. Inmate Whitford was placed in the restraint chair in the cell to give the medication time to take affect. Once inmate Whitford appeared calm the IPS team took him out of the restraint chair. While removing his right hand out of the restraint chair he tried to pull it out of the teams control. The cuff was placed on inmate Whitfords right hand and staff forced his right hand to his back. He then complied with orders to not resist us and place his left hand behind his back. Once his hand were secure the restraint retainer was applied and he was removed out of the restraint chair and placed face down on the mattress in front of the cell. Inmate Whitford's clothing was removed with scissors and the team left the cell without any more incidents. Inmate Whitford was then instructed to come to the slot to be unrestrained which he complied and the restraints were removed without any incident. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Lochrie, Mark

**Reporting Staff:** Segovia, Danel       **Title:** Correctional Officer Sgt

---

**Note: This statement of Incident may be the only statement of the described Incident, or It may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 1 of 2

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Use of Force Whittford                                          **Statement #:** 37809

**Incident Date:** 01/21/2020     **Incident Time:** 09:40 AM     **Statement Date:** 01/21/2020

**Jurisdiction:** Montana State Prison

**Signature:** _____     **Date:** 1/21/2020

**Notes**

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _Reviewed / Distributed_

**Supervisor Name:** W Larson                         **Title:** SSG

**Signature:** SSG W Larson                           **Date:** 1-22-2020

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note:** This statement of Incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

**Page 2 of 2**

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS  RECEIVED BY
JAN 22 2020
DISCIPLINARY  E

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING
*(Information and staff signatures on this form must be legible)*

MAJOR ☒          MINOR ☐

Inmate Name: **Whitford, M**          ID # **3015941**
Last name                    First Name

Date: **1-21-20**    Time: **1030**    Place of Incident: **Side walk going to RHU**

Room/Cell: _____   Housing Unit: _____   Job Assignment: _____

Infraction Number(s) & Name(s) **4111 assaulting staff**
_____
_____

Staff Witness: 1. _____       Other Inmates involved 1. _____
2. _____                2. _____

Description of Violation: (who, what, why, where, when and how): **On the above date and time IPS Josephson while transporting inmate Whitford to RHU he began to shake violently in the restraint chair. IPS stopped pushing the chair to resecure the restraints while securing the restraints Whitford pinched my right hand EOR**

REPORTING STAFF MEMBER: **David Josephson**          _(Sign Name)_
(Print Name)

Inmate Status:   ☐ Pre-Hearing Confinement      ☐ Release to Previous Status      ☒ Other
Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_(Shift Supervisor's Signature)_    **1/21/2020**    **ZUBER CPT**  **1/24/20**
(Date)      (Warden or Designee)    (Date)

### NOTICE OF HEARING/PREHEARING ACTION
I have received a copy of this notice and have been informed of my rights.
1. Hearing Date: **1/24/2020**   Time: **Any** hrs.   Place: **RHU**
2. I understand the charge(s)?   ☐ Yes   ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?   ☐ Yes   ☐ No (if yes, have the inmate sign a waiver form – attachment H)
4. Be present at the hearing and present evidence and witnesses on my behalf.  If inmate has witnesses have him/her complete a witness request form (attachment G.)
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

_____    **1/21/2020   2086**    _(signature)_
(Staff Signature)      (Date & Time)      (Inmate's Signature / ID#)

Copies to: ___   1. Records      2. Parole Board (Major)      3. Housing Unit      4. Inmate

Revised October, 2009          MSP 3.4.1, Institutional Discipline          Attachment B

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY   HEARING   DECISION**

MAJOR ☑                         MINOR ☐

Inmate's Name: _Whitford Makueepee_   ID # _3015941_ Date: _1/28/18_

Infraction Number(s) & Name(s) _4111 Assault_

☑ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: _1_ / _28_ / _20_   By: _____

Reason: _____

Plea: ☐ Guilty   ☑ Not Guilty      ☐ Other: _____

Inmate's Statement: _I was assaulted. I Im was thrown to the ground. I would like a lie detector test, its in the policy I was assaulted, it was self defense._

Evidence Provided: _Infraction Report, Incident Report_

Findings: ☑ Guilty of # _4111_                    ☐ Not Guilty of #

Evidence Relied On: _Infraction Report, Infraction Report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1    2    3    4    5 ] Grid Level to Use: __
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _10 days Det 8 day credit_

Reason(s) for findings: _Jeopardizes Safety & Security_

_____   _2/3/2020_          _____
ADMINISTRATIVE REVIEW / DATE                      DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☑ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _unable to sign - given appeal_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C            MSP 3.4.1, Institutional Discipline            Effective January 17, 2017

EXHIBIT D
EXHIBIT D

Page 4 of 4

RECEIVED BY

JAN 3 0 2020

DISCIPLINARY

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

### Disciplinary Appeal
(major infractions only)

Inmate's Name: **Whitford, M**                    ID # **3015941**

Date: **1/28/20**   Infraction(s): **4111 Assault**

Disciplinary Hearing Decision: **Guilty 10 days DET 8 day SS**

**Instructions:** Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision. (continued from pg 3) the attorney general notified of my allegations. I was punched, kneed, and albeit attacked, I did not posture. AW Godfrey is aware of these allegations. None of these infractions show why I was taken down. They first

2. Required disciplinary procedures were not followed. (continued from pg 3) can also erate me from all charges. When CO's cause this behavior and assault me the way they did, it can be expected that people will react the way I did. Especially in prison.

3. The sanction(s) is excessive. (continued from pg 3) the fact? why? I'll tell you why, I did not do anything to have force used against me... they could not use anything other than what happened after the fact to infract me. It needs to stop.

_____   Inmate Signature          **1/28/2020**   Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | |
|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒   NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒   NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒   NO ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

  ☐ reduced sanction or level to:

  ☐ suspended sanction(s) for:

**Written justification for the action taken above:** The DHO's decision is correct. Evidence supports decision.

_____   Warden or Designee Signature          **2/5/2020**   Date

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Witford Use of force                                    **Statement #:**  37821

**Incident Date:**  01/21/2020    **Incident Time:**  10:30 AM    **Statement Date:**  01/21/2020

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?**  Yes

**Location:**  Montana State Prison/Maximum Security/On the side walk going to RHU

### Summary of Incident

On the above date and approximate time I IPS Josephson while transporting inmate Witford to RHU from the infirmary in the restraint chair pushed by IPS Reistad inmate witford began to rock violently from left to right. IPS Riestad then stopped so the straps could be tightened around his waist. While tightening the straps Inmate Witford thrust his hip out to resist the straps being tightened around his hips. IPS then pushed his hips down to tighten the belts during which he attempted to headbutt Staff Sergeant Segovia also my hand came close to his hand he then took that opportunity to pinch my right hand. i was able to pull my hand away once he was secured. Inmate Witford was then transported to RHU where he was placed in the isolation cell to calm down. After given time to calm down IPS transferred inmate Witford from the restraint chair to the isolation cell during which inmate Witford tried to pull his arm away and was unsuccessful. IPS was able to placed him in the isolation cell with a restraint retainer, cut away his clothes and was able to remove the cuffs from him. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Reistad, Dakotah | |
| Staff | Segovia, Danel | |
| Staff | Burnett, Paul | |
| Staff | Chaney, Donald | |
| Staff | Neighbor, Nickolas | |
| Staff | Postma, Joshua | |
| Staff | Steyh, Michele | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Anonymous Informant:**  No

**Information Source:**  Staff - Josephson, David

**Reporting Staff:**    Josephson, David                    **Title:** Correctional Officer

**Signature:**                                            **Date:**  1/21/20

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

_____

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Witford Use of force                                    **Statement #:**      37821

**Incident Date:**    01/21/2020      **Incident Time:**    10:30 AM      **Statement Date:** 01/21/2020

**Jurisdiction:** Montana State Prison

**Supervisor Name:** _Ben Jamieson_      **Title:** _Lieutenant_

**Signature:** _____      **Date:** _1-21-2020_

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

**Page 2 of 2**

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

**Title:** Use of Force | **Statement #:** 37817

**Incident Date:** 01/21/2020 | **Incident Time:** 09:30 AM | **Statement Date:** 01/21/2020

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/High Side/Secure Adjustment Unit/LOWER/Day Room

### Summary of Incident

On the above date and time I IPS 7 Neighbor, and the first shift IPS team was asked to escort inmate Whitford in SAU to the SGT office. When we arrived to perform the escort we were told Whitford was kicking his door and acting aggressively. We then escorted inmate Whitford from his cell to the SGT. office to meet with Mark lochrie, it was during this time I/m Whitford began yelling at Lochrie. The meeting was end and we began escorting him back to his cell. During the escort he began pulling away from the team. He was placed on the ground to gain compliance. We then started to escorted him to a detention cell when he became more combative towards us. We then escorted him to cell LA4 and place him on his knees. Whitford made multiple threats while in the cell about killing us, and getting the natives to riot. The restraint chair was then brought up to cell LA4. He was then escorted from his knees to the chair. Inmate whitford then attempted to head butt IPS officer Reistad. Whitford was then controlled until he was fully restrained in the chair. During this time inmate Whitford grabbed the inner part of my left thigh. Once in the chair he was escorted to the Infirmary where he was assessed by medical staff and the decision was made for safety and security of the institution that he would be medicated. Inmate Widford was very upset about this decision and attempted to resist against nursing staff who were administering the medication. Once he was cleared by medical, he was escorted to RHU. On the way to RHU inmate Widford attempted to thrust out of the chair. At that time the 1st shift IPS team rechecked the restraints and while attempting to re secure the waist strap inmate widford tried to head butt staff Sergeant segovia. He was then escorted two the safety management cell in RHU. Inmate whitford was placed in the restraint chair in the cell to give the medication time to take effect once inmate Whitford appeared calm the IPS team took him out of the restraint chair. While removing his right hand out of the restraint chair he tried to pull it out of the team¿s control. The cuff was placed on inmate whitford's right hand a staff forced his right hand to his back he then complied. He was removed out of the restraint chair and placed face down on the mattress in front of the cell inmate whitfords clothing was removed with scissors and the team left the cell without any more incident. Inmate widford was then instructed to come to the slot to be unrestrained which he complied, and the restraints were removed without incident. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | inmate involved |

### Source and Documentation

**Anonymous Informant:** No

**Information Source:** Staff - Lochrie, Mark

**Reporting Staff:** Neighbor, Nickolas | **Title:** Correctional Officer

**Signature:** Nickolas Neighbor | **Date:** 1-21-19

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Use of Force            **Statement #:**    37817

**Incident Date:** 01/21/2020     **Incident Time:**   09:30 AM       **Statement Date:** 01/21/2020

**Jurisdiction:** Montana State Prison

---

**Supervisor Review and Remarks:** _Reviewed_

**Supervisor Name:** _____    **Title:** _____

**Signature:** _SSG B.M.W._           **Date:** _1-21-2020_

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note:** This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 2 of 2

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

Inmate Name: _____Whitford_____ _____Makueeyapee_____ ID # 3015941
Last name                              First name

Date: 01/08/2020   Time: 1625   Place of Incident: Secure Adujsment Unit DAYroom
Room/Cell: 1E-7   Housing Unit: SAU   Job Assignment: 801 Labor pool
Infraction Number(s) & Name(s) 4213: refusing to immediately obey a verbal direct order
from staff
4208: Insolence; words and other behaviors that harass
an employee

Staff Witness: 1. _____   Other Inmates involved 1. _____
2. _____                                 2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and time, I, C/o Ray
was working SAU Satalite when I'm Whittford, M #3015941 was on the
top tier of E block. I told him at 1610 the top tier is not a part of
his dayroom. At 1625 I told him to go lockdown since he was back on
the top tier. I'm Whittford refused to lockdown and started scream, "Fuck
you bitch you don't know your fucking policy you fucking cunt." I notified
my sergeant, but the unit staff was bringing in yard at this time. At
1700, I told I'm Whittford to lockdown since it was the end of his dayroom.
I'm Whittford then stated "I want you to know, around here we go by unwritten
policy not written policy. We do what we want." When I told him to lockdown
again he started punching the glass screaming for the sergeant.

REPORTING STAFF MEMBER: _____L Ray_____        _____L Ray_____
(Print Name)                              (Sign Name)

Supervisor Review: _Sgt. Pomeroy_____        _Sgt. Pomeroy_____
(Print Name)                              (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
_Lt. _____   __1/8/2020___   _____   __/  /__
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _1/14/2020_ Time: _any_ hrs   Place: _SAU_
2. I understand the charge(s) ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☒ Yes ☐ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _Grievance   any C/Os present   one Block   Phone Record_

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.
_____   _1.9.1020_   X _____
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

asked for speaker recording - was told there is no recording

Attachment B        MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D

SAU/MAX/99999 Unassig  X                          Sau -> 0945

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N

### MAJOR ☒                    MINOR ☐

Inmate's Name: __Whitford Makueeyapee__   ID # __3016941__   Date: __01-16-2020__

Infraction Number(s) & Name(s) __4213- Refusing direct order  4208 - Insolence__

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___  By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: __See attached__

Evidence Provided: __Infraction Report / Statements__

Findings: ☒ Guilty of # __4208 + 4213__      ☐ Not Guilty of # _____

Evidence Relied On: __Infraction Report / Statements__

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤  Grid Level to Use: 3

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): __$21 Fine__

Reason(s) for findings: __Offender disobeyed a direct order to not be on the upper tier and then was insolent towards the staff member.__

_____ 1/28/2020            Carrie Walster
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _____

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C            MSP 3.4.1, Institutional Discipline            Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

_PS... I need copies of attach-ments sent back. Thank you_

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**Disciplinary Appeal**
(major infractions only)

Inmate's Name: _Whitford Makueeyapee_      ID # _301594_

Date: _01/16/20_ Infraction(s): _4213-Refusing a directorder 4208-Insolence_

Disciplinary Hearing Decision: _$21 Fine_

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision. _There was no evidence other than a infraction report, that I was made aware of an that infraction report Falsified. Which means there was absolutly no evidence. A follow up interview was never done._

2. Required disciplinary procedures were not followed. _Pre-Hearing Procedure (III)(A)(1.) was violated ou this staff member violated my free speech and retaliated against me imposing a direct order through inappropriate means and actually violating criminal statutes in an abuse of powe_

3. The sanction(s) is excessive. _I should not have been found guilty at all (please see the 20 page report and argument with legal citations attached. this was totally ignored and my due process was denied. I invoke the language in that document.(witness state-ments attached also..)_

_~ D. W___ (Inmate Signature)      _1/19/2020_ (Date)

**WARDEN OR DESIGNEES RESPONSE**

Warden or designee:

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒ | NO ☐ |

Decision:

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

  ☐ reduced sanction or level to:

  ☐ suspended sanction(s) for:

Written justification for the action taken above: _# 8 you state "some retaliatory signals from me due to her abuse of power". She was the case officer and told you to lockdown which you did not do._

___ (Warden or Designee Signature)      _2/4/2020_ (Date)

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Revised: December 2014

_OMIS_

EXHIBIT D
EXHIBIT D

 

LOCKED HOUSING STATUS REVIEW PLAN

Name:  Whitford, Makuaeeyapee          MSP/DOC#  3015941          Date: 12/11/2019

Housing Unit: LHU2          ST:  Harper          UM: Bouley

Separation Needs: ☒  Atypical designation(s) STG Affiliated, Assaultive,  Violent

Activation of BMP within last 30 days  ☐ Yes   ☒  No     BMP Clearance Date: Click here to enter a date.

Activation of SMP within last 30 days  ☐ Yes   ☒  No     SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days  ☒  Yes    ☐  No

Monthly review from MH/Therapist: Jenny Morgan 11/6/2019

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Current Level:  Level 3          Recommended Completion Level: Choose an item.

Reason for initial placement:
☐  Multiple disciplinary violations          ☐  Multiple locked housing placements
☐  Refusal to leave locked housing          ☐  STG activity
☒  Predatory/Violent/Assaultive Behavior     ☐  Planning A serious disturbance/riot
☐  Escape, Attempt or Facilitation to Escape  ☐  Death Sentence or pending death sentence
☒  Other UMTD

*RECEIVED*

*JAN 04 2020*

*Classification & Placement Office*

Special Housing Needs:
☐  Spit Hood   ☐  Restrictions   ☐  Bottom bunk/tier  ☐  Water Restrictions(flooding) ☐ ADA
☐  Escort Procedures/Special Security Procedures

Summary of current status and recommendations:  Inmate Whitford was approved for Locked Housing Placement by the ARC on 12/6/2019. He is considered A-typical Violent, Assaultive with STG affiliation and has inactive and active separation needs. Inmate Whitford is currently on the waiting list for CD-ITU #771, T4C-CBT #530, AM #174. On 11/18/2019 Inmate Whitford started Level 3 and will start Level 4 on 2/18/2020. Inmate Whitford's general population review is scheduled for 8/18/2020, pending clear conduct. Inmate Whitford last Disciplinary Infraction was on 6/26/2019.

I _____ refuse to participate in my locked housing status review plan.

I _____ have participated in my locked housing status review plan and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST:          Harper

White-Main                    Yellow-6 part file                    Pink-Inmate

EXHIBIT D
EXHIBIT D

LOCKED HOUSING Plan REVIEW

Name: Whitford, Makueeyapee MSP/DOC# 3015941 Date: 11/13/2019

Housing Unit: LHU1 ST: Peoples UM: Amie Garland

Separation Needs: ☒ Atypical designation(s) STG

Activation of BMP within last 30 days ☐ Yes ☒ No BMP Clearance Date: 1/10/2019

Activation of SMP within last 30 days ☐ Yes ☒ No SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes ☒ No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
| | | | |

Current Level: Level 2                    Recommended Completion Level: Level 4

Reason for initial placement:
☒ Multiple disciplinary violations          ☐ Multiple locked housing placements
☐ Refusal to leave locked housing          ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior   ☐ Planning A serious disturbance/riot
☐ Escape, Attempt or Facilitation to Escape  ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.

Special Housing Needs:
☐ Spit Hood ☒ Restrictions ☐ Bottom bunk/tier ☐ Water Restrictions(flooding) ☐ ADA
☒ Escort Procedures/Special Security Procedures

Summary of current status and recommendations: There are no changes to his Locked Housing plan for this review. He did not met with Mental Health in the last 30 days. I/M Whitford is scheduled for Level 3 on 11/26/2019, Level 4 on 2/26/2020 and General Population on 8/26/2020 if he continues to maintain clear conduct.

I _____ refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: ST. Peoples

*[stamp: RECEIVED NOV 3 0 2019 Classification & Placement Office]*

White-Mail                    Yellow-6 part file                    Pink-Inmate

EXHIBIT D
EXHIBIT D



LOCKED HOUSING Plan REVIEW

Name: Whitford, Makueeyapee MSP/DOC# 3015941 Date: 9/18/2019

Housing Unit: LHU1  Sgt: Brett Coughlin  UM: Amie Garland

Separation Needs: ☒    Atypical designation(s) STG

Activation of BMP within last 30 days ☐ Yes   ☒  No    BMP Clearance Date: 1/10/2019

Activation of SMP within last 30 days ☐ Yes   ☒  No    SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☒ Yes   ☐  No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
|  |  |  |  |

Current Level:  Level 2                 Recommended Completion Level: Level 4

Reason for initial placement:
☒ Multiple disciplinary violations          ☐ Multiple locked housing placements
☐ Refusal to leave locked housing           ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior     ☐ Planning A serious disturbance/riot
☐ Escape, Attempt or Facilitation to Escape ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.                                    RECEIVED

Special Housing Needs:                                        OCT 1 2 2019
☐ Spit Hood  ☒ Restrictions ☐ Bottom bunk/tier ☐ Water Restrictions(flooding) ☐ ADA
☒ Escort Procedures/Special Security Procedures              Classification & Placement
                                                                        Office

Summary of current status and recommendations: There are no changes to his Locked Housing plan for this review. He met with Mental Health in the last 30 days. I/M Whitford is scheduled for Level 3 on 11/26/2019, Level 4 on 2/26/2020 and General Population on 8/26/2020 if he continues to maintain clear conduct.

I _____ refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: _____  DanM. Lemman, col

White-Mail                       Yellow-6 part file                       Pink-Inmate

EXHIBIT D
EXHIBIT D



LOCKED HOUSING Plan REVIEW

Name: Whitford, Makueeyapee MSP/DOC# 3015941 Date: 8/28/2019

Housing Unit: LHU1   Sgt: Brett Coughlin   UM: Amie Garland

Separation Needs: ☒   Atypical designation(s) STG

Activation of BMP within last 30 days ☐ Yes   ☒ No   BMP Clearance Date: 1/10/2019

Activation of SMP within last 30 days ☐ Yes   ☒ No   SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☒ Yes   ☐ No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Current Level: Level 2                    Recommended Completion Level: Level 4

Reason for initial placement:
☒ Multiple disciplinary violations         ☐ Multiple locked housing placements
☐ Refusal to leave locked housing          ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior    ☐ Planning A serious disturbance/riot
☐ Escape, Attempt or Facilitation to Escape ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.

RECEIVED

SEP 1 0 2019

Classification & Placement Office

Special Housing Needs:
☒ Spit Hood   ☒ Restrictions   ☐ Bottom bunk/tier   ☐ Water Restrictions(flooding) ☐ ADA
☒ Escort Procedures/Special Security Procedures

Summary of current status and recommendations: There are no changes to his Locked Housing plan for this review. He met with Mental Health in the last 30 days. He is currently Level 2 since 8/26/2019, Level 3 on 11/26/2019, Level 4 on 2/26/2020 and General Population on 8/26/2020 if he continues to maintain clear conduct.

I _____ refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: _____ Den Mc Lennon, CM

White-Mail                    Yellow-6 part file                    Pink-Inmate

EXHIBIT D
EXHIBIT D

JE-6

LOCKED HOUSING Plan REVIEW

Name:  Whitford, Makueeyapee  MSP/DOC#  3015941 Date: 7/29/2019

Housing Unit: LHU1  ST: Peoples  UM: Garland

Separation Needs: ☒    Atypical designation(s) STG

Activation of BMP within last 30 days ☐ Yes   ☒ No      BMP Clearance Date: 1/10/2019

Activation of SMP within last 30 days ☐ Yes   ☒ No      SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes   ☒ No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
|  |  |  |  |

Current Level:  Level 1                     Recommended Completion Level:  Level 5

Reason for initial placement:
☒ Multiple disciplinary violations          ☐ Multiple locked housing placements
☐ Refusal to leave locked housing          ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior     ☐ Planning A serious disturbance/riot   RECEIVED
☐ Escape, Attempt or Facilitation to Escape  ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.

AUG 08 2019

Classification & Placement
Office

Special Housing Needs:
☒ Spit Hood  ☒ Restrictions  ☐ Bottom bunk/tier ☐ Water Restrictions(flooding) ☐ ADA
☒ Escort Procedures/Special Security Procedures

Summary of current status and recommendations:  This review inmate Whitford was restarted on level 1 for being found
guilty of misusing the phone system. Whitford was restarted on 6/26/2019, he is now scheduled for level 3 on 8/26/2019
as long as he maintains clear conduct throughout the level system.

I _____ refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may
appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior
it will be reviewed by the Admin Review Committee.

Den. M. Lemmon, CM

Locked Housing Unit ST: _____

White-Mail                          Yellow-6 part file                          Pink-Inmate

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☐   MWP ☐   CONTRACT FACILITY:_____   RECEIVED *E*

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**   JUN 2 6 2019

*(Information and staff signatures on this form must be legible)*

**MAJOR** ☐        **MINOR** ☐   DISCIPLINARY

Inmate Name: _Whitford   Makueeyapee_   ID # _301594_

        Last name                    First Name

Date: _26 June 2019_  Time: _0300_  Place of Incident: _LHU-1   Upper E-6_
Room/Cell: _UE6_  Housing Unit: _LHU-1_  Job Assignment: _99999  Unassigned_

Infraction Number(s) & Name(s) _4033_
        ~~4111~~ _Unauthorized Communication_
        _4213   Refusing an order._

Staff Witness: 1. _____  Other Inmates involved 1. _____
           2. _____                    2. _____

Description of Violation: (**who, what, why, where, when and how**): _On 26 June at 0300 hours_
_after reviewing phone logs. I found that inmat Whitford_
_who is on Level 1 restrictions made 4 phonecalls_
_between 1619 hours through 1750 hours, 2'38 min call, a 18 and_
_a 14 min call. See attached confidential report regarding_
_unauthorized communicaton_

REPORTING STAFF MEMBER: _Thomas C Malcom_        _[signature]_
                  (Print Name)                (Sign Name)

Supervisor Review: _____        _____
                (Print Name)                (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement  ☑ Release to Previous Status  ☐ Other
Reason: _Not an immediate threat_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_[signature]_        _6/26/19_        _____    _/ /_
(Shift Supervisor's Signature)   (Date)        (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _7 / 1 / 19_  Time: _____hrs.  Place: _LHU1_
2. I understand the charge(s)?  ☒Yes  ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes  ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Be present at the hearing and present evidence and witnesses on my behalf. ☐Yes ☒No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_Carry Walster_        _6-26-19_        _[signature]_
(Staff Signature)        (Date & Time)        (Inmate's Signature / ID#)

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment B        MSP 3.4.1, Institutional Discipline        Effective February 23, 2015

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY HEARING DECISION**

MAJOR ☒                MINOR ☐

Inmate's Name: **Whitford, Makueeyapee**   ID # 3015941   Date: **7-1-19**

Infraction Number(s) & Name(s)  **4233-Unauth-Comm; 4213-Ref. an Order**

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION -- ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: **I believe it's cruel & unusual punishment. My daughter wanted me to call her. The officers are supposed to track it for us.**

Evidence Provided: **Infraction report, confidential report**

Findings:   ☒ Guilty of # **4233**        ☒ Not Guilty of # **4213**

Evidence Relied On: **Infraction report**

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports: 1  2  3  4  ⑤  Grid Level to Use: **3**
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): **30 day phone restriction**

Reason(s) for findings: **Offender misused the phone. He's only allowed 2 phone calls + he made 4. At conclusion- offender began yelling "the phone is a fucking right"- removed from hearing**

D. Godfrey 7-2-19          C. Klanecky 7-1-19

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearing Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☒ I DO NOT WISH TO APPEAL   **Removed from hearing**

Inmate's Signature / ID#: X _____

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D





**Montana Department of Corrections**
User: tmalcomb (v 9.0.38-f)
Copyright 2005-2019

### Call Records

Includ ⌄  | Id:3015941 (WHITFORD, MAKUEEYAPEE) |      AND ⌄    | Search | | Clear |

Date Range ⌄  | 06/19/2019 00:00:0 📅  06/26/2019 23:59:5 📅   More Search Criteria

Quick Searches ⌄  | Load | Save | Delete          ☐ Show All

Showing 1 to 7 of 7 entries

| + | Action | Start Time | CSN | Inmate ID | Last Name | Phone Number | Call Type | Tariff Band | Station | Talk Secs | Billed Time | Validatio |
|---|--------|-----------|-----|-----------|-----------|--------------|-----------|-------------|---------|-----------|-------------|-----------|
| ☐ | | 06/24/2019 16:16:03 | 8072700 | 3015941 | WHITFORD | | Not Set | None | LOCK HU 1 E | 0 | 0:00 | Not Done |
| ☐ | | 06/24/2019 16:19:22 | 8072724 | 3015941 | WHITFORD | 1-202-590-7222 | Debit | InterLata InterState | LOCK HU 1 E | 1793 | 30:00 | OK: call allowed |
| ☐ | | 06/24/2019 16:52:49 | 8073352 | 3015941 | WHITFORD | 1-385-244-9740 | Prepaid | InterLata InterState | LOCK HU 1 E | 1763 | 30:00 | OK: call allowed |
| ☐ | | 06/24/2019 17:22:15 | 8073738 | 3015941 | WHITFORD | | Not Set | None | LOCK HU 1 E | 0 | 0:00 | Not Done |
| ☐ | | 06/24/2019 17:26:46 | 8073764 | 3015941 | WHITFORD | 1-540-492-1507 | Debit | InterLata InterState | LOCK HU 1 E | 0 | 0:00 | OK: call allowed |
| ☐ | | 06/24/2019 17:31:11 | 8073788 | 3015941 | WHITFORD | 1-208-202-8391 | Debit | InterLata InterState | LOCK HU 1 E | 1028 | 18:00 | OK: call allowed |
| ☐ | | 06/24/2019 17:50:17 | 8073836 | 3015941 | WHITFORD | 1-208-202-8391 | Debit | InterLata InterState | LOCK HU 1 E | 828 | 14:00 | OK: call allowed |

Showing 1 to 7 of 7 entries                    Show  100 ⌄  entries

EXHIBIT D
EXHIBIT D

*UE-6 P*

### LOCKED HOUSING Plan REVIEW

Name:  Whitford, Makueeyapee MSP/DOC#  3015941 Date: 5/28/2019

Housing Unit: LHU1   ST: Peoples  UM: Garland

Separation Needs: ☒    Atypical designation(s) STG

Activation of BMP within last 30 days ☐ Yes   ☒   No     BMP Clearance Date: 1/10/2019

Activation of SMP within last 30 days ☐ Yes   ☒   No     SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes   ☒   No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
| | | | |

Current Level:  Level 1                    Recommended Completion Level:  Level 5

Reason for initial placement:
☒  Multiple disciplinary violations        ☐  Multiple locked housing placements
☐  Refusal to leave locked housing         ☐  STG activity
☒  Predatory/Violent/Assaultive Behavior   ☐  Planning A serious disturbance/riot
☐  Escape, Attempt or Facilitation to Escape   ☐  Death Sentence or pending death sentence
☐  Other Click here to enter text.

*RECEIVED*

*JUL 27 2019*

*Classification & Placement Office*

Special Housing Needs:
☒  Spit Hood   ☒  Restrictions   ☐  Bottom bunk/tier   ☐  Water Restrictions(flooding) ☐  ADA
☒  Escort Procedures/Special Security Procedures

Summary of current status and recommendations: This review no changes were made to inmate Whitford's LHU plan. Whitford has continued to maintain clear conduct since being restarted on level 1 for refusing to stop kicking his door, flooding refusing an order, damage of state property on, assault on staff, flooding, insolence, kicking door, refusing an order.  Whitford restarted level 1 on 5/23/2019 and is scheduled to move to level 2 on 7/23/2019 at this time.  Also, this review Whitford's security cautions were reviewed and it was decided that they will remain in place at this time.

I _____ refuse to participate in my locked housing status review.

I *Partisipated but could not sign* ___ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: *ST. Peoples*_____

White-Mail                         Yellow-6 part file                         Pink-Inmate

EXHIBIT D
EXHIBIT D

LOCKED HOUSING Plan REVIEW

Name:  Whitford, Makueeyapee MSP/DOC#  3015941 Date: 5/28/2019

Housing Unit: LHU1   ST: Peoples  UM: Garland

Separation Needs: ☒    Atypical designation(s) STG

Activation of BMP within last 30 days  ☐  Yes   ☒   No         BMP Clearance Date:  1/10/2019

Activation of SMP within last 30 days  ☐  Yes   ☒   No        SMP Clearance Date:  Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐  Yes   ☒   No

Monthly review from MH/Therapist:  Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
| | | | |

Current Level:  Level 1                    Recommended Completion Level:  Level 5

Reason for initial placement:
☒  Multiple disciplinary violations                    ☐  Multiple locked housing placements
☐  Refusal to leave locked housing                    ☐  STG activity
☒  Predatory/Violent/Assaultive Behavior              ☐  Planning A serious disturbance/riot
☐  Escape, Attempt or Facilitation to Escape          ☐  Death Sentence or pending death sentence
☐  Other Click here to enter text.

**RECEIVED**

Special Housing Needs:
☒  Spit Hood   ☒  Restrictions   ☐  Bottom bunk/tier  ☐  Water Restrictions(flooding) ☐ ADA  JUN 0 5 2019
☒  Escort Procedures/Special Security Procedures

Classification & Placement
Office
Summary of current status and recommendations:  This review inmate Whitford was restarted on level 1. Due to being found guilty of refusing to stop kicking his door, flooding refusing an order, damage of state property on 5/5/2019, assault on staff, flooding 5/6/2019, insolence, kicking door, refusing an order 5/9/2019. Whitford will restart level 1 on 5/23/2019 and be scheduled to move to level 2 on 7/23/2019 at this time. Also, this review Whitford's security cautions were reviewed and it was decided that they will remain in place at this time.

I  *Refused to sign st. peoples*_____  refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: *St. peoples*_____

White-Mail                        Yellow-6 part file                        Pink-Inmate

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY

MAY 1 0 2019

DISCIPLINARY

MSP ☒  MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒   MINOR ☐

Inmate Name: _Whitford_  _Makuellyupee_   ID # _3015941_

Last name · First Name

Date: _5-9-19_  Time: _0735_  Place of Incident: _LHU_

Room/Cell: _8M1_  Housing Unit: _LHU_  Job Assignment: _99999 Unassigned_

Infraction Number(s) & Name(s) _4208 Insolence_
_4212 Willfully tampering with locking device_
_4213 Refusing to immediately obey verbal orders_

Staff Witness: 1. _____   Other Inmates involved 1. _Cox, X330574_

2. _____   2. _____

Description of Violation: (who, what, why, where, when and how):

_Inmate Whitford was yelling, "Fuck you you PC bitch!" to inmate Cox, inmate Whitford was also kicking his door. Inmate Whitford was told to stop kicking & yelling. Inmate Whitford did not stop yelling & kicking._

REPORTING STAFF MEMBER: _Nicholas Moe_        _Nicholas Moe_
(Print Name)                                   (Sign Name)

Supervisor Review: _Brett Coughlin_           _____
(Print Name)                                   (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☒ Other

Reason: _Currently in SMC Cell_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_SSG_____   _5/9/19_   _____   _/ /_
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: _05/15/19_  Time: ____ hrs.  Place: _LHU_
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (If yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☒ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_Carrie Walster_   _05-10-19_   _Unable to sign_
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

LHU1/MAX/4444 unassigned                    'HU1 ω100S

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☒   MWP ☐   CONTRACT FACILITY:_____

### DISCIPLINARY HEARING DECISION

**MAJOR** ☒                    **MINOR** ☐

**Inmate's Name:** Whitford Makuwyapee   **ID #** 3015941   **Date:** 5/15/19

**Infraction Number(s) & Name(s)** 4208-Insolence  4212-Tampering w/locking device

☑ **I DO UNDERSTAND THE VIOLATION**   ☐ **I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN**

4213- Refusing a

**Continuance granted to Date:** ___/___/___ **By:** _____   direct ord

**Reason:** _____

**Plea:** ☐ Guilty   ☐ Not Guilty   ☑ Other:

**Inmate's Statement:** Not Making a plea, I want Access to legal
library to prepare my Defense, I'm not making a statement
I've gotten no responses from law labrary.

**Evidence Provided:** Incident Report

**Findings:** ☑ Guilty of # 4208, 4212, 4213   ☐ Not Guilty of # _____

**Evidence Relied On:** Incident Report

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5 ] **Grid Level to Use:** __
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

**Sanction(s):** 4208, 4212, 4213  Aggragated  $10ºº fine ; Refer to
UMT

**Reason(s) for findings:**                 Jeporbizes safety & security of
the UMIT

Thomas Wilson        5·16·19                    [signature]

**ADMINISTRATIVE REVIEW / DATE**        **DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM**

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file
an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☑ **I DO WISH TO APPEAL** (Major decisions only) because (1) there is insufficient evidence and documentation to
support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are
not proportionate to the rule violation(s).
☐ **I DO NOT WISH TO APPEAL**
**Inmate's Signature / ID#:** _____

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                MSP 3.4.1, Institutional Discipline              Effective January 17, 2017

EXHIBIT D
EXHIBIT D

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑ MWP   ☐ Contract Facility: _____

### Disciplinary Appeal
(Major infractions only)

Inmate's Name: Whitford, Makueeyapee  ID# 3015941

Date: 5/15/19  Infraction(s): 4208; 4212; 4213

Disciplinary Hearing Decision: _____

**Instructions:** Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

**1.** There was no evidence or documentation to support the decision.

_____

_____

_____

**2.** Required disciplinary procedures were not followed.
Requested and denied opprotunity to prepare defense — No Access to Law library or Policies, Rules, and Procedures. Denied Continuance.

**3.** The sanction(s) is excessive.

_____

_____

Inmate Signature _____   Date 5/27/2019

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☑ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☑ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☑ | ☐ |

**Decision:**

☑ **Affirm**. I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss**. I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modified.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

   ☐ Reduced sanction or level to:

   ☐ Suspended sanction(s) for:

Written justification for the action taken above: This is an internal internal matter. Access to Law Library is not necessary.

Warden or Designee Signature _____   Date 5/31/19

Copies to: 1. Records (white)   2. Parole Board (yellow)   3. Housing Unit (pink)   4. Inmate (goldenrod)

OMIS

Revised October, 2009          MSP 3.4.1, Institutional Discipline          Attachment I

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☑   MWP ☐   CONTRACT FACILITY:_____

RECEIVED BY
MAY 08 2019
DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*
MAJOR ☑   MINOR ☐

Inmate Name: Whitford                    Makueeyapee        ID # 3015941
      Last name                              First Name

Date: 5-6-2019  Time: Approx 1100 Place of Incident: LHU-1  LA Shower
Room/Cell: LA-7  Housing Unit: LHU-1  Job Assignment: 99999 Unassigned
Infraction Number(s) & Name(s) 4111 Assaulting any other person, to include Causing body fluids to come in contact with another.

Staff Witness: 1. C/o Coulombe          Other Inmates involved 1. None.
           2. U.m. Garland                              2.

Description of Violation: **(who, what, why, where, when and how):** While being held in the blocks lower tier shower, I'm Whitford plugged the drain while turning the water on. When the He allowed and caused the water to flood the dayroom. C/o Coulombe was in front of the LA7 and LA8 cells trying to guide the water to a drain, when I walked out of the LA-8 cell and directly in front of the shower stall, I'm Whitford took this opportunity to kick that urine contaminated water (w/ the side of the foot) on both C/o Coulombe and myself. I was completely soaked on my left side and back, to the skin; C/o Coulombe was also significantly wet, as we took two large volumes of urine water before we could move out of range. EOR

REPORTING STAFF MEMBER: Sgt. Larry Pash       Sgt. Larry Pash
                            (Print Name)                    (Sign Name)

Supervisor Review: _____
                        (Print Name)                    (Sign Name)

Inmate Status:  ☐ Pre-Hearing Confinement      ☐ Release to Previous Status   ☑ Other
Reason: currently on BMP

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
SSG Hansen                5/7/19
(Shift Supervisor's Signature)      (Date)         (Warden or Designee Signature)          (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this report and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _____  Time: _____  Place: LHU
2. I understand the charge(s)?  ☑Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☑No (if yes, have inmate sign an Agreement/Waiver/Refusal form).
4. Present evidence and witnesses on my behalf. ☑Yes ☐No If inmate has witnesses, have him/her complete a Witness Statement form.
5. Other pertinent notations: Staff statements

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements and my right to an appeal.**

_____       5-8-10:12   unable to sign
(Staff Signature)              (Date & Time)      (Inmate's Signature & ID#)
C/o Peoples

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒       MINOR ☐

RECEIVED BY

MAY 07 2019

DISCIPLINARY

Inmate Name: Whitford                    Makueeyapex          ID # 30/594/
              Last name                   First Name

Date: 5/6/19    Time: 1246    Place of Incident: LA Dayroom
Room/Cell: _____ Housing Unit: _____ Job Assignment: Unassigned 99999 #

Infraction Number(s) & Name(s) 4/11 : assaulting staff

Staff Witness: 1. C/o Pacha           Other Inmates involved 1. N/A
              2. C/o Coulomb                                  2. N/A

Description of Violation: (who, what, why, where, when and how): On the above date and time,
I C/o Halcott was in A-block dayroom by the lower shower where
Inmate Whitford, Makueeyapex #30/594/ was standing and flooding. He kicked
water and hit me in the chest and both legs with the water.

EOR

REPORTING STAFF MEMBER: S. Halcott _____
                         (Print Name)              (Sign Name)

Supervisor Review: Sgt. Jerry Dasha _____
                         (Print Name)              (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement    ☒ Release to Previous Status    ☐ Other
Reason: Currently on a BMP

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____          5/6/19          _____          / /
(Shift Supervisor's Signature)   (Date)        (Warden or Designee Signature)    (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this form and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _____ Time: _____ Place: _____
2. I understand the charge(s)  ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate)
3. I waive my right to a hearing ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf  ☐ Yes ☐ No  If inmate wants witnesses, have him/her complete Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements and my right to an appeal.**

_____          5B 1015          unable to sign
(Staff Signature)          (Date & Time)        (Inmate's Signature / ID#)

ST: peoples     Combined w/ other infraction

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY   HEARING   DECISION**

MAJOR ☒                    MINOR ☐

Inmate's Name: *Whitford, Makueeyapee* ID # *3015941* Date: *5·13·19*

Infraction Number(s) & Name(s) *4111 - Assault*

☐ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: *Did not attend hrg.*

Inmate's Statement: _____

Evidence Provided: *infraction report, incident reports*

Findings: ☒ Guilty of # *4111*         ☐ Not Guilty of #

Evidence Relied On: *infraction report, incident reports*

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4  ⑤] Grid Level to Use: *3*

*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): *$50.00 fine*

*Refer to Investigations*

Reason(s) for findings: *Offender threw an unknown liquid substance on staff.*

*Thomas u Wilson 5·13·19*          *A. Klanecky 5-13-19*

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☒ I DO NOT WISH TO APPEAL *Did not attend hearing*

Inmate's Signature / ID#: _____

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections
## Statement of Incident

**Title:** Whitford, M._BMP Level 1_Restart | **Statement #:** 26545

**Incident Date:** 05/06/2019 **Incident Time:** 10:35 AM | **Statement Date:** 05/06/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/A/LOWER/7

### Summary of Incident

Whitford took advantage of staff and the opportunity they gave him when they turned on his cell water so that he could get a drink, wash his hands and/or flush his toilet. After filling a cup with water, he flushed the toilet 2x quickly and it immediately began to flood. It is apparent that Whitford had previously plugged the toilet in preparation for this moment. His behavior is unacceptable, and I am re-starting his BMP at a level one (1) as of the time of this incident (1035 hrs.). End of Report

### Involved Persons

| Category | Person | Narrative |
|----------|--------|-----------|
| Staff | Halcott, Stephen | |
| Staff | Coulombe, Zachary | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Halcott, Stephen

**Reporting Staff:** Pasha, Larry | **Title:** Correctional Officer Sgt

**Signature:** *Sgt. Larry Pasha* | **Date:** 5-6-2019

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** *Reviewed / Distributed*

**Supervisor Name:** W. Larson | **Title:** SSG

**Signature:** *SSG* | **Date:** 5-6-19

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D




# Montana Department of Corrections

## Statement of Incident

| | | |
|---|---|---|
| **Title:** Whitford, M._BMP Level 1_Restart | | **Statement #:** 26545 |
| **Incident Date:** 05/06/2019 | **Incident Time:** 10:35 AM | **Statement Date:** 05/06/2019 |
| **Jurisdiction:** Montana State Prison | | |

_____ Other

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | | | |
|---|---|---|---|
| **Title:** Whitford, M._3015941_Assaults Staff_5.06.19 | | **Statement #:** | 26573 |
| **Incident Date:** 05/06/2019 | **Incident Time:** 12:45 PM | **Statement Date:** 05/06/2019 | |
| **Jurisdiction:** Montana State Prison | | | |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/LOWER/7/Lower tier shower stall.

### Summary of Incident

Inmate Whitford had been removed from his cell, LA-7, and placed in the lower tier shower stall in order for maintenance to enter the cell and remove the blockage he had placed in the toilet. Immediately after being placed in the shower, handcuffs still applied to wrists behind the back, Whitford began running the water. He was instructed by the floor staff and myself to quit running the water but the requests were met with verbal hostilities and zero compliance. He kept his back to the staff while he let the water run, and could easily have been urinating into the water while he allowed it to run over him, effectively masking his action. After a minute or so I realized the water level in the bottom of the shower was rising and that Whitford was standing on the drain with his rubber shower shoes, blocking the water from draining. As water began running out of the shower stall and onto the block day-room floor, I dispatched Correctional Officers Coulombe and Halcott to use the squeegee's to direct the water to a drain. As this act put both officers within 8 to 12 feet from the shower stall occupied by Whitford it made them a target, and he took advantage of the fact and began kicking water out of the stall with the side of one of his feet, as he hollered "get the fuck back you motherfuckers", fully intent on showering both officers with the water. Both officers were thoroughly whetted by Whitfords actions and forced me to pull the officers back out of his range. End of Report

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Coulombe, Zachary | |
| Staff | Halcott, Stephen | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Pasha, Larry

**Reporting Staff:** Pasha, Larry

**Signature:** *Sgt. Larry Pasha*     **Date:** 6 May '19

**Title:** Correctional Officer Sgt

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** *Reviewed / Distributed*

**Supervisor Name:** W Larson     **Title:** SSG

**Signature:** *SSG W Larson*     **Date:** 5-6-19

Note: This statement of Incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

RECEIVED BY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAY 07 2019

**MAJOR ☒          MINOR ☐**

DISCIPLINARY

Inmate Name: Whitford / Makueeyapee          ID # 3015941
                    Last name          First name

Date: 5/6/19   Time: 1035   Place of Incident: LHUI Cell #LA7
Room/Cell: LA7   Housing Unit: LHUI   Job Assignment: Unassigned 99999 #

Infraction Number(s) & Name(s) 4210: Destroying, Altering, or damaging facility property or the property of another person, including flooding

Staff Witness: 1. C/o Coulombe          Other Inmates involved 1. N/A
              2. N/A                                    2. N/A

Description of Violation: (who, what, why, where, when and how): On the above date and time I C/o Halcott went onto A-block to allow inmate Whitford, Makueeyapee #3015941 the opportunity to flush his toilet, wash his hands, and get a drink of water. He stood in front of his toilet and flushed twice, then moved and I saw that he had packed the toilet with toilet paper and other items to cause the water to overflow and I had C/o Coulombe turn off the water. Inmate Whitford then threw the rest of the cup of water he was given to add to the water on the floor and went back to laying on his bed.

REPORTING STAFF MEMBER: S. Halcott
                          (Print Name)                    (Sign Name)

Supervisor Review: Sgt. Larry Pasha          Sgt. Larry Pasha
                   (Print Name)                    (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: Currently on detention status - restarted on Level 1 BMP

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   5/6/19   _____   / /
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _____ Time: _____ Place: _____
2. I understand the charge(s)? ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate.)
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form.)
4. Present evidence and witnesses on my behalf. ☐ Yes ☐ No  If inmate has witnesses have him/her complete witness statement form(s)
5. Other pertinent notations:

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____   5·8 1015   unable to sign
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

ST. Recipes

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**
MSP ☒  MWP ☐  CONTRACT FACILITY: _____
**DISCIPLINARY HEARING DECISION**

MAJOR ☒                    MINOR ☐

Inmate's Name: _Whitford, Makueeyapee_ ID # _301594_ Date: _5·13·19_

Infraction Number(s) & Name(s) _4210 - flooding_

☒ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___ By: _____

Reason: _____

Plea: ☐ Guilty    ☐ Not Guilty    ☒ Other: _Did not attend_

Inmate's Statement: _____

Evidence Provided: _infraction report, incident report_

Findings: ☒ Guilty of # _4210_    ☐ Not Guilty of #

Evidence Relied On: _infraction report, incident report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4  ⑤ Grid Level to Use ③

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _$10.00 Restitution for clean-up_

Reason(s) for findings: _Offender flooded his cell._

_Thomasu Jelson_ 5·13·19                    _Eklanicky_ 5·13·18
ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _Did not attend hrg._

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)

Attachment C                    MSP 3.4.1, Institutional Discipline                    Effective January 17, 2017

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

| | | | | |
|---|---|---|---|---|
| **Title:** Whitford Flooding LA-7 | | | **Statement #:** | 26547 |
| **Incident Date:** 05/06/2019 | **Incident Time:** | 10:35 AM | **Statement Date:** 05/06/2019 | |

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/A/LOWER/7

### Summary of Incident

On the above date and approximate time, I C/O went to lower A 7 with C/O Halcott to turn on inmate Whitford, Makueeyapee's AO 3015941 water to allow him to flush his toilet. Inmate Whitford is on a water restriction for previous flooding incidents. C/O Halcott opened the food slot and gave inmate Whitford a cup of water, while I C/O Coulombe turned on the valve for the toilet and told inmate Whitford to go ahead and flush his toilet. Inmate Whitford flushed his toilet once and then immediately flushed it again. C/O Halcott informed me that he was flooding and I C/O Coulombe shut off the valve for the toilet. I C/O Coulombe observed water on the floor outside of inmate Whitford's cell as well as water on the floor inside of the cell. I C/O Coulombe and C/O Halcott exited the block and informed the unit sergeant of the incident.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | Flooding in cell. |
| Staff | Halcott, Stephen | Watched inmate Whitford flood. |
| Staff | Coulombe, Zachary | Turned off inmate Whitford's water. |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Coulombe, Zachary

| | | |
|---|---|---|
| **Reporting Staff:** Coulombe, Zachary | | **Title:** Correctional Officer |
| **Signature:** _[signature]_ | | **Date:** 05-06-2019 |

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** Reviewed / Distributed

| | | |
|---|---|---|
| **Supervisor Name:** W Larson | **Title:** SSG | |
| **Signature:** SSG _[signature]_ | **Date:** 5-6-19 | |

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | | | |
|---|---|---|---|
| **Title:** Whitford Flooding LA-7 | | **Statement #:** | 26547 |
| **Incident Date:** 05/06/2019 | **Incident Time:** 10:35 AM | **Statement Date:** 05/06/2019 |
| **Jurisdiction:** Montana State Prison | | | |

_____ Deputy Warden          _____ Inmate Records File          _____ MCE

_____ Associate Warden       _____ Inmate Unit File             _____ Safety Committee

_____ Other

**Note:** This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 2 of 2

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
(Information and staff signatures on this form must be legible)

MAY 0 6 2019

**MAJOR ☒**          **MINOR ☐**

DISCIPLINARY

Inmate Name: __WHITFORD__ _____ __MAKUELYAPSE__   ID # __301594/__
　　　　　　　　Last name　　　　　　　　　　First Name

Date: __5-5-19__   Time: __1515__   Place of Incident: __LA2   LHU1__
Room/Cell: __LA2__   Housing Unit: __LHU1__   Job Assignment: __99999   UNASSIGNED__
Infraction Number(s) & Name(s) __4210   Flooding__

Staff Witness: 1. __LT JAMISON__          Other Inmates involved 1. _____
　　　　　　　2. _____　　　　　　　　　　　　　　　2. __N/A__

Description of Violation: (who, what, why, where, when and how): __JUST AFTER WHITFORD HAD BEEN__
__RETURNED TO HIS CELL LA2 BY IPS, I LEARNED WHITFORD WAS TO BE PLACED__
__ON BMP STEP1. THE INTIAL ATTEMPT TO GAIN COMPLIANCE FROM WHITFORD WAS__
__UNSUCCESSFUL. ABOUT 1530 LT JAMISON CAM TO THE UNIT, AS WE APPROCHED__
__A BLOCK I OBSERVED WATER COMING FROM LA2. WHEN WE ARRIVED TO THE__
__LA2 DOOR WHITFORD REMOVED HIS DAM AND WATER GUSHED OUT. AFTER SOME__
__DISCUSSION BETWEEN LT JAMISON AND WHITFORD, WHITFORD AGREED TO MOVE TO LA1__
__+ WAS GIVEN THE APPROPRATE BMP CLOTHING + BEDING. END OF REPORT.__

REPORTING STAFF MEMBER: __SGT HOTCHKISS__ _____
　　　　　　　　　　　　　　(Print Name)　　　　　　　　　　(Sign Name)

Supervisor Review: _____
　　　　　　　　　(Print Name)　　　　　　　　　　(Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement    ☐ Release to Previous Status    ☒ Other
Reason: __Inmate Placed Step 1 BMP__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

__LT _____          __5/5/19__          _____          __5 6 19__
(Shift Supervisor's Signature)      (Date)      (Warden or Designee Signature)      (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __5__ / __8__ / __19__    Time: __Any__ hrs.   Place: __LHU1__
2. I understand the charge(s)?  ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf ☐ Yes ☐ No  If inmate has witnesses have him/her complete a Witness Request form
5. Other pertinent notations: __Refused To acknowledge DS__

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

__Jamison__          __5-5-19 2017__   __Refused to sign on BMP__
(Staff Signature)      (Date & Time)      (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒                    MINOR ☐

Inmate's Name: *Whitford, Makueeyapee* D #*3015941* Date: *5·13·19*

Infraction Number(s) & Name(s) *4210-flooding*

☐ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty      ☐ Not Guilty      ☒ Other: *Refused to be served*

Inmate's Statement: _____

Evidence Provided: *infraction report*

Findings: ☒ Guilty of # *4210*           ☐ Not Guilty of #

Evidence Relied On: *✓ infraction report*

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:  1  2  3  4  ⑤] Grid Level to Use: *3*
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): *$10.00 restitution for clean-up*

Reason(s) for findings: *Offender flooded his cell.*

*Thomas Wilson 5·13·19*                    *G. Klanicky 5·13·19*
ADMINISTRATIVE REVIEW / DATE                DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☒ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: *Did not attend, Refused to be served*

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                MSP 3.4.1, Institutional Discipline                Effective January 17, 2017

EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**

### Statement of Incident

| | | |
|---|---|---|
| **Title:** A-Block showers | | **Statement #:** 26529 |
| **Incident Date:** 05/05/2019 | **Incident Time:** 03:00 PM | **Statement Date:** 05/05/2019 |

**Jurisdiction:** Montana State Prison

**Incident Scene**

**Incident Occurred at Facility?** No

**Location:**

**Summary of Incident**

On the above date and approximate time. I Officer Arneson got on to shift when first shift told us that Inmate whitford # 3015941 was covering his window and broke his tray from lunch. I went on to the block and asked whitford if he would uncover his window and he said no, He said he would like to talk to a SGT, I said I will go get SGT. Hotchkiss. After that we started showers on the other side, when we got done doing showers, Whitford flooded in his cell in lower A-2. Whitford flooded the block to the point where we couldn't shower A-Block, and to where it took us out of our natural duties. EOR

**Involved Persons**

No Individuals are associated with this Incident Statement

**Source and Documentation**

**Confidential Informant:** No

**Information Source:** Staff - Arneson, Jerod

**Reporting Staff:** Arneson, Jerod                    **Title:** Correctional Officer

**Signature:** _Jerod Arneson_                    **Date:** _5-5-19_

**Notes**

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _____

**Supervisor Name:** _SGT Hotchkiss_                    **Title:** _SGT_

**Signature:** _Hotchkiss_                    **Date:** _5-5-19_

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 1 of 1

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐  CONTRACT FACILITY:_____

RECEIVED BY
MAY 0 6 2019
DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒     MINOR ☐

Inmate Name: ___WHITFORD_____ ___MAKUELYAPEE____ ID # 301584/
            Last name                    First Name

Date: 5-5-19   Time: 1400   Place of Incident: LHU1 L92
Room/Cell: L92   Housing Unit: LHU1   Job Assignment: 99999 UNASSIGNED
Infraction Number(s) & Name(s) 4213 REFUSING To immediately obey a Direct order/command
4210 Destroying Facility Property.

Staff Witness: 1. _____N/A_____     Other Inmates involved 1. _____N/A_____
              2.                                              2.

Description of Violation: (who, what, why, where, when and how): DURING 1ST TO 2ND SHIFT PASS DOWN
I WAS INFORMED inmate WHITFORD KEPT AND BROKE HIS LUNCH TRAY AND
COVERED HIS DOOR WINDOW. ABOUT 1415 I WENT TO WHITFORD CELL
AND GOT HIM TO UNCOVER THE WINDOW until HE DETERMINED I WAS NOT GOING
TO PROVIDE HIM WITH HIS DEMANDS OF LEGAL PAPER WORK AND TO TALK TO A CAPTAIN OR
LIEUTENANT. I GAVE DIRECTION TO WHITFORD FOR HIM TO PLACE ALL THE
BROKEN TRAY PIECES IN THE FOOD SLOT AND I WOULD NOTIFY THE LIEUTENANT OF
HIS WISH TO SPEAK WITH HIM. WHITFORD REFUSED TO comply AND THE COVERED
HIS DOOR WINDOW AGAIN. COMMAND POST WAS NOTIFIED AND AN IPS TEAM
DID AN EXTRACTION REMOVING THE BROKEN TRAY PIECES THE LARGEST IS APX 3X5".
IPS ALSO REMOVED 11 STRIPS OF SHEET THAT ARE TIED TOGETHER. TWHITFORD WAS
PLACED BACK INTO HIS cell. END OF REPORT

REPORTING STAFF MEMBER: SGT HOTCHKISS _____  Sgt _____
                          (Print Name)                        (Sign Name)

Supervisor Review: _____  _____
                     (Print Name)              (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement    ☐ Release to Previous Status    ☒ Other
Reason: Inmate Placed Step 1 BMP

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
_____  5/5/19   _____  5 6 19
(Shift Supervisor's Signature)  (Date)   (Warden or Designee Signature)  (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 5 / 8 / 19   Time: May hrs.   Place: LHU
2. I understand the charge(s)?   ☐ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes  ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☒ Yes  ☐ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: Refused to acknowledge US

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, and my right to witnesses and witness statements, and my right to an appeal.**
_____   5-5-19 2017   Refused to sign on BMP
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY HEARING DECISION**

MAJOR ☒          MINOR ☐

Inmate's Name: Whitford, Makueeyapee  ID # 3015941  Date: 5·13·19

Infraction Number(s) & Name(s) _4213 - Ref. an Order ; 4210 - Dest. Property_

☐ I DO UNDERSTAND THE VIOLATION          ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: Refused to be served

Inmate's Statement: _____

Evidence Provided: Infraction report, incident report, BMP, photo

Findings: ☒ Guilty of # 4213 /4321   ☒ Not Guilty of # 4210   dest. prop. under $25.00

Evidence Relied On: infraction report, incident report, BMP, photo

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports: 1   2   3   4   ⑤ Grid Level to Use: 3

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): Refer to UMT

Restitution for tray = $13.60 ; sheet : $5.15

Reason(s) for findings: offender refused to uncover his window & destroyed a tray + a sheet.

Thomas A. Wilson  5·13·19                    G. Klanecky  5·13·19

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☒ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: Did not attend - Refused to be served

Copies to: Records (White)          Parole Board-Majors only (Yellow)          Housing Unit (Pink)          Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D


COMMAND POST/ Initial-Approved



# Montana Department of Corrections

## Statement of Incident

**Title:** Whitford BMP                                   **Statement #:**   26525

**Incident Date:**   05/05/2019   **Incident Time:**   04:00 PM     **Statement Date:** 05/05/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/A/LOWER/2/LHU1 LA2 to LHU1 LA7

### Summary of Incident

On the above date at 1330 I Lt. Jamieson received a call from the LHU1 Sergeant stating that Whitford, M #3015941 had broken his food tray and covered his window. IPS was called to LHU1 and were able to get inmate Whitford to cuff up and removed the broken tray from LA2. Inmate Whitford was then returned to LA2 and then flooded that cell. I went to LHU1 and talked inmate Whitford into cuffing up again and placed him BMP Step 1 in LA7. After moving inmate Whitford he told me that he swallowed parts of the broken tray. Infirmary and Sgt. Hotchkiss were notified that Whitford claimed he had swallowed parts of his tray.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Jamieson, Ben

**Reporting Staff:**   Jamieson, Ben                 **Title:** Correctional Officer SupMgr

**Signature:** _____              Date: _5-5-19_

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _Reviewed + Distributed_

**Supervisor Name:** _SSg B. Mile_              Title: _SSf_

**Signature:** _SSg B Mll_                  Date: _5-5-19_

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| ___ Helena Office | ___ Security Major | ___ Medical |
| ___ MSP Duty Officer | ___ Unit Manager | ___ Maintenance |
| ___ Warden or Designee | ___ Command Post | ___ Investigator's Office |
| ___ Deputy Warden | ___ Inmate Records File | ___ MCE |
| ___ Associate Warden | ___ Inmate Unit File | ___ Safety Committee |
| ___ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 1 of 1

EXHIBIT D
EXHIBIT D

## MSP Incident Report for BMP Activation

1.  Inmate: __Whitford, Makueeyapee__  __3015941__  __Max__
        Name                          AO/ID number        Classification

2.  Location:  LHU-I  X  cellblock: A-Block  LHU-II ☐  cellblock:_____

3.  Is this inmate on the current BMP clearance list?    YES  X        NO ☐

    Start date: _____1/10/19_____    End Date: _____7/10/19_____
    *If not on BMP clearance list initiate a section G.*

4.  Date and time of incident: 5-5-19   1600
5.  Nature of incident:
        ☐ Inmate-on-inmate assault    ☐ Inmate-on-staff assault    X Flooding cell

        X Destruction of state property    ☐ Inmate threatened Self harm

    Description of incident:  Inmate had covered his cell window, wouldn't respond to unit staff and broke/held his food tray hostage. IPS had to report to the unit to remove the inmate from his cell. Inmate became cooperative when IPS asked inmate to cuff up. IPS then removed inmate Whitford's tray and returned him to LA2. Inmate Whitford then Flooded LA2 and was place LA7 on Step 1 BMP.

6.  Use of Force required?    ☐ YES    X NO
    If use of force was required was it  I☐ Emergent   or   ☐ Calculated?
    *(for details refer to Use of Force Incident Reports)*

7.  Name of the Command Post staff member who was contacted regarding plan activation:
    _____Lt. Ben Jamieson_____Time this person was contacted  1330

8.  Placement:  ☐ Remain in current cell   X Pre-hearing Confinement pending further review
                 ☐ Isolation cell

9.  Did the Shift Commander notify the on-call mental health (MH Ray) professional and
    A Warden (Godfrey) or On   Duty Officer?   ☒ YES     NO ☐

    _____Lt. Ben Jamieson/_____    ____5/5/19____
            Staff Member                                       Date

MSP 3.5.5, Behavior Management Plans        Attachment C        Effective November 16, 2009

EXHIBIT D
EXHIBIT D

BMP
LA7
RECEIVED BY

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MAY 0 6 2019

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

DISCIPLINARY

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

Inmate Name: __Whitford_____ __Makueeyapee_____ ID # __3015941__
                        Last name                            First Name

Date: __5/5/19__   Time: __1230__   Place of Incident: __LHU-1 Lower A Block__
Room/Cell: __LA2__   Housing Unit: __LHU-1__   Job Assignment:_____
Infraction Number(s) & Name(s) __4212-Tampering with a locking device__
__4220-Hindering or impeding staff__
_____

Staff Witness: 1. _____   Other Inmates involved 1. _____
                        2. _____                                    2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and
time I % Moderie was in the LHU-1 Main cage when
I/m Whitford,M asked me to ask Sgt Coughlin about his
legal property, I informed him that his property was not
brought to the unit. At this time he started slamming
his Food tray and punching/kicking the door to his
cell. I informed him that if he didn't stop his
actions he would recieve a writeup. He told me "shut
the fuck up, I don't care I want my fucking shit." He
then continued to slam his food tray into the window
on his door in an attempt to break the glass.
E.O.R.

REPORTING STAFF MEMBER: __Moderie_____   _____
                                                    (Print Name)                              (Sign Name)

Supervisor Review: __Brett Coughlin_____   _____
                                        (Print Name)                          (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement      ☒ Release to Previous Status   ☐ Other
Reason: __Already on detention in LHU1__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

__Lt Demison_____   __5/5/19__   _____   __/   /__
(Shift Supervisor's Signature)      (Date)      (Warden or Designee Signature)      (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __5/8/1__   Time: __a.m__   Place: __LHU__
2. I understand the charge(s)?   ☒Yes, ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.  ☒Yes ☐No  If inmate has witness(s) have him/her complete a Witness Request form
5. Other pertinent notations: __Block Coughlin__

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

__V. Clinecky/Jackson__   __5/6 1200__   __unable to sign due to BMP__
(Staff Signature)                  (Date & Time)                (Inmate's Signature / ID#)

Attachment B              MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY   HEARING   DECISION**

MAJOR ☒                    MINOR ☐

Inmate's Name: _Whitford, Makueeyapee_ ID # _3015941_ Date: _5·13·19_

Infraction Number(s) & Name(s) _4212-tampering ; 4220-obstructing_

☐ **I DO UNDERSTAND THE VIOLATION**      ☐ **I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN**

Continuance granted to Date: ___ / ___ / ___ By: _____

Reason: _____

Plea: ☐ Guilty      ☐ Not Guilty      ☐ Other: _____

Inmate's Statement:

_Did not attend hearing_

Evidence Provided: _Infraction report_

Findings: ☒ Guilty of # _4212/4220_      ☐ Not Guilty of # _____

Evidence Relied On: _Infraction report_

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ Grid Level to Use: _3_

*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _Refer to UMT_

Reason(s) for findings: _Offender kicked his cell door & attempted to break the cell door glass, which hindered staff from their regular duties._

_Thomas Wilson_ 5·13·19          _G. Klanecky_ 5·13·19
ADMINISTRATIVE REVIEW / DATE                DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☒ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _Did not attend_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                    MSP 3.4.1, Institutional Discipline                    Effective January 17, 2017

EXHIBIT D
EXHIBIT D

LOCKED HOUSING Plan REVIEW

Name: Whitford, Makueeyapee MSP/DOC# 3015941 Date: 4/29/2019

Housing Unit: LHU1    ST: Peoples  UM: Garland

Separation Needs: ☒    Atypical designation(s) STG

Activation of BMP within last 30 days ☐ Yes   ☒ No       BMP Clearance Date: 1/10/2019

Activation of SMP within last 30 days ☐ Yes   ☒ No       SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes   ☒ No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
|  |  |  |  |

Current Level: Level 1                    Recommended Completion Level: Level 5

Reason for initial placement:
☒ Multiple disciplinary violations           ☐ Multiple locked housing placements
☐ Refusal to leave locked housing           ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior      ☐ Planning A serious disturbance/riot
☐ Escape, Attempt or Facilitation to Escape  ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.

Special Housing Needs:
☒ Spit Hood  ☒ Restrictions  ☐ Bottom bunk/tier  ☐ Water Restrictions(flooding)  ☐ ADA
☒ Escort Procedures/Special Security Procedures

Summary of current status and recommendations: This review inmate Whitford was restarted on level 1. Due to being found guilty of refusing to stop kicking his door on 4/22/2019, destroyed state documents on 4/26/2019, assault on staff with a liquid, destroying state property, refusing a direct order on 4/29/2019. Whitford will restart level 1 on 5/8/2019 and be scheduled to move to level 2 on 7/8/2019 at this time. Also, this review Whitford's security cautions were reviewed and it was decided that they will remain in place at this time.

I _could not sign due to being on a BMP_  ST: Peoples/  refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: _St. Peoples_

White-Mail                    Yellow-6 part file                    Pink-Inmate

EXHIBIT D
EXHIBIT D

*1 of 2*

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑  MWP ☐   CONTRACT FACILITY:_____

RECEIVED BY

APR 30 2019

DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR** ☑   **MINOR** ☐

Inmate Name: Whitford, MaKueeyapee      ID # 3015941

Last name      First name (Approx)

Date: 4-29-2019   Time: 1000   Place of Incident: LHU-1 Visiting Room (West

Room/Cell: LA-2   Housing Unit: LHU-1   Job Assignment: 99999 Unassigned

Infraction Number(s) & Name(s) 4210 Destroying/damaging facility property
4212 Willfully damaging a locking device, window
or other security safety device.
4213 Refusing to immediately obey a verbal direct order.

Staff Witness: 1. C/O R. Williams   Other Inmates involved 1. None

2. C/O B. McLeod   2.

3. DHO C. Klanecky

Description of Violation: (who, what, why, where, when and how): Immediately following a
disciplinary hearing and receiving several "notice of Hearings"
from DHO Klanecky, Inmate Whitford attempted to make a
phone call or more on the video phone hanging on the wall of
the visiting room. C/O McLeod notified me of his actions, so
I instructed Whitford to put the phone down and to put
his spit hood on his head. He ignored me so I told him I
was giving him a direct order, to get off the phone and put his
spit hood on. Looking over his shoulder at me, he stated "fuck
your direct order" and continued to try and make a phone call.
C/O Williams was able to request the phone shut off by the
command post; this prompted Whitford to come to the door.
I requested he put the spit hood on his head, he dropped it

Continued

REPORTING STAFF MEMBER: Sgt. Larry Pasha   Sgt. Larry Pasha

(Print Name)      (Sign Name)

Supervisor Review: _____   _____

(Print Name)      (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☑ Release to Previous Status   ☐ Other

Reason: Already Detention.

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____ 4.29.19   _____ 4/30/19

(Shift Supervisor's Signature)  (Date)   (Warden or Designee Signature)  (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: 5/1/19   Time: _____ hrs.   Place: Any
2. I understand the charge(s)? ☑ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☑ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf ☑ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: Want staff and other reports & attachments

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

C/O B. Brake   4/29/19 1110   _____

(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B      MSP 3.4.1, Institutional Discipline      Effective January 17, 2017

EXHIBIT D
EXHIBIT D

2 of 2

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

Inmate Name: Whitford, Makueeyapee                ID # 301594

    Last name            First Name

Date: 4-29-2019  Time: approx 1100  Place of Incident: LHU-1 Visiting Rm (West)

Room/Cell: LA-2  Housing Unit: LHU-1  Job Assignment: 99999 Unassigned

Infraction Number(s) & Name(s): A210 Destroying/damaging facility property.
A212 Willfully damaging a locking device, window or other security safety device.
A213 Refusing to immediately obey a ☒ verbal direct order.

Staff Witness: 1. C/O R. Williams        Other Inmates involved 1. None
2. C/O B. McLeod         3. D/W C. Klarecky 2.
(Continued)

Description of Violation: (who, what, why, where, when and how): behind him and quietly said "No". He was then instructed to turn away from the door. Kneel on the floor and staff would come in and put his head on and take him to his cell, he said "no". When asked if he was refusing a direct order he said he was. I left the door and stepped into the sergeants office to request IPS Assistance. While speaking to the CP, Whitford slipped out of his belly chain and proceeded to destroy the window in the visiting room door, and one of the two windows between the EAST and West Visiting Rooms. Command Post staff and the IPS team were required to end Whitfords stand-off as with Unit staff and destructive behavior. EOR.

REPORTING STAFF MEMBER: Sgt. Larry Pasha     Sgt. Larry Pasha

    (Print Name)                    (Sign Name)

Supervisor Review: _____    _____

    (Print Name)                    (Sign Name)

Inmate Status:  ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason:

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____  4-29-19              _____   __/__/__
(Shift Supervisor's Signature)   (Date)        (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date:___/___/___  Time:_____hrs.  Place:_____
2. I understand the charge(s)?  ☒ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes  ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf ☒ Yes  ☐ No. If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: Wants staff and other reports attachments

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

C/O B. Bruha               4/29/19 1710
(Staff Signature)            (Date & Time)        (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐          05-13-19

Inmate's Name: Whitford Makueeyapee    ID # 3015941   Date: 05-03-19

Infraction Number(s) & Name(s) 4213 Refusing a direct order 4212-Damaging locking

☐ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN device

Continuance granted to Date: ___/___/___ By: 4210-Destroying/damaging facility

Reason: _____ property

Plea: ☐ Guilty    ☐ Not Guilty    ☐ Other: _____

Inmate's Statement: Offender did not attend Hearing

_____

_____

_____

Evidence Provided: Infraction Report

_____

Findings:    ☒ Guilty of # 4213/4212/4210    ☐ Not Guilty of #

Evidence Relied On: Infraction Report

_____

_____

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1  2  3  4  ⑤ Grid Level to Use: 3

*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): Restitution for visiting room TBD = $1,405.55 amts

_____

Reason(s) for findings:    Offender refused to get off the

telephone, slipped out of his belly chains and used

the chains to destroy windows/glass in the locked visiting

room

Thomas Wilson    5-13-19    Carrie Walster

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: Offender did not attend Hearing

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

| | |
|---|---|
| **Title:** Correctional Officer | **Statement #:** 26239 |

**Incident Date:** 04/29/2019    **Incident Time:** 09:55 AM    **Statement Date:** 04/29/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/LHU 1 West visiting room

### Summary of Incident

On the above date and time I CO Williams and SGT. Pasha gave inmate Whitford,M #3015941 a direct order to leave the video phone alone in the LHU 1 visiting room, while attending a disciplinary hearing. Inmate Whitford refused to release the phone and put on his spit hood to be escorted back to his cell. When inmate Whitford realized that the phone would not work, due to a phone call to the Command Post to have the phone shut down, he came to the visiting room door where he was given a second direct order to comply and put the spit hood on. Inmate Whitford then began to yell obscenities at SGT. Pasha and slip his belly chains off his waist and down off his legs. Inmate Whitford then proceeded to swing the chains at the visiting door window breaking the inner glass pain and shattering it, before he was taken out by the IPS Team he swung the chains at the inner windows breaking them too.EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Pasha, Larry | |
| Staff | Mcleod, Brian | |
| Staff | Klanecky, Christine | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Williams, Ronnie

**Reporting Staff:** Williams, Ronnie                    **Title:** Correctional Officer

**Signature:** _B. William_          **Date:** _4-29-2019_

**Notes** _Sgt. Larry Pasha_

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _Forwarded to DOC Investigations_

**Supervisor Name:** _C Lamb_          **Title:** _Captain_

**Signature:** _____          **Date:** _4/29/19_

### Routing List (Place an X next to those this report will be distributed to):

| _____ Helena Office | _____ Security Major | _____ Medical |
|---|---|---|

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 1 of 2

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Correctional Officer                                    **Statement #:** 26239

**Incident Date:** 04/29/2019      **Incident Time:** 09:55 AM      **Statement Date:** 04/29/2019

**Jurisdiction:** Montana State Prison

| | | |
|---|---|---|
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Whitford Breaking visiting room glass

**Statement #:** 26241

**Incident Date:** 04/29/2019  **Incident Time:** 10:00 AM  **Statement Date:** 04/29/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/A/LOWER/2/West Visiting room Locked Housing Unit 1

### Summary of Incident

On the above date and time I C/O McLeod was going to have inmate Whitford sign 5 notice of hearing forms for the DHO Christine Klanecky. When I got to the visiting room door to have him sign the forms he was attempting to call out on the video phone. I let Sgt Pasha know immediatly and he gave the inmate a direct order to get off the phone and put his spit hood back on. Inmate Whitford said fuck your direct order. C/O Williams called command post and had them turn off the phone and had IPS sent up to LHU 1. Inmate whitford then became very aggitated and worked his way out of the belly chains and proceeded to beat the chains against the visiting room glass door shattering it. He was unable to break thru the lucite glass. He also broke the glass between the two sides of the viting room. IPS then arrived at LHU1 along with Cpt Lamb and LT Postma they were able to calm Inmate Whitford down and get him to cuff up with belly chains again and go back to his cell peacefully.

### Involved Persons

| Category | Person | Narrative |
|----------|--------|-----------|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Pasha, Larry | |
| Staff | Williams, Ronnie | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - McLeod, Brian

**Reporting Staff:** Mcleod, Brian  **Title:** Correctional Officer

**Signature:** _B= DM-_  **Date:** 4/29/19

**Notes** _Sgt. Larry Pasha_

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

**Supervisor Name:** _____  **Title:** _____

**Signature:** _____  **Date:** _____

### Routing List (Place an X next to those this report will be distributed to):

| | | | | | |
|---|---|---|---|---|---|
| _____ | Helena Office | _____ | Security Major | _____ | Medical |
| _____ | MSP Duty Officer | _____ | Unit Manager | _____ | Maintenance |

Note: This statement of Incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**

Statement of Incident

| | |
|---|---|
| **Title:** Whitford Breaking visiting room glass | **Statement #:** 26241 |

**Incident Date:** 04/29/2019      **Incident Time:** 10:00 AM          **Statement Date:** 04/29/2019

**Jurisdiction:** Montana State Prison

| | | |
|---|---|---|
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

---

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

**Title:** Whitford, Makueeyapee 3015941       **Statement #:**   26243

**Incident Date:** 04/29/2019    **Incident Time:**   10:30 AM      **Statement Date:** 04/29/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/LHU1 visiting room

### Summary of Incident

On the above date and approximate time I, Captain Lamb, responded to a call for assistance to Locked housing unit 1. When I arrived at Locked housing unit 1 Inmate Whitford was locked in the visiting room with his belly chains hanging from his hands and with broken glass all over the floor. Inmate Whitford was removed from the visiting room by IPS and taken to the Lower A block showers by IPS. Whitford was strip searched in the shower and then returned to lower A2 without incident. Whitford's clothes and belly chain and pad lock were logged as evidence and placed in locker Number 1. DOC investigator Crow was called and responded to Locked housing unit 1.

### Involved Persons

No Individuals are associated with this Incident Statement

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Lamb, Christopher

**Reporting Staff:** Lamb, Christopher       **Title:** Correctional Officer SupMgr

**Signature:** _____    **Date:** 4/29/19

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

**Supervisor Name:** _____    **Title:** 4/29/19 Capt

**Signature:** _____    **Date:** 4/29/19

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of Incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

**Page 1 of 1**

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

| | |
|---|---|
| **Title:** I/M Whitford visiting room | **Statement #:**　26237 |

**Incident Date:**　04/29/2019　　**Incident Time:**　10:15 AM　　**Statement Date:** 04/29/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?**  Yes

**Location:**  Montana State Prison/Maximum Security/Locked Housing Unit 1/A/LOWER/2/LHU-1 Visiting room to LA-2

### Summary of Incident

On the above date and approximate time I, SSG Segovia, was called by Captain Lamb and told inmate Whitford is in the visiting room in LHU-1 breaking out the windows. I left and responded to LHU-1 were I meet the rest of the First shift IPS team. When I approached the visiting door inmate Whitford was sitting on the stool with his belly chains dangling in front of him and his spit hood off. I asked inmate Whitford if he would put his spit hood back on for us and let us come in to get him properly restrained. Inmate Whitford said he would, put his spit hood back on, and then I gave inmate Whitford a direct order to kneel down and cross his feet which he complied. The door was opened and the first shift IPS team properly restrained inmate Whitford. It was noted that inmate Whitford had cuts on his knuckles and left knee. Infirmary staff cleared inmate Whitford and pictures were taken of the areas. Inmate Whitford was then escorted to the shower were an unclothed body search was done and nothing was found. Inmate Whitford was then escorted back to his cell and restraints removed. EOR

### Involved Persons

No Individuals are associated with this Incident Statement

### Source and Documentation

**Confidential Informant:**  No

**Information Source:**  Staff - Lamb, Christopher

**Reporting Staff:**　Segovia, Danel　　　　　　　　　**Title:** Correctional Officer Sgt

**Signature:** _____　　　　　**Date:** 4/29/19

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** Reviewed/ Distributed

**Supervisor Name:** W Larson　　　　　　　　**Title:** SSG

**Signature:** SSG _____　　　　　　　　　　**Date:** 4-29-19

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 1 of 2

EXHIBIT D
EXHIBIT D

INMATE: _Whitford Makueeyapee_ AO#: _3015941_   LOCATION: _LHU1_

4-29-19 - 4210/4212/4213    4-23-19- 4213/4235    4-29-19-4207/4229
(4216)

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _05/01/19_ IS/ARE BEING CONTINUED UNTIL _05/03/19_

FOR THE FOLLOWING REASONS: _Visiting room is not fixed_
_yet/ glass needs replaced_

Inmate Signature X _[signature]_ DATED _____

Disciplinary _Carrie Walsted_ DATED _5/1/19_

*************************************

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____ IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS: _____

_____

_____

Inmate Signature _____ DATED _____

Disciplinary _____ DATED _____

Revised: Oct 2012          Records (White)          Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

INMATE: _Whitford, Makueeyapee_ AO#: _3015941_   LOCATION: _LHU1_

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _05-03-19_ IS/ARE BEING CONTINUED UNTIL _05-08-19_

FOR THE FOLLOWING REASONS: _Wants time to formulate_
_a defense_

Inmate Signature _unable to sign_   DATED _____

Disciplinary _Carrie Walsteo_   DATED _5-03-19_

**********************************

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _5·8·19_ IS/ARE BEING CONTINUED UNTIL _5·13·19_

FOR THE FOLLOWING REASONS: _Offender on a BMP_

Inmate Signature _Verbally Advised unable to sign_   DATED _5·8·19_

Disciplinary _P. Klanecky_   DATED _5·8·19_

Revised: Oct 2012        Records (White)        Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

LA2
RECEIVED BY
APR 30 2019
DISCIPLINARY

MSP ☒ MWP ☐ CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒ MINOR ☐

Inmate Name: Whitford                    Makueeyapee          ID # 3015941
                 Last name                First name

Date: 4-29-19   Time: 1845   Place of Incident: A. Block LHU-1
Room/Cell: LA-2   Housing Unit: LHU-1   Job Assignment: 9999 Unassigned
Infraction Number(s) & Name(s)  4207- Participating in, or encouraging others to
Participate in unauthorized Coordinated activity
4229- Planning, attempting, encouraging, Facilitating
or Conspiring with others to commit 4200 series infraction
(4210)

Staff Witness: 1. _____          Other Inmates involved 1. Jones, 2 # 45221
              2. _____                                 2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and time
I Sgt Ramirez was checking plumbing chases on A. Block due to
inmate Whitford's continual participation in destroying Facility property
and encouraging others to destroy Facility property in this instance
clogging plumbing chases to Flood A. Block and make the drains
back up by repeatedly putting state bedding and destroying state
mattresses and Flushing them into the toilets.

REPORTING STAFF MEMBER: Daniel Ramirez          Sgt Ramirez
                         (Print Name)              (Sign Name)

Supervisor Review: _____
                     (Print Name)                (Sign Name)

Inmate Status:  ☐ Pre-Hearing Confinement  ☒ Release to Previous Status  ☐ Other
Reason: Already PHC Detention in LHU1

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

LT _____      4/28/19      _____      / /
(Shift Supervisor's Signature)   (Date)         (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.  LHU-1
  1. Hearing Date: 5/1/19   Time: 1015 hrs.   Place: _____
  2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
  3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
  4. Present evidence and witnesses on my behalf  ☒Yes ☐No If inmate pleads not guilty have him/her complete a Witness Request form
  5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

G. Klaracky          4/30/1015      X unable to sign
(Staff Signature)    (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

LHU1/4444 Unassigned /MAX          LH11Z Q

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

### DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: Whitford Makueeyapee          ID # 3015941   Date: 05-03-19

Infraction Number(s) & Name(s) 4207-Participating in or encouraging others to participate

☒ I DO UNDERSTAND THE VIOLATION          ☐ I DO NOT UNDERSTAND THE VIOLATION — ADDITIONAL ACTION TAKEN

in unauthorized cord. activity

Continuance granted to Date: ___ / ___ / ___          By: _____

Reason: 4229-Planning attempting, accouraging, facilita

or conspiring w/othurs to commit 4200 series infraction (4210)

Plea: ☐ Guilty   ☐ Not Guilty   ☐ Other: _____

Inmate's Statement:

Did not attend hrg.

Evidence Provided: Infraction Report, confidential report

Findings: ☒ Guilty of # 4207/4229/4210 ☐ Not Guilty of #

Evidence Relied On: Infraction Report, confidential report

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤  Grid Level to Use: 3
(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s): $50.00 fine

Reason(s) for findings: Offender encouraged other

inmates to flood.

Thomas W Olson  5.13.19          D. Klanecky  5.13.19

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: Did not attend hrg.

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

INMATE: _Whitford Makueeyapee_ AO#: _3015941_   LOCATION: _LHU7_

4·29·19 - 4210/4212/4213    4·23·19- 4213/4235    4·29·19·4207/4229
(4216)

# HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _05/01/19_    IS/ARE BEING CONTINUED UNTIL _05/03/19_

FOR THE FOLLOWING REASONS: _Visiting room is not fixed_
_yet / glass needs replaced_

Inmate Signature X _____ DATED _____

Disciplinary _Carrie Walsted_ _____ DATED _5/1/19_

**********************************

# HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____ IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS: _____

_____

_____

Inmate Signature _____ DATED _____

Disciplinary _____ DATED _____

Revised: Oct 2012          Records (White)          Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

INMATE: _Whitford, Makweeya_ PAO#: _3015941_   LOCATION: _LHU1_

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _05-03-19_ IS/ARE BEING CONTINUED UNTIL _05-08-19_

FOR THE FOLLOWING REASONS: _Wants time to formulate_
_a defense_

Inmate Signature _unable to sign_ DATED _____

Disciplinary _Carrie Walston_ DATED _5-03-19_

**********************************

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _5·8·19_ IS/ARE BEING CONTINUED UNTIL _5·13·19_

FOR THE FOLLOWING REASONS: _Offender on a BMP_

_Verbally Advised_
Inmate Signature _unable to sign_ DATED _5·8·19_

Disciplinary _C. Klanecky_ DATED _5·8·19_

Revised: Oct 2012          Records (White)          Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY

APR 29 2019

DISCIPLINARY

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

Inmate Name: Whitford                                    ID # 3015941
           Last name              First Name

Date: 4-28-19   Time: 1500   Place of Incident: A-Block
Room/Cell: LA-2   Housing Unit: LHU-1   Job Assignment: 9999 Unassigned
Infraction Number(s) & Name(s) 4210 - Destroying or Damaging Facility property

4208 - Insolence

Staff Witness: 1. Meagher maintenance   Other Inmates involved 1. _____
              2. _____                        2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and
time while maintenance meacher was assessing A-Block
plumbing issues inmate Whitford told Meagher you
guys are going to be here every day! Inmate
Whitford tore his mattress and had several large
foam peices in his toilet. Maintenance Meagher said after

REPORTING STAFF MEMBER: Daniel Squires            Sgt Squires
                              (Print Name)              (Sign Name)

Supervisor Review: _____

                    (Print Name)                (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: No threat

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

SSG B.Mll                    4/28/19                                      / /
(Shift Supervisor's Signature)    (Date)    (Warden or Designee Signature)    (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date:_____   Time:_____ hrs.   Place: LHU
2. I understand the charge(s)? ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate)
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf: ☐ Yes ☐ No If inmate has witnesses, have him/her complete a Witness Request form.
5. Other pertinent notations: Closest present inmates of block

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

P. Klanecky                4/29/0945   X  Refused  (not here)
(Staff Signature)        (Date & Time)        (Inmate's Signature / ID#)

Removed from cell after breaking
visiting room window

Attachment B          MSP 3.4.1, Institutional Discipline       Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒                    MINOR ☐

Inmate's Name: _Whitford, Makueeyape_ DOC# 3015941 Date: 4·29·19

Infraction Number(s) & Name(s) _4210 - Dest. Property; 4208 - Insolence_

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___ By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: _Refused to sign infraction -_

Inmate's Statement: _Refused to comply w/ orders_

_____

_____

Evidence Provided: _Infraction report, incident reports_

Findings: ☒ Guilty of # _4210 / 4208_   ☐ Not Guilty of #

Evidence Relied On: _Infraction report, incident reports_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4   5] Grid Level to Use: _3_
(Circle number of prior guilty decisions within the timeframe for each rule violation). Find grid level to use by adding current & prior guilty decisions).

Sanction(s): _Restitution for mattress: $118.00_

_Refer to UNIT_

Reason(s) for findings: _Offender destroyed a mattress_
_+ was disrespectful toward staff. Offender refused_
_multiple orders, thereby refusing to sign infraction_
_report - hearing held w/out him. E. Klanecky 4·29·19_

_____ 4/30/19                    E. Klanecky 4·29·19
ADMINISTRATIVE REVIEW / DATE        DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL.
Inmate's Signature / ID#: _Refused_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C               MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections
### Statement of Incident

**Title:** LHU-1 A-Block                                              **Statement #:**        26217

**Incident Date:** 04/28/2019      **Incident Time:**    02:10 PM      **Statement Date:** 04/28/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/A/LHU-1 A-Block plumbing issues / inmates flooding

### Summary of Incident

On the above date and time while beginning of 2nd shift as myself (Sgt. Ramirez) and floor officers chitted out equipment from the primary cage it was seen A-Block had a large amount of water flooded all over the dayroom of A-Block. The floor officers went into A-Block to assess the situation of A-Block. Officers said inmate Whitford,M#3015941 was standing in his cell continually flushing his toilet adding to A-blocks drains backing up. Officer Fulmer said while talking with inmate Knudson#3013039 UA-8 he said inmate Whitford is flushing blankets and pieces of his mattress in the toilet to cause the drains to backup. Officer Brown in control cage said he heard inmate Whitford telling inmate Sieler#41241 LA-6 how to make the dayroom drains back up. Officer Johnson talked with inmate Sieler who told him "I got 3 years left and this will not stop till my time here is done!" I called Command Post and informed them of the situation on A-Block and was told to shut all the water off to A-Block by SSGT. Miller and that the on-call plumber was coming in from Butte. Floor officers were instructed to turn the water off on A-Block at this time.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Johnson, Cameron | floor officer |
| Staff | Brown, Robert | floor officer |
| Offender | Whitford, Makueeyapee - 3015941 | inmate acting out |
| Offender | Sieler, Michael - 41241 | inmate acting out |
| Staff | Fulmer, Cameron | floor officer |
| Offender | Knudson, John - 3013039 | inmate witness |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Offender - Knudson, John 3013039

**Reporting Staff:** Ramirez, Daniel                **Title:** Correctional Officer Sgt

**Signature:** _Sgt Ramirez_                .**Date:** _4-28-19_

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _Reviewed & Distributed_

**Supervisor Name:** _SSg B.Mill_          **Title:** _SS7_

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Whitford | **Statement #:** 26219

**Incident Date:** 04/28/2019 | **Incident Time:** 02:30 PM | **Statement Date:** 04/28/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/A/LOWER/2

### Summary of Incident

On above time and date I C/O Brown was in the primary cage in locked one. The drains on A block were flooding. I was monitoring the speakers on A block. I over heard Whitford,Makueeyapee,# 3015941 talking with Sieler,Michael # 41241. Whitford told Sieler that if they put stuff down the toilet it would cause the drains to back up again. Whitford then stated we can make the higher ups give us what we want.All we have to do it to continue acting up and tear shit up. EOR

### Involved Persons

No Individuals are associated with this Incident Statement

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Brown, Robert 21001

**Reporting Staff:** Brown, Robert | **Title:** Correctional Officer

**Signature:** _Raut Bien_ | **Date:** _4-28-19_

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _Reviewed + Distributed_

**Supervisor Name:** _SSg B. Miller_ | **Title:** _SS9_

**Signature:** _SS9 B.Mll_ | **Date:** _4-28-19_

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections
## Statement of Incident

Title: Info on A block                                    Statement #:        26221

Incident Date:  04/28/2019      Incident Time:    02:30 PM      Statement Date: 04/28/2019

Jurisdiction:  Montana State Prison

### Incident Scene
Incident Occurred at Facility?  Yes

Location:   Montana State Prison/Maximum Security/Locked Housing Unit 1/A/UPPER/8

### Summary of Incident
On the above date and approximate time, I, CO Fulmer, was on A block assessing the situation after a flood had started. When I came by Inmate Knudson's (3013039) cell, he informed me that inmate Whitford, Makueeyapee (3015941) was purposefully flushing blankets and mattress pieces in order to cause all the drains to back up.

### Involved Persons
No Individuals are associated with this Incident Statement

### Source and Documentation
Confidential Informant:  No

Information Source:  Offender - Knudson, John 3013039

Reporting Staff:     Fulmer, Cameron            Title: Correctional Officer

Signature: _____      Date: _4/28/2019_

### Notes
No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

Supervisor Review and Remarks:  _Reviewed + Distributed_

Supervisor Name: _SSg B. Miller_            Title: _SSg I_

Signature: _SSg B.Mill_                    Date: _4-28-15_

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 1

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY

APR 29 2019

DISCIPLINARY

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

(Information and staff signatures on this form must be legible)

MAJOR ☒       MINOR ☐

Inmate Name: **Whitford**                **Makveeyapee**        ID # **3015941**

Last name                     First Name

Date: **4-28-19**   Time: **1425**   Place of Incident: **A-Block LHU-1**

Room/Cell: **LA-2**   Housing Unit: **LHU-1**   Job Assignment: **9999 unassigned**

Infraction Number(s) & Name(s)

**4207 - Participating in, or encouraging others to Participate in an unauthorized coordinated activity**

Staff Witness: 1. _____      Other Inmates involved 1. **Sieler, M # 41241**

2. _____                     2. _____

Description of Violation: (who, what, why, where, when and how): **On the above date and approximate time while working LHU-1 primary control. A-Block had a flood and plumbing issues. After officers went in A-Block to turn water off to cells I heard inmate Whitford LA2 telling inmate Sieler LA-6 how to clog the drains and make water back up through block dayroom drains. Inmate Whitford was telling the Block if we keep acting up the higher ups will do anything we want we can make this go all day**

REPORTING STAFF MEMBER: **Robert Brown**                **Rautbr**

(Print Name)                        (Sign Name)

Supervisor Review: **Daniel Ramirez**            **Sgt Ramirez**

(Print Name)                        (Sign Name)

Inmate Status:  ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Reason: **No Threat**

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

**Sgt S. McL**        **4-28-19**

(Shift Supervisor's Signature)      (Date)      (Warden or Designee Signature)      (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: __/__/__ Time: _____ Place: **LHU-2**
2. I understand the charge(s)?  ☒ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate)
3. I waive my right to a hearing?  ☐ Yes  ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf  ☒ Yes  ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: **Sieler, inmate on Block**

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

**J. Klanecky**       **4/29 0945**   ☒ **Refused** Postin

(Staff Signature)      (Date & Time)           (Inmate's Signature / ID#)

**Removed from cell after breaking visiting room window**

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒                MINOR ☐

Inmate's Name: _Whitford, Makueeyape_  ID # _3015941_  Date: _4·29·19_

Infraction Number(s) & Name(s) _4207 - Enc. coordinated activity_

☒ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___ By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: _Refused to sign infraction_

Inmate's Statement: _Refused to comply w/ orders_

Evidence Provided: _Infraction report_

Findings: ☒ Guilty of # _4207_          ☐ Not Guilty of # ____

Evidence Relied On: _Infraction report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   (5)  Grid Level to Use: _3_

*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _Refer to UMT_

Reason(s) for findings: _Offender encouraged other inmates to flood their cells. Offender refused multiple orders from staff, thereby refusing to sign infraction rpt - hearing held w/out him._

_____ _4/30/19_        _L. Klanecky_ _4·29·19_
ADMINISTRATIVE REVIEW / DATE                DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _Refused_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

### DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: **Whitford Makueeyapee**   ID # **3015941**   Date: **4-26-19**

Infraction Number(s) & Name(s) **4212-Willfully destroying a safety device**

☐ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___   By: _____

Reason: _____

Plea: ☐ Guilty     ☐ Not Guilty     ☐ Other: _____

Inmate's Statement: **Offender refused to sign infraction report**

Evidence Provided: **Infraction Report**

Findings: ☒ Guilty of # **4212**          ☐ Not Guilty of #

Evidence Relied On: **Infraction Report**

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ Grid Level to Use: **3**
(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).

Sanction(s): **Revoke SS time from write up on 3-10-19 of 15 days detention**
**15 days detention, Credit for 3 days, End 05-08-19**

Reason(s) for findings: **Offender took his state documents off of his door + destroyed them. These sheets are used to make sure the inmates are checked on on a regular basis**

_____ 5-4-19            **Carrie Walstad**
ADMINISTRATIVE REVIEW / DATE                 DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: **Offender refused to sign**

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS   RECEIVED

MSP ☒   MWP ☐   CONTRACT FACILITY: _____   APR 29 2019

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**   DISCIPLINARY

*(Information and staff signatures on this form must be legible)*

MAJOR ☒   MINOR ☐

Inmate Name: __Whitford_____ M   ID # 3015941
              Last name                     First Name

Date: 4-26-19   Time: 2045   Place of Incident: LHU1
Room/Cell: UA-6   Housing Unit: LHU1   Job Assignment: _____
Infraction Number(s) & Name(s) 4213- Refusing to Immediately obey a verbal "direct"
Order/Command from any staff member.
4236 - Refusing, Interfering with, or Manipulating any
house assignment.

Staff Witness: 1. _____   Other Inmates involved 1. _____
               2. _____                          2. _____

Description of Violation: (who, what, why, where, when and how): One the above date and
time I Sgt Pica told I/m Whiford that he has to cuff up to be
Moved to a lower cell. I/m Whitford #3015941 Refused and at that
time I gave him a direct order to cuff up and he stated "Bring
the team up. EOR

REPORTING STAFF MEMBER: Sgt Pica                    Sgt Pica
                         (Print Name)                (Sign Name)

Supervisor Review: _____   _____
                         (Print Name)                (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason:   No Threat

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

557 B mll                   4 26 19                    / /
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _/_/_   Time: _ hrs.   Place: LHU
2. I understand the charge(s)?   ☒ Yes   ☐ No (if no, verbally explain the charge(s) to the inmate)
3. I waive my right to a hearing ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf ☒ Yes ☐ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

T. Klanecky          4/29/0945          Refused
(Staff Signature)    (Date & Time)      (Inmate's Signature / ID#)

Removed from cell after breaking
visiting room window

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒                    MINOR ☐

Inmate's Name: Whitford, Makueeyapee   ID # 3015941   Date: 4.29.19

Infraction Number(s) & Name(s)  4213- Ref. on Order; 42316-Ref. Housing

☒ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___ By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: Refused to sign infraction-
Inmate's Statement: Refused to comply w/ orders

Evidence Provided: infraction report, incident report

Findings: ☒ Guilty of # 4213/42316   ☐ Not Guilty of #
Evidence Relied On: infraction report, incident report

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ ] Grid Level to Use: 3
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanction(s): Refer to UNIT

Reason(s) for findings: Offender refused an order to cuff
up to be moved to a different cell. Offender refused
multiple orders from staff, thereby refusing to
sign infraction rpt. - hearing held w/out him.
JXL 4/30/19                          L. Konecky 4.29.19
ADMINISTRATIVE REVIEW / DATE           DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file
an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to
support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are
not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL   Refused
Inmate's Signature / ID#:

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)

Attachment C            MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Concerns, I/M whitford assinged cell.                          **Statement #:**     26179

**Incident Date:**   04/26/2019      **Incident Time:**     08:45 PM        **Statement Date:** 04/26/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?**  Yes

**Location:**  Montana State Prison/Maximum Security/Locked Housing Unit 1/UPPER/6

### Summary of Incident

On the above date and time I Sgt Pica spoke to LT Biltoft in regards to the assigned cell of I/M Whitford #3015941 as he refuesed to be moved and was allowed to stay in a upper cell as he just flooded the entire Block and his water restriction ends at approcamatly at 5am.

after my first call ended with The LT, I called him back a second time to let him know that I/M Whitford is on a double food port restriction for past occurences and there are not any on the upper tiers. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Biltoft, Shane | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Pica, Marcos

**Reporting Staff:**    Pica, Marcos                       **Title:** Correctional Officer

**Signature:**    _Sgt Pica_                       **Date:**  _4-26-19_

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:**    _Reviewed & Distributed_

**Supervisor Name:**  _SSg B Miller_            **Title:**  _SSg_

**Signature:**   _SSg B.Miller_            **Date:**  _4-26-19_

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 1 of 2

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY

APR 26 2019

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
(Information and staff signatures on this form must be legible)

DISCIPLINARY

MAJOR ☒          MINOR ☐

Inmate Name: _Whitford_ _____ _Makueeyapee_ ___ ID # _3015941_
　　　　　　　Last name　　　　　　　　　First Name

Date: _25 Apr 19_  Time: _2207_  Place of Incident: _LHU1 LA8_
Room/Cell: _LA8_  Housing Unit: _LHU1_  Job Assignment: _____

Infraction Number(s) & Name(s) _4210 destroying, altering or damaging facility property, or the_
_property of another person including flooding_ _____

Staff Witness: 1. _C/o Rees_ _____  Other Inmates involved 1. _____
　　　　　　　 2. _____　　　　　　　　　　　　　　　　2. _____

Description of Violation: (who, what, why, where, when and how): _On 25 Apr 19 about 2225 I noticed_
_water on A block coming from LA 6-8 houses appx. C/o Rees asked for the water key_
_and went onto A block. C/o Rees turned off the water and per Command Post_
_Left the water off on LA8 Whitford M. #3015941 upon reviewing the cameras. C-19_
_@2207 new water is visible outside LA8 Whitfords cell @0209 and on water is_
_spreading from LA8 to the rest of the block. LA8 toilet had no knob and_
_wasn't completely turned off. 0315 LA8 flooded again and admitted it. We removed_
_knob from another valve and turned off toilet to LA8. Whitford refused to_
_come out. End of Report_ _____

_25 Apr 19_
_@ 0500_

REPORTING STAFF MEMBER: _S Knutson_ _____      _[signature]_
　　　　　　　　　　　　　　　(Print Name)　　　　　　　　　(Sign Name)

Supervisor Review: _____
　　　　　　　　　　(Print Name)　　　　　　　　　(Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: _Already PHC_ _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_[signature]_ 　_4/26/19_ 　_Cash_ 　_4/26/19_
(Shift Supervisor's Signature)　(Date)　(Warden or Designee Signature)　(Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _____  Time: _____  Place: _____
2. I understand the charge(s)? ☒ Yes, ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_U. Klimitsky_ 　_4/29/19 0945_ 　_Refused_
(Staff Signature)　(Date/Time)　(Inmate's Signature/ID#)

Removed from cell after breaking visiting room window

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**
MSP ☒   MWP ☐   CONTRACT FACILITY: _____

### DISCIPLINARY HEARING DECISION

MAJOR ☒                    MINOR ☐

Inmate's Name: _Whitford, Makueeyapee_ #_3015941_ Date: _4-29-19_

Infraction Number(s) & Name(s) _4210 - Dest. Property_

☒ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION -- ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___ By: _____

Reason: _____

Plea: ☐ Guilty    ☐ Not Guilty    ☒ Other: _Refused to sign infraction-_
Inmate's Statement: _Refused to comply w/ orders_

Evidence Provided: _Infraction report_

Findings: ☒ Guilty of # _4210._        ☐ Not Guilty of # ___
Evidence Relied On: _Infraction report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   (5)+  Grid Level to Use: _3_
(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s): _$10.00 Restitution._
_$1,612.71 Restitution - Additional amount TBD_
_Refer to Investigations_

Reason(s) for findings: _offender flooded his cell. offender refused multiple orders from staff, thereby refusing to sign infraction report - hearing held w/out him._

X _[signature]_  _4/30/19_       _G. Klanecky_  _4-29-19_
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _Refused_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY
APR 26 2019
DISCIPLINARY

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☑          MINOR ☐

Inmate Name: _Whitford_ _____ _Makueeyapee_ ID # _3015941_
          Last name          First Name

Date: _4-25-19_  Time: _2025_  Place of Incident: _LHU-1_
Room/Cell: _LA-8_  Housing Unit: _LHU-1_  Job Assignment:_____
Infraction Number(s) & Name(s) _4111 – Assaulting staff to include causing body fluids (urine, feces, spit etc.) to come in contact with another_

Staff Witness: 1. _LT. Alathon_        Other Inmates involved 1. _Pieler #41241_
            2._____                       2._____

Description of Violation: (who, what, why, where, when and how): _On above date and time I (CO ___) was on A-block helping clean a flood while helping clean A-block inmate Whitford #3015941 and inmate Pieler #41241 were arguing back and forth calling each other names disrespectfully. Pieler #41241 was put in the lower A-shower so the officers and swamper can clean his cell LA-5. Whitford #3015941 who is in LA-8 started throwing water through the crack of his cell door. Whitford was verbally warn by CO ___ to stop but he kept throwing flood water through his door and it splashed on CO ___._

REPORTING STAFF MEMBER: _Travis Hauge_
                      (Print Name)                    (Sign Name)
Supervisor Review: _____
                      (Print Name)                    (Sign Name)

Inmate Status:  ☐ Pre-Hearing Confinement  ☒ Release to Previous Status
Reason: _Placed on BMP mm_  _Already PHC_    ☒ Other

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.).

_LT. ___ ___    4-26-19_    _____ _4-26-19_
(Shift Supervisor's Signature)      (Date)      (Warden or Designee Signature)      (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _05-01-19_   Time: _An V_ hrs.   Place: _An V_
2. I understand the charge(s)?   ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☒Yes ☐No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _Copies of co statements_

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_H. Klanecky_          _4/29/19 0145_   X _Refused_ _Posten_
(Staff Signature)          (Date/Time)          (Inmate Signature / ID#)

_Removed from cell after breaking visiting room window_

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: **Whitford, Makueeyapee**  ID # **3015941**  Date: **4-29-19**

Infraction Number(s) & Name(s)  **4111 - Assault**

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION — ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___  By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: **Refused to sign infraction**
Inmate's Statement: **Refused to comply w/ orders**

Evidence Provided: **Infraction report, incident reports**

Findings: ☒ Guilty of # **4111**  ,  ☐ Not Guilty of #

Evidence Relied On: **Infraction report, incident reports**

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤]  Grid Level to Use **3**
(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).

Sanction(s): **15 days detention, consecutive END - 5-23-19**
**Refer to Investigations**

Reason(s) for findings: **Offender threw a liquid on Staff. Offender refused multiple orders, thereby refusing to sign infraction report - hearing held without him.**

_____ 4/30/19          **G. Klanecky** 4-29-19
ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: **Refused**

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D



**COMMAND POST/** ___ **Initial-Approved**



# Montana Department of Corrections

## Statement of Incident

| | | | | | |
|---|---|---|---|---|---|
| **Title:** Flood | | | | **Statement #:** | 26143 |

**Incident Date:** 04/25/2019    **Incident Time:**   10:25 PM       **Statement Date:** 04/26/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/LOWER/8/Flood began at lower A 8 and flooded the entire block.

### Summary of Incident

On the above date and time, I LT. Mathon was informed of a flood in LHU-1 on lower A-block. I then sent for the LHU-1 swampers from A-unit and went to the unit to assess the damage. Upon my arrival I noticed the entire block flooded and the inmates were arguing amongst themselves, particularly Whitford, M. #3015941 and Sieler, M. #41241. After getting most of the water off of the block we started removing inmates from their cells and cleaning the water out one by one. When we removed Sieler from his cell and placed him in the shower, he and inmate Whitford began yelling at one another and this escalated until Whitford began throwing water from his cell through the crack of his door trying to hit Sieler with it. During this altercation officer Mauga, T. was hit with the flood water. Whitford refused to stop throwing the water after several orders to do so. I then retrieved the shield from the emergency equipment locker and officer Mauga used it to deflect the water so we could remove Sieler from the shower and return him to his cell. When Sieler was removed from the shower and returned to his cell, Whitford stopped throwing water. Whitford along with Wolf, D. #3015941 LA-7 and Gamble, T. # 2002379 LA-1 refused to have their cells cleaned. After reviewing the cameras, the water was first seen coming from LA-8 which is Whitfords' cell. Whitford was written up for both 4210 and 4111. The rest of the block was cleaned without further incident. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Fox, William | present |
| Staff | Mauga, Travis | present |
| Staff | Singleton, Jennifer | present |
| Staff | Rees, Erik | present |
| Staff | Michela, Christopher | present |
| Staff | Knutson, Stephen | present |

### Source and Documentation

**Confidential Informant:  No**

**Information Source:  Staff - Mathon, Mike**

**Reporting Staff:**      Mathon, Mike                                           **Title:** Correctional Officer SupMgr

**Signature:** _L7. Mathon_                                           **Date:** _4.26.19_

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:**  _Reviewed and Processed_

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Flood

**Incident Date:** 04/25/2019    **Incident Time:** 10:25 PM

**Jurisdiction:** Montana State Prison

**Statement #:** 26143

**Statement Date:** 04/26/2019

---

**Supervisor Name:** _Thornton_    **Title:** _SSG_

**Signature:** _SSG_    **Date:** _4-26-19_

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 2 of 2

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

COMMAND POST/  Initial-Approved

**Title:** FLOOD

**Statement #:** 26145

**Incident Date:** 04/25/2019    **Incident Time:** 11:00 PM    **Statement Date:** 04/26/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/LOWER/8

### Summary of Incident

On the approximate above date and time I C/O Fox walked into command post and was informed that there was a flood in locked housing unit 1 and that I needed to get the swampers and head up there to help with it. When the swampers and I got there we looked on to A-Block to see what all we needed and the swampers grabbed all of the equipment that we needed. As we got the day room starting to look better freeish of water we put Inmate Sieler from his cell into the shower and when we did Inmate Whitford started to yell and scream at Inmate Sieler in the shower. Inmate Whitford then attempted to through water at Inmate Sieler who was in the shower as we were trying to get him out of the shower and back to his cell. Doing so Inmate Whitford got water on C/O Rees & C/O Mauga. LT. Mathon then went and got the shield from the lock box and we put it on Inmate Whitfords cell door to prevent more water from being thrown on anyone else as we got Inmate Sieler out. We then proceeded to finish cleaning up the flood. After we got the flood cleaned up I C/O Fox then went into the cage and rewound the camera and found out that Inmate LA8 Whitford was the one who flooded.

E.O.R.

### Involved Persons

| Category | Person | Narrative |
|----------|--------|-----------|
| Staff | Singleton, Jennifer | present |
| Staff | Mauga, Travis | present |
| Staff | Rees, Erik | present |
| Staff | Michela, Christopher | present |
| Staff | Knutson, Stephen | present |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Fox, William

**Reporting Staff:** Fox, William      **Title:** Correctional Officer

**Signature:** _[signature]_      **Date:** 4/26/19

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _Reviewed and Processed_

**Supervisor Name:** _Thornton_      **Title:** _SSG_

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** FLOOD

**Statement #:** 26145

**Incident Date:** 04/25/2019    **Incident Time:** 11:00 PM    **Statement Date:** 04/26/2019

**Jurisdiction:** Montana State Prison

**Signature:** _[signature]_    **Date:** H-26-19

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 2 of 2

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections



### Statement of Incident

**Title:** Whitford Flooding                                          **Statement #:** 26149

**Incident Date:** 04/25/2019     **Incident Time:** 10:25 PM     **Statement Date:** 04/25/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/A/LOWER/8/LHU1 A Block, Cell LA8

### Summary of Incident

On the above date and approximate time I, C/O Michela was conducting rounds on the east side of LHU1. When I finished, I got to the sergeants office and received a call from the main cage telling me to head to A block. I went to A block to discover the block had about an inch of water covering the floor. I/M Whitford, AO#3015941 had flooded. C/O Rees turned his water off. Command post was notified and we started cleaning it up. The swampers arrived shortly after with c/o's Mauga and Fox. We cleaned the water off the floor and then started taking inmates out and putting them in the shower or another cell while we cleaned their cells. At approximately 11:45 c/o Singleton and I conducted count. When we finished cleaning all of the cells and floor it was approximately 11:45.

### Involved Persons

| Category | Person | Narrative |
|----------|--------|-----------|
| Staff | Knutson, Stephen | |
| Staff | Rees, Erik | |
| Staff | Singleton, Jennifer | |
| Staff | Mauga, Travis | |
| Staff | Fox, William | |
| Staff | Mathon, Mike | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Michela, Christopher

**Reporting Staff:**     Michela, Christopher                **Title:** Correctional Officer

**Signature:** MiCho l 9                                   **Date:** 4/26/209

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** Reviewed and Processed

**Supervisor Name:** Locuto          **Title:** SSG

**Signature:**                        **Date:** 4-26-9

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections
## Statement of Incident

| | | |
|---|---|---|
| **Title:** Whitford Flooding | | **Statement #:** 26149 |
| **Incident Date:** 04/25/2019 | **Incident Time:** 10:25 PM | **Statement Date:** 04/25/2019 |
| **Jurisdiction:** Montana State Prison | | |

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D



 **Montana Department of Corrections**

## Statement of Incident

**Title:** Flood in LHU 1                                                    **Statement #:** 26147

**Incident Date:** 04/25/2019    **Incident Time:** 10:25 PM    **Statement Date:** 04/26/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/LOWER/8/LHU 1 LA block. Flood originated from cell LA8.

### Summary of Incident

I was conducting checks in LHU 1 at approximately 2225 on B block when i noticed water on the floor of the lower tier that seemed to be coming from A block. I informed the control officer that there was a probable flood on A block and requested the water key. Upon entering A block I noticed that the entire floor of the lower tier was covered in water nearly an inch deep. As I attempted to find the cell where the leak started I also noticed that every cell on the lower tier was also flooded. Inmate Whitford kept insisting that Inmate Wolf in LA 7 was the inmate that caused the flood. After Officer Fox reviewed secutity camera footage of the incident it was determined that water began flowing from under the door of cell LA 8, which is where Inmate Whitford was housed. While attempting to remove water from Inmate Seilers cell we placed him in the shower next to LA 8. Inmate Whitford began calling Inmate Seiler names and attempted to splash dirty water on him by throwing cupfulls at the top corner of his cell door nearest the shower stall. After removing as much water as we could from Inmate Seilers cell I attempted to remove him from the shower stall. I was splashed with water multiple times from Inmate Whitford, as was Officer Fox and Officer Mauga. Inmate Whitford was ordered to stop yelling and throwing water multiple times by multiple officers and refused to cooperate. I turned off Inmate Whitfords water in an attempt to limit access and deter him from continuing to splash personell. Officer Mauga utilized the shield to block water that inmate Whitford was throwing in order to allow me to move inmate Sieler back to his cell so that we could continue cleanup.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Knutson, Stephen | Control Officer. |
| Staff | Michela, Christopher | Floor officer responding to incident. |
| Staff | Singleton, Jennifer | Floor officer responding to incident. |
| Staff | Mauga, Travis | Officer responding to incident. |
| Staff | Fox, William | Officer responding to incident. |
| Staff | Mathon, Mike | LT on duty in command post. Responded to incident. |
| Offender | Whitford, Makueeyapee - 3015941 | Inmate thhat initiated flood. |
| Offender | Sieler, Michael - 41241 | Inmate in the shower being splashed by Inmate Whitford |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Rees, Erik

**Reporting Staff:** Rees, Erik                                    **Title:** Correctional Officer

**Signature:** _Eri. a Rees_                                    **Date:** 9.26.2019

### Notes

No Notes are associated with this Incident Statement

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Page 1 of 2

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** Flood in LHU 1 | **Statement #:** 26147 |

**Incident Date:** 04/25/2019    **Incident Time:** 10:25 PM    **Statement Date:** 04/26/2019

**Jurisdiction:** Montana State Prison

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** *Reviewed and Processed*

**Supervisor Name:** *Thornton*    **Title:** *SSG*

**Signature:** *SSG Th*    **Date:** *4-26-19*

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

**Page 2 of 2**

EXHIBIT D
EXHIBIT D



COMMAND POST/ _____
Initial-Approved



# Montana Department of Corrections

## Statement of Incident

**Title:** Flooding in LHU-1 A Block

**Statement #:** 26151

**Incident Date:** 04/18/2019     **Incident Time:** 10:25 PM     **Statement Date:** 04/26/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/LHU-1 A Block.

### Summary of Incident

On the above date and approximately time. C/O Rees and C/O Michela staring conducting rounds. I C/O Singleton was in the SGTs office sorting mail. About 2230 C/O Knutson called on the phone and let me know that A block was flooding and C/O Rees needed help. When I arrived onto A block I could see that there was about an inch to two inches of water on the floor, from LA-1 to LA-8. Inmate Seilers 41241 was yelling and screaming "if you guys don't get me out of this wet cell something is going to happen." At that time I left A block and headed to the SGTS office and called command post and let them know what was happening. After I returned to A block, C/O Rees and myself starting cleaning up to water. Approximately 10 Minutes later after finishing rounds C/O Michela came on to A block and started cleaning as well. At 2248 C/O Mauga entered the unit. Then C/O Fox arrived shortly after with I/M swampers, followed by LT. Mathon. As we are all trying to clean up water, we move inmate Seilers, 41241 into the shower. At that time inmate Whitford, 3015941 began yelling and throwing dirty water at inmate Seilers, 41241 with a cup from the corner of his cell door. Inmate Whitford, 3015941 was ordered to stop throwing water and to stop yelling. At that time I saw that LT. Mathon, C/O Mauga, and C/O Fox all got dirty water thrown at them. LT. Mathon got the shield and C/O Mauga used it to block more water from being thrown at them. While they were trying to move inmate Seilers, 41241 out of the shower and back to his cell. At approximately 2345 C/O Michela and myself conducted count.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Knutson, Stephen | Main Control Officer responding. |
| Staff | Rees, Erik | Floor Officer responding. |
| Staff | Michela, Christopher | Floor Officer responding. |
| Staff | Mauga, Travis | Officer responding. |
| Staff | Fox, William | Officer responding. |
| Staff | Mathon, Michael | LT. responding. |
| Offender | Whitford, Makueeyapee - 3015941 | Inmate that flooded/throw water. |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Singleton, Jennifer

**Reporting Staff:** Singleton, Jennifer      **Title:** Correctional Officer

**Signature:** _(signature)_      **Date:** 4/26/19

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections
### Statement of Incident

**Title:** Flooding in LHU-1 A Block                                   **Statement #:**  26151

**Incident Date:**  04/18/2019      **Incident Time:**   10:25 PM      **Statement Date:** 04/26/2019

**Jurisdiction:** Montana State Prison

---

**Supervisor Review and Remarks:**   *Reviewed and Processed*

---

**Supervisor Name:**  *Thornton*                    **Title:**  *SSG*

**Signature:**  *SSG Th~~*                         **Date:**  *4-26-19*

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

---

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY
APR 2? 2019
DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒            MINOR ☐

Inmate Name: __Whitford__ _____ __M__ _____ ID # __3015941__
          Last name               First Name

Date: __4-23-19__ Time: __1500__ Place of Incident: __LHU1__
Room/Cell: __LF-3__ Housing Unit: __LHU1__ Job Assignment: _____
Infraction Number(s) & Name(s) __4213- Refusing to Immediately obey a verbal "direct"__
__order/command from any staff member.__
__4235- Threating any other person to Include staff,__
__volunteers, visitors, vendor, member of the Public with bodly har__

Staff Witness: 1. __C/o Brown__      Other Inmates involved 1. _____
         2. __C/o Condon__                        2. _____

Description of Violation: (who, what, why, where, when and how): __On the above date and aprocamatley__
__Time I Sgt Rica was speaking to I/m whitford #3015941 to convince him to__
__cuff up, at that time he stated he would and I opened his food slot__
__and the I/m swiped at me like he was trying to hurt me with an object.__
__I proceeded to shut the food slot and gave I/m whitford a direct order__
__and he stated go "Fuck you Rica", EOR.__

REPORTING STAFF MEMBER: __Sgt Rica__ _____ __Sgt Rica__
                        (Print Name)            (Sign Name)

Supervisor Review: __C. Laws__
                   (Print Name)            (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement     ☒ Release to Previous Status     ☐ Other
Reason: __Already DHC.__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____     __4/23/19__     _____     _____/_____
(Staff Supervisor's Signature)     (Date)     (Warden or Designee Signature)     (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __4/26/19__ Time: __0900__ hrs. Place: __LHU1__
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No If yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐Yes ☒No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____     __4/24/19 1010__     _____
(Staff Signature)          (Date & Time)        (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

*LHUT a*

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY: _____

### DISCIPLINARY HEARING DECISION

MAJOR ☒        MINOR ☐                           05:03-19

Inmate's Name: **Whitford, Makueeyapee** # **3015941** Date: **4·29·19**

Infraction Number(s) & Name(s) **4213 - Ref an Order; 4235 - threatening**

☒ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: **5 / 1 / 19**  By: **C. Klanecky**

Reason: **Witness Statements**

Plea: ☐ Guilty   ☒ Not Guilty        ☐ Other: _____

Inmate's Statement: **I haven't had any witness statements to prepare a defense / States he hasn't been able to prepare a defense.**

**- Hearing held w/out him 5·13·19**

Evidence Provided: **infraction report**

Findings: ☒ Guilty of # **4213/4235**     ☐ Not Guilty of # _____

Evidence Relied On: **Infraction Report**

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4   ⑤  Grid Level to Use: **3**
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): **Refer to UMT**

Reason(s) for findings: **Offender reached through the food slot at staff.**

**Thomas W. Wilson 5·13·19**                **C. Klanecky 5·13·19**
ADMINISTRATIVE REVIEW / DATE            DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☒ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: **Did not attend hrg.**

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C            MSP 3.4.1, Institutional Discipline            Effective January 17, 2017

EXHIBIT D
EXHIBIT D

INMATE: Whitford Makueeyapee AO#: 3015941 LOCATION: LHU1

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR April 26th 2019 IS/ARE BEING CONTINUED UNTIL April 29th 2019

FOR THE FOLLOWING REASONS: A-Block is flooded and the drains are not draining / Staff attending to flood

Inmate Signature _____ DATED 4/26/19

Disciplinary Carrie Walster DATED 4-29-19

I revoked his
15 days for the
************* write up he refused *******
to sign so as of
now 15 day det
5-08-19

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____ IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS: _____

_____

Inmate Signature _____ DATED _____

Disciplinary _____ DATED _____

Revised: Oct 2012          Records (White)          Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

INMATE: *Whitford Makueeyapee* AO#: *3015941*   LOCATION: *LHU7*

4-29-19 - 4210/4212/4213     4-23-19- 4213/4235    4-29-19-4207/4229
                                                                    (4210)

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR __05/01/19__   IS/ARE BEING CONTINUED UNTIL __05/03/19__

FOR THE FOLLOWING REASONS: *Visiting room is not fixed yet/ glass needs replaced*

Inmate Signature X _____   DATED _____

Disciplinary *Carrie Walsted*   DATED *5/1/19*

*************************************

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____   IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS: _____

_____

_____

Inmate Signature _____ DATED _____

Disciplinary _____ DATED _____

Revised: Oct 2012              Records (White)              Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

INMATE: _Whitford, Makueeyapee_ AO#: _3015941_      LOCATION: _LHU1_

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _05-03-19_          IS/ARE BEING CONTINUED UNTIL _05-08-19_

FOR THE FOLLOWING REASONS: _Wants time to formulate_

_a defense_

Inmate Signature _unable to sign_ _____ DATED _____

Disciplinary _Carrie Walster_          DATED _5-03-19_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _5.8.19_          IS/ARE BEING CONTINUED UNTIL _5.13.19_

FOR THE FOLLOWING REASONS: _Offender on a BMP_

_Verbally Advised_

Inmate Signature _unable to sign_      DATED _5.8.19_

Disciplinary _C. Klanecky_          DATED _5.8.19_

Revised: Oct 2012              Records (White)                Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

pg 1 of 2                                                                                    ε

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

APR 24 2019

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*

DISCIPLINARY

**MAJOR** ☑          **MINOR** ☐

Inmate Name: Whitford     Makueeyapee                                  ID # 3015941
                     Last name              First name
Date: 4.23.19   Time: 0930   Place of Incident: LHU-1   LF-3
Room/Cell: LF-3   Housing Unit: LHU-1   Job Assignment: 99999 Unassigned
Infraction Number(s) & Name(s) 4212  Willfully destroying a security
Safety device.

Staff Witness: 1. _____          Other Inmates involved 1. None.
              2. _____                                2. _____

Description of Violation: (who, what, why, where, when and how): On 4.22.19 while the
staff of LHU-1 were running inmates out to the recreation
yard, I became aware that inmate Whitford did not have
the Unit security caution placards on his cell door. I learned
that a couple days earlier he had been kicking his cell door so
hard that all the security sheets, magnetic placement holders and
security caution placard had fallen off the cell door. I was told
by other staff that the sec. caution placard had been removed
from the door and staff assumed it was taken down by staff.
Therefore, for a couple of days, Whitford was removed from his cell
and escorted through the unit without proper safety measures being
employed, putting staff and the security of the unit at risk.
The missing safety caution placard was no where to be found

REPORTING STAFF MEMBER:

Supervisor Review:
                              (Print Name)                        (Sign Name)

                              (Print Name)                        (Sign Name)

Inmate Status:   ☑ Pre-Hearing Confinement   ☐ Release to Previous Status
Reason: Mandatory lock-up - security threat                        ☐ Other

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
SSG _____          4.23.19                    _____ SUBER  4-24-19
(Shift Supervisor's Signature)   (Date)         (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
 1. Hearing Date: 4/26/19   Time: 2m hrs.   Place: LHU1
 2. I understand the charge(s)?   ☐Yes ☐No (if no, verbally explain the charge(s) to the inmate).
 3. I waive my right to a hearing? ☐Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
 4. Present evidence and witnesses on my behalf. ☐Yes ☐No  If yes witnesses, have him/her complete a Witness Request form
 5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**
_____                    4/22/19  1500      Refused to sign
(Staff Signature)          (Date & Time)      (Inmate's Signature / ID#)

Attachment B              MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

Pg 2 of 2

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☐   MWP ☐   CONTRACT FACILITY:_____

### DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

*(Information and staff signatures on this form must be legible)*

MAJOR ☑   MINOR ☐

Inmate Name: __Whitford__ ___Makueeyapee___  ID # __3015941__
Last name           First Name

Date: __4-23-19__   Time: __0930__   Place of Incident: __LHU-1 LF-3__
Room/Cell: __LF-3__   Housing Unit: __LHU-1__   Job Assignment: __99999 Unassigned__
Infraction Number(s) & Name(s) __4212 Willfully destroying a security__
__safety device.__

Staff Witness: 1. _____   Other Inmates involved 1. __None.__
2. _____   2. _____

Description of Violation: (who, what, why, where, when and how): __So I instructed a
cell search of Mr Whitford's cell be performed in an
attempt to determine if he had taken the placard.
The search officer did find two small pieces of the
placard hidden among Whitfords legal papers, along with
a smaller magnetic Vcard piece from an unrelated
source that I had been used to adhere door sheets
to the cell door. The fact that Whitford intentionally
caused the security Caution placard and other documents
to fall from the outside surface of his cell door, combined
with finding pieces of the missing document in his possession
and no longer whole, demonstrates a willfull act, and an
intent to place staff into a risk of danger. EOR__

REPORTING STAFF MEMBER: __Sgt. Larry Pasha__   __Sgt. Larry Pasha__
(Print Name)               (Sign Name)

Supervisor Review: _____
(Print Name)                      (Sign Name)

Inmate Status: ☑ Pre-Hearing Confinement   ☑ Release to Previous Status   ☐ Other
Reason: __mandatory lock-up · Security threat__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
__SSG__ _____   __4/23/19__   _____ __Zuber CAP1 4/23/19__
(Shift Supervisor's Signature)   (Date)         (Warden or Designee Signature)   (Date)

### NOTICE OF HEARING/PREHEARING ACTION

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __4/26/19__ Time: __day__ hrs.   Place: __LHU__
2. I understand the charge(s)? ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate.)
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal!

_____   _____   __Refused to sign.__
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒ MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒          MINOR ☐

Inmate Name: _Whitford_                    _Makueeqetee_     ID # _301594/_
                       Last name                              First name

Date: _4-19-11_   Time: _1715_   Place of Incident: _LHu-4 F Block_
Room/Cell: _LF-3_   Housing Unit: _LHu2_   Job Assignment: _9999 Un_
Infraction Number(s) & Name(s) _4212 - Willfully tampering w/ a Locking Device_
_4213 - Refusing to obey a Direct order_

Staff Witness: 1. _____   Other Inmates involved 1. _____
               2. _____                       2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date and_
_Approx time I, C/o Foster, was in the Sattillie cage of LHu2_
_when I/m Whitford (#301594/) began yelling at the cage that_
_his neither needed the phone. I Informed him no one was on_
_the phone List. The I/m then stated kicking his door, making_
_everything fall off of his door. I gave the I/m an order_
_to stop kicking his door, which the I/m Refused to Foster_
_and continued kicking his door.   EOR_

REPORTING STAFF MEMBER: _M. Foster_                    _M Fc_
                          (Print Name)                    (Sign Name)
Supervisor Review: _Sgt W Rice_                    _Sgt W Rice_
                      (Print Name)                    (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: _Not a direct threat to security_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____     _4/19/19_        _____        / /
(Shift Supervisor's Signature)   (Date)      (Warden or Designee Signature)    (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _4/22/19_   Time: _1115_ hrs.   Place: _LHU_
2. I understand the charge(s)?  ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☒Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.  ☐Yes ☐No  If inmate has witnesses, have him/her complete a Witness Request form.
5. Other pertinent notations: _Agreement 21-fine_

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_G. Kudrocki_              _4/22/1115_  X _____
(Staff Signature)         (Date & Time)        (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

### Agreement / Waiver / Refusal Form

### Major/Minor Inmate Disciplinary Infractions

Agreement ☒          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☐

Inmate Name: _Whitford, Markeeyapee_          ID #: _3015941_

Date: _4/22/19_   Time: _1115_          Housing Unit: _LHU1_

Infraction Number(s) and Description: _4213- Ref. an Order_

---

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   (5)   Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanctions: _#31. DO Sure_

_I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal._

Inmate Signature: _See infraction report_          Date: _4/22/19_

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date:___/___/___

---

☐ **Refusal to Attend Disciplinary Hearing:**

_I told Inmate_____ _that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:_____

Inmate Signature:_____          Date:___/___/___

---

Officer/Witness Signature:_____   Date:___/___/___

Disciplinary Hearing Officer/Unit Disciplinary Team _D. Klanecky_   Date: _4/22/19_

Administrative Review Signature: (_Thomas a Vlar_)   Date: _4/24/19_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

LOCKED HOUSING Plan Review

Name:  Whitford, Makueeyapee  MSP/DOC#  3015941 Date: 3/29/2019

Housing Unit: LHU1   ST: Peoples   UM: Garland

Separation Needs: ☒    Atypical designation(s) STG

Activation of BMP within last 30 days  ☒ Yes   ☐  No      BMP Clearance Date: 1/10/2019

Activation of SMP within last 30 days  ☐ Yes   ☒  No      SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☒ Yes   ☐  No

Monthly review from MH/Therapist:  Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
|  |  |  |  |

Current Level:  Level 1                    Recommended Completion Level: Level 5

Reason for initial placement:

☒  Multiple disciplinary violations          ☐  Multiple locked housing placements
☐  Refusal to leave locked housing          ☐  STG activity
☒  Predatory/Violent/Assaultive Behavior    ☐  Planning A serious disturbance/riot
☐  Escape, Attempt or Facilitation to Escape ☐  Death Sentence or pending death sentence
☐  Other Click here to enter text.

Special Housing Needs:
☒ Spit Hood   ☒ Restrictions  ☐ Bottom bunk/tier ☐ Water Restrictions(flooding) Clap
☐ Escort Procedures/Special Security Procedures

Summary of current status and recommendations:  This review inmate Whitford was restarted on his current level. On 3/14/2019 he was found guilty of spitting on a correctional officer at his hearing. On 3/10/19 he was placed on a BMP due to spitting on a correctional officer. Due to these behaviors it was decided to restart Whitford on his current level. He starts level 1 on 3/29/2019 and will be scheduled to move to level 2 on 5/29/2019 as long as he keeps clear conduct. Also this review his security cautions were reviewed and it was decided that the double food port would be reviewed at this time and the other cautions would still remain in place.

I *I had to be removed from 30 day review* refuse to participate in my locked housing status review.
*ST: Peoples*

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: *ST: Peoples*

White-Mail                    Yellow-6 part file                    Pink-Inmate

EXHIBIT D
EXHIBIT D

*E*

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒         MINOR ☐

Inmate Name: **Whitford**                    **MaKuee Yapee**   ID # **3015941**
                  Last name              First Name

Date: **3-10-19**   Time: **0715**   Place of Incident: **LHU 1**
Room/Cell: **LE 6**   Housing Unit: **LHU 1**   Job Assignment: **99999 - Unassigned**
Infraction Number(s) & Name(s) **4111 - assulting any other person to include causing Bodily Fluids to come in contact with another 4208 - Insolace**

Staff Witness: 1. **C/O Charles, N**   Other Inmates involved 1. _____
              2. _____                         2. _____

Description of Violation: (who, what, why, where, when and how): **On the above date and approximate time I C/O Proehl was assisting C/O charles and Seargeant Coughlin In taking Inmate Whitford, M ID 3015941 to the shower. During the course of Placing Inmate Whitford In the shower he Became Insulant toward C/O Charles. once Inmate Whitford was Placed In the shower he proceeded to spit In C/O charles's Face When some of the spit came Into contact with my Face I then Informed Seargeant coughlin While he was In Whitfords cell Searching for contraband of the Incident. Seargeant Coughlin then instructed C/O charles off the Block to clean up Seargeant Coughlin and I escorted Whitford out of the block shower to LA5 Without any Further Incident. EOR.**

REPORTING STAFF MEMBER: **David Proehl** _(Print Name)_   _(Sign Name)_
Supervisor Review: **Brett Coughlin** _(Print Name)_   _(Sign Name)_

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☒ Other
Reason: **Placed on a BMP**

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   **3/6/19**   _____ **Eden 3-11-19**
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: **3 13 19**   Time: **pm**   Place: _____
2. I understand the charge(s)   ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.   **1235   Unable to sign due to BMP status.**
**C/O N.Charles**               **03/10/19**      **BMP Status**
(Staff Signature)               (Date & Time)      (Inmate's Signature / ID#)

officer mcnasti
officer L. Coulombe

Attachment B         MSP 3.4.1, Institutional Discipline         Effective January 17, 2017

EXHIBIT D
EXHIBIT D

*LHU1/MAX/99999 Unassigned*          *LHU1 @ 1005*          ✓

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

### DISCIPLINARY HEARING DECISION

MAJOR ☒                              MINOR ☐

Inmate's Name: *Whitford Makueeyapee*   ID # 3015941   Date: 03-14-19

Infraction Number(s) & Name(s) *4111-Assault with bodily fluids*

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: 03 / 14 / 19   By: *CWalster on BMP until*

Reason: *3-14-19 @ 0755*

Plea: ☒ Guilty   ☐ Not Guilty   ☐ Other: _____

Inmate's Statement: *Offender states C/o Charles was cussing at everyone and caused a scene. Offender states C/o Charles treats everyone like garbage.*

Evidence Provided: *Infraction Report*

Findings:   ☒ Guilty of # *4111*        ☐ Not Guilty of # _____

Evidence Relied On: *Infraction Report*

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4  ⑤] Grid Level to Use: *3*
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): *30 days detention, 15 days detention, 15 days suspended for 90 days. End 03-29-19*

Reason(s) for findings: *Offender spit on a staff member*

_____ 3-18-19        *Carrie Walster*
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _____

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

## MSP Incident Report for BMP Activation

1. Inmate: _____ Whitford, Makueeyapee _____ #3015941 _____ Max _____
                  Name               AO/ID number              Classification

2. Location:  LHU-I X cellblock: LA 5 _____ LHU-II ☐ cellblock: _____

3. Is this inmate on the current BMP clearance list?   YES X      NO ☐

   Start date: _01-10-19_____      End Date: 07/10/19__
   *If not on BMP clearance list initiate a section G.*

4. Date and time of incident: 03/10/19   0755AM
5. Nature of incident:
   ☐ Inmate-on-inmate assault      ☐ X Inmate-on-staff assault      ☐ Flooding cell

   ☐ Destruction of state property      ☐ Inmate threatened Self harm

   Description of incident: Whitford spit in the faces of CO Charles, N and CO Proehl, D
   while they were placing him in the shower.

6. Use of Force required?   ☐ YES      X NO
   If use of force was required was it   ☐ Emergent   or   ☐ Calculated?
   *(for details refer to Use of Force Incident Reports)*

7. Name of the Command Post staff member who was contacted regarding plan activation:
   ____ SSGT. D Hansen _____ Time this person was contacted   0755

8. Placement: ☐ Remain in current cell   ☐ Pre-hearing Confinement pending further review
            X Isolation cell

9. Did the Shift Commander notify the on-call mental health professional and Warden or On
   Duty Officer? ☒ YES      NO ☐   Mental health Nick Lumpkin and AW Godfrey

   SSGT D Hansen / LT. Postma _____      03/10/19 _____
         Staff Member                        Date

MSP 3.5.5, Behavior Management Plans        Attachment C        Effective November 16, 2009

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident


COMMAND POST/ _JH_
Initial-Approved

| **Title:** I/M Whitford assault with a bodily fluid | | | | **Statement #:** | 23891 |
|---|---|---|---|---|---|

**Incident Date:** 03/10/2019      **Incident Time:** 07:15 AM         **Statement Date:** 03/10/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/LOWER/Shower

### Summary of Incident

On the above date and approximate time I, Sgt. Coughlin was assisting C/O Charles and C/O Proehl in escorting I/M Whitford, M. #30159941 to the shower as his security restrictions state that he is a 3 on 1 escort with the sergeant. Once I/M Whitford was placed in the shower successfully I went back to his cell to start searching for contraband. I was then informed by C/O Proehl that I/M Whitford was spitting in his face as well as in C/O Charles face. I returned to the shower and looked at C/O Charles face and seen brown spots all over his face. I then instructed C/O Charles to go and clean the spit off of his face. I then re-opened the shower and escorted I/M Whitford to LA-5 without any further incident. I then informed the command post of the incident.  At approximately 0825 I was instructed by the command post that I/M Whitford was to be placed in the SMC cell and it was cleared by mental health Nick Lumpkin. Once I/M Whitford was placed in the SMC cell he was stripped. He handed everything out but refused to hand out his underwear. Command post was informed and the IPS team was dispatched to the unit. Once the IPS team arrived to the unit they went to SMC-2 and asked I/M Whitford for his underwear. I/M Whitford refused to hand them out. Command post was notified and it was determined that I/M Whitford could keep his underwear. I/M Whitford was written up and incident report was created.

EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Charles, Nathaniel | |
| Staff | Proehl, David | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Confidential Informant:**  No

**Information Source:**  Staff - Coughlin, Brett

**Reporting Staff:**  Coughlin, Brett                    **Title:** Correctional Officer Sgt

**Signature:**                                           **Date:** 3/10/19

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:**  Reviewed and distributed with write-up

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** I/M Whitford assault with a bodily fluid                        **Statement #:**     23891

**Incident Date:**     03/10/2019       **Incident Time:**     07:15 AM       **Statement Date:** 03/10/2019

**Jurisdiction:** Montana State Prison

---

**Supervisor Name:** D Hansen                        **Title:** SSG

**Signature:** Hansen                        **Date:** 3·10·19

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | __✓__ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | __✓__ Command Post | __✓__ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| __✓__ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D



COMMAND POST/ **Initial-Approved**



# Montana Department of Corrections

## Statement of Incident

**Title:** Whitford, M #3015941 Bodily Fluid Assault

**Statement #:** 23893

**Incident Date:** 03/10/2019 **Incident Time:** 07:15 AM **Statement Date:** 03/10/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/E/LOWER/Locked Housing Unit 1 Lower E-Block Shower

### Summary of Incident

On the above date and approximate time I, Officer Charles, and Officer Proehl were escorting Inmate Whitford to the shower. During the process of placing the wrist restraints on Inmate Whitford he tried to pull away and make it difficult for me to place the wrist restraints. After placing the wrist restraints on Inmate Whitford and opening the cell door Sergeant Coughlin and myself both placed hands on the back of Inmate Whitford's arms to escort him to the shower with Officer Proehl behind us as Inmate Whitford is a three to one escort inmate. During the walk over to the showers Inmate Whitford was being unruly with his words towards myself saying "ease the fuck up man," "you always grab so hard man," "what you think you are tough and cool just because you have a fucking badge?," during which Inmate Whitford tried to pull away out of my grasp. I, Officer Charles, replied; "I am not grabbing hard I am simply maintaining control, do not pull away from me, if you pull away I have to grip harder." It should be noted that I, Officer Charles, maintain a controlled grip on inmates at all times but never excessive. It should also be noted I, Officer Charles, am more cautious with Inmate Whitford as I have had him try to escape my grasp multiple times in the past and have had issues with him threatening me. Once Inmate Whitford was in the shower I, Officer Charles, began to lock the shower door padlock. During the time it took me to get the padlock shut Inmate Whitford said; "You need to ease up and stop being a super cop or I'm going to have to do something about it." I, Officer Charles, replied; "you haven't done anything in the past, your not going to do anything now, take it easy and knock it off." Inmate Whitford then replied; "Oh yea?," and proceeded to spit multiple times in my face some of which got in my mouth and in my right eye and some of the spray got onto Officer Proehl's face. I, Officer Charles, maintained my calm composure while Inmate Whitford spit in my face and continued to secure the padlock. I, Officer Charles, did not say a word to Inmate Whitford and proceeded to tell Sergeant Coughlin then immediately left the block to clean my mouth and face in the bathroom. I, Officer Charles, then went to a different block to help that block finish showers then proceeded to go to Deer Lodge Medical Center with Officer Proehl to get evaluated as soon as two OJT Officers showed up to the unit to relieve us. End Of Report.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Proehl, David | |
| Staff | Charles, Nathaniel | |
| Staff | Coughlin, Brett | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Charles, Nathaniel

**Reporting Staff:** Charles, Nathaniel **Title:** Correctional Officer

**Signature:** **Date:** 03/10/19

### Notes

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Whitford, M #3015941 Bodily Fluid Assault       **Statement #:**    23893

**Incident Date:**   03/10/2019       **Incident Time:**    07:15 AM       **Statement Date:** 03/10/2019

**Jurisdiction:** Montana State Prison

---

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

Supervisor Review and Remarks: *Reviewed and Distributing*

*with write up*

Supervisor Name: _D. Hansen_       Title: _SSGT_

Signature: _D Hansen_       Date: _3·10·19_

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| ___ Helena Office | ___ Security Major | ___ Medical |
| ___ MSP Duty Officer | _✓_ Unit Manager | ___ Maintenance |
| ___ Warden or Designee | _✓_ Command Post | _✓_ Investigator's Office |
| ___ Deputy Warden | ___ Inmate Records File | ___ MCE |
| _✓_ Associate Warden | ___ Inmate Unit File | ___ Safety Committee |
| ___ Other | | |

---

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 2 of 2

EXHIBIT D
EXHIBIT D

LOCKED HOUSING Plan Review

Name: Whitford, Makueeyapee MSP/DOC# 3015941 Date: 2/25/2019

Housing Unit: LHU1   ST: Peoples  UM: Garland

Separation Needs: ☒   Atypical designation(s) STG

Activation of BMP within last 30 days ☐ Yes   ☒ No     BMP Clearance Date: Click here to enter a date.

Activation of SMP within last 30 days ☐ Yes   ☒ No     SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☒ Yes   ☐ No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
|  |  |  |  |

Current Level:  Level 1                    Recommended Completion Level:  Level 5

Reason for initial placement:
☒ Multiple disciplinary violations          ☐ Multiple locked housing placements
☐ Refusal to leave locked housing           ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior     ☐ Planning A serious disturbance/riot
☐ Escape, Attempt or Facilitation to Escape ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.

RECEIVED

Special Housing Needs:
☒ Spit Hood  ☒ Restrictions  ☐ Bottom bunk/tier  ☐ Water Restrictions(flooding) ☐ ADA   MAR 20 2019
☐ Escort Procedures/Special Security Procedures

&  Placement

Summary of current status and recommendations: Inmate Whitford was approved for Max placement on 12/6/2017. Whitford's Most recent disciplinary hearing was on 2/19/2019 for 4235, 4213.  Due to this hearing being found guilty the LHU-UMT has restarted him on his current level.  Whitford's LHU-plan is to complete levels 1-5. To move up in the level system he will need to maintain clear conduct, if he does not keep clear conduct the LHU-UMT may restart, move back, or extend the levels. Whiteford restarted level 1 on 2/17/2019. He will be eligible for level 2 on 4/17/2019, and general population on 10/17/2020. Whitford's special housing needs were reviewed this review period and the LHU-UMT has decided to make no changes at this time.   This plan will be reviewed with inmate Whitford on a monthly basis.

I _____ refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: ST: Peoples

White-Mail                      Yellow-6 part file                      Pink-Inmate

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED

FEB 19 2019

DISCIPLINARY

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☑       MINOR ☐

Inmate Name: __Whitford__        __Makayceyapee__        ID # __301594/__
            Last name              First Name

Date: _02/17/19_   Time: _2100_   Place of Incident: _LHU/_
Room/Cell: _LE6_   Housing Unit: _E Block LHU_   Job Assignment: _9999 unassigned_
Infraction Number(s) & Name(s) _4235 - Threatening Staff_
_4213 - Refusing a direct order_

Staff Witness: 1. _____   Other Inmates involved 1. _____
              2. _____                         2. _____

Description of Violation: **(who, what, why, where, when and how):** _On the above date and time,_
_I C/o Chambers was attempting to retrieve a tablet from I/m Whitford._
_I directed him to turn over the tablet and he told me to "get the_
_fuck off his porch, he still had 10 minutes". I told him that_
_he was interfering with Count and he told me that he was going to_
_"blow my face off in a minute". I then closed his food hatch_
_and walked away._

REPORTING STAFF MEMBER: _Kelly Chambers_                          _____
                            (Print Name)                           (Sign Name)

Supervisor Review: _Daniel Ramirez_                               _____
                      (Print Name)                                 (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
_____ _2/17/19_        _____ _2/19/19_
(Shift Supervisor's Signature)  (Date)    (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _2/19/19_   Time: _1115_ hrs.   Place: _LHU_
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing. ☒ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf ☐ Yes ☐ No  If inmate has witnesses, have him/her complete Witness/Hearing form
5. Other pertinent notations: _Agreement - $25.00 fine_

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____ _2/19/1115_    _unable to sign_
(Staff Signature)   (Date & Time)      _due to form_   (Inmate's Signature/ID#)

Attachment B           MSP 3.4.1, Institutional Discipline       Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**Agreement / Waiver / Refusal Form**

**Major/Minor Inmate Disciplinary Infractions**

Agreement ☒         Waiver to Attend Hearing ☐         Refusal to Attend Hearing ☐

Inmate Name: _Whitford, Makueeyapee_         ID #: _3015941_

Date: _2/19/19_     Time: _1115_         Housing Unit: _LHU1_

Infraction Number(s) and Description: _4235 – threatening; 4213 – Ref. an order_

---

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤①   Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanctions: _$25.00 fine_

_I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above._ By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.

Inmate Signature: _unable to sign due to BUP_     Date: _2/19/19_

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature: _____     Date: ___/___/___

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating: _____*

Inmate Signature: _____     Date: ___/___/___

---

Officer/Witness Signature: _____     Date: ___/___

Disciplinary Hearing Officer/Unit Disciplinary Team _C. Klanecky_     Date: _2/19/19_

Administrative Review Signature: _____     Date: _12/20/19_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

**Klanecky, Christine**

| | |
|---|---|
| **From:** | Garland, Amie |
| **Sent:** | Tuesday, February 19, 2019 8:48 AM |
| **To:** | Walsted, Carrie; Klanecky, Christine |
| **Subject:** | FW: whitford |

FYI....Not sure if the tablet piece was included in the write up.  Just thought it was some good information for the sanction portion.

**From:** Ramirez, Daniel
**Sent:** Sunday, February 17, 2019 9:48 PM
**To:** Garland, Amie <AGarland@mt.gov>; Coughlin, Brett <BCoughlin@mt.gov>; Peoples, Nathan <NPeoples@mt.gov>;
Cook, Nick <NCook@mt.gov>; Pica, Marcos <Marcos.Pica@mt.gov>
**Subject:** whitford

FYI,

Whitford received a write up for threatening / refusing direct order right at end of shift pretty much ... LT jamieson instructed us to leave Whitford where he currently is housed at this time. Whitford refused to give up his tablet and then threatened officer chambers during tablet pick up.

Thanks,
Ramirez

EXHIBIT D
EXHIBIT D

LOCKED HOUSING Plan

Name: Whitford, Makueeyapee MSP/DOC# 3015941 Date: 1/31/2019

Housing Unit: LHU1 ST: Peoples UM: Garland

Separation Needs: ☒ Atypical designation(s) STG

Activation of BMP within last 30 days ☒ Yes ☐ No   BMP Clearance Date: 3/22/2018

Activation of SMP within last 30 days ☐ Yes ☒ No   SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes ☒ No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Current Level: Level 1                    Recommended Completion Level: Level 5

Reason for initial placement:
☒ Multiple disciplinary violations          ☐ Multiple locked housing placements
☐ Refusal to leave locked housing          ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior    ☐ Planning A serious disturbance/riot   RECEIVED
☐ Escape, Attempt or Facilitation to Escape ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.                                        FEB 08 2019

Special Housing Needs:                                          Classification & Placement
☒ Spit Hood  ☒ Restrictions  ☐ Bottom bunk/tier  ☐ Water Restrictions(flooding)  ☐ ADA        Office
☐ Escort Procedures/Special Security Procedures

Summary of current status and recommendations: Inmate Whitford was approved for Max placement on 12/6/2017. Whitford's Most recent disciplinary hearing was on 1/11/2019 for 4212. Also, on 1/10/2019(X6), 1/7/2019, and 1/4/2019 for 4111, 4210(X3), 4213, 4236, 4228, 4212, 4220(X2), 4224. Due to this hearing being found guilty the LHU-UMT has restarted him on his current level. The LHU-UMT has also decided to extend his plan to include level 5. Due to being warned that if his behaviors continue the LHU-UMT was looking at extending his levels. Whitford's LHU-plan is levels 1-5. To move up in the level system he will need to maintain clear conduct, if he does not keep clear conduct the LHU-UMT can restart, move back, or extend the levels. Whiteford restarted level 1 on 1/28/2019. He will be eligible for level 2 on 2/24/2019, and general population on 2/24/2020. Whitford's special housing needs were reviewed this review period and the LHU-UMT has decided to make no changes at this time.   This plan will be reviewed with inmate Whitford on a monthly basis.

I *Refused to sign ST: peoples* refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: *ST: peoples*

White-Mail                    Yellow-6 part file                    Pink-Inmate

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY

MSP ☒  MWP ☐   CONTRACT FACILITY: _____

JAN 09 2019

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

DISCIPLINARY

**MAJOR** ☒     **MINOR** ☐

Inmate Name: Whiteford                    Makueeyapee        ID # 3015941

Last name                          First Name

Date: 1-8-19   Time: 0725   Place of Incident: LHU1 Lower A block

Room/Cell: LA3   Housing Unit: LHU1   Job Assignment: 99999

Infraction Number(s) & Name(s) 4213 - Refusing to obey direct order

4236 - Manipulating housing assignment

Staff Witness: 1. Sgt Cook                    Other Inmates involved 1. _____
             2. _____                                    2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and time
the above named offender refused to uncover his window or respond to
staff. Whiteford refused to move from his cell when told by staff.

REPORTING STAFF MEMBER: C/o Hempstead                    C/o Ryan Hoyt

(Print Name)                              (Sign Name)

Supervisor Review:        Nick Cahill                    (Sign Name)

(Print Name)              (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Reason: Currently on detention status

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____        1/8/19        _____        / /

(Shift Supervisor's Signature)   (Date)        (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
 1. Hearing Date: ___ / ___ / ___   Time: _____ hrs.   Place: LHU1
 2. I understand the charge(s)?   ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
 3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
 4. Present evidence and witnesses on my behalf. ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
 5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____        1-10-19        Refused to Sign

(Staff Signature)        (Date & Time)        (Inmate's Signature / ID#)

Attachment B            MSP 3.4.1, Institutional Discipline            Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N

MAJOR ☒                                   MINOR ☐

Inmate's Name: Whitford Makuseyapee   ID # 3015941   Date: 1-10-19

Infraction Number(s) & Name(s) 4213 - Refusing a direct order + 4236 refusing housi'

☐ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___ By: _____

Reason: _____

Plea: ☐ Guilty      ☐ Not Guilty      ☐ Other: _____

Inmate's Statement: Offender refused to sign or attend hearing

Evidence Provided: Infraction Report

Findings:   ☐ Guilty of # 4213 + 4236      ☐ Not Guilty of # _____

Evidence Relied On: Infraction Report

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ ] Grid Level to Use: 3

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): Refer to UNIT

Reason(s) for findings: Offender refused a direct order to uncover his window + refused to move from his cell

Thomas Wilson 1-10-19                    Carrie Walsted

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: Offender Refused to sign or attend Hearing

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                MSP 3.4.1, Institutional Discipline            Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒      MINOR ☐

Inmate Name: _Witford, Makueeyapee_   ID # _3015941_
　　　　　　　Last name　　　　　First Name

Date: _1-8-19_   Time: _0730_   Place of Incident: _LHU-1 LA-7_

Room/Cell: _LA-7_   Housing Unit: _LHU-1_   Job Assignment: _Unassigned 99999_

Infraction Number(s) & Name(s): _#4212 Willfully tampering with, damaging or blocking a locking device, fence door, gate, window or other safety device._
_#4220 Intentionally obstructing, hindering or impeding staff._

Staff Witness: 1. _CO Hemstead_   Other Inmates involved 1. _____
　　　　　　　2. _____　　　　　　　　　　　2. _____

Description of Violation: (who, what, why, where, when and how): _On 1-8-19 inmate Witford was given repeated direct orders to clear his window in LA-7 cell for security and safety concerns. He refused! The IPS Team was activated and they had to literally come to LA-7 Block and request him to remove clothes from his window. Witford refused! The IPS Team had to gear up and go down and retrieve his clothing from his cell. Before the IPS went to his cell Witford cleared his window. Because of this incident the Unit was clearly disrupted._

REPORTING STAFF MEMBER: _Nick Cook_　　　_[signature]_
　　　　　　　　　　　　(Print Name)　　　　　　　(Sign Name)

Supervisor Review: _____　　　_____
　　　　　　　　　　(Print Name)　　　　　　　(Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Reason: _Currently on detention status_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_[signature]_　　　_1/8/19_　　　_____　　　/ /
(Shift Supervisor's Signature)　(Date)　(Warden or Designee Signature)　(Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
　1. Hearing Date: _1/10/19_   Time: _____ hrs.   Place: _LHU_
　2. I understand the charge(s)?   ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
　3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
　4. Present evidence and witnesses on my behalf. ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
　5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_[signature]_　　　_1-10-19_　　　_Refused to Sign_
(Staff Signature)　　(Date & Time)　　(Inmate's Signature / ID#)

Attachment B　　　MSP 3.4.1, Institutional Discipline　　　Effective January 17, 2017

EXHIBIT D
EXHIBIT D



**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N**

MAJOR ☒                    MINOR ☐

Inmate's Name: _Whitford Makueeyapee_   ID # _3015941_   Date: _1-10-19_

Infraction Number(s) & Name(s) _4212 - tampering w/locking device  4220-Obstructing_

☐ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION -- ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___   By: _____

Reason: _____

Plea: ☐ Guilty      ☐ Not Guilty      ☐ Other:

Inmate's Statement: _Offender Refused to sign or attend_
_Hearing_

Evidence Provided: _Infraction Report_

Findings: ☒ Guilty of # _4212 + 4220_   ☐ Not Guilty of #

Evidence Relied On: _Infraction Report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports: 1   2   3   4   (5)] Grid Level to Use: _3_
_(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions)._

Sanction(s): _Refer to UMT_

Reason(s) for findings: _Offender would not clear_
_his window until IPS Showed up + then he_
_complied_

_Thomas Wilson 1-10-19_                    _Carrie Walster_
ADMINISTRATIVE REVIEW / DATE              DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL.
Inmate's Signature / ID#: _Offender Refused to sign Infraction_

Copies to:   Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                    MSP 3.4.1, Institutional Discipline                    Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY

JAN 0 8 2019

DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

(Information and staff signatures on this form must be legible)

MAJOR ☒      MINOR ☐

Inmate Name: **Whitford, MaKueeyepee**          ID # **3015947**

        Last name                    First Name

Date: **1-8-19**   Time: **1245**   Place of Incident: **LHU-1 ISO-Cell**

Room/Cell: **ISO-2**   Housing Unit: **LHU-1**   Job Assignment: **Unassigned 99999**

Infraction Number(s) & Name(s) ~~4154~~ **4111 Assaulting any other person (staff, volunteers, visitors, vendors, members of the public, ect) to include causing body fluid (Urine, Feces, Spit, semen, blood ect) to come in contact with another**

Staff Witness: 1. **Mike West**          Other Inmates involved 1. _____

          2. **CO Ward**                              2. _____

Description of Violation: (who, what, why, where, when and how): **At approximately 12:45 while feeding Inmate Whitford his food loge office, CO Ward gave Inmate Whitford a cup of water. As soon as Whitford received his water he threw the cup of water in my direction hitting me in the face and front of my shirt.**

_____

_____

_____

_____

_____

_____

REPORTING STAFF MEMBER:   **Nick Cool**          **Nick Cool**

                       (Print Name)          (Sign Name)

Supervisor Review:

                       (Print Name)          (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement      ☒ Release to Previous Status   ☐ Other

Reason: **Currently on a Sec G**

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

**SSG W Can**          **1/8/19**          _____          ___/___/___

(Shift Supervisor's Signature)   (Date)          (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: **1/10/19**   Time: _____ hrs.   Place: **LHU**
2. I understand the charge(s)?  ☐ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes  ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes  ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____          **1-10-19**          **Refused to Sign**

(Staff Signature)          (Date & Time)          (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D

EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N**

MAJOR ☒          MINOR ☐

Inmate's Name: Whitford Makeieeyapee   ID # 3015941   Date: 1-10-19

Infraction Number(s) & Name(s)   4111 - Assaulting another person

☐ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION   ADDITIONAL ACTION TAKEN

Continuance granted to Date:     /     /     By: _____

Reason: _____

Plea: ☐ Guilty     ☐ Not Guilty     ☐ Other: _____

Inmate's Statement: Offender Refused to sign or attend hearing

Evidence Provided: _____

Findings:   ☒ Guilty of # 4111 assault     ☐ Not Guilty of # _____

Evidence Relied On: _____

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ Grid Level to Use: 3

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): 11 Days Detention to run consecutively with Disp from 01/02/19, Refer to UMT, END 01-28-19

Reason(s) for findings: Offender threw water in a staff members face

Thomas W Dbq 1-10-19                    Carri Walstra

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL.

Inmate's Signature / ID#: Offender Refused to sign or attend hearing

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR ☒            MINOR ☐**

Inmate Name: _Whiteford_____ _Makveegapee_____ ID # _3015941_
                       Last name                         First Name

Date: _1-8-19_   Time: _0725_   Place of Incident: _LHU1 lower A block_

Room/Cell: _LA-7_   Housing Unit: ~~0730~~ _LHU1_   Job Assignment: _99999_

Infraction Number(s) & Name(s) _4228- Failure to obey written policy/operational procedure_

Staff Witness: 1. _____   Other Inmates involved 1. _____
              2. _____                          2. _____

Description of Violation: (who, what, why, where, when and how): _On above date & apox time Inmate Whiteford. Makveegapee AO # 3015941 disobey the BMP section G. policy. By not giving the stuff that he was not cloud to have._

REPORTING STAFF MEMBER: _CO Aaron Ward_     _CO A_____
                              (Print Name)                          (Sign Name)

Supervisor Review: _Nicle Croft_     _Nicle Croft_
                      (Print Name)                          (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Reason: _Currently on detention status_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_SSg a.Ka___   _1/8/19_
(Shift Supervisor's Signature)      (Date)         (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: _1/10/19_   Time: _____ hrs.   Place: _LHU1_
2. I understand the charge(s)? ☐Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐Yes ☐No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_My Coo_     _1-10-19_     _Refused to Sign_
(Staff Signature)         (Date & Time)         (Inmate's Signature / ID#)

Attachment B        MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D

 

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N**

MAJOR ☒          MINOR ☐

Inmate's Name: _Whitford Makueeyapee_          ID # _3015941_  Date: _1-10-19_

Infraction Number(s) & Name(s) _4228- Failure to obey written policy_

☐ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION -- ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___  By: _____

Reason: _____

Plea: ☐ Guilty     ☐ Not Guilty     ☐ Other:

Inmate's Statement: _Offender refused to sign + attend hearing_

Evidence Provided: _Infraction Report_

Findings: ☒ Guilty of # _4228_          ☐ Not Guilty of #

Evidence Relied On: _Infraction Report_

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4  ⑤ ] Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions.)*

Sanction(s): _Refer to UMT_

Reason(s) for findings: _Offender refused to give up his property to be put on a section G_

_____ 1-10-19          _Carrie Walster_
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

**I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.**
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _Offender Refused to Sign Infraction_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

 

LOCKED HOUSING STATUS REVIEW

Name: Whitford, Makueeyapee MSP/DOC# 3015941 Date: 1/8/2019

Housing Unit: LHU1  ST: Peoples  UM: Garland

Separation Needs: ☒  Atypical designation(s) STG

Activation of BMP within last 30 days ☐ Yes  ☒ No     BMP Clearance Date: 3/22/2018

Activation of SMP within last 30 days ☐ Yes  ☒ No     SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes  ☒ No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
|  |  |  |  |

Current Level: Level 1               Recommended Completion Level: Level 4

Reason for initial placement:
☒ Multiple disciplinary violations          ☐ Multiple locked housing placements
☐ Refusal to leave locked housing          ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior    ☐ Planning A serious disturbance/riot
☐ Escape, Attempt or Facilitation to Escape  ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.

Special Housing Needs:
☒ Spit Hood  ☒ Restrictions  ☐ Bottom bunk/tier  ☐ Water Restrictions(flooding) ☐ ADA
☐ Escort Procedures/Special Security Procedures

Summary of current status and recommendations: Inmate Whitford was approved for Max placement on 12/6/2017. Whitford's Most recent disciplinary hearing was on 12/26/2018 for 4212. Due to this hearing being found guilty the LHU-UMT has restarted him on his current level. The LHU-UMT has also decided to extend his plan to include level 4. Due to being warned that if his behaviors continue the LHU-UMT was looking at extending his levels, Whitford's LHU-plan is levels 1-4. To move up in the level system he will need to maintain clear conduct, if he does not keep clear conduct the LHU-UMT can restart, move back, or extend the levels. Whiteford restarted level 1 on 12/24/2018 He will be eligible for level 2 on 2/24/2019, and general population on 2/24/2020. Whitford's special housing needs were reviewed this review period and the LHU-UMT has decided to make no changes at this time.   This plan will be reviewed with inmate Whitford on a monthly basis.

I Refused to sign ST: peoples _____ refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: _____

White-Mail                     Yellow-6 part file                     Pink-Inmate

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒      MINOR ☐

RECEIVED BY E

JAN 08 2019

DISCIPLINARY

Inmate Name: Whitford ___ Makveeyapee ___ ID # 301594l
                Last name          First Name

Date: 1-7-19   Time: 1930   Place of Incident: LHU-1
Room/Cell: L47   Housing Unit: LHU-1   Job Assignment: 9999 Unassigned

Infraction Number(s) & Name(s)
4210 - Damaging Facility property Flooding
4220 - Intentionally impeding staff

Staff Witness: 1. Officer Fulmer        Other Inmates involved 1. _____
              2. _____                                  2. _____

Description of Violation: (who, what, why, where, when and how): On the above date
and time inmate Whitford Flooded LC-1 & LC-2
cells. I opened the plumbing chase and any time
either cell flushes All the water shoots into the
plumbing chase. Several inmates had to be moved
around in the unit because inmate Whitford
Flooding C-Block.

REPORTING STAFF MEMBER: Daniel Ramirez _____ (Sign Name)
                          (Print Name)

Supervisor Review: _____
                   (Print Name)          (Sign Name)

Inmate Status:  ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other
Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____ (Sign Supervisor's Signature)   1/7/19 (Date)   Vanessa Wilson (Warden or Designee Signature)   1/8/19 (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 1/10/19   Time: any hrs.   Place: LHU1
2. I understand the charge(s)?  ☐ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes  ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.  ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____ (Staff Signature)   1-7-18 (Date & Time)   _____ (Inmate's Signature / ID#)

I'm Av Sec, & No Reply
Refuse to acknowledge

Attachment B            MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D

 

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY   HEARING   DECISION**

MAJOR ☒            MINOR ☐

Inmate's Name: _Whitford Makueeyapee_   ID # _3015941_   Date: _01-10-19_

Infraction Number(s) & Name(s) _4210 · Flooding   4220 - Impeding staff_

☐ I DO UNDERSTAND THE VIOLATION      ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty      ☐ Not Guilty      ☐ Other: _____

Inmate's Statement: _Offender refused to sign Infraction_
_or attend his hearing_

Evidence Provided: _Infraction Report_

Findings: ☒ Guilty of # _4210 - Flooding 4220 impeding_   ☐ Not Guilty of # _____
Evidence Relied On:

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ ] Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _Fine $21⁰⁰_

Reason(s) for findings: _Offender flooded his room_
_and caused staff to move other inmates to other_
_cells_

_Norma Wilson 1·10·19_                  _Carrie Walston_
ADMINISTRATIVE REVIEW / DATE            DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file
an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to
support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are
not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _Offender Refused to come to hearing_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                MSP 3.4.1, Institutional Discipline                Effective January 17, 2017

EXHIBIT D
EXHIBIT D





COMMAND POST/ SR
Initial-Approved

## Montana Department of Corrections

### Statement of Incident



**Title:** Whitford flooding

**Statement #:** 21379

**Incident Date:** 01/07/2019 **Incident Time:** 07:30 PM **Statement Date:** 01/07/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/A/LOWER/7/LHU-1

### Summary of Incident

On the above date and time inmate Whitford plugged up his toilet and caused the plumbing chases in both cells connected to that plumb chase to overflow. Whitford in LC-2 and inmate Baughn, H#3014967 in LC-1. Several in house moves had to be done to accommodate inmate Baughn due to him being in a wheelchair. Inmate Baughn in LC-1 told us that inmate Whitford was going to attempt to fight staff while being escorted to A-Block. While escorting inmate Whitford before cuffing him up he took his glasses off as someone might do if planning to get into a fight but Whitford complied through the escort to A-Block until being placed in LA-7. Whitford refused to give his state clothing and glasses for Sec. G BMP. Sgt. Ramirez notified Command Post and it was decided as Whitford was not suicidal to leave Whitford be in his state issue clothing and glasses due to not having IPS on shift.

### Involved Persons

No Individuals are associated with this Incident Statement

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Offender - Whitford, Makueeyapee 3015941

**Reporting Staff:** Fulmer, Cameron **Title:** Correctional Officer

**Signature:** _Cameron 1 Fulmer_ **Date:** _1/7/19_

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _Reviewed and distributed_

**Supervisor Name:** _SSG Billott_ **Title:** _SSG_

**Signature:** _____ **Date:** _1-7-19_

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Page 1 of 2

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections
### Statement of Incident

**Title:** Whitford flooding                                        **Statement #:** 21379

**Incident Date:** 01/07/2019     **Incident Time:** 07:30 PM     **Statement Date:** 01/07/2019

**Jurisdiction:** Montana State Prison

_____ Other

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

**Page 2 of 2**

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

RECEIVED BY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

JAN 08 2019

MAJOR ☑   MINOR ☐

DISCIPLINARY

Inmate Name: __Whitford_____ __Makuelyapee__ ID # 3015941
               Last name                     First Name

Date: __1-7-19__   Time: __2100__   Place of Incident: __LHU-1  LA-7__
Room/Cell: __LA-7__   Housing Unit: __LHU-1__   Job Assignment: __9999  unassigned__

Infraction Number(s) & Name(s)

__4210 - Damaging Facility property__

Staff Witness: 1. _____   Other Inmates involved 1. _____
             2. _____                           2. _____

Description of Violation: **(who, what, why, where, when and how):** On the above date and time while while counting on A-Block inmate Whitford asked me what about my cloths? Whitford refused to give his glasses and cloths to staff after going Sec.6 BMP and it was decided to leave it with him due to not being suicidal by command Post. Inmate Whitford then showed me he ripped his pants up and stuffed them down his toilet to cause LA8 to Flood like he did on C-Block LC2 + LC1 cells

REPORTING STAFF MEMBER: __Daniel Ramirez__   __Sgt Ramirez__
                             (Print Name)              (Sign Name)

Supervisor Review: _____
                         (Print Name)              (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☑ Other
Reason: __Currently on detention__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   __1/7/19__   _____   _____
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date:____/____/____   Time:_____ hrs.   Place:_____
2. I understand the charge(s)?   ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____   _____   _____
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

 

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: Whitford, Makueeyapee    ID # 3015941   Date: 01-10-19

Infraction Number(s) & Name(s) 4210 - Damaging Facility property

☐ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty    ☐ Not Guilty    ☐ Other: _____

Inmate's Statement: Offender refused to attend Hearing

Evidence Provided: Infraction Report

Findings: ☒ Guilty of # 4210          ☐ Not Guilty of #

Evidence Relied On: Infraction Report

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ ] Grid Level to Use: 3

*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): $8 Restitution

Reason(s) for findings: Offender ripped his scrub bottoms

Thomas Wilber 1-10-19   Carrie Walstah

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL.

Inmate's Signature / ID#: Offender Refused

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

## MSP Incident Report for BMP Activation

- Inmate:  <u>Whitford,Makueeyapee</u>          <u>3015941</u>          <u>Max</u>
  Name                         AO/ID number              Classification

1.    Location:  LHU-1                    ☒ cellblock: LA-7

3.    Is this inmate on the current BMP clearance list?    YES:    NO:  x

       Start date:  <u>1-7-19</u>       End Date:  <u>1-8-19</u>

       ***If not on BMP clearance list initiate a section G.***

4.    Date and time of incident:  1-7-19

5.    Nature of incident:
       ☐ Inmate-on-inmate assault        Inmate-on-staff assault        Flooding cell [X]

       ☐ Destruction of state property      threatening self-harm

       Inmate plugged plumbing chases and flooded C-Block cells
       Use of force required? ☐ YES   ☒ NO
       If use of force was required was it   ☐ Emergent  Calculated
       *(for details refer to Use of Force Incident Reports)*

7.    Name of the Command Post staff member who was contacted regarding plan activation:
       <u>LT Jamieson</u> Time this person was contacted   1600

8.    Placement:  LA-7
                        ☐ Safety Management Cell-1

9.    Did the Shift Commander notify the on-call mental health professional and Warden or
       Duty Officer?  X Yes:       NO:   approved by Mental Health Staff

       <u>        Sgt. Ramirez            1-7-19      </u>
                        Staff Member                                    Date

       MSP 3.5.5, Behavior Management Plans          Attachment C          Effective November 16, 2009

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

**RECEIVED BY**

**JAN 08 2019**

MSP ☒ MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

**DISCIPLINARY**

Inmate Name: **Whitford**                    **MakweeYapee**   ID # **30/594/**
                    Last name                    First name

Date: **1-7-19**   Time: **2230**   Place of Incident: **LHU-1   LA-7**
Room/Cell: **LA-7**   Housing Unit: **LHU-1**   Job Assignment: _____
Infraction Number(s) & Name(s) **42/2 - willfully tampering with, damaging or blocking a locking device, fence, door, gate, window.**
**42/3 - Refusing to Immediately obey a verbal "direct" order/command from any staff Member**

Staff Witness: 1. _____   Other Inmates involved 1. _____
                    2. _____                    2. _____

Description of Violation: (who, what, why, where, when and how): **On the above date and approximate time, I C/o Bowman) was conducting a walkthrough and noticed I/m Whitford #3015941 had his window covered with his security blanket. I then gave I/m Whitford a direct order to take it down and he did not respond. E.O.R.**

REPORTING STAFF MEMBER: **A Bowman**          **A Bowman**
                    (Print Name)                    (Sign Name)

Supervisor Review: _____
                    (Print Name)                    (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☒ Other
Reason: **Currently on Seg G**

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____ **1/8/19** _____ _____
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: **01/15/19**   Time: _____ hrs.   Place: _____
2. I understand the charge(s)?   ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☐ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____ **1-11-19** **Refused to sign**
(Staff Signature)   (Date & Time)   (Inmate's Signature/ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐  CONTRACT FACILITY: _____

### DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: _Whitford, Makueeyapee_  ID # _3015941_  Date: _01-11-19_

Infraction Number(s) & Name(s) _4212· Tampering w/locking device 4213· Refusing direct_

☐ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ____/____/____  By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☐ Other: _____

Inmate's Statement: _Offender refused to sign_

Evidence Provided: _Infraction Report_

Findings: ☒ Guilty of # _4212 + 4213_   ☐ Not Guilty of # _____

Evidence Relied On: _Infraction Report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4  ⑤ ] Grid Level to Use: _3_

_(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions)._

Sanction(s): _Refer to UMT already has 28 days detention_

Reason(s) for findings: _Offender had window covered and refused to take it down_

_Thomas W___ 1-14-19_  _Carrie Walster_

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _Offender Refused to sign_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C                MSP 3.4.1, Institutional Discipline                Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY
JAN 0 3 2019
DISCIPLINARY

MSP ☑   MWP ☐   CONTRACT FACILITY: _MSP_

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☑   MINOR ☐

3015941

Inmate Name: _whit Colt   MAKvee yA pee_   ID # ~~215947~~

Last name                                     First Name

Date: _01/02/19_   Time: _1200_   Place of Incident: _LHU(_

Room/Cell: _UB5_   Housing Unit: _____   Job Assignment: _____

Infraction Number(s) & Name(s)   _4210   Destroying or damaging Facility property_

Staff Witness: 1. _SGT  Coughlin_        Other Inmates involved 1. _____
2. _____                                            2. _____

Description of Violation: (who, what, why, where, when and how):

_On the Above date And time  I C.O. Bellosci  was Serving I/m whitColt  A write uP. He Read the write uP, Said " I am not signing this shit" And flushed the entire write uP._

REPORTING STAFF MEMBER:   _Bellosci_
                                         (Print Name)                    (Sign Name)

Supervisor Review:   _Sgt. Coughlin_
                                (Print Name)                    (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☑ Release to Previous Status   ☐ Other

Reason: _Not an  immediate  threat_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_Callahan_                          _1-21-19_                  _____
(Shift Supervisor's Signature)         (Date)          (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __/__/__   Time: _____hrs.   Place: _____
2. I understand the charge(s)?   ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____                          _1/19 10:54_   x _Unable to Sign  RH_
(Staff Signature)                      (Date & Time)            (Inmate's Signature / ID#)

Attachment B               MSP 3.4.1, Institutional Discipline            Effective January 17, 2017

EXHIBIT D
EXHIBIT D



## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

### Agreement / Waiver / Refusal Form

### Major/Minor Inmate Disciplinary Infractions

Agreement ☒          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☐

Inmate Name: **Whitford, Makueeyapee**          ID #: **3015941**

Date: **1 / 7 / 19**      Time: **10:54**          Housing Unit: **LHU1**

Infraction Number(s) and Description: **421D - Destroying or damaging facility property**

---

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤] **Grid Level to Use: 3**
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanctions: **15 days detention, cre 5 day (ind 1-17-19), refer to UMT**

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: **Unable to Sign**          Date: **1 / 7 / 19**

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date: ___ / ___ / ___

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:_____*

Inmate Signature:_____          Date: ___ / ___ / ___

---

Officer/Witness Signature:_____          Date: ___ / ___ / ___

Disciplinary Hearing Officer/Unit Disciplinary Team _____ RH          Date: 1 / 7 / 19

Administrative Review Signature: _Thomas n Elson_          Date: 1/7/19

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

en

 



# Montana Department of Corrections
## Statement of Incident

**Title:** Whitford flushed write-up                                    **Statement #:**     21187

**Incident Date:** 01/02/2019      **Incident Time:**   12:00 PM        **Statement Date:** 01/02/2019

**Jurisdiction:** Montana State Prison

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:**  Montana State Prison/Maximum Security/Locked Housing Unit 1/B/UPPER/5

## Summary of Incident

On the above day and approximate time I, Sgt. Coughlin was on B-Block putting an inmate away returning from his hearing. I was told from C/O Bellusci that I/M Whiford, M. #3015941 had flushed a write-up that he was serving. I advised C/O Bellusci to write him up again for destruction of state property.

EOR

## Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Bellusci, George | |
| Offender | Whitford, Makueeyapee - 3015941 | |

## Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Coughlin, Brett

**Reporting Staff:**   Coughlin, Brett                              **Title:** Correctional Officer Sgt

**Signature:**                                                      **Date:** 1.2.19

## Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____        **Title:** _____

**Signature:** _____        **Date:** _____

## Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☐        MINOR ☐

Inmate Name: ___WHiTford, MaKveeyapee___ ID # 3015941
Last name        First Name

Date: 1/1/19.   Time: 2050   Place of Incident: LCH 1

Room/Cell: UF6   Housing Unit: LcH 1   Job Assignment: 8c1 Labor pool

Infraction Number(s) & Name(s) 1224. Deliberate. uis use of an authorized.
Medication.; including unauthorized.
possession of other individual's
medication

Staff Witness: 1._____   Other Inmates involved 1._____
2._____           2._____

Description of Violation: (who, what, why, where, when and how): On above Time and
Date. I clo Brown was escorting The Nurse on pill
pass. as t stopped at UF6 whitford asked
me to take a small package to Nerguary,
Curry as, it was his Birthday. I left Tight.
Block and went To THe Sgt's office and
opened THe package. it contained several
small pills and a note.

EOR

REPORTING STAFF MEMBER: Robert Brown        Ralit Bian.
(Print Name)           (Sign Name)

Supervisor Review: Sgt Pica        Sgt Pica
(Print Name)          (Sign Name)

Inmate Status:  ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Reason: Not an immediate threat

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports,
etc.)

SSG _____   1/1/19   _____   _/_/_
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _____   Time: _____   Place: _____
2. I understand the charge(s)?   ☐ Yes ☒ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate
disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to
witnesses and witness statements, and my right to an appeal.**

_____   1·2·19/1050   Destroyed by inmate
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

\*Original destroyed by inmate\*
CK

Attachment B        MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N**

MAJOR ☒                    MINOR ☐

Inmate's Name: _Whitford Makueeyapee_   ID # _3015941_   Date: _01-04-19_

Infraction Number(s) & Name(s) _4224 - Deliberate misuse of medication_

☐ I DO UNDERSTAND THE VIOLATION        ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____ By: _____

Reason: _____

Plea: ☐ Guilty     ☐ Not Guilty     ☒ Other: _Refused to sign infraction_

Inmate's Statement: _Report_

_____

_____

Evidence Provided: _Infraction Report_

Findings: ☒ Guilty of # _4224_                    ☐ Not Guilty of #

Evidence Relied On: _Infraction Report_

_____

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ ] Grid Level to Use: _3_

*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _Fine $21.00_

Reason(s) for findings: _Offender was trying to give_

_another offender pills_

_____ _1-7-19_        _____

ADMINISTRATIVE REVIEW / DATE            DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM
                                                    _Carrie Walsted_

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _Refused to sign write up_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C              MSP 3.4.1, Institutional Discipline              Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

(Information and staff signatures on this form must be legible)

MAJOR ☑        MINOR ☐

Inmate Name: _Whitford_ _____ _Mahueegapee_ ID # _3015941_

Last name            First Name

Date: _12-24-18_   Time: _2255_   Place of Incident: _LHU 1_

Room/Cell: _UF6_   Housing Unit: _LHU 1_   Job Assignment: _Unassigned_

Infraction Number(s) & Name(s) _U212- Willfully tampering with, damaging or blocking_
_a locking device._

Staff Witness: 1. _C/O Turner_ _____   Other Inmates involved 1. _____

2. _____            2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date and_
_approximate time I C/O Turner was conducting a walk through_
_on F-Block and heard I/m Whitford a# 3015941 kicking_
_his door and seen that he had his window covered. I_
_stopped at his door and asked him to take_
_down the Manilla envelopes off this window and he told_
_me "Fuck You Man" I asked why he had it covered and_
_he said that the noise on the block was because "little_
_Bitche's on this block would Shutup and they need to be taken off_
_my block" I told him I would notify Command Post ＆ OR_

REPORTING STAFF MEMBER: _L. Turner_ _____        _[signature]_

(Print Name)                    (Sign Name)

Supervisor Review: _____        _____

(Print Name)                    (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☑ Release to Previous Status   ☐ Other

Reason: _Lack of TL beds_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_Lt Snowden_ _____   _12/25/18_ _____   _____   / /

(Shift Supervisor's Signature)   (Date)        (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: ___ / ___   Time: ___ hrs.   Place: _____
2. I understand the charge(s)? ☑Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☑Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf? ☐Yes ☑No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____        _____        _____

(Staff Signature)            (Date & Time)            (Inmate's Signature / ID#)

Attachment B            MSP 3.4.1, Institutional Discipline            Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**Agreement / Waiver / Refusal Form**

**Major/Minor Inmate Disciplinary Infractions**

Agreement ☒          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☐

Inmate Name: __Whitford Makueeyapee__          ID #: __3015941__

Date: __12/26/18__     Time: __1010__          Housing Unit: __LHU1__

Infraction Number(s) and Description: __4212 - Willfully tampering w/ locking__
__defive__

---

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5]  10+  **Grid Level to Use:** 3
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanctions: __10 days restricted activity / yard until 01-05-19__
_____

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: _____          Date: __12/26/18__

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature: _____          Date: ____/____/____

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating: _____*
_____

Inmate Signature: _____          Date: ____/____/____

---

Officer/Witness Signature: _____          Date: ____/____/____

Disciplinary Hearing Officer/Unit Disciplinary Team __Carrie Walstis__   Date: __12/26/18__

Administrative Review Signature: __Thomas W Wilson__   Date: __11/31/18__

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment G                MSP 3.4.1, Institutional Discipline                Effective February 23, 2015

EXHIBIT D
EXHIBIT D

LOCKED HOUSING STATUS REVIEW

Name:  Whitford, Makueeyapee  MSP/DOC#  3015941  Date:  11/30/2018

Housing Unit: LHU1  ST: Peoples  UM: Garland

Separation Needs: ☒  Atypical designation(s) STG

Activation of BMP within last 30 days ☐ Yes  ☒ No  BMP Clearance Date: 3/22/2018

Activation of SMP within last 30 days ☐ Yes  ☒ No  SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes  ☒ No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
| | | | |

Current Level:  Level 1                      Recommended Completion Level:  Level 3

Reason for initial placement:

☒ Multiple disciplinary violations        ☐ Multiple locked housing placements
☐ Refusal to leave locked housing         ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior   ☐ Planning A serious disturbance/riot
☐ Escape, Attempt or Facilitation to Escape  ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.

*RECEIVED*

*DEC 06 2018*

*Classification & Placement Office*

Special Housing Needs:

☒ Spit Hood  ☒ Restrictions  ☐ Bottom bunk/tier  ☐ Water Restrictions(flooding) ☐ ADA
☐ Escort Procedures/Special Security Procedures

Summary of current status and recommendations: Inmate Whitford was approved for Max placement on 12/6/2017. Whitford's Most recent disciplinary hearing was on 11/29/2018 for 4202,4104,4208. Due to this hearing being found guilty the LHU-UMT has restarted him on his current level and the LHU-UMT is looking at extending his levels if these behaviors continue. Also due to this hearing being found guilty the LHU-UMT has placed special housing needs on Whitford at this time. Whitford's LHU-plan is levels 1-3. To move up in the level system he will need to maintain clear conduct, if he does not keep clear conduct the LHU-UMT can restart, move back, or extend the levels. Whiteford restarted level 1 on 12/23/2018 He will be eligible for level 2 on 2/23/2019, and general population on 8/23/2019. On Whitford's last 30-Day review he requested that his separation needs be removed. At this time the Administration has reviewed his separation needs and has determined that the separation needs will not be removed. This plan will be reviewed with inmate Whitford on a monthly basis.

I _____ refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: ST: Peeples

White-Mail                      Yellow-6 part file                      Pink-Inmate

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

RECEIVED BY
NOV 29 2018
DISCIPLINARY

*(Information and staff signatures on this form must be legible)*

**MAJOR** ☑        **MINOR** ☐

Inmate Name: __Whitford__        __MaKueeyapee__  ID # 301594|
                    Last name                        First Name

Date: 11/28/18   Time: 1240   Place of Incident: LHU-1   F block

Room/Cell: UF6   Housing Unit: LHU 1   Job Assignment: 99999 Unassigned

Infraction Number(s) & Name(s)  4235 - Threatening Staff
                                4211 - Assault on staff
                                _____
                                _____

Staff Witness: 1. _____   Other Inmates involved 1. _____
               2. _____                          2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and approx. time. While I C/o Jones was collecting trays from F block I/m Whitford, M Threw his tray out of his food tray Slot after I C/o Jones opened it I C/o Jones then tryed to slam the food hatch shut to prevent I/m Whitford, M from reaching out at me. While all of this was happening he was Saying things like "Fuck you, you stupid pussy", "Wait till I'm on the main line I'll get you" "you stupid bitch"

EOR

REPORTING STAFF MEMBER: C/o Jones _____
                              (Print Name)        (Sign Name)

Supervisor Review: Sgt. Coughlin _____
                        (Print Name)        (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☑ Release to Previous Status   ☐ Other

Reason: Currently on detention status

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____          11/28/18         _____          /  /
(Shift Supervisor's Signature)   (Date)    (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 12 4 18   Time: ___ hrs.   Place: LHU
2. I understand the charge(s)?  ☑ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate.)
3. I waive my right to a hearing  ☑ Yes  ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.  ☐ Yes  ☑ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____          12 6 18 11:15      _____
(Staff Signature)          (Date & Time)        (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

**EXHIBIT D**
**EXHIBIT D**

**STATE OF M    TANA DEPARTMENT OF CORRE_TIONS**

MSP ☒  MWP ☐   CONTRACT FACILITY:_____

**Agreement / Waiver / Refusal Form**

**Major/Minor Inmate Disciplinary Infractions**

Agreement ☐          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☒

Inmate Name: *Whitford, Makueeyapee*          ID #: *3015941*

Date: *12.7.18*     Time: *1100*          Housing Unit: *LHU1*

Infraction Number(s) and Description: *4285-threatening; 4111-Assault*

_____

---

☐ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5]  Grid Level to Use:___
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*
**Sanctions:**_____

_____

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above.  By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature:_____          Date:____/____/____

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date:____/____/____

---

☒ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate* **Whitford** *that it was time for his/her hearing.  (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided.  (S)he still refused/declined stating:* On the above date and time I C/o Beeson went to I/m Whitford's cell and asked if he wanted to go to his Disciplinary hearing he refused to go.

Inmate Signature: **Refused**          Date:____/____/____

---

Officer/Witness Signature: *[signature]*          Date: *7  7  18*

Disciplinary Hearing Officer/Unit Disciplinary Team *Dr Klanecky*          Date: *12/7/18*

Administrative Review Signature:_____          Date:___/___/___

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N

MAJOR ☒   MINOR ☐

Inmate's Name: _Whitford, Makueyapee_ AO# 3015941 Date: 12-7-18

Infraction Number(s) & Name(s) _4235-threatening; 4111-Assault_

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___ By:_____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: _Refused to attend hearing_

Inmate's Statement: _____

Evidence Provided: _infraction report_

Findings: ☒ Guilty of # _4108(4111)/4235_   ☐ Not Guilty of #_____

Evidence Relied On: _infraction report_

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports: 1   2   3   4   ⑤ ] Grid Level to Use: _3_

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _Refer to UMT_

Reason(s) for findings: _Offender threw a food tray at staff + threatened staff. Offender refused to attend hearing._

_Thomas ___ 12.10.18_      _A. Klanecki 12-7-18_

ADMINISTRATIVE REVIEW / DATE      DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

---

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☒ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _Refused_

---

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS  RECEIVED BY

MSP ☒ MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING** NOV 28 2018

*(Information and staff signatures on this form must be legible)*

**MAJOR** ☒       **MINOR** ☐          **DISCIPLINARY**

Inmate Name: _Whitford_ _____ _M_ _____ ID # _301594/_

Last name                              First Name

Date: _11/27/18_   Time: _0630_   Place of Incident: _LHU1 yard_

Room/Cell: _UF6_   Housing Unit: _LHU1_   Job Assignment: _9999_

Infraction Number(s) & Name(s) _4/04 - ASSAULTing ANother INMATE_

_____

_____

_____

Staff Witness: 1._____          Other Inmates involved 1. _GARDNER_

2._____                                    2. _HENDERSON_

Description of Violation: (**who, what, why, where, when and how**): _ON THE ABOVE DATE_ a Nd _TIME I CO JONES, I WAS STANDING yard AFTER THE officers LEFT CAME to THE BACK of THE CELL STARTED to talk to HENDERSON AND GARDNER & Looked OVER & SAID SOME THINgS AND THEN INMATE whit Whitford TURNEd TO GARDNER AND Spit on HIM AND TRIED TO Spit oN HENdERSON, THEN TURN BACK To GARDNER AND Spit oN GARDNER AFEW MORE TIMES._

_____

_____

_____

_____

REPORTING STAFF MEMBER: _TRAVIS JONES_ _____ (Sign Name)

(Print Name)

Supervisor Review: _N. CLL Codll_ _____ (Sign Name)

(Print Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Reason: _Security threat_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____ _11 27 18_ _____ _11 27 18_

(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

on or before

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: _11/30/18_   Time: _Any_ hrs.   Place: _LHU1_
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☒Yes ☐No (if yes, have inmate sign an agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐Yes ☒No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure; I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_C/O BM_ _____ _11/27/18_ _____

(Staff Signature)          (Date & Time)          (Inmate's Signature / ID#)

_1250_

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D

EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY HEARING DECISION**

MAJOR ☑   MINOR ☐

Inmate's Name: *Whitford, Makueeyapee*   DOC#: 3015941   Date: 11-29-18

Infraction Number(s) & Name(s) *4104 - Assault*

☑ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____ By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☑ Other: *Refused to attend*

Inmate's Statement: *hearing*

Evidence Provided: *infraction report*

Findings: ☑ Guilty of #_ *4104*   ☐ Not Guilty of #

Evidence Relied On: *infraction report*

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ ]Grid Level to Use: *3*

*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): *25 days detention, cu 2 days*

*ENY 12-23-18*

*Refer to Investigations*

Reason(s) for findings: *Offender assaulted another*

*Inmate w/Body fluids. Offender refused*

*to attend hearing.*

*Thomas Wilson  11-29-18*          *?? Wariff?? 11-29-18*

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s)

☑ I DO NOT WISH TO APPEAL *Refused*

Inmate's Signature / ID#: *Refused*

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒  MWP ☐   CONTRACT FACILITY:_____

**Agreement / Waiver / Refusal Form**

**Major/Minor Inmate Disciplinary Infractions**

Agreement ☐          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☒

Inmate Name: _Whitford, Makueeyapee_   ID #: _3015941_

Date: _11/29/18_   Time: _1135_   Housing Unit: _LHU1_

Infraction Number(s) and Description: _4104-Assault ; 4202-threatening_
_4208-Insolence_

---

☐ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4   5]  **Grid Level to Use:**___
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
**Sanctions:**_____
_____
_____

---

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature:_____   Date:___/___/___

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature:_____   Date:___/___/___

---

☒ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate* _Whitford_ *that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:* _Inmate said "I don't go to hearings."_

Inmate Signature: _Refused_   Date:___/___/___

---

Officer/Witness Signature: _Curry Jess_   Date: _11/29/18_

Disciplinary Hearing Officer/Unit Disciplinary Team _A Slaughter_   Date: _11/29/18_

Administrative Review Signature:_____   Date:___/___/___

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY

NOV 26 2018

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

DISCIPLINARY

Inmate Name: Whitford                          Makveeyapee      ID # 3015941
                  Last name                          First Name

Date: 11/22/18   Time: 0900   Place of Incident: LHV-1    LF-3
Room/Cell: LF-3   Housing Unit: LHV-1   Job Assignment: _____
Infraction Number(s) & Name(s)  4202 - Threatening another Inmate
                                4208 - Insolence

Staff Witness: 1. _____   Other Inmates involved 1. _____
               2. _____                          2. _____

Description of Violation: (**who, what, why, where, when and how**): On the above date and
approx time while I c/o Jones was on F block moving
another I/m from LF-3 to SMC I I/m Whitford I/m A 0# 3015941
was yelling at the I/m I was escorting telling him things such as
"Get the fuck off my block" "don't you ever come back" "you fucking pussy"
I c/o Jones found this threatning to the I/m I was escorting

EOR

REPORTING STAFF MEMBER: c/o Jones
                        (Print Name)                    (Sign Name)

Supervisor Review: Sgt Brett Coughlin         Sgt _____
                   (Print Name)                    (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason:

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   11-22-18   _____   _/_/_
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this, and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _____   Time: _____   Place: _____
2. I understand the charge(s)?   ☒ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate)
3. I waive my right to a hearing?   ☒ Yes  ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.  ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: Request - the would like an agreement

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____   11.27.18   _____
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

# DISCIPLINARY HEARING DECISION

MAJOR ☑          MINOR ☐

Inmate's Name: *Whitford, Makuelyapo*   #: *301594*   Date: *11·29·18*

Infraction Number(s) & Name(s) *4202 - threatening; 4208 - Insolence*

☑ I DO UNDERSTAND THE VIOLATION      ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____   By: _____

Reason: _____

Plea: ☐ Guilty    ☐ Not Guilty    ☑ Other: *Refused to attend*

Inmate's Statement: _____

Evidence Provided: *infraction report*

Findings: ☑ Guilty of # *4202 / 4208*   ☐ Not Guilty of #

Evidence Relied On: *infraction report*

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   (5)  Grid Level to Use: *3*

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions].*

Sanction(s): *Refer to UNIT*

Reason(s) for findings: *Offender threatened another inmate causing alarm in Staff*

*Thomas n____ 11·29·18*        *B. Slaughter 11/29/18*

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☑ I DO NOT WISH TO APPEAL

Inmate's Signature / ID# *Refused*

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

LOCKED HOUSING STATUS REVIEW

Name: Whitford, Makueeyapee MSP/DOC# 3015941 Date: 10/29/2018

Housing Unit: LHU1   ST: Peoples  UM: Garland

Separation Needs: ☒   Atypical designation(s) None

Activation of BMP within last 30 days ☐ Yes   ☒ No   BMP Clearance Date: 3/22/2018

Activation of SMP within last 30 days ☐ Yes   ☒ No   SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes   ☒ No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
| | | | |

Current Level: Level 1                    Recommended Completion Level: Level 3

Reason for initial placement:

☒ Multiple disciplinary violations            ☐ Multiple locked housing placements
☐ Refusal to leave locked housing            ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior      ☐ Planning A serious disturbance/riot
☐ Escape, Attempt or Facilitation to Escape  ☐ Death Sentence or pending/death sentence
☐ Other Click here to enter text.

*RECEIVED NOV 14 2018 Classification & Placement Office*

Special Housing Needs:

☐ Spit Hood  ☐ Restrictions  ☐ Bottom bunk/tier  ☐ Water Restrictions(flooding) ☐ADA
☐ Escort Procedures/Special Security Procedures

Summary of current status and recommendations: Inmate Whitford was approved for Max placement on 12/6/2017. Whitford's Most recent disciplinary hearing was on 10/22/2018 for 4235: Threatened to "slap the shit" out of the unit manager. Due to this hearing being found guilty the LHU-UMT has restarted him on his current level. His LHU-Plan is levels 1-3. To move up in the level system he will need to maintain clear conduct, if he does not keep clear conduct the LHU-UMT can restart, move back, or extend the levels. Whiteford restarted level 1 on 10/18/2018 He will be eligible for level 2 on 12/18/2018, and general population on 5/18/2019. While doing inmate Whiteford's 30-day review. Whiteford requested that his separation need be removed at this time. Separation need were placed by administration. An investigation will be done to review his separation needs. This plan will be reviewed with inmate Whitford on a monthly basis.

I _____ refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit/ST: S T: peoples

White-Mail                    Yellow-6 part file                    Pink-Inmate

EXHIBIT D
EXHIBIT D

UF6
RECEIVED BY
OCT 19 2018
DISCIPLINARY

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☑       MINOR ☐

Inmate Name: _____ ID # _____

Date: _____ Time: _____ Place of Incident: _____

Room/Cell: _____ Housing Unit: _____ Job Assignment: _____

Infraction Number(s) & Name(s) _____

_____

_____

Staff Witness: 1. _____  Other Inmates involved 1. _____

2. _____                       2. _____

Description of Violation: (**who, what, why, where, when and how**): _____

_____

_____

_____

_____

_____

_____

_____

_____

REPORTING STAFF MEMBER: _____ _____

(Print Name)                              (Sign Name)

Supervisor Review: _____ _____

(Print Name)                              (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☑ Release to Previous Status   ☐ Other

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____ 10/18/18 _____ __/__/__

(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: 10/24/18   Time: any   Place: LHU
2. I understand the charge(s)?   ☑ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?   ☑ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf:   ☐ Yes ☑ No   If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____ 10/19/18 _____

(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B              MSP 3.4.1, Institutional Discipline              Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☑  MWP ☐  CONTRACT FACILITY:_____

**DISCIPLINARY  HEARING  DECISION**

MAJOR ☑                    MINOR ☐

Inmate's Name: _Whitford, Makueeyape_ DOC #_301594_ Date: _10·22·18_

Infraction Number(s) & Name(s) _4235- threatening_

☑ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___  By: _____

Reason: _____

Plea: ☐ Guilty    ☐ Not Guilty    ☑ Other: _Waived hearing_

Inmate's Statement: _____

_____

_____

_____

Evidence Provided: _infraction report_

Findings: ☑ Guilty of # _4235._    ☐ Not Guilty of # ____

Evidence Relied On: _infraction report_

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4   ⑤] Grid Level to Use: _3_

*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _15 days detention, SS 90 days_

Reason(s) for findings: _Offender threatened to harm staff. Offender waived hearing._

_Thomas Wilson 10/22/18_                _M. Smith 10·22·18_

ADMINISTRATIVE REVIEW / DATE            DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☑ I DO NOT WISH TO APPEAL.

Inmate's Signature / ID#: _Waived_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

LOCKED HOUSING STATUS REVIEW

Name: Whitford, Makueeyapee MSP/DOC# 3015941 Date: 10/1/2018

Housing Unit: LHU1   ST: Peoples   UM: Garland

Separation Needs: ☒   Atypical designation(s) None

Activation of BMP within last 30 days ☐ Yes   ☒ No   BMP Clearance Date: 3/22/2018

Activation of SMP within last 30 days ☐ Yes   ☒ No   SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes   ☐ No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
| | | | |

Current Level: Level 1                     Recommended Completion Level: Level 3

Reason for initial placement:
☒ Multiple disciplinary violations                ☐ Multiple locked housing placements
☐ Refusal to leave locked housing               ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior          ☐ Planning A serious disturbance/riot   RECEIVED
☐ Escape, Attempt or Facilitation to Escape      ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.                                                    OCT 27 2018

Special Housing Needs:                                                    Classification & Placement
☒ Spit Hood  ☐ Restrictions  ☐ Bottom bunk/tier ☐ Water Restrictions(flooding) ☐ ADA Office
☒ Escort Procedures/Special Security Procedures

Summary of current status and recommendations: Inmate Whitford was approved for Max placement on 12/6/2017.
Whitford's Most recent disciplinary hearing was on 9/27/2018 for 4216, 4208: Refusing to stand for count and using
profanity toward staff. . Due to this hearing being found guilty the LHU-UMT has restarted him on his current level. His
LHU-Plan is levels 1-3. To move up in the level system he will need to maintain clear conduct, if he does not keep clear
conduct the LHU-UMT can restart, move back, or extend the levels. Whitford restarted level 1 on 9/24/2018 He will be
eligible for level 2 on 11/24/2018, and general population on 4/24/2019. This plan will be reviewed with inmate Whitford
on a monthly basis.

I _ST: Peoples / CM Lewis_ refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may
appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior
it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: _____

White-Mail                          Yellow-6 part file                          Pink-Inmate

EXHIBIT D
EXHIBIT D



STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

Inmate Name: ___WHITFORD_____   ___MAKUELYAPEE___   ID # 301594/
　　　　　　　　　　　Last name　　　　　　　　　　First Name

Date: 9-24-18   Time: 1745   Place of Incident: UF/ LHW/

Room/Cell: UF/   Housing Unit: LHW2   Job Assignment: 99999 UNASSIGNED.

Infraction Number(s) & Name(s)  ~~4303~~
　4216 INTENTIONAL WITH COUNT ON FAILING TO STAND FOR COUNT.
　4208 INSOLENCE: OVERT DISRESPECT IN THE FORM OF PROFANE
　　　　OBSCENE OR ABUSIVE LANGUAGE.

Staff Witness: 1. ___N/A___   Other Inmates involved 1. ___N/A___
　　　　　　　2. _____ 2. _____

Description of Violation: (who, what, why, where, when and how): WHILE CONDUCTING THE 1800 COUNT INMATE WHITFORD WAS IN HIS BED FULLY COVERED HEAD TO TOE. EVEN THRU THOUGH I ANNOUNCED LOUDLY "COUNT TIME, LIGHTS ON, STAND UP" WHEN WE ENTERED THE BLOCK, I STOOD AT THE CELL DOOR AND COULD NOT OBSERVE ANY MOVEMENT UNDER THE BLANKET. I TAPED ON THE DOOR WITH MY FLASHLIGHT AND CALL BY NAME TO WHITFORD TO STAND UP. AT FIRST HE MOVED. THEN HE SAT UP AND LOOKED AT ME FROM THE BED. WHEN I SAID "COUNT TIME, STAND UP!" WHITFORD ~~SAT~~ REPLIED "SUCK MY COCK". THE LAID DOWN, TURNED OVER AND COVER HIMSELF UP WITH THE BLANKET AGAIN. END OF REPORT.

REPORTING STAFF MEMBER: ___SGT HOTCHHISS___   ___Sgt HH___
　　　　　　　　　　　　　　　(Print Name)　　　　　　(Sign Name)

Supervisor Review: _____   _____
　　　　　　　　　　　　　(Print Name)　　　　　　(Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   9/24/18   _____   _/_/_
(Shift Supervisor's Signature)　　(Date)　　　(Warden or Designee Signature)　(Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
　1. Hearing Date: 10/1/18   Time: _____ hrs.   Place: _____
　2. I understand the charge(s)?   ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
　3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
　4. Present evidence and witnesses on my behalf.  ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
　5. Other pertinent notations: _____ *Refused*

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements and my right to an appeal.

_____   9·27·18  1125   *Refused*
(Staff Signature)　　　　　　　(Date & Time)　　　　(Inmate's Signature / ID#)

Attachment B        MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒   MINOR ☐   *3015941*

Inmate's Name: _Whitford, Makueeyapee_ 301591   Date: _9:27:18_

Infraction Number(s) & Name(s) _4216-Int. w/ Count; 4208-Insolence_

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION — ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: _Refused to be served_

Inmate's Statement: _____

_____

_____

_____

_____

Evidence Provided: _infraction report_

Findings: ☒ Guilty of # _4216/4208_   ☐ Not Guilty of #

Evidence Relied On: _infraction report_

_____

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   (5)   Grid Level to Use: _3_

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _$21.00 fine_

_____

Reason(s) for findings: _Offender refused to stand_
_for count + used profanity toward staff._
_Offender refused to be served-hearing held_
_w/out him per policy._

_Shomarie Long 9-27-18_   _A. Slaughter 9-27-18_

ADMINISTRATIVE REVIEW / DATE        DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☒ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _Refused_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D



STATE C. .MONTANA DEPARTMENT OF CO....CTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR ☒**      MINOR ☐

RECEIVED BY
SEP 21 2018
DISCIPLINARY

Inmate Name: _WHITFORD_      _MAKUEEYAPEE_      ID # _301594/_

Last name                First Name

Date: _9-20-18_   Time: _1737_   Place of Incident: _UF1    LHU1_

Room/Cell: _UF1_   Housing Unit: _LHU1_   Job Assignment: _99999   UNASSIGNED_

Infraction Number(s) & Name(s)  _4216   INTERFERIAL WITH THE TAKING OF COUNT / FAILED_
_TO STAND FOR COUNT_

Staff Witness: 1. _____N/A_____      Other Inmates involved 1. _____N/A_____
2. _____                               2. _____

Description of Violation: (who, what, why, where, when and how): _DURING   THE  1800  COUNT_
_INMATE WHITFORD WAS IN HIS BED AND APPEARED TO BE SLEEPING. I CALLED HIM_
_BY NAME FOUR TIMES, KNOCKED ON THE DOOR WINDOW AND FINALLY LIGHTLY KICKED THE DOOR_
_TIL HE TURNED OVER AND SAT UP. HE TOOK THE EAR BUD OUT OF ONE EAR AND_
_ASK WHAT I WANTED. I STATED IT'S COUNT TIME. HE CONTINUED TO SIT UP ON_
_HIS BED AND SAID "YOU ONLY HAVE TO SEE ME MOVE." HE THEN TURNED OVER & COVERED_
_HIS HEAD._
_PER LHU1 MAX LEVEL 1 + 2 AND MSP PROCEDURE INMATES IN LHU1 ARE REQUIRED_
_TO STAND AT THEIR DOOR WINDOW WITH THE LIGHT ON FOR THE OFFICIAL 1800 AND 2900_
_COUNTS. END OF REPORT._

REPORTING STAFF MEMBER: _SGT HOTCHKISS_      _Sgt _____

(Print Name)                         (Sign Name)

Supervisor Review: _____      _____

(Print Name)                         (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____      _9/20/18_      _____      _/ /_

(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date:_____   Time:_____ hrs.   Place: _LHU1_
2. I understand the charge(s)?   ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.  ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:                        _Refused to be served_

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____      _9-24-18/0950_      _Refused_

(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒   MINOR ☐

Inmate's Name: *Whitford, Makueeyape*   AO # *301594*   Date: *9.24.18*

Infraction Number(s) & Name(s) *4216 - Infri. w/ count*

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: *Refused to sign*
Inmate's Statement: *infraction*

Evidence Provided: *infraction report*

Findings: ☒ Guilty of # *4216*   ☐ Not Guilty of #
Evidence Relied On: *infraction report*

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports: 1   2   3   4   ⑤]   Grid Level to Use: *3*
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): *$21.00 fine*

Reason(s) for findings: *Offender refused to stand for count. Offender refused to sign infraction - hearing held w/out him per policy.*

*Thomas Wilson* 7.24.18   *[signature]* 9.24.18
ADMINISTRATIVE REVIEW / DATE   DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: *Refused*

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment C   MSP 3.4.1, Institutional Discipline   Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP [X]   MWP [ ]   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR [X]       MINOR [ ]

RECEIVED BY
AUG 14 2018

DISCIPLINARY

Inmate Name: _Whitford_ _____ _makveeyanee_ ID # _3615941_

Last name                      First Name

Date: _08/13/18_   Time: _0640_   Place of Incident: _LHu-1_

Room/Cell: _UF-2_   Housing Unit: _LHu-2_   Job Assignment: _9999-unassigned_

Infraction Number(s) & Name(s) _4235! Threatening any other prsn to include staff, verbal statements or engaging in physical conduct causing fear in another person._

Staff Witness: 1. _____        Other Inmates involved 1. _N/A_
2. _____                                    2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date and approximate time I, officer Charles, was putting I/m whitford down to go to yard. I/m whitford kept squirming and moving in a way that impedes my pat search so I, officer Charles, recpended "stop, quit screaming a-nd." I, officer Charles proceeded to hands on escort I/m whitford to yard, in which he continued squirming and started pulling away from my grip. I, officer Charles, tightened my grip and gave a direct order not to pull away from me. I/m whitford then turned around closing space between us so we were free to face and started yelling things such as: "Punk," "bitch," "who the fuck do you think you are?" I/m whitford after intimidating myself, officer Charles, said "Bring me back to my cell, fuck this, you think your tough?" I, officer Charles, escorted with hands on back to I/m whitford's cell in which case he refused/stop his attempts of intimidation. After getting I/m whitford in his cell and taking his cuffs off he threw a closed fist punch at myself, officer Charles, before I_

REPORTING STAFF MEMBER: _____ _____
                                                            (Print Name)                      NCharles                      (Sign Name)
                                                                                                            FGK

Supervisor Review:

_____ _____
(Print Name)                              (Sign Name)

Inmate Status: [X] Pre-Hearing Confinement   [X] Release to Previous Status   [ ] Other

Reason: _THREAT TO SOCIETY_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_SSG Hansen_        _8 13 18_        _____ _8/14/18_
(Shift Supervisor's Signature)     (Date)        (Warden or Designee Signature)     (Date)

_on or before_   **NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: _8 16 18_   Time: _12:0_ hrs.   Place: _LHu-_
2. I understand the charge(s)?   [X] Yes   [ ] No (if no, verbally explain the charge(s) to the inmate)
3. I waive my right to a hearing? [ ] Yes [X] No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.   [ ] Yes [X] No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____        _8-13-18-1601_        _____
(Staff Signature)            (Date & Time)            (Inmate's Signature / ID#)

Attachment B                 MSP 3.4.1, Institutional Discipline                 Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**Agreement / Waiver / Refusal Form**

**Major/Minor Inmate Disciplinary Infractions**

Agreement ☐          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☒

Inmate Name: **Whitford, Makueeyapee**          ID #: **3015941**

Date: **8/21/18**     Time: **0911**          Housing Unit: **LHU1**

Infraction Number(s) and Description: **4235 - threatening**

_____

---

☐ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5]   Grid Level to Use:___
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
**Sanctions:**_____

_____

_____

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature:_____     Date:____/____/____

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature:_____     Date:____/____/____

---

☒ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate* **Whitford** *that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:* **Asked him if he wanted to go he told me no.**

Inmate Signature: **Refused**     Date:____/____/____

---

Officer/Witness Signature: *[signature]*          Date: **8/21/18**

Disciplinary Hearing Officer/Unit Disciplinary Team *[signature]*     Date: **8/21/18**

Administrative Review Signature:_____     Date:____/____/____

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☑                    MINOR ☐

Inmate's Name: _Whitford, Makueeyape_  AO# _301594_ Date: _8·21·18_

Infraction Number(s) & Name(s) _4235 - threatening_

☑ I DO UNDERSTAND THE VIOLATION      ☐ I DO NOT UNDERSTAND THE VIOLATION — ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___ By: _____

Reason: _____

Plea: ☐ Guilty      ☐ Not Guilty      ☑ Other: _Refused to attend hrg._

Inmate's Statement: _____

Evidence Provided: _infraction report_

Findings: ☑ Guilty of # _4235,_   ☐ Not Guilty of # _____

Evidence Relied On: _infraction report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤] Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _20 days detention, c/e 8 days END 9·3·18_

Reason(s) for findings: _Offender threatened to harm staff by throwing a punch at staff. Offender refused to attend hrg._

_Thomas Wilson 8·22·18_          _Slaughter 8·21·18_
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

> I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
> ☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
> ☑ I DO NOT WISH TO APPEAL
> Inmate's Signature / ID#: _Refused_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C            MSP 3.4.1, Institutional Discipline            Effective January 17, 2017

EXHIBIT D
EXHIBIT D

## LOCKED HOUSING STATUS REVIEW

Name: Whitford, Makueeyapee MSP/DOC# 3015941 Date: 8/7/2018

Housing Unit: LHU1  ST: Peoples  UM: Garland

Separation Needs: ☒  Atypical designation(s) None

Activation of BMP within last 30 days ☐ Yes  ☒ No  BMP Clearance Date: 3/22/2018

Activation of SMP within last 30 days ☐ Yes  ☒ No  SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes  ☐ No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
| | | | |

Current Level: Level 1                    Recommended Completion Level: Level 3

Reason for initial placement:
☒ Multiple disciplinary violations          ☐ Multiple locked housing placements
☐ Refusal to leave locked housing          ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior    ☐ Planning A serious disturbance/riot
☐ Escape, Attempt or Facilitation to Escape ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.

Special Housing Needs:
☒ Spit Hood  ☐ Restrictions  ☐ Bottom bunk/tier ☐ Water Restrictions(flooding) ☐ ADA
☒ Escort Procedures/Special Security Procedures

RECEIVED
AUG 25 2018
Classification & Placement
Office

Summary of current status and recommendations: Inmate Whitford was approved for Max placement on 12/6/2017. Whitford's Most recent disciplinary hearing was on 7/23/2018 for STG material in his cell 4225. Due to this hearing being found guilty the LHU-UMT has restarted his level 1 on 8/2/2018. His LHU-Plan is levels 1-3. To move up in the level system he will need to maintain clear conduct, if he does not keep clear conduct the LHU-UMT can restart, move back, or extend the levels. He will be eligible for level 2 on 10/2/2018, and general population on 4/2/2019. This plan will be reviewed with inmate Whitford on a monthly basis.

I _Cpt. Will_ /ST. Peoples/ Refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: _____

White-Mail                    Yellow-6 part file                    Pink-Inmate

EXHIBIT D
EXHIBIT D

LOCKED HOUSING STATUS REVIEW

Name:  Whitford, Makueeyapee  MSP/DOC#  3015941 Date: 7/18/2018

Housing Unit: LHU1   ST: Peoples  UM: Budd

Separation Needs: ☒    Atypical designation(s) None

Activation of BMP within last 30 days ☐ Yes   ☒  No     BMP Clearance Date: 3/22/2018

Activation of SMP within last 30 days ☐ Yes   ☒  No     SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes   ☐  No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
| | | | |

Current Level:  Level 1                          Recommended Completion Level:  Level 3

Reason for initial placement:
☒ Multiple disciplinary violations            ☐ Multiple locked housing placements
☐ Refusal to leave locked housing            ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior      ☐ Planning A serious disturbance/riot
☐ Escape, Attempt or Facilitation to Escape  ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.

RECEIVED
AUG 0 2 2018
Classification & Placement Office

Special Housing Needs:
☒ Spit Hood   ☐ Restrictions  ☐ Bottom bunk/tier ☐ Water Restrictions(flooding) ☐ ADA
☒ Escort Procedures/Special Security Procedures

Summary of current status and recommendations:  Inmate Whitford was approved for Max placement on 12/6/2017. Whitford's Most recent disciplinary hearing was on 7/9/2018 for 4209: Giving/Offering Any Official/Staff Bribe/Thing of Value. Due to this hearing being found guilty the LHU-UMT has restarted Whitford on level 1. His LHU-Plan is levels 1-3. To move up in the level system he will need to maintain clear conduct, if he does not keep clear conduct the LHU-UMT can restart, move back, or extend the levels. He will be eligible for level 2 on 9/9/2018, and general population on 3/9/2019. This plan will be reviewed with inmate Whitford on a monthly basis.

I _____ refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: _____

White-Mail                          Yellow-6 part file                          Pink-Inmate

EXHIBIT D
EXHIBIT D

RECEIVED (3)
JUL 06 2018
DISCIPLINARY

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☑   MINOR ☐

Inmate Name: Whitford   Makueeyapee   ID # 3015941
   Last name        First Name

Date: 07-05-18   Time: 1600   Place of Incident: LHU1
Room/Cell: UE7   Housing Unit: LHU1   Job Assignment: 99999 Unassigned
Infraction Number(s) & Name(s) 4209- Attempting to engage in a personal Relationship with a staff member

Staff Witness: 1. _____   Other Inmates involved 1. _____
         2. _____            2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and time, I Sergeant Luly received an OSR from Inmate Whitford, IM #3015941. Inside the kite there was a folded up note. See attachment. In the note, Inmate Whitford attempts to start a personal relationship with me. EOR

REPORTING STAFF MEMBER: M. Luly _____   Sgt Luly
                    (Print Name)        (Sign Name)

Supervisor Review: _____   _____
                (Print Name)        (Sign Name)

Inmate Status:   ☑ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other
Reason:

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   7/5/18   _____   7/6/18
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
  1. Hearing Date: 7 / 9 / 18   Time: AM   hrs.   Place: LHU-1
  2. I understand the charge(s)?   ☐ Yes ☒ No (if no, verbally explain the charge(s) to the inmate).
  3. I waive my right to a hearing? ☒ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
  4. Present evidence and witnesses on my behalf.  ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
  5. Other pertinent notations:

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

M. Luly   7-5-18   _____
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Inmate Refused to sign

Attachment B        MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**Agreement / Waiver / Refusal Form**

**Major/Minor Inmate Disciplinary Infractions**

Agreement ☒          Waiver to Attend Hearing ☐          Refusal to Attend Hearing ☐

Inmate Name: *Whitford, Makueeyapee*          ID #: *30 15941*

Date: *7/9/18*     Time: *1015*          Housing Unit: *LHU 1*

Infraction Number(s) and Description: *4209- Attempting to Engage in a Relationship*

---

☒ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤]   **Grid Level to Use:** *3*
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanctions: *11 days detention, cu 4 days*
                  *ENDS 7-16-18*

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature: *[signature]*          Date: *6/9/18*

---

☐ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature:_____          Date:____/____/____

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:_____*

Inmate Signature:_____          Date:____/____/____

---

Officer/Witness Signature:_____          Date:____/____/____

Disciplinary Hearing Officer/Unit Disciplinary Team *[signature]*          Date: *7/9/18*

Administrative Review Signature: *[signature]*          Date: *7/9/18*

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

Aye, check it out woman. I want to tell you somethin thats been on my mind before you walk out of my life. I know I be fuckin around with you alot but this time I'm real. As I've gotten to know you I've grown hella attracted to you and I really, really like you. You are a real bitch, that's why I've always refer to you as a female Pit. It's that attitude that draws me to you the most. I so you as a female Pit. It's that attitude that draws me to you the most, I indin love it. You are straight up. So, now its my turn. I don't want to see you go, chick, I want to get to know you on a whole nother level and if I don't let you know how I feel, I might never get another chance. I'd really like to chop it up with you over the phone or in a letter. If not now, then maybe somewhere down the road when you are in the mood. Just remember its never too late. You can always find me on corrlinks. Just do me a favor and think about it. And, know that I haven't been able to think about anything else ever since you told me that you're fittin to bounce to another post. Keep it 100 baby, and hit me up. Laterz Pit.

EXHIBIT D
EXHIBIT D

Aye, check it out woman. I want to tell you something thats been on my mind before you walk o( ) of my life. I know I be jackin around with you alot but this time I'm really I've gotten to know you I've grown hella attracted to you and I really, really like you. You are a real bitch, that's why I'm always refer to you as a female pit. It's that attitude that draws me to you the most, I indkin lova it. You are straight up. So, now its my turn, I don't want to see you go chick, I want to get to know you on a whole nother level and if you go chick, I want to get to know you on a whole nother level and if I don't let you know how I feel, I might never get another chance. I'd really like to chop it up with you over the phone or in a letter. If not now, then maybe somewhere down the road when you are in the mood. Just remember its never too late. You can always find me on connweb. Just do me a favor and think about it. And, know that I haven't been able to think about anything else ever since you told me that you're fittin to bounce to another post. Keep it 100 baby. and hit me up. Laterz. Pit.

EXHIBIT D
EXHIBIT D

LOCKED HOUSING STATUS REVIEW

Name: Whitford, Makueeyapee  MSP/DOC# 3015941 Date: 7/2/2018

Housing Unit: LHU2  ST: Peoples  UM: Budd

Separation Needs: ☒  Atypical designation(s) None

Activation of BMP within last 30 days ☐ Yes  ☒  No  BMP Clearance Date: 3/22/2018

Activation of SMP within last 30 days ☐ Yes  ☒  No  SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes  ☐  No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
| Aggression and Violence | 5/23/18 | | Non-Compliant |

Current Level: Level 1  Recommended Completion Level: Level 3

Reason for initial placement:
☒ Multiple disciplinary violations    ☐ Multiple locked housing placements
☐ Refusal to leave locked housing    ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior    ☐ Planning A serious disturbance/riot  RECEIVED
☐ Escape, Attempt or Facilitation to Escape    ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.    JUL 1 0 2018

Special Housing Needs:  Classification & Placement Office
☒ Spit Hood ☐ Restrictions ☐ Bottom bunk/tier ☐ Water Restrictions(flooding) ☐ ADA
☒ Escort Procedures/Special Security Procedures

Summary of current status and recommendations: Inmate Whitford was approved for locked housing placement by the ARC on 12/6/2017. Whitford's Most recent disciplinary hearing was on 6/11/2018 for 4209- Giving/Offering any official/Staff Bribe/ Thing of value. On 6/6/2018 He received two hearings for 4235- Threatening Staff, and 4210,4213- for Flooding. Due to Whitford being found guilty of his most recent disciplinary hearing the LHU-UMT has restarted him on level 1. Whitford will be eligible for level 2 on 8/26/2018, and general population on 2/26/2019. This plan will be reviewed with inmate Whitford on a monthly basis.

I _Whitford refused st. Peoples_ refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: _Peoples_

White-Mail  Yellow-6 part file  Pink-Inma

EXHIBIT D
EXHIBIT D

LC-4

IHU2 1c4
RECEIVED BY
JUN 0 6 2018
DISCIPLINARY

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY:_____

### DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

*(Information and staff signatures on this form must be legible)*

MAJOR ☒      MINOR ☐

Inmate Name: __Whitford__                __Makweeyapee__        ID # __3015941__
　　　　　　　Last name　　　　　　　　　First Name

Date: __6-5-18__   Time: __0800__   Place of Incident: __LHU-1 yard__
Room/Cell: __UE-4__   Housing Unit: __LHU-1__   Job Assignment: __6012-Unit swamper__
Infraction Number(s) & Name(s) __4209- Offering any staff Member a bribe or anything of value.__
__Attempting to engage in a personal relationship with a staff__
__Member__

Staff Witness: 1. _____N/A_____     Other Inmates involved 1. __Boubideaux, Jacob__
　　　　　　　2. _____         　　　　　　　　 2. __Cooper, Demetrius__

Description of Violation: **(who, what, why, where, when and how):** On the above date & time, I c/o Ball was standing yard in LHU-1. As soon as the door to the yard closed, I/m Whitford along with I/m Cooper. D#3022345 + I/m Boubideaux J#3015623 attempted to get me to bring in weed for them. At one point they offered me eight bills. I/m Whitford + I/m Cooper then told me they could get me more money than what I make now. After I told them No multiple times, I/m Whitford + I/m Cooper Kept asking me what I do in my spare time. They then told me that I probably know the right connections to get meth into the prison. At this time I was pulled from the yard & replaced by another officer to do my reports. EOR.

REPORTING STAFF MEMBER: __Ball__        __[signature]__
　　　　　　　　　　　　　　(Print Name)　　　　　　(Sign Name)

Supervisor Review: __L. Weber__        __Sgt. Weber__
　　　　　　　　　(Print Name)　　　　　(Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement    ☐ Release to Previous Status   ☐ Other
Reason: __Security threat__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

__SSG W. Dawn__        __6/5/18__        __[signature]__        __6/6/18__
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

__on or before__          **NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __6/8/18__   Time: __any__ hrs.   Place: __LHU2__
2. I understand the charge(s)?   ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my right, my right to witnesses and witness statements, and my right to an appeal.**

__N Charles__        __06/05/18__        X Unable to sign Due to BMP
(Staff Signature)       (Date & Time)       (Inmate's Signature / ID#)

X __[signature]__

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

INMATE: _Whitford,_    AO#: _3015941_   LOCATION: _LHU2_
_Makweeyapee_

## CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _6·8·18_ IS/ARE BEING CONTINUED UNTIL _6·11·18_

FOR THE FOLLOWING REASONS: _Unable to attend hrg-_
_On YBMP_

Inmate Signature _Unable to Sign_    DATED _6·8·18_
_Verbally Advised_
Disciplinary _B. Stallerwata_    DATED _6·8·18_

**********************************

## CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____ IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS: _____

_____

_____

Inmate Signature _____DATED _____

Disciplinary _____DATED _____

Copies to: Records-White                    Inmate-Goldenrod

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

**D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N**

MAJOR ☑        MINOR ☐

Inmate's Name: _Whitford, Makueeyapee_ DOC #: _3019714_ Date: _6·11·18_

Infraction Number(s) & Name(s) _4209 - Att. to Bribe Staff._

☑ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____ By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☑ Other: _Refused to attend_

Inmate's Statement: _____

_____

Evidence Provided: _infraction report_

Findings: ☑ Guilty of # _4209_        ☐ Not Guilty of #

Evidence Relied On: _infraction report_

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports: 1  2  3  4 (5)] Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _15 days detention, no le days_
_ENDS 10·20·18_

Reason(s) for findings: _Offender asked staff to bring narcotics into the prison. Offender did not attend hearing._

_Thomas Wilson_ 6·12·18        _C. Slaughter_ 6·11·18

ADMINISTRATIVE REVIEW / DATE        DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☑ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _Refused to attend_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

LA-1

UA7

RECEIVED BY
JUL 18 2018
DISCIPLINARY

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☒   MWP ☐   CONTRACT FACILITY:_____
### DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING
(Information and staff signatures on this form must be legible)
**MAJOR ☒        MINOR ☐**

Inmate Name: _Whitford_ _____ _Makueeyapee_ ___ ID # _3015941_
        Last name                 First Name

Date: _7/18/18_   Time: _1230_   Place of Incident: _LHU 1_
Room/Cell: _UE7_   Housing Unit: _LHU1_   Job Assignment: _99999_
Infraction Number(s) & Name(s):

       _4225 - STG Activity_

Staff Witness: 1. _____   Other Inmates involved 1. _Cooper, D_ # _3022845_
           2. _____   2. _____

Description of Violation: (**who, what, why, where, when and how**):
On the above date I reviewed paperwork that had been
confiscated from Whitford during an IPS search on 7/17/18.
Within the paperwork there are several pages of Blood
literature written in Cooper's hand. There are also monikers
of MT structure, codes, disciplinary procedures for violations
etc. all related to Bloods.   EOR

REPORTING STAFF MEMBER: _Lorna Kuchinsky_ _____ _Lorna Kuchinsky_
                       (Print Name)           (Sign Name)

Supervisor Review: _____   _____
                        (Print Name)           (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other
Reason: _Security threat_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____ _7 18 18_   _____ _7 18 18_
(Shift Supervisor's Signature)   (Date)     (Warden or Designee Signature)   (Date)

### NOTICE OF HEARING/PREHEARING ACTION
_on or before_
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _7.23.18_   Time: _Any_ hrs.   Place: _LHU_
2. I understand the charge(s)?   ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____ _7-18-18_   _refused_
(Staff Signature)     (Date & Time)     (Inmate's Signature / ID#)

Attachment B        MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**
MSP ☒   MWP ☐   CONTRACT FACILITY:_____
## DISCIPLINARY HEARING DECISION
MAJOR ☒                    MINOR ☐

Inmate's Name: *Whitford, Makueeyapee*  ID # *3015941* Date: *7·23·18*
Infraction Number(s) & Name(s) *4225 - STG Activity*

☒ I DO UNDERSTAND THE VIOLATION       ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN
Continuance granted to Date: ___ / ___ / ____ By: _____
Reason: _____

Plea: ☐ Guilty     ☐ Not Guilty     ☒ Other: *Refused to sign infraction*
Inmate's Statement: _____

Evidence Provided: *Infraction report, STG material*

Findings:   ☒ Guilty of # *4225*      ☐ Not Guilty of #
Evidence Relied On: *Infraction report, STG material*

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5] Grid Level to Use: *3*
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanction(s): *15 days detention, CU 5 days*
*ENDS 8·2·18*
*Refer to STG*

Reason(s) for findings: *Offender had STG material.*
*Offender refused to sign infraction report –*
*hearing held w/out him per policy.*

*Thomas Wilson* 7·23·18              *[signature]* 7·23·18
ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: *Refused*

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C              MSP 3.4.1, Institutional Discipline              Effective January 17, 2017

EXHIBIT D
EXHIBIT D

LC-4

IHU2 ICH
RECEIVED BY

JUN 0 6 2018

DISCIPLINARY

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP [X]   MWP [ ]   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR [X]        MINOR [ ]

Inmate Name: __Whitford__ _____ __Matweeyapee__   ID # __3015941__
          Last name                      First Name

Date: __6-5-18__   Time: __0800__   Place of Incident: __LHU-1 yard__
Room/Cell: __UE-4__   Housing Unit: __LHU-1__   Job Assignment: __6012 Unit swamper__
Infraction Number(s) & Name(s) __4209- Offering any staff member a bribe or anything of value.__
__Attempting to engage in a personal relationship with a staff__
__member__

Staff Witness: 1. _____N/A_____   Other Inmates involved 1. __Boubideaux, Jacob__
          2. _____                          2. __Cooper, Demetrius__

Description of Violation: (who, what, why, where, when and how): __On the above date & time, I C/o Ball__
__was standing yard in LHU-1. As soon as the door to the yard closed, I/m Whitford along__
__with I/m Cooper. D# 3022845 + I/m Boubideaux J# 3015623 attempted to get me to bring in__
__weed for them. At one point they offered me eight bills. I/m Whitford + I/m Cooper then told me__
__they could get me more money than what I make now. After I told them No multiple times,__
__I/m Whitford + I/m Cooper kept asking me what I do in my spare time. They then told me that__
__I probably know the right connections to get meth into the prison. At this time I was__
__pulled from the yard + replaced by another officer to do my reports. EOR.__

REPORTING STAFF MEMBER: __Ball__ _____   _____(Sign Name)_____
                              (Print Name)
Supervisor Review: __L. Welch__   __Sgt. Welch__
                        (Print Name)              (Sign Name)

Inmate Status: [X] Pre-Hearing Confinement   [ ] Release to Previous Status   [ ] Other
Reason: __Security threat__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

__Sgt. Welch__ _____   __6/5/18__ _____   _____   __6/6/18__
(Shift Supervisor's Signature)        (Date)        (Warden or Designee Signature)        (Date)

__on or before__   NOTICE OF HEARING/PREHEARING ACTION
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __6/8/18__   Time: __any__ hrs.   Place: __LHU2__
2. I understand the charge(s)?   [X] Yes [ ] No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? [ ] Yes [X] No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. [ ] Yes [X] No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my right to witnesses and witness statements, and my right to an appeal.**

__N. Charis__ _____   __06/05/18__ _____   X __Unable to sign Due to BMP__
(Staff Signature)        (Date & Time)        (Inmate's Signature / ID#)

X _____

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

INMATE: _Whitford,_   AO#: _3015941_   LOCATION: _LHU 2_
_Makueeyapee_

## CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _6·8·18_   IS/ARE BEING CONTINUED UNTIL _6·11·18_

FOR THE FOLLOWING REASONS: _unable to attend hrg-_
_On VBMP_

Inmate Signature _unable to sign_   DATED _6·8·18_
_Verbally advised_

Disciplinary _S. Pallejola_   DATED _6·8·18_

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____   IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS: _____

_____

_____

Inmate Signature _____DATED _____

Disciplinary _____DATED _____

Copies to: Records-White                    Inmate-Goldenrod

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: *Whitford, Makueeyapee* DOC# *301974* Date: *6·11·18*

Infraction Number(s) & Name(s) *4209 – Att. to Bribe Staff.*

☒ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____   By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: *Refused to attend*

Inmate's Statement: _____

Evidence Provided: *infraction report*

Findings: ☒ Guilty of # *4209*          ☐ Not Guilty of #

Evidence Relied On: *infraction report*

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1 · 2   3   4  ⑤ ] Grid Level to Use: *3*

*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): *15 days detention, no lee days*
*ENDS 10·20·18*

Reason(s) for findings: *Offender asked staff to bring narcotics into the prison. Offender did not attend hearing*

*Thomas Who 6·12·18*                    *E. Slaughter 6·11·18*

ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

---

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: *Refused to attend*

---

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                    MSP 3.4.1, Institutional Discipline                    Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY
JUN 0 6 2018
DISCIPLINARY

MSP ☑  MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR ☑        MINOR ☐**

Inmate Name: __Whitford__          __Makueeyapee__   ID # __301594l__
             Last name                First name

Date: __6-5-18__   Time: __1730__   Place of Incident: __LHu-2__

Room/Cell: __LC-4__   Housing Unit: __LHu-2__   Job Assignment: __403 cell study__

Infraction Number(s) & Name(s) __4235  Threatening Staff__

Staff Witness: 1. __N/A__          Other Inmates involved 1. __N/A__
               2.                                         2.

Description of Violation: (who, what, why, where, when and how): On the above date and time while working in LHu-2 I/M Whitford was kicking his cell door LC-4 when I went to his cell and asked him uncover his cell window and tell him to stop kicking the door I/m Whitford uncovered his window and started yelling about he was acting out because he was disrespected by "Some punk ass officer" and that he has nothing to lose and his greatest revenge would be to kill one of the officers. I/m Whitford stated You all wear the same badge. I informed Inmate he would get a write up for threatening and Whitford stated he don't care he has nothing to lose. and he was going to get that Chitgiven the chance for antagonize antagonizing him      E.O.R.

REPORTING STAFF MEMBER: __Sgt Bristow Sal__          __Sgt B____ll__
                          (Print Name)                 (Sign Name)

Supervisor Review: _____          _____
                       (Print Name)                 (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☑ Other
Reason: __Inmate already on BMP__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

__SSG Ple___kt__          __6/5/18__          _____          __/  /__
(Shift Supervisor's Signature)   (Date)        (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __6 / 8 / 18__   Time: __Any__ hrs.   Place: __LHU2__
2. I understand the charge(s)? ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☐ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**          *Refused to be Served*

_____          _____          _____
(Staff Signature)              (Date & Time)                 (Inmate's Signature / ID#)

                                                      ST O'Hausen

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒  MWP ☐  CONTRACT FACILITY:_____

**DISCIPLINARY   HEARING   DECISION**

MAJOR ☒                    MINOR ☐

Inmate's Name: Whitford  Mahwoeyepee  ID # 30894  Date: 6/6/18

Infraction Number(s) & Name(s)  4235 Threatening Staff

☐ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___  By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☐ Other: _____

Inmate's Statement:

refused to Sign / be Served

Evidence Provided: Infraction Report

Findings: ☒ Guilty of # 4235    ☐ Not Guilty of # _____

Evidence Relied On: Infraction report

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ Grid Level to Use: 3
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): 10 day detention
$10 fine
refer to unit

Reason(s) for findings: threat to staff. Inmate made a clear violation of procedure

Thomas W Wilson  6·11·18              BKull
ADMINISTRATIVE REVIEW / DATE              DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: refused to be served

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒   MINOR ☐

RECEIVED BY

JUN 0 6 2018

DISCIPLINARY

Inmate Name: _Whitford_                    _MaKueeyaPee_      ID # _3015941_
　　　　　　　Last name                       First name

Date: _6-5-18_   Time: _1300_   Place of Incident: _LHu 1 E-Block_
Room/Cell: _uE4_   Housing Unit: _LHu 1_   Job Assignment: _601 2-Block swamper_
Infraction Number(s) & Name(s) _4216- Flooding_
_4213- refusing A Direct order_

Staff Witness: 1. _____        Other Inmates involved 1. _____
　　　　　　　2. _____                                  2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date + time,_
_I Sgt. Weber was told to move Inmate Whitford, MaKueeyaPee_
_# 3015941 to LHu1 Placement on PHC-1717 Status. upon Arriving At_
_his cell He was given the order to turn around and cuff up. He refused._
_He was then told again to Cuff up, he again refused. + left the block_
_and Contacted I.P.S. Command Post Who Contacted I.P.S to Have_
_Inmate Whitford removed from his cell. During this time Inmate_
_Whitford was able to Flood his cell and the Block. EoT2_

REPORTING STAFF MEMBER: _Sgt. Weber_        _Sgt. W_____
　　　　　　　　　　　　　(Print Name)              (Sign Name)

Supervisor Review:
　　　　　　　　　　(Print Name)              (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: _Currently on detention as of earlier this day_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____        _6/5/18_        _____        _/ /_
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

_on or before_

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _6/ 8 /18_   Time: _Any_ hrs.   Place: _LHU2_
2. I understand the charge(s)?   ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf ☐ Yes ☐ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____        _____        _Refused to be Served_
(Staff Signature)        (Date & Time)        (Inmate's Signature / ID#)

_ST Olhaasen_

Attachment B        MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY   HEARING   DECISION**

MAJOR ☒                    MINOR ☐

Inmate's Name: _Whitford  Makoeepee_    ID # _301544_  Date: _6/6/18_

Infraction Number(s) & Name(s)  _4210 Flooding  4213 Refusing an Order_

☐ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____  By: _____

Reason: _____

Plea: ☐ Guilty      ☐ Not Guilty      ☒ Other: _____

Inmate's Statement:

_Refused to be Served._

Evidence Provided: _Infraction Report_

Findings:  ☒ Guilty of # _4210 Flooding_      ☐ Not Guilty of # _____

Evidence Relied On: _4213 Refusing_

_Infraction Report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤] Grid Level to Use: _3_

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _10 days detention_
_$10 Flood Cleanup fine_

Reason(s) for findings: _Inmate refused an Order_
_from the Sgt- He flooded his cell_

_manas wilson_  _6.11.18_                    _Billie Rive_

ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

---

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL  _refused to be Served_

Inmate's Signature / ID#: _____

---

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                    MSP 3.4.1, Institutional Discipline                    Effective January 17, 2017

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Inmate Whitford Extraction

**Statement #:** 12781

**Incident Date:** 06/05/2018    **Incident Time:** 12:50 PM    **Statement Date:** 06/05/2018

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/E/UPPER/4/LHU-1 UE-4 to LHU-1 LC-5

### Summary of Incident

On the above date and time I, SSG Segovia, was called by command post to move inmate Whitford from LHU-1 to LHU-2 because he is refusing for unit staff. I sent 2 IPS Officers to LHU-1 to move inmate Whitford which he refused then started flooding his cell. Myself and the rest of the first shift IPS team grab our gear and went to LHU-1. Once in LHU-1 I went onto E-blocked and approached inmate Whitford's cell. I could see in his cell had about 2 inches of standing water and all his property set on his bunk. I asked inmate Whitford if he would cuff up for me. There was no response from inmate Whitford and he started to unfold his blanket and cover up his property. I then told inmate Whitford to come to the slot to cuff up so I could get him out of his wet cell. Inmate Whitford didn't respond just paced around in his cell then turned his T.V. on and started watching T.V. At that time, I left the block and started my cell extraction procedures. Once ready myself and the first shift IPS team went back onto the block. While coming onto the block inmate Whitford saw the stun Shield and raised his hands to the window and brought his wrist together simulating a cuffing motion. Once at his cell door I gave inmate Whitford a direct order to remove his clothing and come to the slot to be cuffed. Inmate Whitford complied at first and removed his clothing to his underwear. I had to repeat the order several times to inmate Whitford to remove his underwear. Once he complied with my orders he was cuffed behind the back and secured with the restraint retainer. The cell door was then opened and spit hood placed over his head, leg irons applied, and a towel was used to ensure his privacy. Inmate Whitford was then escorted to LHU-2 LC-5 and when the cuffs were being removed he grabbed the restraint retainer and tried to pull the rope into the cell. Inmate Whitford failed to pull the rope in and staff shut the food slot and left the block without any further incident. EOR

### Involved Persons

No Individuals are associated with this Incident Statement

### Source and Documentation

**Confidential Informant: No**

**Information Source:** Staff - Deeks, Kelly

**Reporting Staff:**   Segovia, Daniel

**Title:** Correctional Officer Sgt

**Signature:** [signature]

**Date:** 6 / 5 /18

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** Reviewed/Distributed

**Supervisor Name:** W. Larson

**Title:** SSG

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Printed: 06/05/2018 @ 01:59 PM         Page 1 of 2         Original - 09/14/2016

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

**Title:** Inmate Whitford Extraction                                    **Statement #:**    12781

**Incident Date:**    06/05/2018    **Incident Time:**    12:50 PM          **Statement Date:** 06/05/2018

**Jurisdiction:** Montana State Prison

_____

_____

_____

_____

**Signature:** SSG a Ra                    **Date:** 6-5-18

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D

LOCKED HOUSING STATUS REVIEW

Name: Whitford, Makueeyapee MSP/DOC# 3015941 Date: 5/16/2018

Housing Unit: LHU2   ST: Smith  UM: Budd

Separation Needs: ☒   Atypical designation(s) None

Activation of BMP within last 30 days ☐ Yes  ☒ No    BMP Clearance Date: 3/22/2018

Activation of SMP within last 30 days ☐ Yes  ☒ No    SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes  ☐ No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
| Aggression and Violence | 5/23/18 | | Non-Compliant |

Current Level: Level 1                    Recommended Completion Level: Level 3

Reason for initial placement:
☒ Multiple disciplinary violations          ☐ Multiple locked housing placements
☐ Refusal to leave locked housing          ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior    ☐ Planning A serious disturbance/riot
☐ Escape, Attempt or Facilitation to Escape  ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.

RECEIVED
MAY 24 2018
Classification & Placement
Office

Special Housing Needs:
☒ Spit Hood  ☐ Restrictions  ☐ Bottom bunk/tier ☐ Water Restrictions(flooding) ☐ ADA
☒ Escort Procedures/Special Security Procedures

Summary of current status and recommendations: Inmate Whitford was approved for locked housing placement by the ARC on 12/6/2017. Whitford had been found guilty of major infractions including unauthorized area, abusing medication, possession of a sharpened instrument, and tampering with a locking device. Whitford has one prior classification to max. Inmate Whitford will be required to complete max levels 1-3, he began level 1 on 1/2/2018. In the Month of March to date Whitford has been found guilty of fourteen major infractions. These threatened staff on several occasions, encouraging other inmates, obstruction staff, insolence, and refusing orders. Whitford restarted level 1 on 4/13/2018. He will be up for review to level 2 on 7/16/2018, level 3 on 10/16/2018 and general population on 1/16/2019. LHU UMT recommends that Inmate Whitford completes the New Freedom Binder "Aggression and Violence". This plan will be reviewed with Whitford on a monthly basis.

I _____ Whitford_____ refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: _____

White-Mail                        Yellow-6 part file                        Pink-Inmate

EXHIBIT D
EXHIBIT D

LOCKED HOUSING STATUS REVIEW

Name:  Whitford, Makueeyapee  MSP/DOC#  3015941 Date: 4/17/2018

Housing Unit: LHU2   ST:  Smith   UM:  Budd

Separation Needs: ☒     Atypical designation(s) None

Activation of BMP within last 30 days  ☒  Yes   ☐  No      BMP Clearance Date:  3/22/2018

Activation of SMP within last 30 days  ☐  Yes   ☒  No      SMP Clearance Date:  Click here to enter a date.

Mental Health Referral/Contact within the last 30 days  ☐  Yes   ☐  No

Monthly review from MH/Therapist:  Click here to enter text

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
| Aggression and Violence | | | Non-Compliant |

Current Level:  Level 1                    Recommended Completion Level:  Level 3

Reason for initial placement:
☒  Multiple disciplinary violations           ☐  Multiple locked housing placements
☐  Refusal to leave locked housing           ☐  STG activity
☒  Predatory/Violent/Assaultive Behavior      ☐  Planning A serious disturbance/riot
☐  Escape, Attempt or Facilitation to Escape   ☐  Death Sentence or pending death sentence
☐  Other Click here to enter text.

**RECEIVED**

**MAY 1 2 2018**

Special Housing Needs:
☒  Spit Hood   ☐  Restrictions   ☐  Bottom bunk/tier   ☐  Water Restrictions(flooding) ☐ ADA **Classification & Placement**
☒  Escort Procedures/Special Security Procedures                                          **Office**

Summary of current status and recommendations:  Inmate Whitford was approved for locked housing placement by the ARC on 12/6/2017. Whitford had been found guilty of major infractions including unauthorized area, abusing medication, possession of a sharpened instrument, and tampering with a locking device. Whitford has one prior classification to max. Inmate Whitford will be required to complete max levels 1-3, he began level 1 on 1/2/2018. In the Month of March to date Whitford has been found guilty of fourteen major infractions. These threatened staff on several occasions, encouraging other inmates, obstruction staff, insolence, and refusing orders. Whitford finished detention on 4/13/2018 and restarted level 1 on that date. LHU UMT recommends that Inmate Whitford completes the New Freedom Binder "Aggression and Violence". This plan will be reviewed with Whitford on a monthly basis.

I _____ refuse to participate in my locked housing status review.

X I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: George Smith _____

White-Mail                    Yellow-6 part file                    Pink-Inmate

EXHIBIT D
EXHIBIT D

UB-8

## MSP BEHAVIOR MANAGEMENT PLAN CLEARANCE NOTIFICATION

**Inmate**: _____Whitford, Makueeyapee_____ _____3015941_____ _____LHU-1_____
           Name                         AO/ID number          Unit

**Dates Cleared for BMP Activation**: ____3/22___ /18____ to ____9/22___ /18____

**Description of dangerous and/or assaultive behaviors the inmate has engaged in so as to necessitate a BMP Clearance**: ____Threatening Staff 6 times in the last two months____

This is notification that you have been cleared for, and have been placed on, a Behavior Management Plan. If you engage in any further dangerous and/or assaultive behaviors during the next six months this plan will be activated.

Upon activation you will start at Step #1. All items will be removed from the cell you are housed in. You will be issued a security blanket/mattress, and a safety gown. Nothing else will be allowed to be kept in the cell. Each meal will be a serving of food loaf. If you have engaged in any previous flooding behavior, the water supply in the cell will be remotely controlled by staff. If you don't engage in any disruptive conduct for the next 48hrs you will progress to Step #2.

When you start Step #2 unit staff will issue you a pillow and exchange the safety gown with regular unit clothing. Your meals will continue to be a serving of food loaf. If you don't engage in any disruptive conduct for the next 24hrs you will progress to Step #3.

When you start Step #3, unit staff will return control of the water supply in the cell to you (if it had been removed). You will begin receiving regular meals instead of food loaf, and unit staff will replace the security blanket/mattress with regular unit bedding.

If you maintain another 24 hours of appropriate conduct the BMP will be deactivated and you will begin to receive all privileges that are approved for your custody level.

You will be offered showers every two days. You must maintain good basic hygiene and keep your cell clean the entire time. If you don't, you will start over, beginning with Step #1.

If you plug, damage, or alter any of the cells plumbing fixtures, unit staff will take control of the cell's water supply and you will be returned to Step #1.

You will not be allowed out-of-cell recreation during an active BMP plan.

You will not be allowed to attend any disciplinary hearing until you have attained at least step #3. If you are cited for a rule violation while your BMP is activated, it may be considered a voluntary refusal to attend a previously scheduled hearing, and the hearing may be held without you.

This BMP will remain in place for the entire six months and can be activated or reactivated at any time during this six month period if you engage in any assaultive and/or dangerous conduct.

I, ____Whitford, Makueeyapee____, understand that I have been cleared for, and have been placed on a Behavior Management Plan (BMP) for the next six months, and that if I engage in any dangerous and/or assaultive behaviors this BMP will be activated as explained above. I understand that if I don't engage in any dangerous and/or assaultive conduct for the next six months this BMP will not be activated.

Inmate: _____ _____3015941_____ ___3/28___ /18
                 Signature                  AO/ID #            Date

Unit Staff: _____ ___Unit Manager___ ___3/28___ /18
                 Signature                  Title             Date

Copies to:   Unit mini-file   Command Post   Mental Health   Warden   Inmate   Records

MSP 3.5.5, Behavior Management Plans       Attachment B       Effective February 27, 2013

EXHIBIT D
EXHIBIT D

# DOC ADMISSION / DISCHARGE REPORT

**PLEASE PRINT FULL NAME:**

| Whitford | Makueeyapee | | ID | **3015941** | DATE: | **3/27/18** |
|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME | | | TIME: | **1015** |

| FROM UNIT AND ASSIGNMENT: | TO UNIT AND ASSIGNMENT: | CODE: |
|---|---|---|
| ☒ MSP: | ☒ MSP: | ☐ DOC |
| ☒ Unit  **LHU-1  ISO** | ☒ Unit  **LHU-1 BMP** | ☒ MSP |
| Assignment | Assignment | ☐ MWP |
| ☐ MWP: | ☐ MWP: | |
| ☐ Pod      Cell      Bed | ☐ Pod      Cell      Bed | ☐ RPC |
| ☐ Regional Prison: | ☐ Regional Prison: | ☐ CD** |
| ☐ Pod | ☐ Pod | ☒ DD** |
| ☐ MASC | ☐ MASC | |
| ☐ Hospital | ☐ Hospital | ☐ HOLD |
| | ☐ Conditional Release | |
| ☐ Cond. Release | | |
| ☐ OLTC | ☐ OLTC | **CUSTODY:** |
| ☐ MSH-WS | ☐ MSH-WS | ☐ MIN 2 |
| | ☐ Pre-Release      ☐ Inmate Worker | ☐ MIN 1 |
| ☐ Pre-Release | | ☐ MED 2 |
| ☐ ISP | ☐ ISP | ☐ MED 1 |
| ☐ TSCTC-Trainee ☐ Probation | ☐ TSCTC-Trainee ☐ Probation | ☐ CLOSE |
| ☐ Treatment Programs | ☐ Treatment Programs | ☒ MAX |
| ☐ Transfer | ☐ Transfer | ☐ AD SEG |
| ☐ Escape ☐ Apprehended  State: | ☐ Escape ☐ Apprehended State: | ☐ REST AD SEG |
| ☐ Parole Violator | ☐ Release | |
| ☐ Probation Violator | | |
| ☐ START Center | ☐ START Center | |
| ☐ In Transit | ☐ In Transit | |
| ☐ New Inmate | | |
| ☐ 10-Day Furlough | ☐ 10-Day Furlough | |
| | ☐ | |
| ☐ Other | Other | |

RECEIVED

MAR 28 2018

Classification & Placement Office

**\*\*Notify the Infirmary and Mental Health when PHC , DD or CD**

**Health Services clearance**      ☐ Yes ☐ No (If No, attach *Special Needs Treatment Plan*)

**COMMENTS:**

**Move from SMC cell on a BMP to a regular PHC cell**

| STAFF MEMBER'S NAME / SIGNATURE: | **Greg Budd** | / | |
|---|---|---|---|

It is mandatory that all ADR's are turned into the Placement/Movement Office when a move is made. All ADR's are filled out by the **sending unit with the exception of a jail hold & Infirmary, which will be filled out by the receiving unit.** Information must be complete with housing unit and job assignment number and including title.

cc:    RECORDS – WHITE            MINI FILE – CANARY            REV. 1/12

EXHIBIT D
EXHIBIT D

E

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

RECEIVED BY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

MAR 2 6 2018

*(Information and staff signatures on this form must be legible)*

**MAJOR** ☑        **MINOR** ☐

DISCIPLINARY

Inmate Name: Whitford          Makueeyapee     ID # 3015941

Last name                    First Name

Date: 03-24-18   Time: 2100   Place of Incident: LHU1 SMC1

Room/Cell: SMC1   Housing Unit: LHU1   Job Assignment: 99999 Unassigned

Infraction Number(s) & Name(s) 4212: Willfully tampering with, damaging or blocking a locking device, or other security safety device

4210: Destroying state property

Staff Witness: 1. _____   Other Inmates involved 1. _____

2. _____                        2. _____

Description of Violation: **(who, what, why, where, when and how):** On the above date and time, Inmate Whitford, IM #3015941 repeatedly kicked his door, covered his security camera and shoved all of his clothing down the toilet. Inmate Whitford was then moved to SMC2. BOR

REPORTING STAFF MEMBER: M. Lily                    Sgt Lily

(Print Name)                      (Sign Name)

Supervisor Review: _____

(Print Name)                      (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☑ Other

Reason: Currently detention status, BMP restarted.

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   3 24 18   _____   / /

(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this report outlining the been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: 3 28 18   Time: at __ hrs.   Place: CMU

2. I understand the charge(s)? ☑ Yes ☐ No (if no, verbally explain the charge(s) to the inmate)

3. I waive my right to a hearing? ☐ Yes ☑ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)

4. Present evidence and witnesses on my behalf ☐ Yes ☐ No. If inmate has witnesses have him/her complete a Witness Request form

5. Other pertinent notations: Staff Witnesses

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____   3-26-18 ; 915   unable to sign

(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

INMATE: _Whitford, Makueeyapee_   AO#: _3015941_   LOCATION: _8 LHU1_

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _3·28·18_   IS/ARE BEING CONTINUED UNTIL _3·29·18_

FOR THE FOLLOWING REASONS: _Currently on a BMP_

Inmate Signature _Verbally advised Dr. Caelin_ DATED _3·27·18_

Disciplinary _C. Slaughter_ DATED _3·27·18_

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____ IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS: _____

_____

Inmate Signature _____ DATED _____

Disciplinary _____ DATED _____

Revised: Oct 2012          Records (White)          Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒ MWP ☐ CONTRACT FACILITY: _____

DISCIPLINARY HEARING DECISION

MAJOR ☒                    MINOR ☐

Inmate's Name: Whitford, Makueeyape AO # 3015941 Date: 3-29-18

Infraction Number(s) & Name(s) 4212-Tampering w/locking device; 4210-

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION Dest

State

Continuance granted to Date: __ / __ / ____ By: _____   property

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: I did not have time to review any of the documents to prepare a defense. the facts are right, the due process is wrong. I would like desciplinary hearings to be recorded

Evidence Provided: infraction report, incident report

Findings: ☒ Guilty of # 4212/4210   ☐ Not Guilty of # _____
Evidence Relied On: infraction report, incident report

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports: 1  2  3  4 ⑤] Grid Level to Use: 3
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): $30.00 fine.

Reason(s) for findings: Offender Kicked his cell door and shoved items down the toilet.

Thomas Wilson 4-2-18          E. Slaughter 3-29-18
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today. ☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _____

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

RECEIVED BY

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

APR 0 2

MSP 3.4.1
Attachment J

DISCIPLINARY

## Disciplinary Appeal
(major infractions only)

Inmate's Name: Whitford, Makueeyapee ID # 3015941
Date: 3/29/18 Infraction(s): 4212-tampering; 4210-Dest. property
Disciplinary Hearing Decision: $30.00 fine

**Insttructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.

_____

_____

2. Required disciplinary procedures were not followed. No time to prepare a defens.
No materials to prepare a defense. No incident reports. No
Access to DOC/MSP policies. No preservation of disciplinary
hearing evidence.

3. The sanction(s) is excessive.

_____

_____

_____

_____            3/ 5 9/ 18
Inmate Signature                         Date

**WARDEN OR DESIGNEES RESPONSE**

**Warden or designee:**

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☒ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☒ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☒ | ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed shall be:

  ☐ reduced to:

  ☐ suspended for:

**Written justification for the action taken above:**

THE DECISION OF THE DHO IS CORRECT.

Thomas Wilson                        4/2/18
Warden or Designee Signature          Date

Copies to: 1. Records          2. Parole Board          3. Housing Unit          4. Inmate

EXHIBIT D
EXHIBIT D


COMMAND POST




# Montana Department of Corrections

## Statement of Incident

**Title:** Whitford BMP Restart

**Statement #:** 9863

**Incident Date:** 03/24/2018    **Incident Time:** 09:00 PM    **Statement Date:** 03/24/2018

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/LHU1 Level 1/1

### Summary of Incident

On the above date and time, I Sergeant Luly was talking to Inmate Whitford in the SMC. Inmate Whitford, M # had been seen and given water 15 minutes before I went and talked to him. In that 15 minutes, inmate Whitford had repeatedly kicked his door and demanded that someone come and talk to him. Once I went back to talk to Inmate Whitford, he treatened to, "Take things to the next level" if he had to. I told Inmate Whitford that if he continued to make treats and kick his door he would restart his BMP. Inmate Whitford responded, "Ok then." I continued count. When I returned to the Sergeant's Office, the Main Cage notified me that he had taken all of his cloths and shoved them down his toilet. Inmate Whitford agreed to move to SMC2. Inmate Whitford was then writen up and restarted on Step 1.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Luly, Malina

**Reporting Staff:**   Luly, Malina    **Title:** Correctional Officer Sgt

**Signature:** _(signature)_    **Date:** 03-24-18

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

**Supervisor Name:** L. McNabb    **Title:** Lieutenant

**Signature:** _(signature)_    **Date:** 3-24-18

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| Helena Office | Security Major | Medical |
| MSP Duty Officer | Unit Manager | Maintenance |
| Warden or Designee | Command Post | Investigator's Office |
| Deputy Warden | Inmate Records File | MCE |
| Associate Warden | Inmate Unit File | Safety Committee |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | | |
|---|---|---|
| **Title:** Whitford BMP Restart | | **Statement #:** 9863 |
| **Incident Date:** 03/24/2018 | **Incident Time:** 09:00 PM | **Statement Date:** 03/24/2018 |
| **Jurisdiction:** Montana State Prison | | |

_____ Other

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

PRIVILEGED DISCIPLINARY NOTES

Inmate Name: Whitford, Macureyapee   AO# 3015941

Date/Time of Incident: 3/24/18 @ 2100   Infractions: 4212 / 4210

**Hearing Accommodations or Needs to Consider for scheduling:**

ADA: Yes ☐: _____ No ☒ Validated STG: Yes ☐: _____ No ☒

Mental Health Concerns: Yes ☐ MH Staff Member consulted: _____ No ☒

Sep. Needs: Yes ☐ with whom: _____ No ☒   Case Plan: Yes ☐ No ☒

**Quality Assurance:** A. Weddington   **Date:** 3/26/18

**Evidence provided for consideration in hearing:**

Video Evidence: Yes ☐ No ☒ Physical Evidence: Yes ☐ No ☒ Incident Reports attached: Yes ☒ No ☐

Witnesses statement requests: Yes ☒ Requested Witness Name(s): Staff Witness _____ No ☐

*Did requested witness(es) chose to provide a statement?* Yes ☐ No ☐ *Date form given:* _____

*Date given to witness to return statement by:* _____ *Date returned:* _____ N/A ☐

Inmate Statement: _____
_____
_____
_____
_____
_____
_____
_____

**Items to consider for determination of disciplinary infraction level and sanctions:**

Currently serving detention: Yes ☒ Sanction: 70 days det   RPC date: 6-5-18 ?   No ☐

Sup. Sanction: Yes ☐ Sanction: _____ No ☒ Priors: #24 Similar Violations: Yes ☐ # ___ No ☐

Prior #4222 in last 3 years- Yes ☐ No ☒   Current Restriction Level: 1 ☐ 2 ☐ N/A ☒ End Date _____

Grid level: 1 ☐ 2 ☐ 3 ☒   Restitution Cost(s): $ _____

K Ivie
_____
Investigator

3-27-18
_____
Date

Page _____ of _____

EXHIBIT D
EXHIBIT D

Investigator Comments:-

Kicking a locking device + covering
a camera are a security threat.

Investigator: KL                                    Date: 3-29-18

Page _____ of _____

EXHIBIT D
EXHIBIT D

*E*   *LHU/UB8*
*ISO*
RECEIVED BY
MAR 23 2018   3
DISCIPLINARY

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

### DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

*(Information and staff signatures on this form must be legible)*

MAJOR ☒   MINOR ☐

Inmate Name: __Whitford__ __Makveeyapee__   ID # 301594/
　　　　　　　　Last name　　　　　　　First Name

Date: 3-22-18　Time: 1740　Place of Incident: LHU-1　LA-3
Room/Cell: LA-3　Housing Unit: LHU-1　Job Assignment: 99999 unassigned
Infraction Number(s) & Name(s) 4213- Refusing direct order
4220- intentionally obstructing, hindering or
impeding staff

Staff Witness: 1._____　Other Inmates involved 1._____
　　　　　　　2._____　　　　　　　　　　　2._____

Description of Violation: (who, what, why, where, when and how): On the above date and time
inmate Whitford covered his cell window and wouldn't
reply to staff orders to take it down. After closing the
pass through box and opening the food slot to see inside
the cell Whitford was standing on his toilet seat with
his bed sheets tied to the cell's sprinkler head. I called
Command Post to have IPS come up to the unit. Whitford
refused to untie the bed sheets and cuff up. After
several orders IPS finally got Whitford to comply
with orders to move him to 3MC-1 with out any further
incidents.

REPORTING STAFF MEMBER: ___Daniel Ramirez___　___Sgt Ramirez___
　　　　　　　　　　　　　　　(Print Name)　　　　　　(Sign Name)

Supervisor Review:
　　　　　　　　　_____　_____
　　　　　　　　　　　(Print Name)　　　　　　(Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement　☒ Release to Previous Status　☐ Other
Reason:

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____　3/22/18　_____　__/__/__
(Shift Supervisor's Signature)　(Date)　(Warden or Designee Signature)　(Date)

### NOTICE OF HEARING/PREHEARING ACTION

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 3/26/18　Time: 0900 hrs　Place: LHU-1
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf ☒ Yes ☐ No (if inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: all IPS Officers present

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____　3/26/18 0915　xunable to sign
(Staff Signature)　(Date & Time)　(Inmate Signature/ID#)

Attachment B　　　MSP 3.4.1, Institutional Discipline　　　Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE O___ ___ONTANA DEPARTMENT OF CO___ ___ECTIONS

MSP ☒  MWP ☐  CONTRACT FACILITY: _____

## DISCIPLINARY   HEARING   DECISION

MAJOR ☒                    MINOR ☐

Inmate's Name: _Whitford, Makueeyape_   ☒ # _301594_  Date: _3-29-18_

Infraction Number(s) & Name(s) _4213-Refusing an order; 4220-obstructi___

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: _I went to ISO so, I wasn't given any access to the pamphlet. The administration should provide us with the pamphlet at every disciplinary hearing. Collateral policies, rules, and procedures should be provided so I can prepare a defense._

Evidence Provided: _Infraction report_

Findings: ☒ Guilty of # _4213, 4220_  ☐ Not Guilty of # _____

Evidence Relied On: _Infraction report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤] Grid Level to Use: _3_

(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s): _$21.00 fine_

Reason(s) for findings: _offender refused to uncover his cell window. IPS statements deemed irrelevant as the incident occurred prior to IPS arrival. Request for continuation-denied._

_Thomas Wilson_   4-2-18                    _(signature)_   3-29-18

ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today. ☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _____

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Revised: December 2014

EXHIBIT D
EXHIBIT D

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY
MSP 3.4.1
APR 0   Attachment J
DISCIPLINARY

### Disciplinary Appeal

(major infractions only)

Inmate's Name: *Whitford, Makuuyap* Doc# *3015941*
Date: *3/29/18* Infraction(s): *4213-kgt. an/Order; 4220-obstructing*
Disciplinary Hearing Decision: *$21.00 fine*

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.
_____
_____

2. Required disciplinary procedures were not followed. *No time to prepare a defense*
*No materials to prepare a defense. No incident reports. No*
*Access to DOC/MSP policies.*

3. The sanction(s) is excessive.
_____
_____

_____    *3/30/18*
Inmate Signature                                  Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☒ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☒ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☒ | ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.
☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.
☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed shall be:
   ☐ reduced to:
   ☐ suspended for:

**Written justification for the action taken above:**
*THE DECISION OF THE DHO IS CORRECT*
_____

_____    *4/2/18*
Warden or Designee Signature                  Date

Copies to:  1. Records        2. Parole Board        3. Housing Unit        4. Inmate

EXHIBIT D
EXHIBIT D

LHU1 150
UB8
RECEIVED BY
MAR 23 2018   3
DISCIPLINARY

STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☒   MWP ☐   CONTRACT FACILITY:_____
**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*
**MAJOR ☒**      **MINOR ☐**

Inmate Name: Whitford                        Makveeyapee        ID # 3015941
                  Last name                    First Name
Date: 3-22-18   Time: 1500   Place of Incident: LHU-1   LA-3
Room/Cell: LA-3   Housing Unit: LHU-1   Job Assignment: 99999 Unassigned
Infraction Number(s) & Name(s) 4236-Manipulating housing

Staff Witness: 1. _____     Other Inmates involved 1. _____
             2. _____                            2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and
time inmate Whitford came into LHU-1 LA-3 From LHU-2.
Whitford said he wanted to be moved to an upper
cell. I told Whitford once he is off detention and
to Max custody he can request moves. Whitford then said
his toilet wouldn't work. I looked into LA-3 and seen
Whitford put a couple kites and junk in his toilet.
I got the water key and pulled the chase stop and the
toilet Fwshed all the paper down. Inmate Whitford
is trying to manipulate housing.

REPORTING STAFF MEMBER: Daniel Ramirez            Sgt Ramirez
                          (Print Name)                (Sign Name)
Supervisor Review: _____
                    (Print Name)                      (Sign Name)
Inmate Status: ☒ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason:

I have reviewed the report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
_____                3.22.18           _____        /  /
(Shift Supervisor's Signature)     (Date)         (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
 1. Hearing Date: 3 / 28 / 18   Time: any hrs.   Place: LHU
 2. I understand the charge(s)?  ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
 3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
 4. Present evidence and witnesses on my behalf. ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
 5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.
_____            3-26-18 0915   X unable to sign
(Staff Signature)          (Date & Time)      (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

### DISCIPLINARY HEARING DECISION

MAJOR ☒   MINOR ☐

Inmate's Name: Whitford, Makueeyape   ID # 3015941   Date: 8-29-18

Infraction Number(s) & Name(s) 4236 - Refusing Housing (Manipulation

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: .

Inmate's Statement: the responsibility is on us to request the disciplinary pamphlet + I was in the ISO cell. I haven't had the chance to review the policies that pertain. These are due process violation

Evidence Provided: Infraction report

Findings: ☒ Guilty of # 4236   ☐ Not Guilty of #
Evidence Relied On: Infraction report

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports: 1   2   3   4   ⑤] Grid Level to Use: 3
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): 11 days detention, SS 90 days

Reason(s) for findings: Offender plugged his toilet in an attempt to manipulate housing.

Thomas Wilson 9-2-18
ADMINISTRATIVE REVIEW / DATE

C. Slaughter 8-29-18
DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: ☒

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

RECEIVED BY

APR 02

MSP 3.4.1
Attachment J

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

DISCIPLINARY

## Disciplinary Appeal
(major infractions only)

Inmate's Name: _Whitford, Makueeyapee_ ID #: _3015941_
Date: _3 29 18_ Infraction(s): _4236 - Manip. Housing_
Disciplinary Hearing Decision: _11 days det, 55 90days_

**Insttructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.

_____

2. Required disciplinary procedures were not followed. _No time to prepare a defense._
_No materials to prepare a defense. No incident reports. No_
_Access to MSP/DOC policies._

3. The sanction(s) is excessive.

_____

_[signature]_ _____        _3 /30/18_
          Inmate Signature                          Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒ | NO ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.
☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.
☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed shall be:
   ☐ reduced to:
   ☐ suspended for:

**Written justification for the action taken above:**

_THE DECISION OF THE DHO IS CORRECT_

_[signature] Thomas Wilson_        _4 12 18_
     Warden or Designee Signature              Date

Copies to:  1. Records        2. Parole Board        3. Housing Unit        4. Inmate

EXHIBIT D
EXHIBIT D

## DOC ADMISSION / DISCHARGE REPORT

**PLEASE PRINT FULL NAME:**

| Whitford | Makueeyapee | | ID | 3015941 | DATE: | 3/22/18 |
|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME | | | TIME: | 1730 |

| FROM UNIT AND ASSIGNMENT: | TO UNIT AND ASSIGNMENT: | CODE: |
|---|---|---|
| ☒ MSP: | ☒ MSP: | ☐ DOC |
| ☒ Unit  **LHU-1 DETENTION** | ☒ Unit  **LHU-1 BMP** | ☒ MSP |
| Assignment  **99999 - UNASSIGNED** | Assignment  **99999 - UNASSIGNED** | ☐ MWP |
| ☐ MWP: | ☐ MWP: | |
| ☐ Pod _____ Cell _____ Bed | ☐ Pod _____ Cell _____ Bed | ☐ RPC |
| ☐ Regional Prison: _____ | ☐ Regional Prison: _____ | ☐ CD** |
| ☐ Pod _____ | ☐ Pod _____ | ☒ DD** |
| ☐ MASC _____ | ☐ MASC _____ | |
| ☐ Hospital _____ | ☐ Hospital _____ | ☐ HOLD |
| | ☐ Conditional Release | |
| ☐ Cond. Release _____ | _____ | |
| ☐ OLTC _____ | ☐ OLTC _____ | **CUSTODY:** |
| ☐ MSH-WS | ☐ MSH-WS | ☐ MIN 2 |
| | ☐ Pre-Release | |
| ☐ Pre-Release | _____ | ☐ MIN 1 |
| | | ☐ MED 2 |
| ☐ ISP _____ | ☐ ISP _____ | ☐ MED 1 |
| ☐ TSCTC-Trainee ☐ Diversion ☐ Direct | ☐ TSCTC-Trainee ☐ Diversion ☐ Direct | ☐ CLOSE |
| ☐ Treatment Programs | ☐ Treatment Programs | ☒ MAX |
| ☐ Transfer | ☐ Transfer | ☐ AD SEG |
| ☐ Escape ☐ Apprehended  State: | ☐ Escape ☐ Apprehended State: | |
| ☐ Parole Violator | ☐ Release _____ | ☐ REST AD SEG |
| ☐ Probation Violator | | |
| ☐ START Center | ☐ START Center | |
| ☐ In Transit | ☐ In Transit | |
| ☐ New Inmate | | |
| ☐ 10-Day Furlough _____ | ☐ 10-Day Furlough _____ | |
| | ☐ | |
| ☐ Other _____ | Other _____ | |

*RECEIVED*
*MAR 2 3 2018*
*Classification & Placement Office*

****Notify the Infirmary and Mental Health when PHC , DD or CD**

**Health Services clearance** ☒ Yes ☐ No (If No, attach *Special Needs Treatment Plan*)

**COMMENTS:**

**Placed BMP step1 , attempted hang himself.**

| STAFF MEMBER'S NAME / SIGNATURE: | **Daniel Ramirez** | / | **Sgt. Ramirez** |
|---|---|---|---|

It is mandatory that all ADR's are turned into the Placement/Movement Office when a move is made. All ADR's are filled out by the **sending unit with the exception of a jail hold & Infirmary, which will be filled out by the receiving unit.** Information must be complete with housing unit and job assignment number and including title.

cc:   RECORDS – WHITE          MINI FILE – CANARY                                    REV. 1/12

## DOC ADMISSION / DISCHARGE REPORT

**PLEASE PRINT FULL NAME:**

| Whitford | Makueeyapee | | ID | 3015941 | DATE: | 3/22/18 |
|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME | | | TIME: | 1450 |

| FROM UNIT AND ASSIGNMENT: | TO UNIT AND ASSIGNMENT: | CODE: |
|---|---|---|
| ☒ MSP: | ☒ MSP: | ☐ DOC |
| ☒ Unit  LHU-2 Det | ☒ Unit  LHU-1  DET | ☒ MSP |
| Assignment | Assignment | ☐ MWP |
| ☐ MWP: | ☐ MWP: | |
| ☐ Pod ____ Cell ____ Bed | ☐ Pod ____ Cell ____ Bed | ☐ RPC |
| ☐ Regional Prison: | ☐ Regional Prison: | ☐ CD** |
| ☐ Pod | ☐ Pod | ☒ DD** |
| ☐ MASC | ☐ MASC | |
| ☐ Hospital | ☐ Hospital | ☐ HOLD |
| | ☐ Conditional Release | |
| ☐ Cond. Release | | |
| ☐ OLTC | ☐ OLTC | **CUSTODY:** |
| ☐ MSH-WS | ☐ MSH-WS | ☐ MIN 2 |
| | ☐ Pre-Release | |
| ☐ Pre-Release | ☐ Inmate Worker | ☐ MIN 1 |
| | | ☐ MED 2 |
| ☐ ISP | ☐ ISP | ☐ MED 1 |
| ☐ TSCTC-Trainee ☐ Probation | ☐ TSCTC-Trainee ☐ Probation | ☐ CLOSE |
| ☐ Treatment Programs | ☐ Treatment Programs | ☒ MAX |
| ☐ Transfer | ☐ Transfer | ☐ AD SEG |
| ☐ Escape ☐ Apprehended State: | ☐ Escape ☐ Apprehended State: | |
| | | ☐ REST AD SEG |
| ☐ Parole Violator | ☐ Release | |
| ☐ Probation Violator | | |
| ☐ START Center | ☐ START Center | |
| ☐ In Transit | ☐ In Transit | |
| ☐ New Inmate | | |
| ☐ 10-Day Furlough | ☐ 10-Day Furlough | |
| | ☐ | |
| ☐ Other | Other | |

*RECEIVED*
*MAR 28 2018*
*Classification & Placement Office*

**\*\*Notify the Infirmary and Mental Health when PHC , DD or CD**

**Health Services clearance**   ☐ Yes ☐ No (If No, attach *Special Needs Treatment Plan*)

**COMMENTS:**

**Move from LHU-2 LHU-2**

| STAFF MEMBER'S NAME / SIGNATURE: | **Greg Budd** | / | |
|---|---|---|---|

It is mandatory that all ADR's are turned into the Placement/Movement Office when a move is made. All ADR's are filled out by the **sending unit with the exception of a jail hold & Infirmary, which will be filled out by the receiving unit.** Information must be complete with housing unit and job assignment number and including title.

cc:    RECORDS – WHITE          MINI FILE – CANARY                                        REV. 1/12

EXHIBIT D
EXHIBIT D

# DOC ADMISSION / DISCHARGE REPORT

**PLEASE PRINT FULL NAME:**

| **Whitford** | **Makueeyapee** | | ID | **3015941** | DATE: | **3/22/08** |
|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME | | | TIME: | |

| FROM UNIT AND ASSIGNMENT: | TO UNIT AND ASSIGNMENT: | CODE: |
|---|---|---|
| ☒ MSP: | ☒ MSP: | ☐ DOC |
| ☒ Unit   **LHU-2 PHC-DD** | ☒ Unit   **LHU-1 PHC-DD** | ☐ MSP |
| Assignment | Assignment | ☐ MWP |
| ☐ MWP: | ☐ MWP: | |
| ☐ Pod       Cell       Bed | ☐ Pod       Cell       Bed | ☐ RPC |
| ☐ Regional Prison: | ☐ Regional Prison: | ☒ CD** |
| ☐ Pod | ☐ Pod | ☐ DD** |
| ☐ MASC | ☐ MASC | |
| ☐ Hospital | ☐ Hospital | ☐ HOLD |
| | ☐ Conditional Release | |
| ☐ Cond. Release | | |
| ☐ OLTC | ☐ OLTC | **CUSTODY:** |
| ☐ MSH-WS | ☐ MSH-WS | ☐ MIN 2 |
| | ☐ Pre-Release     ☐ Inmate Worker | ☐ MIN 1 |
| ☐ Pre-Release | | ☐ MED 2 |
| ☐ ISP | ☐ ISP | ☐ MED 1 |
| ☐ TSCTC-Trainee ☐ Probation | ☐ TSCTC-Trainee ☐ Probation | ☐ CLOSE |
| ☐ Treatment Programs | ☐ Treatment Programs | ☒ MAX |
| ☐ Transfer | ☐ Transfer | ☐ AD SEG |
| ☐ Escape ☐ Apprehended  State: | ☐ Escape ☐ Apprehended State: | ☐ REST AD SEG |
| ☐ Parole Violator | ☐ Release | |
| ☐ Probation Violator | | |
| ☐ START Center | ☐ START Center | |
| ☐ In Transit | ☐ In Transit | |
| ☐ New Inmate | | |
| ☐ 10-Day Furlough | ☐ 10-Day Furlough | |
| ☐ Other | ☐ Other | |

*RECEIVED MAR 2 9 2018 Classification & Placement Office*

**\*\*Notify the Infirmary and Mental Health when PHC , DD or CD**

**Health Services clearance**   ☒ Yes ☐ No (If No, attach *Special Needs Treatment Plan*)

**COMMENTS:**

InmateWhitford was moved from LHU1 to LHU2 for Section G.  Upon completion of his section G and upon review with UM Budd (LHU1), it was determined that he needed to continue his detention time in LHU1 due to security concerns.  He was moved from LHU2 and returned to LHU1 3-22-18.

| STAFF MEMBER'S NAME / SIGNATURE: | **Carla Strutzel** | / | |
|---|---|---|---|

It is mandatory that all ADR's are turned into the Placement/Movement Office when a move is made. All ADR's are filled out by the **sending unit with the exception of a jail hold & Infirmary, which will be filled out by the receiving unit.** Information must be complete with housing unit and job assignment number and including title.

cc:   RECORDS – WHITE          MINI FILE – CANARY                                      REV. 1/12

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐  CONTRACT FACILITY:_____

RECEIVED BY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAR 20 2018

MAJOR ☒    MINOR ☐

Inmate Name: _Whitford_ _Malkueeyapee_ ID# _301594/_
                Last name                First name

Date: _3-19-18_  Time: _0850_  Place of Incident: _LHu1 Visiting Room_

Room/Cell: _142_  Housing Unit: _LHu1_  Job Assignment: _Gvl-Labor Pool_

Infraction Number(s) & Name(s) _4220 - Obstructing, hindering, or Impeding staff_

_____

_____

Staff Witness: 1. _____   Other Inmates involved 1. _____
              2. _____                            2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date & time_
_In the Normal Operations of LHu1 were haulted due to Immate Whitford,_
_Malkueeyapee # 301594/ taking the visiting Room Hostage. EO12_

_____

_____

_____

_____

REPORTING STAFF MEMBER: _Sgt. Weber_          _Sgt. Web_
                          (Print Name)              (Sign Name)

Supervisor Review: _____
                     (Print Name)              (Sign Name)

Inmate Status:  ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Reason: _Currently on a Sect. G_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_SSG Weber_                    _3/19/2018_                    _____    / /
(Shift Supervisor's Signature)        (Date)          (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date:_3/23/18_  Time:_ANY_ hrs.  Place:_ANY_
2. I understand the charge(s)?  ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf ☒Yes ☐No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_Sgt. Jones_              _3-20-18/1330_   _DID NOT SIGN_
(Staff Signature)          (Date & Time)       (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY   HEARING   DECISION**

MAJOR ☒               MINOR ☐

Inmate's Name: WHITFORD, M.   ID # 3015941 Date: 3-22-18

Infraction Number(s) & Name(s)   4220 - OBSTRUCTING

☒ I DO UNDERSTAND THE VIOLATION        ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty    ☒ Not Guilty    ☐ Other: _____

Inmate's Statement: I WASN'T GIVEN REPORTS, I DIDN'T GET THE WITNESS STATEMENTS, BX I DID EXACTLY WHAT IT SAYS IN THE INFRACTION REPORT

Evidence Provided: INFRACTION REPORTS, STAFF STATEMENTS

Findings: ☒ Guilty of # 4220   ☐ Not Guilty of # _____

Evidence Relied On: INMATE ADMITS GUILT

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   ③   4   ⑤ Grid Level to Use: 3

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): 4220 - 0.25 FINE

Reason(s) for findings: IMPEDING UNIT OPERATIONS CREATES A SECURITY RISK.

Thomas Wilson 3/26/18 _____

ADMINISTRATIVE REVIEW / DATE        DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today. ☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _____

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Revised: December 2014

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY

APR 0 2 2018

DISCIPLINARY

**Disciplinary Appeal**
(major infractions only)

Inmate's Name: _Whitford, M_        ID # _301541_
Date: _3 22 18_   Infraction(s): _4220 - OBSTRUCTING_
Disciplinary Hearing Decision: _4220 - $25.00 FINE_

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.

_____

_____

2. Required disciplinary procedures were not followed. _Due Process Violations. No time to prepare a defense nor access to materials necessary to prepare a defense. No incident reports. No Access to MSP/DOC policies._

3. The sanction(s) is excessive.

_____

_____

_____

_____   _3/30/18_ _Just got out of BMU_
                Inmate Signature                 Date   _150 call. Just got my stuff._

**WARDEN OR DESIGNEES RESPONSE**

**Warden or designee:**

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒ | NO ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

☐ reduced sanction or level to:

☐ suspended sanction(s) for:

**Written justification for the action taken above:**

_THE DECISION OF THE DHO IS CORRECT._

_Thomas Wilson_        _4/12/18_
        Warden or Designee Signature        Date

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D



STATE OF MONTANA DEPARTMENT OF CORRECTIONS

LHU 2 UC 2

RECEIVED BY
MAR 20 2018

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

Inmate Name: __Whitford__ _____ __Makueeyapee__ ID # __3015941__

Last name                        First name            DISCIPL

Date: __3-19-18__   Time: __0850__   Place of Incident: __LHU1 Visiting Room__
Room/Cell: __LAB__   Housing Unit: __LHU 1__   Job Assignment: __Gul-Labor Pool__
Infraction Number(s) & Name(s) __4212- Tampering With A Locking device__
__4235- Threatening staff__

Staff Witness: 1. _____        Other Inmates involved 1. _____
2. _____                                    2. _____

Description of Violation: (who, what, why, where, when and how): On the above date & time,
while Whitford, Makueeyapee # 3015941 was in his hearing, his
hearing was ended due to him arguing with the hearings officer. After this
whitford became very aggresive and started kicking the visiting room stating
"Come in here and get Me Bitch." He then removed his leg straps and continued
to get kick his door." He then stated "I'm going to stab you Fuckers in the
neck First Chance I get." He continued to kick the door, I then gave him multiple
direct orders to stop kicking the door. He stated "Take Your direct orders and
Shove it up Your ASS." I then Called Command Post and IPS was sent to
LHU1. After several direct orders by IPS, Inmate Whitford complied and was
escorted to LHU1 and placed on A Section G. EOR

REPORTING STAFF MEMBER: __Sgt. Weber__ _____
(Print Name)                              (Sign Name)

Supervisor Review: _____        _____
(Print Name)                              (Sign Name)

Inmate Status:   ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other
Reason: __Security threat__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports,

_____        __3/19/2018__        _____        __3-20-18__
(Shift Supervisor's Signature)   (Date)        (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __3/22/18__   Time: __Any__ hrs.   Place: __LHU2__
2. I understand the charge(s)?   ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☒ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations.

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____        __3-19-18 1705__        _____
(Staff Signature)        (Date & Time)        (Inmate's Signature / ID#)

Attachment B                MSP 3.4.1, Institutional Discipline                Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

### DISCIPLINARY HEARING DECISION

MAJOR ☒        MINOR ☐

Inmate's Name: WHITFORD, M.      ID # 30159    Date: 3-22-18

Infraction Number(s) & Name(s)    4212 - TAMPERING W/A LOCKING DEVICE  4235 THREATEN

☒ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/_____   By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other:  I DID NOT TELL HIM I

Inmate's Statement:

WAS GOING TO STAB HIM OR ANY BODY, I SAID "ONE DAY

SOMEBODY IS GOING TO STICK ONE OF YOU GUYS." I DID

KICK THE DOOR & GET INTO AN ARGUMENT, MY DUE

PROCESS HAVE BEEN [FROM] VIOLATED

Evidence Provided:  INFRACTION REPORT, STAFF STATEMENTS

Findings:  ☒ Guilty of # 4212, 4235    ☐ Not Guilty of #

Evidence Relied On:  INFRACTION REPORTS, STAFF STATEMENTS

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1  2  3  4  ⑤]  Grid Level to Use: 3

*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s):  4212 - AGGLECATED W/ 4235

4235 - REVOKE 20 DAYS DETENTION

Reason(s) for findings:  INMATES ACTIONS CAUSED A SERIOUS

DISRUPTION IN THE UNIT, AND ANY THREATS ARE

UNACCEPTABLE.

_Thomas Wilson_  3/26/18          _____

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today. ☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _____

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Revised: December 2014

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY

APR 0 2 2018

DISCIPLINARY

### Disciplinary Appeal
(major infractions only)

Inmate's Name: WHITFORD, M   ID # 3015941

Date: 3 22 18   Infraction(s): 4202, 4235

Disciplinary Hearing Decision: 4252 & 4235 - REFUCE 20 DAYS DET

**Instructions:** Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.

_____

_____

2. Required disciplinary procedures were not followed. Due Process Violations. No time to prepare a defense nor access to materials to prepare a defense. No background incident reports. No Access to DOC/MSP policies.

3. The sanction(s) is excessive.

_____

_____

Inmate Signature _____   Date 3/30/18   Just got off BMP Iso cell Just got my stuff

**WARDEN OR DESIGNEES RESPONSE**

Warden or designee:

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒ | NO ☐ |

Decision:

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

☐ reduced sanction or level to:

☐ suspended sanction(s) for:

Written justification for the action taken above:

THE DECISION OF THE DHO IS CORRECT.

Thomas Wilson   4/2/18

Warden or Designee Signature   Date

EXHIBIT D
EXHIBIT D

## MSP Incident Report for BMP Activation

1. Inmate: ___Whitford, Makueeyapee___    ___3015941___    ___Max___
                 Name                    AO/ID number        Classification

2. Location:    ☒LHU1    CellBlock-LA2    ☐ Close Unit III    cellblock ____

3. Is this inmate on the current BMP clearance list?    YES    NO    X
   Start date: ____    End Date: _____

   *If not on BMP clearance list initiate a section G.*

4. Date and time of incident: 3/19/18 @0850

5. Nature of incident:
   ☐ Inmate-on-inmate assault    ☐ Inmate-on-staff assault    ☐ Flooding cell    ☐ Self-harm behavior

   ☐ Destruction of state property    Other  Threating Staff, Tampering with a locking device, Refusing to come out of
   the visiting room_____

   Description of incident:  On the above date and time, inmate Whitford was in his hearing when the
   hearings officer suddenly ended it.  At this time inmate Whitford took off his leg straps and started to
   kick the visiting room door stating, "come in here and get me bitch." At this time Command Post was
   called and IPS was sent to remove him from the visiting room.  While waiting for IPS inmate Whitford
   made several threats to staff including myself about sticking them in the neck. He continued to kick his
   door and be disruptive until IPS arrived and where able to move him to LHU2.  EOR
   _____
   _____
   _____
   _____
   _____

6. Use of Force required?    YES ☐    NO ☒
   If use of force was required was it ☐ Emergent  or    ☐ Calculated?
   *(for details refer to Use of Force Incident Reports)*

7. Name of the Command Post staff member who was contacted regarding plan activation:
   ___SSG. Hansen_____.  Time this person was consulted: 0900

8. Placement:    Remain in current cell    ☐ Pre-hearing Confinement pending further review    Isolation cell

9. Did the Shift Commander notify the Warden or Duty Officer?    YES ☒    NO ☐

_____ _/s/ Sgt. Webb/_ _____    ___3-19-18___
              Staff Member                        Date

EXHIBIT D
EXHIBIT D

## DOC ADMISSION / DISCHARGE REPORT

**PLEASE PRINT FULL NAME:**

| Whitford | Makueeyapee | | ID | 3015941 | DATE: | 3/19/18 |
|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME | | | TIME: | 850 |

| FROM UNIT AND ASSIGNMENT: | TO UNIT AND ASSIGNMENT: | CODE: |
|---|---|---|
| ☒ MSP: | ☒ MSP: | ☐ DOC |
| ☒ Unit  LHU-1 PHC-DD | ☒ Unit  LHU-2 PHC-DD | ☒ MSP |
| Assignment _____ | Assignment  Section G | ☐ MWP |
| ☐ MWP: | ☐ MWP: | |
| ☐ Pod ____ Cell ____ Bed ____ | ☐ Pod ____ Cell ____ Bed ____ | ☐ RPC |
| ☐ Regional Prison: | ☐ Regional Prison: | ☐ CD** |
| ☐ Pod ____ | ☐ Pod ____ | ☐ DD** |
| ☐ MASC ____ | ☐ MASC ____ | |
| ☐ Hospital ____ | ☐ Hospital ____ | ☐ HOLD |
| ☐ Cond. Release ____ | ☐ Conditional Release ____ | |
| ☐ OLTC ____ | ☐ OLTC ____ | **CUSTODY:** |
| ☐ MSH-WS ____ | ☐ MSH-WS ____ | ☐ MIN 2 |
| ☐ Pre-Release ____ | ☐ Pre-Release  ☐ Inmate Worker | ☐ MIN 1 |
| | | ☐ MED 2 |
| ☐ ISP ____ | ☐ ISP ____ | ☐ MED 1 |
| ☐ TSCTC-Trainee ☐ Probation | ☐ TSCTC-Trainee ☐ Probation | ☐ CLOSE |
| ☐ Treatment Programs | ☐ Treatment Programs | ☒ MAX |
| ☐ Transfer | ☐ Transfer | ☐ AD SEG |
| ☐ Escape ☐ Apprehended  State: | ☐ Escape ☐ Apprehended  State: | |
| | | ☐ REST |
| ☐ Parole Violator | ☐ Release ____ | AD SEG |
| ☐ Probation Violator | | |
| ☐ START Center | ☐ START Center | |
| ☐ In Transit | ☐ In Transit | |
| ☐ New Inmate | | |
| ☐ 10-Day Furlough ____ | ☐ 10-Day Furlough ____ | |
| ☐ Other ____ | ☐ Other ____ | |

**\*\*Notify the Infirmary and Mental Health when PHC , DD or CD**

**Health Services clearance** ☐ Yes ☐ No (If No, attach *Special Needs Treatment Plan*)

**COMMENTS:**

Threating staff, tampering with a locking device, refusing direct orders.

STAFF MEMBER'S NAME / SIGNATURE:  **Sgt. Weber**                         /

It is mandatory that all ADR's are turned into the Placement/Movement Office when a move is made. All ADR's are filled out by **the sending unit with the exception of a jail hold & Infirmary, which will be filled out by the receiving unit.** Information must be complete with housing unit and job assignment number and including title.

cc:      RECORDS – WHITE              MINI FILE – CANARY                                REV. 1/12

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Whitford, Makueeyapee

**Statement #:** 9599

**Incident Date:** 03/19/2018      **Incident Time:** 09:00 AM

**Statement Date:** 03/19/2018

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Visiting Room

### Summary of Incident

On the above date at the approximate time, I, DHO K. Ivie, was in Locked Housing Unit 1 (LHU1) holding disciplinary hearings. Inmate Whitford was brought into the visiting room without incident. When I began asking him questions to start the hearing, he became argumentative and combative. I advised him I would not sit and argue with him and if he insisted on doing that the hearing would be over. He continued his rant, so I left the visiting room and advised the Correctional Officers he could go back to his cell.

While I was talking with the officers, Inmate Whitford began yelling and banging on the door. I went back into the visiting room to gather my paperwork and saw Inmate Whitford kick off his velcro ankle restraints. At this point, Inmate Whitford then began to kick the door of the visiting room and continued to yell and holler threatening statements to staff. Unit Sergeant Weber called for IPS to come up and I remained out of the view of Inmate Whitford so as not to inflame the situation. The IPS team did come up to LHU1, subdued Inmate Whitford and removed him from LHU1.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Ivie, Karla | Hearing Officer holding disciplinary hearings |
| Offender | Whitford, Makueeyapee - 3015941 | Inmate causing disturbance |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Ivie, Karla

**Reporting Staff:** Ivie, Karla

**Title:** Hearings Officer

**Signature:** *Karla Ivie*      **Date:** 3-19-18

**Notes** *Billie Kerr*

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

Supervisor Review and Remarks: Reviewed attached to Packet and write-up, SSG Hansen 3-19-18

**Supervisor Name:** *Billie Keich*      **Title:** ~~3/19~~ Prog. Manager

**Signature:** *Bkr*      **Date:** 3/19/18

### Routing List (Place an X next to those this report will be distributed to):

_____ Helena Office      _____ Security Major      _____ Medical

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Printed: 03/19/2018 @ 12:19 PM      Page 1 of 2      Original - 09/14/2016

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Whitford, Makueeyapee                                      **Statement #:**        9599

**Incident Date:**    03/19/2018      **Incident Time:**    09:00 AM       **Statement Date:** 03/19/2018

**Jurisdiction:** Montana State Prison

| | | |
|---|---|---|
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

**Printed: 03/19/2018 @ 12:19 PM**                    **Page 2 of 2**                    **Original - 09/14/2016**

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

**Title:** Whitford escort | **Statement #:** 9595

**Incident Date:** 03/19/2018 | **Incident Time:** 09:30 AM | **Statement Date:** 03/19/2018

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/LHU1 visiting room

### Summary of Incident

on the above date and time IPS was asked to go to LHU1 because inmate Whitford was in the visiting room acting out and had removed the soft restraints and was hitting the window with them but he still had on the belly chains and cuffs. I asked Inmate Whitford if he was going to cooperate he stated yes I told him to go to the back of the room. I opened the door and he sat down on the back stool, we put on leg irons and spit hood and escorted him to LHU2 UC2, Inmate Whitford was stripped and given a security gown.

### Involved Persons

No Individuals are associated with this Incident Statement

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Hansen, Debra

**Reporting Staff:** Miller, Bruce | **Title:** Correctional Officer Sgt

**Signature:** _Sgt Bruce Miller_ | **Date:** _3-19-18_

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _Reviewed / Distributed_
_AO# 3015941_

**Supervisor Name:** _W Larson_ | **Title:** _SSG_

**Signature:** _SSG W Larson_ | **Date:** _3.19.2018_

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D

LHUI LA2

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY

MAR 16 2018

DISCIPLINARY

MSP [X] MWP [ ]   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

(Information and staff signatures on this form must be legible)

MAJOR [X]   MINOR [ ]

Inmate Name: __Whitford__ __McKueeyapec__   ID # __3130l594l__
          Last name                 First Name

Date: __3·15·18__   Time: __0850__   Place of Incident: __LHUl__ __LA·02__
Room/Cell: __LA·02__   Housing Unit: __LHUl__   Job Assignment: __Un__ __99999__
Infraction Number(s) & Name(s)

        4235 – Threatening
        4208 – Insolence

Staff Witness: 1. _____   Other Inmates involved 1. _____
            2. _____                    2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and approximate time I, St Smith, was on A-Block. I/M Whitford Yelled several times "your a fucking punk George Smith" "Fuck you George Smith" He also said "I am going to Smash you". Whitford also stated "I am going to Fuck you up" E or

REPORTING STAFF MEMBER: __George Smith__   __Gene Sm__
                       (Print Name)            (Sign Name)

Supervisor Review: _____
                       (Print Name)            (Sign Name)

Inmate Status: [ ] Pre-Hearing Confinement   [X] Release to Previous Status   [ ] Other
Reason: __Currently on phc-DD Status__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

__SSG WLan__   __3/15/18__
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __3/23/18__   Time: __ANY__ hrs.   Place __ANY__
2. I understand the charge(s)? [X] Yes [ ] No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? [ ] Yes [X] No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf [X] Yes [ ] No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

__SGt Jones__   __3-20-18/1330__   __D.D NOT SIGN__
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B        MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N**

MAJOR ☒                    MINOR ☐

Inmate's Name: Whitford, M.        ID # 301594  Date: 3-22-18

Infraction Number(s) & Name(s)  4235 - Threatening  4208 - Insolence

☒ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: _____ / _____ / _____   By: _____

Reason: _____

Plea: ☒ Guilty   ☐ Not Guilty   ☐ Other: _____

Inmate's Statement:  I DID DO THIS ONE. I WANT EVERYBODY TO KNOW WHEN I BEAT HIS ASS I SAID I WAS GOING TO DO IT.

- ALSO DID NOT HAVE DUE PROCESS OR WITNESS STATEMENTS

Evidence Provided: INFRACTION REPORT

Findings: ☒ Guilty of #  4235, 4208   ☐ Not Guilty of #

Evidence Relied On:  INMATE ADMITTED GUILT

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4   5⃝ ]  Grid Level to Use: 3

*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s):  4235 - 25 DAYS DETENTION
4208 - AGGREGATED WITH 4235

Reason(s) for findings:  ANY THREATS ARE NOT ACCEPTABLE AND CONTINUES TO CLAIM STAFF BRING IT UPON THEMSELVES.

_____ Morrow Jm 3/26/18 _____          _____ Deer Xxff _____
ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today. ☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _____

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒ MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY

APR 0 2 2018

DISCIPLINARY

### Disciplinary Appeal
(major infractions only)

Inmate's Name: Whitford, M       ID # 3015961
Date: 3/22/18   Infraction(s): 4235 - Threatening
Disciplinary Hearing Decision: 4235 - 25 Days Detention
**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.
_____
_____

2. Required disciplinary procedures were not followed. Due Process Violations. No time to prepare a defense. No Incident reports. No Access to MSP/No policies, rules, or procedures.

3. The sanction(s) is excessive.
_____
_____

_____     3/13/18  Just got off BMP
Inmate Signature                 Date      Iso cell. Just got m stuff-

**WARDEN OR DESIGNEES RESPONSE**

**Warden or designee:**

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒ | NO ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

  ☐ reduced sanction or level to:

  ☐ suspended sanction(s) for:

**Written justification for the action taken above:**

THE DECISION OF THE DHO IS CORRECT

_____     4/2/18
Warden or Designee Signature      Date

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)
Revised: December 2014



EXHIBIT D
EXHIBIT D

LHU1 / LA2

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

RECEIVED BY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAR 1 6 2018

MAJOR ☒          MINOR ☐

DISCIPLINARY

Inmate Name: Whitford, Makueeyapee          ID # 3015941

Last name          First Name

Date: 8·15·18   Time: 1000   Place of Incident: LHU1-Visiting Room

Room/Cell: LA2   Housing Unit: LHU1   Job Assignment: _____

Infraction Number(s) & Name(s): 4235 - threatening

4208 - insolence

Staff Witness: 1. _____          Other Inmates involved 1. _____

2. _____          2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and time I (C Ho Slaughter) was conducting a hearing with inmate Whitford regarding an insolence infraction. He asked what would happen because him and St Smith don't get along. I told him as long as he is housed in LHU, St Smith would be his security tech. He then stated "I'm going to kill that motherfucker". He added "I'll wait until he is alone and do it, I don't give a fuck" Due to these threatening statements, I concluded the hearing. –EOR–

REPORTING STAFF MEMBER: Christine Slaughter *(Print Name)* *(Sign Name)*

Supervisor Review: Sgt L Graham *(Print Name)* *(Sign Name)*

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Reason: Currently on phc-DD status

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____          3/15/18          _____          / /

(Shift Supervisor's Signature)          (Date)          (Warden or Designee Signature)          (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: 3 /20/18   Time: ANY hrs.   Place: ANY
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf ☒Yes ☐No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

Sgt Jones          3-20-18/1330   DID NOT SIGN

(Staff Signature)          (Date & Time)          (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE Of MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: _WHITFORD, M._          ID # _3015941_   Date: _3-22-18_

Infraction Number(s) & Name(s) _4235- THREATENING   4208- INSOLENCE_

☒ I DO UNDERSTAND THE VIOLATION          ☐ I DO NOT UNDERSTAND THE VIOLATION—ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____   By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: _I DIDN'T SAY IT. I SAID I KNOW YOU GUYS ARE GOING TO BE PROTECTING HIM, THERE'S A FAILURE OF COMMUNICATION BETWEEN US, BUT I DID SAY I WOULD BEAT HIS ASS. I THINK SHE'S RETALIATING & SHOULDN'T DO MY HEARINGS. NO DUE PROCESS, NO WITNESS STATEMENTS_

Evidence Provided: _INFRACTION REPORT_

Findings: ☒ Guilty of # _4235/4208_   ☐ Not Guilty of #_____

Evidence Relied On: _INFRACTION REPORT_

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports: 1   2   3   4   (5)   Grid Level to Use: 3
(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s): _4235- 25 DAYS DETENTION_
_4208- AGGREGATED WITH 4235_

Reason(s) for findings: _Any and all THREATS ARE UNACCEPTABLE. Inmate's ESCALATING BEHAVIOR UNDERSCORES THE SERIOUSNESS OF HIS THREATS, AND HE CONTINUES TO INSIST SGT SMITH IS IN DANGER FROM him._

_Howardson 3/26/18_

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _____

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

RECEIVED BY

MSP ☒  MWP ☐  CONTRACT FACILITY:_____

APR 0 2 2018

## Disciplinary Appeal
(major infractions only)

DISCIPLINARY

Inmate's Name: WHITFORD, M        ID # 301594 1

Date: 3 /22/ 18  Infraction(s): 4235- THREATING   4208- INSOLENCE

Disciplinary Hearing Decision: 4235- 25 DAYS DET   4208 AGG w/ 4235

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.

_____

_____

2. Required disciplinary procedures were not followed. Due Process Violations. No time to prepare defense. No Incident reports. No Access to policies, rules, or procedures.

3. The sanction(s) is excessive.

_____

_____

Inmate Signature        3 /30/ 18        Just got out of Iso cell.
                              Date        OFF B unD just got my
                                          stuff.

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

Is there sufficient evidence and documentation to support the finding?   YES ☒   NO ☐

Is there substantial compliance with applicable disciplinary procedures?   YES ☒   NO ☐

Is the sanction(s) imposed proportionate to the rule violation(s)?   YES ☒   NO ☐

**Decision:**

☒ **Affirm.**  I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.**  I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.**  I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

  ☐ reduced sanction or level to:

  ☐ suspended sanction(s) for:

**Written justification for the action taken above:**

THE DECISION OF THE DHO IS CORRECT

Thomas Wilson        4/2 /18
Warden or Designee Signature        Date

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Revised: December 2014

DMISS Aff

**EXHIBIT D**
**EXHIBIT D**

LHUI LH2

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY

MAR 15 2018

MSP ☐  MWP ☐  CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

DISCIPLINARY

MAJOR ☒    MINOR ☐

Inmate Name: _Whitford_ _____ _Makueeyaee_ ID # _3015941_

Last name                          First name

Date: _3·14·18_  Time: _0140_  Place of Incident: _LH1   LH2_

Room/Cell: _LA2_  Housing Unit: _LH1_  Job Assignment: _99999_

Infraction Number(s) & Name(s) _4208  Insolence_

Staff Witness: 1. _____   Other Inmates involved 1. _____

2. _____                              2. _____

Description of Violation: (**who, what, why, where, when and how**): _On the above date and approximate time I C/o King, John witness I'm Whitford, Makueeyaee, I.D. # 3015941 using profanity and insolance toward St. Sgt. Malcomp. Calling him a racist towards Indians. E.O.R._

REPORTING STAFF MEMBER: _John King_ _____  _John L King_

(Print Name)                          (Sign Name)

Supervisor Review: _____

(Print Name)                          (Sign Name)

Inmate Status:  ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other

Reason: _Currently on · Pre Hearing Confinement_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____  _3·15·18_  _____  __/__/__

(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: _3/19/18_  Time: _____ ms  Place: _LHU_
2. I understand the charge(s)?  ☒ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☐ Yes  ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form).
4. Present evidence and witnesses on my behalf.  ☐ Yes  ☐ No  If inmate has witnesses, have him/her complete a Witness Request form.
5. Other pertinent notations: _Sullivan, Henderson, Burd, Kroemer, Coomer, White, Ghost Diary, Gardner_                    _Inmate given copies_

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____  _3/16/18 0915_  _____

(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N

MAJOR ☒                    MINOR ☐

Inmate's Name: _Whitford  MaKueeyaee_   ID # _301594_ Date: _3-19-18_

Infraction Number(s) & Name(s) _4208- Insolence_

☐ I DO UNDERSTAND THE VIOLATION        ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____ By: _____

Reason: _____

Plea: ☐ Guilty        ☒ Not Guilty        ☐ Other: _____

Inmate's Statement: _I wasn't given a copy and I can't prepare_
_a defense_

Evidence Provided: _Infraction report_

Findings:   ☒ Guilty of # _4208_          ☐ Not Guilty of # _____

Evidence Relied On: _Infraction report_

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5 ] Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _4208 – Refer to UMT_

Reason(s) for findings: _Inmate currently on det_
_Until 4-8-18. Inmate was given copies witnessed_
_by staff. Inmate left hearing with IPS due to behavior._

_Thomas Wilson 3.20.18_          _K Suri_          _3-19-18_

ADMINISTRATIVE REVIEW DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL  _Inmate removed from hearing_
Inmate's Signature / ID#: _____

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D



*E   LHUI LA2*

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

RECEIVED BY

MSP ☒  MWP ☐  •CONTRACT FACILITY:_____

MAR 15 2018

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

DISCIPLINARY

**MAJOR ☒       MINOR ☐**

Inmate Name: _Whitford_ _____ _Makuceyaee_ ID # _3015941_

              Last name                               First name

Date: _3-14-18_ Time: _2320_ Place of Incident: _LHI ; LA2_

Room/Cell: _LA2_ Housing Unit: _LHI_ Job Assignment: _99999_

Infraction Number(s) & Name(s) _4207  encouragent others in an unauthorized_
_coordinated activity_

Staff Witness: 1._____   Other Inmates involved 1._____

            2._____                                     2._____

Description of Violation: **(who, what, why, where, when and how):** _On the above date and_
_approximate time I, C/o King, John was called back to "A"_
_block for a second floor on the block. I'm Whitford,_
_M. I.D. # 300 I.K. 3015941 was encouraging everybody on the_
_block to Flood. E.O.R._

REPORTING STAFF MEMBER: _John King_ _____ _John L King_

                                    (Print Name)                          (Sign Name)

Supervisor Review: _____

                                    (Print Name)                          (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement ☒ Release to Previous Status ☐ Other

Reason: _Currently on PHC DD-_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_[signature]_ _____ _3/15/8_ _____ __/ /__

(Shift Supervisor's Signature)      (Date)                (Warden or Designee Signature)         (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: _3/19/18_ Time: _unclear_ hrs. Place: _LHU_
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☒ Yes ☐ No If inmate has witnesses, have him/her complete a Witness Request form.
5. Other pertinent notations: _Henderson, Sullivan, Bird, Kickingwoman, White_
_Ghostbear, Gardner_                        _Inmate given copies_

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_[signature]_ _____ _3-12-18 09:12_ _____ _Kahb Parte_

(Staff Signature)                (Date & Time)               (Inmate's Signature / ID#)

Attachment B            MSP 3.4.1, Institutional Discipline            Effective January 17, 2017

EXHIBIT D
EXHIBIT D



**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N**

MAJOR ☒          MINOR ☐

Inmate's Name: _Whitford Makueeyaee_   ID # _3015941_ Date: _3-19-18_

Infraction Number(s) & Name(s) _4207- Encouraging a coordinated event_

☐ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: _Inmate removed from_
Inmate's Statement: _hearing due to behavior_

_____

_____

_____

Evidence Provided: _Infraction Report/ Statements_

_____

Findings:   ☒ Guilty of # _4207_          ☐ Not Guilty of #

Evidence Relied On: _Infraction Report/ Staff Statement_

_____

_____

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5 ] Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _4207- $10 Restitution flood cleanup_
_- Refer to UMIT_

_____

Reason(s) for findings: _Inmate was verbally encouraging_
_the block to flood which resulted in several_
_flooding incidents. Inmate on detention until 4-8-18_
_Removed from hearing due to behavior so held without him_
_Thomas Wilson 3.20.18        R Sue        3-19-18_

ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _Inmate removed from hearing_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

LHU
RECEIVED BY
MAR 18 2018  3
DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒          MINOR ☐

Inmate Name: __Whitford   Makueeyapee__   ID # __301594|__
Last name                    First Name

Date: __3/9/18__   Time: __1125__   Place of Incident: __LHu-1 E-block__
Room/Cell: __NE-3__   Housing Unit: __LHu-1__   Job Assignment: __99999 unassigned__
Infraction Number(s) & Name(s) __4213: Refusing to obey a verbal direct order from a Staff member__
__4220: Intentionally obstructing hindering or impeding Staff.__

Staff Witness: 1. _____       Other Inmates involved 1. _____
2. _____                                          2. _____

Description of Violation: (who, what, why, where, when and how): __On the above date and time, I,__
__SSG Segovia went to LHU-1 in an attempt to move inmate Whitford to Lock up__
__Once in the unit I gave multiple direct orders to inmate Whitford to uncover__
__his window and come to the slot to be cuffed which he refused. Due to inmate__
__Whitford's actions the 2nd shift IPS team had to interrupt their daily activities__
__to extract inmate Whitford. EOR__

REPORTING STAFF MEMBER: __Daniel Segovia__           __[signature]__
(Print Name)                                    (Sign Name)

Supervisor Review: _____           _____
(Print Name)                                    (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement    ☐ Release to Previous Status    ☐ Other
Reason:

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

__Sgt Snowden__   __3.5.18__   __[signature]__   __3/11/18__
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __3 / 14 / 18__   Time: __Any__ hrs.   Place: __LHU__
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf: ☐Yes ☒No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

__[signature]__   __3-9-18 @ 1245__   __[signature]__   __301594__
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒        MINOR ☐

Inmate's Name: **Whitford, Makueeyapee** ID # **301594** / Date: **3·14·18**

Infraction Number(s) & Name(s)   **4213- Refusing an Order; 4220-obstructing**

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: **My window was still covered from before, I haven't had the chance to prepare a defense.**

Evidence Provided: **Infraction report, incident reports**

Findings: ☒ Guilty of # **4213/4220**   ☐ Not Guilty of #

Evidence Relied On: **infraction report, incident report**

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ ]   Grid Level to Use: **3**

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): **10 days detention ENDS 3·4·8·18 Refer to UMT**

Reason(s) for findings: **Offender refused an order to cuff up, which required IPS to respond, which hindered there them from their regular duties.**   **G Slaughter 3·14·18**

ADMINISTRATIVE REVIEW / DATE **3·16·18**     DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

---

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _____

---

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

RECEIVED BY

MAR 16 2018

MSP 3.4.1
Attachment J

DISCIPLINARY

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## Disciplinary Appeal

(major infractions only)

Inmate's Name: _Whitford, Makueeyapee_ ID # _3015941_
Date: _3/14/18_ Infraction(s): _4213-Ref. an Order; 4220-obstructing_
Disciplinary Hearing Decision: _10days det, refer to UNIT_
**Insttructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.

_____

2. Required disciplinary procedures were not followed.
_I was given no right to prepare, no notice or revised procedure_

3. The sanction(s) is excessive.

_____

_____ Inmate Signature          _3/16/18_ Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☒ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☒ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☒ | ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.
☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.
☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed shall be:
  ☐ reduced to:
  ☐ suspended for:

**Written justification for the action taken above:**
_THE DECISION OF THE DHO IS CORRECT_

_____ Warden or Designee Signature          _3/20/18_ Date

Copies to: 1. Records          2. Parole Board          3. Housing Unit          4. Inmate

EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**

Statement of Incident

| | |
|---|---|
| **Title:** Whitford/LHU-1 | **Statement #:** 9123 |
| **Incident Date:** 03/09/2018 **Incident Time:** 07:00 AM | **Statement Date:** 03/09/2018 |

**Jurisdiction:** Montana State Prison

### Incident Scene

Incident Occurred at Facility? Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/UPPER/2

### Summary of Incident

On the above date and time, I Sgt. Christensen was conducting tray pick up on the east side of the building when a floor officer called for me to come to E block. I went to the block and saw the UE-2 cell window was completely covered in paper. I approached the cell and the officer told me I/M Whitford was responsive and is refusing to return his breakfast tray. I then took over and began to talk to I/M Whitford. He informed me that he along with other inmates are starting a civil/inmate rights movement. I asked him what it entailed and he said that back on March 9, 1863 a man was tried and hung in downtown Deer Lodge and afterwards it was discovered the man was falsely accused. He then told me that what they are wanting is a more fair housing program for locked housing inmates. I asked him what he meant and he said the following; more access to library/legal library, fair and non-bias hearings officers, all hearing to be recorded and more privileges for locked housing inmates. I then convinced him to remove one piece of paper out of the window if I made a phone call for him. He removed one piece of paper so I could see inside his cell and handed out his food tray. Everything in his cell appeared as normal. I then left the block and notified command post of the situation. I was instructed to complete the write up for tampering with or blocking a locking device and participating in an unauthorized meeting or gathering. I completed the write up and then went and attempted to get inmate Whitford to be placed in restraints to which he refused. I gave Whitford multiple direct orders and multiple opportunities to be handcuffed to which he refused. All he said was "get a lieutenant up here or a captain". I then left the block and notified command post of what he said. IPS was then sent to the unit and Whitford was removed from his cell and escorted to LA-5 and placed PHC-DD status. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Christensen, Don

| | |
|---|---|
| **Reporting Staff:** Christensen, Don | **Title:** Correctional Officer Sgt |
| **Signature:** *[signature]* | **Date:** 3/9/18 |

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** *Reviewed & Distributed*

**Supervisor Name:** *Thomas Snowden* **Title:** *Staff Sergeant*

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections
### Statement of Incident

**Title:** Whitford/LHU-1                                    **Statement #:**    9123

**Incident Date:** 03/09/2018      **Incident Time:**   07:00 AM      **Statement Date:** 03/09/2018

**Jurisdiction:** Montana State Prison

**Signature:** *Sgt. Snowden*                    **Date:** 3-9-18

**Routing List (Place an X next to those this report will be distributed to):**

|  |  |  |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note:** This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Printed: 03/09/2018 @ 11:42 AM                    Page 2 of 2                    Original - 09/14/2016

EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**

Statement of Incident


COMMAND POST/ *TS*
Initial-Approved

| | |
|---|---|
| **Title:** Whitford refusal of order | **Statement #:** 9135 |
| **Incident Date:** 03/09/0018    **Incident Time:** 11:25 AM | **Statement Date:** 03/09/2018 |

**Jurisdiction:** Montana State Prison

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/UPPER/2/LHU-1 UE-3 to LA-5

## Summary of Incident

On the above date and time I, SSG Segovia, was called by command post and told inmate Whitford is trying to incite a resistance in LHU-1 and is refusing lock up. Myself and the 2nd shift IPS team responded to LHU-1 were I was told by unit staff that inmate Whitford has covered his window and is refusing direct orders to come to the slot to be cuffed. I went on to E-block and approached inmate Whitford's cell and gave him a direct order to uncover his window and come to the slot to be cuffed. There was no response from Whitford and I again told him to uncover his window and come to the slot to be cuffed. Inmate Whitford respond with "who?" I stated to inmate Whitford "This is SSG Segovia from IPS are you going to uncover your window and cuff up?" Inmate Whitford responded with "Who, SSG Sequla and who is the rest of them?" I said to inmate Whitford "yes SSG Segovia and the IPS team, are you going to cuff up?" Inmate Whitford just get responding with "who" and I told him that I would be coming back on the block. At that time I left the block and started my cell extraction procedures. Once on the block again I approached inmate Whitford's cell and I could already see him removing the paper out of his window. I asked him if he was going to cuff up for me and inmate Whitford responded "Yeah, I just wanted to see what you guys looked like dressed up." Inmate Whitford backed up to the slot and was cuffed behind the back. The restraint retainer was applied and inmate Whitford was escorted to LA-5. Inmate Whitford's clothing was removed and he was told to kneel down by the door. The door was shut and the restraints were removed without any incident. EOR

## Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Cales, Mitchell | |
| Staff | Dohr, Josh | |
| Staff | Piliola, Jared | |
| Staff | Kent, Garrett | |
| Staff | Williamson, Daniel | |
| Staff | Baltezar, Beau | |
| Staff | Graveley, Nicholas | |

## Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff /Snowden, Thomas

**Reporting Staff:** Segovia, Daniel     **Title:**

**Signature:**     **Date:** 3/9/18

## Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

---

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections
## Statement of Incident

| | |
|---|---|
| **Title:** Whitford refusal of order | **Statement #:** 9135 |
| **Incident Date:** 03/09/0018     **Incident Time:** 11:25 AM | **Statement Date:** 03/09/2018 |
| **Jurisdiction:** Montana State Prison | |

**Supervisor Review and Remarks:** *Reviewed & Distributed/No Force Used*

**Supervisor Name:** *Thomas Snowden*     **Title:** *Staff Sergeant*

**Signature:** *Sgt. Snowden*     **Date:** *3-9-18*

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

---

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D



COMMAND POST 15
Initial-Approved



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** Whitford refusing orders | **Statement #:** 9139 |
| **Incident Date:** 03/09/2018   **Incident Time:** 11:05 AM | **Statement Date:** 03/09/2018 |
| **Jurisdiction:** Montana State Prison | |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/UPPER/2/UE2 to LA5

### Summary of Incident

On the above time and date the I, IPS Williamson, and second shift IPS team responded to LHU1 for inmate Whitford, Makueeyapee (3015941) for covering his window and refusing to cuff up to be moved. He was attempting to incite a resistance on E block. When we arrived SSGT Segovia told him "Im SSGT Segovia IPS please come to your slot and cuff up," attempting to get inmate Whitford to comply with orders and cuff up. Inmate Whitford refused and kept asking who was on the block. SSGT Segovia again asked him to cuff up and uncover his window. Inmate Whitford continued to refuse to comply and continued to ask who was there. SSGT Segovia then gave him a final warning and told him that the least amount of force necessary would be used to ensure his safety. We then put on our extraction gear and returned to his cell. When we arrived he had removed his window covering and come to the slot to cuff up. We then opened his cell and escorted him to cell Lower A5. We conducted an unclothed body search and then uncuffed him. No force was used. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Segovia, Daniel | |
| Staff | Kent, Garrett | |
| Staff | Cales, Mitchell | |
| Staff | Baltezar, Beau | |
| Staff | Piliola, Jared | |
| Staff | Dohr, Joshua | |
| Staff | Graveley, Nick | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Williamson, Daniel

**Reporting Staff:**   Williamson, Daniel                **Title:** Correctional Officer

**Signature:** _____   **Date:** _____

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** *Reviewed & Distributed*

---

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**

**Statement of Incident**

| | |
|---|---|
| **Title:** Whitford refusing orders | **Statement #:** 9139 |
| **Incident Date:** 03/09/2018 **Incident Time:** 11:05 AM | **Statement Date:** 03/09/2018 |
| **Jurisdiction:** Montana State Prison | |

**Supervisor Name:** *Thomas Snowden*   **Title:** *Staff Sergeant*

**Signature:** *Sgt Snowden*   **Date:** *3-9-18*

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Printed: 03/09/2018 @ 12:28 PM   Page 2 of 2   Original - 09/14/2016

EXHIBIT D
EXHIBIT D

COMMAND POST 
Initial-Approved



## Montana Department of Corrections

### Statement of Incident

| | |
|---|---|
| **Title:** whitford #3015941 | **Statement #:** 9137 |
| **Incident Date:** 03/09/2018   **Incident Time:** 11:25 AM | **Statement Date:** 03/09/2018 |
| **Jurisdiction:** Montana State Prison | |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/E/UPPER/2/e-block moved to a-block to la-5.

### Summary of Incident

On above date and approx. time ssg. snowden called 2nd shift ips team that inmate whitford refusing to cuff up for unit staff for starting a resistance. The ips team arrived to locked housing unit 1 and the team went to e-block to ue-2 and ips ssg. Segovia asked inmate whitford to uncover his window and cuff up inmate whitford said "who" and ips ssg. Segovia asked inmate whitford again to uncover his window and cuff up inmate whitford said "who and who all these guys" while peeking out his covered window. The ips team left e-block to put on our extraction gear and went back on to e-block to ue-2 and inmate whitford had his window uncovered and ips ssg. Segovia asked inmate whitford to cuff up inmate whitford did and was moved to a-block to la-5 and his scrubs where cut off and the team backed out of the cell and cell door was closed and cuffs where removed without further incident.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Segovia, Daniel | |
| Staff | Kent, Garrett | |
| Staff | Baltezar, Beau | |
| Staff | Piilola, Jared | |
| Staff | Dohr, Josh | |
| Staff | Williamson, Daniel | |
| Staff | Graveley, Nicholas | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Snowden, Thomas

**Reporting Staff:** Cales, Mitchell          **Title:** Correctional Officer

**Signature:** _mitchell cales_          **Date:** 3-9-18

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _Reviewed & Distributed_

---

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Printed: 03/09/2018 @ 12:09 PM          Page 1 of 2          Original - 09/14/2016

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

| | |
|---|---|
| **Title:** whitford #3015941 | **Statement #:** 9137 |
| **Incident Date:** 03/09/2018   **Incident Time:** 11:25 AM | **Statement Date:** 03/09/2018 |
| **Jurisdiction:** Montana State Prison | |

**Supervisor Name:** *Thomas Snowden*    **Title:** *Staff Sergeant*

**Signature:** *Sig Snowden*    **Date:** *3-9-18*

**Routing List (Place an X next to those this report will be distributed to):**

|  |  |  |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



COMMAND POST JS
Initial-Approved

## Montana Department of Corrections
### Statement of Incident

| | | |
|---|---|---|
| **Title:** whitford extractiion | | **Statement #:** 9131 |
| **Incident Date:** 03/09/2018 | **Incident Time:** 11:25 AM | **Statement Date:** 03/09/2018 |
| **Jurisdiction:** Montana State Prison | | |

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/E/UPPER/2/Upper E2 LHU1

### Summary of Incident

On the above date and time I IPS officer along with 2nd shift IPS were call by command post to respond to LHU1 due to inmate Whitford, M#3015941 refusing to cuff up for unit staff and trying to start a resistance. Upon our arrival we entered E block and IPS SSG Segovia gave inmate several direct orders to uncover his window and cuff up, he refused all orders. We left the block and geared up. Once back on E block IPS SSG Segovia gave inmate Whitford a direct order to cuff up and Whitford said " Yes I will I just wanted to see what you guys looked like when you are all dressed up". Inmate Whitford was restrained without force and escorted to lower A 5 we cut his clothes off and exited the cell with out incident.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Segovia, Danel | |
| Staff | Dohr, Josh | |
| Staff | Cales, Mitchell | |
| Staff | Piilola, Jared | |
| Staff | Baltezar, Beau | |
| Staff | Williamson, Daniel | |
| Staff | Graveley, Nicholas | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Snowden, Thomas

**Reporting Staff:** Kent, Garrett      **Title:** Correctional Officer

**Signature:** *[signature]*      **Date:** 3/9/18

### Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** *Reviewed & Distributed*

**Supervisor Name:** *Thomas Snowden*      **Title:** *Staff Sergeant*

**Signature:** *[signature]*      **Date:** *3-9-18*

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** whitford extractiion | **Statement #:** 9131 |
| **Incident Date:** 03/09/2018   **Incident Time:** 11:25 AM | **Statement Date:** 03/09/2018 |
| **Jurisdiction:** Montana State Prison | |

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



COMMAND POST / TS
Initial-Approved



## Montana Department of Corrections
### Statement of Incident

| | |
|---|---|
| **Title:** Whitford, Makueeyapee #3015941 | **Statement #:** 9133 |
| **Incident Date:** 03/09/2018   **Incident Time:** 11:25 AM | **Statement Date:** 03/09/2018 |

**Jurisdiction:** Montana State Prison

### Incident Scene
**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/E/UPPER/2/LHU-1 UE2 to LA5

### Summary of Incident
On the above date and approx. time, I IPS Dohr, along with the 2nd shift IPS Team responded to LHU-1 UE2 due to Inmate Whitford trying to start a resistance and refusing to cuff up. Once we arrived at the unit, we went to UE2 and SSG. Segovia gave multiple orders to uncover his window and cuff up. Inmate Whitford refused all orders. We then left the block and put on extraction gear. A video introduction was done and we returned to UE3. As we approached the cell Inmate Whitford removed the paper covering his window. SSG. Segovia gave another order to cuff up and Inmate Whitford stated "I just wanted to see what you looked like dressed up." Inmate Whitford was then cuffed and the restraint retainer was attached. The cell door then opened and leg irons were applied. Inmate Whitford was then escorted to LA5. Once in LA5 we cuff off Inmate Whitford's clothes and removed the leg irons. We Then exited the cell. Handcuffs were then removed without incident. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Segovia, Danel | |
| Staff | Kent, Garrett | |
| Staff | Cales, Mitchell | |
| Staff | Baltezar, Beau | |
| Staff | Piliola, Jared | |
| Staff | Williamson, Daniel | |
| Staff | Graveley, Nicholas | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation
**Confidential Informant:** No

**Information Source:** Staff - Snowden, Thomas

**Reporting Staff:** Dohr, Josh    **Title:** Correctional Officer

**Signature:** *[signature]*    **Date:** 3-9-18

### Notes
No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** *Reviewed & Distributed*

**Supervisor Name:** *Thomas Snowden*    **Title:** *Staff Sergeant*

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

| | | |
|---|---|---|
| Printed: 03/09/2018 @ 12:07 PM | Page 1 of 2 | Original - 09/14/2016 |

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

| | |
|---|---|
| **Title:** Whitford, Makueeyapee #3015941 | **Statement #:** 9133 |
| **Incident Date:** 03/09/2018  **Incident Time:** 11:25 AM | **Statement Date:** 03/09/2018 |
| **Jurisdiction:** Montana State Prison | |

Signature: _Sig Snowden_   Date: _3-9-18_

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D

  

COMMAND POST
Initial-Approved

## Montana Department of Corrections
### Statement of Incident

| | |
|---|---|
| **Title:** Whitford, M #3015941 Refusal to cuff up | **Statement #:** 9127 |

| | | | |
|---|---|---|---|
| **Incident Date:** 03/09/2018 | **Incident Time:** 11:25 AM | **Statement Date:** 03/09/2018 |

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/E/UPPER/2/Moved to LA5

### Summary of Incident

On the above date and approximate time I, IPS Piilola, along with the 2nd Shift IPS Team, responded to LHU-1 for inmate Whitford #3015941, inciting to start a resistance and refusing to cuff up. Upon arriving to the unit, the team went to UE-2 and SSG Segovia gave multiple direct orders to come to the slot and cuff up, inmate Whitford denied the direct orders. We then went and geared up. The team returned to the block and SSG Segovia asked if he was "going to come to the slot and cuff up?" Inmate Whitford replied with "yes, I just wanted to see what you guys looked like dressed up." The food slot was opened and inmate Whitford put his hands out, the handcuffs were placed, along with the restraint retainer. Inmate Whitford was escorted to LA5 and told to lay on the bed. He again complied and his clothes were removed. The team then backed out of the cell and inmate Whitford was told to kneel in front of the door. The door was closed and the restraints were removed without further incident. EOR

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Segovia, Daniel | |
| Staff | Kent, Garrett | |
| Staff | Baltezar, Beau | |
| Staff | Cales, Mitchell | |
| Staff | Graveley, Nick | |
| Staff | Williamson, Daniel | |
| Staff | Dohr, Joshua | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Snowden, Thomas

| | |
|---|---|
| **Reporting Staff:** Piilola, Jared | **Title:** Correctional Officer |

**Signature:** _____     **Date:** 3/9/18

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** *Reviewed & Distributed*

---

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections
### Statement of Incident

**Title:** Whitford, M #3015941 Refusal to cuff up          **Statement #:**          9127

**Incident Date:**   03/09/2018      **Incident Time:**   11:25 AM      **Statement Date:** 03/09/2018

**Jurisdiction:**  Montana State Prison

---

**Supervisor Name:** *Thomas Snowden*          **Title:** *Staff Sergeant*

**Signature:** *Sgt Snowden*          **Date:** *3-9-18*

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Printed: 03/09/2018 @ 12:02 PM                    Page 2 of 2                    Original - 09/14/2016

EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**

COMMAND POST
Initial-Approved

Statement of Incident

| Title: whitford LHU-1 | Statement #: 9125 |

| Incident Date: 03/09/2018 | Incident Time: 11:25 AM | Statement Date: 03/09/2018 |

Jurisdiction: Montana State Prison

### Incident Scene

Incident Occurred at Facility?  Yes

Location:  Montana State Prison/Maximum Security/Locked Housing Unit 1/E/UPPER/2/LHU-1 UE-2  to  LHU-1 LA-5

### Summary of Incident

On the above date and time I IPS Graveley along with the 2nd shift IPS team responded to LHU-1 for inmate Whitford, M #3015941 trying to start a resistance on the block and refusing to cuff up for unit staff. When we arrived in LHU-1 we went to UE-2 where Whitford was being housed. SSG Segovia gave inmate Whitford several direct orders to uncover his window and come to the slot and cuff up which inmate Whitford ignored. The 2nd shift IPS team then went and geared up and SSG Segovia started the cell extraction procedure. We then went to UE-2 and SSG Segovia told inmate Whitford to cuff up and he complied and said "I just wanted to know what you guys looked like." the door was opened and I put a spit hood on inmate Whitford. Inmate Whitford was then escorted to LA-5 where we removed his clothes. We then exited the cell and uncuffed inmate Whitford without further incident. E.O.R.

### Involved Persons

| Category | Person | Narrative |
|----------|--------|-----------|
| Staff | Pillola, Jared | |
| Staff | Baltezar, Beau | |
| Staff | Dohr, Josh | |
| Staff | Cales, Mitchell | |
| Staff | Kent, Garrett | |
| Staff | Williamson, Daniel | |
| Staff | Segovia, Daniel | |
| Offender | Whitford, Makueeyapee - 3015941 | |

### Source and Documentation

Confidential Informant:  No

Information Source:  Staff - Snowden, Thomas

| Reporting Staff:    Graveley, Nick | Title: Correctional Officer |

Signature: *N. Graveley*               Date: 3-9-18

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

Supervisor Review and Remarks:  *Reviewed & Distributed*

---

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Printed: 03/09/2018 @ 12:01 PM                Page 1 of 2                Original - 09/14/2016

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections
### Statement of Incident

| | |
|---|---|
| **Title:** whitford LHU-1 | **Statement #:** 9125 |
| **Incident Date:** 03/09/2018    **Incident Time:** 11:25 AM | **Statement Date:** 03/09/2018 |
| **Jurisdiction:** Montana State Prison | |

**Supervisor Name:** *Thomas Snowden*    **Title:** *Staff Sergeant*

**Signature:** *Sgt Snowden*    **Date:** *3-9-18*

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D



**Montana Department of Corrections**   COMMAND POST ~~/S~~
Initial-Approved.

**Statement of Incident**

**Title:** respond to LHU1 whitford #3015941                    **Statement #:**      9129

**Incident Date:**   03/09/2018      **Incident Time:**    11:25 AM      **Statement Date:** 03/09/2018

**Jurisdiction:** Montana State Prison

## Incident Scene

**Incident Occurred at Facility?** No

**Location:**   LHU1 UE2 to LA5

## Summary of Incident

On the above date and time I, IPS Baltezar along with IPS SSGT Segovia and IPS Officers Cales, Kent, Graveley, Dohr, Williamson and Piilola respond to LHU1 due to inmate Whitford refusing orders and trying to start a resistance on E block in LHU1. SSGT Segovia gave Whitford multiple orders to cuff up and uncover his window, he refused. The team geared up for an extraction. The team entered E-Block and went to UE2 and Whitford was told to cuff up. He complied and stated " I just wanted to see you guys all geared up." Restraints were placed on Whitford and he was escorted to LA5 where his clothing was removed and we left the block without further incident.

## Involved Persons

No Individuals are associated with this Incident Statement

## Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Snowden, Thomas

**Reporting Staff:**   Baltezar, Beau                    **Title:** Correctional Officer

**Signature:** _B. Batt~~z~~ IPS#15_                    **Date:** _3-9-18_

## Notes

No Notes are associated with this Incident Statement

## NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _Reviewed & Distributed_

**Supervisor Name:** _Thomas Snowden_                    **Title:** _Staff Sergeant_

**Signature:** _Sgt Snowden_                    **Date:** _3-9-18_

## Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | __x__ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Printed: 03/09/2018 @ 12:04 PM                    Page 1 of 1                    Original - 09/14/2016

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☒  MWP ☐   CONTRACT FACILITY: _____

LHU1
RECEIVED BY
MAR 1 ? 2018   3
DISCIPLINARY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*
MAJOR ☒   MINOR ☐

Inmate Name: __Whitford__ _____ __MaKuee Yapee__  ID # __301594)__
              Last name                    First Name

Date: __3/9/18__  Time: __0900__  Place of Incident: __LHU-1  WE-2__

Room/Cell: __WE-2__  Housing Unit: __LHU-1__  Job Assignment: __99999 - Unassigned__

Infraction Number(s) & Name(s) __4207 - Participating in, or encouraging others to participate
in unauthorized meeting, gathering, or coordinate activity
4212 - Willfully tampering with, damaging or blocking window
or other security safety device.__ ✓

Staff Witness: 1. _____   Other Inmates involved 1. _____
              2. _____                        2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and time, I
Sgt. Christensen went to WE block in LHU-1 to speak with inmate
Whitford. I/m Whitford had completely covered his window so no staff could
see in his cell and was refusing to return his breakfast tray to staff. I
spoke with Whitford for a few minutes and he informed me he was starting
a protest to advocate for better more fair living conditions for inmates in
~~locked~~ locked housing. I then informed him that if he didn't remove the
paper from his cell window and ~~he~~ return his food tray he will be written
up and he responded "it doesn't matter". He then handed out his food tray
but left the paper covering his cell window.
EOR

REPORTING STAFF MEMBER: _Sgt. Christensen_   _Sgt Christensen_
                         (Print Name)          (Sign Name)

Supervisor Review: _____   _____
                   (Print Name)          (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
_Sgt Snowden_ _____  __3/9/18__   _____  __3/11/18__
(Sgt Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __3/14/18__  Time: __Any__ hrs.  Place: __LHU1__
2. I understand the charge(s)?  ☒ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☐ Yes  ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.  ☐ Yes  ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**

_____  __3-9-18 @ 1245__  _____ __301594)__
(Staff Signature)        (Date & Time)      (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒                MINOR ☐

Inmate's Name: _Whitford, Makueeyapee_   ID # _301594_ /Date: _3·14·18_

Infraction Number(s) & Name(s) _4207 - Enc. Cdor. Act ; 4212 - tampering w/_

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL COPY _Locking device_

Continuance granted to Date: ___/___/_____   By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: _I haven't had a chance to prepare a defense because I don't have access to policies, rules, and procedures._

Evidence Provided: _infraction report_

Findings: ☒ Guilty of # _4207 / 4212_   ☐ Not Guilty of # _____

Evidence Relied On: _infraction report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤   Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _Revoke 15 days detention from 2·1·18 END 3·29·18  $25.00 fine  Refer to Unit_

Reason(s) for findings: _Offender blocked his cell window and attempted to to create a protest._

_[signature]_  3/16/18          _C. Slaughter_  3·14·18
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: X _[signature]_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

RECEIVED BY

MAR 16 2018

DISCIPLINARY

MSP 3.4.1
Attachment J

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

### Disciplinary Appeal

(major infractions only)

Inmate's Name: _Whitford, Makuuuyapee_ ID # _3015941_
Date: _3/14/18_ Infraction(s): _4207-Enc. Coor. Act ; 4212-tampuing w/_
Disciplinary Hearing Decision: _Revoke 15 day det ; $25.00 fine ; retrto lock:_

**Instructions**: Document why one, two, or all three of the following apply and submit it to the ~~DHO~~ or DHI.

1. There was no evidence or documentation to support the decision.
_____
_____

2. Required disciplinary procedures were not followed.
_I was given no right to prepare a defense, no notice of_
_procedures_

3. The sanction(s) is excessive.
_____
_____

_Nyt DLJ_ _____   _3/16/18_
      Inmate Signature            Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☒ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☒ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☒ | ☐ |

**Decision:**

☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.
☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.
☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed shall be:
  ☐ reduced to:
  ☐ suspended for:

**Written justification for the action taken above:**
_THE DECISION OF THE DHO IS CORRECT_
_____

_Thomas Wilson_   _3/20/18_
      Warden or Designee Signature            Date

Copes to: 1. Records      2. Parole Board      3. Housing Unit      4. Inmate

_OMIS AW_

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

*LHU1*
*RECEIVED BY*
*LA 2*
*MAR 12 2018*
*DISCIPLINARY*
*3015941*

Inmate Name: Whitford, Makueeyapee          ID # 3-9-18.865
              Last name              First Name

Date: 3-9-18   Time: 1230   Place of Incident: LHU1

Room/Cell: LA 05   Housing Unit: LHU1   Job Assignment: unassigned 99999

Infraction Number(s) & Name(s)   4208 Insolence

Staff Witness: 1. _____   Other Inmates involved 1. _____
               2. _____                         2. _____

Description of Violation: (who, what, why, where, when and how): on the above date and approximate time I, ST Smith, was serving papers to inmates on LA Block in LHU1. while I was in the A-block sally port w/ the door open I/M Whitford began calling me a punk he then repeated told me to "suck a dick" These comments were unprovoked. EOR

REPORTING STAFF MEMBER: George Smith _____
                         (Print Name)        (Sign Name)

Supervisor Review: St. Christenson _____
                   (Print Name)        (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: Already PHC/DD

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____  3/5/18   _____   ___/___/___
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 3/15/18   Time: any   Place: LHU1
2. I understand the charge(s)?  ☒ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: Inmate given copies

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____   3-13-18  0908   _____
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒        MINOR ☐

Inmate's Name: Whitford, Makueeyapee 301594 |Date: 3·15·18

Infraction Number(s) & Name(s)   4208 – Insolence

☒ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____   By: _____

Reason: _____

Plea: ☒ Guilty    ☐ Not Guilty    ☒ Other: _____

Inmate's Statement: Inmate plead guilty

Evidence Provided: infraction report

Findings: ☒ Guilty of # 4208 ,     ☐ Not Guilty of #

Evidence Relied On: infraction report

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1    2    3    4   ⑤   **Grid Level to Use:** 3

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): $30.00 fine.

Reason(s) for findings: Offender used vulgar language toward staff. Offender serving near max detention time. Offender removed from hearing due to threatening statements.

ADMINISTRATIVE REVIEW / DATE    3/16/18         DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM   3·15·18

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: Removed from hearing /cr

Copies to: Records (White)       Parole Board-Majors only (Yellow)       Housing Unit (Pink)       Inmate (Goldenrod)

Attachment C                    MSP 3.4.1, Institutional Discipline              Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**Investigator Comments:-**

I/m waived hearing.
I/m plead guilty & said hed takecare of
it later.

wait until i catch him by himself
until i beat my ass.

Investigator: _Ki_                    Date: _3-13-18_

Page _____ of _____

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED
JAN 3 1 2018
DISCIPLINARY

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

Inmate Name: __Whitford,   Makuee Yapee__   ID # __3015941__
Last name              First Name

Date: __1·30·18__   Time: __0900__   Place of Incident: __LHu 1__
Room/Cell: __UA-04__   Housing Unit: __LHul__   Job Assignment: __unassigned   UA-04   99999__
Infraction Number(s) & Name(s)

__423c - Threatening Staff__
__4208 - insolence__

Staff Witness: 1. __DHO  Karla  Ilie__        Other Inmates involved 1. _____
2. _____        2. _____

Description of Violation: (who, what, why, where, when and how): On  the  above  date
and  time  I  was  escorting  DHO  Ilie  to  serve  infractions
on  inmates  in  LHul.  When  she  was  serving  I/M  Whitford
He  began  yelling  at  me.  On  more  than  one  occasion  he
Stated  That  "I will  Kick your  fucking  ass".  He  also  Said  "I  will
find you".  I/M  Whitford  called  me  a  "Punk"  and  a  "bitch"
DHO  Ilie  tried  to  get  him  to  calm  down  and  finish
Serving  the  infraction.  He  refused  to  do  So  and  continued
to  yell  at  me.  EOR

REPORTING STAFF MEMBER: __George  Smith__        __Gene Gm__
(Print Name)                                (Sign Name)

Supervisor Review: _____
(Print Name)                                (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement        ☒ Release to Previous Status        ☐ Other
Reason: __Currently  on  phc-DD  status__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

__SSgt uu Zar__        __1/30/18__        _____   __/  /__
(Shift Supervisor's Signature)        (Date)        (Warden or Designee Signature)        (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __2/7/18__   Time: __any__ hrs.   Place: __CHU 1__
2. I understand the charge(s)?   ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form).
4. Present evidence and witnesses on my behalf. ☐Yes ☐No  If inmate has witnesses, have him/her complete a Witness Request form.
5. Other pertinent notations: ~~Refused to Be Served~~

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____        __2/6/18/0857__        __Refused__
(Staff Signature)        (Date & Time)        Breyce s/inmate's/Makuee Yapee cm

Attachment B        MSP 3.4.1, Institutional Discipline        Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑  MWP ☐  CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: *Whitford, Makueeyape*  ID # *301594* Date: *2·7·18*

Infraction Number(s) & Name(s) *4235 - threatening ; 4208 - Insolence*

☑ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____ By: _____

Reason: _____

Plea: ☐ Guilty     ☐ Not Guilty     ☒ Other: *Refused to sign infraction*

Inmate's Statement: _____

_____

_____

_____

Evidence Provided: *Infraction report*

Findings: ☒ Guilty of # *4235/4208*     ☐ Not Guilty of # _____

Evidence Relied On: *infraction report*

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1  2  3  4  ⑤  Grid Level to Use: *3*

*(Circle number of prior guilty decisions within the timeframe form [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): *20 days detention, SS 90 days*
*Refer to UHT*

*＊Offender serving max detention time*

Reason(s) for findings: *Offender threatened to harm.*
*Staff + used vulgar language toward staff.*
*Offender refused to sign infraction report*
*hearing held w/out him. Des Bielecki*  *2-7-18*

ADMINISTRATIVE REVIEW / DATE *2/9/18* · DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID #: *Refused to sign infraction*

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS   RECEIVED BY UA4

MSP ☑   MWP ☐   CONTRACT FACILITY: _____   JAN 29 2018

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☑        MINOR ☐        DISCIPLINARY

Inmate Name: __Whitford_____ __Makueeyapee__ ID # __3015941__
Last name                    First Name

Date: __1-28-18__   Time: __1455__   Place of Incident: __LHU1 LA Shower__

Room/Cell: __LA7__   Housing Unit: __LHU1__   Job Assignment: __99999__

Infraction Number(s) & Name(s) __4235 - Threatening Staff__

Staff Witness: 1. __N/A__          Other Inmates involved 1. __N/A__
2. _____                2. _____

Description of Violation: (who, what, why, where, when and how): On the above time and date
I, Sgt. Machler, was showering A-Block. I was called over to the
shower. I/m Whitman was occupying the shower. He started
talking about how I should avoid Smith Security Tech Smith.
I then asked him why. He said that S.T. Smith really was the
reason he was a smart escort with a spit hood. He then went
on to say "I'm gonna beat that Smith's ass good. It doesn't
matter how long it takes. It could take years.
I don't matter." End of Report.

REPORTING STAFF MEMBER: __Sgt Machler__          __Sgt Machler__
(Print Name)                    (Sign Name)

Supervisor Review: _____
(Print Name)                    (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☑ Other

Reason: __Currently on PHC Status.__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

__Thomas C Wh__   __1-28-18__          _____   __/ /__
(Shift Supervisor's Signature)   (Date)        (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __2 / 1 / 18__   Time: __any__   hrs.   Place: __LHU1__
2. I understand the charge(s)?   ☐ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☐ Yes  ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.  ☐ Yes  ☐ No. If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: __Refused to be served__

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

__R Sou__   __1-30-18 0904__   __Marco Sou__
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☑   MINOR ☐

Inmate's Name: _Whitford Makueeyape_ #_3015941_ Date: _2.1.18_

Infraction Number(s) & Name(s) _4235-threatening_

☑ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ____ By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☑ Other: _Refused to be seen_

Inmate's Statement: _____

Evidence Provided: _infraction report_

Findings: ☑ Guilty of # _4235_   ☐ Not Guilty of #

Evidence Relied On: _infraction report_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:  1   2   3  ④ ⑤ Grid Level to Use: _3_
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _15 days detention SS 90 days_

Reason(s) for findings: _Offender threatened to harm Staff. Offender refused to be served-sign infraction—hearing held w/out him per policy. Serving max detention time._

ADMINISTRATIVE REVIEW / DATE _2/6/18_   DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM _C. Shaw UDC 2.1.18_

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☑ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _Refused to sign infraction /cw_

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C                MSP 3.4.1, Institutional Discipline                Effective January 17, 2017

EXHIBIT D
EXHIBIT D



**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**
MSP ☒ MWP ☐   CONTRACT FACILITY:_____
**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*
**MAJOR** ☒   **MINOR** ☐

RECEIVED BY
JAN 26 2018
DISCIPLINARY

Inmate Name: __Whitford, Makueeyapee__   ID # __3015941__
                Last name              First name
Date: _1·25·18_   Time: _appx 1030_ Place of Incident: _LHU St office_
Room/Cell: _LA-07_ Housing Unit: _LHU_   Job Assignment: _un 99999_
Infraction Number(s) & Name(s)   _4235   Threatening Staff._
                                 _4303 - Insolence_

Staff Witness: 1. _____   Other Inmates involved 1. _____
               2. _____                          2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date_
_and time I/m whitford charged at me in attempt_
_to assault me. He attempted to spit on me and_
_attempted to bite me. I/m whitford made several_
_threats to harm me and kill me. He also made_
_a threat about my family to harm them. I/M_
_Whitford yelled to the Inmates on the Block "Green_
_light Smith". He yelled it loud enough for the inmates_
_on the blocks to hear._

REPORTING STAFF MEMBER: _George Smith_          _George Smith_
                          (Print Name)            (Sign Name)
Supervisor Review: _Sgt. Conolen_               _Sgt Conolen_
                     (Print Name)                 (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other
Reason: _Security threat   Sec. G_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
_SSG W Lan_                    _1/25/18_              _____  _1/26/18_
(Shift Supervisor's Signature)    (Date)    (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
_on or before_
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _1/30/18_   Time: _Any_ hrs.   Place _LHU_
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☒ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐ Yes ☐ No (If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _Inmate copy left in Sgt office_

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure, I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.**
_K Dine_                 _1-26-18 1025_            _____
(Staff Signature)          (Date & Time)           (Inmate's Signature / ID#)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒  MWP ☐  CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒     MINOR ☐

Inmate's Name: _Whitford, Makueeyapee_  ID # _3015941_  Date: _1·30·18_

Infraction Number(s) & Name(s) _4235 - Threatening ; 4803 - Insolence_

☒ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION -- ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____ By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: _Waived hearing_

Inmate's Statement: _____

Evidence Provided: _infraction report, incident reports, Use of force_

Findings: ☒ Guilty of # _4235/4108(4111)_  ☐ Not Guilty of #

Evidence Relied On: _infraction report, incident reports_

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports: 1  2  3  4  **5+** ]  Grid Level to Use: _3_

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _30 days detention_
_END 3·1·18_
_Refer to unit_

Reason(s) for findings: _Offender was insolent + made threatening remarks to staff and attempted to assault staff. Offender waived hearing._

_[signature] 1/3/18_     _G. Slaughter 1·30·18_

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL.

Inmate's Signature / ID#: _Waived hearing_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D



**State of Montana**
**DEPARTMENT OF CORRECTIONS**
**USE OF FORCE INFORMATION SHEET**

*OFFENDER INFORMATION*

Offender
Name: Whitford, Makweeyapee    DOC ID#: 3015941    Unit LHU1    Custody: MAX
Race Code: ☑ American Indian   ☐ Asian   ☐ Black   ☐ White   ☐ Hispanic   ☐ Other

*INCIDENT INFORMATION*

Date of Incident: 1/25/18    Time of Incident: 10.30 AM    Place of Incident: LHU1
On-Scene Supervisor: Sgt. Trevor Candin    Planned/Immediate Use of Force: _____
Photographed? ☐ Yes ☑ No    Videotaped? ☐ Yes ☑ No    Processed as Evidence ☐ Yes ☑ No
Administrator Notified?: ☑ Yes ☐ No  A.W.T. Wood    Date Notified: 1/25/18    Time Notified: 1045 A.M.

On-Scene Medical Staff: _____    Time Notified: _____
Medical Evaluation Completed?: ☑ Yes ☐ No    By: Emilee Page Moorhead RN
Reporting Shift Supervisor: Michael D. Zugen Capt.

| Level of Force Applied | Reason for Force |
|---|---|
| ☑ Physical Force/Self Defense | ☑ Self Defense/Defense of another |
| ☑ Restraints | ☑ Maintenance of Security |
| ☐ OC | ☑ Prevention of a Crime |
| ☐ Chemical Agent   Lethal: | ☐ Prevention of Suicide/Self Mutilation |
| ☐ Batons   ☐ Firearm | ☐ Prevention of Escape |
| ☐ Distraction Device   ☐ Other | ☑ Destruction of Property |
| ☐ Conductive Energy Devise | ☐ Refusal of an Order |
| ☐ SIMS | |

*Staff Involved*                                                        *Report Filed*

Emilee Moorhead R.N.        Cody Cross C.O.        ☑ Yes ☐ No
Trevor Candin Sgt.          Koby Ryan  C.O.        ☑ Yes ☐ No
Ryan Anderson C.O.                                 ☑ Yes ☐ No
George Smith S.T.                                  ☑ Yes ☐ No
Dustin Palmer C.O.                                 ☐ Yes ☐ No

*Offenders Involved*

_____            ☐ Yes ☐ No
_____            ☐ Yes ☐ No
_____            ☐ Yes ☐ No

*Victims or Others Involved*

_____            ☐ Yes ☐ No
_____            ☐ Yes ☐ No

DOC 3.1.8, Use of Force and Restraints (Attachment), Use of Force Information Sheet – Revised 11/30/11 - Page 1 of 1

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

**Title:** Whitford Use of Force                                                                                   **Statement #:**    8023

**Incident Date:**    01/25/2018          **Incident Time:**    10:30 AM                    **Statement Date:** 01/25/2018

**Jurisdiction:** Montana State Prison

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:**  Montana State Prison/Maximum Security/Locked Housing Unit 1/Security Tech Smith's Office

## Summary of Incident

On above date and approx. time, CO Palmer, Dustin and myself were escorting Inmate Whitford, M #3015941 to ST Smith's office for a file review.  While in the sally port, Inmate Whitford asked if he could have his handcuffs removed and still have the belly chains on while reviewing the file. I told him "that is up to ST Smith's discretion while in his office." When we got in the office, Inmate Whitford turned to CO Palmer to have his cuffs removed and ST Smith told him "you don't need the cuffs off to review the file."  At this point Inmate Whitford got upset and told Smith "you are nothing but a low life punk ass bitch and I hate dealing with you." ST Smith told Whitford "you are done in here, go back to your house." CO Palmer grabbed Whitford arm to escort him and Smith then got out of his chair and was walking around his desk to assist in escorting Whitford when Whitford turned toward ST Smith and spat in his direction and lunged toward Smith. ST Smith took Whitford to the ground outside of his office in the hall myself and CO Palmer helped restrain him until SGT Cardin responded and relieved CO Palmer. Inmate Whitford began yelling "You're nothing but a punk as bitch, I am going to fucking kill you Smith, you better hope I don't get out. I will find your family and kill them all. I will fucking kill you Smith you just a punk ass bitch!" "Norquay, green light, Smith! Green light Smith!"  At this time, LT Lamb and CPT Zuber arrived in the unit and Whitford was taken to A block to be placed in a cell. I grabbed the scissors out of the shield box to cut Inmate Whitford's clothes off. Inmate Whitford was placed in LA7. EOR

## Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Cardin, Trevor | |
| Staff | Palmer, Dustin | |
| Staff | Cross, Cody | |
| Staff | Smith, George | |
| Staff | Anderson, Ryan | Escorting officer in LHU1 |

## Source and Documentation

**Confidential Informant:** No

**Information Source:** Offender - Whitford, Makueeyapee 3015941

**Reporting Staff:**  Anderson, Ryan                                                    **Title:** Correctional Officer

**Signature:** C/o R Anderson                                                           **Date:** 1-25-18

## Notes

No Notes are associated with this Incident Statement

## NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

_____

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Printed: 01/25/2018 @ 11:50 AM                          Page 1 of 2                          Original - 09/14/2016

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections
## Statement of Incident

**Title:** Whitford Use of Force                         **Statement #:**      8023

**Incident Date:**   01/25/2018     **Incident Time:**   10:30 AM     **Statement Date:** 01/25/2018

**Jurisdiction:** Montana State Prison

**Supervisor Name:** _____     **Title:** _____

**Signature:** _____     **Date:** _____

**Routing List (Place an X next to those this report will be distributed to):**

| | | | |
|---|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Printed: 01/25/2018 @ 11:50 AM                    Page 2 of 2                    Original - 09/14/2016

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections
## Statement of Incident

| | |
|---|---|
| **Title:** Whitford Use of Force | **Statement #:** 8019 |

**Incident Date:** 01/25/2018.     **Incident Time:** 10:30 AM     **Statement Date:** 01/25/2018

**Jurisdiction:** Montana State Prison

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/Locked Housing Unit 1/Security Tech Smith's Office

## Summary of Incident

upon arrival to security tech Smiths office inmate Whitford asked to have his handcuffs removed to look at his file. Smith informed Whitford that he didn't need his cuffs off to look at his file. That is when inmate Whitford told Smith ( you are a dumb punk ass bitch) Smith informed Whitford that he will be returning to his cell. Smith went to grab inmate Whitford's arm to escort him and Whitford then turned and tried to spit at Smith. smith then had to apply use of force and took whitford to the ground. myself and officer Anderson assisted in use of force. once on the ground inmate then began to threaten officer Smith. "you are a punk ass bitch" "I will fucking kill you and your family" "Norquay green light Smith, green light smith." LT Lamb and CPT Zuber arrived in the unit, helped lift Whitford to his feet and escort him to LA3 where inmate Whitford continued to threaten officer smith by saying "you're a punk ass bitch I will kill you and your family don't let me catch you on the outside." Upon removal of his clothes he was then moved to LA7. IPS arrived and took over. EOR

## Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Staff | Anderson, Ryan | Officer on scene |
| Staff | Smith, George | ST on Scene |
| Staff | Cross, Cody | Satellite cage officer witness |
| Staff | Cardin, Trevor | LHU 1 SGT/Responded to call |

## Source and Documentation

**Confidential Informant:** No

**Information Source:** Offender - Whitford, Makueeyapee 3015941

**Reporting Staff:** Palmer, Dustin     **Title:** Correctional Officer

**Signature:** _____     **Date:** 1-25-18

## Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____     **Title:** _____

**Signature:** _____     **Date:** _____

## Routing List (Place an X next to those this report will be distributed to):

| _____ Helena Office | _____ Security Major | _____ Medical |
|---|---|---|

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Printed: 01/25/2018 @ 11:29 AM          Page 1 of 2          Original - 09/14/2016

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

| | |
|---|---|
| **Title:** Whitford Use of Force | **Statement #:** 8019 |
| **Incident Date:** 01/25/2018    **Incident Time:** 10:30 AM | **Statement Date:** 01/25/2018 |
| **Jurisdiction:** Montana State Prison | |

| | | |
|---|---|---|
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note:** This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** Whitford #3015941 | **Statement #:** 8025 |

| | | | |
|---|---|---|---|
| **Incident Date:** 01/25/2018 | **Incident Time:** 10:40 AM | **Statement Date:** 01/25/2018 |

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/ST. Smith's office and east side hallway

### Summary of Incident

while breaking out the satellite cage C/O Anderson and C/O Palmer had taken I/m Whitford#3015941 out of his cell into ST. Smiths office shortly after, he was on taken to the ground by the C/O's in the hallway, I called command post and told SSG Larson and the Main cage that there was a use of force taking place with I/m Whitford then around 1049 CPT. Zuber entered the building to assist the C/O's. Around 1050 C/O's and the assisting staff took I/M Whitford through the sally-port out of the east side of the building and I was unable to see the staff after that. EOR

### Involved Persons

No Individuals are associated with this Incident Statement

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Cross, Cody

**Reporting Staff:** Cross, Cody                 **Title:** Correctional Officer

**Signature:** _[signature]_                 **Date:** 1-25-18

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____     **Title:** _____

**Signature:** _____     **Date:** _____

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of Incident may be the only statement of the described Incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections

## Statement of Incident

| Title: Whitford | | | Statement #: | 8021 |
| --- | --- | --- | --- | --- |
| Incident Date: 01/25/2018 | Incident Time: | 10:30 AM | Statement Date: | 01/25/2018 |

Jurisdiction: Montana State Prison

### Incident Scene

Incident Occurred at Facility?  Yes

Location:  Montana State Prison/Maximum Security/Security Tech office in LHU1

### Summary of Incident

On the above date and approximate time, I/M Whitford was brought to my office to review his file. He wanted his handcuffs off. I informed him that they would not be removed. He got upset and in a very angry and aggressive voice said, "Fuck you Smith". At this time, I let him know that his review was over. I stood up to begin to escort him back to his cell. At this time Inmate Whitford charged at me in a aggressive way to attempt to assault me. CO Anderson, CO Palmer and I attempted to stop him and stop him and take him to the floor to gain control over him. During this time Inmate Whitford made a hocking motion/noise with his mouth as if he were to spit on me. I moved my hand to his chin area to change to direction of his mouth, to prevent him from spiting on me. When my hand when to the chin area Inmate Whitford attempted to bite my hand. Once Whitford was secured and on the floor a spit hood was placed on his head. Sgt Cardin and other floor officers then arrived to help. The C.P. was notified and it was decided to not move Whitford until other staff arrived. Whitford was yelling and threatening me the entire time. He said that he would kill me. He told me several times that "you better watch your back" and "you are a punk, Smith". These threats were made several times. Whitford yelled at the top of his voice to the inmates on the block "Green Light Smith", he yelled this several times loud enough for the Inmates on the block to hear. Whitford began chanting a song, singing about "warrior boy".
When Lt Lamb and Captain Zuber arrived Inmate Whitford was taken to a cell on A-Block and placed on a BMP. During the escort to A-Block Whitford continued to yell threats of bodily about me. Once in the cell on A-Block Whitford continued to yell threats toward me. I was not near the cell and was trying to stay out of sight once he was in the cell. This was to try and keep Whitford from escalating more. Whitford yelled "you better hope I never find out where you live, I will get you and your family."

### Involved Persons

| Category | Person | Narrative |
| --- | --- | --- |
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Cardin, Trevor | |
| Staff | Palmer, Dustin | |
| Staff | Anderson, Bryon Ryan | |
| Staff | Lamb, Christopher | |
| Staff | Ryan, Kody | |

### Source and Documentation

Confidential Informant:  No

Information Source:  Staff - Smith, George

Reporting Staff:   Smith, George                          Title:  Correctional Officer

Signature: *George Smith*                          Date: 1-28-18

### Notes

No Notes are associated with this Incident Statement

Note: This statement of Incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections
## Statement of Incident

**Title:** Whitford                                   **Statement #:**   8021

**Incident Date:**   01/25/2018    **Incident Time:**   10:30 AM    **Statement Date:** 01/25/2018

**Jurisdiction:** Montana State Prison

**NOTE: Supervisors must review all reports for accuracy before signing off**

Supervisor Review and Remarks: _____

_____

Supervisor Name: _____    Title: _____

Signature: _____    Date: _____

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Printed: 01/25/2018 @ 12:56 PM                Page 2 of 2                Original - 09/14/2016

EXHIBIT D
EXHIBIT D



## Montana Department of Corrections

### Statement of Incident

| | | |
|---|---|---|
| **Title:** I/M Whitford, M #3015941 | | **Statement #:** 8035 |
| **Incident Date:** 01/25/2018 | **Incident Time:** 10:30 AM | **Statement Date:** 01/25/2018 |

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security/LHU-1, East side hallway, by the case managers office.

### Summary of Incident

On the above date and approx. time I(Sgt. Cardin) was notified by the cage that they needed assistance in the case managers office. When I made my way over to the case managers office I saw that S.T. Smith, C.O. Palmer, and C.O. Anderson had I/M Whitford on the ground restraining him. When I helped assist in gaining compliance on I/M Whitford, he was was attempting to bite S.T. Smith who was controlling the upper torso. I was going to asses the situation and move I/M Whitford when he was calm to a hard cell, but I/M Whitford was still escalated and unwilling to listen. At that time I instructed an officer to call command post and requested assistance in moving I/M Whitford. While maintaining control on I/M Whitford he was continuing to threatening S.T.Smith by saying "Fuck you Smith" and "I am going to fucking kill you". I/M Whitford also stated that "You better hope I don't get out and find your family. I'M going to fucking kill them and fucking kill you". I/M Whitford then yelled for other inmate to green light Smith. I/M Whitford then yelled I/M Norquay name saying "Norquay green light Smith". I/M Whitford started chanting a song and singing "warrior boy" When Cpt. Zuber and Lt. Lamb arrived to LHU-1. We then escorted I/M Whitford to LA-3. While escorting I/M Whitford he was continuing to threaten S.T. Smith and yell profanity at him. When we got I/m Whitford into the cell I then cut off I/M Whitford clothes and it was discovered that we had to move him out of that cell into another cell. Once we got him into LA-7 I.P.S. came onto the block to secure I/M Whitford. I then had all LHU-1 officers start there incident reports.

I then had two officers go and roll up I/M Whitfords property. I instructed the officers to take the rubber mallet and to do a search of I/M Whitford cell and to especially look for any STG related material in his property. The officers reported back after rolling up his property that they found several materials of STG material.

I called the infirmary at approx. 1100 to report a use of force. When the nurse arrived I escorted the nurse to I/M Whitford cell. The nurse assessed I/M Whitford and "cleared" I/M Whitford. While I was at I/M Whitfords cell door I/M Whitford said " I don't fucking care anymore I got a lot of time and I am going to start showing you fuckers what I can do". I/M Whitford also said " Mark my word if I ever get around Smith I am going to take him out. It don't matter when or where but I am going to get him". E.O.R.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Whitford, Makueeyapee - 3015941 | |
| Staff | Palmer, Dustin | |
| Staff | Anderson, Ryan | |
| Staff | Ryan, Kody | |
| Staff | Cross, Cody | |
| Staff | Smith, George | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Offender - Whitford, Makueeyapee 3015941

**Reporting Staff:** Cardin, Trevor                 **Title:** Correctional Officer Sgt

**Note:** This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections
## Statement of Incident

| | |
|---|---|
| Title: I/M Whitford, M #3015941 | Statement #:          8035 |

| | | | |
|---|---|---|---|
| Incident Date:     01/25/2018 | Incident Time:     10:30 AM | Statement Date: 01/25/2018 |

Jurisdiction:  Montana State Prison

Signature: _S. l. Carelsn_     Date: _1-25-17_

**Notes**

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

Supervisor Review and Remarks: _____

Supervisor Name: _____     Title: _____

Signature: _____     Date: _____

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Printed: 01/25/2018 @ 12:59 PM                    Page 2 of 2                    Original - 09/14/2016

EXHIBIT D
EXHIBIT D



# Montana Department of Corrections
## Statement of Incident

**Title:** Makueeyapee Whitford AO#3015941 Use of force                                    **Statement #:**      8031

**Incident Date:** 01/25/2018        **Incident Time:**     11:20 AM              **Statement Date:** 01/25/2018

**Jurisdiction:** Montana State Prison

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Maximum Security

## Summary of Incident

On the above noted date and approximate time LHU 1 reported a physical use of force on I/M Makueeyapee Whitford AO#3015941. Sgt. Cardin stated that I/M Whitford "attacked" Security Tech George Smith in his office and was taken down to the ground while handcuffed. I/M Whitford standing at window in cell, follows commands appropriately. Oriented to person, place and time. Unable to perform further nursing assessment d/t security concerns. Approximately 1 inch superficial abrasion noted on top of head. States pain and numbness in both wrists. Bruising and superficial abrasions noted from cuffs at wrists. Full range of motion noted. END OF REPORT.

## Involved Persons

No Individuals are associated with this Incident Statement

## Source and Documentation

**Confidential Informant:** No

**Information Source:** Offender - Whitford, Makueeyapee 3015941

**Reporting Staff:** ~~Tauck~~ Morehead, Emilee                    **Title:** Registered Nurse

**Signature:** _Emilee Morehead(RN)_              **Date:** 1/25/18

## Notes

No Notes are associated with this Incident Statement

## NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____       **Title:** _____

**Signature:** _____       **Date:** _____

## Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

**MAJOR** ☒          **MINOR** ☐

RECEIVED BY
JAN 26 2018
DISCIPLINARY

LA7

Inmate Name: _Whitford_ _____ _Makueyapee_ _____ ID # 3015941
             Last name                  First Name

Date: _1-25-18_   Time: _1145_   Place of Incident: _LHU1  UF2_

Room/Cell: _UF2_   Housing Unit: _LHU1_   Job Assignment: _9999_

Infraction Number(s) & Name(s) _4225- STG Activity_

Staff Witness: 1. _____   Other Inmates involved 1. _____
             2. _____                     2. _____

Description of Violation: **(who, what, why, where, when and how):** While packing up I/m whitford #3015941 property as instructed By the unit SGt the other C/o's and I found several STG related paper including other I/m's names and the gang they are affiliated with and a cypher text key along with others I gathered as much as I could and notified the Unit SGt.

REPORTING STAFF MEMBER: _CROSS_
                                        (Print Name)                (Sign Name)

Supervisor Review: _A.L. Carlin_
                          (Print Name)                (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☒ Other

Reason: _Currently on detention status_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   _1/25/18_   _____   _/  /_
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

on or before

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: _1/30/18_   Time: _Any_ hrs.   Place: _LHU1_
2. I understand the charge(s)?   ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☒Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐Yes ☐No  If inmate has witnesses, have him/her complete a Witness Request form.
5. Other pertinent notations: _Inmate copies left in sgt office_

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure, I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____   _date 181026_   _Refused_
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B                MSP 3.4.1, Institutional Discipline                Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: Whitford, Makueeyapee    ID # 3015941    Date: 1-30-18

Infraction Number(s) & Name(s)   4225 - STG Activity

☒ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ____ / ____ / _____   By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: Refused to sign infraction

Inmate's Statement: _____

Evidence Provided: infraction report

Findings: ☒ Guilty of # 4225          ☐ Not Guilty of # ____

Evidence Relied On: infraction report

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:  1   2   3   4  ⑤  Grid Level to Use: 3

(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).

Sanction(s): 15 days detention, concurrent w/ (detention being seved)

Reason(s) for findings: Offender had STG material. Offender refused to sign infraction - hearing held w/out him per policy.

ADMINISTRATIVE REVIEW / DATE   1/31/18        DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM   1-30-18

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☒ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: refused to sign infraction

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS   RECEIVED BY

MSP ☒   MWP ☐   CONTRACT FACILITY: _____   JAN 0 3 2018   3

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒   MINOR ☐   DISCIPLINARY

Inmate Name: **Whitford** _____ **Makveeyapee** _____ ID # **3015941**
_____ Last name _____ First Name

Date: **1/2/18**   Time: **0800**   Place of Incident: **LHU 1**
Room/Cell: **UF8**   Housing Unit: **LHU 1**   Job Assignment: **LP # 801**
Infraction Number(s) & Name(s)

**#4225· STG Activity**

Staff Witness: 1. **Sgt. Luly** _____   Other Inmates involved 1. _____
2. _____   2. _____

Description of Violation: (who, what, why, where, when and how): On the above date & time the STG department received a note that was confiscated in 'LHU', UC block on 12/29/17. The Sergeant retrieved the note during count & believed Whitford was involved in phishing it. In comparing the note with other writings of Whitfords' I am confident they match.

The content of the note is STG in nature & talks of his manipulating another to do missions for him. He will hadn't check him as he is looking for combatants to put in work. this person will either fall in-line & take someone out or he will watch him break & cross him out. it clearly states Whitford's intent to "clean up our garbage" by getting another to do the work, thereby jeopardizing the safety & security of others. MDOC has zero tolerance for STG activity. EOR

REPORTING STAFF MEMBER: **Lorna Kuchinsky** _____   **Lorna Kuchinsky**
_____ (Print Name) _____ (Sign Name)

Supervisor Review: _____
_____ (Print Name) _____ (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other
Reason: **Security threat**

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

**SSG** _____   **1/2/18** _____   _____   _/_/_
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**on or before**   **NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: **1 5 2018**   Time: **Any** hrs.   Place **LHU1**
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Be present at the hearing and present evidence and witnesses on my behalf. ☐Yes ☒No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

_____   **1-2-18 1530**   _____   **3015941**
(Staff Signature)   (Date & Time)   (Inmate's Signature / Date)

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment B   MSP 3.4.1, Institutional Discipline   Effective February 23, 2015

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: Whitford, Makueeyapee   ID #: 301594 Date: 1·5·18

Infraction Number(s) & Name(s)   4225 - STG Activity

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____ By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: I haven't had the right to form a defense. We have our own laws that we go by.

Evidence Provided: infraction report, note

Findings: ☒ Guilty of # 4225     ☐ Not Guilty of # _____

Evidence Relied On: infraction report

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ ] Grid Level to Use: 3

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): $25.00 Fine
10 days detention
ENDS 1·15·18

Reason(s) for findings: offendu sent a note that was STG in nature.

_____ TS _____ 1/10/18     _____ 1·5·18

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: X _____

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS** RECEIVED BY

MSP ☒   MWP ☐   CONTRACT FACILITY: _____   JAN 0 8 2018

### Disciplinary Appeal
(major infractions only)

DISCIPLINARY

Inmate's Name: Whitford, Makueeyapi   ID # 3015941
Date: 1 /5 /18   Infraction(s): 4225 - STG Activity
Disciplinary Hearing Decision: 25ᵒᵒ fine  10 day detention

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.
   I did not get to see any evidence. Nothing was attached to the infraction.

2. Required disciplinary procedures were not followed.
   I didn't get to see any disciplinary procedures therefore I was unable to prepare a defense.

3. The sanction(s) is excessive. 25$ for a write up is excessive. Especiall where no damage was caused.

_____        1 /7 /18
Inmate Signature                     Date

### WARDEN OR DESIGNEES RESPONSE

Warden or designee:

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☑ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☑ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☑ | ☐ |

Decision:

☑ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

  ☐ reduced sanction or level to:

  ☐ suspended sanction(s) for:

Written justification for the action taken above: Evidence Supports the finding
Procedures were followed Appropriately. Sanction is Within
the Scope of the Grid

_____        1/11/18
Warden or Designee Signature        Date

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

LOCKED HOUSING PLAN

Name:  Whitford, Makueeyapee MSP/DOC#  3015941 Date:  12/29/2017

Housing Unit:  LHU1   ST:  Smith UM:  Jovanovich

Separation Needs:  ☒   Atypical designation(s) Assaultive

Activation of BMP within last 30 days  ☒ Yes   ☐  No      BMP Clearance Date:  11/30/2017

Activation of SMP within last 30 days  ☐ Yes   ☒  No      SMP Clearance Date:  Click here to enter a date.

Mental Health Referral/Contact within the last 30 days  ☒ Yes   ☐  No

Monthly review from MH/Therapist:  Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
| Anger | Ordered 12/29/2017 | | |
| | | | |
| | | | |

Current Level:  Level 1                    Recommended Completion Level:  Level 3

Reason for initial placement:
☒  Multiple disciplinary violations          ☐  Multiple locked housing placements
☐  Refusal to leave locked housing           ☐  STG activity
☒  Predatory/Violent/Assaultive Behavior     ☐  Planning A serious disturbance/riot
☐  Escape, Attempt or Facilitation to Escape ☐  Death Sentence or pending death sentence
☐  Other Click here to enter text.

Special Housing Needs:
☐  Spit Hood   ☐  Restrictions   ☐  Bottom bunk/tier  ☐  Water Restrictions(flooding) ☐ ADA
☐  Escort Procedures/Special Security Procedures

Summary of current status and recommendations:  Inmate Whitford was approved for Max placement on 12/6/2017. Whitford was found guilty of having a sharpened instrument on 10/11/2017; tattooing on 10/16/2017; misuse of medication on 10/16/2017; unauthorized area and refusing an order on 11/28/2017; threatening staff, tampering with a locking device, refusing orders, and encouraging others to commit a major offense on 12/6/2017. Whitford will need to complete Max levels 1-3 before being reviewed for general population. LHU UMT recommends that Whitford complete New Freedoms Binder "Anger". Whitford must maintain clear conduct to progress to each level of his Max plan.  He will be up for review to level 2 on 3/2/2018, level 3 on 6/2/2018 and general population on 9/2/2018. This plan will be reviewed with Inmate Whitford on a monthly basis.

I _____ refuse to participate in my locked housing status review plan.

☒ I _____ have participated in my locked housing status review plan and
understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to
disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST: _____

White-Main                         Yellow-6 part file                          Pink-Inmate

EXHIBIT D
EXHIBIT D

**CLASSIFICATION SUMMARY**

NO WC

Name: **Whitford, Makueeyapee**          MSP/DOC# **3015941**          Facility/Unit: **HSU2**

| | | |
|---|---|---|
| Type of Classification: **Special** | Classification Date: **12/6/2017** | Next Review Date: **6/30/2018** |
| Current Custody: **CLOSE** | | Current Assignment: LP # 801 |
| Final Custody: **MAX** | | Final Assignment: Labor Pool 801 |

Parole Date:  3/9/2038          Discharge Date:  2/28/2073

Detainer/Warrant/Notification:  ☐ Yes  ☒ No     State/County:

Separation Needs:  ☒ Active  ☐ Inactive  ☐ Initiate  ☐ Remove

Atypical:  ☒ Yes  ☒ No   Assaultive   *Explain if other*

STG Review:  ☐ Yes  ☒ No

Override:  ☒ Yes  ☐ No   ☐ Continue   Override Factor:  SPECIAL MANAGEMENT

Confidential Information:  ☐ Yes, in: _____   ☒ No

PREA:  ☒ Yes,   Date 7-19-2016   ☐ No      Emergency Contact valid:  ☒ Yes  ☐ No
MORRA      COMPLETE  DATE   6-1-15-PIT         MORRA RISK LEVEL    HIGH

**TREATMENT STATUS**

| | TYPE OF REFERRAL | Screened/Waiting | Active | Incomp. | Complete |
|---|---|---|---|---|---|
| SOP I TX | Choose an item. | ☐ | ☐ | | ☐ |
| SOP II TX | Choose an item. | ☐ | ☐ | | ☐ |
| CD TX: ITU | Assessment Need | ☒ | ☐ | | ☐ |
| MENTAL HEALTH | Choose an item. | ☐ | ☐ | RECEIVED | ☐ |
| ANGER MANAGEMENT | Assessment Need | ☒ | ☐ | | ☐ |
| EDUC. / GED / HiSET | Choose an item. | ☐ | ☐ DEC 2 2 2017 | | ☐ |
| TSCTC/PRC | Choose an item. | ☐ | ☐ Classification & Placement Office | | ☐ |
| PARENTING | Choose an item. | ☐ | ☐ | | ☐ |
| CP&R: I/II/III | Assessment Need | ☒ | ☐ | | ☐ |
| OTHER T4C | Assessment Need | ☒ | ☐ | | ☐ |

Admin Review / Special Committee Signature / Date   amie M. Bay  MA-CCHP

Appeal:  ☒ Yes  ☒ No
Classification Officer:  ST. Campbell 12/7/17   Unit Manager:   Ben Bouley 12/6/17
Inmate Signature: _____          Date:  12-7-2017

**CLASSIFICATION INSTRUMENT**

WHITE-MAIN FILE          CANARY-COUNSELOR          PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

**- Page 1 -**

Name:  **Whitford, Makueeyapee**          MSP/DOC Number:  **3015941**          Unit:  **HSU2**

1. **Severity of Institutional Misconduct (rate last 3 years)**

| | | |
|---|---|---|
| ☒ | Category I Reports    10/11/17 # 4102; 7/19/16 # 4104; 12-14-15 # 4104 | 6 |
| ☐ | Category II Reports    12/6/17 # 4235; 10/16/17 # 4224; 12-08-16 4107 ; 3-28-16 # 4235 | 3 |
| ☐ | 3+ Category III Reports    12/6/17 # 4212; 11/28/17 # 4234; 10/16/17 # 4222; 1-3-17 # 4212 | 1 |
| ☐ | No violations within last 3 years | 0 |

2. **Most serious current conviction, Detainer or Warrant**

| | | |
|---|---|---|
| ☒ | Highest Severity    Deliberate Homicide | 6 |
| ☐ | High Severity | 5 |
| ☐ | Moderate Severity | 1 |
| ☐ | Low Severity | 0 |

3. **Escape History (rate last 3 years)**

| | | |
|---|---|---|
| ☐ | Escape or attempted escape from a secure facility (WRC classified secure) | 6 |
| ☐ | Escape/walk away from PRC, TSCTC | 4 |
| ☐ | Walk away from work release or monitoring program | 2 |
| ☒ | No violations within last 3 years | 0 |

4. **Severity of Felony Convictions within the last 7 years (do not include current conviction)**

| | | |
|---|---|---|
| ☐ | 1+ Highest Severity or 3+ High Severity | 4 |
| ☐ | 1-2 High Severity | 3 |
| ☐ | 0 Highest/High severity with 1+ Moderate Severity | 1 |
| ☒ | 0 Highest/High/Moderate Severity with only Low Severity | 0 |

5. **Number of Category I or II Rule Violations, Predatory/Assaultive Behavior (rate last 3 years)**

| | | |
|---|---|---|
| ☒ | 3+ Category I or II Reports    12-06-17 # 4235; 10/11/17 # 4107; 7/19/16 # 4104, 12/14/15 # 4104 | 4 |
| ☐ | 1-2 Category I or II Reports | 2 |
| ☐ | 0, No Category I or II Reports | 0 |

| | Score 1-5 |
|---|---|
| Custody Score based on Items 1-5:  7-9 Medium Restricted  /  10-14 Close  /  15+ Maximum | 16 |

6. **Number of Disciplinary Reports (rate last 6 months)**

| | | |
|---|---|---|
| ☒ | 3+ Reports or Return from Community Placement for disciplinary reasons | 4 |
| ☐ | 1-2 Reports    12/6/17 # 4213, 4229; 12/6/17 # 4235, 4212; 11/28/17 4234, 4213; 10/16/17 4224; 10/16/17 # 4222; 10/11/17 # 4102 | 2 |
| ☐ | No Major/Severe Reports | 0 |

7. **Performance in Recommended Treatment/Education Programs**

| | | |
|---|---|---|
| ☒ | Non-Compliant    New Freedom Aggression and Violence | 4 |
| ☐ | Waiting for treatment / currently enrolled | 0 |
| ☐ | All recommended programs completed | -1 |

8. **Institutional Adjustment / Work Performance (rate last 6 months)**

| | | |
|---|---|---|
| ☐ | Poor ratings from both Work and Housing Unit Team | 2 |
| ☐ | 1 Poor rating from either Work or Housing Unit Team | 1 |
| ☒ | Positive ratings from both Work and Housing Unit Team | 0 |
| ☐ | Positive ratings from both Work and Housing Unit Team for 3 years | -1 |

WHITE-MAIN FILE              CANARY-COUNSELOR                    PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

## CLASSIFICATION INSTRUMENT

### -Page 2-

Name: **Whitford, Makueeyapee**       MSP/DOC# **3015941**       Unit: **HSU2**

**9.   Sentence Remaining (total of all consecutive sentences)**

Time Remaining:   [ **55 yrs, 4 months** ]

☐ Sentenced prior to April 12, 1995         ☒ Sentenced after April 12, 1995

☐ Designated Dangerous Offender (multiply x 2)

|  | | *Score* |  | | *Score* |
|---|---|---|---|---|---|
| ☐ | 30+ years/life sentence | 2 | ☒ | 30+ year sentence/life sentence | 5 |
| ☐ | 11-29 years | 1 | ☐ | 11-29 year sentence/total of consecutive | 1 |
| ☐ | 1-10 years | 0 | ☐ | 1-10 year sentence/total of consecutive | 0 |

| TOTAL SCORE Item 6-9: | **13** |
|---|---|

| Total Points Item 1-5: | **16** | Total Points: | **29** |
|---|---|---|---|

| Custody Based on Item 1-5: | **MAX** | Custody Based on Total Points: | **MAX** |
|---|---|---|---|

| Preliminary Custody Level: | **MAX** | Recommended Custody Level: | **MAX** |
|---|---|---|---|

| CUSTODY SCORE BASED ON ITEMS 1-5     Medium Restricted 7-9     Close 10-14     Maximum/Ad Seg/Ad Seg Restricted 15+ |
|---|

| TOTAL POINTS SCALE - If inmate scores less than 7 points on Risk Items 1-5, use Total points to designate custody | |
|---|---|
| Minimum/Unrestricted 0-3 | Minimum/Restricted 4-8 |
| Medium/Unrestricted 9-11 | Medium/Restricted 12-16 |
| Close 17-22 | Maximum/Ad Seg/Ad Seg Restricted/Death Penalty 23+ points |

**Override Factors:**

| Special Management | ☐ | Psychiatric / Suicide Risk | ☐ |
|---|---|---|---|
| Medical | ☐ | Escape Threat | ☐ |
| Detainer | ☐ | Investigation Pending | ☐ |
| Exemplary Institutional Adjustment | ☐ | Adjustment Problem / Violence Threat | ☒ |
| Court Ordered | ☐ | Inmate Need  Click here to enter text. | ☐ |

Institutional Need   ☐   Click here to enter text.

**Final Custody Level:** [ **MAX** ]

**Comment from CM or Designee:**

> This is a special reclassification for Whitford as he has received several disciplinary write-ups over the last couple of months. Whitfors is not currently compliant as he needs to complete the new freedom packets for aggression and violence. Whitford did receive several write-ups this review period with the lastest for threatening staff in which a cell extaction had taken place. Whitford has approximately 55 years and 4 months until discharge and at this time I am recommending Max custody due to continued behavior.

**Comment from UM or Designee:**

WHITE-MAIN FILE          CANARY-COUNSELOR          PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

Whitford has been very disruptive in the housing area. He has gathered 6 major write-ups in the last 3 months. He is currently in Detention and got his last write-ups there - threatening to flood and harm staff, tampering with a locking device, and refusing orders. In October he was found guilty of a weapon offense for having sharpened finger nail clippers. He needs a longer term in Max Custody to think about his behavior and earn the privilege of being out of locked housing custody. Place to Max custody.

WHITE-MAIN FILE                    CANARY-COUNSELOR                         PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

UA5   3

RECEIVED BY
LHU
DEC 01 2017
UDB
DISCIPLINARY

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

(Information and staff signatures on this form must be legible)

MAJOR ☒   MINOR ☐

Inmate Name: __Whitford__   __Maueeyapec__   ID # __3015941__
         Last name            First Name

Date: __11·30·17__   Time: __1145__   Place of Incident: __LHU 1    UC: 07__
Room/Cell: __UC·07__   Housing Unit: __LHU1__   Job Assignment: __801   Labor Pool__

Infraction Number(s) & Name(s)

      __4213   Refusing to obey a direct order__
      __4229   Attempting to commit a 4200 infraction__
                                      (4210)

Staff Witness: 1. _____   Other Inmates involved 1. _____
         2. _____                    2. _____

Description of Violation: (who, what, why, where, when and how): on the above date and time I/M Whitford said that he was going to flood using his toilet. He began flushing his toilet multiple times. I shut off his water. Whitford then covered his window with his mattress. He refused multiple orders to take the mattress down. EOR

REPORTING STAFF MEMBER: __Gorse Smith__ __Smith__
                                 (Print Name)         (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☒ Other
Reason: __Currently on PHC·DD Status__

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

__SSG W Xan__ _____ __11·30·17__ _____ _____ __/  /__
(Shift Supervisor's Signature)     (Date)        (Warden or Designee Signature)     (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my rights.
1. Hearing Date: __12·5·17__   Time: __any__ hrs.   Place: __LHU1__
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Be present at the hearing and present evidence and witnesses on my behalf. If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations __A/o Fraser, Warner, Houk, Henderson__

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____ __12·1·17__ __SMC__ _____
(Staff Signature)    (Date & Time)           (Inmate's Signature / ID#)

Copies to:   1. Records   2. Parole Board (Major)   3. Housing Unit   4. Inmate

EXHIBIT D
EXHIBIT D

INMATE: _Whitford, Makueeyapee_   AO# _3016941_   LOCATION: _LHU1_

---

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _12-5-17_ IS/ARE BEING CONTINUED UNTIL _12-6-17_

FOR THE FOLLOWING REASONS: _further investigation_

Inmate Signature X _[signature]_   DATED _12-5-2017_

Disciplinary _[signature]_   DATED _12-5-17_

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

---

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____ IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS: _____

_____

_____

Inmate Signature _____ DATED _____

Disciplinary _____ DATED _____

---

Revised: Oct 2012          Records (White)          Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

STATE OF ONTANA DEPARTMENT OF COI CTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: Whitford, Maukuey    AP## 3015941   Date: 12·6·17

Infraction Number(s) & Name(s)   4213-Refusing an Order; 4229(4210)-Att. to Com

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___   By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: I didn't attempt to flood. I was playing around. I did say "hey man if you don't come over here, I'm going to flood" but I was joking. I didn't cover my window.

Evidence Provided: infraction report

Findings: ☒ Guilty of # 4229 (4210), 4213  ☐ Not Guilty of #

Evidence Relied On: infraction report, offender statement

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤   Grid Level to Use: 3

(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s): 13 days detention
END 12·19·17
Refer to unit

Reason(s) for findings: offender admitted to threaten to flood.

_Mc̄Beeson AW_   12-7-17   _C. Saughter_
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#:  ✗ _____

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C              MSP 3.4.1, Institutional Discipline              Effective January 17, 2017

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS** RECEIVED BY

MSP ☒   MWP ☐   CONTRACT FACILITY:_____   DEC 08 2017

## Disciplinary Appeal
(major infractions only)                                    DISCIPLINARY

Inmate's Name: Whitford, Makueeyapee   ID # 3015941
Date: 12/6/17   Infraction(s): 4213- Refusing an order; 4229(4210)- Off
Disciplinary Hearing Decision: 13days det, refer to unit                    TO
Instructions: Document why one, two, or all three of the following apply and submit it to the DHO or DHI. flood

1. There was no evidence and documentation to support the decision. No proper investigation
because DHO/DHI didn't get witness statements. or
document why they didn't use witness statements.

2. Required disciplinary procedures were not followed. Again. DHI must collect witness
statements or provide written documentation of why they
didn't. See (III)(A)(3) and (III)(B)(16) and (III)(B)(2)(k)(3)(9) of disciplin.
process 2017 None of this was done nor was I given a copy
3. The sanction(s) is excessive of the disciplinary write-up to go over
or access to policies rules, and procedures while housed
in Locked Housing Unit 1. This prevents me from preparing
a defense.

_____   Inmate Signature       12/6/2017   Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☑ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☑ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☑ | NO ☐ |

**Decision:**

☑ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

  ☐ reduced sanction or level to:

  ☐ suspended sanction(s) for:

**Written justification for the action taken above:** The above areas of
Disciplinary procedure were
followed

_____ mabeeson AW       12/11/17
Warden or Designee Signature                 Date

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)
Revised: December 2014

Omis  Noted
kl

EXHIBIT D
EXHIBIT D

3

RECEIVED BY
DEC 01 2017
008
DISCIPLINARY

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

Inmate Name: __Whitford__                    __Makueeyapee__        ID # _301594/_
　　　　　　　Last name                          First Name

Date: _11-30-17_   Time: _1415_   Place of Incident: _LHU-I   UC7_
Room/Cell: _UC7_   Housing Unit: _LHU-I_   Job Assignment: _801 Labor Pool_
Infraction Number(s) & Name(s) _4235- Threatening Staff_
　　　　　　　　　　　　　　　　 _4212 - Willfully blocking a locking derive_

Staff Witness: 1. _C/o Burkhart_            Other Inmates involved 1. _____
　　　　　　　 2. _C/o Kling_                                    2. _____

Description of Violation: (who, what, why, where, when and how): _On the above date and time I,_
_Sgt. Pomeroy, heard C-block in LHU-I yelling man down. I sent_
_C/o Burkhart to do a walk-through on the block. C/o Burkhart informed me_
_that inmate Whitford, M 301594/ was blocking his window with his matress,_
_I went to talk to inmate Whitford to try to get him to unblock his window._
_He ignored me so I notified Command Post. C/o Kling then also attempted_
_to get him to uncover his window. At this time inmate Whitford claimed_
_to have a weapon in his cell and that he would stab the next staff_
_member who opened his slot or the IPS team if they tried to_
_enter his cell. Inmate Whitford threatened staff with serious harm and_
_barricaded his cell door. His behavior impeded on myself and my staff_
_from carrying out our daily duties and resulted in a cell extraction. EOR._

REPORTING STAFF MEMBER: _Sgt. Pomeroy_            _Sgt. Pomeroy_
　　　　　　　　　　　　　　　(Print Name)                        (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☒ Other
Reason: _CURRENTLY PHC STATUS. INMATE PLACED ON SECTION G BMP_

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_[signature]_            _11/30/17_                    (Warden or Designee Signature)        _/  /_
(Shift Supervisor's Signature)        (Date)                                              (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my rights.
1. Hearing Date: _12/5/17_   Time: _0145_ hrs.   Place: _LHU1_
2. I understand the charge(s)?   ☒ Yes   ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Be present at the hearing and present evidence and witnesses on my behalf. If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _Fraser, Warner, Fowle, Henderson_

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

_[signature]_            _12-1-17_   _SMC_
(Staff Signature)        (Date & Time)

_[signature]_
(Inmate's Signature / ID#)

Copies to:        1. Records        2. Parole Board (Major)        3. Housing Unit        4. Inmate

EXHIBIT D
EXHIBIT D

INMATE: _Whitford, Makueeyapee_   AO#: _3016941_   LOCATION: _LHU_

---

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _12·5·17_   IS/ARE BEING CONTINUED UNTIL _12·6·17_

FOR THE FOLLOWING REASONS: _further investigation_

_____

Inmate Signature _X _____   DATED _12-5-2017_

Disciplinary _____   DATED _12·5·17_

---

### *********************************

---

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____   IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS: _____

_____

_____

Inmate Signature _____ DATED _____

Disciplinary _____ DATED _____

---

Revised: Oct 2012          Records (White)          Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**D I S C I P L I N A R Y   H E A R I N G   D E C I S I O N**

MAJOR ☒                    MINOR ☐

Inmate's Name: Whitford, Makueeyapee     ID # 3015941  Date: 12·6·17

Infraction Number(s) & Name(s)  4235-threatening; 4212-tampering

☒ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___ By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: I never threatened nobody ever.
I told them I was cutting myself.

Evidence Provided: infraction report, BMP activation, incident reports

Findings: ☒ Guilty of # 4235 / 4212   ☐ Not Guilty of #
Evidence Relied On: Infraction report, incident reports

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:  1  2  3  4 ⑤]  Grid Level to Use: 3
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): 20 days ce detention, cu 6 days
cs to other infraction,
END 1·2·18

Reason(s) for findings: Offender threatened to
harm staff + barricaded his cell door.

_M.C. Besson_ AW  12-7-17          _[signature]_          12·6·17
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: ✗ _[signature]_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS <span>RECEIVED BY</span>

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

DEC 0 8 2017

## Disciplinary Appeal
(major infractions only)

DISCIPLINARY

Inmate's Name: **Whitford, Makueeyapee**   ID # **3015941**
Date: **12/6/17**   Infraction(s): **4235 - threatening; 4212 - tampering w/**
Disciplinary Hearing Decision: **20 days det, cell 10 days,**   **locking device**

**Instructions:** Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision. **No proper investigation because DHO/DHI didn't use witness statements and/or didn't document why they didn't use witness statements.**

2. Required disciplinary procedures were not followed. **MSP Disciplinary Process 2017 (II)(A)(3). The DHI will collect necessary statements without unreasonable delay. Also III(B)(h) The DHI will collect statements from listed witnesses. If a witness is not permitted to testify, the DHO must document it (II)(B)(2)(b)(3)(a). None of this was done which prevents me from initiating a defense. I was not given a copy. I did not have access to policies, rules, or procedures either. Due Process violation.**

_____ **Wm DWT**   Inmate Signature   **12/6/2017**   Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☑ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☑ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☑ | ☐ |

**Decision:**

☑ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.

☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.

☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:

  ☐ reduced sanction or level to:

  ☐ suspended sanction(s) for:

**Written justification for the action taken above:** *All the areas of disciplinary procedure was followed.*

_____ *McPherson* AW   12/11/17
Warden or Designee Signature   Date

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)
Revised: December 2014

*omis noted*
*KI*

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

RECEIVED BY
NOV 27 2017

MSP ☒  MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

DISCIPLINARY

Inmate Name: Whitford                     Mahueeyapec        ID # 3015941
              Last name                   First name

Date: 11-23-17   Time: 1945   Place of Incident: HSU-2 upper tier
Room/Cell: UC-11   Housing Unit: HSU-2   Job Assignment: 801 - Labor Pool
Infraction Number(s) & Name(s) 4234-Being in an unauthorized area

4213-Refusing to immediately obey a verbal "direct"
order/command from any staff member.

Staff Witness: 1.  N/A              Other Inmates involved 1.  N/A
              2.  N/A                                    2.  N/A

Description of Violation: (who, what, why, where, when and how): At the above date and
time I, c/o Helstrom was opening the Upper B Black door, frame
the cage, to let the late kitchen workers laundry pass inmates back onto
their block. Inmate Whitford, M. #3015911 squeezed pass the guys entering
the block so that he could get out. Whitford ignored my direct order
to not leave his block and ran over to the upper B block to talk to
another inmate through the door. Again, Whitford ignored my direct order
to go back to his block over the speaker. After another minute
Whitford returned to his block door and turned around and shrugged
at me, stating that he doesn't care if he gets a write up. The inmate on
upper B block was unidentifiable. EOR.

REPORTING STAFF MEMBER: Helstrom
                        (Print Name)          (Sign Name)
Supervisor Review: Sgt Hotchkiss
                   (Print Name)               (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other
Reason: Security threat

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____ 11-3-17   McBerson AW   11-24-17
(Shift Supervisor's Signature) (Date)   (Warden or Designee Signature) (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 11-28-17   Time: ANY hrs.   Place: LHU-1
2. I understand the charge(s)?  ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☒Yes ☐No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

Andrew Bewley   11-23-17   Not   BU
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID)

Attachment B      MSP 3.4.1, Institutional Discipline      Effective January 17, 2017

EXHIBIT D
EXHIBIT D

STATE OF ...ONTANA DEPARTMENT OF CO...CTIONS

MSP ☒  MWP ☐  CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: **Whitford, Makuecyapee** # **3015941** Date: **11·28·17**

Infraction Number(s) & Name(s)  **4234-Unauth Area; 4213-Refusing an Order**

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___ By: _____

Reason: _____

Plea: ☐ Guilty  ☒ Not Guilty  ☐ Other: _____

Inmate's Statement: **I did everything that it says but its the technicality that Im pleading not guilty on.**

Evidence Provided: **infraction report**

Findings: ☒ Guilty of # **4234, 4213**  ☐ Not Guilty of # _____

Evidence Relied On: **infraction report**

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:  1  2  3  4  ⑤  Grid Level to Use: **3**

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level by adding current & prior guilty decisions).*

Sanction(s): **110 days det, cell 5 days ENDO 12·3·17 12·4·17 Refer to UMT**

Reason(s) for findings: **Offender refused an order to return to the block + went to an area to speak w/ another inmate.**

**ME Beeson # 11-29-17**                  **Co. Slaughter   11·28·17**
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: ✗ _____ # **3015941**

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C              MSP 3.4.1, Institutional Discipline              Effective February 23, 2015

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS   RECEIVED BY

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

DEC 0 8 2017

## Disciplinary Appeal
(major infractions only)

DISCIPLINARY

Inmate's Name: **Whitford, Makueeyapee** ID # **3015941**
Date: **11/28/17** Infraction(s): **4234 - Unauth. Area; 4213 - Refusing an Order**
Disciplinary Hearing Decision: **11 days det, cu 5days**

**Instructions:** Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision.
_____
_____

2. Required disciplinary procedures were not followed. **Due Process Violation. I have the right to prepare a defense. I was not given access to any policies, rules, or procedures; disciplinary rules; or unit rules in order to prepare a defense. Additionally, policy, rule, and**

3. The sanction(s) is excessive. **Procedures are out of date.**
_____
_____

_____   **11/28/17**
Inmate Signature                         Date

### WARDEN OR DESIGNEES RESPONSE

**Warden or designee:**

| | | |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | YES ☒ | NO ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | YES ☒ | NO ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | YES ☒ | NO ☐ |

**Decision:**
☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.
☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.
☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:
  ☐ reduced sanction or level to:
  ☐ suspended sanction(s) for:

**Written justification for the action taken above:** *Meets the above areas of the disciplinary procedure*

_____

_McBecson AW_   **12/11/17**
Warden or Designee Signature          Date

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)
Revised: December 2014

*copies noted*
*KL*

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION, REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

RECEIVED BY
OCT 10 2017
DISCIPLINARY

Inmate Name: Whitford, Makueeyapee          ID # 3015941

Last name                    First Name

Date: 10/9/17    Time: 2030    Place of Incident: HS II    Y-Room

Room/Cell: UA 12   Housing Unit: HS II    Job Assignment: 801 Labor Pool

Infraction Number(s) & Name(s) 4222 Tattooing or possession of tattoo paraphernalia

Staff Witness: 1. _____ N/A _____    Other Inmates involved 1. _____ N/A _____

2. _____    2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and time while rolling IM Whitford # 3015941 property I c/o Eastis found tattoo sketchis with location on body and tresfer paper along with graph paper with tattoo sketchis on them. This tattoo with the body location had another IM name & A.O.

REPORTING STAFF MEMBER: Eastis

(Print Name)          W Eas (Sign Name)

Supervisor Review: SGT Hotchkins

(Print Name)          S T Hotch (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement    ☒ Release to Previous Status    ☐ Other

Reason: NOT AN IMMEDIATE SECURITY THREAT

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____ (Shift Supervisor's Signature)   10/10/17 (Date)   _____ (Warden or Designee Signature)   /  /  (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.

1. Hearing Date: 10/16/17   Time: any hrs.   Place: L-Hse
2. I understand the charge(s)?  ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I understand my right to a hearing?  ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Be present at the hearing and present evidence and witnesses on my behalf.  ☐ Yes ☒ No. If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: Waive 24 hr notice Rt

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____ (Staff Signature)    10-11-17 0840 (Date & Time)    _____ (Inmate's Signature / ID#)

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment B                MSP 3.4.1, Institutional Discipline              Effective February 23, 2015

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒        MINOR ☐

Inmate's Name: **Whitford, Makuceyapee**   ID # **3018941**   Date: **10·16·17**

Infraction Number(s) & Name(s) **4222 ~ tattoo para.**

☐ I DO UNDERSTAND THE VIOLATION        ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___ By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☒ Other: **Offender was removed from hearing prior to plea**

Inmate's Statement: _____

Evidence Provided: **Infraction report, property receipt, photos**

Findings: ☒ Guilty of # **4222**        ☐ Not Guilty of #

Evidence Relied On: **Infraction report, property receipt, photos**

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤]  Grid Level to Use: **3**

*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): **Confiscate & dispose Level 1 property restriction until 4·16·18**

Reason(s) for findings: **hearing due to disruptive behavior   Inmate removed from**

**McBeeson AW    10-18-17** _____
ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden.  In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: **Offender removed from hearing**

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

3

STATE OF MONTANA DEPARTMENT OF CORRECTIONS   RECEIVED BY

MSP ☒   MWP ☐   CONTRACT FACILITY:_____   OCT 10 2017

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*   DISCIPLINARY

MAJOR ☒        MINOR ☐

Inmate Name:   WHITFORD        MAKUEEYPEE                     ID # 3015941
              Last name                    First Name

Date: 10-9-17   Time: 1800   Place of Incident: HSU I.  UA12
Room/Cell: UA12   Housing Unit: HSU2   Job Assignment: 801 Labor Pool
Infraction Number(s) & Name(s)  4102  POSSESSION OF A SHARPENED INSTRUMENT

Staff Witness: 1.  c/o DORSCHER        Other Inmates involved 1. _____
               2. _____                              2.  N/A

Description of Violation: (who, what, why, where, when and how): DURING WALK THROUGHS OF
UA BLOCK c/o DORSCHER FOUND A NAIL CLIPPER WITH THE
HANDLE SHARPENED ON THE END. WHITFORD WAS RESTRAINED AND ESCORTED
TO LHU1. END OF REPORT

REPORTING STAFF MEMBER:   SGT HOTCHKISS        [signature]
                          (Print Name)                (Sign Name)
Supervisor Review: _____   _____
                          (Print Name)                (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other
Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
[signature]  09/17   [signature] AW  10.10.17
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 10/12   Time: Hrs.   Place: _____ / on or before stated date
2. I understand the charge(s)?  ☒ Yes  ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing?  ☐ Yes  ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Be present at the hearing and present evidence and witnesses on my behalf. ☒ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.
Andrew Beulah   10/9/17   [signature] 3015941
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment B        MSP 3.4.1, Institutional Discipline        Effective February 23, 2015

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

RECEIVED
OCT 1 3 2017
DISCIPLINARY

**Disciplinary Appeal**
(major infractions only)

Inmate's Name: _Whitford Makueeypee_ ID # _3015941_
Date: _10 / 11 / 17_ Infraction(s): _4102 - Possession of weapon_
Disciplinary Hearing Decision: _10 days detention / conf + dsp._

**Instructions**: Document why one, two, or all three of the following apply and submit it to the DHO or DHI.

1. There was no evidence or documentation to support the decision. 1, The original infractio. is possession of a sharpened instrument, not weapon. I was not in possession of a weapon. 2, I possessed a sharpen instrument bun I did not "knowingly" possess it if I had I would not have left it in ~~~. 2, Required disciplinary procedures were not followed. I was denied the right to prepare a defense because I was not given access to the MSP Disciplinary Process January 2017 pamphlet prior to hearing and I was not given access to up-to-the date MSP Policies, Rules, and 3. The sanction(s) is excessive. Procedures or DOC Policies Rules, or Procedures. DOC/MSP are the governing authority. The Disciplinary Process pamphlet points renders to DOC/MSP Policies, Rules, and procedures, plus in order to adequately prepare a defense inmate behavior may be dictated in other parts of DOC/MSP Policies, rules, and procedures.

_____ Inmate Signature     _/  /_ Date

**WARDEN OR DESIGNEES RESPONSE**

Warden or designee:

| | YES | NO |
|---|---|---|
| Is there sufficient evidence and documentation to support the finding? | ☒ | ☐ |
| Is there substantial compliance with applicable disciplinary procedures? | ☒ | ☐ |
| Is the sanction(s) imposed proportionate to the rule violation(s)? | ☒ | ☐ |

Decision:
- ☒ **Affirm.** I uphold the decision of the DHO and the sanction(s) imposed.
- ☐ **Dismiss.** I disagree with the actions of the DHO and dismiss the infraction.
- ☐ **Modify.** I uphold the decision of the DHO, but the sanction(s) imposed or infraction level shall be:
  - ☐ reduced sanction or level to:
  - ☐ suspended sanction(s) for:

Written justification for the action taken above: _Meets above areas of procedure, was sharpened and in your possession_

_M.C. Beeson AW_ Warden or Designee Signature   _10 / 13 / 17_ Date

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: _Whitford  Makueaypee_   ID # _3015941_   Date: _10-11-17_

Infraction Number(s) & Name(s) _4102 - Possession of Weapon_

☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: _Someone gave it to me and I didn't realize it was sharpened._

Evidence Provided: _Infraction report / Photos / Statements_

Findings:   ☒ Guilty of # _4102_          ☐ Not Guilty of #

Evidence Relied On: _Infraction report / photos / Statements_

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   **5** ] Grid Level to Use: _3_
(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s): _4102 - 10 days detention_   _Credit 3 days_
_Conf/Disp of Contraband_   _END 10-19-17_

Reason(s) for findings: _Inmate was in possession of a Sharpened instrument._

_McElesn AV_   _10/11/17_     _K Ivie_   _10-11-17_
ADMINISTRATIVE REVIEW / DATE              DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, **I must submit a completed appeal form to the Disciplinary Hearings Officer** within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _____

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

# STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☐   MWP ☐   CONTRACT FACILITY: _____

## SUMMARY ACTION / CELL SEARCH / PROPERTY RECEIPT

| Source of Items | Date & Time | Contraband/Evidence Storage Location/Area | | |
|---|---|---|---|---|
| ☑ Room/Area Search ☐ Pat/Strip Search | 10-9-17 1800 | ☐ Major infraction evidence room/area ☐ Property office/area | ☐ Minor infraction evidence bin/room/area ☐ Contraband disposal bin/site/area | |

| Inmate Name: WHITFORD  MAKUEEYPEE | ID# 3015941 | Cell/Room # UA 12 | Housing Unit HSU 2 |
|---|---|---|---|
| Inmate Name: | ID# | | |

| Type of Infraction (if applicable): 4102 POSSESSION OF SHARPENED INSTRUMENT | Location of Search/Incident: UA 12 |
|---|---|

List only one item per line.  Put in disposition code (from bottom of form) as needed.

| Description, condition & reason property was removed | Owner's Name | Summary Action or Hearing? | Hearing Disposition |
|---|---|---|---|
| 1 Finger Nail Clipper - ALTERED | WHITFORD | H | |
| | | | |
| | | | |

Officer: _____  Officer: _____  Inmate: _____  Inmate: _____

This Portion to be completed by Disciplinary Unit Only

Disposition Codes:  R-returned to owner  P-placed in Property Room  E-Placed in Evidence Room
DES-Destroyed  H-held for Investigation  SAC-Summary Action Confiscation  DON-donate
Date: _____  Disposition completed by Staff Member: _____

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment D   MSP 3.4.1, Institutional Discipline   Effective February 23, 2015

EXHIBIT D
EXHIBIT D

3

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

(Information and staff signatures on this form must be legible)

MAJOR ☒          MINOR ☐

RECEIVED BY
OCT 06 2017
DISCIPLINARY

Inmate Name: WHITFORD          MAKUEEYAPEE                    ID # 3015941
                    Last name                 First Name

Date: 10-4-17    Time: 1610    Place of Incident: UC12    HSU2

Room/Cell: UC12    Housing Unit: HSU2    Job Assignment: 801 LABOR Pool

Infraction Number(s) & Name(s) 4224 DELIBERATE MISUSE OF AUTHORIZED MEDICATION,

Staff Witness: 1. _____N/A_____          Other Inmates involved 1. _____N/A_____
              2. _____                                        2. _____

Description of Violation: (who, what, why, where, when and how): DURING A CELL SEARCH OF UA12 I FOUND AN OBLONG TAN COLOR PILL PLACED NEXT TO THE CARD BOARD CENTER/UNDER THE TISSUE ON A BRAND NEW ROLL OF TOILET PAPER. INFIRMARY ID'd THIS PILL BY IT'S DESCRIPTION AS A ZOLOFT. I FURTHER CHECKED THE UPPERS PILL BOX AND VERIFIED WHITFORD DOES RECIEVE PILL PASS AND THE PILLS IN HIS BOX VISABLY LOOK LIKE THIS. END OF REPORT.

REPORTING STAFF MEMBER: SGT HOTCHKISS _____
                                  (Print Name)                    (Sign Name)

Supervisor Review: _____    _____
                          (Print Name)                    (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement    ☒ Release to Previous Status    ☐ Other

Reason: Still in inmates posession, no immediate threat

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____          10/4/17          _____    __/__/__
(Shift Supervisor's Signature)        (Date)        (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 10/10/17    Time: am Hrs.    Place: CHU
2. I understand the charge(s)? ☒Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☒No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Be present at the hearing and present evidence and witnesses on my behalf. ☐Yes ☒No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

X _____          10-11-17  858          _____
(Staff Signature)                        (Date & Time)              (Inmate's Signature / ID#)

12

Copies to: Records (White)    Parole Board-Majors only (Yellow)    Housing Unit (Pink)    Inmate (Goldenrod)

Attachment B                    MSP 3.4.1, Institutional Discipline          Effective February 23, 2015

EXHIBIT D
EXHIBIT D

INMATE: _Whitford, Makueapee_ AO#: _3015941_    LOCATION: _LHU1_

## HEARING CONTINUATION NOTICE #1

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _10-12-17_    IS/ARE BEING CONTINUED UNTIL _10-16-17_

FOR THE FOLLOWING REASONS: _Exceptional Circumstances_
_(MSP 3.4.1)_

Inmate Signature _[signature]_ , DATED _10-12-17_

Disciplinary _K Silke_ DATED _10-12-17_

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## HEARING CONTINUATION NOTICE #2

THIS FORM SERVES AS NOTIFICATION THAT THE HEARING(S) SCHEDULED

FOR _____ IS/ARE BEING CONTINUED UNTIL _____

FOR THE FOLLOWING REASONS:_____
_____
_____

Inmate Signature _____DATED _____

Disciplinary _____DATED _____

Revised: Oct 2012                    Records (White)                    Inmate (Goldenrod)

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒                    MINOR ☐

Inmate's Name: **Whitford, Makuceyapee**   ID # **3015941**   Date: **10·16·17**

Infraction Number(s) & Name(s)   **4224 · Misuse of meds.**

☒ I DO UNDERSTAND THE VIOLATION       ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / _____   By: _____

Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____

Inmate's Statement: **I did have tothose medications but I'm trying to fight this case. I've never gotten notice of any policy/rules/procedures. The policies in the law library are not up to date. I need to have access to policies.**

Evidence Provided: **infraction report, unit rules**

Findings: ☒ Guilty of # **4224**          ☐ Not Guilty of # _____

Evidence Relied On: **infraction report, offender statement**

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   ⑤ ]   Grid Level to Use: **3**

*(Circle number of prior guilt decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): **confiscate + dispose 13 days detention ERID 10·29·17**

Reason(s) for findings: **inmate removed from hearing due to disruptive behavior**

**McBeeson  NW   10-18-17**                    _____ **Co. Slaughter**
ADMINISTRATIVE REVIEW / DATE                    DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: **offender removed from hearing**

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C               MSP 3.4.1, Institutional Discipline          Effective January 17, 2017

EXHIBIT D
EXHIBIT D

WL

## CLASSIFICATION SUMMARY

Name: **Whitford, Makueeyapee**      MSP/DOC# **3015941**      Facility/Unit: **LHU2**

| Type of Classification: | **Reclass** | Classification Date: | **8/6/2017** | Next Review Date: | **2/6/2018** |
|---|---|---|---|---|---|

Current Custody: **MAX**      Current Assignment:   Unassigned 99999

Final Custody: **CLOSE**      Final Assignment:   Labor Pool 801

Parole Date:  3/9/2038      Discharge Date:  2/28/2073

Detainer/Warrant/Notification:   ☐ Yes   ☒ No      State/County:

Separation Needs:  ☒ Active   ☐ Inactive   ☐ Initiate   ☐ Remove

Atypical:   ☐ Yes   ☒ No
_____
Explain if other

STG Review:   ☐ Yes   ☒ No

Override:   ☒ Yes   ☐ No      ☐ Continue   Override Factor:  SPECIAL MANAGEMENT

Confidential Information:   ☐ Yes, in: _____   ☒ No

PREA:  ☒ Yes,   Date 7-19-2016   ☐ No   Emergency Contact valid:  ☒ Yes   ☐ No
MORRA   COMPLETE   DATE   6-1-15      MORRA RISK LEVEL   HIGH

### TREATMENT STATUS

| | TYPE OF REFERRAL | Screened/Waiting | Active | Incomp. | Complete |
|---|---|---|---|---|---|
| SOP I TX | Choose an item. | ☐ | ☐ | | ☐ |
| SOP II TX | Choose an item. | ☐ | ☐ | | ☐ |
| CD TX: ITU | Assessment Need | ☒ | ☐ | | ☐ |
| MENTAL HEALTH | Choose an item. | ☐ | ☐ | | ☐ |
| ANGER MANAGEMENT | Assessment Need | ☒ | ☐ | | ☐ |
| EDUC. / GED / HiSET | Choose an item. | ☐ | ☐ | | ☐ |
| TSCTC/PRC | Choose an item. | ☐ | ☐ | | ☐ |
| PARENTING | Choose an item. | ☐ | ☐ | | ☐ |
| CP&R: I/II/III | Assessment Need | ☒ | ☐ | | ☐ |
| OTHER T4C | Assessment Need | ☒ | ☐ | | ☐ |

R Orient  8/29/17
Admin Review / Special Committee Signature / Date

_____

Appeal:   ☐ Yes   ☐ No

Classification Officer:   Sgt. Cease      Unit Manager:   Clark

Inmate Signature: _____      Date:  8-9-2017

### CLASSIFICATION INSTRUMENT

WHITE-MAIN FILE      CANARY-COUNSELOR      PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

RECEIVED
AUG 21 2017
COUNT OFFICE

EXHIBIT D
EXHIBIT D

**- Page 1 -**

**Name:** Whitford, Makueeyapee        **MSP/DOC Number:** 3015941        **Unit:** LHU2

1. **Severity of Institutional Misconduct** (rate last 3 years)
   - ☒ Category I Reports      12-14-15 & 7-19-16, 4104      6
   - ☐ Category II Reports      12-08-16 4107      3-28-16 4235      3
   - ☐ 3+ Category III Reports      1-3-17 4212      1
   - ☐ No violations within last 3 years      0

2. **Most serious current conviction, Detainer or Warrant**
   - ☒ Highest Severity      Deliberate Homicide      6
   - ☐ High Severity      5
   - ☐ Moderate Severity      1
   - ☐ Low Severity      0

3. **Escape History** (rate last 3 years)
   - ☐ Escape or attempted escape from a secure facility (WRC classified secure)      6
   - ☐ Escape/walk away from PRC, TSCTC      4
   - ☐ Walk away from work release or monitoring program      2
   - ☒ No violations within last 3 years      0

4. **Severity of Felony Convictions within the last 7 years** (do not include current conviction)
   - ☐ 1+ Highest Severity or 3+ High Severity      4
   - ☐ 1-2 High Severity      3
   - ☐ 0 Highest/High severity with 1+ Moderate Severity      1
   - ☒ 0 Highest/High/Moderate Severity with only Low Severity      0

5. **Number of Category I or II Rule Violations, Predatory/Assaultive Behavior** (rate last 3 years)
   - ☒ 3+ Category I or II Reports      12-14-15 & 7-19-16, 4104 & 3-28-16 4235      4
   - ☐ 1-2 Category I or II Reports      2
   - ☐ 0, No Category I or II Reports      0

|  | Score 1-5 |
|---|---|
| Custody Score based on items 1-5:  7-9 Medium Restricted  /  10-14 Close  /  15+ Maximum | 16 |

6. **Number of Disciplinary Reports** (rate last 6 months)
   - ☐ 3+ Reports or Return from Community Placement for disciplinary reasons      4
   - ☐ 1-2 Reports      2
   - ☒ No Major/Severe Reports      0

7. **Performance in Recommended Treatment/Education Programs**
   - ☒ Non-Compliant      New Freedom Aggression and Violence      4
   - ☐ Waiting for treatment / currently enrolled      0
   - ☐ All recommended programs completed      -1

8. **Institutional Adjustment / Work Performance** (rate last 6 months)
   - ☐ Poor ratings from both Work and Housing Unit Team      2
   - ☐ 1 Poor rating from either Work or Housing Unit Team      1
   - ☒ Positive ratings from both Work and Housing Unit Team      0
   - ☐ Positive ratings from both Work and Housing Unit Team for 3 years      -1

**CLASSIFICATION INSTRUMENT**

WHITE-MAIN FILE                CANARY-COUNSELOR                PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

-Page 2-

Name: **Whitford, Makueeyapee**     MSP/DOC#: **3015941**     Unit: **LHU2**

9. **Sentence Remaining (total of all consecutive sentences)**

Time Remaining: **56 yrs**

- ☐ Sentenced prior to April 12, 1995     ☒ Sentenced after April 12, 1995
- ☐ Designated Dangerous Offender (multiply x 2)

| | | *Score* | | | *Score* |
|---|---|---|---|---|---|
| ☐ | 30+ years/life sentence | 2 | ☒ | 30+ year sentence/life sentence | 5 |
| ☐ | 11-29 years | 1 | ☐ | 11-29 year sentence/total of consecutive | 1 |
| ☐ | 1-10 years | 0 | ☐ | 1-10 year sentence/total of consecutive | 0 |

| TOTAL SCORE Item 6-9: | | **9** |
|---|---|---|

Total Points Item 1-5: **16**     Total Points: **25**

Custody Based on Item 1-5: **MAX**     Custody Based on Total Points: **MAX**

Preliminary Custody Level: **MAX**     Recommended Custody Level: **CLOSE**

| CUSTODY SCORE BASED ON ITEMS 1-5 | Medium Restricted 7-9 | Close 10-14 | Maximum/Ad Seg/Ad Seg Restricted 15+ |
|---|---|---|---|

| TOTAL POINTS SCALE - If inmate scores less than 7 points on Risk Items 1-5, use Total points to designate custody | |
|---|---|
| Minimum/Unrestricted 0-3 | Minimum/Restricted 4-8 |
| Medium/Unrestricted 9-11 | Medium/Restricted 12-16 |
| Close 17-22 | Maximum/Ad Seg/Ad Seg Restricted/Death Penalty 23+ points |

**Override Factors:**

| | | | | | |
|---|---|---|---|---|---|
| Special Management | ☐ | | Psychiatric / Suicide Risk | ☐ | |
| Medical | ☐ | | Escape Threat | ☐ | |
| Detainer | ☐ | | Investigation Pending | ☐ | |
| Exemplary Institutional Adjustment | ☐ | | Adjustment Problem / Violence Threat | ☐ | |
| Court Ordered | ☐ | | Inmate Need  Click here to enter text. | ☐ | |
| Institutional Need | ☐ | Click here to enter text. | | | |

Final Custody Level: **CLOSE**

Comment from CM or Designee:

Inmate Whitford arrived at MSP in 2015 & was placed at CCC for almost a year. While at CCC he accumulated four major write ups including two assault infractions. Inmate Whitford since being transported back to MSP has not been a management problem.  He has refused to comply with New Freedom Programming,  Aggression and Violence,  CD due to his substance violation.  He will be non compliant until he attends the CD New Freedom and has six months clear conduct. His emergency contact is current and valid.  Placement in general population is recommended.

Comment from UM or Designee:

WHITE-MAIN FILE          CANARY-COUNSELOR          PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

Inmate Whitford has completed his locked housing plan at this time. Whitford was initially scheduled to complete level 4 and return to G.P. on 5/5/17, however new information was discovered and he was extended another 90 days making his locked housing plan complete on 8/5/17. Whitford hasn't been a management problem for LHU2 staff and at this time I recommend an override to close custody and placed in general population.

WHITE-MAIN FILE            CANARY-COUNSELOR                PINK-INMATE
          BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

LOCKED HOUSING STATUS REVIEW

Name: Whitford, Makueeyapee MSP/DOC# 3015941 Date: 6/30/2017

Housing Unit: LHU2   ST: Biltoft   UM: Clark

Separation Needs: ☒   Atypical designation(s) None

Activation of BMP within last 30 days ☐ Yes   ☒ No   BMP Clearance Date: Click here to enter a date.

Activation of SMP within last 30 days ☐ Yes   ☒ No   SMP Clearance Date: Click here to enter a date.

Mental Health Referral/Contact within the last 30 days ☐ Yes   ☐ No

Monthly review from MH/Therapist: Click here to enter text.

New Freedom Programming

| Packet Title | Date Provided to inmate | Completion Date | Incomplete/Non-Compliant |
|---|---|---|---|
| Aggression and Violence | - | | Non-Compliant |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Current Level: Level 4                    Recommended Completion Level: Level 4

Reason for initial placement:
☐ Multiple disciplinary violations          ☐ Multiple locked housing placements   **RECEIVED**
☐ Refusal to leave locked housing          ☐ STG activity
☒ Predatory/Violent/Assaultive Behavior    ☐ Planning A serious disturbance/riot   **JUL 0 8 2017**
☐ Escape, Attempt or Facilitation to Escape ☐ Death Sentence or pending death sentence
☐ Other Click here to enter text.                                              Classification & Placement
                                                                                   Office

Special Housing Needs:
☐ Spit Hood  ☐ Restrictions  ☐ Bottom bunk/tier ☐ Water Restrictions(flooding) ☐ ADA
☐ Escort Procedures/Special Security Procedures

Summary of current status and recommendations: Inmate Whitford was approved for locked housing placement by the ARC on 8-9-2016. Inmate Whitford is currently a level 4 and will remain a level 4 until he returns to general population. He was originally scheduled to return to population on 5-5-2017 but due to new information discovered it was decided to extend inmate Whitford another 90 days in locked housing. He is now scheduled to be reviewed for placement back to general population scheduled for 8-5-2017. He has not turned in any New Freedom material and is considered non-compliant but he is still encouraged to work on these packets. At this time, no changes will be made to his locked housing status.

I _Refused to sign_____ refuse to participate in my locked housing status review.

I _____ have participated in my locked housing status and understand I may appeal the current review to the Unit Manager and that if I am reduced two or more levels due to disciplinary or behavior it will be reviewed by the Admin Review Committee.

Locked Housing Unit ST or CM: _____

White-Mail                          Yellow-6 part file                          Pink-Inmate

EXHIBIT D
EXHIBIT D



## MONTANA DEPARTMENT OF CORRECTIONS
### LOCKED HOUSING STATUS REPORT

| NAME: | Whitford | Makueeyapee | | AO#: | 3015941 |
|---|---|---|---|---|---|
| | (LAST) | (FIRST) | (MI) | | |

| UNIT: | LHU-2 | | DATE: | 4/24/2017 |
|---|---|---|---|---|

**Locked Housing Status:** Max 4   Date classified to custody: 12/6/2016
Estimated Release Date: 5/5/2017

### LOCKED HOUSING PROGRAMS

| | Compliant | Non Compliant |
|---|---|---|
| New Freedom: Agression and Violence | X | |
| | | |
| | | |
| | | |

| | YES | NO |
|---|---|---|
| Separation Needs | X | |
| Activation of BMP within the last 30 days | | X |
| BMP Clearance | | X |
| Mental Health Referral/Contact within the last 30 days | | X |
| Other: | | |

| | Positive | Negative |
|---|---|---|
| Behavior | x | |
| Housing | x | |

| Last misconduct violation: | 1-3-17: 4212- Damage Block/Cell Door |
|---|---|

*RECEIVED*

*MAY 1 5 2017*

*Classification & Placement Office*

**Comments:**
Inmate Whitford arrived to LHU2 on 1-30-17 and per his Locked Housing Plan has been approved for 150 days at Max Custody with a review for placement back to general population scheduled for 5-5-17. He is currently at Level 4 and will remain on Level 4 until he returns to general population. He currently has maintained three months clear conduct and has not been a UMT problem in LHU2. He was issued a New Freedom packet and as of yet I have not recieved any completed material. This issue will be discussed with him at his 30 day review and will be considered non-compliant next month if no New Freedom material is turned in. The LHU2 UMT is not recommending any changes to his locked housing plan at this time.

Refused to Sign                     5-3-17
**Inmate Signature**                **Date**

ST Biltoft                          4/24/2017
**Staff Signature**                 **Date**

White - File          Yellow - Six Part File          Pink - Inmate

EXHIBIT D
EXHIBIT D



**AMENDED LOCKED HOUSING INMATE MANAGEMENT PLAN**

| Name | Whitford | Makueeyapee | **Number** | 3015941 **Date** | 5/3/2017 |
|---|---|---|---|---|---|
| | Last | First | | | |
| **Unit** | LHU-2 | **Classification Date** | 8/8/2016 | | |
| **Current Custody Status** | Max | **ST** | Biltoft | **UM** | Clark |

**Comments:**    Current Locked Housing Recommendation-Include Programming required and length of clear conduct. This plan may be modified when negative or positive behavior is established.

This is an amended locked housing plan for inmate Whitford. During a placement meeting inmate Whitford was discussed and after further review from multiple departments it was discovered that inmate Whitford had a weapon and he used it on another inmate during his assault that happened on 7-14-16. During this assault inmate Whitford had a sharpened piece of acrylic and he used it to stab another inmate in his back near his right ribs. This information was not provided during inmate Whitford's previous locked housing plan. Inmate Whitford was originally approved Ad Seg placement by ARC on 8/8/2016 while at CCC in Shelby.  He was transported back to MSP on 11/17/2016 to finish Ad Seg time.  His file shows this is his first Ad Seg placement and he has no previous Max placements.  Due to two assaults in one year, the first (12/14/15) he continued to stomp on the head of the inmate he assaulted after that inmate obeyed orders to get on the ground.  The LHU-2 UMT is recommending extending inmate Whitfords locked housing plan for 90 days, starting on 5-5-2017.  During this time in locked housing Inmate Whitford is expected to maintain clear conduct, comply with any treatment recommendations, complete the Aggression and Violence New Freedom packet which has still not been completed.  This plan will be reviewed monthly and changes may be made in accordance with his attitude and behavior.

| | **Time Frame** | **month/year**<br>**Estimated Start/Release Date** | **month/year**<br>**Estimated Release Date** |
|---|---|---|---|
| **ADSEG** | Not Recommended | | |
| **MAX** | 90 | 5/5/17 | 8/5/17 |

| | | |
|---|---|---|
| **Previous Restricted Ad Seg Placements** | 0 | Number of previous placements |
| **Previous Ad Seg Placements** | 0 | |
| **Previous Max Placements** | 0 | |

**Category I or II placements while in**    N/A
**Locked Housing (List per incident)**

**Current Behavior I**
**Goal:**    Inmate Whitford arrived in prison on 12/14/2015.  Since that time he has been found guilty of (4104) Assaulting another inmate x 2 and (4235) Threatening Staff x 1.  In order to assist Inmate Whitford in changing his aggressive behaviors he will be issued the Aggression and Violence New Freedom packet.
Aggression and Violence Binder
Aggression and Violence
Understanding Yourself #1
Living a Non-Violent Life
What's Wrong With Being Tough-Minded
Understanding Yourself #2
Living A Non-Violent Life Part 2
What's Wrong With Holding My Anger?

**Current Behavior II**
**Goal:**

**Current Behavior II**
**Goal:**

Refused to Sign.

**Classification Specialist**

**Inmate Signature**
**Appeal    Yes ☒ No ☐**

**Use standard appeal**

RECEIVED

MAY  8 2017

Classification & Placement
Office

---

Main File-White                6 Part File- Canary                Inmate Copy-Pink

EXHIBIT D
EXHIBIT D



## TANA DEPARTMENT OF CORREC  S
### LOCKED HOUSING STATUS REPORT

**NAME:** Whitford     Makueeyapee           **AO#:**    3015941

        (LAST)           (FIRST)           (MI)

**UNIT:** LHU-2                    **DATE:**    3/31/2017

**Locked Housing Status:**    Max 4    **Date classified to custody:**    12/6/2016

                                     **Estimated Release Date:**    5/5/2017

### LOCKED HOUSING PROGRAMS

|  | Compliant | Non Compliant |
|---|---|---|
| New Freedom:  Agression and Violence | X |  |
|  |  |  |
|  |  |  |
|  |  |  |

|  | YES | NO |
|---|---|---|
| Separation Needs | X |  |
| Activation of BMP within the last 30 days |  | X |
| BMP Clearance |  | X |
| Mental Health Referral/Contact within the last 30 days |  | X |
| Other: |  |  |

RECEIVED

APR 0 2 2017

Classification & Placement
Office

|  | Positive | Negative |
|---|---|---|
| Behavior | x |  |
| Housing | x |  |

| Last misconduct violation: | 1-3-17: 4212- Damage Block/Cell Door |
|---|---|

**Comments:**

Inmate Whitford arrived to LHU2 on 1-30-17 and per his Locked Housing Plan has been approved for 150 days at Max Custody with a review for placement back to general population scheduled for 5-5-17. He is currently at Level 4 of the EPP and will remain on Level 4 until he returns to general population. While in LHU2 he will continue to work on New Freedoms Materials, maintain clear conduct, follow all unit rules, and obey all staff orders.  He currently has maintained nearly three months clear conduct and has not been a UMT problem in LHU2.

_____     3/31/2017

**Inmate Signature**             **Date**

CM Pfisterer                   3/31/2017

**Staff Signature**             **Date**

White - File            Yellow - Six Part File            Pink - Inmate

EXHIBIT D
EXHIBIT D

## MONTANA DEPARTMENT OF CORRECTIONS
## LOCKED HOUSING STATUS REPORT

**NAME:** Whitford / Makueeyapee /    **AO#:** 3015941

   (LAST)            (FIRST)            (MI)

**UNIT:** LHU-2            **DATE:** 2/17/2017

**Locked Housing Status:** Max 3     **Date classified to custody:** 12/6/2016

                                      **Estimated Release Date:** 5/5/2017

### LOCKED HOUSING PROGRAMS

|  | Compliant | Non Compliant |
|---|---|---|
| New Freedom: Agression and Violence | X |  |
|  |  |  |
|  |  |  |
|  |  |  |

|  | YES | NO |
|---|---|---|
| Separation Needs | X |  |
| Activation of BMP within the last 30 days |  | X |
| BMP Clearance |  | X |
| Mental Health Referral/Contact within the last 30 days |  | X |
| Other: |  |  |

|  | Positive | Negative |
|---|---|---|
| Behavior | x |  |
| Housing | x |  |
| Last misconduct violation: | 1-3-17: 4212- Damage Block/Cell Door | |

RECEIVED

MAR 0 5 2017

Classification & Placement Office

**Comments:**

Inmate Whitford arrived to LHU2 on 1-30-17 and per his Locked Housing Plan has been approved for 150 days at Max Custody with a review for placement back to general population scheduled for 5-5-17. He is currently at Level 3 of the EPP and will moved to Level 4 on 3-5-17. While in LHU2 he will continue to work on New Freedoms Materials, maintain clear conduct, follow all unit rules, and obey all staff orders. He currently has maintained one month of clear conduct and has not been a UMT problem in LHU2.

_____        2/17/2017

**Inmate Signature**            **Date**

CM Pfisterer                  2/17/2017

**Staff Signature**             **Date**

White - File         Yellow - Six Part File         Pink - Inmate

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

DEC 3 0 2016

Inmate Name: __Whitford_____ __MaKueeyapee__   ID # __3015941__
             Last name              First Name

Date: __12-29-16__   Time: __2304__   Place of Incident: __F-Block__
Room/Cell: __4F-4__   Housing Unit: __LHU-2__   Job Assignment: __M-3__

Infraction Number(s) & Name(s) (4210) Destroying, altering, or damaging facility property
or the property of another person including flooding,
(4212) Willfully tampering with, damaging or blocking a
locking device, fence, door, gate, window or other security safety
device.

Staff Witness: 1. _____        Other Inmates involved 1. _____
              2. _____                                2. _____

Description of Violation: **(who, what, why, where, when and how):** On the above date and time
I James Ward while working the satellite cage in LHU-2, saw inmate
Whitford pounding on his cell door so hard that he caused the
door alarm to malfunction on UF-7.   E,O,R,

REPORTING STAFF MEMBER: __James Ward__            __James R Ward__
                          (Print Name)                (Sign Name)

Supervisor Review: _____            _____
                    (Print Name)                (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   12 30 16           _____   / /
(Shift Supervisor's Signature)   (Date)       (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 1 3 1 Time: Any hrs.   Place: LHU 2
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☒ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Be present at the hearing and present evidence and witnesses on my behalf. ☐ Yes ☒ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

__R Suri__                12-30-16        Refused to sign
(Staff Signature)          (Date & Time)        (Inmate's Signature / ID#)

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment B            MSP 3.4.1, Institutional Discipline            Effective February 23, 2015

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☐   MWP ☐   Contract Facility:_____

## Agreement / Waiver / Refusal Form

### Major/Minor Inmate Disciplinary Infractions

Agreement ☐          Waiver to Attend Hearing ☒          Refusal to Attend Hearing ☐

Inmate Name: Whitford   Makueeyapee          ID #: 301

Date: 12/30/16          Time: 1030          Housing Unit: LHU 2

Infraction Number(s) and Description: 4210- Damaging Property
4212- Tampering w/locking device

---

☐ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5]  **Grid Level to Use:**___
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*
Sanctions:_____
_____
_____

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above. By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature:_____   Date:____/____/____

---

☒ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.
Inmate Signature: Refused to Sign (DW)          Date:____/____/____

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate_____ that it was time for his/her hearing. (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided. (S)he still refused/declined stating:_____*
_____
_____

Inmate Signature:_____   Date:____/____/____

---

Officer/Witness Signature:_____   Date:____/____/____

Disciplinary Hearing Officer/Unit Disciplinary Team Kure          Date: 12/30/16

Administrative Review Signature:_____   Date:____/____/____

Copies to: Records (White)      Parole Board-Majors only (Yellow)      Housing Unit (Pink)      Inmate (Goldenrod)

Attachment G          MSP 3.4.1, Institutional Discipline          Effective February 23, 2015

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: _Whitford MaKveey/Apec_ ID # _301594_ Date: _1/3/17_

Infraction Number(s) & Name(s) _4210 – destroy property 4212 – tamper door_

☐ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☐ Not Guilty   ☐ Other: _____

Inmate's Statement: _inmate waived his hearing._

Evidence Provided: _infraction report_

Findings: ☒ Guilty of # _4212_          ☐ Not Guilty of # _4210_

Evidence Relied On: _infraction report / I checked with unit staff they stated the inmate did not destroy anything he just set the light off in the cage. The evidence does not support the charge of 420._

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   ③   4   5] Grid Level to Use: _3_
(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s): _4212 – 15 days cell restriction $15.00 Fine._

Reason(s) for findings: _inmate checked his door, so loud that he set off the door alarm in the cage. The staff were able to reset the alarm._

_____ _6/4/17_                        _David Farson_
ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☒ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _inmate waived his hearing._

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D



## LOCKED HOUSING INMATE MANAGEMENT PLAN

| Name | Whitford | | Makueeyapee | **Number** | 3015941 | **Date** | 12/8/2016 |
|------|----------|--|-------------|-----------|---------|---------|-----------|
| | Last | | First | | | | |
| **Unit** | LHU-1 | **Classification Date** | | 8/8/2016 | | | |
| **Current Custody Status** | | Ad Seg | **CM** | O'Brien | **UM** | Jovanovich | |

**Comments:** Current Locked Housing Recommendation-Include Programming required and length of clear conduct. This plan may be modified when negative or positive behavior is established.

Inmate Whitford was approved Ad Seg custody by ARC on 8/8/2016 while at CCC in Shelby. On 7/19/2016 he was found guilty of (4104) Assaulting Another Inmate. That is his second assault since being incarcerated in December of 2015. The details of the severity of the most recent assault were not availble. He was transported back to MSP on 11/17/2016 to finish Ad Seg time. His file shows this is his first Ad Seg placement and he has no previous Max placements. Due to two assaults in one year, the first (12/14/15) he continued to stomp on the head of the inmate he assaulted after that inmate obeyed orders to get on the ground; The LHU-I UMT is recommending 120 days in Ad Seg followed by 120 days in LHU-II. During this time in locked housing Inmate Whitford is expected to maintain clear conduct, comply with any treatment recommendations, complete the Agression and Violence New Freedom packet. This plan will be reviewed monthly and changes may be made in accordance with his attitude and behavior.

| | | | *month/year* | | *month/year* | |
|---|-----------|--|--------------------------|--|-------------------------|--|
| | **Time Frame** | | **Estimated Start/Release Date** | | **Estimated  Release Date** | |
| **ADSEG** | 120 | | 8/8/16 | | 12/6/16 | |
| **MAX** | 150 | | 12/6/16 | | 5/5/17 | |

| | | |
|---|---|---|
| **Previous Restricted Ad Seg Placements** | 0 | Number of previous placements |
| **Previous Ad Seg Placements** | 0 | |
| **Previous Max Placements** | 0 | |

**Category I or II placements while in**       | **N/A** |
**Locked Housing (List per incident)**

**Current Behavior I Goal:** Inmate Whitford arrived in prison on 12/14/2015. Since that time he has been found guilty of (4104) Assaulting another inmate x 2 and (4235) Threatening Staff x 1. In order to assist Inmate Whitford in changing his aggressive behaviors he will be issued the Aggression and Violence New Freedom packet.
Aggression and Violence Binder
Aggression and Violence
Understanding Yourself #1
Living a Non-Violent Life
What's Wrong With Being Tough-Minded
Understanding Yourself #2
Living A Non-Violent Life Part 2
What's Wrong With Holding My Anger?

**Current Behavior II Goal:**

**Current Behavior II Goal:**

RECEIVED

DEC 1 4 2016

Classification & Placement
Office

Classification Specialist          12-14-16

Inmate Signature
**Appeal**   Yes ☐ No ☐

Use standard appeal

---

Main File-White                    6 Part FIle- Canary                    Inmate Copy-Pink

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒  MWP ☐  CONTRACT FACILITY: _____

RECEIVED BY

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

DEC 0 6 2016

MAJOR ☒     MINOR ☐

DISCIPLINARY

Inmate Name: Whitford                    Makveeyapee           ID # 3015941
                 Last name                First name

Date: 12-5-16   Time: 2350   Place of Incident: E-Block Dayroom in Locked Housing 1
Room/Cell: UE8   Housing Unit: Locked Housing 1   Job Assignment: 99999 - Unassigned

Infraction Number(s) & Name(s) 4107 - Possessing or introducing any Illegal unauthorized drugs
4220 - Obstructing, Hindering, or impeding staff

Staff Witness: 1. _____     Other Inmates involved 1. Rollings, Andrew AO# 3011024
              2. _____                          2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and approximate time I, Correctional Officer Tyler Mayer, was conducting count in Locked Housing one. Upon reaching the upper tier of E-Block I noticed a string running between UE9 which houses inmate Whitford, Makveeyapee AO# 3015941, and UE8, which houses inmate Rollings, Andrew AO# 3011024. In the middle of this string was an envelope. I stepped on it tearing the strings from it, and secured it. Upon inspection I discovered three orange, pentagonal pills that I later verified through the infirmary were Effexor.

EOR

REPORTING STAFF MEMBER: Tyler Mayer (Print Name)          Tyler Mayer (Sign Name)

Supervisor Review: _____ (Print Name)     _____ (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement  ☒ Release to Previous Status  ☐ Other
Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____ (Shift Supervisor's Signature)   12/6/16 (Date)   _____ (Warden or Designee Signature)   / / (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 12/8/16   Time: unk hrs.   Place: L-HU1
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☒ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Be present at the hearing and present evidence and witnesses on my behalf. ☐ Yes ☒ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations: _____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure:

_____ (Staff Signature)   12-6-16 (Date & Time)   _____ (Inmate's Signature / ID#)

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment B          MSP 3.4.1, Institutional Discipline          Effective February 23, 2015

EXHIBIT D
EXHIBIT D

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

MSP ☒   MWP ☐   CONTRACT FACILITY:_____

**Agreement / Waiver / Refusal Form**

**Major/Minor Inmate Disciplinary Infractions**

Agreement ☐          Waiver to Attend Hearing ☒          Refusal to Attend Hearing ☐

Inmate Name: Whitford Makneeyapee          ID #: 3015941

Date: 12/6/16      Time: 1520          Housing Unit: LHU1

Infraction Number(s) and Description: 4107- narcotics
4220- obstructing

---

☐ **Agreement:** It is the judgment of the DHO/Housing UMT that there is sufficient evidence for a finding of guilty on the violation(s) listed above.

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5]  **Grid Level to Use:**____
*(Circle number of prior guilty decisions within the timeframe [not each rule violation].  Find grid level to use by adding current & prior guilty decisions).*
**Sanctions:**_____

_____

_____

*I wish to enter into an Agreement and accept the sanction(s) offered above for the infraction(s) listed above.  By entering this agreement with the DHO/UMT, and by signing it, I understand that this concludes the disciplinary process for the infraction(s) listed above, and waive my right to a hearing and appeal.*

Inmate Signature:_____          Date:____/____/____

---

☒ **Waiver to Attend Disciplinary Hearing:** Inmate waives right to hearing and appeal.

Inmate Signature: Refused to sign          Date:____/____/____

---

☐ **Refusal to Attend Disciplinary Hearing:**

*I told Inmate _____ that it was time for his/her hearing.  (S)he refused/declined to attend. (S)he was advised that the hearing would proceed on the basis of evidence provided.  (S)he still refused/declined stating:_____*

_____

Inmate Signature:_____          Date:____/____/____

---

Officer/Witness Signature:_____          Date:____/____/____

Disciplinary Hearing Officer/Unit Disciplinary Team  Bree          Date: 12/6/16

Administrative Review Signature:_____          Date:____/____/____

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)
Revised: December 2014

EXHIBIT D
EXHIBIT D

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

DISCIPLINARY HEARING DECISION

MAJOR ☒          MINOR ☐

Inmate's Name: _Whitford Mckwee/Apee_   ID # _301554_  Date: _12/8/16_

Infraction Number(s) & Name(s) _4107 - NARCOTICS   4220 - obstruct + Staff_

☐ I DO UNDERSTAND THE VIOLATION     ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___/___/___   By: _____

Reason: _____

Plea: ☐ Guilty     ☐ Not Guilty     ☐ Other: _____

Inmate's Statement: _Inmate waived this hearing_

Evidence Provided: _Infraction report_

Findings: ☒ Guilty of # _4107/4220_   ☐ Not Guilty of #

Evidence Relied On: _Infraction report_

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports:   1   2   ③   4   5 ] Grid Level to Use: _3_

(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s): _4107 - 20 days cell restriction_

_4220 - $11.00 fine_

Reason(s) for findings: _Inmate was trying to pass_
_or receive pills through pushing for /another_
_inmate on his block._

_____
Dan Penthem
_____

ADMINISTRATIVE REVIEW / DATE          DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportional to the rule violation(s).

☒ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#: _Inmate waived this hearing_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C          MSP 3.4.1, Institutional Discipline          Effective February 23, 2015

EXHIBIT D
EXHIBIT D

**CLASSIFICATION SUMMARY**

Name:  **Whitford, Makueeyapee**          MSP/DOC#  **3015941**          Facility/Unit:  **CCC**

| Type of Classification: **Reclass** | Classification Date: **11/14/2016** | Next Review Date: **5/14/2017** |
|---|---|---|

Current Custody:  **ADSEG**          Current Assignment:  Labor Pool 801

Final Custody:  **ADSEG**          Final Assignment:  Labor Pool 801

Parole Date:  03/09/2038          Discharge Date:  02/28/2073

Detainer/Warrant/Notification:   ☐ Yes   ☒ No          State/County:

Separation Needs:   ☒ Active   ☒ Inactive   ☒ Initiate   ☐ Remove

Atypical:   ☐ Yes   ☒ No

_Explain if other_

STG Review:   ☐ Yes   ☒ No

Override:   ☐ Yes   ☒ No          ☐ Continue   Override Factor:

Confidential Information:   ☐ Yes, in:                    ☒ No

PREA:  ☒ Yes,   Date 07/19/2016   ☐ No          Emergency Contact valid:   ☒ Yes   ☐ No
MORRA   COMPLETE   DATE   06/01/2015          MORRA RISK LEVEL   HIGH

**TREATMENT STATUS**

| | TYPE OF REFERRAL | Screened/Enrolled | Failed | Active | Complete |
|---|---|---|---|---|---|
| SOP I TX | Choose an item. | ☐ | ☐ | ☐ | ☐ |
| SOP II TX | Choose an item. | ☐ | ☐ | ☐ | ☐ |
| CD TX ITU | Assessment Need | ☒ | ☐ | ☐ | ☐ |
| MENTAL HEALTH | Choose an item. | ☐ | ☐ | ☐ | ☐ |
| ANGER MANAGEMENT | Assessment Need | ☒ | ☐ | ☐ | ☐ |
| EDUC GED/Hiset | Choose an item. | ☐ | ☐ | ☐ | ☐ |
| TSCTC/PRC | Choose an item. | ☐ | ☐ | ☐ | ☐ |
| PARENTING | Choose an item. | ☐ | ☐ | ☐ | ☐ |
| CP&R I/II/III | Assessment Need | ☒ | ☐ | ☐ | ☐ |
| OTHER T4C | Assessment Need | ☒ | ☐ | ☐ | ☐ |

RECEIVED

~~VINCENT~~ 11-28-16

Admin Review / Special Committee Signature / Date          DEC 15 2016

Classification & Placement Office

Appeal:   ☐ Yes          ☐ No
Classification Officer:  C. Wandler          Unit Manager:  B. Johnson
Inmate Signature:                    Date:

**CLASSIFICATION INSTRUMENT**

WHITE-MAIN FILE          CANARY-COUNSELOR          PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

- Page 1 -

**Name:**   Whitford, Makueeyapee          **MSP/DOC Number:**   3015941          **Unit:**   CCC

**1.   Severity of Institutional Misconduct** (rate last 3 years)

| | | |
|---|---|---|
| ☒ | Category I Reports   12/14/2015(4104), 07/19/2016(4104) | 6 |
| ☐ | Category II Reports   3/28/2016(4235) | 3 |
| ☐ | 3+ Category III Reports | 1 |
| ☐ | No violations within last 3 years | 0 |

**2.   Most serious current conviction, Detainer or Warrant**

| | | |
|---|---|---|
| ☒ | Highest Severity   Deliberate Homicide | 6 |
| ☐ | High Severity | 5 |
| ☐ | Moderate Severity | 1 |
| ☐ | Low Severity | 0 |

**3.   Escape History** (rate last 3 years)

| | | |
|---|---|---|
| ☐ | Escape or attempted escape from a secure facility (WRC classified secure) | 6 |
| ☐ | Escape/walk away from PRC, TSCTC | 4 |
| ☐ | Walk away from work release or monitoring program | 2 |
| ☒ | No violations within last 3 years | 0 |

**4.   Severity of Felony Convictions within the last 7 years** (do not include current conviction)

| | | |
|---|---|---|
| ☐ | 1+ Highest Severity or 3+ High Severity | 4 |
| ☐ | 1-2 High Severity | 3 |
| ☐ | 0 Highest/High severity with 1+ Moderate Severity | 1 |
| ☒ | 0 Highest/High/Moderate Severity with only Low Severity | 0 |

**5.   Number of Category I or II Rule Violations, Predatory/Assaultive Behavior** (rate last 3 years)

| | | |
|---|---|---|
| ☒ | 3+ Category I or II Reports   07/19/16(4104), 03/28/16(4235), 12/14/15(4104) | 4 |
| ☐ | 1-2 Category I or II Reports | 2 |
| ☐ | 0, No Category I or II Reports | 0 |

| | Score 1-5 |
|---|---|
| **Custody Score based on items 1-5:   7-9 Medium Restricted  /  10-14 Close  /  15+ Maximum** | **16** |

**6.   Number of Disciplinary Reports** (rate last 6 months)

| | | |
|---|---|---|
| ☐ | 3+ Reports or Return from Community Placement for disciplinary reasons | 4 |
| ☐ | 1-2 Reports | 2 |
| ☒ | No Major/Severe Reports | 0 |

**7.   Performance in Recommended Treatment/Education Programs**

| | | |
|---|---|---|
| ☐ | Non-Compliant | 4 |
| ☒ | Waiting for treatment / currently enrolled   CD-ITU(#422), AM (#298), T4C orCP&R    I/II/III(#803) | 0 |
| ☐ | All recommended programs completed | -1 |

**8.   Institutional Adjustment / Work Performance** (rate last 6 months)

| | | |
|---|---|---|
| ☐ | Poor ratings from both Work and Housing Unit Team | 2 |
| ☐ | 1 Poor rating from either Work or Housing Unit Team | 1 |
| ☒ | Positive ratings from both Work and Housing Unit Team   satisfactory | 0 |
| ☐ | Positive ratings from both Work and Housing Unit Team for 3 years | -1 |

WHITE-MAIN FILE                    CANARY-COUNSELOR                    PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

**CLASSIFICATION INSTRUMENT**

-Page 2-

Name: **Whitford, Makueeyapee**          MSP/DOC#   **3015941**          Unit:   CCC

**9.   Sentence Remaining (total of all consecutive sentences)**

Time Remaining: **56 years, 3 months, 14 days**

☐ Sentenced prior to April 12, 1995          ☒ Sentenced after April 12, 1995

☐ Designated Dangerous Offender (multiply x 2)

| | | Score | | | Score |
|---|---|---|---|---|---|
| ☐ | 30+ years/life sentence | 2 | ☒ 30+ year sentence/life sentence | | 5 |
| ☐ | 11-29 years | 1 | ☐ 11-29 year sentence/total of consecutive | | 1 |
| ☐ | 1-10 years | 0 | ☐ 1-10 year sentence/total of consecutive | | 0 |

| **TOTAL SCORE Item 6-9:** | | **9** |
|---|---|---|

Total Points Item 1-5: **16**          Total Points: **24**

Custody Based on Item 1-5: **ADSEG**          Custody Based on Total Points: **ADSEG**

Preliminary Custody Level: **ADSEG**          Recommended Custody Level: **ADSEG**

| **CUSTODY SCORE BASED ON ITEMS 1-5** | **Medium Restricted 7-9** | **Close 10-14** | **Maximum/Ad Seg/Ad Seg Restricted 15+** |
|---|---|---|---|

| TOTAL POINTS SCALE - If inmate scores less than 7 points on Risk Items 1-5, use Total points to designate custody | |
|---|---|
| Minimum/Unrestricted 0-3 | Minimum/Restricted 4-8 |
| Medium/Unrestricted 9-11 | Medium/Restricted 12-16 |
| Close 17-22 | Maximum/Ad Seg/Ad Seg Restricted/Death Penalty 23+ points |

**Override Factors:**

| | | | | |
|---|---|---|---|---|
| Special Management | ☐ | Psychiatric / Suicide Risk | ☐ |
| Medical | ☐ | Escape Threat | ☐ |
| Detainer | ☐ | Investigation Pending | ☐ |
| Exemplary Institutional Adjustment | ☐ | Adjustment Problem / Violence Threat | ☐ |
| Court Ordered | ☐ | Inmate Need Click here to enter text. | ☐ |
| Institutional Need | ☐ Click here to enter text. | | |

**Final Custody Level:**   **ADSEG**

Comment from CM or Designee:

Inmate Whitford arrived at CCC on 08/04/2015.  He is compliant with treatment programs, and is on the wait list for recommended treatment.  Inmate Whitford has 3 disciplinary infractions for Tattooing, Threatening, and Assault.  Inmate Whitford receives a satisfactory housing evaluation and is in the labor pool.  Inmate Whitford has not seen the Board.  The Unit Team is recommended placement as scored Ad Seg, increase in custody due to disciplinary infractions which score him 4 points on #5.

WHITE-MAIN FILE                    CANARY-COUNSELOR                    PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D

Comment from UM or Designee:

I concur with placement as scored Ad Seg, increase in custody due to disciplinary infractions which score him 4 points on #5.  Inmate Whitford has now assaulted 2 inmates while at Crossroads and threatened staff, his behavior has escalated to the point that he puts himself and other at risk for further placement in general population

Per Licensed Clinical Social Worker for Mental Health Negrete "There are no issue with placement or a prolonged stay in Segregation for Inmate Whitford"

WHITE-MAIN FILE                    CANARY-COUNSELOR                    PINK-INMATE
BLUE FORMS (ATYPICAL-SEPARATION) FOR MAIN FILE AND COUNSELOR FILE ONLY

EXHIBIT D
EXHIBIT D