

# Montana Department of Corrections

## Internal and External Movement

---

### Whitford, Makueeyapee - DOC ID 3015941



**04/30/2015**
*Photo Date*

| | | | |
|---|---|---|---|
| **Male** *Gender* | **11/13/1980** *Date of Birth* | **42** *Age* | **XXX-XX-2394** *Social Security Number* |
| *Chimes ID* | **Unknown** *Sexual Offender* | | **Yes** *Violent Offender* |
| **Secure** *Correctional Status* | **Prison Placement** *Status Reason* | | **04/30/2015** *Status Start Date* |
| **Montana State Prison** *Current Location* | **Facility Admission - Transport Successful** *Location Reason* | | **11/17/2016** *Location Start Date* |
| **06/08/2038** *Parole Eligibility Date* | **02/28/2074** *Prison Discharge Date* | | *Probation Discharge Date* |

| *Supervising Officer* | | *Supervision Start Date* |
|---|---|---|

| Location | Updated | Start Date | End Date | Days |
|---|---|---|---|---|
| **Montana State Prison** | **11/17/2016** | **11/17/2016 @ 10:40 AM** | | **2497** |
| HSU1/HSU1-U/D/2/1 | | 08/16/2023 @ 10:05 AM | | 34 |
| SAU/SAU-U/G/3/1 | | 03/20/2023 @ 01:03 PM | 08/16/2023 | 149 |
| SAU/SAU-L/G/1/1 | | 02/09/2023 @ 01:00 PM | 03/20/2023 | 39 |
| RHU/RHU-L/E/7/1 | | 12/23/2022 @ 08:01 PM | 02/09/2023 | 48 |
| RHU/RHU-U/E/2/1 | | 12/02/2022 @ 10:40 AM | 12/23/2022 | 21 |
| RHU/RHU-U/C/7/1 | | 11/30/2022 @ 03:35 PM | 12/02/2022 | 2 |
| RHU/RHU-L/D/6/1 | | 08/11/2022 @ 02:16 PM | 11/30/2022 | 111 |
| RHU/RHU-L/D/7/1 | | 07/09/2022 @ 09:15 AM | 08/11/2022 | 33 |
| RHU/RHU-L/A/3/1 | | 07/06/2022 @ 01:28 PM | 07/09/2022 | 3 |
| RHU/RHU-L1/SC/2/1 | | 07/04/2022 @ 08:28 PM | 07/06/2022 | 2 |
| RHU/RHU-L/B/7/1 | | 06/16/2022 @ 03:05 PM | 07/04/2022 | 18 |
| RHU/RHU-L1/SC/1/1 | | 06/16/2022 @ 01:17 PM | 06/16/2022 | 0 |
| RHU/RHU-L/B/7/1 | | 06/12/2022 @ 06:00 PM | 06/16/2022 | 4 |
| RHU/RHU-L/B/7/1 | | 06/09/2022 @ 11:29 AM | 06/12/2022 | 3 |
| RHU/RHU-L/D/7/1 | | 05/31/2022 @ 08:41 PM | 06/09/2022 | 9 |
| RHU/RHU-U/D/8/1 | | 05/21/2022 @ 12:30 AM | 05/31/2022 | 10 |
| RHU/RHU-L/D/3/1 | | 05/16/2022 @ 01:38 PM | 05/21/2022 | 5 |
| RHU/RHU-L/E/6/1 | | 04/03/2022 @ 09:20 AM | 05/16/2022 | 43 |
| RHU/RHU-U/E/5/1 | | 01/07/2022 @ 10:44 AM | 04/03/2022 | 86 |
| RHU/RHU-L/E/1/1 | | 01/01/2022 @ 07:35 AM | 01/07/2022 | 6 |
| RHU/RHU-L/C/5/1 | | 12/08/2021 @ 09:00 AM | 01/01/2022 | 24 |
| RHU/RHU-L/C/5/1 | | 12/06/2021 @ 04:00 PM | 12/08/2021 | 2 |
| RHU/RHU-L/C/5/1 | | 12/03/2021 @ 03:10 PM | 12/06/2021 | 3 |
| RHU/RHU-L/C/2/1 | | 12/03/2021 @ 02:25 PM | 12/03/2021 | 0 |
| RHU/RHU-L/C/8/1 | | 12/03/2021 @ 02:00 PM | 12/03/2021 | 0 |
| HSU1/HSU1-U/D/5/1 | | 09/22/2021 @ 08:55 AM | 12/03/2021 | 72 |
| SAU/SAU-U/G/5/1 | | 08/09/2021 @ 02:45 PM | 09/22/2021 | 44 |
| SAU/SAU-L/G/5/1 | | 05/07/2021 @ 09:55 AM | 08/09/2021 | 94 |
| RHU/RHU-L/E/7/1 | | 02/24/2021 @ 12:00 PM | 05/07/2021 | 72 |
| RHU/RHU-L1/SC/2/1 | | 02/22/2021 @ 09:10 AM | 02/24/2021 | 2 |
| INF/INF L1/SI/7/1 | | 02/21/2021 @ 04:30 PM | 02/22/2021 | 1 |

EXHIBIT E

**Whitford, Makueeyapee - DOC ID 3015941 - Montana State Prison, High Side Unit 1**

| Location | Updated | Start Date | End Date | Days |
|---|---|---|---|---|
| RHU/RHU-L1/SC/2/1 | | 02/21/2021 @ 10:57 AM | 02/21/2021 | 0 |
| RHU/RHU-L/A/4/1 | | 02/12/2021 @ 04:05 PM | 02/21/2021 | 9 |
| RHU/RHU-U/A/3/1 | | 02/10/2021 @ 04:57 PM | 02/12/2021 | 2 |
| RHU/RHU-L/A/8/1 | | 02/09/2021 @ 08:00 AM | 02/10/2021 | 1 |
| RHU/RHU-L/B/7/1 | | 02/08/2021 @ 12:35 PM | 02/09/2021 | 1 |
| SAU/SAU-L/C/1/1 | | 02/06/2021 @ 04:35 PM | 02/08/2021 | 2 |
| SAU/SAU-L/C/2/1 | | 02/02/2021 @ 12:45 PM | 02/06/2021 | 4 |
| SAU/SAU-L/F/1/1 | | 01/07/2021 @ 08:25 AM | 02/02/2021 | 26 |
| RHU/RHU-L/E/7/1 | | 12/23/2020 @ 12:38 PM | 01/07/2021 | 15 |
| RHU/RHU-L/B/8/1 | | 10/30/2020 @ 11:24 AM | 12/23/2020 | 54 |
| RHU/RHU-L/A/4/1 | | 10/22/2020 @ 08:00 PM | 10/30/2020 | 8 |
| RHU/RHU-L/A/1/1 | | 10/21/2020 @ 11:49 AM | 10/22/2020 | 1 |
| RHU/RHU-L1/SC/1/1 | | 10/20/2020 @ 07:57 PM | 10/21/2020 | 1 |
| RHU/RHU-U/A/8/1 | | 10/20/2020 @ 02:11 PM | 10/20/2020 | 0 |
| RHU/RHU-L/A/2/1 | | 10/18/2020 @ 11:11 AM | 10/20/2020 | 2 |
| RHU/RHU-L/A/1/1 | | 10/14/2020 @ 03:30 PM | 10/18/2020 | 4 |
| RHU/RHU-L/A/5/1 | | 10/10/2020 @ 08:00 AM | 10/14/2020 | 4 |
| RHU/RHU-L/A/5/1 | | 10/09/2020 @ 12:25 PM | 10/10/2020 | 1 |
| RHU/RHU-L/A/2/1 | | 10/08/2020 @ 12:37 PM | 10/09/2020 | 1 |
| RHU/RHU-L/A/1/1 | | 10/08/2020 @ 10:51 AM | 10/08/2020 | 0 |
| RHU/RHU-L/A/8/1 | | 10/08/2020 @ 10:30 AM | 10/08/2020 | 0 |
| RHU/RHU-L/A/6/1 | | 10/08/2020 @ 04:00 AM | 10/08/2020 | 0 |
| RHU/RHU-U/A/5/1 | | 10/07/2020 @ 02:40 PM | 10/08/2020 | 1 |
| RHU/RHU-L/A/5/1 | | 10/02/2020 @ 02:20 PM | 10/07/2020 | 5 |
| RHU/RHU-L1/SC/1/1 | | 10/01/2020 @ 01:55 PM | 10/02/2020 | 1 |
| RHU/RHU-L/A/5/1 | | 09/30/2020 @ 06:39 PM | 10/01/2020 | 1 |
| RHU/RHU-L/A/1/1 | | 09/18/2020 @ 04:11 PM | 09/30/2020 | 12 |
| RHU/RHU-L1/SC/1/1 | | 09/17/2020 @ 04:16 PM | 09/18/2020 | 1 |
| RHU/RHU-L/A/8/1 | | 09/16/2020 @ 05:28 PM | 09/17/2020 | 1 |
| RHU/RHU-L/A/8/1 | | 09/10/2020 @ 02:53 PM | 09/16/2020 | 6 |
| RHU/RHU-L1/SC/2/1 | | 09/09/2020 @ 12:50 PM | 09/10/2020 | 1 |
| RHU/RHU-U/B/1/1 | | 08/14/2020 @ 10:45 AM | 09/09/2020 | 26 |
| RHU/RHU-L/C/5/1 | | 07/27/2020 @ 03:41 PM | 08/14/2020 | 18 |
| SAU/SAU-U/E/7/1 | | 07/05/2020 @ 08:14 AM | 07/27/2020 | 22 |
| RHU/RHU-L/B/2/1 | | 04/19/2020 @ 07:05 PM | 07/05/2020 | 77 |
| RHU/RHU-L/B/6/1 | | 02/20/2020 @ 06:30 PM | 04/19/2020 | 59 |
| RHU/RHU-L/C/3/1 | | 01/29/2020 @ 11:15 PM | 02/20/2020 | 22 |
| RHU/RHU-L/C/2/1 | | 01/29/2020 @ 06:00 AM | 01/29/2020 | 0 |
| RHU/RHU-L/C/2/1 | | 01/23/2020 @ 02:15 PM | 01/29/2020 | 6 |
| RHU/RHU-L1/SC/1/1 | | 01/22/2020 @ 04:30 PM | 01/23/2020 | 1 |
| RHU/RHU-L1/SC/2/1 | | 01/21/2020 @ 10:45 AM | 01/22/2020 | 1 |
| SAU/SAU-L/E/2/1 | | 12/26/2019 @ 05:00 PM | 01/21/2020 | 26 |
| LHU2/LHU2-L/E/2/1 | | 12/02/2019 @ 09:30 PM | 12/26/2019 | 24 |
| LHU2/LHU2-L/F/8/1 | | 11/20/2019 @ 02:35 PM | 12/02/2019 | 12 |

EXHIBIT E

**Whitford, Makueeyapee - DOC ID 3015941 - Montana State Prison, High Side Unit 1**

| Location | Updated | Start Date | End Date | Days |
|---|---|---|---|---|
| LHU2/LHU2-L/B/5/1 | | 11/18/2019 @ 07:45 AM | 11/20/2019 | 2 |
| LHU1/LHU1-U/E/6/1 | | 05/23/2019 @ 06:35 AM | 11/18/2019 | 179 |
| LHU1/LHU1-L/C/2/1 | | 05/13/2019 @ 11:30 AM | 05/23/2019 | 10 |
| LHU2/LHU2-L1/ISO/1/1 | | 05/09/2019 @ 11:45 AM | 05/13/2019 | 4 |
| LHU1/LHU1-L1/ISO/1/1 | | 05/06/2019 @ 01:40 PM | 05/09/2019 | 3 |
| LHU1/LHU1-L/A/7/1 | | 05/05/2019 @ 04:15 PM | 05/06/2019 | 1 |
| LHU1/LHU1-L/A/2/1 | | 04/29/2019 @ 02:00 PM | 05/05/2019 | 6 |
| LHU1/LHU1-L/A/2/1 | | 04/28/2019 @ 04:30 PM | 04/29/2019 | 1 |
| LHU1/LHU1-U/A/2/1 | | 04/27/2019 @ 04:55 PM | 04/28/2019 | 1 |
| LHU1/LHU1-L/A/3/1 | | 04/27/2019 @ 01:10 PM | 04/27/2019 | 0 |
| LHU1/LHU1-U/A/6/1 | | 04/26/2019 @ 01:00 PM | 04/27/2019 | 1 |
| LHU1/LHU1-U/A/6/1 | | 04/26/2019 @ 11:35 AM | 04/26/2019 | 0 |
| LHU1/LHU1-L/A/8/1 | | 04/23/2019 @ 03:50 PM | 04/26/2019 | 3 |
| LHU1/LHU1-L/F/3/1 | | 03/29/2019 @ 10:20 AM | 04/23/2019 | 25 |
| LHU1/LHU1-L/A/4/1 | | 03/14/2019 @ 06:00 AM | 03/29/2019 | 15 |
| LHU1/LHU1-L/A/4/1 | | 03/13/2019 @ 02:05 PM | 03/14/2019 | 1 |
| LHU1/LHU1-L1/ISO/2/1 | | 03/10/2019 @ 08:00 AM | 03/13/2019 | 3 |
| LHU1/LHU1-L/E/6/1 | | 02/09/2019 @ 08:30 AM | 03/10/2019 | 29 |
| LHU1/LHU1-L/B/2/1 | | 01/28/2019 @ 09:55 AM | 02/09/2019 | 12 |
| LHU1/LHU1-L/B/2/1 | | 01/22/2019 @ 10:10 AM | 01/28/2019 | 6 |
| LHU1/LHU1-L/B/6/1 | | 01/22/2019 @ 08:40 AM | 01/22/2019 | 0 |
| LHU1/LHU1-L/C/6/1 | | 01/17/2019 @ 06:00 AM | 01/22/2019 | 5 |
| LHU1/LHU1-L/C/4/1 | | 01/13/2019 @ 06:00 PM | 01/17/2019 | 4 |
| LHU1/LHU1-L/A/4/1 | | 01/10/2019 @ 10:00 AM | 01/13/2019 | 3 |
| LHU1/LHU1-L/A/4/1 | | 01/09/2019 @ 02:05 PM | 01/10/2019 | 1 |
| LHU1/LHU1-L1/ISO/2/1 | | 01/08/2019 @ 08:20 AM | 01/09/2019 | 1 |
| LHU1/LHU1-L/A/7/1 | | 01/07/2019 @ 07:30 PM | 01/08/2019 | 1 |
| LHU1/LHU1-L/C/2/1 | | 01/07/2019 @ 01:50 PM | 01/07/2019 | 0 |
| LHU1/LHU1-U/B/5/1 | | 01/02/2019 @ 02:00 PM | 01/07/2019 | 5 |
| LHU1/LHU1-U/B/6/1 | | 01/02/2019 @ 10:00 AM | 01/02/2019 | 0 |
| LHU1/LHU1-U/F/6/1 | | 12/23/2018 @ 02:00 PM | 01/02/2019 | 10 |
| LHU1/LHU1-U/F/6/1 | | 11/29/2018 @ 06:00 AM | 12/23/2018 | 24 |
| LHU1/LHU1-U/F/6/1 | | 11/27/2018 @ 11:30 AM | 11/29/2018 | 2 |
| LHU1/LHU1-U/C/5/1 | | 11/27/2018 @ 10:15 AM | 11/27/2018 | 0 |
| LHU1/LHU1-U/F/6/1 | | 10/09/2018 @ 09:00 AM | 11/27/2018 | 49 |
| LHU1/LHU1-U/F/1/1 | | 09/02/2018 @ 09:30 AM | 10/09/2018 | 37 |
| LHU1/LHU1-U/A/5/1 | | 08/21/2018 @ 06:00 AM | 09/02/2018 | 12 |
| LHU1/LHU1-U/A/5/1 | | 08/13/2018 @ 02:20 PM | 08/21/2018 | 8 |
| LHU1/LHU1-U/E/2/1 | | 08/09/2018 @ 07:10 PM | 08/13/2018 | 4 |
| LHU1/LHU1-U/E/1/1 | | 08/05/2018 @ 11:15 PM | 08/09/2018 | 4 |
| LHU1/LHU1-U/E/8/1 | | 08/02/2018 @ 08:35 AM | 08/05/2018 | 3 |
| LHU2/LHU2-U/A/7/1 | | 07/23/2018 @ 06:00 AM | 08/02/2018 | 10 |
| LHU2/LHU2-U/A/7/1 | | 07/18/2018 @ 07:30 PM | 07/23/2018 | 5 |
| LHU2/LHU2-L/A/2/1 | | 07/18/2018 @ 07:20 PM | 07/18/2018 | 0 |

EXHIBIT E

**Whitford, Makueeyapee - DOC ID 3015941 - Montana State Prison, High Side Unit 1**

| Location | Updated | Start Date | End Date | Days |
|---|---|---|---|---|
| LHU2/LHU2-L/A/1/1 | | 07/18/2018 @ 04:40 PM | 07/18/2018 | 0 |
| LHU1/LHU1-U/E/7/1 | | 07/16/2018 @ 06:00 AM | 07/18/2018 | 2 |
| LHU1/LHU1-U/E/7/1 | | 07/11/2018 @ 08:30 AM | 07/16/2018 | 5 |
| LHU1/LHU1-U/A/3/1 | | 07/09/2018 @ 06:00 AM | 07/11/2018 | 2 |
| LHU1/LHU1-U/A/3/1 | | 07/05/2018 @ 10:45 PM | 07/09/2018 | 4 |
| LHU1/LHU1-L/A/8/1 | | 07/05/2018 @ 06:50 PM | 07/05/2018 | 0 |
| LHU1/LHU1-U/E/7/1 | | 06/26/2018 @ 09:15 AM | 07/05/2018 | 9 |
| LHU1/LHU1-L/D/2/1 | | 06/26/2018 @ 08:15 AM | 06/26/2018 | 0 |
| LHU2/LHU2-L/C/4/1 | | 06/06/2018 @ 06:00 AM | 06/26/2018 | 20 |
| LHU2/LHU2-L/C/4/1 | | 06/05/2018 @ 01:00 PM | 06/06/2018 | 1 |
| LHU1/LHU1-U/E/4/1 | | 04/16/2018 @ 12:00 PM | 06/05/2018 | 50 |
| LHU1/LHU1-U/E/4/1 | | 04/12/2018 @ 06:40 PM | 04/16/2018 | 4 |
| LHU1/LHU1-U/E/2/1 | | 04/10/2018 @ 06:00 AM | 04/12/2018 | 2 |
| LHU1/LHU1-U/E/2/1 | | 04/08/2018 @ 01:00 PM | 04/10/2018 | 2 |
| LHU1/LHU1-U/E/2/1 | | 04/04/2018 @ 06:55 PM | 04/08/2018 | 4 |
| LHU1/LHU1-U/B/4/1 | | 04/03/2018 @ 11:15 PM | 04/04/2018 | 1 |
| LHU1/LHU1-U/B/8/1 | | 03/27/2018 @ 10:15 AM | 04/03/2018 | 7 |
| LHU1/LHU1-L1/ISO/2/1 | | 03/24/2018 @ 09:35 PM | 03/27/2018 | 3 |
| LHU1/LHU1-L1/ISO/1/1 | | 03/22/2018 @ 05:40 PM | 03/24/2018 | 2 |
| LHU1/LHU1-L/A/3/1 | | 03/22/2018 @ 02:50 PM | 03/22/2018 | 0 |
| LHU2/LHU2-U/C/2/1 | | 03/19/2018 @ 09:25 AM | 03/22/2018 | 3 |
| LHU1/LHU1-L/A/2/1 | | 03/14/2018 @ 02:00 PM | 03/19/2018 | 5 |
| LHU1/LHU1-L/A/2/1 | | 03/10/2018 @ 08:20 PM | 03/14/2018 | 4 |
| LHU1/LHU1-L/A/5/1 | | 03/09/2018 @ 11:30 AM | 03/10/2018 | 1 |
| LHU1/LHU1-U/E/2/1 | | 03/01/2018 @ 10:55 AM | 03/09/2018 | 8 |
| LHU1/LHU1-U/A/4/1 | | 02/02/2018 @ 11:45 AM | 03/01/2018 | 27 |
| INF/INF L1/NI/5/1 | | 01/31/2018 @ 07:10 AM | 02/02/2018 | 2 |
| LHU1/LHU1-U/A/4/1 | | 01/30/2018 @ 06:05 AM | 01/31/2018 | 1 |
| LHU1/LHU1-U/A/4/1 | | 01/29/2018 @ 09:35 PM | 01/30/2018 | 1 |
| LHU1/LHU1-L/A/7/1 | | 01/25/2018 @ 11:00 AM | 01/29/2018 | 4 |
| LHU1/LHU1-U/F/2/1 | | 01/15/2018 @ 06:05 AM | 01/25/2018 | 10 |
| LHU1/LHU1-U/F/2/1 | | 01/09/2018 @ 05:15 PM | 01/15/2018 | 6 |
| LHU1/LHU1-U/F/8/1 | | 01/05/2018 @ 06:05 AM | 01/09/2018 | 4 |
| LHU1/LHU1-U/F/8/1 | | 01/02/2018 @ 06:45 AM | 01/05/2018 | 3 |
| LHU1/LHU1-U/C/1/1 | | 12/13/2017 @ 05:49 PM | 01/02/2018 | 20 |
| LHU1/LHU1-U/C/2/1 | | 12/06/2017 @ 03:00 PM | 12/13/2017 | 7 |
| LHU1/LHU1-U/D/8/1 | | 12/06/2017 @ 02:05 PM | 12/06/2017 | 0 |
| LHU1/LHU1-U/D/8/1 | | 12/04/2017 @ 12:40 PM | 12/06/2017 | 2 |
| LHU1/LHU1-U/C/2/1 | | 12/04/2017 @ 08:05 AM | 12/04/2017 | 0 |
| LHU1/LHU1-U/C/2/1 | | 12/01/2017 @ 03:10 PM | 12/04/2017 | 3 |
| LHU1/LHU1-U/C/7/1 | | 11/29/2017 @ 02:05 PM | 12/01/2017 | 2 |
| LHU1/LHU1-U/C/7/1 | | 11/28/2017 @ 06:01 PM | 11/29/2017 | 1 |
| LHU1/LHU1-U/C/3/1 | | 11/23/2017 @ 08:30 PM | 11/28/2017 | 5 |
| HSU2/HSU2-U/C/11/1 | | 11/10/2017 @ 07:05 AM | 11/23/2017 | 13 |

EXHIBIT E

**Whitford, Makueeyapee - DOC ID 3015941 - Montana State Prison, High Side Unit 1**

| Location | Updated | Start Date | End Date | Days |
|---|---|---|---|---|
| HSU2/HSU2-U/A/12/2 | | 11/07/2017 @ 10:00 AM | 11/10/2017 | 3 |
| HSU2/HSU2-U/A/1/1 | | 10/29/2017 @ 08:45 AM | 11/07/2017 | 9 |
| LHU1/LHU1-U/C/7/1 | | 10/11/2017 @ 01:05 PM | 10/29/2017 | 18 |
| LHU1/LHU1-U/C/7/1 | | 10/09/2017 @ 06:08 PM | 10/11/2017 | 2 |
| HSU2/HSU2-U/A/12/1 | | 08/31/2017 @ 08:50 AM | 10/09/2017 | 39 |
| LHU2/LHU2-U/F/7/1 | | 07/30/2017 @ 09:00 AM | 08/31/2017 | 32 |
| LHU2/LHU2-U/F/4/1 | | 05/10/2017 @ 10:20 AM | 07/30/2017 | 81 |
| LHU2/LHU2-U/F/2/1 | | 03/04/2017 @ 01:06 PM | 05/10/2017 | 67 |
| LHU2/LHU2-U/A/1/1 | | 01/30/2017 @ 11:00 AM | 03/04/2017 | 33 |
| LHU1/LHU1-U/E/5/1 | | 01/17/2017 @ 12:30 PM | 01/30/2017 | 13 |
| LHU2/LHU2-U/F/2/1 | | 01/02/2017 @ 07:15 PM | 01/17/2017 | 15 |
| LHU2/LHU2-L/F/4/1 | | 12/15/2016 @ 09:21 AM | 01/02/2017 | 18 |
| LHU1/LHU1-U/E/4/1 | | 11/17/2016 @ 10:40 AM | 12/15/2016 | 28 |
| **Montana State Prison** | **11/17/2016** | **11/17/2016 @ 04:30 AM** | **11/17/2016** | **0** |
| LHU1/LHU1-U/E/4/1 | | 11/17/2016 @ 10:40 AM | 12/15/2016 | 28 |
| **Crossroads Correctional Center** | **08/04/2015** | **08/04/2015 @ 02:30 PM** | **11/17/2016** | **471** |
| CCC/CCC 1/AS/6/1 | | 08/09/2016 @ 12:30 PM | 11/17/2016 | 100 |
| CCC/CCC 1/AS/6/1 | | 08/05/2016 @ 03:00 PM | 08/09/2016 | 4 |
| CCC/CCC 1/AS/6/1 | | 07/19/2016 @ 10:20 AM | 08/05/2016 | 17 |
| CCC/CCC 2/C/22/2 | | 03/28/2016 @ 03:13 PM | 07/14/2016 | 108 |
| CCC/CCC 1/AS/4/2 | | 03/23/2016 @ 01:30 PM | 03/28/2016 | 5 |
| CCC/CCC 1/C/7/1 | | 02/08/2016 @ 01:00 PM | 03/23/2016 | 44 |
| CCC/CCC 2/C/10/2 | | 12/28/2015 @ 03:00 PM | 02/08/2016 | 42 |
| CCC/CCC 2/AS/11/1 | | 12/14/2015 @ 01:00 PM | 12/28/2015 | 14 |
| CCC/CCC 2/AS/11/1 | | 12/09/2015 @ 06:52 PM | 12/14/2015 | 5 |
| CCC/CCC 2/A/4/2 | | 08/04/2015 @ 02:30 PM | 12/09/2015 | 127 |
| **Crossroads Correctional Center** | **08/04/2015** | **08/04/2015 @ 07:30 AM** | **08/04/2015** | **0** |
| CCC/CCC 2/A/4/2 | | 08/04/2015 @ 02:30 PM | 12/09/2015 | 127 |
| **Montana State Prison** | **04/30/2015** | **04/30/2015 @ 07:20 AM** | **08/04/2015** | **96** |
| MDIU/MDIU L/B/5/1 | | 04/30/2015 @ 07:20 AM | 08/04/2015 | 96 |
| **Lake County Jail** | **05/11/2015** | **04/29/2015 @ 01:00 PM** | **04/30/2015** | **1** |

EXHIBIT E