# MONTANA STATE PRISON
## INCIDENT REPORT FORM
### Page 1 of

Date of Incident: _10-17-09_          Time of Incident: _1050_

Place of Incident: _R.A.C. Sweat Area_

Inmate Involved: _High side Sweat_

---

Summary of Incident: _On the above date and time I C/o Hotalen was doing a walkthrough of the R.A.C. Sweat Area, after High Side Sweat was over. I noticed behind the small shed that there was feces and toilet paper covered under some dirt, Also inside the Teepee I found the smug bowl broken. The piece to the bowl were gathered up except for about a quarter of the bowl._

_E.O.R_

---

Reporting Staff (print name): _Joshua Hotalen_          Title: _C/o_

Signature: _[signature]_          Date: _10-17-09_

**NOTE:** Supervisors must review all reports for accuracy before signing off.

Supervisor Review and Remarks:

Supervisor (print name): _____          Title: _____

Signature: _____          Date: _____

ROUTING LIST (Place an X next to those this report will be distributed to):

| | | | | |
|---|---|---|---|---|
| | Helena Office (Priority I) | X | Security Major | | Medical |
| | MSP Duty Officer | | Unit Manager | | Maintenance |
| X | Warden or Designee | X | Command Post | | Investigators' Office |
| y | Deputy Warden | | Inmate Records File | | MCE |
| x | Associate Warden | | Inmate Unit File | x | Other _RAC Coordinator_ |
| x | Associate Warden | | | | _Tom Wilson_ |

STATE 01219

## MONTANA STATE PRISON
## INCIDENT REPORT FORM
Page 1 of 1

**Date of Incident:** 5/12/2010          **Time of Incident:** 1115

**Place of Incident:** High Side Dining

**Inmates Involved:** ███████████  ████████████

**Summary of Incident:** On the above date and time I C/O Hotalen was in the High Side Dining Hall when inmate ████ approached me and stated to me that he didn't want to be on the sweat set-up crew. I asked him why and he stated that he is done and I am not setting up for that pipe carrier. The pipe carrier is inmate ████████████ and he was nominated at High Side Pipe Ceremony on 5/11/2010. When I asked inmate ████ if you was still interested in being on the sweat set-up crew he stated no I don't want to be on the set up crew. On 5/11/2010 inmate ████ approached me in the High Side Dinning and asked if he could be on the set-up crew and I stated that I would check on it. E.O.R.

**Reporting Staff (print name):** Joshua Hotalen          **Title:** C/O

**Signature:** _Josh Hotalen_          **Date:** 5/11/2010

**NOTE:** Supervisors must review all reports for accuracy before signing off.

**Supervisor Review and Remarks:** _____

**Supervisor (print name):** _____          **Title:** _____

**Signature:** _____          **Date:** _____

**ROUTING LIST** (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| ____ Helena Office (Priority I) | ____ Security Major | ____ Maintenance |
| ____ MSP Duty Officer | _x_ Unit Manager | ____ Investigators' Office |
| ____ Warden or Designee | _x_ Command Post | ____ MCE |
| ____ Deputy Warden | ____ Inmate Records File | _x_ Other   RAC |
| ____ Associate Warden | ____ Inmate Unit File | ____ Other |
| ____ Associate Warden | ____ Medical | ____ Other |

MSP 1.1.6A, Incident Reporting          Attachment A (page 1 of 2)          Effective: October 14, 2009

STATE 01233

**MONTANA STATE PRISON**
**INCIDENT REPORT FORM**
Page 1 of 1

**Date of Incident:** 5/12/2010          **Time of Incident:** 0915

**Place of Incident:** Close Unit Three

**Inmates Involved:** ████████████████ ████████████████

**Summary of Incident:** On above date and time I C/O Hotalen and C/O Bailey were interviewing inmate ██████ We had asked him why he locked himself up and he stated that he didn't want to be around any of the tension that was on the block. I asked inmate ████ if he didn't want to live on the block with inmate ██████████ do to that ████████ is the new pipe carrier and he stated no. But inmate ██████ did state that when he went up to inmate ████████ to congratulate him, inmate ████████ stated to him, "get away from me, I don't want nothing to do with you." E.O.R.

**Reporting Staff (print name):** Joshua Hotalen          **Title:** C/O

**Signature:** _[signature]_          **Date:** 5/12/2010

**NOTE:** Supervisors must review all reports for accuracy before signing off.

**Supervisor Review and Remarks:** _____

**Supervisor (print name):** _____          **Title:** _____

**Signature:** _____          **Date:** _____

**ROUTING LIST** (Place an X next to those this report will be distributed to):

|  | Helena Office (Priority I) |  | Security Major |  | Maintenance |
|---|---|---|---|---|---|
|  | MSP Duty Officer | x | Unit Manager |  | Investigators' Office |
|  | Warden or Designee | x | Command Post |  | MCE |
|  | Deputy Warden |  | Inmate Records File |  | Other |
|  | Associate Warden |  | Inmate Unit File |  | Other |
|  | Associate Warden |  | Medical |  | Other |

STATE 01234



# MONTANA STATE PRISON
## INCIDENT REPORT FORM
### Page 1 of 1

**Date of Incident:** July 14, 2010          **Time of Incident:** 0845

**Place of Incident:** Religious Activity Center

**Inmates Involved:** NA

**Summary of Incident:** On the above date and time I (Terrie Stefalo) went into the RAC Men's Bathroom to shake down the area. In the trash was a crumpled up piece of paper which does not match any book the RAC has to use. On the paper is a drawing like a diagram with stars and a series of numbers. The trash had been accumulating since 11:30 AM of July 13, 2010. Afternoon activities were Low and High Side Pipe ceremony and in the evening was Low Side Jehovah Witness. End of report.

**Signature:** _Terrie Stefalo_          **Date:** July 14, 2010

**Reporting Staff:** (print name)  Terrie Stefalo     **Title:** Admin Spec./ Religious Advisor

**NOTE:** Supervisors must review all reports for accuracy before signing off.

**Supervisor Review and Remarks:** _____

**Signature:** _____          **Date:** _____

**Reporting Staff:** (print name) _____     **Title:** Admin Spec./ Religious Advisor

**ROUTING LIST** (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office (Priority I) | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigators' Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Other |
| _____ Associate Warden | | _____ |

MDIU Revised 24 FEB 2005

STATE 01237



STATE 01238

# MONTANA STATE PRISON
## INCIDENT REPORT FORM

**Date of Incident:** 5-21-11                    **Time of Incident:** 1025

**Place of Incident:** RAC

**Inmates Involved:** ███████████████████

**Summary of Incident:** ON The above date And time I C/o Hotalen noticed Inmate ██████ trying to hide two Braids of sweet grass in his coat. I Asked him what he was doing and he Stated "I was going to send them home". I then asked for the Two braids and sent him back To close unit one. These Two braids where extra in the Close one pipe bag.

E.O.R.

**Reporting Staff (print name):** Joshua Hotalen          **Title:** C/o

**Signature:** _[signature]_                              **Date:** 5-21-11

**NOTE:** Supervisors must review all reports for accuracy before signing off.

**Supervisor Review and Remarks:** _____

**Supervisor (print name):** _____    **Title:** _____

**Signature:** _____              **Date:** _____

**ROUTING LIST** (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| ☐ Helena Office (Priority I) | ☐ Security Major | ☐ Medical |
| ☐ MSP Duty Officer | ☐ Unit Manager | ☐ Maintenance |
| ☐ Warden or Designee | ☒ Command Post | ☐ Investigators' Office |
| ☐ Deputy Warden | ☐ Inmate Records File | ☐ MCE |
| ☐ Associate Warden | ☐ Inmate Unit File | ☒ Other RAC |
| ☐ Associate Warden | | |

STATE 01247

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑  MWP ☐   CONTRACT FACILITY:_____

### DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

*(Information and staff signatures on this form must be legible)*

**MAJOR ☑      MINOR ☐**

Inmate Name: ███████████        ███████████      ID # ███████████
                    Last Name                        First Name

Date: **8/13/11**   Time: **0900**   Place of Incident: **RAC**
Room/Cell: **LCC**   Housing Unit: **CU1**   Job Assignment: **801**
Infraction Number(s) & Name(s)   **4234 - Unauthorized Area / Threat to orderly Operation**
**4228 - Failure to Obey written policy/procedure: MSP.5.6.1**
_____
_____

Staff Witness: 1. _____   Other Inmates involved 1. _____
               2. _____                          2. _____

Description of Violation: (who, what, why, where, when and how): **On the above date & time,**
**while reviewing security video of the H.S. Sweat Ceremony**
**held on 8/13/11, I discovered inmate ███████████ went into an**
**unauthorized Area (clearly posted with signage) and he urinated**
**on the area between the shed & RAC Building (09:07:50)**
**Urinating outdoors disrupts orderly operations by creating a**
**public health risk for staff & inmates who must spokesman**
**and perform yard work, respectively. The RAC has a**
**fully functional bathroom. Other disruptions include the risk**
**of indecent exposure, and the risk of interfaith tension**
**if inmates believe, "The indians are peeing on our church."**
**MSP S.6.1 prohibits Nudity. The area is open to plain sight from the North.**

REPORTING STAFF MEMBER: _____**Tom Wilson**_____   _____
                              (Print Name)                    (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other
Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____   /   /   _____   /   /
(Shift Supervisor's Signature)   (Date)        (Warden or Designee Signature)   (Date)

### NOTICE OF HEARING/PREHEARING ACTION

I have received a copy of this notice and have been informed of my rights.
1. Hearing Date:___/___/___   Time:_____hrs.   Place:_____
2. I understand the charge(s)? ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have the inmate sign a waiver form – attachment H)
4. Be present at the hearing and present evidence and witnesses on my behalf. If inmate has witnesses have him/her complete a witness request form (attachment G.)
5. Other pertinent notations:_____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

_____   _____   _____
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Copies to:     1. Records     2. Parole Board (Major)     3. Housing Unit     4. Inmate

STATE 01251

9.   The following activities are never authorized:
  a.   Animal sacrifice.
  b.   Language or behaviors that might constitute or be construed as a threat (e.g., curses).
  c.   Nudity.
  d.   Self-mutilation.
  e.   Use or display of weapons.
  f.   Exclusion by race.
  g.   Paramilitary exercises.
  h.   Self-defense training.
  i.   Sexual acts.
  j.   Profanity.
  k.   Consumption of alcohol.
  l.   Ingestion of illegal substances.
  m.   Proselytizing.
  n.   Encryption.

STATE 01252



# MONTANA STATE PRISON
## INCIDENT REPORT FORM
### Page 1 of 1

| | | | |
|---|---|---|---|
| **Date of Incident:** | 08/26/2011 | **Time of Incident:** | 1400 |

**Place of Incident:** RAC

**Inmates Involved:** ███████████████

On the above date and time I, Religious Activities Specialist was supervising the Low Side Drum Group and Jehovah's Witness Activities. At 1400 hrs I gave the inmates and Jehovah's Witness volunteers a 5 minute warning. About 3 minutes after I gave the warning, I/M ████████ came into the RAC lobby and asked if count was clear. I told him that it was and he proceeded to grab his ID card and quickly walk out the front entrance. I saw that he was leaving with out my permission so I followed and saw him running to the Rear Guard Station. I yelled his name and for him to stop. I told him that I didn't say he could go. He came back and asked me why he couldn't go since count was clear. I told him that he wasn't aloud to leave unless I told him he could. He asked me "Why?" again. I told him, "There are several reasons, but it comes down to the fact that I didn't say you could go yet." He became insolent saying, "Why? Because you have the power? I'm a grown man. I should be able to go when I want." I re-informed him that he was an inmate and said, "You do not have permission to come and go as you please." He protested saying, "You said count was clear." I replied, "That is not the same thing as me saying you can go. I want you all to go back at the same time." It is procedure for RAC staff to call the Rear Guard Station before sending back Low Side inmates after their respective activity to ensure that there is no mixed custody from High Side Food Service inmates or any loading trucks coming through the Guard Station. I told I/M ████████ that I was going to put him in the warning log for insolence and trying to leave without permission. I also informed him that if he tried to pull anything like that again I would write him up. I then sent the Low Side inmates back to their units. Since this behavior seemed suspicious I called D Unit ████████ housing unit) and asked the officer to strip search I/M ████████ to see if he was smuggling contraband from the RAC. EOR

| | | | |
|---|---|---|---|
| **Signature:** | _[signature]_ | **Date:** | 8/26/2011 |
| **Reporting Staff:** (print name) | Russell Danaher | **Title:** | Religious Activities Advisor |

**NOTE:** Supervisors must review all reports for accuracy before signing off.

**Supervisor Review and Remarks:** _will review video_

| | | | |
|---|---|---|---|
| **Signature:** | _[signature]_  TOM WILSON | **Date:** | 8/29/11 |
| **Reporting Staff:** (print name) | | **Title:** | RAC Coordinator |

**ROUTING LIST** (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| ____ Helena Office (Priority I) | ____ Security Major | ____ Medical |
| ____ MSP Duty Officer | ____ Unit Manager | ____ Maintenance |
| ____ Warden or Designee | ____ Command Post | ____ Investigators' Office |
| ____ Deputy Warden | ____ Inmate Records File | ____ MCE |
| ____ Associate Warden | ____ Inmate Unit File | ____ Other _____ |
| ____ _____ | | _____ |

MDIU Revised 24 FEB 2005

STATE 01253

**MONTANA STATE PRISON**
**INCIDENT REPORT FORM**
Page 1 of 1

COMMAND POST/
Initial-Approve
3∅ AUG 11

Date of Incident: **August 30, 2011**          Time of Incident:  **1247**

Place of Incident:  **D-unit & RAC**

Inmates Involved: ███████████████ & ████████████████

Summary of Incident:  **Today at about 1247 hr pipe ceremony was called for at the RAC.** A few minutes after the inmates had left I found out that █████ took ████████ to pipe ceremony. I believe that █████ took ████████ because █████ wanted to go, but was on duty as █████████ infirmary aide. █████ has the "C" for Catholic on his card, but not the "NA" for Native American. I called the RAC and Terri agreed that ████████ should not be there. Given ████████████ unpredictability it was agreed at 1253 hr that she would send █████ back to the unit with ████████ When █████ got back to the unit he was very upset and said that he is an enrolled member and that he explained the whole pipe ceremony to ██████ before they went. I had told him that if it was that important for him to go he should have asked and we could have had someone cover for the hour he was to be gone. He claims that for pipe ceremony they can bring "visitors" and I told him that █████ was not authorized to be at the RAC for pipe ceremony because he must first be authorized by policy to attend Native American functions. As well, it is my understanding that ██████ current mental condition is such that he would not understand anything that was being said or done. He accused me of discriminating against him and █████ End of report.

Reporting Staff (print name):        Kevin A. Hart                    Title:   Sergeant

Signature:  _Sgt K. Hart_                                        Date:   8/30/11

**NOTE:** Supervisors must review all reports for accuracy before signing off.

**Supervisor Review and Remarks:**  _____

Supervisor (print name): _____     Title: _____

Signature: _____     Date: _____

**ROUTING LIST** (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| ☐ Helena Office (Priority I) | ☑ Security Major | ☐ Medical |
| ☐ MSP Duty Officer | ☑ Unit Manager | ☐ Maintenance |
| ☑ Warden or Designee | ☑ Command Post | ☑ Investigators' Office |
| ☑ Deputy Warden | ☐ Inmate Records File | ☐ MCE |
| ☑ Associate Warden | ☐ Inmate Unit File | ☐ Other_____ |
| ☑ Associate Warden | | |

STATE 01254

# MONTANA STATE PRISON
## INCIDENT REPORT FORM
### Page 1 of 1

**Date of Incident:** 02/25/2014                **Time of Incident:** 1342

**Place of Incident:** RAC

**Inmates Involved:** ████████████ B Unit

**Summary of Incident:**
Stemming from discovering an unknown substance in the Men's Bathroom Wednesday morning 2/26/14, I (Terrie Stefalo) reviewed cameras during the Low Side Pipe Ceremony. Bathroom visists were minimal. One bathroom visit stands out from the rest. ██████████████ went in at 1342 (camera time) and exited at 1347. Cherie Bilodeau noted that she could see his sillouette through the door window and he was not in a stall or urinal but standing in the garbage can area in the bathroom.

Lt Lamb called me (2/26/14) informing me of something overheard between Inmate ████████████and██████ ████████ outside the BOP. ████████ was heard telling████████ that there was something at the RAC for him at Sweat.

████and ██ are cellies.

**Reporting Staff (print name):** Terrie Stefalo          **Title:** RAC Coordinator

**Signature:** *Terrie Stefalo*          **Date:** 2/26/14

**NOTE:** Supervisors must review all reports for accuracy before signing off.

**Supervisor Review and Remarks:**

**Supervisor (print name):** _____          **Title:** _____

**Signature:** _____          **Date:** _____

**ROUTING LIST** (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| ☐ Helena Office (Priority I) | ☐ Security Major | ☐ Medical |
| ☐ MSP Duty Officer | ☐ Unit Manager | ☐ Maintenance |
| ☐ Warden or Designee | ☐ Command Post | ☐ Investigators' Office |
| ☐ Deputy Warden | ☐ Inmate Records File | ☐ MCE |
| ☐ Associate Warden | ☐ Inmate Unit File | ☐ Other _____ |
| ☐ Associate Warden | | ☐ Other _____ |
| | | ☐ Other _____ |

STATE 01270



# MONTANA STATE PRISON
## INCIDENT REPORT FORM
### Page 1 of 1

**Date of Incident:** 07/23/2014          **Time of Incident:** 1315

**Place of Incident:** RAC Sweat Shed

**Inmates Involved:** N/A

On the above date and time, during a routine shake down of the RAC Sweat Shed I, Religious Activities Specialist Russ Danaher, found a clear plastic bag with unidentifiable contents (see attached evidence). The baggie was wedged up in the top right corner of the shed, closest to the door. I brought the baggie to RAC Coordinator Terrie Stefalo who opened it and we both determined the contents were most likely "spice" due to the sweet smell. EOR.

**Signature:** _____          **Date:** 07/23/14

**Reporting Staff:** ( print name )   Russell Danaher          **Title:** Religious Activities Spec.

**NOTE:** Supervisors must review all reports for accuracy before signing off.

**Supervisor Review and Remarks:** _Forward to Command Post_

**Signature:** _____          **Date:** 7/23/14

**Reporting Staff:** ( print name )   Terrie Stefalo          **Title:** RAC Coordinator

**ROUTING LIST** (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office (Priority I) | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigators' Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Other |
| _____ | | _____ |

MDTU Revised 24 FEB 2005

STATE 01274



STATE 01275

# MONTANA STATE PRISON
## INCIDENT REPORT FORM
Page 1 of 1

**Date of Incident:** 04/07/2015          **Time of Incident:** 0745

**Place of Incident:** RAC

**Inmates Involved:** ███████████ HSU1, ███████████ HSU2

**Summary of Incident:**
On Friday's the RAC calls for High Side Drum at 1415 every week and for months, now, no one has shown up for Drum Group on the High Side. On 4/3/15 RAC Specialist Steve Grant called High Side Drum and ███████ ███████████ HSU1 showed up. He questioned both Steve Grant and myself, Terrie Stefalo, about other High Side inmates requesting to join the group. I told him that no one has requested to be placed on the Drum Group in a long time. He did not want to stay and drum by himself so Steve Grant called him back to HSU1. On 4/7/15 I received an OSR from ███████████ HSU2 requesting to be placed on Drum Group. I felt that there may be something not right in this situation since I believe there was a recent hit placed on ███████ I called Captain Zuber and informed him that there may be something up that involves these two inmates. Captain Zuber asked that I remind him to have people available for the RAC in the event we need them. End of Report

**Reporting Staff (print name):** Terrie Stefalo          **Title:** RAC Coordinator

**Signature:** *Terrie Stefalo*          **Date:** 04/07/15

**NOTE:** Supervisors must review all reports for accuracy before signing off.

**Supervisor Review and Remarks:** _____

**Supervisor (print name):** _____          **Title:** _____

**Signature:** _____          **Date:** _____

**ROUTING LIST** (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| ☐ Helena Office (Priority I) | ☐ Security Major | ☐ Medical |
| ☐ MSP Duty Officer | ☐ Unit Manager | ☐ Maintenance |
| ☐ Warden or Designee | ☐ Command Post | ☐ Investigators' Office |
| ☐ Deputy Warden | ☐ Inmate Records File | ☐ MCE |
| ☐ Associate Warden | ☐ Inmate Unit File | ☐ Other _____ |
| ☐ Associate Warden | | ☐ Other _____ |
| | | ☐ Other _____ |

STATE 01279

# CONFIDENTIAL

## MONTANA STATE PRISON
### INCIDENT REPORT FORM

**Date/Time: 7-13-2015**        **1600 hrs.**        **Place:**   **High Side Unit I**

**Inmates Involved:  CI1**

█████████████████████████████████████████████████████

**Summary of Incident:**

On the above date at time, I, UM Jovanovich interviewed ███ about recent activity within the unit.  He began to say that the tension is coming from the Surenos and aimed directed at the Native Americans. ██████ stated that Saturday Sweat had nearly 9 Surenos who went to back up ████ stated that he heard ██████ going to other blocks telling inmates to glove up and come to sweat.

████████ then stated that there was supposed to be a war between the Natives and the following inmates who went to sweat: ████████████ ████████████████████████████████ ███████ said that the Natives convinced the Surenos that the RAC is a place to pray and not to fight. ████ also said that the Surenos are looking to build numbers then attack.

████████ indicated that ████████ was now backing the Surenos because he isn't liked by most of the Natives and now that he is running with the Surenos, he went to sweat.  This information seems credible and aligns with staff reports of obvious tension at the RAC. ████████ then began to ask if an inmate was observed with a weapon in a tense situation, would that person be locked up?  I asked what ████ was talking about and ███ said ████ had a weapon and staff let him go.  I told ████ I could not verify his claim.  I asked ██████ if there were any weapons and ███ said ████ thought that the Surenos had weapons and that someone was going to get hurt.  I asked ████ what kind of weapons they have and ███ said ████ thinks the Surenos keep the weapons or shanks in the yard.

Following the interview with ██████ I spoke with ██████ He stated that everything is good and that he even went to sweat. ██████ said they talked and it was a dead issue.  I asked about what and he hesitantly told me that someone approached them in the chow hall and called them out and was disrespectful to his friend. This would be the reported incident between ██████ and ████████████ in the chow hall last week.  Given the amount of tension and activity in recent weeks, it does not appear that the Surenos are remaining inactive.  Staff will continue to monitor the situation.

After speaking with ██████ I spoke with inmate █████ ██████ explained that the issue at the RAC was a result of the Surenos not wanting ████ in HSUI. ████ explained that ████████ showed up to sweat about five minutes after ████ had arrived and told ████ that it was going to be a bad sweat. ████ asked why and █

## CONFIDENTIAL

STATE 01281

# CONFIDENTIAL

told ███ that ███ was telling inmates on the lower tier to come to sweat and to wear their gloves. ███ said he then told the Officer what he had heard and the Officer then called HSUI. This was disheartening to ███ as ███ is from the same reservation as ███ According to ███ the unit Sgt. observed ███ and ███ trying to go to sweat with gloves on. ███ also asked ███ what he was doing hanging with them and ███ reply was that ███ and that if he was caught hanging with sexers, snitches, etc., that he would be dealt with ███████ He said he had to stay hard.

     I reviewed the cameras for the sweat movement and confirmed that ███ and ███ both did put gloves on prior to leaving their blocks. Staff confiscated them when attempting to leave. I also observed ███ pacing nervously as well as ███ on UA, standing with ███ jumping up and down like a boxer prior to leaving the block. Sgt. McDonald did report that there was obvious tension and that ███████ told him that the tension was a result of what took place at the gym and that someone misspoke. The recent events and information obtained in HSUI indicates that the threat level is high and STG activity is taking place. There are four inmates that are willing to torpedo if necessary. These inmates are ████████████████

    When the upper tier was leaving to dinner, ███ called for ███ and told another inmate, "get ███████ seemed overly concerned about ███ attending chow. Upon return, I observed ███ walk toward his cell, turn, then walk directly toward UA12 and pull something small out of his shirt. He then entered UA12 momentarily prior to locking down. Staff will continue to monitor the situation.

 

**Reporting Staff Signature**

| cc: | Warden | Security Major | Investigator |
|---|---|---|---|
| | Deputy Warden I | Command Post | Inmate File |
| | Deputy Warden II | Unit CS/CSC | Medical Department |
| | Deputy Warden III | Unit Manager | Duty Officer |

**Remarks:**

**Unit Manager/Shift Leader/Duty Officer**

# CONFIDENTIAL

STATE 01282

CONFIDENTIAL

CONFIDENTIAL

STATE 01283

# MONTANA STATE PRISON
# INCIDENT REPORT FORM
### Page 1 of 1

**Date of Incident:** 1/22/16          **Time of Incident:** 1100

**Place of Incident:** RAC Sweat Shed

**Inmates Involved:** ██████████████ | ███████████    ██████████████

██████████████████████████████████

**Summary of Incident:**
On the above date and time RAC Specialist Steve Grant, after dismissing the Sweat Set-up crew, went to lock the shed where the material for setting up the sweat lodge are kept.  Upon opening the door to shed, Grant noticed a smell that was strongly suggestive of marijuana.  When the shed had been opened at 1000 hrs the smell had not been noticed.  Upon the discovery of the smell Grant called Command Post to report the smell.  ISP was sent to investigate and search the shed. EOR

**Reporting Staff (print name):** Steven D. Grant          **Title:** RAC Specialist

**Signature:** _[signature]_          **Date:** 1/22/16

**NOTE:** Supervisors must review all reports for accuracy before signing off.

**Supervisor Review and Remarks:** _____

**Supervisor (print name):** _____          **Title:** _____

**Signature:** _____          **Date:** _____

**ROUTING LIST** (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| ☐ Helena Office (Priority I) | ☐ Security Major | ☐ Medical |
| ☐ MSP Duty Officer | ☐ Unit Manager | ☐ Maintenance |
| ☐ Warden or Designee | ☐ Command Post | ☐ Investigators' Office |
| ☐ Deputy Warden | ☐ Inmate Records File | ☐ MCE |
| ☐ Associate Warden | ☐ Inmate Unit File | ☐ Other _____ |
| ☐ Associate Warden | | ☐ Other _____ |
| | | ☐ Other _____ |

STATE 01287



# MONTANA STATE PRISON
## INCIDENT REPORT FORM
### Page 1 of 1

**Date of Incident:** 08/16/16      **Time of Incident:** 1527

**Place of Incident:** RAC

**Inmates Involved:?**

HSU1 Pipe Ceremony ended at 1520.
The Fire Alarm went off about 1527 as the Inmates were returning to their Unit. Several officers responded.
I called maintenance to shut off the alarm.
An officer discovered that the Fire Alarm at the back door of the RAC had been pulled.
JD (Maintenance) arrived and shut the alarm off.
Sgt. Hotchkiss and CO "Dusty" remained to view the video tape. CO "Dusty" went to Command Post for USB.
Sgt. Hotchkiss burned the USB. He and Dusty left with USB and printout of the Inmates present during the Pipe Ceremony.
JD returned at 1640 to reset the Fire Alarm.

**Signature:** .       **Date:**

**Reporting Staff:** ( print name )  Susan Trueax      **Title:** RAC Specialist

**NOTE:** Supervisors must review all reports for accuracy before signing off.

**Supervisor Review and Remarks:**

**Signature:**      **Date:**

**Reporting Staff:** ( print name )      **Title:**

ROUTING LIST (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office (Priority I) | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigators' Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Other |
| _____ | | _____ |

MDIU Revised 24 FEB 2005

**Date of Incident:**      **Time of Incident:**

**Summary of Incident** (continued):

**Signature:**      **Date:**

STATE 01288

# MONTANA STATE PRISON
## INCIDENT REPORT FORM
### Page 1 of 1

**Date of Incident:** September 27, 2016      **Time of Incident:** 1425-1520

**Place of Incident:** RAC

**Inmates Involved:** ████████████████████████████████
████████████████████████████████████████
████████████████

**Summary of Incident:**
On the above date and time HSU1 inmates were called to Pipe Ceremony.  Twenty-eight inmates attended which is a little larger than normal for Pipe Ceremony.  Throughout most of the service inmates' ████████████████ were animated in conversation to the point of being noisy and noticable.  I gave them all a signal that they were to be quiet.  I noticed that █████ had something in his pocket and I called him over to ask him about it.  He said he just got mail and that he did not have time to put them away.  I confiscated his pictures.  One picture appears to be gang related with three dots on the back and Sunny Side Park written on the back.

████████████████ was wearing a red beaded arrowhead neckace outside of his shirt.  I informed him that this was an unauthorized item not approved for personal property and I was taking it.  He surrendered it but asked if he could mail it out.  I told him no.

End of Report.

---

**Reporting Staff (print name):** Terrie Stefalo      **Title:** RAC Coordinator

**Signature:** *Terrie Stefalo*      **Date:** 09/27/16

**NOTE:** Supervisors must review all reports for accuracy before signing off.

**Supervisor Review and Remarks:** _____

---

**Supervisor (print name):** _____      **Title:** _____

**Signature:** _____      **Date:** _____

**ROUTING LIST** (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| ☐ Helena Office (Priority I) | ☐ Security Major | ☐ Medical |
| ☐ MSP Duty Officer | ☐ Unit Manager | ☐ Maintenance |
| ☐ Warden or Designee | ☐ Command Post | ☐ Investigators' Office |
| ☐ Deputy Warden | ☐ Inmate Records File | ☐ MCE |
| ☐ Associate Warden | ☐ Inmate Unit File | ☐ Other _____ |
| ☐ Associate Warden | | ☐ Other _____ |
| | | ☐ Other _____ |

STATE 01290



STATE 01291



STATE 01292

Me & Dani.

Halloween 2015



STATE 01293

Leaving
Zootown
to
Idaho

Whats that green
dot?? In alot
of my pics.
Fed
or
UFO LOL



STATE 01294

We
fresh cut



STATE 01295

# MONTANA STATE PRISON
## INCIDENT REPORT FORM
### Page 1 of 1

**Date of Incident:** 10/18/16        **Time of Incident:** 1035

**Place of Incident:** RAC Outside Worship Area

**Inmates Involved:**

**Summary of Incident:**
On the above date and time, I, Terrie Stefalo, was shaking down the outside area of the RAC. On the bush and dirt mound by the Sweat Lodge I found a handcrafted medicine bag, dream catcher and drum stick. I also found a plastic bristle pad, two pieces of hard candy and an apple. End of report.

**Reporting Staff (print name):** Terrie Stefalo        **Title:** RAC Coordinator

**Signature:** _Terrie Stefalo_        **Date:** 10/18/16

**NOTE:** Supervisors must review all reports for accuracy before signing off.

**Supervisor Review and Remarks:**

**Supervisor (print name):**        **Title:**

**Signature:**        **Date:**

**ROUTING LIST** (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| ☐ Helena Office (Priority I) | ☐ Security Major | ☐ Medical |
| ☐ MSP Duty Officer | ☐ Unit Manager | ☐ Maintenance |
| ☐ Warden or Designee | ☐ Command Post | ☐ Investigators' Office |
| ☐ Deputy Warden | ☐ Inmate Records File | ☐ MCE |
| ☐ Associate Warden | ☐ Inmate Unit File | ☐ Other _____ |
| ☐ Associate Warden | | ☐ Other _____ |
| | | ☐ Other _____ |

STATE 01298



STATE 01299

COMMAND POST/: *LEZ*
Initial/Approved



# Montana Department of Corrections
## Statement of Incident

**Title:** Written message on Newspaper

**Incident Date:** 02/24/2017    **Incident Time:** 01:00 PM    **Statement Date:** 02/24/2017

**Jurisdiction:** Montana State Prison    **Submission Status:** DRAFT

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:** Montana State Prison/Religious Activities Center's Outside area.

## Summary of Incident

On the above date and time, I (Terrie Stefalo) was shaking down the outside grounds by the Sweat Shed at the Religious Activities Center. Under the Sweat Shed, I noticed a bundle of newspaper and when I removed the bundle, the outside layer had a message written on it. "Fuck You! Page 7 (an arrow line) 4th from the Right (an arrow line) 1 1.1 1 (an arrow line pointing to the first 1) my pick  Page 63 - 3 from right" (see attached newspaper). End of Report.

## Involved Persons

No individuals are associated with this Incident Statement

## Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Stefalo, Terrie

**Reporting Staff:** Stefalo, Terrie    **Title:** Business Operations Sup

**Signature:** _____    **Date:** _____

## Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____    **Title:** _____

**Signature:** _____    **Date:** _____

## Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note:** This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

STATE 01303



*(handwritten notes)* look — Fuck you [Page 7] 4 from the Right ← 1 1 1 1 ↑ my pick
Page 63 — 3 from Right

# missoulian.com
# Missoulian



...niss
...RTS, D1

...stern QB
...dominate

## Native celebration
### Indigenous Peoples' Day celebrated at UM
MONTANA, B1

...IN/SNOW 47 • 23 FORECAST, A8 | **TUESDAY, OCTOBER 11, 2016** | missoulian.com

# ...de you receive is overwhelming'

...has the legal authority ...n behalf of an individual. ...as been working with ...s of people with devel-...tal disabilities to obtain ...uardianship since 2012 in ...n Montana.

...he wants to expand it ...de.

...he normal, everyday Joe, ...ink what's the big deal ...uardianship," said Mary-...unt, family support spe-...t Missoula's Child Devel-...Center. "But there's a lot ...s into it."

...10, Riley got a phone ...was from a family he had ...8 years before when they ...their son.

...needed his help again. ...92, the going rate for

adoption services from other at-torneys was about $400, which the couple couldn't afford. Riley had been charging $50.

"In a flash I thought, 'Holy cow,'" Riley said. "This couple badly wanted to adopt the baby, and the baby was available. But for that unreasonable fee, the child would have been with them for a year now."

He didn't tell them, but his mind was made up. He would stop charging for adoption ser-vices.

The couple's son has develop-mental disabilities, and now that he was 18 years old, they needed to obtain legal guardianship.

It was deja vu. Again, Riley de-cided not to charge.

**Please see GUARDIANSHIP, Page A4**



TOMMY MARTINO, MISSOULIAN

Retired attorney Larry Riley has been devoting his time to his legal guardianship project, an effort to bring the service at a free or reduced rate to families across Montana.

## BUTTE
# Low-power station



STATE 01304



# Montana Department of Corrections
## Statement of Incident


COMMAND POST
Initial-Approved

---

**Title:** tattoo device                                                      **Statement #:**        1675

**Incident Date:**  04/20/2017        **Incident Time:**  08:30 AM        **Statement Date:** 04/20/2017

**Jurisdiction:**  Montana State Prison

## Incident Scene

**Incident Occurred at Facility?**  Yes

**Location:**  Montana State Prison/Sweat lodge shed ,RAC

## Summary of Incident

On above date time while looking around the Sweat Lodge area at RAC I found a motor casing for a Remington electric shaver. The motor and all internal components were missing from this razor. It was laying on the ground below the door for the shed. It appears that it was displaced by a ground squirrel and was either placed in the hole or slid under the shed.

## Involved Persons

No Individuals are associated with this Incident Statement

## Source and Documentation

**Confidential Informant:**  No

**Information Source:** Staff  ZUBER, MICHAEL

**Reporting Staff:**     Zuber, Michael                    **Title:** Correctional Officer SupMgr

**Signature:**                                            **Date:**  4 20 17

## Notes

No Notes are associated with this Incident Statement

## NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:**  _____

_____

**Supervisor Name:** _____  **Title:** _____

**Signature:** _____  **Date:** _____

## Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

---

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

STATE 01305



# Montana Department of Corrections
## Statement of Incident

**Title:** Contraband In Sweat Shed                          **Statement #:**  2185

**Incident Date:**  05/12/2017     **Incident Time:**  01:20 PM     **Statement Date:** 05/12/2017

**Jurisdiction:** Montana State Prison

## Incident Scene

**Incident Occurred at Facility?** Yes

**Location:**  Montana State Prison/Religious Activities Center

## Summary of Incident

On the above date and time, I (Terrie Stefalo) shook down the Sweat Shed.  In the Shed at the bottom of a bucket was a Dr. Pepper bottle.  In the bottle there is what looks like oats and a little liquid.  I also found two 12" wooden dowels.  End of Report.

## Involved Persons

No Individuals are associated with this Incident Statement

## Source and Documentation

**Confidential Informant:**  No

**Information Source:**  Staff - STEFALO, TERRIE

**Reporting Staff:**  Stefalo, Terrie                     **Title:** Business Operations Sup

**Signature:**  _Terri Stefns_                     **Date:** _5/12/17_

## Notes

No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____     **Title:** _____

**Signature:** _____     **Date:** _____

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

---

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

Printed: 05/12/2017 @ 01:25 PM                Page 1 of 1                Original - 09/14/2016

STATE 01306

STATE 01307



STATE 01308



# Montana Department of Corrections

## Statement of Incident

**Title:** Six Inch Nail                                    **Statement #:**    3773

**Incident Date:**   07/28/2017      **Incident Time:**   10:30 AM         **Statement Date:** 07/28/2017

**Jurisdiction:** Montana State Prison

## Incident Scene

**Incident Occurred at Facility?**   Yes

**Location:**   Montana State Prison/Religious Activities Center / Outside Fire Pit

## Summary of Incident

On the above date and time, ██████████████ who is ████████████████ brought to me a six inch nail he found in the fire pit ash pile.  Also found in the wood pile was two more nails slightly attached to an old fence post. End of Report.

## Involved Persons

No Individuals are associated with this Incident Statement

## Source and Documentation

**Confidential Informant:**   No

**Information Source:**   Staff - STEFALO, TERRIE

**Reporting Staff:**      Stefalo, Terrie                    **Title:** Business Operations Sup

**Signature:**   *Terrie Stefalo*                    **Date:**   7/28/17

## Notes

No Notes are associated with this Incident Statement

## NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____    **Title:** _____

**Signature:** _____    **Date:** _____

## Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

---

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

STATE 01311



# Montana Department of Corrections

## Statement of Incident

**Title:** Contraband Found                                       **Statement #:**        5383

**Incident Date:**    10/10/2017        **Incident Time:**      09:00 AM         **Statement Date:**  10/10/2017

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** Yes

**Location:**   Montana State Prison/Religious Activities Center Outside area near Sweat.

### Summary of Incident

On the above date and time a pair of tennis shoes were found on the Outside grounds where Sweat occurs.  The shoes were against the wall near the drain.  End of report.

### Involved Persons

No Individuals are associated with this Incident Statement

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Stefalo, Terrie

**Reporting Staff:**    Stefalo, Terrie                          **Title:** Business Operations Sup

**Signature:** _Terrie Stefalo_                          **Date:** _10/10/17_

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____       **Title:** _____

**Signature:** _____       **Date:** _____

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

---

**Note: This statement of Incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

STATE 01312

COMMAND POST 
Initial-Approved

 **Montana Department of Corrections**

## Statement of Incident

**Title:** Nail Found During Sweat Set-up                                                **Statement #:**        5437

**Incident Date:** 10/13/2017     **Incident Time:**     11:00 AM          **Statement Date:** 10/13/2017

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?**  No

**Location:**  Montana State Prison at the Religious Activities Center

### Summary of Incident

On the above date and time RAC Specialist Grant was preparing to return the inmates on the Sweat Set-up crew to their units because set-up for the week-end sweat had been completed. ███████████ returned the schmug shell to Specialist Grant with the lighter and a nail that was found in the wood that is used to start the fire for sweat. ██████ said that he had found the nail in a log and had pulled it out and that the end of the nail was still in the log.

The nail appears to be 4 inches long with a curve at the end with an additional inch of metal at the curve. The end of the nail appears to have a end that was cut because of the end of the nail being smooth and flat. Specialist Grant notified SSG Snowden of the find who requested an incedent report and that Specialist Grant bring the nail to the command post as soon as possitle.  EOR

### Involved Persons

| Category | Person | Narrative |
|----------|--------|-----------|
| ██████████████████████████ | | |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Grant, Steven

**Reporting Staff:**        Grant, Steven                      **Title:** Program Specialist

**Signature:** _(signature)_                                       **Date:** 10/13/17

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** Reviewed & Distributed  Disposed of nail in Sharps Container

**Supervisor Name:** Thomas Snowden                  **Title:** Staff Sergeant

**Signature:** _(signature)_ Snowden                   **Date:** 10-13-17

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |

**Note:** This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

STATE 01313



# Montana Department of Corrections

## Statement of Incident

| | |
|---|---|
| **Title:** Unidentified Contraband | **Statement #:** 15005 |
| **Incident Date:** 07/31/2018   **Incident Time:** 10:50 AM | **Statement Date:** 07/31/2018 |
| **Jurisdiction:** Montana State Prison | |

### Incident Scene

Incident Occurred at Facility? Yes

**Location:** Montana State Prison/Religious Activities Center

### Summary of Incident

On the above date and time, I (Terrie Stefalo) found 20 individually wrapped unidentified items in the Low Side Native American Locker at the RAC. They have a spice scent to them that is not familiar to the botanicals available to the Native Americans. End of Report.

### Involved Persons

No Individuals are associated with this Incident Statement

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Stefalo, Terrie

**Reporting Staff:** Stefalo, Terrie                     **Title:** Business Operations Sup

**Signature:** _Terrie Stefalo_            **Date:** 7/31/18

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____   **Title:** _____

**Signature:** _____   **Date:** _____

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Printed: 07/31/2018 @ 11:04 AM                     Page 1 of 1                     Original - 09/14/2016

STATE 01321



STATE 01322



# Montana Department of Corrections
## Statement of Incident

**Title:** Unidentified Contraband 2                                   **Statement #:** 15013

**Incident Date:** 07/31/2018   **Incident Time:** 11:20 AM    **Statement Date:** 07/31/2018

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** No

**Location:** Religious Activities Center

### Summary of Incident

On the above date and time, I (Terrie Stefalo) walked around the Sweat grounds and found unknown item wrapped in white tissue.  It broke into pieces.  End of Report

### Involved Persons

No Individuals are associated with this Incident Statement

### Source and Documentation

**Confidential Informant:**  No

**Information Source:**  Staff - Stefalo, Terrie

**Reporting Staff:** Stefalo, Terrie                       **Title:** Business Operations Sup

**Signature:** _Terrie Stefalo_                          **Date:** _7/31/18_

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____   **Title:** _____

**Signature:** _____   **Date:** _____

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |
| _____ Deputy Warden | _____ Inmate Records File | _____ MCE |
| _____ Associate Warden | _____ Inmate Unit File | _____ Safety Committee |
| _____ Other | | |

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

STATE 01323



# Montana Department of Corrections

## Statement of Incident

**Title:** Sweat incident          **Statement #:** 26409

**Incident Date:** 04/27/2019    **Incident Time:** 08:15 AM    **Statement Date:** 05/02/2019

**Jurisdiction:** Montana State Prison

### Incident Scene

**Incident Occurred at Facility?** No

**Location:** Rac Sweat Grounds

### Summary of Incident

on Saturday 4/27/2019 I told Inmate ████████████ of HSU1 that he cold not sweat his boxers. They were considered underwear and that if he wanted to sweat he would have to wear his pants. He ignored me. I found this out later when I found him sweating in his boxers. This was at the end of a round.at that time i made everyone else exit the lodge to make sure no one else was sweating in only there underwear. I thought i seen someone else in their underwear. They said they would be grieving me. I also sent ████████ back to the unit for being mouthy as a summery action and had him put in the unit warning log. I also caught them getting into the low sides wood for sweat at the begging of the ceremonies. So in short they were not behaving very well at all today. When sweat ended I delivered to Sgt. Gwin in Hsu1 a write up for ████████████████ for failur to obey any posted or unit rule. End of report

### Involved Persons

| Category | Person | Narrative |
|----------|--------|-----------|
| Offender | ████████████████████ | Inmate cought in boxers after being told he could not sweat in underwear |
| Offender | ████████████████ | Inmate being mouthy |

### Source and Documentation

**Confidential Informant:** No

**Information Source:** Staff - Pierce, Patrick

**Reporting Staff:** Pierce, Patrick          **Title:** Correctional Officer

**Signature:** *Patrick*          **Date:** 5-2-2019

### Notes

No Notes are associated with this Incident Statement

### NOTE: Supervisors must review all reports for accuracy before signing off

**Supervisor Review and Remarks:** _____

_____

**Supervisor Name:** _____     **Title:** _____

**Signature:** _____     **Date:** _____

### Routing List (Place an X next to those this report will be distributed to):

| | | |
|---|---|---|
| _____ Helena Office | _____ Security Major | _____ Medical |
| _____ MSP Duty Officer | _____ Unit Manager | _____ Maintenance |
| _____ Warden or Designee | _____ Command Post | _____ Investigator's Office |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

STATE 01324



# Montana Department of Corrections

## Incident Statements for Montana State Prison

| Search Criteria | | | |
|---|---|---|---|
| **Facility** | **Category** | **Phrase** | **Reported By** |
| **Complex** | **Involved** | | **Statement #** |
| | | | 32251 |

| Search Results |
|---|
| **32251 - Norteno Interviews - 09/17/2019 @ 11:00 AM** |

Jurisdiction: Montana State Prison                                    **Report Date:** 09/17/2019

## Incident Scene

Incident Occurred at Facility? Yes

Location: Montana State Prison

## Summary of Incident

On the above date & approximate time myself and STG Short interviewed several Norteno inmates. █████████

Inmate ███████ claimed he needed to go lowside to stay out of the mix because ██████████ and when asked about ████████████████████ he stumbled for a response an said it was out of pride to his people. The source of information provided in a previous report is opposite of his actions. He is currently inked from head to toe and has some Norteno ink covered but he added several more. His ID card shows solid skin and his OMIS is not updated as well and what has been entered did not upload photos. This will need to be updated and addressed as it appears he has not been given disciplinary action for the ink. I believe his statement to UM Jovanovich is not credible.

Inmate ██████ was interviewed and he stated that there are no problems on the yard, there was some tension among the whites but no beefs or threats. Apparently some whites were trying to go to sweat and it caused issues with the Natives. He indicated that the only function they go to is yard / gym because they do not want problems or accusations. He was asked about drug activity and he stated there is no competition. He could easily sell drugs at a lower cost and beat them out but he is not doing that. He is just trying to get enough clear conduct to get an out of state transfer.

Inmate ███████ was interviewed and he stated there are no problems, that there might of been some tension because ████████ is escorted over to HSU2 and stands in front and was running his mouth that ████████ but separation needs on him. ████████ stated everyone just looks away from it because there are no issues going to be acted upon. He said things were actually getting better with the separation of housing units. HSU1 doesn't do their signing anymore as we walk to chow and they are not yelling South Side from the yard and gym. He then mentioned that the only issues were with the whites that he knew of because of some bickering.

Inmate ██████ was interviewed and I asked him about the metal piece that was never found which he took off of the clipboard. He stated that he threw it away in the garbage that same night. He only wanted the board piece. I asked him about tensions and if there were any revenge talks since the last interaction at the high security gym where he was punched out in the front of the HSU1 building or the incident between ████████████ in the chow hall. ████ said that things have been fine since they have separated the nortenos from surenos.

Through these interviews there does not appear to be a credible threat at this time. The only issue it appears is when ██████████ s escorted by education standing right outside the door of HSU2.

---

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

STATE 01326



# Montana Department of Corrections

## Incident Statements for Montana State Prison

**32251 - Norteno Interviews - 09/17/2019 @ 11:00 AM**

## Involved Persons

| Category | Person | Narrative |
|----------|--------|-----------|
| Offender | ███████████████ | Interview |
| Offender | ███████████████ | Interview |
| Offender | ███████████████ | Interview |
| Offender | ███████████████ | Interview |

## Source and Documentation

**Confidential Informant:  No**

**Information Source:**  Staff - Wigert, Roxanne

**Reporting Staff:**    Wigert, Roxanne          **Title:** Fingerprint & Evidence Tech

## Notes

No Notes are associated with this Incident Statement

---

**Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.**

STATE 01327