IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| MAKUEEYAPEE D. WHITFORD, | CV 22-70-H-BMM-JTJ |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JIM SALMONSEN and C. JOHNSON, | |
| Defendants. | |

Plaintiff Makueeyapee D. Whitford seeks additional time to respond to Defendants' Motion for Summary Judgment. (Doc. 64.) Whitford's motion is not timely, having been filed after his allotted time to respond had already expired. However, the Court concludes that Defendants will not be prejudiced by a brief delay.

Accordingly, it is HEREBY ORDERED:

1. Whitford's motion to extend is GRANTED. (Doc. 64.) His response documents shall be filed by November 24, 2023.

2. Whitford must immediately advise the Court and opposing counsel of any change of address and its effective date. Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute.

DATED this 3rd day of November, 2023.

_____
John Johnston
United States Magistrate Judge