UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
Helena Division

| | |
|---|---|
| MAKUEEYAPEE D. WHITFORD,<br><br>      Pliantiff,<br><br>v.<br><br>BRIAN GOOTKIN and JIM SALMONSEN,<br><br>      Defendant's, | CAUSE NO. CV-22-70-H-BMM-JTJ<br><br>SIXTH AFFIDAVIT OF MAKUEEYAPEE<br><br>D. WHITFORD |

STATE OF MONTANA)
               ))) Affidavit of Makueeyapee D. Whitford
COUNTY OF POWELL)

MAKUEEYAPEE D. WHITFORD, being first duly sworn, deposes and says:

1. I am a pipe carrier and I own my own personal pipe which is sacred to me and my people.

2. The way that I was taught was that the eagle is the most sacred animal in the world because he is the one that can get the closest to the Great Spirit.

3. I was also taught that the person who hold a sacred medicine pipe such as mine, transfers all of his energy into the activity of holding that pipe, blessing it, and controlling it.

4. I was taught that in order for someone to hold a pipe, it is important that his spirit is in the right place because everything that that person is will be utilized to transfer other people's prayer to the Great Spirit.

5. Therefore, when caring for a pipe, everything that a pipe carrier does is watched by other people and they will not smoke from the pipe that is not carried appropriately and if they do it will

in an of itsself on the election of a pipe carrier, in my opinion.

13. As a pipe carrier, it would be sacriligious for me to violate the smoke free policy that the Defendant's have raised as an issue in any negative manner, or to use the sacred pipe as a weapon, or to smoke contraband in it.

14. In fact, it is so highly prized to American Indian inmates that we police our own people in here with the penalty of socialcout-cast if they even think about such a thing. It is very fround upon for an American Indian inmate to abuse such religious items.

15. As a singer of my people and as a dancer I have an intimate knowlege of the Spiritual Gathering ceremony (i.e., the Powwow).

16. Traditionally, dancers were sent ahead of the camp in order to stamp down the grass before the lodges arrived in order to be erected at the large summer encampments. This is where grass dancers came from. Summer camps were usually done during the Summer Solstice in order to honor the sun. This is where the Sun Dances came from. Additionally, these encampments also brought many other dances such as War Dances (aka Traditional Dancers) where people would recount their war deeds for the people who were not around. These dances were usually centered around the Sun Dance and were done on a yearly basis.

17. Later after the Sun Dance was outlawed, Native American's began to celebrate the 4th of July as a way to practice dancing. This is what became known as the Powwow.

18. Generally, a powwow is considered a ceremony of the gathering of the people in order to honor one thing or another. Today, people prpactice the powwow for a variety of reasons usually on an annual basis. The powwow's are held at different times so that people can make their rounds and dance at all of the powwows. This is known as

bounce back onto them (i.e., the negative energy) who smoke from a pipe that is not being carried by the proper person.

6. When a pipe is charged by a medicine person, the pipe becomes a living being and all the energy that comes into contact with it creates different types of reactions depending on whether or not it is negative or positive energy.

7. This is what a pipe carrier does when the person who is carrying the pipe mixes the medicines that go into a pipe to be smoked.

8. All of these medicines have different purposes and pipe carriers will add and subtract to these medicine for different reasons and different prayers.

9. I was taught that when a person smokes from this pipe, the smoke is what allows the energy and prayer to be transfered to where ever they are going. Normally, this means that those prayers are going into the air and that the eagle captures this smoke and this energy and these prayers and takes these things to the highest point in the sky to be given to the Great Spirit.

10. Additionally, there are special ceremonies that are done when planting, caring, and harvesting the most sacred plant in the pipe ceremony, tabbaco. Additionally, the other plants that are used in theses ceremonies are picked and harvested while praying.

11. It is this reason why the communal pipe carrier is selected by the people for the people in a democratic process, so that each and every person who carries that pipe is welcomed by the participants.

12. The six months clear conduct rule, interferes in this process and forces both people who do not want to carry the pipe to carry it...and to vote on people that not everyone agree's should be in charge of carrying the people's prayers. This is a substantial burden

the powwow trail.

13. The defendant's claim that there is a smoke free policy and they infer that I am attempting to break that policy. This is not true.

14. In fact, I do not intend to break any policy, but rather to get it made to where I can practice my religion where there is an ability to do that properly.

15. In this case, that means being able to smoke a personal pipe and to smudge outside the unit in an area specifically reserved for that purpose the way that they do it in the Washington State prison system.

16. In Washington State Department of Corrections where I spent 10 years, they have little smoking areas where people can use there religious items that require fire and burning, such as insense and other stuff. That is where we go to smudge on a daily basis. As is the way in the American Indian life and ways.

17. The defendant's also stated that I missed a couple of ceremonies and religious activities which was inferring that I missed them because I didn't want to go or something. This is not true either. I go to the activities that we have as much as possible. There are legitimate excuses for missing those activities. In one instance, I was at an interview with a television company that is doing a documentary on me. In another, I was on call out to medical and in another they didn't call it over the intercom like they are suppose to. Whatever the case, I try to get to as many activities as I can possibly get to, religiously.

Done this 13 day of ~~October~~ November, 2023.

Signed: MAKUEEYAPEE D. WHITFORD
#3015941
Montana State Prison
700 Conley Lake Road
Deer Lodge, MT 59722

This affidabit, was sworn to before a notary public on ___,
_____, _____.

(SEAL OF NOTARY PUBLIC)

# NOTARIAL CERTIFICATE

## Verification on Oath or Affirmation (Jurat)

State of  Montana

County of  Powell

The attached record was signed and sworn to or affirmed before me on

__11-13-23__ by __Makueeyapee Whitford__.
(Date)                             (Name of signer(s).)

_____
(Notary Signature)

[Affix stamp above]

This certificate has been attached to the __ACL dusit__
(Type of record or document)

consisting of __5__ page(s), dated __11-13-23__.

Any evidence that this certificate has been detached or removed from the above described document may render the notarization invalid or unacceptable.

REV 10/19                                             1-5-610(3), MCA

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
Helena Division

| | |
|---|---|
| MAKUEEYAPEE D. WHITFORD,<br>    Plaintiff,<br><br>v.<br><br>BRIAN GOOTKIN and JIM SALMONSEN,<br>    Defendant's | CAUSE NO. CV-22-70-H-BMM-JTJ<br><br>FIFTH AFFIDAVIT OF MAKUEEYAPEE<br><br>D. WHITFORD |

STATE OF MONTANA)
                ))) Affidavit of Makueeyapee D. Whitford
COUNTY OF POWELL)

MAKUEEYAPEE D. WHITFORD, being first duly sworn, deposes and says as follows:

1. I am a regular participant in the Native American religious group and their activities.

2. I have been incarcerated in the Montana State prison system since April 15th, 2015.

3. I have been a regular prisoner rights activist and Native American rights activist while incarcerated.

4. Over the years I have paid special attention to the Native American Religious Group and have witnessed some activities that are never attended by the normal Native American participants.

5. I have investigated why these activities were not regularly attended by Native Americans.

6. The normal reason is that Native American inmates either can't sing and don't have anyone to teach them even though they were eligible to participate, or the people who could sing were not able to participate because they were not six months infraction free, or both.

7. As a singer, I am aware of other singers and they are far

and few inbetween. When we do have singers, they often cannot participate in drumming because they are infracted or they are the only ones eligible to participate and therefore have nobody to teach.

8. The other day around or about October 3rd, 2023, I went out to pipe ceremony and I asked everyone exsactly how many had six months clear conduct. Only 2 people raised their hands out of everyone. There were approx. 20 people or so present. I didn't count them.

9. Because there is never enough Native American religious group activities in high side that are infraction free for the required six months, nobody ever requests to put on a powwow or does the required work via MSP Procedure 5.5.101 to get a powwow going on the high side.

10. This is the whole reason that I filed a lawsuit to begin with. We simply cannot hold a powwow even if we completed all of the steps and went through the necessary channels to get it done because there would never be enough people to participate in a powwow unless the six month clear conduct rule was done away with.

11. In the contrary, if we didn't have the six month infraction free rule hanging over our heads there would be enough people who would be interested in attending the powwow and the drum group. So, it is not the fact that people ain't interested in going to these religious activities, it is the fact that they can't.

12. I know this to be true, because we always discuss these things when we talk about them while in ceremony.

13. I have talked to these participants since I have been out of the Security Adjustment Unit as well. Most recently as the October 3rd, 2023 pipe ceremony.

Done this 13 day of ~~October~~ November, 2023.

Signed, _____
                                          MAKUEEYABEE D. WHITFORD
                                               #3015941
                                          Montana State Prison
                                          700 Conley Lake Road
                                          Deer Lodge, MT 59722


This affidavit, was sworn to before a notary public on ___,

_____, _____.

               (SEAL OF NOTARY PUBLIC)

# NOTARIAL CERTIFICATE

## Verification on Oath or Affirmation (Jurat)

State of  Montana

County of  Powell

The attached record was signed and sworn to or affirmed before me on

__11-13-23__ by __Maxueeyapee, Whitford__.
(Date)                                                     (Name of signer(s).)

CLARENCE MARTIN, JR.
NOTARY PUBLIC for the
State of Montana
Residing at Deer Lodge, Montana
My Commission Expires
May 7, 2027

(Notary Signature)

[Affix stamp above]

This certificate has been attached to the __Affidavit__
(Type of record or document)

consisting of __3__ page(s), dated __11-13-23__.

Any evidence that this certificate has been detached or removed from the above described document may render the notarization invalid or unacceptable.

REV 10/19                                                                1-5-610(3), MCA

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
Helena Division

| | |
|---|---|
| MAKUEEYAPEE D. WHITFORD,<br><br>            Plaintiff,<br><br>v.<br><br>BRIAN GOOTKIN and JIM SALMONSEN,<br><br>            Defendant's, | CAUSE NO. CV 22-70-H-BMM-JTJ<br><br>SEVENTH AFFIDAVIT<br><br>OF<br><br>MAKUEEYAPEE D. WHITFORD |

STATE OF MONTANA)
                )))  Affidavit of Makueeyapee D. Whitford
COUNTY OF POWELL)

MAKUEEYAPEE D. WHITFORD, being first duly sworn, deposes and says as follows:

1. That I was contacted an offered to conduct an interview for a documentary series called, "I Am A Killer" for Netflix concerning my Criminal Conviction which is currently being readied for Habeas Corpus review in this court.

2. The reasons that I accepted this request is because I feel that I have been wrongfully convicted and my case was a self defense case where I stood my ground. So, I accepted the interview hoping to garner support and help in my case and to get media attention for my case.

3. While at that interview, I had to skip my religious activities and attend this interview.

Done this 13 day of ~~October~~, 2023.

This affidavit, was sworn to before a notary public on __, _____,

(SEAL OF NOTARY PUBLIC)

Page 1 of 1

# NOTARIAL CERTIFICATE

## Verification on Oath or Affirmation (Jurat)

State of  Montana

County of  Powell

The attached record was signed and sworn to or affirmed before me on

__11-13-23__ by __Mukueeyapee Whitfrora__.
(Date)                                       (Name of signer(s).)

CLARENCE MARTIN, JR.
NOTARY PUBLIC for the
State of Montana
Residing at Deer Lodge, Montana
My Commission Expires
May 7, 2027

(Notary Signature)

[Affix stamp above]

This certificate has been attached to the __Affidavit__
(Type of record or document)

consisting of __1__ page(s), dated __11-13-23__.

Any evidence that this certificate has been detached or removed from the above described document may render the notarization invalid or unacceptable.

REV 10/19                                                                 1-5-610(3), MCA

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
Helena Division

| | |
|---|---|
| MAKUEEYAPEE D. WHITFORD,<br>         Plaintiff,<br><br>v.<br><br>BRIAN GOOTKIN and JIM SALMONSEN,<br>         Defendant's, | CAUSE NO. CV 22-70-H-BMM-JTJ<br><br>FOURTH AFFIDAVIT OF MAKUEEYAPEE<br><br>D. WHITFORD |

STATE OF MONTANA)
                    ))) Affidavit of Makueeyapee D. Whitford
COUNTY OF POWELL)

MAKUEEYAPEE D. WHITFORD, being first duly sworn, deposes and says as follows:

1. On July 14th, 2016 I was involved in an altercation with another inmate while incarcerated at the Crossroad's Corrections Center.

2. I was infracted for Assault on another inmate for fighting.

3. I was not infracted for possession of a weapon, nor was a weapon ever mentioned in my infraction.

4. The infraction said that I was fighting with another inmate.

5. I have never been charged with an infraction for Assaulting anyone with a weapon in regards to that incident.

6. I have never been charged in a court of law for any type of criminal misdemeanor or felony for that incident.

7. This is the same infraction that the Defendant's claim that I stabbed someone. (In the belief of the plaintiff)

8. At some point in time, I was given a Classification Comment that said that I had stabbed a guy with an acrilic shank. However, when I asked staff about this, the unit counselor who wrote the comment,

Page 1 of 2

he said that he heard that from an inmate on one of the Locked Housing blocks.

9. In my opinion, this is considered hearsay and is not evidence that I stabbed anyone.

Done this 13 day of November, 2023.

Signed, _____
MAKUEEYAPEE D. WHITFORD
#3015941
Montana State Prison
700 Conley Lake Road
Deer Lodge, MT 59722

This affidavit, was sworn to before a notary public on __, _____, ___.

(seal of notary public)

# NOTARIAL CERTIFICATE

## Verification on Oath or Affirmation (Jurat)

State of _Montana_

County of _Powell_

The attached record was signed and sworn to or affirmed before me on

_11-13-23_ by _Marlene yapee Whitford_.
(Date)                                  (Name of signer(s).)

```
CLARENCE MARTIN, JR.
NOTARY PUBLIC for the
State of Montana
Residing at Deer Lodge, Montana
My Commission Expires
May 7, 2027
```

_Clar. Mrj_
(Notary Signature)

[Affix stamp above]

This certificate has been attached to the _Affidavit_
(Type of record or document)

consisting of _2_ page(s), dated _11-13-23_.

Any evidence that this certificate has been detached or removed from the above described document may render the notarization invalid or unacceptable.

REV 10/19                                                   1-5-610(3), MCA

**OFFENDER/STAFF REQUEST (OSR) FORM**

TO: LAW LIBRARY                                           DATE: 11-14-2023
     (Name and title of staff person)

NAME: MR. Whitford, Male   ID#: 3015541   FACILITY: MSP   UNIT: SAU
CELL/ROOM: # U-G-4

SUBJECT: (Briefly state your question and or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary you may be interviewed in order to successfully respond to this request)

I am sending you documents for my E-filing. There are 4 Affidavits attached to my Disputed Facts documents. The Case Manager who notarized them said that he had to staple the Notarization per law and that that paper could not be unstapled which is noted on the Notarization form. So, I'm not sure what to do, maybe you guys can contact the Court Clerk to verify what to do, then document that verification and provide me with a copy of the verification since it seems like you will have to unstaple them to properly scan them into the computer. Please keep me posted.
                                                            Todd

**STAFF RESPONSE:** (for staff use only)

☐ Addressed Verbally          ☐ Unanswered – violation of policy

_____ / _____ _____
(Staff Member Signature)        (Job Title)                  (Date)