UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

_____

MAKUEEYAPEE D. WHITFORD,     JUDGMENT IN A CIVIL CASE

CV 22-70-H-BMM

           Plaintiff,

vs.

JIM SALMONSEN and BRIAN GOOTKIN,

           Defendants.

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered consistent with the Court's Order of April 10, 2024 (Doc. 82).

Dated this 10th day of April, 2024.

                        TYLER P. GILMAN, CLERK

                        By: /s/ T. Gesh
                        T. Gesh, Deputy Clerk