MAHKUKEYAPEE D. WHITFORD
#3015941
Montana State Prison

US Dist Court

Mahkukeyapee D. Whitford
 Plaintiff

vs

Jim Salmonsen and
Brian Gootkin,
 Defendant

Motion for extension of time to file Notice of Appeal

My Notice of Appeal was lost in the mail. I filed it on the 5-8-24, before the deadline to file which was on 5-10-24, today. The law library lady, Miss Mckenna discovered the missing pages that were lost and brought it to my attention today. Please extend the time to file my Notice of Appeal. Thank you!

Mahkukeyapee D. Whit

Page 1 of 1