# OFFENDER/STAFF REQUEST (OSR) FORM

TO: Law Library _____ DATE: 5-8-24

(Name and title of staff person)

NAME: MR. Whitford, M ID#: 301594 FACILITY: MSP UNIT: RHU

CELL/ROOM: # U-B-5

SUBJECT: (Briefly state your question and or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary you may be interviewed in order to successfully respond to this request)

Attached is an electronic form for filing and a Notice of Appeal to the US Dist. Court. 1 page. I do not have access to a manila envelope at this time and I have a deadline to get this Notice in by the 10th of May. Therefore, I'm sending it in like this. Please have it electronically filed ASAP.

STAFF RESPONSE: (for staff use only)

No papers came attached to this kite.

RHU has an E Filing box to avoid any future mix-ups. Please use the E Filing box in your unit.

☐ Addressed Verbally        ☐ Unanswered –violation of policy

_Payden McK_____ , Librarian                                    5/10/24

(Staff Member Signature)        (Job Title)                      (Date)

MSP 3.3.5, Inmate/Staff Communications Methods        Attachment A        Effective: February 26, 2015