MAKUEEYAPEE D. WHITFORD
#3015941
Montana State Prison
700 Conley Lake Road
Deer Lodge, MT 59722
(Pro Se Plaintiff)

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
Helena Div.

| | |
|---|---|
| MAKUEEYAPEE D. WHITFORD, Plaintiff, vs JIM SALMONSEN and BRIAN GOOTKIN, Defendants, | CV 22-70-H-BMM-JTJ  NOTICE OF APPEAL TO THE 9th Circuit COURT OF APPEALS FROM A JUDGEMENT OF DISTRICT OF MONTANA |

Plaintiff, MAKUEEYAPEE D. WHITFORD appeal to the United States Court of Appeals for the 9th Circuit from final Judgment entered on April 10th, 2024 in the U.S. District Court for the District of Montana's Helena Division.

Date: 5-8-2024   Signed, _____
Makueeyapee D. Whitford

(Page 1 of 1)