MONTANA DEPARTMENT OF JUSTICE
Jeremy S. Craft, Agency Legal Counsel
Agency Legal Services Bureau
1712 Ninth Avenue
P.O. Box 201440
Helena, MT 59620-1440
Phone: (406) 444-7375
Fas: (406) 444-4303
Jeremy.Craft@mt.gov

*Attorney for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MAKUEEYAPEE D. WHITFORD,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN GOOTKIN and JIM SALMONSEN,<br><br>Defendants. | CV 22-70-H-BMM-JTJ<br><br>Notice of Appeal |

Defendants hereby provide notice of their appeal of the District Court's Order granting in part the parties' Motions for Summary Judgment, Doc. 73. Defendants appeal to the Ninth Circuit Court of Appeals pursuant to Fed. R. App. P. 3(a)(1) and 4(4a)(3).

DATED this 24th day of May 2024.

AGENCY LEGAL SERVICES BUREAU

/s/ *Jeremy S. Craft*
JEREMY S. CRAFT
Agency Legal Counsel

CERTIFICATE OF SERVICE

I certify that on May 24, 2023, I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that I caused a copy of the foregoing document to be served by first class mail on the same date to:

> Makueeyapee D. Whitford, #3015941
> Montana State Prison
> 700 Conley Lake Road
> Deer Lodge, MT 59722

                                              */s/ Jeremy S. Craft*
                                              JEREMY S. CRAFT
                                              Agency Legal Counsel